U. S. DISTRICT COURT 63688

DISTRICT OF MASSACHUSETTS

Western Division

DONALD S. KOBACK
PLAINTIFF

VS.

MetroWest Medical Center

Leonard Morse Hospital    05 CV 10798 WGY
www.mwmc.com ;    Referred to ChMJ MB Bowler

MetroWest Medical Center

TeneT

FRAMINGHAM UNION HOSPITAL

www.mwmc.com ;

New England Medical Center
Teaching Hospital
TUFTS UNIVERSITY SCHOOL OF MEDICINE ;

Emanuel Friedman, M.D.
Leonard Morse Hospital ;

John P. Long, M.D.
FRAMINGHAM UNION HOSPITAL
www.mwmc.com ;

COMPLAINT,
DEMAND FOR
JURY TRIAL

1 of 29 pps

1 of 31

HMO BLUE OF MASSACHUSETTS
BLUE SHIELD CROSS and BLUE SHIELD
OF MASSACHUSETTS;

et. al.;
DEFENDANTS

WESTERN DIVISION U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET No:

DONALD S. KOBACK,
PLAINTIFF
VS.

HMO.

COMPLAINT

1. 1.) DONALD S. KOBACK, ~~disabled American~~
~~veteran presently~~ residing at 195
SUNNYSIDE AVENUE, WOONSOCKET,
RHODE ISLAND, ~~U.S.A.~~

2. The Civilian defendants are
   As FOLLOWS:

   a. ~~METROWEST~~
   Person in CHARGE (SERVICE OF PROCESS)
   a. MetroWest Medical Center

      TeneT
      LEONARD MORSE HOSPITAL
      67 UNION ST.
      NATICK, MASSACHUSETTS
      www.mwmc.com

   b. Person in CHARGE (service of process)
   MetroWest Medical Center
      TeneT
      FRAMINGHAM UNION HOSPITAL
      115 LINCOLN ST.
      FRAMINGHAM, MASSACHUSETTS
      www.mwmc.com

   c. Person in Charge (service of process)
      New England Medical Center

C. Person in Charge (service of process)

New England Medical Center
THE PRINCIPAL TEACHING HOSPITAL For
TUFTS UNIVERSITY SCHOOL OF ~~MEDICI~~
Medicin

750 WASHINGTON ST.
BOSTON, MASSACHUSETTS 02111
~~UNIVERSITY~~

~~DR. George H KLAUBER~~
~~KLAUBER PEDIATRIC UROLOGY~~
NEW ENGLAND MEDICAL CENTER
750 WASHINGTON ST
BOSTON, MASSACHUSETTS
02111

Q. ~~DR~~ EMANUEL FRIEDMAN, M.D.
LEONARD MORSE HOSPITAL
67 UNION ST
NATICK, MASSACHUSETTS
01760
www.mwmc.com

MetroWest Medical Center
Tenet

C. John P. Long, M.D.
MetroWest Medical Center
Tenet
FRAMINGHAM UNION HOSPITAL
115 LINCOLN ST.
FRAMINGHAM, MASSACHUSETTS
www.mwmc.com

(A) Person in charge (service of process)

HMO BLUE

BLUE CROSS AND BLUE SHIELD
OF MASSACHUSETTS

100 Summer ST

BOSTON, MASSACHUSETTS

3. ~~THE ETC. AL.~~ et. al.

4. <u>JURISDICTION</u>:

Diversity, federal question, local, state, and ~~federal~~ statutory, law, common law ~~and equity~~ ~~or~~ and equity.

5. The plaintiff was, is, and continues to be a <u>patient</u> under the care of the abovementione defendants, jointly and <u>severally</u>, acting in concert ~~or~~ alone, said care beginning in the early 1990's, continuing through 11-13-04, 3-29-05, with, at least, one scheduled appointment - aftercare — on the date of 6-28-05, ( See EXHIBIT 1 incorporated ~~herein~~ herein by reference

6/28/5
1:45
John P. Long, Jr., M.D.

67 Union Street, Suite 303
Natick, MA 01760
508-653-5501

NEW ENGLAND
UROLOGY

139 Lincoln Street
Framingham, MA 01702
508-370-7703

EXHIBIT 1.

6. The abovementioned defendants in paragraph 2 had, have, and continue to have a duty to exercise reasonable care with respect to said plaintiff in paragraph 1, as did, does and do the ~~and continue to do~~, defendants in paragraph 3. currently refered to as — ~~XXXXXX~~, et. al.

