UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

EASTERN DIV.

(BOSTON)

CASE NO.

Donald S. Koback,
plaintiff

05-10798 WGY

VS.

MetroWest Medical Center
www.mwmc.com Tenet
et al.
defendants

AMENDMENT AS OF RIGHT
(continued)

1. Plaintiff moves to delete the word "civilian" from paragraph 2 of the verified complaint, and to move the words "defendants are as follows:" eight letters backwards so AS TO PERMIT THEM TO FOLLOW IMMEDIATELY SUBSEQUENT (along with normal SPACING BETWEEN words)

to the number and word
paragraph "2. The"....

2. ADD WORD "VERIFIED" PRIOR TO WORD
"COMPLAINT" AND INCORPORATE AFFADAVIT
INTO COMPLAINT BY REFERENCE as if set forth
therein word for word.

3. Amend plaintiff's "MOTION
TO IMPOUND" TO INCLUDE
ATTACHED CONTINUATION
PAGES TO PLAINTIFF'S
"Doctrine of Rigid ~~VARAI~~
VARIATION".

April 23, 05

Donald S Koback
Donald S. Koback
4-23-05

all rights reserved Donald S. Koback
Infra, instant, supra 2005
et. seq.

Subtract
1 from 2
3  "  4
5  "  6

multiples of 9

Add 1st 3
minus
addition
or 2nd 3
=

594
or x2
1188
or
2376 et
seq

18
157 175

·54
517 571
1188

36
715 751

9
134 143

27
314 341
594

18
413 431

9
23 32

27
203 230
594 = 594

18
302 320

18
268 286

54
628 682
1188

36
826 862

36
314 350

108
1034 1142
2376

72
1430 1502

Subtract
4th from
5th =
72 or (x2) 144 or (x2) 288

18
46 64

54
406 460
1188

-36
604 640

Subtract
2nd from
3rd =

171
or (x2)
342 (or x2)
or
684

175 517
342

571 – 715
144

143 – 314
171

341 – 413
72

32 – 203
171

230 – 302
72

286 – 628
342

682 – 826
144

SUBTRACT
2ND FROM 3RD
+
4th FROM 5th

350 1034 1142 – 1430
684               288

1142 – 1430
288

64 – 406    460 – 604
342           144

Subtract
1st from 6th. or 6th from 1st

$157 - 751 = -594$

$134 - 431 = -297$

$23 - 320 = -297$

$268 - 862 = -594$

$314 - 1502 = -1188$

$46 - 640 = -594$

or vice-versa

$$-297 \times 2 = -594$$

$$-594 \times 2 = -1188$$

~~157~~ + ~~751~~ = 908

$134 + 431 = 565$

Subtract 2nd from 4th. or 4th from 2nd

$175 - 571 = -396$ ✓

~~134~~ ~~= -796~~

$143 - 341 = -194$

$32 - 230 = -198$

$286 - 682 = -396$ ✓

$350 - 1142 = -792$ ✓

$64 - 460 = -396$ ✓

$396 \times 2 = 792$

All Rights Reserved 2005
Donald S. Koback et seq
Donald S. Koback
195 SUNNYSIDE, WOON., R.I. 0289

Donald S. Koback
195 Sunnyside Ave
Woonsocket, R.I. 02895

U, S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

Donald S. KOBACK

DOCKET NO.

05-10798 WGY

vs,

MetroWest Medical Center
www. mwmc. com (Tenet)

et, al.

## AFFADAVIT

Now comes the plaintiff, Donald S. Koback, who states that all of the factual pleadings contained in his complaint and amendments are true and correct.

Signed under pains and penalties of perjury,

Donald S. Koback
D.S. KOBACK

4-17-05

27-6200