UNITED STATES DISTRICT COURT

EASTERN DIVISION          DISTRICT OF MASSACHUSE
(Boston Div.)

Donald S. Koback          CASE NO.:
      plaintiff           05-10798-WGY

vs.

MetroWest Medical Center
www.MWMC.com
         defendants
         et. al.

AMENDMENT AS OF RIGHT
(continued) 15

NOW COMES THE PLAINTIFF, DONALD S. KOBACK, WHOM AMENDS AS OF RIGHT, NO PLEADING OR RESPONSIVE ANSWER HAVING BEEN SERVED UPON SAID DONALD S. KOBACK, plaintiff in the above-

captioned matter, whom AMENDS AS FOLLOWS:

Paragraph "3, et al." to be AMENDED TO READ —

"3. The one or ones (otherwise known as person(s)) WHO PURPORT OR PRETEND TO BE THE Owners OF "THE DOCTRINE OF RIGID VARATION" OR WHO HAVE DIFFUSED OR DESEMINATED said "DOCTRINE" WITHOUT THE PRIOR CONSENT OR EXPRESS PERMISSION OF THE PLAINTIFF

PLAINTIFF — SAID "DOCTRINE"'S ORIGINATOR, —— WHEREABOUTS, ~~as in address~~, and/or, as in address, et. al"

APRIL 28, 05

Faithfully Submitted,

*Donald S. Kobach*
DONALD S. KOBACK
4-28-05

*Donald S. Kobach*
4-28-05