UNITED STATES DISTRICT COURT

FILED CLERKS OFFICE
2005 MAY -2 P 1:07
U.S. DISTRICT COURT
DISTRICT OF MASS

EASTERN DIV. (BOSTON)    DISTRICT OF MASSACHUSETTS

CASE NO: 05-10798-WGY

DONALD S. KOBACK, Plaintiff

AMENDMENT AS OF RIGHT (Cont'd.) 15

V.

MetroWest Medical Center
www.MWMC.com, Tenet
et al
defendants

NOW COMES PLAINTIFF WHO SEEKS AND/OR MOVES TO AMEND ~~THE CAPTION TO INCLUDE~~

(a) the caption to include and/or add the following defendant:

— EROL ONEL, personally c/o def. N.E. Medical Center and/or Andover, Mass.

(b) paragraph 2. to include, subsequent to ~~after the paragraphs~~ subparagraph (f) ~~to include~~, subparagraph (g) which shall read, 2.(g) def. EROL ONEL of ANDOVER, MASS.

b. ~~c.~~ (d) paragraphs (6 – ~~28~~ 27) so as to include the abovementioned defendant in ~~(b) named~~ in (a) and ~~also~~ immediately above where the word defendant(s) are found and to change the verb used from single to plural where needed- i.e. – 'is' to "are" ~~inter al~~ etc. and/or inter alia.

(c) ~~d.~~ ~~e~~ delete the number 23, 24, 25, and 26 which shall be located at the top of the paragraph 22(a), 22(b), 22(c), 22(d), 22(e), 22(f) and 22(g) so that paragraph 22 shall be followed paragraph 27 unless paragraph 22 followed by 27 shall NOT BE ALLOWE

then paragraph 27 shall
read as paragraph 23.

*Donald Koback* (signature)
DONALD S. KOBACK
April 29, 05