UNITED STATES DISTRICT COURT

EASTERN DIVISION (Boston)

DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2005 MAY -3 P 12:33

U.S. DISTRICT COURT DISTRICT OF MASS.

DONALD S. KOBACK plaintiff

v.

MetroWest Medical Center www.mwmc.com/Tenet and/or et. al

CASE NO: 05-10798-WGY

Amendment As OF RIGHT (15(a))

Now comes plaintiff, Donald S. Koback, who Amends as follows:

1. Immediately subsequent to Paragraph 27 (or paragraph 23) whichever the Court has deemed fit, the Court shall find below page 28(A) the word "Constituted:" along with subparagraphs A-G which words in said subparagraphs, shall begin with the word "FAILURE" and



(a) – (g) which shall all begin with the word "SAME" repeated 7 times with 184 words, or thereabout, following the 7 "SAMES"

2. Paragraph 27 (or paragraph 23) ~~assuming~~ earlier shall be followed by paragraph 28 (or 24) which ~~28 (24)~~ para. 24 (or 28) shall begin with the words "As a direct result



and end with word 4 "INDIFFERENCE". PAGE 28(A) MUST BE DELETED AND SAID word "CONSTITUTED" as well as the 47 words which follow IT. MUST BE INSERTED As The LAST 48 words in paragraph 22 which Shall Stand as the SUBJECT of the first 18 words in paragraph 22, the last word of which Shall be the word "SAME-" THE word "SAME-" Shall be followed by lower case Subparagraphs

(cause in fact)" - seven words, which shall, in turn, be followed by 69 words, or thereabout, ending in the words "...Shall last forever."

3. The 31 pages of the original Complaint, Shall be deleted including 28(A) 28(B), 29, 30, + 31

4. The 24 paragraphs Shall stand in lieu of 3. above.

5. The ~~final~~ next to the final paragraph which shall begin with the word "Wherefore," followed by 65 words ending in the word "life" shall precede the signature line which shall end with the word "DATE: ________." Said "DATE: ________" shall be the date received by said Court(s)

6. The final paragraph which proclaims the words "DEMAND FOR JURY TRIAL" which when added to the ~~words~~, following them, ending in the word "triable" (THIRTEEN WORDS IN ALL.) ~~Shall~~ ~~be~~ followed by a signature line which lacks a date shall BE Amended to be the date upon which the Court(s) have received the original complaint.

Faithfully
~~[illegible]~~ Submitted,

DATE: 5-2-05 Donald S. Koback, PRO SE
DONALD S. KOBACK