RETURN TO: UNITED STATES DISTRICT COURT
1 COURTHOUSE WAY
Suite 2300
Boston, Mass. 02210

CASE NO: 05-10798-WGY

FILED
[CLERK'S] OFFICE

'05 MAY -9 P 3:33

DISTRICT COURT

# NEW ENGLAND UROLOGY ASSOCIATES, LLC.

Stanley E. Kraus, M.D., P.C.
Michael P. Donovan, M.D., P.C.

139 Lincoln Street
Framingham, MA 01702
508-370-7703
Fax 508-370-7701

20 Hope Avenue
Waltham, MA 02154

This letter was written & signed in 12/28/99. Mr. Kobak [illegible] has withdrawn any recent [illegible] [signature] MD
Date 5/4/05

December 28, 1999

Re: Donald Koback

To: Blue Cross and blue Shield of Massachusetts

    I have had a chance to evaluated Mr. Koback for severe organic erectile dysfunction. This has been an ongoing problem since a penile prosthesis was ex-planted in April of 1995. On his most recent evaluation in November of 1999 his penis has progressed to the point where it is a severely shortened nonfunctional fibrotic penis. Because of the degree of scar tissue present it was felt that no current erectile dysfunction treatment or even a new penile prosthesis would adequately correct his problem. I have recommended that Mr. Kobak go to a urology center in Virginia to be evaluated for penile reconstruction. I feel this is one of his only options available since there are no centers in Massachusetts that are capable of doing this kind of surgery.

    Mr. Kobak has had significant mental health issues due to his condition. Therefore I would like to expedite any coverage issues for him to go to Virginia. Please feel free to contact me with any questions.

Sincerely,

[signature]

Michael P. Donovan M.D.

SIGNED UNDER PAINS + PENALTIES OF PERJURY.

_____
MICHAEL P. DONOVAN, M.D.
DATE: