FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT 2005 MAY ... 10

U.S. DISTRICT COURT
DISTRICT OF MASS

EASTERN DISTRICT      DISTRICT OF MASSACHUSETTS
(BOSTON).

DONALD S. KOBACK
         Plaintiff

         V.

MetroWest Medical Center
www.MWMC.com (Tenet)
         defendants
and/or et. al

CASE No.- 05-10798-WGY

AMENDMENT As Of Right (15(a))

Now comes plaintiff who amends
as of right as follows:

1. Caption to be amended
   So AS TO INSERT AFTER "EROL
   ONEL" AND BEFORE "AND/OR
   ET. AL" as follows:

"EROL ONEL, ANDOVER UROLOGY
ASSOCIATES",

2. Paragraph 2 is Amended
To add subsequent to
a paragraph "2(g) EROL ONEL —
Paragraph 2(h) "EROL ONEL,
ANDOVER UROLOGY ASSOCIATES of
Andover, Mass,"/
MAY 10, 05

Faithfully
Submitted,

Donald S. Urbach

Donald S. KOBACK,
PRO SE

5-10-05

FILED
N CLERKS OFFICE

2005 MAY 11 P 12: 10

U.S. DISTRICT COURT
DISTRICT OF MASS

Certificate of Service

I, Donald S. Koback, plaintiff, in Case No ÷ 10798-WGY, Pro SE, hereby certify under pains and penalties of perjury that I have served the accompanying "Amendment As OF Right (15(a)) dated 5-10-05 on upon the following via

1st CLASS, U.S. MAIL:

1. Person in Charge
   New England Medical Center
   750 WASHINGTON ST
   Boston, Massachusetts 02111

2. EROL ONEL
   NEW ENGLAND MEDICAL CENTER
   750 WASHINGTON ST
   Boston, Massachusetts 02111

3.

3. EROL ONEL
   ANDOVER UROLOGY ASSOCIATES
   140 HAVERHILL
   ANDOVER, MASSACHUSETTS

Subscribed and sworn

Donald S. Koback,
plaintiff, PRO SE

DONALD S. KOBACK

5 - 10 - 05