# UNITED STATES DISTRICT COURT

EASTERN DIVISION District of MASSACHUSETTS
(Boston)

DONALD S. KOBACK, PRO SE
PLAINTIFF
V.

MetroWest Medical Center
www.MWMC.com
and/or et. al. [Tenet]
defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10798 WGY

TO: (Name and address of Defendant)

Person in Charge
NEW ENGLAND MEDICAL CENTER
750 WASHINGTON ST.
BOSTON, MASSACHUSETTS 02111

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald S. Koback, Pro Se
195 Sunnyside Ave
Woonsocket, Rhode Island 02895

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

(By) DEPUTY CLERK

DATE 4-21-05

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Person in Charge
New England Medical
        Center
750 WASHINGTON ST
Boston, MASS. 02111

2. Article Number
(Transfer from service label)

2003 1680 0004 5112 4947

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Lori Maika        ☒ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
LORI MAIKA                       5/10/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☒ No

2005 MAY 17
U.S. DISTRICT

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

John P. Long, M.D
FRAMINGHAM UNION HOSPITAL
www.mwmc.com ;

EROL ONEL, M.D. ;

EROL ONEL
ANDOVER UROLOGY ASSOCIATES
and/or et. al.

I, Donald Koback, being under oath swear and subscribe under pains and penalties of perjury that I have served Summons with blue INK 4-21-05 date on it, a copy of the Complaint, all Amendments as of RIGHT (15) FILED as OF THIS DATE, and Demand for Jury Trial on Person in Charge New England Medical Center 750 WASHINGTON ST BOSTON, MASSACHUSETTS 02111
via certified 1st Class Mail
7003 1680 0004 5116 4941
return receipt requested
5-15-05

Donald S. Koback   Donald S. Koback
DONALD S. KOBACK   5-15-05

UNITED STATES DISTRICT COURT

EASTERN DIVISION (Boston).

DISTRICT OF MASSACHUSETTS

2005 MAY 17 A 11: 52

DONALD S. KOBACK
plaintiff

CASE NO. - 10798-WGY

VS.

MetroWest Medical Center
TENET
Leonard Morse Hospital
www.MWMC.com ;

PROOF OF SERVICE ON Person In Charge New England Medical Center

MetroWest Medical Center
TENET

FRAMINGHAM UNION HOSPITAL
www.MWMC.com ;

New England Medical Center
TEACHING HOSPITAL
TUFTS UNIVERSITY SCHOOL OF MEDICINE ;

EMANUEL FRIEDMAN, M.D.
Leonard Morse Hospital ;