UNITED STATES DISTRICT COURT

EASTERN DIVISION          DISTRICT OF MASSACHUSETTS
(Boston)

MetroWest Medical Center    CASE NO. -10798-WGY
www.MWMC.com

(Tenet)

Leonard Morse Hospital
  www.mwmc.com
MetroWest Medical Center
www.MWMC.com

(Tenet)

FRAMINGHAM UNION
   HOSPITAL
   www.mwmc.com

New England Medical Center
Teaching Hospital
Tufts University School of
    Medicine

Emanuel Friedman, M.D.
Leonard Morse Hospital
www.mwmc.com

John P. Long, M.D.
FRAMINGHAM UNION HOSPITAL

EROL ONEL, M.D.

EROL ONEL, ANDOVER UROLOGY ASSOCIATES
AND/OR            ET. AL.

I. AMENDMENT AS OF RIGHT (15(a))

Now comes plaintiff who amends as of right to do as follows:

A. ADD "Emanuel Friedman, M.D." "individually and" "John P. Long, M.D." individually to the caption immediately precedent to "and/or et.al."

II Amend paragraph 2 to add as follows:

Paragraph "2(i) Emanuel Friedman, M.D., 95 Lincoln, Framingham, Mass.; and

Pargraph "2(j) John P. Long, M.D. 139 Lincoln St., Framingham Massachusetts

May 13, 05

Faithfully Submitted

Donald S. Koback
DONALD S. KOBACK
PRO SE