UNITED STATES DISTRICT COURT

EASTERN DIVISION (Boston)            DISTRICT OF MASSACHUSETTS

FILED
U.S. OFFICE
'05 MAY 18 P 1:41
DISTRICT COURT
DISTRICT OF MASS

Donald S. Koback
PLAINTIFF

CASE NO. - 05-10798-WGY

vs.

Metrowest Medical Center (Tenet)

Leonard Morse Hospital
www.MWMC.com

and/or et. al.

May 19, 2005
Treated as a motion to amend the complaint, motion denied as violative of the order of May 4, 2005.

William G. Young
Chief Judge

Amendment As Of Right (15)
(NINTH)

Now comes plaintiff, Donald S. Koback, who amends for the ninth time as of right as follows:

A. Amend the caption to

include "HMO BLUE BLUE SHIELD AND BLUE CROSS OF MASSACHUSETTS"
immediately ~~precedent~~ subsequent to
"John P. Long. M.D. FRAMINGHAM UNION HOSPITAL"
and immediately ~~subsequent~~ precedent to
"EROL ONEL, M.D." ;

B. Amend "John P. Long, M.D, FRAMINGHAM UNION HOSPITAL"
in the caption to read —
"John P, Long, M.D. FRAMINGHAM UNION HOSPITAL www.mwmc.com" ;

C. Amend "EMANUEL FRIEDMAN, M.D. Leonard Morse Hospital"
in the caption to read —
"EMANUEL FRIEDMAN, M.D. Leonard Morse Hospital www.mwmc.com"

D. As to all Amendments As Of Right (One-nine) which for any ~~reason~~ purpose were not allowed, --- plaintiff hereby moves that said Amendments, where needed, be allowed, all such motions shall be liberally allowed pursuant to 15(b). (MOTION TO AMEND);

E. For all purposes, ~~ALL~~ copies of this original are to be deemed duplicate originals

May 16, 05

Faithfully Submitted,
D.S. Koback
Donald S. KOBACK
PRO SE  5-16-05

# Certificate of Service

This Amendment As Of Right (No. 9) and the preceding eight (8) were served upon:

(1) Person in Charge
NEW ENGLAND MEDICAL CENTER (NEMC)
Teaching Hospital
Tufts University School of Medicine
750 Washington Street
Boston, Massachusetts

(2.) EROL ONEL
NEW ENGLAND MEDICAL CENTER (NEMC)
Teaching Hospital
Tufts University Medical School
750 WASHINGTON STREET
BOSTON, MASSACHUSETTS

(3) EROL ONEL
ANDOVER UROLOGY ASSOCIATES
140 HAVERHILL
ANDOVER, MASSACHUSETTS.

All other documents filed with the Court were served upon the abovementioned as well.

Subscribed and Sworn under pains and penalties of perjury on 5-16-05.

_Donald S. Koback_
Donald S. KOBACK
5-16-05