**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

(EROL ONEL) ANDOVER
UROLOGY ASSOCIATES
140 HAVERHILL
ANDOVER
MASSACHUSETTS 01810

2. Article Number
(Transfer from service label)    7003 1680 0004 5116 4934

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                  5/4/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

05-
10798
WGY

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

ANDOVER, MA 01810    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 2.44 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.49 |

UNIT ID: 0569

Postmark Here
Clerk: KM87NG
05/03/05

Sent To
EROL ONEL ANDOVER UROLOGY ASSOC
Street, Apt. No.; or PO Box No.    140 HAVERHILL
City, State, ZIP+4    ANDOVER, MASS  01810

PS Form 3800, June 2002          See Reverse for Instructions

7003 1680 0004 5116 4934

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

DONALD S. KOBACK

195 SUNNYSIDE AVE

WOONSOCKET

R.I. 02895

W64

**Certified Mail Provides:**
■ A mailing receipt
■ A unique identifier for your mailpiece
■ A record of delivery kept by the Postal Service for two years

*Important Reminders:*
■ Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
■ Certified Mail is *not* available for any class of international mail.
■ NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
■ For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
■ For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
■ If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry. Internet access to delivery information is not available on mail addressed to APOs and FPOs.**

PS Form 3800, June 2002 (Reverse)

Donald S. Koback
195 Sunnyside Ave
Woonsocket, R.I.
May 13, 05

Postmaster General
U.S. Postal Service
Washington, D.C.

Postmaster General:

I forwarded legal documents
via U.S. Postal Service ~~Cert~~
" CERTIFIED MAIL TM RECEIPT "
"RETURN RECEIPT REQUESTED"
(U.S.P.S. NO.: 7003 1680 0004 5116 4934 —
See copies attached )

The article was MAILED TO THE
FOLLOWING SPECIFIC PERSON(S):          "
" (EROL ONEL) ANDOVER UROLOGY ASSOCIATES

The recipient of said article illegally altered the "1, ARTICLE ADDRESSED TO:" Section of the RETURN RECEIPT BY CROSSING OUT "UROLOGY ASSOCIATES" Leaving only "(EROL ONEL) ANDOVER" endeavoring to split these person(s) in two (2)

Truly,

D. S. Koback

DONALD S. KOBACK

CC: UNITED STATES DISTRICT COURT
CASE NO→ 10798-WGY
1 COURTHOUSE WAY, SUITE 2300
Boston, Mass, 02210



IND MEDICAL
NTER
HINGTON ST
Mass. 02111

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

7003 1680 0004 5116 4958

ry 2004     Domestic Return Receipt     102595-02-M-1540

S. KOBACK
UNNYSIDE AVE
CKET), R.I.
02895

ERROL ONEL, M.D.

RETURN TO SENDER
PHYSICIAN NO
LONGER AT
NEMC.

CERTIFIED MAIL™

7003 1680 0004 5116 4958

UNITED STATES POSTAL SERVICE

9261

02111

U.S. POSTAGE
PAID
UXBRIDGE, MA
MAY 03 '05
AMOUNT
$6.49
00057825-02

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EROL ONEL,
NEW ENGLAND MEDICAL
CENTER
750 WASHINGTON ST
BOSTON, MASS. 02111

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7003 1680 0004 5116 4958

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

RICHARD S. KOBACK
185 SUNNYSIDE AVE
WOONSOCKET, R.I.
02895

Donald S. Koback

195 Sunnyside

Woonsocket

Rhode Island

5-13-05 ~~35 05~~    © 2895

POSTMASTER GENERAL:

I, Donald, entrusted the attached (copies of a postal article ("CERTIFIED MAIL ™")) to the U.S. Postal Service, with full knowledge of the contents (a federal complaint alleging the squashing of my penis), New England Medical Center NEMC conveyed hate speech (hate print) upon the face

of the article — to.wit,
"NO LONGER" AT

NEMC.

Truly,

Donald S Koback

# U.S. DISTRICT COURT

EASTERN DIVISION                    DISTRICT OF MASSACHUSETTS

DONALD KOBACK                    CASE No. 10798
Plaintiff

V

MetroWest Medical Center          PROOF OF
www.mwmc.com
and/or et. al. TENET              SERVICE
defendants

I, Donald S. Koback, being
under oath do swear
and subscribe under pains
and penalties of perjury
that I have served
the enclosed manila
envelope upon "NEMC"
                    "EROL ONEL"
resulting in the enclosed
terrorist hate speech across
(print)

State lines, with actual malice.

Faithfully Submitted,

D. S. Koback

Donald S. Koback

PRO SE

5-13-05