UNITED STATES DISTRICT COURT
IN AND FOR THE
DISTRICT OF MASSACHUSETTS

DONALD S. KOBACK, )
   Plaintiff/Pro Se )
)
VS. ) CIVIL ACTION NO. 05-10798-WGY
)
METROWEST MEDICAL CENTER, )
LEONARD MORSE HOSPITAL, )
FRAMINGHAM UNION HOSPTIAL, NEW )
ENGLAND MEDICAL CENTER, )
EMANUEL FRIEDMAN, M.D., JOHN P. )
LONG, M.D., and EROL ONEL, M.D.,
   Defendants

**APPEARANCE, ANSWER, AND JURY CLAIM OF THE DEFENDANT,
NEW ENGLAND MEDICAL CENTER (ERRONEOUSLY NAMED), TO
THE COMPLAINT OF THE PLAINTIFF, DONALD S. KOBACK**

**The defendant, New England Medical Center, claims a trial by jury as to all issues raised by the complaint of the plaintiff, Donald S. Koback.**

### FIRST DEFENSE

1.    The defendant, New England Medical Center, can neither admit nor deny the allegations contained in Paragraph No. 1 of the plaintiff's complaint, because the defendant is without knowledge or information sufficient to form a belief as to the truth of said allegations.

2.    The defendant, New England Medical Center, admits that it has a place of business located at 750 Washington Street, in Boston, Massachusetts. The defendant, New England Medical Center, can neither admit nor deny the remaining allegations contained in Paragraph No. 2, including each and every subpart contained therein, because the defendant is without knowledge or information sufficient to form a belief as to the truth of said allegations.

3.    The defendant, New England Medical Center, can neither admit nor deny the allegations contained in Paragraph No. 3 of the plaintiff's complaint, because the defendant is without knowledge or information sufficient to form a belief as to the truth of said allegations.

4. The defendant, New England Medical Center, denies the allegations contained in Paragraph No. 4 of the plaintiff's complaint.

5. The defendant, New England Medical Center, denies the allegations contained in Paragraph No. 5 of the plaintiff's complaint.

6. The defendant, New England Medical Center, denies the allegations contained in Paragraph No. 6 of the plaintiff's complaint.

7. The defendant, New England Medical Center, denies the allegations contained in Paragraph No. 7 of the plaintiff's complaint.

8. Paragraph No. 8 of the plaintiff's complaint does not contain allegations against the defendant, New England Medical Center, and, as a result, no response is required from it. To the extent the allegations are interpreted to require a response, they are denied.

9. Paragraph No. 9 of the plaintiff's complaint does not contain allegations against the defendant, New England Medical Center, and, as a result, no response is required from it. To the extent the allegations are interpreted to require a response, they are denied.

10. Paragraph No. 10 of the plaintiff's complaint does not contain allegations against the defendant, New England Medical Center, and, as a result, no response is required from it. To the extent the allegations are interpreted to require a response, they are denied.

11. Paragraph No. 11 of the plaintiff's complaint does not contain allegations against the defendant, New England Medical Center, and, as a result, no response is required from it. To the extent the allegations are interpreted to require a response, they are denied.

12. The defendant, New England Medical Center, denies the allegations contained in Paragraph No. 12 of the plaintiff's complaint.

13. The defendant, New England Medical Center, denies the allegations contained in Paragraph No. 13 of the plaintiff's complaint.

14. The defendant, New England Medical Center, can neither admit nor deny the allegations contained in Paragraph No. 14 of the plaintiff's complaint, because the defendant is without knowledge or information sufficient to form a belief as to the truth of said allegations.

15. The defendant, New England Medical Center, denies the allegations contained in Paragraph No. 15 of the plaintiff's complaint.

16. The defendant, New England Medical Center, denies the allegations contained in Paragraph No. 16 of the plaintiff's complaint.

17. The defendant, New England Medical Center, denies the allegations contained in Paragraph No. 17 of the plaintiff's complaint.

18. The defendant, New England Medical Center, can neither admit nor deny the allegations contained in Paragraph No. 18 of the plaintiff's complaint, because the defendant is without knowledge or information sufficient to form a belief as to the truth of said allegations.

19. The defendant, New England Medical Center, denies the allegations contained in Paragraph No. 19 of the plaintiff's complaint.

20. The defendant, New England Medical Center, denies the allegations contained in Paragraph No. 20 of the plaintiff's complaint.

21. The defendant, New England Medical Center, denies the allegations contained in Paragraph No. 21 of the plaintiff's complaint.

22. The defendant, New England Medical Center, denies the allegations contained in Paragraph No. 22 of the plaintiff's complaint, including each and every subpart contained therein.

23. The defendant, New England Medical Center, denies the allegations contained in Paragraph No. 23 of the plaintiff's complaint, including each and every subpart contained therein.

24. The defendant, New England Medical Center, denies the allegations contained in Paragraph No. 24 of the plaintiff's complaint, including each and every subpart contained therein.

25. The defendant, New England Medical Center, denies the allegations contained in Paragraph No. 25 of the plaintiff's complaint, including each and every subpart contained therein.

26. The defendant, New England Medical Center, denies the allegations contained in Paragraph No. 26 of the plaintiff's complaint, including each and every subpart contained therein.

