UNITED STATES DISTRICT COURT
IN AND FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD S. KOBACK,<br>   Plaintiff/Pro Se<br><br>VS.<br><br>METROWEST MEDICAL CENTER,<br>LEONARD MORSE HOSPITAL,<br>FRAMINGHAM UNION HOSPTIAL, NEW<br>ENGLAND MEDICAL CENTER,<br>EMANUEL FRIEDMAN, M.D., JOHN P.<br>LONG, M.D., and EROL ONEL, M.D.,<br>   Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO. 05-10798-WGY |

**RESPONSE OF THE DEFENDANT, NEW ENGLAND MEDICAL CENTER
(ERRONEOUSLY NAMED), TO THE CAPTIONED "AMENDMENTS AS OF
RIGHT" FILED BY THE PLAINTIFF, DONALD S. KOBACK**

Now comes the defendant, New England Medical Center, and responds to the (1) Amendment As Of Right dated April 9, 2005; (2) Amendment As Of Right dated April 23, 2005; (3) Amendments As Of Right dated April 28, 2005; (4) Amendment As Of Right dated April 29, 2005; (5) Amendment As Of Right dated May 2, 2005; and (6) Amendment As Of Right dated May 10, 2005, each of which was filed by the plaintiff, Donald S. Koback, as follows: None of the captioned "Amendments As Of Right" contain allegations against the defendant, New England Medical Center, and, as a result, no response is required from it. To the extent that any of the allegations are interpreted to require a response, they are denied.

    WHEREFORE, any and all allegations against the defendant, New England Medical Center, having been denied, the defendant, New England Medical Center, requests that all of the plaintiff's requests for relief be denied; that the plaintiff's complaint against it, including its amendments thereto, be denied; that judgment enter in its favor, and that costs and attorneys' fees be awarded to it.

MARTIN, MAGNUSON, McCARTHY
& KENNEY

_____
Daniel J. Griffin, B.B.O. No. 211300
Lynda Riesgo Jensen, B.B.O. No. 652498
Attorneys for the Defendant,
New England Medical Center
101 Merrimac Street
Boston MA 02114
617-227-3240

### CERTIFICATE OF SERVICE

I, Lynda Riesgo Jensen, counsel for defendant, New England Medical Center, hereby certify that on the 19th day of May, 2005, a copy of the above document was sent by mail, postage prepaid, to:

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895-5105
   *Pro Se* Plaintiff

_____
Daniel J. Griffin, B.B.O. No. 211300
Lynda Riesgo Jensen, B.B.O. No. 652498
Attorney for the Defendant,
New England Medical Center
101 Merrimac Street
Boston MA 02114
617-227-3240