UNITED STATES DISTRICT COURT
IN AND FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD S. KOBACK,<br>    Plaintiff/Pro Se<br><br>VS.<br><br>METROWEST MEDICAL CENTER,<br>LEONARD MORSE HOSPITAL,<br>FRAMINGHAM UNION HOSPTIAL, NEW<br>ENGLAND MEDICAL CENTER,<br>EMANUEL FRIEDMAN, M.D., JOHN P.<br>LONG, M.D., and EROL ONEL, M.D.,<br>    Defendants | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 05-10798-WGY<br>)<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT, NEW
ENGLAND MEDICAL CENTER, PURSUANT TO LOCAL RULE 7.3**

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, the defendant, New England Medical Center (erroneously named), states that it has no parent corporation and that, to the best of its knowledge, no other publicly held corporation controls it or owns ten (10) percent or more of its stock.

                                                                       MARTIN, MAGNUSON, McCARTHY
                                                                       & KENNEY

/s/ Lynda Riesgo Jensen
_____
Daniel J. Griffin, B.B.O. No. 211300
Lynda Riesgo Jensen, B.B.O. No. 652498
Attorneys for the Defendant,
New England Medical Center
101 Merrimac Street
Boston MA 02114
617-227-3240

## CERTIFICATE OF SERVICE

I, Lynda Riesgo Jensen, counsel for defendant, New England Medical Center, hereby certify that on the 19th day of May, 2005, a copy of the above document was sent by mail, postage prepaid, to:

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895-5105
   *Pro Se* Plaintiff

 

Daniel J. Griffin, B.B.O. No. 211300
Lynda Riesgo Jensen, B.B.O. No. 652498
Attorney for the Defendant,
New England Medical Center
101 Merrimac Street
Boston MA 02114
617-227-3240