UNITED STATES DISTRICT COURT
IN AND FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 MAY 23  P 2: 51
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| DONALD S. KOBACK,<br>    Plaintiff/Pro Se | )<br>)<br>) |
| VS. | ) CIVIL ACTION NO. 05-CV-10798-WGY<br>) |
| METROWEST MEDICAL CENTER,<br>LEONARD MORSE HOSPITAL,<br>FRAMINGHAM UNION HOSPTIAL, NEW<br>ENGLAND MEDICAL CENTER, TUFTS<br>UNIVERSITY SCHOOL OF MEDICINE,<br>HMO BLUE OF MASSACHUSETTS, BLUE<br>CROSS BLUE SHIELD OF MASS,<br>EMANUEL FRIEDMAN, M.D., JOHN P.<br>LONG, M.D., and EROL ONEL, M.D.,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE OF LYNDA RIESGO JENSEN, ESQ. ON BEHALF OF THE DEFENDANT, NEW ENGLAND MEDICAL CENTER**

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Kindly enter my appearance as counsel on behalf of the defendant, New England Medical Center, in the above-referenced matter. Attorney Daniel J. Griffin continues his appearance with me.

MARTIN, MAGNUSON, McCARTHY
& KENNEY

_____
Daniel J. Griffin, B.B.O. No. 211300
Lynda Riesgo Jensen, B.B.O. No. 652498
Attorneys for the Defendant,
New England Medical Center
101 Merrimac Street
Boston MA 02114
617-227-3240

## CERTIFICATE OF SERVICE

I, Lynda Riesgo Jensen, counsel for defendant, New England Medical Center, hereby certify that on the 20th day of May, 2005, a copy of the above document was sent by mail, postage prepaid, to:

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895-5105
*Pro Se* Plaintiff

Daniel J. Griffin, B.B.O. No. 211300
Lynda Riesgo Jensen, B.B.O. No. 652498
Attorney for the Defendant,
New England Medical Center
101 Merrimac Street
Boston MA 02114
617-227-3240