UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD S. KOBACK )<br>)<br>      *Plaintiff*, )<br>)<br>v. )<br>)<br>METROWEST MEDICAL CENTER, et al . )<br>)<br>      *Defendants*. )<br>) | Civil Action. No. 05-10798-WGY |

NOTICE OF APPEARANCE

     Please enter my appearance on behalf of defendants Blue Cross and Blue Shield of Massachusetts, Inc. and Blue Cross and Blue Shield of Massachusetts, HMO Blue Inc. in the above-captioned matter.

     /s/ Joseph Halpern
     Joseph D. Halpern, BBO# 544789
     Blue Cross and Blue Shield of
     Massachusetts, Inc.
     401 Park Drive
     Boston, MA  02215
     Tel.:   (617) 246-3500
     Fax:   (617) 246-3550
     joseph.halpern@bcbsma.com

Dated:  June     , 2005

Lit/Koback/App