UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DONALD S. KOBACK )<br>)<br>      *Plaintiff*, )<br>)<br>v. )<br>)<br>METROWEST MEDICAL CENTER, et al . )<br>)<br>      *Defendants*. )<br>) | Civil Action. No. 05-10798-WGY |

**CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Local Rule 7.3(A), Blue Cross and Blue Shield of Massachusetts, Inc. states that it is a nonprofit hospital and medical services corporation organized as a charitable organization under M.G.L. cc. 176A and 176B. It has no parent and issues no stock. Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc., is a wholly owned non-profit subsidiary of Blue Cross and Blue Shield of Massachusetts, Inc, and issues no stock.

By

      /s/ Joseph Halpern
Joseph D. Halpern, BBO# 544789
Deputy General Counsel
Blue Cross and Blue Shield of
Massachusetts, Inc.
401 Park Drive
Boston, MA  02215
Tel.:   (617) 246-3500
Fax:   (617) 246-3550
joseph.halpern@bcbsma.com

Dated:  June    , 2005

Lit/Koback/CDS