UNITED STATES DISTRICT COURT
IN AND FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 MAY 24  P 12: 20
US DISTRICT COURT
MASS

DONALD S. KOBACK
PLAINTIFF/PRO SE

V.

METROWEST MEDICAL
Center,
et. al.

1-05-cv-10798

EXCEPTIONs & NOTICE OF
DIRECT APPEAL TO THE SUPREME COURT OF U.S.A.

NOW COMES THE PLAINTIFF, DONALD
S. KOBACK, PRO SE,
WHOM TAKES EXCEPTION TO
JUSTICE OF DISTRICT COURTS
RULINGS ENTERED 5-4-2005
and 5-19-2005 — Reason being

IRRATIONAL BASIS

IN VIOLATION OF THE

IST TEN AMENDMENTS

TO THE U.S. CONSTITUTION

AND THE FOURTEENTH

AMENDMENT INTO WHICH

SAID TEN AMENDMENTS

HAVE BEEN INCORPORATED

BY REFERENCE, AS THIS

CASE INVOLVES LOSS OF LIFE OR

LIMB. interalia  faithfully

Submitted

Donald S. Koback, Pro Se

5-21-05

# Certificate of Service

I, Donald S. Koback, plaintiff, pro se, in 05-cv-10798-District Court In ~~of~~ AND FOR THE DISTRICT OF MASSACHUSETTS being under oath do swear and subscribe under pains and penalties of perjury that I have served VIA FIRST CLASS MAIL:

11 EXCEPTIONS & NOTICE

OF DIRECT APPEAL TO

the SUPREME COURT OF THE

UNITED STATES OF AMERICA     4

TO: ① MARTIN, MAGNUSON, McCARTHY & KENNEY
DANIEL J. GRIFFIN
LYNDA RIESGO JENSEN
ATTORNEYS FOR THE
DEFENDANT

NEW ENGLAND MEDICAL
CENTER
101 Merrimac St
Boston, Ma. 02114

② BLOOM & BUELL
BARBARA HAYES BUELL
ATTORNEYS FOR METROWEST MEDICAL CENTER, et al.
1340 SOLDIERS FIELD ROAD
Suite TWO
BOSTON, MA. 02135-1020

3. EROL ONEL
   ANDOVER UROLOGY ASSOCIATES
   140 HAVERHILL
   ANDOVER, MASS,

4. EMANUEL FRIEDMAN
   95 LINCOLN
   FRAMINGHAM
   MASS,

5. John P. Long
   139 LINCOLN ST
   FRAMINGHAM, MA

6. Person in Charge
   BLUE SHIELD AND BLUE CROSS
      OF MASSACHUSETTS
   401 PARK DRIVE
   Boston, MASS.

Person in Charge

(7) HMO BLUE
100 Summer ST
Boston, Massachusetts
(8) ~~International~~ WORLD Court, C/o United
Nations, NEW YORK, NEW YORK,

Signed Under Pains

and Penalties of Perjury

D. S. Koback

DONALD S. KOBACK
PLAINTIFF/PRO SE

5-21-05