UNITED STATES DISTRICT COURT

IN AND FOR THE

DISTRICT OF MASSACHUSETTS

Donald S. Koback, pro se
plaintiff

1-05-10789

v.

Metrowest Medical Center,
defendant
et. al.

## Second Motion To Recuse

Justice WGY ruling to foreclose amendments and to rearrange paragraphs seeking to add defendants in paragraphs Nos 2 and/or 3 —

A. VIOLATES JUDICIAL CANONS;

B. Seeks to run cover for Hospitals, Physicians, ~~and~~ and/or et. al. (~~par~~) (paragraph 3) — one-sided, blatantly prejudicial, and bald-faced ~~im~~partiality;

C. Attempts to cause a "split of cause of action" with regard to paragraph 3 as to ~~defend~~ defendants, which might be added;

D. Attempts to unlawfully seize plaintiff's property

"The Doctrine of 4
Rigid Variction,"

MAY 23, 05

Faithfully
Submitted

DS Koback

Donald S. Koback

5-23-05

cc: U.S. Supreme Court