U.S. District Court
In And For The
District Of Massachusetts

Donald S. Koback, pro se
plaintiff   1-05-10798-WGY

v.

MetroWest ~~Center~~
Medical Center

et. al.

## Motion to Recuse

Plaintiff moves Presiding Justice shall step down

~~upon the record on the bail~~
upon which ~~spins~~ spins
<u>I.D. above</u>

for it

is enormously clear,

that this 'person'

can hardly be impartial

W~~H~~EN

this justice,

with full knowledge

that this case's

gravamen, shall concern

Penis squashing ~~Zero PPV Growth~~ shall stoop to ascribe — in docket no. 5 (FIVE) and No. 10 (TEN) — plaintiff's cause of action as a SOLE COMPLAINT (4,9)



As In

Under Foot,

Down Trodden.

Said justice shall

spell law books —

SKOOB  WAL
(SKEW)  (law)

and shall stand forever in mortal enmity with said plaintiff- Donald, et. al, as said justice shall have prior hereto. Dexterously,

D.S. Kobak

Donald S. Kobak
5-21-05