# UNITED STATES DISTRICT COURT

EASTERN DIVISION District of Massachusetts
(Boston)

DONALD S. KOBACK,
v.
MetroWest Medical Center Tenet and/or et. al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05-11079 8 WGY

05-10798-WGY

TO: (Name and address of Defendant)

FRAMINGHAM UNION HOSPITAL
PERSON IN CHARGE (MetroWest Medical
~~115 LINCOLN,~~ Center
FRAMINGHAM, MASSACHUSETTS) Tenet

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD S. KOBACK, PRO SE
195 SUNNYSIDE AVE
WOONSOCKET, RHODE ISLAND
02895

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE 4-21-05

Case 1:05-cv-10798-WGY   Document 23   Filed 05/25/2005   Page 2 of 4

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>MAY 1 9 2005 |
| 1. Article Addressed to:<br>Person in Charge<br>FRAMINGHAM UNION HOSPITAL<br>Metrowest Medical Center<br>115 Lincoln<br>FRAMINGHAM, MASS. | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 1160 0001 8966 3228 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

# PROOF OF SERVICE

U.S. DISTRICT COURT          1-05-10798-WGY
Boston

I, Donald S. Koback, pro se, plaintiff in the case of Donald S. Koback, pro se, plaintiff v. Metrowest Medical Center, et al., have served the complaint, inter alia, and Summons (see ~~Pink~~ link) upon the following by certified mail, return receipt, first-class mail (U.S.P.S.):

1. John P. Long, M.D.
   35 Lincoln
   Framingham, MA
   certified mail no 7004 1160 0001 8966 3211

2. Person in Charge
   Framingham Union Hospital
   Metrowest Medical Center
   115 Lincoln, Framingham, MA
   certified no 7004 1160 0001 8966 3228

   [signature]
   5-24-05

3. Person in Charge
Leonard Morse Hospital
67 Union St     cert receipt
Natick, Mass.   #7004 1160 0001
                     8966 3235

4. Person in Charge

Blue Cross and Blue Shield of Mass.
A/K/A Blue Shield and Blue Cross A/K/A
     of Massachusetts        HMO-Blue
401 Park Drive   cert. mail receipt
Boston, Mass.   #7003 1680 0004
                     5116 4897

Signed receipts attached

Signed under pains and penalties
of perjury.         Donald S. Koback
                    Donald S. Koback
                    plaintiff

                    5-24-05