# UNITED STATES DISTRICT COURT

EASTERN DIVISION District of Massachusetts
(Boston)

DONALD S. KOBACK, Pro SE PLAINTIFF
V.

MetroWest Medical Center Tenet and/or et al. DEFENDANTS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10798 WGY

TO: (Name and address of Defendant)
Person IN CHARGE
LEONARD MORSE HOSPITAL
MetroWest Medical Center
67 UNION ST., NATICK, MASSACHUSETTS

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD S. KOBACK, PRO SE
195 SUNNY SIDE AVE
WOONSOCKET, RHODE ISLAND
02895

an answer to the complaint which is herewith served upon you, within ___70___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

DATE 4-21-05

DEPUTY CLERK

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Person in Charge
Leonard Morse Hospital
67 Union St
Natick, Mass.

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7004 1160 0001 8966 3235

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-15

# PROOF OF SERVICE

U.S. DISTRICT COURT          1-05-10798-WGY
   Boston

I, Donald S. Koback, pro se, plaintiff in the case of Donald S. Koback, pro se, plaintiff v. Metrowest Medical Center, et, al. have served the complaint, inter alia, and Summons (blue ink) upon the following by certified mail, return receipt, first-class mail (U.S.P.S.):

John P. Long, M.D.
139 LINCOLN
FRAMINGHAM, MA
certified mail no 7004 1160 0001 8966 3211

Person IN Charge
~~FRAMINGHAM UNION HOSPITAL~~
Metrowest Medical Center
115 LINCOLN, FRAMINGHAM, MA
certified no 7004 1160 0001 8966 322

DS Koback  5-24-05

3. Person in Charge
   Leonard Morse Hospital
   67 Union St       cert receipt
   Natick, Mass.     #7004 1160 0001
                          8966 3235

4. Person in Charge
   Blue Cross and Blue Shield of Mass.
   A/K/A Blue Shield and Blue Cross A/K/A
        of Massachusetts         HMO Blue
   401 Park Drive   cert. mail receipt
   Boston, Mass.    #7003 1680 0004
                          5116 4897

Signed receipts attached

Signed under pains and penalties of perjury.      Donald S. Koback

                                    DONALD S. Koback
                                    Plaintiff

Ol koback  5-24-05