# UNITED STATES DISTRICT COURT

EASTERN DIVISION     District of     MASSACHUSETTS
(Boston)

DONALD S. KOBACK, PRO SE
        PLAINTIFF
v.

MetroWest Medical Center Tenet and/or et. al.
        DEFENDANTS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10798

TO: (Name and address of Defendant)

Person in charge
BLUE SHIELD and BLUE CROSS OF MASSACHUSETTS
HMO BLUE
401 PARK DRIVE
BOSTON, MASSACHUSETTS

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD S. KOBACK, PRO SE
195 SUNNYSIDE AVENUE
WOONSOCKET, RHODE ISLAND
02895

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                    4-21-05
CLERK                                                DATE

(By) DEPUTY CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name): 3 Ledrig  C. Date of Delivery: 5-19 |
| 1. Article Addressed to:<br><br>Person in Charge<br>Blue Shield and Blue Cross<br>OF MASSACHUSETTS<br>401 PARK DRIVE<br>BOSTON, MASSACHUSETTS | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 1680 0004 5116 4897 |

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-15

# PROOF OF SERVICE

U.S. DISTRICT COURT          1-05-10798-WGY
Boston

I, Donald S. Koback, pro se, plaintiff in the case of Donald S. Koback, pro se, plaintiff v. Metrowest Medical Center, et, al. have served the complaint, inter alia, and Summons (blue ~~~~ ink) upon the following by certified mail, return receipt, first-class mail (U.S.P.S.):

1. John P. Long, M.D.
   139 LINCOLN
   FRAMINGHAM, MA
   certified mail
   no 7004 1160 0005 8966 3211

2. Person in Charge
   FRAMINGHAM UNION HOSPITAL
   metrowest Medical Center
   115 LINCOLN, FRAMINGHAM, MA
   certified no 7004 1160 0005 8966 3228

3. Person in Charge
   Leonard Morse Hospital
   67 Union St     cert receipt
   Natick, Mass.     #7004 1160 0001
                         8966 3235

4. Person in Charge
   Blue Cross and Blue Shield of Mass.
   A/K/A Blueshield and Blue Cross A/K/A
       of Massachusetts         HMO-Blue
   401 Park Drive  cert. mail receipt
   Boston, Mass,    #7003 1680 0004
                        5116 4897

Signed receipts attached

Signed under pains and penalties
of perjury,           Donald S. Koback
                      Donald S. Koback
                      plaintiff's

DSK  5-24-05               5-24-05