UNITED STATES DISTRICT COURT
IN AND FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD S. KOBACK, )<br>Plaintiff/Pro Se )<br>)<br>VS. )<br>)<br>METROWEST MEDICAL CENTER, )<br>LEONARD MORSE HOSPITAL, )<br>FRAMINGHAM UNION HOSPTIAL, NEW )<br>ENGLAND MEDICAL CENTER, TUFTS )<br>UNIVERSITY SCHOOL OF MEDICINE, )<br>HMO BLUE OF MASSACHUSETTS, BLUE )<br>CROSS BLUE SHIELD OF MASS, )<br>EMANUEL FRIEDMAN, M.D., JOHN P. )<br>LONG, M.D., and EROL ONEL, M.D., )<br>Defendants ) | CIVIL ACTION NO. 05-CV-10798-WGY |

**MOTION OF THE DEFENDANT, NEW ENGLAND MEDICAL CENTER, TO STRIKE THE REQUESTS FOR ADMISSIONS AND INTERROGATORIES SERVED ON IT BY THE PLAINTIFF, DONALD S. KOBACK**

Now comes the defendant, the New England Medical Center (erroneously named), and moves this Honorable Court to strike the requests for admissions and interrogatories (the "Discovery Requests") served on it by the plaintiff, Donald S. Koback. As grounds for this motion, the New England Medical Center states that the Discovery Requests were served prematurely and in violation of Federal Rules of Civil Procedure 26(d), 33(a) and 36(a), as well as Local Rules 26.2(A). Wherefore, the New England Medical Center respectfully requests that this Honorable Court strike the discovery requests on those bases.

Respectfully submitted,

MARTIN, MAGNUSON, McCARTHY
 & KENNEY

_____
Daniel J. Griffin, B.B.O. No. 211300
Lynda Riesgo Jensen, B.B.O. No. 652498
Attorneys for the Defendant,
New England Medical Center
101 Merrimac Street
Boston MA 02114
617-227-3240

## CERTIFICATE OF SERVICE

I, Lynda Riesgo Jensen, counsel for defendant, New England Medical Center, hereby certify that on the 24th day of May, 2005, a copy of the above document was sent by mail, postage prepaid, to:

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895-5105
 *Pro Se* Plaintiff

_____
Daniel J. Griffin, B.B.O. No. 211300
Lynda Riesgo Jensen, B.B.O. No. 652498
Attorney for the Defendant,
New England Medical Center
101 Merrimac Street
Boston MA 02114
617-227-3240

2