UNITED STATES DISTRICT COURT
IN AND FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD S. KOBACK,<br>    Plaintiff/Pro Se<br><br>VS.<br><br>METROWEST MEDICAL CENTER,<br>LEONARD MORSE HOSPITAL,<br>FRAMINGHAM UNION HOSPTIAL, NEW<br>ENGLAND MEDICAL CENTER, TUFTS<br>UNIVERSITY SCHOOL OF MEDICINE,<br>HMO BLUE OF MASSACHUSETTS, BLUE<br>CROSS BLUE SHIELD OF MASS,<br>EMANUEL FRIEDMAN, M.D., JOHN P.<br>LONG, M.D., and EROL ONEL, M.D.,<br>    Defendants | CIVIL ACTION NO. 05-CV-10798-WGY |

**REQUEST FOR HEARING ON THE MOTION OF THE DEFENDANT, NEW
ENGLAND MEDICAL CENTER, TO STRIKE THE REQUESTS FOR
ADMISSIONS AND INTERROGATORIES SERVED ON IT
BY THE PLAINTIFF, DONALD S. KOBACK**

Now comes the defendant, the New England Medical Center (erroneously named), and respectfully requests that this Honorable Court convene a hearing on its motion to strike the requests for admissions and interrogatories served by the plaintiff, Donald S. Koback, unless this Court sees fit to allow the motion on the papers filed.

          Respectfully submitted,

          MARTIN, MAGNUSON, McCARTHY
          & KENNEY

          */s/ Lynda Riesgo Jensen*
          Daniel J. Griffin, B.B.O. No. 211300
          Lynda Riesgo Jensen, B.B.O. No. 652498
          Attorneys for the Defendant,
          New England Medical Center
          101 Merrimac Street
          Boston MA 02114
          617-227-3240

## CERTIFICATE OF SERVICE

I, Lynda Riesgo Jensen, counsel for defendant, New England Medical Center, hereby certify that on the 24th day of May, 2005, a copy of the above document was sent by mail, postage prepaid, to:

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895-5105
*Pro Se* Plaintiff

*[signature]*
Daniel J. Griffin, B.B.O. No. 211300
Lynda Riesgo Jensen, B.B.O. No. 652498
Attorney for the Defendant,
New England Medical Center
101 Merrimac Street
Boston MA 02114
617-227-3240