UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| DONALD S. KOBACK,       )<br>               )<br>       *Plaintiff*,       )<br>               )<br>v.               )<br>               )<br>METROWEST MEDICAL CENTER, et al.       )<br>               )<br>       *Defendants*.       )<br>               ) | Civil Action. No. 05-10798-WGY |

## BLUE CROSS'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Blue Cross and Blue Shield of Massachusetts, Inc. and Blue Cross and Blue Shield of Massachusetts, Inc. ("Blue Cross") hereby move to dismiss the claims against them in the Amended Complaint filed by plaintiff Donald S. Koback.  As grounds therefor, Blue Cross states that the Complaint alleges that Blue Cross negligently or in breach or contract administered the plaintiff's request for certain health care benefits.  The benefits were obtained through an employer-sponsored employee welfare benefit plan.  Accordingly, the complaint against Blue Cross is entirely preempted by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. 1001, et seq., and should be dismissed.

In further support of this motion, Blue Cross relies on the arguments in its supporting memorandum and the Declaration of Theresa McInerney, filed herewith.

2

Wherefore, the Court should dismiss the complaint against Blue Cross.

BLUE CROSS REQUESTS ORAL ARGUMENT ON ITS MOTION.

By Its Attorneys,

/s/ Joseph Halpern
Joseph D. Halpern, BBO# 544789
Blue Cross and Blue Shield of
Massachusetts, Inc.
401 Park Drive
Boston, MA  02215
Tel.:   (617) 246-3500
Fax:   (617) 246-3550
joseph.halpern@bcbsma.com

Dated:   June 1, 2005

Lit/Koback/MoDismiss

2