UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DONALD S. KOBACK )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>METROWEST MEDICAL CENTER, et al. )<br>)<br>*Defendants*. )<br>) | Civil Action. No. 05-10798-WGY |

### DECLARATION OF THERESA MCINERNEY

I, Theresa McInerney, state as follows:

1. I am employed by Blue Cross and Blue Shield of Massachusetts, Inc. and Blue Cross and Blue Shield of HMO Blue Massachusetts, Inc. (jointly, "Blue Cross"), defendants in the above-captioned action, as a Paralegal in the Legal Department. In that capacity I am responsible for, among other things, obtaining and researching Blue Cross business records.

2. The Blue Cross business records indicate that Blue Cross entered into a small group contract with the Donald S. Koback & Associates law firm (Blue Cross Group No. 6607529) to provide its employees and their dependents with health care benefits under a Blue Cross product known as HMO Blue. Under that contract, Donald S. Koback & Associates enrolled its employee, plaintiff Donald S. Koback, for HMO Blue benefits for years including 1999 and 2000.

3. The Premium Account Agreement between Blue Cross and small groups, including Donald S. Koback & Associates, provides that the employer "must provide copies to

1

your employees and otherwise comply with the applicable provisions of the Employee Retirement Income Security Act of 1974, as amended." Similarly, Mr. Koback's HMO Blue Subscriber Certificate in 1999-2000, which is the contract between him as a subscriber and Blue Cross, states that the plan sponsor for his plan is "the same as the plan sponsor designated under the Employee Retirement Income Security Act of 1974 (ERISA), as amended." A true and accurate copy of excerpts from the Premium Account Agreement and the Subscriber Certificate is attached hereto as Exhibits 1 and 2.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on June 1, 2005

                                        /s/ Theresa McInerneny
                                        Theresa McInerney

# EXHIBIT 1

**BlueCross BlueShield of Massachusetts**

An Independent Licensee of the Blue Cross and Blue Shield Association

# Premium Account Agreement

This Premium Account Agreement describes the terms of the arrangement between **Blue Cross and Blue Shield of Massachusetts, Inc.** (Blue Cross and Blue Shield) and the **Account** to provide health care benefits for the Account's covered employees and their covered dependents (Members). In this Agreement, the terms *you* and *your* refer to the Account that has entered into this Agreement.

Blue Cross and Blue Shield will provide these benefits in accordance with the underwriting guidelines detailed in *The Manual of Underwriting Guidelines for Group Business* and the health care benefits detailed in the subscriber certificates including riders (together referred to as "Subscriber Certificates") that describe your benefit plans. (Your benefit plans are those you select from the proposal or renewal package Blue Cross and Blue Shield sends you and which are identified by the premium charges stated on your monthly invoices during the policy year.) Blue Cross and Blue Shield will provide benefits to your Members as long as they meet the eligibility requirements of this Agreement and the Subscriber Certificates describing your benefits plans, and as long as the applicable premium charges are paid. Blue Cross and Blue Shield will provide you with a copy of your Subscriber Certificates upon request. You must provide copies to your employees and otherwise comply with the applicable provisions of the Employee Retirement Income Security Act of 1974, as amended.

## Section 1. Term of This Agreement

This Agreement will be effective for one policy year beginning on your 1999 anniversary/renewal date unless terminated as described in Section 9. You must pay all premium charges that Blue Cross and Blue Shield bills you for coverage through the date of termination. Blue Cross and Blue Shield will automatically renew your coverage with Blue Cross and Blue Shield according to the benefit plans and premium rates you select from your renewal package for the next one-year term and Blue Cross and Blue Shield will issue a new agreement to you, which may differ from this agreement with respect to terms and conditions. If you do not want to have a new agreement with Blue Cross and Blue Shield for another one-year term, you must give Blue Cross and Blue Shield written notice at least 30 days before this Agreement ends.

## Section 2. Acceptance

**This Agreement will be considered accepted and binding by both parties when you pay your first month's premium charges.** (If you offer a Medicare Risk plan for which there is no premium charge, this Agreement will be considered accepted and binding by both parties as of the date coverage becomes effective under this Agreement, provided you have not notified Blue Cross and Blue Shield otherwise in writing.)

This Agreement and your renewal package constitute both parties' entire understanding and supersedes all prior representations and understandings, whether oral or written, and will be construed according to the laws of the Commonwealth of Massachusetts.

