UNITED STATE DISTRICT COURT

EASTERN DIVISION       FILED CLERKS OFFICE DISTRICT OF MASSACHUSETTS

DONALD S. KOBACK    2005 JUN -1 P 1   CASE NO: 1-05-10798
pro se                U.S. DISTRICT COURT                    WGY
plaintiff              DISTRICT OF MASS

V.

MetroWest Medical
Center

et. al

EXCEPTIONS- NOTICE OF APPEAL
TO RULINGS (5 + 10)

PLAINTIFF GIVES NOTICE to U.S. DISTCT
OF "Appeal" TO THE FIRST CIRCUT U.S.
COURT OF APPEALS, sitting in Boston,
MA, appertaining to rulings found in
docket number 5 and 10
dated 5-④-5-⑲
IN THE CASE BELOW, AS TO WHICH HE TAKES EXCEPTION

PRIOR MOTIONS TO RECUSE, EXCEPTIONS,   Faithfully Submitted
5-28-05   & NOTICE OF
          Appeal
          incorporated      Donald Koback
          herein by         Donald S. KOBACK
          reference         5-28-05

Certificate of Service
========================

PLAINTIFF, Pro Se, HAS ~~FORWARD~~ MAILED, by 1ST CLASS MAIL a copy of "EXCEPTION AND NOTICE OF APPEAL TO THE FIRST CIRCUIT, U.S. COURT OF APPEALS" to:

1. BARBARA HAYES BUELL
   BLOOM + BUELL
   1340 SOLDIERS FIELD ROAD
   Boston, Ma. 02135-1020

2. MARTIN, MAGNUSON, McCARTHY + KENNEY
   101 Merrimac St
   Boston, Massachusetts 02114-4716

3. EROL ONEL
   ANDOVER UROLOGY ASSOCIATES
   140 HAVERHILL
   ANDOVER, MA. 01810

4. Person in Charge (LEGAL DEPT.)
   BLUE CROSS and BLUE SHIELD ~~and BLUE CROSS~~ OF MASSACHUSETTS
   HMO BLUE
   401 PARK DRIVE
   Boston, Ma.

Person In Charge (Legal Dept.)
5. BLUE ~~SHIELD~~ CROSS AND BLUE ~~CROSS~~ SHIELD OF MASSACHUSETTS (HMO BLUE)
   100 Summer St
   Boston, Ma.

6. EMANUEL FRIEDMAN, M.D.
   95 LINCOLN
   FRAMINGHAM, MA.

7. JOHN P. LONG
   139 LINCOLN ST
   FRAMINGHAM, MA 01702

Signed under pains + penalties of perjury.

Donald S. Koback

5-28-05