## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10798

Donald S. Koback

v.

Metrowest Medical Center, et al

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/1/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 3, 2005.

Sarah A. Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/3/05.

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10798-WGY

Koback v. Metrowest Medical Center et al
Assigned to: Chief Judge William G. Young
Cause: 28:1331 Fed. Question: Medical Malpractice

Date Filed: 04/12/2005
Jury Demand: Both
Nature of Suit: 362 Personal Inj. Med. Malpractice
Jurisdiction: Diversity

**Plaintiff**

**Donald S. Koback**   represented by   **Donald S. Koback**
195 Sunnyside Avenue
Woonsocket, RI 02895
PRO SE

V.

**Defendant**

**Metrowest Medical Center**

**Defendant**

**Leonard Morse Hospital**

**Defendant**

**Framingham Union Hospital**

**Defendant**

**New England Medical Center**   represented by   **Daniel J. Griffin, Jr.**
Martin, Magnuson, McCarthy and Kenney
7th Floor
101 Merrimac St.
Boston, MA 02114

617-227-3240
Fax: 617-227-3346
Email: dgriffin@mmmk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Lynda R. Jensen**
Martin, Magnuson, McCarthy and Kenney
101 Merrimac St.
7th Floor
Boston, MA 02215
617-227-3240
Fax: 617-227-3346
Email: lriesgo@mmmk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Defendant**

**Tufts University School of Medicine**

**Defendant**

**M.D. Emanuel Friedman**

**Defendant**

**M.D. John P. Long**

**Defendant**

**HMO Blue of Massachusetts**     represented by     **Joseph D. Halpern**
Blue Cross Blue Shield Law Dept.
401 Park Drive
Boston, MA 02215
617-246-3500
Fax: 617-246-3550

|  | Email: joseph.halpern@bcbsma.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

**Blue Cross Blue Shield of Mass** represented by **Joseph D. Halpern** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED*

**Defendant**

**Erol Onel**
*Andover Urology Associates of Andover, Mass*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2005 | 1 | COMPLAINT against all defendants Filing fee: $ 250, receipt number 63688, filed by Donald S. Koback. (Bell, Marie) (Entered: 04/26/2005) |
| 04/12/2005 |  | Summons Issued as to HMO Blue of Massachusetts, Blue Cross Blue Shield of Mass, Metrowest Medical Center, Leonard Morse Hospital, Framingham Union Hospital, New England Medical Center, Tufts University School of Medicine, Emanuel Friedman, John P. Long. (Bell, Marie) (Entered: 04/26/2005) |
| 04/12/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Bell, Marie) (Entered: 04/26/2005) |
| 04/26/2005 | 2 | AMENDED COMPLAINT against all defendants, filed by Donald S. Koback. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Affidavit)(Bell, Marie) (Entered: 04/27/2005) |
| 05/02/2005 | 3 | AMENDED COMPLAINT against all defendants, filed by Donald S. Koback.(Bell, Marie) (Entered: 05/02/2005) |
| 05/02/2005 | 4 | MOTION to Amend 1 Complaint to add defendants by Donald S. Koback.(Bell, Marie) (Entered: 05/03/2005) |
| 05/03/2005 | 5 | AMENDED COMPLAINT against all defendants, filed by Donald S. Koback.(Bell, Marie) (Entered: 05/04/2005) |
| 05/04/2005 | | Judge William G. Young : Electronic ORDER entered granting 4 Motion to Amend Complaint to add defendant. MOTION ALLOWED AS MATTER OF RIGHT AND THE ATTACHED AMENDED COMPLAINT (DOCKET #5) SHALL CONSTITUTE THE SOLE COMPLAINT IN THIS ACTION. cc/cl. (Bell, Marie) (Entered: 05/04/2005) |
| 05/09/2005 | 6 | Letter from Dr. Michael P. Donovan re: Donald Koback. (Bell, Marie) (Entered: 05/10/2005) |
| 05/11/2005 | 7 | AMENDED COMPLAINT against all defendants, filed by Donald S. Koback.(Bell, Marie) (Entered: 05/12/2005) |
| 05/17/2005 | 8 | SUMMONS Returned Executed New England Medical Center served on 5/10/2005, answer due 5/31/2005. (Bell, Marie) (Entered: 05/18/2005) |
| 05/17/2005 | 9 | AMENDED COMPLAINT against all defendants, filed by Donald S. Koback.(Bell, Marie) (Entered: 05/19/2005) |
| 05/18/2005 | 10 | (Ninth) AMENDED COMPLAINT against all defendants, filed by Donald S. Koback.(Bell, Marie) (Entered: 05/19/2005) |
| 05/18/2005 | 11 | Return receipt received for mail sent to Erol Onel Delivered on 5/4/05 (Bell, Marie) (Entered: |

