U.S. DISTRICT COURT     05-10798-464

EASTERN DISTRICT    DISTRICT OF MASSACHUSETTS

Donald S. Koback, pro se
Plaintiff
v.                    # 05-10798
MetroWest Medical Center
et. al.

## OBJECTION

Plaintiff objects to the "MOTION OF THE DEFENDANT, NEW ENGLAND MEDICAL CENTER, TO REFER CASE TO THE SUPERIOR COURT TO CONVENE A MEDICAL MALPRACTICE TRIBUNAL" for the following reasons:

1. Plaintiff contends that the Court erred in ~~ruling~~ that hospitals and physicians had ~~a substantial right~~

1 of 7

a substantive right to a M.G.L., Ch. 231, sec. 60B tribunal. ~~In that~~ This so-called right obstructs the constitutional right of ~~this poor~~ citizen ~~which~~. To have ~~their~~ his case heard by a jury of his peers. The Court abuses its power by sanctioning a politically generated legal concoction — "tribunals". Said tribunals provide an aura of legitimacy to a group individuals whose clear intention it is to "weed out" malpractice lawsuits so as to deny a person such as plaintiff a jury trial ~~in short~~,

2 of 7

they by definition lack a clear, fair, impartial and open mind to said malpractice claims as would a jury of one's peers. Austin v. Boston Univ. Hosp., 372 Mass. 654; Byrnes v. Kirby, 453 F. Supp. 1014, 1019 (D.C. Mass. 1978)

2. Said section 60B tribunals imposes an onerous bond requirement if these officious interlopers substituting their opinions for the deliberations of a jury decide wily nily, pro the doctor anti- the people, to decide against plaintiff. The constitution

In short, the constitution simply does not allow these obstructions and burdens to be placed on the exercise of ~~the~~ a citizen's right ~~to exercise~~ ~~to~~ trial by jury.

3. Jurors are drawn from the people, common, everyday persons, with no ax to grind, no agenda to advance. This ~~cannot~~ ~~cannot~~ cannot be said of the ~~distinguished~~ persons ~~as to say~~ who decide cases in these tribunals. They stand ~~about~~ above the people in some hard to define manner, as if at loggerheads, as if at war,

Case 1:05-cv-10798-WGY    Document 35    Filed 06/03/2005    Page 5 of 6

4. Said tribunals are on their face discriminatory towards the common citizen, tipped in favor a small minority. U.S. Constitution, Bill of Rights 5th and 14th Amendments.

5. Said section 60B tribunals are intended to redress grievances sounding "malpractice, error, or mistake", not to redress grievances ~~even~~ sounding in fraud, deceit or sounding in civil rights violations

*[signatures]*

5 of 7

6. The constitutional right to trial by jury cannot be diminished by a state legislative body serving special interest, but only by a constitutional convention of the people. Section 60B tribunals assail the very heart of ~~the~~ the nation's democratic foundations. See Bill of Rights, U.S. Constitution; ~~Declaration~~ Declaration of Rights, Massachusetts Constitution.

6 of 7

[signatures]