To: FRANK B. HALL INC.

To: ROLLINS, HUDIG, HALL OF MASSACHUSETTS

1 OF 5      AFFIDAVIT OF NOTICE

MetroWest Medical Center d/b/a Leonard Morse Hospital of Natick, Massachusetts and d/b/a Framingham Union Hospital of Framingham, Massachusetts being master, employer, principal, landlord, and/or lessors, or standing in their (the foregoing persons) stead, as respondeat superior of, or in relation to, Emanuel Friedman and John P. Long, et. al. representatives, servants, employees, agents, tenants, and/or lessees, which servants,

employees, agents, representatives, tenants and/or lessees acting within the scope of their authority, employment or and/or tenancy, and acting, or failing to act upon the premises made available to them by said master, employer, principal, landlord and/or lessors, and/or ~~upon~~ respondeat superior, with ~~scribbled~~ knowledge of their activities upon said premises vis-à-vis patients/complainants ~~scribbled~~ ~~as the plaintiff~~

3 of 5 And New England Medical Center, of Boston, Ma., being master, employer, Principal, landlord, ~~&~~ Lessor or ~~standing~~ in the stead of ~~the~~ foregoing person, among others, as respondent superior of, and/or in relation to, ~~Dr.~~ Erol Onel, among others, agents, servants, employees, tenants, lessees and/or representatives of said respondent superior acting within the scope of the employment and/or authority, inter ~~alia~~ alias ~~@ Petmon~~ and acting upon the premises made available to them

4 of 5 by said master, agent, employer, principal, landlord, lessor, ~~and~~ and/or respondant superior to perform surgeries, inter alia

All of whom (servants, employees, etc.) were clothed with apparent authority to engage in the activities described in U.S. District Court 1-05-10798-WGY (Boston, Ma.) and/or implied authority and/or express authority

Notice to insurer hereby furnished; plaintiff in said action hereby objecting to any clause in said medical or hospitalization/malpractice insurance policy, contract, or agreement which accepts notice (only) from the insured and not from the

5 of 5 medical or hospital malpractice complainant, as such works a fraud upon the plaintiff in particular and upon the public at large, said notice by the claimant being sufficient all other contentions or provisions being void as against public policy.

June 6, 05

Signed under pains and penalties of perjury.

D. Koback
Donald S. Koback
CLAIMANT, PLAINTIFF
PRO SE
6-6-05

P. D S Koback, serve the following by 1st class mail on 6/6+/05:

CC: Rollins, Hudig, Hall of Mass - (original)

Frank B. Hall Inc
99 High St
Boston, Massachusetts

Joseph Halpern - 01/08
Blue Cross + Blue Shield
401 Park Drive
Boston, Ma. 02215-3326

Clerk, US Dist Ct

Dr Kleba, NEMC

Dr Long

Dr Friedman

Barbara Hayes Buell
Bloom & Buell

Griffin-Riesgo Jensen - MMMK

6-6-05 Signed under pains & penalties of perjury D.S Koback