U.S. DISTRICT COURT

EASTERN DIVISION
(Boston)

FILED
CLERKS OFFICE
District of Massachusetts
2005 JUN -9 P 1:50
US DISTRICT COURT
DISTRICT OF MASS.

DONALD S. KOBACK
  PLAINTIFF, pro se

v.

MetroWest Medical Center

et. al
  defendants

05-10798-WGY

## PLAINTIFF'S OPPOSITION TO DEFENDANT "BLUE CROSS"'S MOTION TO DISMISS

Plaintiff, Donald S. Koback, pro se opposes the 2 defendants — "Blue Cross and Blue Shield of Massachusetts, Inc." and "Blue Cross and Blue Shield of Massachusetts, Inc." — in their

JOINT MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (Fed. R. Civ. P. 12(b)(6)) and urges denial of same.

As grounds therefor, the two defendants "BLUE CROSS" and "BLUE CROSS" misstate the facts of this case and the application of law. In further support of PLAINTIFF'S OPPOSITION — See supporting memorandum and affidavit(s) filed herewith, upon which plaintiff relies.

Faithfully Submitted,

Donald S. Koback
Donald S. Koback