U.S. DISTRICT COURT

EASTERN DIVISION       DISTRICT OF MASSACHUSETTS
(Boston)

Donald S. Koback,                    05-10798-WGY
   Plaintiff, pro se
      v.
MetroWest Medical Center
      et. al
      defendants

## AFFADAVIT OF PLAINTIFF, DONALD S. KOBACK

1. "BLUE CROSS"'S AFFIANT, Theresa McInerney, purports to declare under oath a records keeper for "BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC.

AND "BLUE CROSS AND BLUE SHIELD OF HMO BLUE OF MASSACHUSETTS, INC., (jointly, "BLUE CROSS")," but she fails to ~~del~~ declare under oath for the second (2nd) "BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC." as pleaded in Defendant "BLUE CROSS" Fed. R. Civ. P. Rule 12(b)(6) "MOTION TO DISMISS", readily revealing the ~~conspreous~~ conspicuous absence of this second "BLUE CROSS and BLUE SHIELD OF MASSACHUSETTS, INC.";

2. "BLUE CROSS" AFFIANT has by her declaration failed, refused,

or neglected to include the years the plaintiff was covered by HMO BLUE, or otherwise known, going back to the year of 1989 at least when HMO BLUE OR "BLUE CROSS"[4] WORKED with Dr. EMANUEL FRIEDMAN, MetroWest Medical Center, Leonard Morse Hospital, other attending physicians at various and sundry surgeries creating a gaping hole or truncated vista in her sworn declaration;

3. The affiant of "BLUE CROSS" refers to the "PREMIUM ACCOUNT AGREEMENT" AND "SUBSCRIBER CERTIFICATE" for period 1999-2000 as being subject to EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974, as amended (ERISA) states a legal conclusion, not a fact; thereby giving rise to an inference that prior years of said "PREMIUM ACCOUNT AGREEMENTS" AND "SUBSCRIBER CERTIFICATES" were more beneficial to plaintiff factually and/or legally.

4. HMO BLUE AND One or Both OF THE "BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC.," Knowing that the affiant Donald S. KOBACK ~~affiant here-inafters~~ would be Submitted to incompetent medical and hospital treatment, acting in concert, with the "guinea pigging" Teaching Hospital of TUFTS UNIVERSITY SCHOOL OF MEDICINE — Known and advertised, and doing business as "New England Medical Center", to treat affiant Donald S. KoBACK WITH RECKLESS ABANDON, to

entice and represent that he would be made whole again as it was heralded other physicians out of state were capable through reconstructive surgery, etc.

5. Plaintiff, affiant, Donald S. KOBACK, learning of this ~~~~ deceitful conduct only by hard experience

6. But for these deceitful promises, representations, etc as to their capabity to MAKE the PLAINTIFF, AFFIANT WHOLE, Plaintiff would not have gone "forward" with this surgery WHICH HAS SET HIS PENIS, REPRODUCTIVE

SYSTEM, BRAIN. "BACKWARD" ALONG WITH A LIMPING LEG, AND OTHER AILMENTS.

Subscribed and declared under Pains and penalties of perjury

Donald S. Urbach

June 7, 05

Donald S. Koback

6-7-05