# UNITED STATES DISTRICT COURT

EASTERN DIVISION District of MASSACHUSETTS
(Boston)

Donald S. Koback, Pro Se
   v.   PLAINTIFF

MetroWest Medical Center,

et. al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10798 WGY

TO: (Name and address of Defendant)

EROL ONEL
ANDOVER UROLOGY ASSOCIATES
140 HAVERHILL
ANDOVER, MASSACHUSETTS

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald S. Koback, Pro Se
195 Sunnyside Ave
Woonsocket
Rhode Island 02895

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

DATE 4-21-05

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

NAME

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

June 3, 2005

I hereby certify and return that on 6/2/2005 at 9:25AM I served a true and attested copy of the summons and complaint, demand for jury trial, affidavit, amendment as of right and exhibits in this action in the following manner: To wit, by delivering in hand to Pamela Christofersen, receptionist, agent, person in charge at the time of service for EROL ONEL, ANDOVER UROLOGY ASSOCIATES, 140 Haverhill, Andover MA 01810. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($14.40), Postage and Handling ($1.00), Copies ($5.00) Total Charges $51.90

Deputy Sheriff Gil Frechette

*/s/ Gil Frechette*
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date                    *Signature of Server*

                                       _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.