AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN DIVISION (Boston) District of MASSACHUSETTS

DONALD S. KOBACK, pro se plaintiff

v.

MetroWest Medical Center, et. al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10798

TO: (Name and address of Defendant)

EMANUEL FRIEDMAN, M.D.
95 LINCOLN
FRAMINGHAM, MASSACHUSETTS

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD S. KOBACK
195 SUNNYSIDE AVE
WOONSOCKET
R.I. 02895

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE 4-21-05

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

*Middlesex, ss.*

June 3, 2005

I hereby certify and return that on 5/31/2005 at 9:30AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to KELLY MCTAGUE, agent, person in charge at the time of service for EMMANUEL FRIEDMAN, M.D., at, 95 LINCOLN Street, FRAMINGHAM, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($0.90), Postage and Handling ($1.00), Travel ($10.88) Total Charges $47.78

*Robert A Nation*

Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.