U.S. District Court

Eastern Division (Boston)

District of Massachusetts

05-10798-WGY

Donald S. Koback,
Plaintiff, pro se

v.

MetroWest Medical Center et. al.,
Defendants

Memorandum in Opposition to Defendant Teaching Hospital's (New England Medical Center) to STRIKE

Federal Rule of Civil Procedure 26(d) and Local Rules 26.2A ARE VIOLATIVE OF MORE LOFTY RIGHTS, privileges, and immunities.

NOTE FOLLOWING!

1. Said "Rules" constitute an overbroad restriction on plaintiff's out-of-court and in-court right to free speech, w/ pression

inter alia. and, as applied to this plaintiff; 1st., 5th., 7th., and 14th. Amendments

2. Said rules cannot be construed to apply to conduct which is willful, wanton, reckless, intentional, or which sound in civil rights violations; 1st., 5th., 7th. + 14th. Amendments

3. Said rules stifle dissent against those suffering injuries & based solely on "malpractice, error, or neglect" (1st, 5th, 7th. Amendments);

4. Neither the Secretary of the Commonwealth, the Board of Registration in Medicine, and Commissioner of Public Health, through their regulations or lack of regulations of physicians, hospitals, clinics, and other beings or entities, nor can their chief

law enforcement officer, the Attorney General of Massachusetts, <u>show</u> favoritism to one class of citizens – physicians, et.al., ... bending over backwards to protect their pocket books and purses while employing 'every trick in the book' to deprive the common man, woman and child 'their money's worth' for the 'pound of flesh', more or less, wrongfully taken (5th., 14th. eq. prot., 7th)

5. The abovementioned <u>Rules</u> aid and abet fraud and deceit BY PERMITTING physicians, et.al. TO CONCEAL THEIR IDENTIES

~~AND THAT OF THEIR INSURERS~~

ALLOWING SAID PHYSICIANS et.al, (See EXHIBITS D + E + F + G) TO ADVERTISE NAMES AND ADDRESSES, UNDER WHICH AND AT WHICH THEY DO OR CONDUCT BUSINESS WHICH ADVERTISED NAMES AND ADDRESSES, PERSONS, SUCH A PLAINTIFF, COME TO RELY UPON, WHICH THEY LATER CLAIM NOT TO BE THEIR "TRUE LEGAL IDENTITIES" — abusing misnomer or interposing misnomer to annoy, oppress, frustrate persons INJURED BY THEM. IN breif, they are permitted excesses in speech, expression

through misleading advertising, and deceitful d/b/a (doing business as — under one name which differs from true their legal identities), MASSACHUSETTS GENERAL LAWS, CHAPTER 93A; Ch.176D) WHEREAS INJURED PERSONS ARE FORCED TO PLAY "Hide and Seek" being denied their constitutional rights to know (through interrogatories and requests for admission) the identities, whereabouts, inter alia, of those who have laid their hands upon him and those of their insurers (1st., 5th., 14th, 7th. Amendments, U.S. Constitution & so worded here and above), ERGO, Defendant's Motion To Strike must Be Denied

Faithfully Submitted,

June 10, 05

Donald S. Urback 6-10-05

Pro Se