U.S. DISTRICT COURT

| EASTERN DIVISION (Boston) | DISTRICT OF MASSACHUSETTS |
|---|---|
| DONALD S. KOBACK plaintiff, pro se  v.  MetroWest Medical Center, et. al. defendants | 5-10798-WGY |

Plaintiff, Donald S Koback's, Opposition To Defendant New England Medical Center's Motion to Strike Plaintiff's Four (4) Interrogatories (Rule 33) and NINE (9) Requests for Admissions (36)

Now comes the plaintiff (See EXHIBIT A ) and B, C, D, E, F, G

Donald S Lubach who Opposes the defendants (New England Medical Center) Teaching Hospital's Motion To Strike as they continue to "beat a dead horse" metaphorically (as in Assault+Battery), as in "Insult To Injury" Stiffle Dissent in Actuality (1st Amend), and persist to that the plaintiff irrationally (eq. prot. 5th + 14th. 5th+7th Amend) rational basis v. strict scrutiny)

THESE PROCEEDINGS ARE EX PARTE, EXCLUDING PLAINTIFF:. UNCON-STITUTIONAL.

See plaintiff's Memorandum In Support of his Opposition

to defendant Teaching Hospital's (NEW England Medical Center) Motion To STRIKE  See Exhibits B + C

Defendant's Motion must be denied.

6-10-05

Faithfully Submitted,

D. S Koback
D. S Koback, Pro Se

Donald S Koback

June 10, 05

EXHIBIT A

CIVIL ACTION NO. 05-CV-10798-WGY

EXHIBIT A

Plaintiff

VS.

METROWEST MEDICAL CENTER,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPTIAL, NEW
ENGLAND MEDICAL CENTER, TUFTS
UNIVERSITY SCHOOL OF MEDICINE,
HMO BLUE OF MASSACHUSETTS, BLUE
CROSS BLUE SHIELD OF MASS,
EMANUEL FRIEDMAN, M.D., JOHN P.
LONG, M.D., and EROL ONEL, M.D.,
    Defendants

**MOTION OF THE DEFENDANT, NEW ENGLAND MEDICAL CENTER, TO STRIKE THE REQUESTS FOR ADMISSIONS AND INTERROGATORIES SERVED ON IT BY THE PLAINTIFF, DONALD S. KOBACK**

Now comes the defendant, the New England Medical Center (erroneously named), and moves this Honorable Court to strike the requests for admissions and interrogatories (the "Discovery Requests") served on it by the plaintiff, Donald S. Koback. As grounds for this motion, the New England Medical Center states that the Discovery Requests were served prematurely and in violation of Federal Rules of Civil Procedure [illegible].

*[Handwritten annotation:]* All References to Defendants! Motion To Strike Never cits Shall incorporated wording Word the above encircled word as contained by Plaintiff's Operation, memorandum in support, certificate of Service and affidavit. OSK

EXHIBIT B

EASTERN DIVISION           DISTRICT COURT OF
(Boston)                       MASSACHUSETTS

MetroWest Medical Center    CASE No - 10798-WGY
www.mwmc.com
                    (TENET)
et. seq.

and/or   et. al.

A. REQUEST FOR ADMISSIONS
   TO NEW ENGLAND MEDICAL
   CENTER (36)

1. At any time, prior to, during, or subsequent to one or more surgeries, did any penile prosthesis manufacturer's representative or any ~~set~~ sales representative lay his or her hands upon plaintiff's urogenital, reproductive system?

EXHIBIT B - P.1.

2. Did said sales representative (abovementioned) ~~abovementioned~~ ASSIST IN ANY WAY with the installation of ~~said~~ plaintiff's penile prosthetic device?

3. Did said sales representative disuss with assisting doctors or nurses how the surgery was a failure, that they could not keep their promised objective to make plaintiff whole?

~~[illegible]~~

4. Did the sales representative in any way control plaintiff's breathing apparatus?

EXHIBIT B - pg 2

5. Did plaintiff heart stop?
6. Did plaintiff suffer a loss of oxygen to the brain?
7. Did New England Medical Center's doctor explain to plaintiff subsequent to surgeries ~~on~~ surgery that plaintiff need plastic surgery and ~~penile~~ reconstruction?
8. ~~Did~~ New England Medical ~~Center~~'s doctor admit that surgeries were unnecessary ~~and that~~ the first surgery only increased fibrotic tissue?
9. Did anyone present at the surgeries JERK plaintiff's genitals to cause ejaculation?

EXHIBIT B - page 3

EXHIBIT C

B. INTEROGATORIES To New England Medical Center (33)

1. Names and addresses of all persons who were present at plaintiff's 2 surgeries?

2. NAME, ADDRESSES and COVERAGE LIMITS OF ALL Insurers?

3. WHEN WAS LAST DATE OF COVERAGE FOR EROL?

MAY 14, 05

4.) IF his coverage was dropped ONEL, was there any special reason?

