# AFFIDAVIT

The defendant Teaching Hospital a/k/a New England Medical Center through their defensive posture persist to treat the plaintiff as their "guinea pig", 'beating a dead horse', stiffling dissent of the disassembled plaintiff's injured body and mind in violation (MASSACHUSETTS General Laws) M.G.L. Ch. 12, Sec 11 I, FIRST, FIFTH, FOURTEENTH, Seventh Amendments U.S. Constitution denying persons of his descent equality under the law. Signed under pains and penalties of perjury, 6-11-05

Donald S. Koback
DONALD S. KOBACK  Pro se