U.S. DISTRICT COURT

EASTERN DIVISION  
(Boston)

DISTRICT OF MASSACHUSETTS

Donald S. Koback  
  Plaintiff, pro se

v.

MetroWest Medical Center  

et. al.  
defendants

CASE NO - 5-10798-WGY

## CERTIFICATE OF SERVICE

I, Donald S. Koback, have served VIA FIRST CLASS MAIL, U.S.P.S. on 6-12-05 June 12, 05 "PLAINTIFF, DONALD S. KOBACK's OPPOSITION TO DEFENDANT NEW ENGLAND MEDICAL CENTER'S MOTION TO STRIKE PLAINTIFF'S FOUR(4) Interrogatories (Rule 33) and

NINE (9) Requests for Admissions "
along with
" Memorandum of Opposition to Deffndant Teaching Hospital's (New England Medical Center) Motion to Strike... the ~~of~~ Plaintiff's Interrogatories and Request for Admissions." and Exhibits A + B. and Affadavit Upon the following:

1. Daniel J. Griffin
   Lynda Riesgo Jensen
   Martin, Magnuson, McCarthy & Kenney
   101 Merrimac St
   Boston, Ma. 02114-4714

2. Joseph Halpern
   Law Department
   401 Park Drive
   Boston, Mass. 02215-3324

3. ROLLINS, HUDIG, HALL OF MASSACHUSETTS, INK
   (FRANK B. HALL INC.)
   99 HIGH ST
   Boston, Massachusetts

4. BARBARA HAYES BUELL
   BLOOM and BUELL
   1340 SOLDIERS FIELD RD
   Boston, Ma.

5. Board OF REGISTRATION IN MEDICINE
   10 West St
   Boston, Ma.

6. Commissioner
   Public Health Dept.
   250 WASHINGTON ST
   Boston, Massachusetts

7. Secretary OF THE COMMONWEALTH
   One ASHBURTON PLACE
   BOSTON, MASS.

8. ATTORNEY GENERAL
   1 ASHBURTON PLACE
   Boston, Mass.
9. Insurance Div., One South Station, Boston, Mass 02K

Signed under pains and penalties of perjury.

6-10-05

Donald S. Koback
Donald S. Koback
Pro Se
June 12, 05