UNITED STATES DISTRICT COURT
IN AND FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD S. KOBACK,<br>  Plaintiff/Pro Se<br><br>VS.<br><br>METROWEST MEDICAL CENTER,<br>LEONARD MORSE HOSPITAL,<br>FRAMINGHAM UNION HOSPITAL, NEW<br>ENGLAND MEDICAL CENTER, TUFTS<br>UNIVERSITY SCHOOL OF MEDICINE,<br>HMO BLUE OF MASSACHUSETTS, BLUE<br>CROSS BLUE SHIELD OF MASS,<br>EMANUEL FRIEDMAN, M.D., JOHN P.<br>LONG, M.D., and EROL ONEL, M.D.,<br>  Defendants | CIVIL ACTION NO. 05-CV-10798-WGY |

**NOTICE OF APPEARANCE OF LYNDA RIESGO JENSEN, ESQ. ON
BEHALF OF THE DEFENDANT, EROL ONEL, M.D.**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance as counsel on behalf of the defendant, Erol Onel, M.D., in the above-referenced matter. Attorney Daniel J. Griffin continues his appearance with me.

MARTIN, MAGNUSON, McCARTHY
& KENNEY

_____
Daniel J. Griffin, B.B.O. No. 211300
Lynda Riesgo Jensen, B.B.O. No. 652498
Attorneys for the Defendant,
Erol Onel, M.D.
101 Merrimac Street
Boston MA 02114
617-227-3240

## CERTIFICATE OF SERVICE

I, Lynda Riesgo Jensen, counsel for defendant, Erol Onel, M.D., hereby certify that on the 21st day of June, 2005, a copy of the above document was sent by mail, postage prepaid, to:

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road
Boston, MA 02135
  Attorney for defendant,
  Metrowest

Joseph D. Halpern, Esq.
401 Park Drive
Boston, MA 02215
  Attorney for defendant,
  Blue Cross/Blue Shield

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895
  *Pro Se* Plaintiff

/s/ Lynda Riesgo Jensen
Daniel J. Griffin, B.B.O. No. 211300
Lynda Riesgo Jensen, B.B.O. No. 652498
Attorney for the Defendant,
Erol Onel, M.D.
101 Merrimac Street
Boston MA 02114
617-227-3240

2