U.S. DISTRICT COURT

EASTERN DIVISION (Boston)

DISTRICT OF MASSACHUSETTS

Donald S. Koback
Pro se, plaintiff

v.

MetroWest Medical Center,

et. al.

CASE No.:

1:05cv-10798-WGY

## EXCEPTIONS TO RULINGS OF U.S. DISTRICT COURT

Now comes plaintiff in the above entitled matter who takes exception to the following rulings:

A. Justice's Order denying [20] Motion for Reconsideration re Order denying [21] Motion

for Recusal entered on 6/13/2005 at 3:38 PM EDT and filed on 6/13/2005;

B. Justice's ORDER entered granting [26] Motion to Strike, denying [28] Motion for Hearing entered on 6/13/2005 at 3:41 PM EDT and filed on 6/13/2005.

Plaintiff excepts for the reasons set forth and spelled out in his pleadings, memoranda, and/or affedavits filed concommitant therewith or in relation thereto.

Plaintiff urges that said exceptions be reviewed by the FIRST Circuit Court of Appeals, the case Styled Donald S. Koback, Appellant, vs. MetroWest Medical Center, et.al. (Docket No.: 05-1834)

June 17, 2005

Faithfully Submitted.

Donald S. Koback
Donald S. Koback, Pro Se.
PLAINTIFF

5:31 AM EDT

## Certificate of Service

I, Donald S. Koback, plaintiff, pro se, have served his "EXCEPTIONS TO RULINGS OF DISTRICT COURT" to the following attorneys via 1st class mail, U.S.P.S. on June 17, 2005:

1. DANIEL GRIFFIN
   LYNDA RIESGO JENSEN
   MARTIN, MAGNUSON, McCARTHY, AND KENNEY
   101 Merrimac St.
   Boston, Ma. 02114-4714;

2. Joseph HALPERN
   Law Dept.
   401 PARK DRIVE
   Boston, Ma. 02215-3324;

3. BARBARA HAYES BUELL
   1340 SOLDIERS FIELD ROAD
   Boston, Ma. 02135

Signed under pains and penalties of perjury on June 17, 2005

*Donald S. Koback*
Donald S. Koback, PRO SE
PLAINTIFF

6-17-05

5:31 AM EDT