UNITED STATES DISTRICT COURT IN AND FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD S. KOBACK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| METROWEST MEDICAL CENTER, | ) |
| LEONARD MORSE HOSPITAL, | ) CIVIL ACTION NO. 05-CV-10798-WGY |
| FRAMINGHAM UNION HOSPITAL, | ) |
| NEW ENGLAND MEDICAL CENTER, | ) |
| TUFTS UNIVERSITY SCHOOL OF | ) |
| MEDICINE, HMO BLUE OF | ) |
| MASSACHUSETTS, BLUE CROSS | ) |
| BLUE SHIELD OF MASS., | ) |
| EMANUEL FRIEDMAN, M.D., | ) |
| JOHN P. LONG, M.D. | ) |
| AND EROL ONEL, M.D., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT, METROWEST MEDICAL CENTER'S, RESPONSE TO PLAINTIFF'S AMENDMENTS AS OF RIGHT

Now comes the Defendant, MetroWest Medical Center, and hereby responds to the Plaintiff's 1) Amendment as of Right dated April 9, 2005, 2) Amendment as of Right dated April 23, 2005, 3) Amendment as of Right dated April 28, 2005, 4) Amendment as of Right dated April 29, 2005, 5) Amendment as of Right dated May 2, 2005,

6) Amendment as of Right dated May 10, 2005[1], 7) Amendment as of Right dated May 13, 2005, and 8) Amendment as of Right dated May 16, 2005 by stating that none of the Amendments as of Right contain allegations against this Defendant, wherefore no response is required thereto. To the extent that any of the allegations can be read to pertain to this Defendant, each and every allegation contained in the Amendments as of Right listed above is denied.

Wherefore, as this Defendant has denied all allegations against it, the Defendant, MetroWest Medical Center, requests that the Plaintiff's Complaint and Amendments thereto against it be denied and judgment entered in its favor, with costs and attorneys' fees be awarded to MetroWest Medical Center.

*Certificate of Service*

I hereby certify that I have served a true copy of the within document upon all concerned parties, by mail, postage prepaid.

[signature: Barbara Hayes Buell]

Dated: 6/28/05

[signature: Barbara Hayes Buell]
BARBARA HAYES BUELL, ESQ.
BBO #063480
BLOOM & BUELL
Attorney for Defendant,
*MetroWest Medical Center*
1340 Soldiers Field Road
Suite Two
Boston, Massachusetts 02135-1020
617-254-4400

---

[1] It is understood by this Defendant that the Amendments dated May 10, 13 and 16 were denied by this Court in an Order dated May 19, 2005.