UNITED STATES DISTRICT COURT

Donald Koback
Plaintiff, pro se

v.

MetroWest Medical Center

et. al.
defendants

C.A. No.:
05-CV-10798-WGY

(U.S. Court of Appeals First Circuit 1834)

REQUEST TO TRANSFER "ENTIRE RECORD"

Plaintiff, Appellant, Donald S. Koback, Pro Se, requests that THE ENTIRE RECORD IN THE U.S. DISTRICT COURT BE TRANSFERRED

To THE FIRST CIRCUIT,
U.S. COURT OF Appeals
WITHOUT further dilatoriness.

June 23, 05

Respectfully Submitted,

D.S. Koback, pro se
_____
Donald S. Koback, pro se

6-23-05

Certificate of Service

I, Donald S. Koback, plaintiff (U.S. District Court, Boston, Ma, —10798-WGY; Appellant (U.S. Court of Appeals First Circuit #1834) have served the following attorneys of record via 1st class mail, U.S. Postal Service on 6-25-05 at a time later than 2 previous pleadings — Surrebutal (Blue Cross) and OBJECTION (PROLONEL) on even dates:



1. Joseph D. Halpern
   Law Dept
   Blue Cross and Blue Shield of Massachusetts, Inc.
   401 PARK DRIVE
   Boston, Ma. 02215;

2. RIESGO JENSEN-GRIFFIN
   MARTIN, MAGNUSON, McCARTHY + Kenney
   101 Merrimac St
   Boston, Ma. 02114-4716

3. Barbara Hayes Buell
   Bloom and BUELL
   1340 Soldiers Field Rd
   Boston, Massachusetts 02135

the following:
"REQUEST TO TRANSFER 'ENTIRE RECORD'."

Signed under pains and penalties of perjury. 6-25-05

Donald S. Koback
Donald S. Koback
PLAINTIFF, PRO SE