U.S. DISTRICT COURT

EASTERN DIV.
(Boston)

District Court of Massachusetts

Donald S. Koback,
plaintiff, pro se

v.

MetroWest Medical Center

et al,
defendants

C.A. No. —
05-10798-WGY

(U.S. COURT OF APPEALS – 1ST CIR 1834)

(Surrebutal) Response to Defendant/Appellee Blue Cross and Blue Shield's ~~Second~~ (THIRD) Pleading (BLUE CROSS'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS) in the above-entitled matter (~~1st~~ Appearance, Motion To Dismiss, and memo) (1ST PLEAD) (2nd PLEAD)

1.) In either event, plaintiff/Appellee may maintain a cause of action;

2.) In response to the many facades of the Defendant Blue Cross and Blue Shield of Massachusetts, Inc., the plaintiff/appellant asserts:

(A) CONVERSE; and/or
(B) INVERSE; and/or
(C) OBVERSE, inter alia.

3. All of the above notwithstanding, said Defendant/Appellee's <u>continuing</u> belittlement since the early 1990's to the present.

4.

June 23, 05

Respectfully Submitted,

Donald S. Koback
DONALD S. KOBACK
6-23-05