U.S. District Court
Eastern Div. District of Massachusetts
(Boston)

Donald S. Koback
 plaintiff, pro se

05-CV-10798-WGY

v.

Metrowest Medical Center

et. al.,
defendants

~~MOTION TO STRIKE~~

~~(Answer " " .. etc..., of EROL ONEL~~

OBJECTION TO LATE FILING OF EROL ONEL, M.D. DEFENDANT (Said Defendant's FIRST 5 pleadings) By RIESGO-GENSEN-GRIFFIN

# GROUNDS THEREFOR:

1. EROL ONEL AND NEW ENGLAND MEDICAL CENTER ARE REPRESENTED BY THE SAME COUNSEL — RIESGO JENSEN and/or GRIFFIN, OF MARTIN, MAGNUSON, McCARTHY + KENNEY (MMMK)

2. The very use of the surnames RIESGO JENSEN AND and/or GRIFFIN, IN COMBINATION AS FRONTS IN A PENIS SQUASHING CASE, ONCE IS OFFENSIVE BUT TWICE IS OUTRIGHT LEWD AND LASCIVIOUS. TRANSLATION — RIESGO GEN AND GRIFFIN — A GREEN HORN, A HORSE'S 1ST RACE.

or indian blood — the word griff or griffin;

3. gangrene — the condition of plaintiff's penis AFTER Receiving a lethal dose of chemicals shot with a needle and syringe into the side of plaintiff's penis per order of Dr. Emanuel FRIEDMAN, Metrowest Medical Center, and the multiple Blue Cross and Blue Shields of Massachusetts, EMS — GREENHORN.

4. All of the foregoing, with the intent to inflict physical,

emotional and mental distress upon the plaintiff and succeeding in doing so.

5. Plaintiff asserts that this Erol Onel, M.D., of Andover Urology Associates was given the high sign QT to duck service of process, to interfere with certified mail official use U.S. Postal Service, to alter postal paper work or articles so as to disguise his presence, to delay, frustrate, and annoy the plaintiff in his pursuit of simple justice thereby obstructing justice and/or abusing process further injuring the plaintiff.

6. Defendant Erol Onel's attorneys of record have waived their client's privilege

to assert affirmative defenses; Said ~~attorneys~~ of record having waived same for the defendant New England Medical Center, the defendant Erol Onel's master at the time of insertion of a defective prosthesis ~~into~~ a large stiff object into plaintiff's shrunken penis and at the time he was notified of plaintiff's "Apendum" to WRIT of MANDAMUS; Violating disciplinary rules and ~~ethical~~ considerations on both the state and federal level; thereby working additional fraud upon the public — the plaintiff to be one of.

7. All of the foregoing and much more, constituting a civil conspiracy between two or more to violate plaintiff's 1st, 5th, 14th, and 7th Amendment Rights § - U.S. Constitution - all act, said activities, whether under color of law or not, running afoul of Massachusetts General Laws, Chapter 12 Section 11(a),(b),(c),(d),(e),(f),(h), (i),(j),(K); M.G.L. Chapter 93(A) et. seq. Consumer Fraud; M.G.L. Chapter 176(D) et.seq. Unfair and corrupt settlement practices; Declaration of Rights, Commonwealth of Massachusetts - due process, equal protection, speech, civil jury trial rights, among others,

8. Waiver - Said ~~attorneys~~ of record for New England Medical Center, having waived their affirmative defenses, are ~~estopped~~ to assert them through their servant, prior or present, Erol Onel.

9. Said ~~attorneys~~ of record and Erol Onel, of Andover Urology Associates lack "clean hands" and should not be allowed to gain through their wrongdoing.

10. ~~Now~~ Plaintiff relied upon such waiver knowing full well ~~that~~ said defenses were improper in this particular circumstances forcing him to change ~~to~~ the direction of his service of process multiple times,

11. Plaintiff object to the Defendant/Appellee Erol Onel, M.D.'s "Motion ...... to Refer Case to the Superior Court To Convene A Medical Malpractice Tribunal" ~~for the same~~, repeating his objection and grounds therefor along with affidavits submitted herein to New England Medical Center's identical or similar Motion To Refer to Medical Malpractice Tribunal, all of which incorporated herein word for word

12. Plaintiff Complaint is verified, in the form of an affidavit, whereas Defendant has filed

~~an~~ unsworn pleadings, Defendant ~~ski~~ must file Answers, and Defenses through sworn pleadings in rebuttal; otherwise Motion for Summary Judgment ~~an~~ (Rule 56) ~~shoo~~ must be ruled against the defendant and other defendants for there is no genuine issue of fact.

13. Plaintiff/Appellee is otherwise aggrieved, past, present and/or continuing.

June 24, 05

Respectfully Submitted,
Donald S. Koback
DONALD S. KOBACK,
PLAINTIFF PRO SE
6-24-05