U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Eastern Division                                    Docket No. 10798-WGY

| | |
|---|---|
| DONALD S. KOBACK, *pro se* )<br>         Plaintiff, )<br> )<br>v.                                           )<br> )<br>JOHN P. LONG, JR., M.D., ET AL., )<br>         Defendant. )<br> ) | **Notice of Appearance** |

Please enter our appearance in the above-captioned matter.

> The Defendant,
> JOHN P. LONG, JR., M.D.
> By his Attorneys,
>
> _____
> Bernard Guekguezian, BBO #559191
> Judith Feinberg, BBO #647511
> Adler, Cohen, Harvey, Wakeman
>   & Guekguezian, LLP
> 75 Federal Street, Tenth Floor
> Boston, MA 02110
> (617) 423-6674

Dated: