U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Eastern Division                                          Docket No. 10798-WGY

_____
DONALD S. KOBACK, *pro se*            )
      Plaintiff,                  )
                                       )
v.                                     )
                                       )
JOHN P. LONG, JR., M.D., ET AL.,       )
      Defendant.                  )
_____)


**MOTION OF THE DEFENDANT JOHN P. LONG, M.D., FOR REFERRAL TO SUPERIOR COURT FOR THE PURPOSE OF A MEDICAL MALPRACTICE TRIBUNAL PURSUANT TO MASS. GEN. LAWS CH. 231 § 60b AND REQUEST FOR ORAL ARGUMENT**

The Defendant, John P. Long M.D. ("Defendant"), hereby moves this Court to refer this case to the Trial Court of Massachusetts, Superior Court Department, for purposes of convening a medical malpractice tribunal pursuant to Mass. Gen. Laws ch. 231 § 60B. See Turner v. Sullivan, 937 F. Supp. 79, 80 (D. Mass. 1996). Provided herewith is a memorandum of law in support of this Motion. Defendant requests that, unless this Court sees fit to allow this Motion sua sponte, that oral argument be permitted.

                                        The Defendant,
                                        JOHN P. LONG, JR., M.D.
                                        By his Attorneys,

                                        /s/ Bernard Guekguezian
                                        Bernard Guekguezian, BBO #559191
                                        Judith Feinberg, BBO #647511
                                        Adler, Cohen, Harvey, Wakeman
                                          &amp; Guekguezian, LLP
                                        75 Federal Street, Tenth Floor
                                        Boston, MA  02110
                                        (617) 423-6674