U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Eastern Division                                    Docket No. 05 10798-WGY

_____
DONALD S. KOBACK, *pro se*              )
      Plaintiff,                               )
                                        )
v.                                      )
                                        )
JOHN P. LONG, JR., M.D., ET AL.,        )
      Defendant.                               )
_____)


**REQUEST FOR TRIBUNAL BY THE DEFENDANT,
JOHN P. LONG, M.D.,
PURSUANT TO M.G.L., CHAPTER 231, §60B**

      The defendant, Joseph P. Long, M.D., hereby moves this Honorable Court to convene a Medical Malpractice Tribunal pursuant to M.G.L., Chapter 231, Section 60B, and states in support of this Motion the following:

1. This is an action that includes allegations of malpractice, mistake or error against a provider of health care;

2. The Complaint includes allegations of negligence;

3. The defendant is entitled by statute to a Tribunal hearing on the allegations that relate to its actions as a health care provider;

4. The defendant is a provider of medical and health care services to patients as defined in M.G.L. c. 231, § 60B;

5. The defendant is a urologist.

6. Therefore, a board-certified emergency physician is requested by the defendant to serve as the medical member of the Tribunal; and

7. The defendant John P. Long, M.D. is located in Middlesex County.

> The Defendant,
> JOHN P. LONG, JR., M.D.
> By his Attorneys,
>
> _____
> Bernard Guekguezian, BBO #559191
> Judith Feinberg, BBO #647511
> Adler, Cohen, Harvey, Wakeman
>    & Guekguezian, LLP
> 75 Federal Street, Tenth Floor
> Boston, MA  02110
> (617) 423-6674

Dated: