U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Eastern Division

Docket No.  10798-WGY

DONALD S. KOBACK, *pro se*
      Plaintiff,

v.

JOHN P. LONG, JR., M.D., ET AL.,
      Defendant.

         )
         )
         )
         )       **Notice of Appearance**
         )
         )
         )
         )

Please enter my appearance in the above-captioned matter.

The Defendant,
JOHN P. LONG, JR., M.D.
By his Attorneys,

Bernard Guekguezian, BBO #559191
Judith Feinberg, BBO #647511
Adler. Cohen, Harvey, Wakeman
 & Guekguezian, LLP
75 Federal Street, Tenth Floor
Boston, MA  02110
(617) 423-6674

Dated:

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the
above document was served upon the
attorney of record for each other party
by mail-hand on _____