```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS



                     KOBACK
                    Plaintiff

                                        Civil Action
                                        NO 05-10798-WGY
                       V


                  METROWEST, ET AL
                     Defendant


                      ORDER
```

YOUNG, C.J.

     Pursuant to the request made on JULY 20, 2005 at the Motion Hearing,that this case be referred to a Medical Malpractice Tribunal, it is Ordered that the matter against defendants

**Metrowest Medical Center** ,

 **Leonard Morse Hospital**

**Framingham Union Hospital**

**New England Medical Center**

**Tufts University School of Medicine**

**M.D. Emanuel Friedman**

**M.D. John P. Long**

**Erol Onel**

be referred to the Medical Malpractice Tribunal for the Suffolk County Superior Court.

.

```
                                          By the Court,

                                          /s/ Elizabeth Smith
                                          _____
July 21, 2005                             Deputy Clerk
```