


OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

TONY ANASTAS
CLERK OF COURT

Medical Malpractice Tribunal
Massachusetts Superior Court
McCormack P.O. and Courthouse Building
8th floor
90 Devonshire Street
Boston, MA 02109

Attention: Ms. Phyllis Carangelo, Tribunal Clerk

Re: _Donald Koback vs Metrowest Medical Ctr. etal_

Civil Action No: _05-10798-WGY_

Dear Ms. Carangelo:

In accordance with an Order of this Court referring the above-entitled case for Medical Tribunal Hearing, please find certified copies of the complaint, answer, amendments (if any), and Order of Referral.

Thank you for your attention to this matter.

Sincerely,

Date: _7/21/05_

Marie Bell
Deputy Clerk

Enclosures

(Med Tribunal Letter.wpd - 7/99)