05-10798
USDC-MABO
J. Young

**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 05-1834

DONALD S. KOBACK,

Plaintiff, Appellant,

v.

METROWEST MEDICAL CENTER, ET AL.,

Defendants, Appellees.

---

Before

Lynch, Lipez and Howard,
<u>Circuit Judges</u>.

---

JUDGMENT

Entered: August 2, 2005

The motion for a protective order is denied and this appeal is dismissed for lack of appellate jurisdiction. Appellant must wait until his entire law suit has been adjudicated before he may obtain appellate review of orders granting or denying amendments to the complaint.

By the Court:

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk.

Richard Cushing Donovan, Clerk

By: __JULIE GREGG__
          Operations Manager.

Deputy Clerk

Date: 8/29/05

[cc:   Donald S. Koback, Daniel J. Griffin, Lynda Jensen, Joseph D. Halpern, Esq.   ]