# UNITED STATES DISTRICT COURT

EASTERN DIVISION (Boston) District of Massachusetts

Donald S. Koback
    Plaintiff

v.

MetroWest Medical Center,

    et.al.
    defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05-10798 WGY

TO: (Name and address of Defendant)
TENET
MetroWest Healthcare System LTD Partnership
MetroWest Healthcare System Limited Partnership
99 LINCOLN STREET
FRAMINGHAM, MASS.

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald S. Koback, PRO SE
195 Sunnyside Ave
Woonsocket
Rhode ISLAND 02895

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE: 4-21-05

AO

NAM

C

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

*Middlesex, ss.*

December 28, 2005

I hereby certify and return that on 12/27/2005 at 11:20AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to ARLENE CORBETT, agent, person in charge at the time of service for METROWEST HEALTHCARE SYSTEM LTD PARTNERS, at , 99 LINOCLN Street, FRAMINGHAM, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($0.90), Postage and Handling ($1.00), Travel ($10.88) Total Charges $47.78

_____
Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
　　　　　　　　　Date　　　　　　　　　　　　Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.