# UNITED STATES DISTRICT COURT

EASTERN DIVISION District of MASSACHUSETTS

Donald S. Koback
v. PLAINTIFF,
PRO SE

MetroWest Medical Center,
et. al.
Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10798 WGY

TO: (Name and address of Defendant)

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, R.I. 02895

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John P. Long, JR
A/K/A John P. Long
NEW ENGLAND UROLOGY
FRAMINGHAM,
MASSACHUSETTS 01702

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

4-21-05

CLERK                                                            DATE

(By) DEPUTY CLERK



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

*Middlesex, ss.*

January 17, 2006

I hereby certify and return that on 1/12/2006 at 12:55PM I served a true and attested copy of the SUMMONS AND COMPLAINT, AFFIDAVIT in this action in the following manner: To wit, by delivering in hand to DENISE PAIGE, agent, person in charge at the time of service for JOHN P. LONG, JR. M.D., at , 139 LINCOLN Street, NEW ENGLAND UROLOGY FRAMINGHAM, MA. Out of State Service ($75.00) Total Charges $75.00

*Ron Hanson*

Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.