U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION
(BOSTON, MA.)

WGY

CASE NO.: 05-10798-

Donald S. Koback, plaintiff, pro se
v.
MetroWest Medical Center, et al.

1st Circuit
#1834

## OBJECTION #1
(OUST)

DATE: 1-30-06
INITIALS: DSK

Plaintiff contends this (case t/or controversy) Case 05-10798, is still pending in the U.S. District Court; plaintiff thereby objecting to any contrary contention, to the effect, this case has been transferred from the federal to the state court by "Operation Of Law" as if the federal court has "washed its hands" leaving no case "before it"

OBJECTION (OUST) #1 is a duplicate original intended for filing with court (10798) AND court (1834) incorporated by reference.

DATE: 1-30-06
INITIALS: DSK

to receive, process or otherwise entertain this objection.

Irrespective of this Court's stance, this OBJECTION IS HEREBY FILED, notwithstanding OUST. Assuming AN ADVERSE RULING OR NO RULING plaintiff hereby takes exception whether it shall be duly noted vel non.

EXHIBIT Y; EXHIBIT X

Submitted,

DATE: 1-30-06      DS Koback

INITIALS DSK       Donald S. Koback

EXHIBIT X

## Certificate of Service

I, Donald S. Koback, plaintift, pro se, in U.S. District Court Case No 05-10798 and 1st Circuit-1834, hereby certify that I have served by prepaid, first class mail the following "Document(s)" ON THE FOLLOWING Defendants or their counsel, et.al. see list of names and addresses attached hereto incorporated herein.

Document: OBJECTION(OUST) #1;

See succeeding page which accompanies

Certificate of Service continued

EXHIBIT X cont'd.

DOCUMENT(S): OBJECTION TO TRANSFER #2;
(continued from preceeding page)

OBJECTION AS TO "MEDICAL MALPRACTICE TRIBUNAL"'s COMPOSITION AND THE MANNER IN WHICH IT CAME INTO BEING #3

DATE SERVED: 1-30-06

Signed under pains and penalties of perjury

Donald S. Kuback
Donald S. Kuback
1-30-06
DATE

EXHIBIT Y

List of Defendants or _et.al._ Their Attorneys, Served:

1. Emanuel Friedman, M.D.
   95 Lincoln St
   Framingham, Massachusetts;

2. John P. Long, JR., M.D.
   New England Urology
   67 Union St. Suite 303
   Natick, Massachusetts 01760;

3. Erol Onel, M.D.
   Andover Urology Associates
   140 Haverhill
   Andover, Massachusetts 01810;

4. Judith Feinberg
   Adler, Cohen, Harvey, Wakeman &
   Guekgeuzian
   75 Federal St
   Boston, Massachusetts 02110;

5. Joseph Halpern
   Law Dept.
   Blue Cross & Blue Shield of
   Massachusetts
   401 Park Drive
   Boston, Massachusetts

SEE SUCCEEDING PAGE
WHICH ACCOMPANIES

EXHIBIT Y continued...

6. DANIEL J. GRIFFIN
   LYNDA RIESGO JENSEN
   MARTIN, MAGNUSON, McCARTHY,
        & KENNEY
   101 Merrimac Street
   Boston, Massachusetts 02114-4716

7. CANADIAN CONSULATE GENERAL
   3 COPLEY PLACE
   BOSTON, MASSACHUSETTS

8. BARBARA BUELL
   BLOOM & BUELL
   1340 SOLDIERS ROAD
   BOSTON, MASSACHUSETTS

9. CHIEF EXECUTIVE OFFICER
   PROMUTUAL GROUP
   101 ARCH STREET
   BOSTON, MASSACHUSETTS
        02205

See Second SUCCEEDING PAGE WHICH ACCOMPANIES

EXHIBIT Y continued...

10. CHIEF EXECUTIVE OFFICER
TENET HEALTHCARE CORP.
3820 STATE STREET
SANTA BARBARA,
CALIFORNIA 93105

_Donald Slobach_
SIGNATURE

1-30-06
DATE

Three of Three