EASTERN DIVISION (Boston, Ma.) — U.S. District Court, District of Massachusetts

Donald S. Koback, pro se, plaintiff
v.
MetroWest Medical Center et. al.

Case No.: 05-10798
1st Circuit #1834

DATE: 1-30-06  INITIALS: DSK

OBJECTION TO TRANSFER #2 is a duplicate of original intended for filing in Transfer #2 (10798) and court (1834)

## OBJECTION TO TRANSFER #2

Plaintiff, DSK, objects to transfer of federal case no. 05-10798 from U.S. District Court, Boston, Massachusetts, to state court, civil docket number, SUCV2005-03084, the Superior Court, County of Suffolk, Boston, Massachusetts on grounds previously spelled out in federal

DATE: 1-30-06  INITIALS: DSK

district (trial) court and appellate court(s). Assuming an adverse ruling or no ruling, plaintiff takes exception whether it shall be duly noted vel non.

EXHIBIT Y, EXHIBIT X

Submitted,

Donald S. Koback

Donald S. Koback

Initials DSK        1-30-06
                    DATE:

EXHIBIT X

## Certificate of Service

I, Donald S. Koback, plaintiff, pro se, in U.S. District Court Case No 05-10798, and 1st Circuit-1834 hereby certify that I have served by prepaid, first class mail the following "Document(s)" ON THE FOLLOWING Defendants or their counsel, et.al.

See list of names and addresses attached hereto incorporated herein.

Document: OBJECTION(OUST) #1;

See succeeding page which accompanies

Certificate of Service continued

EXHIBIT X cont'd.

DOCUMENT(S): (continued from preceeding page)

OBJECTION TO TRANSFER #2;

OBJECTION AS TO "MEDICAL MALPRACTICE TRIBUNAL"'s COMPOSITION AND THE MANNER IN WHICH IT CAME INTO BEING #3

DATE SERVED: 1-30-06

Signed under pains and penalties of perjury

_Donald S Kuback_
Donald S. Kuback
1-30-06
DATE

EXHIBIT Y

List of Defendants or et.al.
Their Attorneys, Served:

1. Emanuel Friedman, M.D.
   95 Lincoln St
   Framingham, Massachusetts;

2. John P. Long, Jr., M.D.
   New England Urology
   67 Union St. Suite 303
   Natick, Massachusetts 01760;

3. Erol Onel, M.D.
   Andover Urology Associates
   140 Haverhill
   Andover, Massachusetts 01810;

4. Judith Feinberg
   Adler, Cohen, Harvey, Wakeman &
   Guekgeuzian
   75 Federal St
   Boston, Massachusetts 02110;

5. Joseph Halpern
   Law Dept.
   Blue Cross & Blue Shield of
   Massachusetts
   401 Park Drive
   Boston, Massachusetts

See Succeeding Page Which Accompanies

EXHIBIT Y continued...

6. DANIEL J. GRIFFIN
LYNDA RIESGO JENSEN
MARTIN, MAGNUSON, McCARTHY, & KENNEY
101 Merrimac Street
Boston, Massachusetts 02114-4716

7. CANADIAN CONSULATE GENERAL
3 COPLEY PLACE
BOSTON, MASSACHUSETTS

8. BARBARA BUELL
BLOOM & BUELL
1340 SOLDIERS ROAD
BOSTON, MASSACHUSETTS

9. CHIEF EXECUTIVE OFFICER
PROMUTUAL GROUP
101 ARCH STREET
BOSTON, MASSACHUSETTS 02205

See Second SUCCEEDING PAGE WHICH ACCOMPANIES

EXHIBIT Y continued...

10. CHIEF EXECUTIVE OFFICER
TENET HEALTHCARE CORP.
3820 STATE STREET
SANTA BARBARA,
CALIFORNIA 93105

_Donald Slubach_
SIGNATURE

1-30-06
DATE

Three of Three