U.S. DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS
EASTERN DIVISION
(Boston, Mass.)　　　CASE No.: 05-10798
Donald S. Koback, plaintiff, pro se
v.
MetroWest Medical Center, et.al.　　1st. CIRCUIT
　　　　　　　　　　　　　　　　　　1834

OBJECTION AS TO
"MEDICAL MALPRACTICE
TRIBUNAL's COMPOSITION
AND THE MANNER IN
WHICH IT CAME
INTO BEING #3

The plaintiff objects as aforesaid (see "OBJECTION..." which he incorporates) Input. The word is input. The plaintiff being denied his fundamental right to participate in the selection of the members of said "TRIBUNAL".

DATE: 1-30-06　INITIALS: DSK

#3

Furthermore, based on plaintiff's memory of what has transpired in ~~the~~ case heretofore, the plaintiff is forced by logic to assume ~~that~~ the six eyes appointed to pass judgment on his complaint are but one mind opposed to him. Thus, the plaintiff WISHES TO SEEK AND FIND one mind with six eyes who support him, the plaintiff, one hundred percent.

EXHIBIT Y, EXHIBIT X

Submitted,

D. S. Koback

Donald S. Koback

Initials DSK    DATE 1-31-06

EXHIBIT X

## Certificate of Service

I, Donald S. Koback, plaintiff, pro se, in U.S. District Court Case No 05-10798 and 1st Circuit-1834, hereby certify that I have served by prepaid, first class mail the following "Document(s)" ON THE FOLLOWING Defendants or their counsel, et.al.

See list of names and addresses attached hereto incorporated herein.

Document: OBJECTION(OUST)#1;

see succeeding page which accompanies

Certificate of Service continued

EXHIBIT X cont'd.

DOCUMENT(S): (continued from preceeding page) OBJECTION TO TRANSFER #2;

OBJECTION AS TO "MEDICAL MALPRACTICE TRIBUNAL"'s COMPOSITION AND THE MANNER IN WHICH IT CAME INTO BEING #3

DATE SERVED: 1-30-06

Signed under pains and penalties of perjury

_Donald S Kuback_
Donald S. Kuback
1-30-06
DATE

EXHIBIT Y

List of Defendants or et.al.
Their Attorneys, Served:

1. Emanuel Friedman, M.D.
   95 Lincoln St
   Framingham, Massachusetts;

2. John P. Long, Jr., M.D.
   New England Urology
   67 Union St. Suite 303
   Natick, Massachusetts 01760;

3. Erol Onel, M.D.
   Andover Urology Associates
   140 Haverhill
   Andover, Massachusetts 01810;

4. Judith Feinberg
   Adler, Cohen, Harvey, Wakeman &
   Guekguezian
   75 Federal St
   Boston, Massachusetts 02110;

5. Joseph Halpern
   Law Dept.
   Blue Cross & Blue Shield of
   Massachusetts
   401 Park Drive
   Boston, Massachusetts

See Succeeding Page
Which Accompanies

EXHIBIT Y continued...

6. DANIEL J. GRIFFIN
   LYNDA RIESGO JENSEN
   MARTIN, MAGNUSON, McCARTHY,
   + KENNEY
   101 Merrimac Street
   Boston, Massachusetts 02114-4716

7. CANADIAN CONSULATE GENERAL
   3 COPLEY PLACE
   BOSTON, MASSACHUSETTS

8. BARBARA BUELL
   BLOOM + BUELL
   1340 SOLDIERS ROAD
   BOSTON, MASSACHUSETTS

9. CHIEF EXECUTIVE OFFICER
   PROMUTUAL GROUP
   101 ARCH STREET
   BOSTON, MASSACHUSETTS
   02205

See Second SUCCEEDING PAGE WHICH ACCOMPANIES

EXHIBIT Y continued...

10. CHIEF EXECUTIVE OFFICER
TENET HEALTHCARE CORP.
3820 STATE STREET
SANTA BARBARA,
CALIFORNIA 93105

_Donald Slobach_
SIGNATURE

1-30-06
DATE

Three of Three