7. The aforementioned defendants failed in their actions and/or omissions to comport their conduct (or lack thereof.) in accord with said duty to exercise reasonable care.

(~~COMPLAINT INCOMPLETE — MORE PAGES~~)

On or about 1999 to the present,

8. The defendant, HMO BLUE, OF MASSACHUSETTS, breached it contract with the ~~defendant~~ plaintiff.

~~9. all of the conditions of said contract were honored~~

9. All of the provisions and/or conditions of said contract were adhered to and honored ~~by the plaintiff~~ ~~10.~~ or otherwise fulfilled by the plaintiff.

10. Said defendant, HMO BLUE of Massachusetts, breached said contract by failing to act in good faith.

11. ~~Said defendant~~ The aforesaid defendant refused to accept the referral of the plaintiff to an out-of-state reconstructive urologist.

And plastic surgeon when they knew or SHOULD HAVE KNOWN that no competent physicians ~~existed~~ in this area of expertise existed in Massachusetts. ~~at that time.~~

12. ~~And after~~

12 Instead, these bad faith defendants, HMO BLUE of Massachusetts enticed and lured the plaintiff to the New England Medical Center, Tufts UNIVERSITY's TEACHING HOSPITAL OF BOSTON, MASSA- CHUSETTS. where they knew or should have known that said urological department was not competent to accomplish the task at hand — reconstructive ~~Kaiser~~ urology and plastic surgery — to make the plaintiff whole — 8 inches & healthy

13. Instead, after promising to make as whole and well as the Out-of-state urological reconstructionist would have accomplished, said bad faith defendants (HMO BLUE and New England Medical Center) scornfully asserted after surgery, that plaintiff would have to be satisfied with their dismal 2.5 inches - the brunt of cruelty.

14. Their prosthesis hurt from the beginning and since its protrusion and emergency removal in November 2004, plaintiff is left with zero inches penis with pain and difficulties with urination.

15. The aforesaid bad faith defendants, acting in concert, feigned concern that the plaintiff had suffered a Loss Of Oxygen

These aforesaid bad faith defendants used the plaintiff as a "guinea pig" without his informed consent with an intent to do harm or with a devil may care attitude. (See EXHIBIT 2 - Letter from Dr. Michael Donovan to HMO BLUE and the New England Medical Center, a copy of which was handed by plaintiff at the onset to the doctors' who "treated" him.)

EXHIBIT 2

# NEW ENGLAND
# UROLOGY
## ASSOCIATES, LLC.

Stanley E. Kraus, M.D., P.C
Michael P. Donovan, M.D., P.C

139 Lincoln Street
Framingham, MA 01702

508-370-7703
Fax 508-370-7701

20 Hope Avenue
Waltham, MA 02154

December 28, 1999

Re: Donald Koback

To: Blue Cross and blue Shield of Massachusetts

I have had a chance to evaluated Mr. Koback for severe organic erectile dysfunction. This has been an ongoing problem since a penile prosthesis was ex-planted in April of 1995. On his most recent evaluation in November of 1999 his penis has progressed to the point where it is a severely shortened nonfunctional fibrotic penis. Because of the degree of scar tissue present it was felt that no current erectile dysfunction treatment or even a new penile prosthesis would adequately correct his problem. I have recommended that Mr. Kobak go to a urology center in Virginia to be evaluated for penile reconstruction. I feel this is one of his only options available since there are no centers in Massachusetts that are capable of doing this kind of surgery.

Mr. Kobak has had significant mental health issues due to his condition. Therefore I would like to expedite any coverage issues for him to go to Virginia. Please feel free to contact me with any questions.

Sincerely,

Michael P. Donovan M.D.

17.

IF the aforesaid defendants, acting in concert, and/or ~~or~~ alone had not intentionally deceived plaintiff ~~to into~~ by claiming that they could restore ~~his~~ 8 inch penis as plaintiff could have had done ~~else~~ elsewhere, plaintiff would have ~~forgone~~ foregone their surgery and, in lieu thereof, plaintiff would have sought out the reconstruction urologist elsewhere.