27. The defendant, New England Medical Center, denies the allegations contained in Paragraph No. 27 of the plaintiff's complaint, including each and every subpart contained therein.

28. The defendant, New England Medical Center, denies the allegations contained in Paragraph No. 28 of the plaintiff's complaint, including each and every subpart contained therein.

29. The defendant, New England Medical Center, denies the allegations contained in Paragraph No. 29 of the plaintiff's complaint.

30. The defendant, New England Medical Center, denies the allegations contained in Paragraph No. 30 of the plaintiff's complaint, including each and every subpart contained therein.

31. The defendant, New England Medical Center, denies the allegations contained in Paragraph No. 31 of the plaintiff's complaint, including each and every subpart contained therein.

WHEREFORE, all allegations against the defendant, New England Medical Center, having been denied, the defendant, New England Medical Center, requests that all of the plaintiff's requests for relief be denied; that the plaintiff's complaint against it be denied; that judgment enter in its favor, and that costs and attorneys' fees be awarded to it.

### SECOND DEFENSE

And further answering, the defendant, New England Medical Center, says that this action was not commenced within the time prescribed by the applicable statutes of limitations and/or repose.

### THIRD DEFENSE

And further answering, the defendant, New England Medical Center, says that the plaintiff's complaint in the above matter fails for lack of subject matter jurisdiction, because it does not present a federal question as required pursuant to 28 U.S.C. § 1331. Wherefore, the defendant moves that this complaint be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) due to the lack of subject matter jurisdiction.

### FOURTH DEFENSE

And further answering, the defendant, New England Medical Center, says that the plaintiff's complaint in the above matter fails for lack of subject matter jurisdiction, because it does not satisfy the amount in controversy requirement contained in 28 U.S.C. § 1332. Wherefore, the defendant moves that this complaint be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) due to the lack of subject matter jurisdiction.

### FIFTH DEFENSE

And further answering, the defendant, New England Medical Center, says that the plaintiff's complaint in the above matter fails for insufficiency of process and insufficiency of service of process upon the defendant in accordance with the applicable provisions of law.

Wherefore, the defendant moves that this complaint be dismissed pursuant to Fed. R. Civ. P. 12(b)(4) and 12(b)(5) due to the insufficiency of process and insufficiency of service of process.

### SIXTH DEFENSE

And further answering, the defendant, New England Medical Center, says that the plaintiff's complaint fails to state a claim upon which relief may be granted due to a misnomer of party. Wherefore, the defendant moves, pursuant to Fed. R. Civ. P. 12(b)(6) and/or Mass. R. Civ. P. 12(b)(6) and 12(b)(8), that the plaintiff's complaint be dismissed, with costs to said defendant.

### SEVENTH DEFENSE

And further answering, the defendant, New England Medical Center, says that the plaintiff's complaint fails to state a claim upon which relief may be granted. Wherefore, the defendant moves, pursuant to Fed. R. Civ. P. 12(b)(6) and/or Mass. R. Civ. P. 12(b)(6), that the plaintiff's complaint be dismissed, with costs to said defendant.

### EIGHTH DEFENSE

And further answering, the defendant, New England Medical Center, says that the plaintiffs' alleged injuries were not caused by any conduct of the defendant.

### NINTH DEFENSE

And further answering, the defendant, New England Medical Center, says that the injuries and damages alleged were caused in whole or in part by negligence of the plaintiff to a degree greater than any alleged negligence of the defendant.

### TENTH DEFENSE

And further answering, the defendant, New England Medical Center, says that the injuries and damages alleged were not caused by the acts of any person for whose conduct the defendant was legally responsible.

### ELEVENTH DEFENSE

And further answering, the defendant, New England Medical Center, says that any recovery for past and future medical expenses and/or for alleged conscious pain and suffering, if any, is limited pursuant to the provisions of G.L. c. 231, § 60G and H.

### TWELFTH DEFENSE

And further answering, the defendant, New England Medical Center, says that at all times material, it was a charitable corporation and its liability was limited by statute.

### THIRTEENTH DEFENSE

And further answering, the defendant, New England Medical Center, says that the plaintiff's complaint contains redundant, immaterial, impertinent, or scandalous matter. Wherefore, the defendant moves, pursuant to Fed. R. Civ. P. 12(f), that the plaintiff's complaint be stricken in its entirety, with costs to said defendant.

WHEREFORE, the defendant, New England Medical Center, moves that the plaintiff's complaint be dismissed, with prejudice, together with costs.

MARTIN, MAGNUSON, McCARTHY
& KENNEY

_____
Daniel J. Griffin, B.B.O. No. 211300

_____
Lynda Riesgo Jensen, B.B.O. No. 652498
Attorneys for the Defendant,
New England Medical Center
101 Merrimac Street
Boston MA 02114
617-227-3240

## CERTIFICATE OF SERVICE

I, Lynda Riesgo Jensen, counsel for defendant, New England Medical Center, hereby certify that on the 19th day of May, 2005, a copy of the above document was sent by mail, postage prepaid, to:

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI  02895-5105
   *Pro Se* Plaintiff

 

Daniel J. Griffin, B.B.O. No. 211300
Lynda Riesgo Jensen, B.B.O. No. 652498
Attorney for the Defendant,
New England Medical Center
101 Merrimac Street
Boston MA 02114
617-227-3240