You, on your own behalf and on behalf of your covered employees, hereby expressly acknowledge your understanding that this Agreement constitutes a contract solely between you and Blue Cross and Blue Shield, Inc. (Blue Cross and Blue Shield), which is an independent corporation operating under a license from the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans, (the "Association") permitting Blue Cross and Blue Shield to use the Blue Cross and Blue Shield Service Marks in the Commonwealth of Massachusetts, and that Blue Cross and Blue Shield is not contracting as the agent of the Association. You, on your own behalf and on behalf of your covered employees, further acknowledge and agree that you have not entered into this Agreement based upon representations by any person other than Blue Cross and Blue Shield and that no person, entity, or

PAA 4Q99

# EXHIBIT 2

# HMO Blue®
**With Prescription Drug Coverage**

## Subscriber Certificate



BlueCross
BlueShield
*of Massachusetts*

An Independent Licensee of the Blue Cross and Blue Shield Association

*Blue Cross and Blue Shield*, under its HMO Blue license, certifies that you have the right to coverage according to the terms of this **HMO Blue** *contract*. Your HMO Blue identification card will identify you to a *Plan provider* as a person who has the right to the coverage described in this Subscriber Certificate.

You hereby expressly acknowledge your understanding that this *contract* constitutes a contract solely between the account (your *group*) on your behalf and, on behalf of its HMO Blue product line, Blue Cross and Blue Shield of Massachusetts, Inc. (*Blue Cross and Blue Shield*), which is an independent corporation operating under a license from the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans, (the "Association") permitting *Blue Cross and Blue Shield* to use the Blue Cross and Blue Shield Service Marks in the Commonwealth of Massachusetts, and that *Blue Cross and Blue Shield* is not contracting as the agent of the Association. You further acknowledge and agree that your *group* has not entered into this *contract* on your behalf based upon representations by any person other than *Blue Cross and Blue Shield* and that no person, entity or organization other than *Blue Cross and Blue Shield* will be held accountable or liable to you or your *group* for any of *Blue Cross and Blue Shield's* obligations to you created under this *contract*. This paragraph will not create any additional obligations whatsoever on the part of *Blue Cross and Blue Shield* other than those obligations created under other provisions of this *contract*.

**Blue Cross and Blue Shield of Massachusetts, Inc.**

Milton L. Glass
Chairman of the Board

William C. Van Faasen
President

Incorporated under the laws of the
Commonwealth of Massachusetts as a Non-Profit Organization

# Introduction

### Welcome to HMO Blue!

You are covered under this HMO Blue *contract*. The coverage that is described in this Subscriber Certificate will be provided as long as you are enrolled under this *contract* when you receive *covered services*, the *premium* that your *group* owes for this coverage has been paid to *Blue Cross and Blue Shield* and you follow all the requirements of the *Plan*. This Subscriber Certificate is part of the *contract* between the *subscriber's group* and *Blue Cross and Blue Shield* to provide HMO Blue coverage to you (the *member*). It explains your coverage and the terms of your membership under this *contract*. It also describes your responsibilities as well as the *Plan's* responsibilities to you. You should read this Subscriber Certificate to familiarize yourself with the main provisions and keep it handy for reference. The words in italics have special meanings and are described in Part 2. Your *group* or the *Plan* may change the coverage described in this Subscriber Certificate. If this is the case, the change is described in a rider. Your *plan sponsor* can supply you with any applicable riders.

As a *Plan member*, you must choose a *primary care physician* (PCP) who will furnish most of your health care. If you and your PCP decide you need to see a specialist, your PCP will refer you to the specialist that he or she determines is best for treating your specific condition. It will usually be a specialist your PCP knows, probably someone affiliated with your PCP's hospital or medical group. By enrolling in the *Plan*, you have agreed to receive all your health care from HMO Blue *Plan providers*. (To find out if a health care provider is a *Plan provider*, you may look in the <u>HMO Blue Directory of Providers</u>.) Of course, if you need *emergency care* or, in some cases, *urgent care*, the *Plan* will cover those services even when they are furnished by non-*Plan providers*. The *Plan* **will not** cover any other services by non-*Plan providers*, unless they are approved in advance by the *Plan*.

**Before using your coverage, you should remember there are limitations.** Limitations or restrictions on your coverage may be found in Parts 4, 5, 6, 7 and 8.

### Identification Cards

When you enroll for coverage under this *contract*, you will receive an HMO Blue identification card. This card is for identification purposes only. While you are a *member*, you must show your identification card to the *Plan provider* before you receive *covered services*. If your identification card is lost or stolen, you should contact the *Blue Cross and Blue Shield* customer service office. They will send you a new HMO Blue identification card.

### Any Questions?

For help to understand the terms of this *contract*, you may call the *Blue Cross and Blue Shield* customer service office at the toll-free telephone number shown on your HMO Blue identification card (or, the Telecommunications Device for the Deaf (TDD), 1-800-522-1254). If you wish to write, the address is: **Blue Cross and Blue Shield of Massachusetts, 100 Summer Street, Boston, MA 02110**.

# Part 2
# Definitions

for the coordinated delivery of health care services to its *members*. "*Plan*" also means an employee or designee of *Blue Cross and Blue Shield* who is authorized to make decisions or take action called for under this *contract*.

## Plan Facility

A *Plan* physician's office, *Plan* health center, *Plan* hospital or another facility or agency designated by the *Plan* to furnish *covered services* to *members*.