| | | 05/19/2005) |
|---|---|---|
| 05/19/2005 | ○ | Judge William G. Young : Electronic ORDER entered. re 7 Amended Complaint filed by Donald S. Koback,, 9 Amended Complaint filed by Donald S. Koback,, 10 Amended Complaint filed by Donald S. Koback. TREATED AS A MOTION TO AMEND THE COMPLAINT, MOTIONS DENIED AS VIOLATIVE OF THE ORDER OF MAY 4, 2005. cc/cl. (Bell, Marie) (Entered: 05/19/2005) |
| 05/19/2005 | 12 | ANSWER to Complaint with Jury Demand by New England Medical Center. c/s.(Bell, Marie) (Entered: 05/20/2005) |
| 05/19/2005 | 13 | Response by New England Medical Center to 7 Amended Complaint, 2 Amended Complaint, 3 Amended Complaint, 9 Amended Complaint, 10 Amended Complaint, 5 Amended Complaint. c/s. (Bell, Marie) (Entered: 05/20/2005) |
| 05/19/2005 | 14 | CORPORATE DISCLOSURE STATEMENT by New England Medical Center (No Parent Corporation). (Bell, Marie) (Entered: 05/20/2005) |
| 05/23/2005 | 15 | NOTICE of Appearance by Daniel J. Griffin, Jr on behalf of New England Medical Center. c/s. (Bell, Marie) (Entered: 05/25/2005) |
| 05/23/2005 | 16 | NOTICE of Appearance by Lynda R. Jensen on behalf of New England Medical Center. c/s. (Bell, Marie) (Entered: 05/25/2005) |
| 05/24/2005 | 19 | EXCEPTIONS AND NOTICE of Direct Appeal to Supreme Court of U.S.A. by Donald S. Koback (Bell, Marie) (Entered: 05/26/2005) |
| 05/24/2005 | 20 | MOTION for Reconsideration re 5/19/05 Electronic Order, by Donald S. Koback.(Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 17 | NOTICE of Appearance by Joseph D. Halpern on |

| | | |
|---|---|---|
| | | behalf of HMO Blue of Massachusetts, Blue Cross Blue Shield of Mass (Halpern, Joseph) (Entered: 05/25/2005) |
| 05/25/2005 | 18 | CORPORATE DISCLOSURE STATEMENT by HMO Blue of Massachusetts, Blue Cross Blue Shield of Mass. (Halpern, Joseph) (Entered: 05/25/2005) |
| 05/25/2005 | 21 | MOTION for Recusal by Donald S. Koback.(Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 22 | SUMMONS Returned Executed. Framingham Union Hospital served on 5/19/2005, answer due 6/8/2005. (Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 23 | SUMMONS Returned Executed. Leonard Morse Hospital served on 5/19/2005, answer due 6/8/2005. (Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 24 | SUMMONS Returned Executed. John P. Long served on 5/18/2005, answer due 6/7/2005. (Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 25 | SUMMONS Returned Executed. Blue Cross Blue Shield of Mass served on 5/19/2005, answer due 6/8/2005. (Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 26 | MOTION to Strike the Requests for Admissions and Interrogatories by New England Medical Center. c/s. (Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 27 | MEMORANDUM in Support re 26 MOTION to Strike filed by New England Medical Center. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 28 | MOTION for Hearing on 26 MOTION to Strike by New England Medical Center. c/s.(Bell, Marie) (Entered: 05/26/2005) |
| 05/31/2005 | 29 | MOTION for Referral to Medical Tribunal by New England Medical Center. c/s.(Bell, Marie) (Entered: |

| | | |
|---|---|---|
| | | 06/01/2005) |
| 06/01/2005 | 30 | MOTION to Dismiss by HMO Blue of Massachusetts, Blue Cross Blue Shield of Mass.(Halpern, Joseph) (Entered: 06/01/2005) |
| 06/01/2005 | 31 | MEMORANDUM in Support re 30 MOTION to Dismiss filed by HMO Blue of Massachusetts, Blue Cross Blue Shield of Mass. (Halpern, Joseph) (Entered: 06/01/2005) |
| 06/01/2005 | 32 | AFFIDAVIT of Theresa McInerney in Support re 30 MOTION to Dismiss filed by HMO Blue of Massachusetts, Blue Cross Blue Shield of Mass. (Halpern, Joseph) (Entered: 06/01/2005) |
| 06/01/2005 | 33 | NOTICE OF APPEAL as to Order,, Order on Motion to Amend, by Donald S. Koback. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/21/2005. cc/cl. (Bell, Marie) (Entered: 06/02/2005) |