Faithfully Submitted,

D. S. Koback

Donald S. Koback

PRO SE

EXHIBIT B — pg. 4

**BELL ATLANTIC IS NOW VERIZON**



EXHIBIT D

# Yellow Pages For
# Boston Area

Area Code 617

February 2001 — January 2002



**NEW!**

Hungry? See Menu
Under Restaurants

Coupons - See
Green Pages

Internet Guide
See Tab Inside

See Resource Guides
Before Yellow Pages

Includes customer listings
of all local telephone
companies

**NEW!**
Street Map
of Boston!



**Life. Listed Alphabetically.**



**SuperPages.com**
CONNECTING BUYERS & SELLERS

## New England Medical Center
*A Lifespan Partner*

The principal teaching hospital for
Tufts University School of Medicine
750 Washington Street
Boston, Massachusetts 02111

**World class care. First class treatment.**

*If you or your child need to see a doctor, call our Physician Referral Service: 617-636-9700*

| | |
|---|---|
| al Information | 617-636-5000 |
| gency | 617-636-5566 |

**nt Condition/Information**
- /Pediatric .......... 617-636-6033

**t Services**
- y .......... 617-636-5333
- latory Surgery .......... 617-636-9980
- tis .......... 617-636-5990
- Bank .......... 617-636-6450
- logy .......... 617-636-CARD
- thoracic Surgery .......... 617-636-5594
- r Center .......... 617-636-6626
- l Genetics .......... 617-636-5461

**unity Health**
- reter Service .......... 617-636-5547
- 訊劑介專線 .......... 617-636-4579
- o de Interpretes .......... 617-636-5618
- а переводчиков .......... 617-636-1386
- nterpret .......... 617-636-5171
- ong Thong Ngon .......... 617-636-5765
- ity Health Programs .......... 617-636-1626
- Work Services .......... 617-636-5136

- tology .......... 617-636-0156
- s .......... 617-636-5698
- se, Throat .......... 617-636-5496
- inology .......... 617-636-5689
- Stern Nut. Ctr. .......... 617-636-5273
- nterology (G.I.) .......... 617-636-5883

| | |
|---|---|
| Geographic Medicine | 617-636-BUGS |
| Hematology/Oncology | 617-636-6227 |
| Infectious Diseases | 617-636-7010 |
| Nephrology (Kidney) | 617-636-5866 |
| Neurology | 617-636-5848 |
| Neuro-Ophthalmology | 617-636-5488 |
| Neurosurgery | 617-636-5858 |

**New England Eye Center**
- Cornea, Pediatric, Glaucoma and Retina Clinics .......... 617-636-4600
- The Center for Aesthetic Eyelid & Facial Surgery .......... 617-636-7770
- Laser Vision Correction Center of Boston .......... 1-800-789-5975
- Laser Vision Correction Center of Wellesley .......... 1-800-452-2084

| | |
|---|---|
| Orthopaedics | 617-636-5268 |
| Pain Management | 617-636-7246 |
| Physical Therapy | 617-636-5632 |
| Podiatry | 617-636-5269 |
| Pratt Diagnostic Clinic | 617-636-5680 |

**Primary Care**
- General Medical Associates
  - New Appointments .......... 617-636-6222
- Family Medicine .......... 617-636-1503
- North End Bos. .......... 617-227-5210
- South End Bos. .......... 617-262-9901
- Downtown Family Medicine .......... 617-426-1426

| | |
|---|---|
| Psychiatry | 617-636-5747 |
| South Boston Behavioral Health | 617-268-1700 |
| Pulmonary (Lungs) | 617-636-6377 |
| Radiation Oncology | 617-636-6161 |
| Radiology | 617-636-0030 |
| Rehabilitation | 617-636-5634 |
| Rheumatology | 617-636-5990 |
| Sexually Trans. Diseases | 617-636-0156 |
| Sleep Disorders | 617-636-5848 |
| Stroke | 617-636-5848 |
| Surgery | 617-636-6318 |
| Travelers' Clinic | 617-636-2847 |
| Urology | 617-636-6317 |

**Women's Health**
- Breast Health Center .......... 617-636-5757
- General Medical Assoc. .......... 617-636-6222
- Maternity Service
  - Perinatal Diagnosis .......... 617-636-4277
  - Labor, Del., Recovery .......... 617-636-4250
  - Mother/Infant Unit .......... 617-636-4200
  - Maternal Fetal Medicine .......... 617-636-4549
  - Teen Pregnancy .......... 617-636-BABY
- Reproductive Endo. .......... 617-636-0053
- *In vitro* Fertilization .......... 617-636-4750
- Gyn/Oncology .......... 617-636-6058
- Tufts Women's Health Associates/Ob-Gyn .......... 617-636-5886