17. On or about Nov. 13, 2004

18. Plaintiff was ~~Recnd-11-13-04~~ ~~told~~ opined by one Or John P. Long, defendant, that plaintiff sexual organ (urogenital reproductive system) is beyond redress

19. Said John P. Long, M.D., defendant, intimated that such thoroughgoing damage and injury had been caused by the bad faith defendants (HMO BLUE of MASSACHUSETTS & New England Medical Center's Teaching Hospital By the protrusion of their prosthesis, which should never

have been installed in the
first place, and that, due to
MASSIVE fibrosis AND nerve INJURIES,
no medical procedures remain
open to him. plaintiff
20.
~~3,~~ ~~23~~ ~~19.~~ Said bad faith defendants
concealed their devious
plan, from day one,
~~up until the present,~~
~~and if they are true~~
~~to form, they shall~~
~~in future~~

leaving plaintiff limp, their prosthetic ~~device~~
protruding from plaintiff's penis
requiring surgery on November 13, 2005

24.

Additionally, said actions and/or omissions of said defendants in paragraph 2 fell below generally accepted standards which appertain to hospitals and physicians who operate or practice within the community.

On or about the year 1999-2000, the defendant, HMO BLUE OF MASSACHUSETTS breached its contract with plaintiff all of the conditions of said contract being honored by the plaintiff by failing to exercise good faith by referring plaintiff to out-of-state urological speci- but who rather refered the plaintiff to the NEW ENGLAND MEDICAL center, 101

#22

4. Said misconduct and/or conduct which was not forthcoming to the plaintiff notwithstanding their duty to furnish SAME —

(a) "Same" shall mean their failure to refrain from the deployment of needle(s) and syringe(s) filled with chemical substances, all of which were armed with dosages which were lethal or permanently injurious to the plaintiff's urogenital-reproductive system, etc.;

23

(6) "Same" shall include their ~~jointly~~ and ~~severally~~ severally, ~~non the~~ handing said ~~toxic lethal~~ poisonous and/or lethal needle(s) and syringes to plaintiff with instructions to shoot said needle into the side of his penis, at his home, which out of misplaced trust the plaintiff ~~did~~ did in fact do, much to his chagrin and in detriment to his entire well being.

24

"SAME" AS it causing priapism,
emergency surgery and the SHRINKAGE
OF PLAINTIFF'S PENIS;

(d.) "SAME" shall be ~~unneed~~ several

unneeded ~~tormential~~,

invasive surgeries

~~installing~~ installing

various and sundry

so-called penile

prostheses into plaintiff's

~~toto~~ tortured, mutilated

penis.

(d.) "SAME" Shall mean
infliction upon said
plaintiff on divers
other dates, times
and places past,
present, and continuing

25

(d) "SAME" as in causing multiple morbidities so that plaintiff shall have been left standing in dire suffering, with these foreign objects protruding from ~~to~~ his penis on more than one ~~occassion~~ OCCASION.

(E) "SAME", as in ~~instant and several, concerted~~ ~~vation~~ additional inflictions and afflictions upon plaintiff on divers dates, times and places, past, present, and ~~continu~~ continuing &

26

(g) "SAME" as in activities designed to violate plaintiff's civil rights in violation M.G.L., Ch. 12, Sec. 11 (I)

27. In Summary, it was a wrong doing and a civil rights violation perpetrated against plaintiff by the Defendants as follows:

A. EMANUEL FRIEDMAN, M.D. OF METROWEST MEDICAL CENTER

1. to hand plaintiff toxic, lethal needles to insert in the side of his penis, thereby destroying plaintiff's penis;

2. to install a defective, and unneeded prosthesis which later protruses through plaintiff's penis causing

C. massive urogenital-reproductive injuries.

B

27.   I.Hmo Blue and New England
      medical center to promise falsely,
deceptively to plaintiff in 1999-2000 that
      they were capable of making
      him whole through reconstructive
      urology equal to or better
      than out-of-state urological
      reconstructive surgeons,
      leading to the unneeded installation,
      protrusion of a penile
      prosthesis prosthesis
      which need to explanted
      or extr surgically
      extracted in November,
      2004
      Defendants Dr. John P. Long
      and Metrowest were
      compelled to remove
      New England Medical Center's
      unneeded, injurious    MORE CHAPTER
One more chapter of prosthesis, concluding
      civil rights conspiracy — guinea pis-
      against the plaintiff

27

C) Defendants Dr. John P. Long and MetroWest Medical Center were compelled to remove New England Medical Center's unneeded, ~~very~~ injurious penile ~~prosthesis~~ concluding one more chapter of an on-going civil rights conspiracy — "guinea pig" against the plaintiff, which started with MetroWest Medical Center.