## Plan Mental Health Provider

A *Plan provider* that may furnish *covered services* to *members* for the treatment of *mental conditions*. These *Plan providers* include: clinical specialists in psychiatric and mental health nursing; community health centers (that are a part of a general hospital); detoxification facilities; general hospitals; licensed independent clinical social workers; licensed mental health counselors; mental health centers; mental hospitals; physicians; psychologists; and any other mental health provider designated by the *Plan*.

## Plan Provider

A health care provider that has a written payment agreement with (or that has been designated by) the *Plan* to furnish *covered services* to *members*. These providers are part of the HMO Blue network of health care providers. *Plan providers* that may furnish *covered services* to you include: ambulance services; ambulatory surgical facilities; appliance companies; cardiac rehabilitation centers; certified registered nurse anesthetists; chronic disease hospitals; clinical specialists in psychiatric and mental health nursing; community health centers; dentists; detoxification facilities; diagnostic imaging facilities; dialysis facilities; free-standing radiation therapy and chemotherapy facilities; general hospitals; home health agencies; home infusion therapy providers; hospice providers; licensed independent clinical social workers; licensed mental health counselors; mail service pharmacy; mental health centers; mental hospitals; nurse midwives; nurse practitioners; nurses; optometrists; oxygen suppliers; paraprofessionals; physical therapists; physicians; podiatrists; psychologists; rehabilitation hospitals; retail pharmacies; skilled nursing facilities; and visiting nurse associations.

Note: To find out if a health care provider is a *Plan provider*, you may look in the HMO Blue Directory of Providers. Or, you may call the *Blue Cross and Blue Shield* customer service office or the Physician Selection Service. (See Part 3.)

## Plan Sponsor

The *plan sponsor* is usually your employer and is the same as the plan sponsor designated under the Employee Retirement Income Security Act of 1974 (ERISA), as amended. If you are not sure who your *plan sponsor* is, contact your employer.

## Premium

The total monthly cost of your coverage under this *contract*. The *premium* amount is part of the agreement between *Blue Cross and Blue Shield* and the *group*. It is up to the *group*

**Part 2**
# Definitions

to notify a *subscriber* of any *premium* changes. The *Plan* is not responsible for providing coverage for a *group member* if the *group* fails to make *premium* payments. In this case, the *Plan* must provide notification to the *group member*.

### Primary Care Physician (PCP)

The *Plan* physician that you choose to furnish medical care and to arrange and coordinate all other *covered services*. Your *primary care physician* also makes necessary referrals to other *Plan providers* for specialty care. A *primary care physician* may be an internist or a family practitioner or pediatric physician. The HMO Blue Directory of Providers lists the *Plan's primary care physicians*. Your *primary care physician* is called your "PCP" in this Subscriber Certificate.

### Room and Board

Your room, meals and general nursing services while you are an *inpatient*. This includes hospital services furnished in an intensive care or similar unit.

### Service Area

The geographic area in which the *Plan* provides *covered services*. The only exceptions are for *emergency care* and, in some cases, *urgent care*. (See Part 5.) The *service area* is described at the end of this Subscriber Certificate.

### Special Services

The services and supplies that a facility normally furnishes to its patients for diagnosis or treatment while the patient is in the facility. *Special services* include such things as:

- The use of special rooms. These include: operating rooms; and treatment rooms.

- Tests and exams.

- The use of special equipment in the facility. Also, the services of the people hired by the facility to run the equipment.

- Drugs, medications, solutions, biological preparations and medical and surgical supplies used while you are in the facility.

- Administration of infusions and transfusions. These do not include the cost of: whole blood; packed red blood cells; blood donor fees; or blood storage fees.

- Internal prostheses (artificial replacements of parts of the body) that are part of an operation. These include things such as: hip joints; skull plates; intraocular lenses; and pacemakers. They do not include things such as: ostomy bags; artificial limbs or eyes; hearing aids; or airplane splints.

### Subscriber

The eligible person who signs the enrollment form at the time of enrollment under this *contract*. This is the person on whose behalf *Blue Cross and Blue Shield* and the *plan sponsor* have entered into this *contract*.

## Service Area

### In Massachusetts

The *Plan's service area* includes all cities and towns in the following counties within the state of Massachusetts.

| | | |
|---|---|---|
| Barnstable County | Hampden County | Norfolk County |
| Berkshire County | Hampshire County | Plymouth County |
| Bristol County | Middlesex County | Suffolk County |
| Essex County | Nantucket County | Worcester County |
| Franklin County | | |

Dukes County **is not** included in the *Plan's service area*.

### In New Hampshire

The *Plan's service area* also includes the following cities and towns within the state of New Hampshire.

| | | |
|---|---|---|
| Amherst | Hollis | Nashua |
| Atkinson | Hudson | New Ipswich |
| Brookline | Litchfield | Pelham |
| Chester | Londonderry | Plaistow |
| Danville | Lyndeborough | Rindge |
| Derry | Mason | Salem |
| Fitzwilliam | Merrimack | Sandown |
| Greenville | Milford | Wilton |
| Hampstead | Mont Vernon | Windham |