**Pediatric Services at The Floating Hospital for Children**

| | |
|---|---|
| Allergy | 617-636-7398 |
| Cardiology | 617-636-5067 |
| Cystic Fibrosis | 617-636-7398 |
| Diabetes | 617-636-5335 |
| Endocrinology | 617-636-5335 |
| Gastroenterology | 617-636-0135 |
| General Pediatrics | 617-636-5255 |
| Hematology/Oncology | 617-636-5535 |
| Infectious Diseases | 617-636-5227 |
| Kiwanis Pedi. Trauma Inst. | 617-636-6381 |
| Nephrology (Kidney) | 617-636-7295 |
| Neurology | 617-636-5345 |
| Nutrition and Growth | 617-636-0132 |
| Orthopaedics | 617-636-7922 |
| Psychiatry | 617-636-5747 |
| Pulmonary | 617-636-7917 |
| Rehabilitation | 617-636-5626 |
| Rheumatology | 617-636-7285 |
| Surgery | 617-636-6270 |
| Urology | 617-636-5360 |

*We accept most major health care plans*

For a complete listing of all New England Medical Center departments, consult the White Pages.

---

## xceptional Care Without Exception



**ONE BOSTON MEDICAL CENTER PLACE
BOSTON, MA 02118**
*Located in the historic South End*

# 617-638-8000

| eral Information | 617-638-8000 | Emergency Department | 617-414-4075 |
|---|---|---|---|
| lthNet Health Plan | 1-800-462-6381 | Primary Care Doctors & Physician Referral | 1-800-841-9325 |

lish - We have the largest **Interpreter Services** in the State. If you need an interpreter, ask for one when you
e your appointment or call directly at 617-414-3375 (Spanish line) or 617-414-3319 (Haitian line).

nish - Tenemos el servicio de intérpretes más extenso del estado. Si necesita un intérprete, pida uno al hacer
ta o llame directamente al 617-414-3375.

ian - Nou genyen pi gro sèvis intèpret nan eta sa. Si ou bezwen yon intèpret, mande pou youne lè wap rele
yo mete yon rande vou pou ou oswa rele nimewo sa, 617-414-3319.

ston Medical Center is the major teaching affiliate of Boston University School of Medici

EXHIBIT F

JUNE 2001

WHITE PAGES

PERSONALIZE YOUR
HOME LISTING!
See Page at Beginning of
Residence Listing Section

MENU ADS

COUPONS

INTERNET GUIDE

CUSTOMER GUIDE





SuperPages.com

Includes Listings for Framingham - Natick Areas

AREA CODES

FRAMINGHAM,
SUDBURY, ASHLAND,
HOPKINTON, HOLLISTON

verizon

EXHIBIT C

**WHITTIER Rehabilitation & Hospital**
WESTBOROUGH
Inpatient, Outpatient Services
(508) 870-2222 • (800) 442-1717

**Milford Regional**
Full-Service Acute Care Hospital
- Complete Medical/Surgical Care
- Comprehensive 24-Hour Emergency Services
- Family-centered Maternity & 24 Hour Pediatric Care
- Full service outpatient services in the Hill Health Center
- Dedicated, State-of-the-Art Women's Health Services Floor
- Home Health Care Provided by the VNA of Greater Milford-Northbridge Area

508-473-1190
Physician Referral Line: 508-473-6663
Hearing Impaired: 508-473-5103
www.milfordregional.org
14 PROSPECT STREET • MILFORD MA

**Lahey Clinic Medical Center**
To Choose A Doctor — 781-744-8870
Appointment Office — 781-744-8800
Connecting All Other Departments — 781-744-5100
41 Mall Rd, Burlington

METROWEST MEDICAL CENTER — 508-383-1000
115 Lincoln, Framingham

MILFORD-WHITINSVILLE REGIONAL HOSPITAL — 508-473-1190

NEWTON-WELLESLEY HOSPITAL — 617-243-6000

WHITTIER REHABILITATION HOSPITAL — 508-870-2222
150 Flanders Rd, Westboro

**growing families caring hospitals**
Offering comprehensive medical, surgical, outpatient, wellness & homecare services to the MetroWest community.

Leonard Morse Hospital (508) 650-7000  67 Union, Natick
Framingham Union Hospital (508) 383-1000  115 Lincoln, Framingham

For Assistance in Locating a Doctor in Your Area,
Call 1-800-400-DOCS (3627)

MetroWest Medical Center
Tenet
www.mwmc.com