CONSTITUTED:

A. FAILURE TO INFORM ; and/or

B. BREACH OF CONTRACT ; and/or

C. negligence ; and/or

D. gross negligence; and/or
E. WILFUL, WANTON, RECKLESS conduct; and/o
F. Conduct so egregious, performed
   with such deliberate indifference
   so as to amount to ~~willful~~
   ~~wan~~ intentional conduct;
   whether under color of law or not,
G. RECKLESS INDIFFERENCE

10. As a direct result (cause in fact)
    AND PROXIMATE CAUSE OF THE
    AFOREMENTIONED) ACTS AND/OR
    FAILURES TO ACT BY THE
    ABOVE-NAMED DEFENDANTS, JOINTLY
    AND SEVERALLY, the plaintiff has
    SUSTAINED MANIFOLD INJURIES AND
    LOSSES, year ~~after~~ year OF PAIN

and suffering, loss of
ABILITY TO ENGAGE IN CONJUGAL
RELATIONS OR TO CONSUMATE
A MARRIAGE, AND OTHER
DIFFICULTIES AND MORBIDITIES —
loss of SOCIETY
among other things, inter alia
serious physical, emotional, psychological,
inter alia MALADIES and
medical, hospital expenses which
shall last forever.

(30)

Wherefore, the plaintiff

R. Demands, Judgment For the plaintiff ~~fdfcfobbbbtttdon~~

AND THE FOLLOWING
RELIEF :

I. Compensatory damage or
$1,333,333.33, but not
limited; ~~such amount~~
~~AS IS DEEMED JUST AND~~
~~APP~~

II. PUNITIVE DAMAGES —
to the extent permitted
by law up to and including
DOUBLE OR TREBLE ROMAN
NUMERAL I ABOVE
but not limited thereto;

U.S. DISTRICT COURT
DISTRICT COURT
OF MASSACHUSETTS
SPRINGFIELD-WESTERN DIV.

DONALD S. KOBACK

DOCKET No:

V.

MetroWest Medical Center
www.mwmc.com (Tenet)
et. al.

AMENDMENT AS OF RIGHT

NOW COMES THE PLAINTIFF WHO MOVES TO AMEND AS OF RIGHT - NO PLEADINGS BY DEFENDANTS HAVING BEEN FILED OR SERVED, TO BEST OF PLAINTIFF'S KNOWLEDGE.

AMEND AS FOLLOWS:

A. The last word in paragraph 12 should be amended ~~to~~ read from "heatly" ~~to the~~ the word

passed "the"

So as to read- "healthy',

B.) DATE OF ORIGINAL COMPLAINT

TO BE AMENDED To READ

4-9-05, One minute prior

to this Amendment As of RIGHT

OF EVEN DATE.

C.) The signature on this pleading

Shall be incorporated by

reference into the signature

line of the original complaint,

D.) The following sentence to be

placed immediately subsequent

to the paid word in "paragraph"

13 - "elsewhere."

"All of the foregoing Acts,

representations, omissions)



and/or concealments of the defendants were material, which defendants' intended for the plaintiff to rely on, and upon which plaintiff reasonably relied to his profound detriment".

E. Since plaintiff has suffered irreparable injuries and due to the possiblity, though not a certainty given the facts extant herein, equity also obtains. ~~Due to~~ plaintiff's psychological and physical injuries, ~~he~~ plaintiff was unable to exhaust any other legal remedies until now. As this incapacitation of the plaintiff was caused entirely by the wrongdoings of the defendants, (over)

F, Where paragraph 28 ~~red~~ reads 28, it shall amended to read: 28(A) AND Beneath paragraph 28(A) which begins with the words "As a direct result..." which numbered paragraph 11, it shall be amended to read paragraph 28(B).

G. The ~~[illegible]~~ Amended paragraph 28(A): "Any one, or more up to including all of paragraphs 1-27 constituted, CONSTITUTES and Shall continue to CONSTITUTE..."

Respectfully Submitted,

Donald S Kobach

DONALD S. KOBACK

DATED: 4-9-05

U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 APR 12 P 1:16
U.S. DISTRICT COURT
DISTRICT OF MASS.

Docket No.

Western Div.

D.S. KOBACK
PLAINTIFF

Motion To Impound

V.S.

MetroWest Medical Center,
et. al.

Plaintiff, Donald Koback, moves to impound EXHIBIT 3. (one of three exhibits)

Respectfully
Submitted,

DONALD S. KOBACK
27 62 00

Exhibit 3

1) Doctrine of Field Variation

(ATTACHED)



24 VARIATIONS OF .0113

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0113 | .0131 | .0113 | .0131 | .0311 | .1013 | .1031 | .1013 | .1103 | .1130 |
| | | | | | -.3129 | | | | |
| .1239 | -.1293 | .1324 | -.1392 | -.1923 | -.[illegible] | -.2193 | -.2139 | -.2319 | -.2311 |
| -.1126 | -.1162 | -.1216 | -.1261 | -.1612 | -.2116 | -.1162 | -.1126 | .1216 | -.1261 |

.226
.4782
.2522

| | | |
|---|---|---|
| | .0262 | .0226 |
| .0226 | ~~.0262~~ | |
| .2478 | .2586 | .2658 |
| .2252 | .2324 | .2432 |

.0339 .0393
.3717 .3879
.3378 .3486

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| .1301 | .1310 | .1013 | .1031 | .1103 | .1130 | .1301 | .1310 | .3011 | .3011 |
| −.2913 | −.2931 | −.3129 | −.3192 | −.3219 | −.3291 | −.3912 | −.3921 | −.9132 | −.9123 |
| −.1612 | −.1621 | −.2116 | −.2161 | −.2116 | −.2161 | −.2611 | −.2611 | −.6121 | .6112 |

RULE of Thumb – ADD LAST 3 OF 24

variations — .3110 + .3101 + .3110 resemble subtrahend

| | | | |
|---|---|---|---|
| .3101 | .3110 | .3101 | .3110 |
| −.9213 | −.9231 | −.9312 | −.9321 |
| .6112 | −.6121 | −.6211 | −.6211 |

~~.6202~~

~~1.8426~~

RULE OF THUMB - ADD AT LEAST 1ST 3 nos to locate no. whose (RESEMBLE)
24 variations which as subtrahends
shall 24 variations WHICH SHALL RESEMBLE

2134 2143 2314 2341

1234 1243 1324 1342 1423 1432 ~~2314~~ ~~2341~~

1247 1274 1427 1472 1724 1742 2147 2174 2417 2471

(-13) -31 -103 -130 -301 -310 -13 -31 -103 -130

2468 2486 2648 2684 2846 2864 4268 4286 4628 4682

~~2517~~

2494 2548 2854 2944 3448 3484 4294 4348 4834 4942

(-26) -62 -204 -260 -602 -620 -26 -62 -204 -260

3702 3729 3972 4026 4269 4296 6402 6429 6942 7023

3741 3823 4281 4416 5172 5226 6441 6523 7251 7443

(-39) -93 -309 -390 -903 -930 -39 -93 -309 (-390)

4936 4972 5296 5728 8536 9364

4988 5096 5708 6968 8588 9884

-52 124 412 1240 52 520

144 2 442 144 2

8592

7404

7483

78

U.S. DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2 P 1:41

U.S. DISTRICT COURT
OF MASS

Docket No

Western Div.

D.S. KOBACK
        PLAINTIFF

                    Motion To Impound

        VS.

MetroWest Medical Center,
et. al.

Plaintifl, Donald S Koback,
moves to impound Exhibit 3.
(one of three exhibits)

        Respectfully
        Submitted,

            Donald S. Koback
            27 62 00

# EXHIBIT 3

## DOCTRINE OF RIGID VARIATION

## ATTACHED

# 24 VARIATIONS OF .0113

.0113 .0131 .0113 .0131 .0311 .1013 .1031 .1013 .1103 .1130

.1239 -.1293 .1329 -.1392 .1923 -.1923 -.2193 .2139 .2319 .2341

                          -.3129

.1126 -.1162 .1216 -.1261 -.1612 -.2116 -.1162 -.1126 .1216 .1261

.226

.4782

.2522

.0226 .0262 .0226

.2478 .2586 .2658

.2252 .2324 .3432

.0339 .0393

.3717 .3879

.3378 .3486

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| .1301 | .1310 | .1013 | .1031 | .1103 | .1130 | .1301 | .1310 | .3011 | .3011 |
| − .2913 | −.2931 | −.3129 | −.3192 | −.3219 | −.3291 | −.3912 | −.3921 | −.9132 | −.9123 |
| − .1612 | −.1621 | −.2116 | −.2161 | −.2116 | −.2161 | −.2611 | −.2611 | −.6121 | .6112 |

RULE OF Thumb − ADD LAST 3 OF 24 variations — .3110 + .3101 + .3110 resemble subtrahend

| | | | |
|---|---|---|---|
| .3101 | .3110 | .3101 | .3110 |
| − .9213 | −.9231 | −.9312 | −.9321 |
| .6112 | −.6121 | −.6211 | −.6211 |

~~6202~~

~~1.8426~~

