U.S. DISTRICT COURT       05 10798-WGY

EASTERN DIV.              Case No. 10798
(Boston, MA)
Donald S.
KOBACK
       Plaintiff, pro se     NOTICE OF Appeal
   V.

METROWest Medical        WRIT OF
Center.                      HABEAS CORPUS

         et. al.
      defendants

Now comes the plaintiff, Donald S. Koback, who appeals from the dismissal of his case by the U.S. District Court (the exact date of which not available to the plaintiff) as government agents acting through or with his brother Thomas Koback, have stolen, converted

the federal district court's record of proceeding 1—37. Plaintiff continues to stand naked, before state cameras in his home + law office preyed upon by violators of the law of war conducting murder, mutilation, debauchery, state pornography, wholesale violations of the U.S. Constitution + International Treaties + Laws (believe Hague Convention protocols) little more than thieves and perjurers posed against him, Plaintiff being denied notice of transfer hearing.

Donald S. Libbeck

Appellant/Petitioner Donald S. Libbeck
1-11-06

filed with:

(1) Supreme Court of Rhode Island;

(2) U.S. District Court Boston, MA.

(3) U.S. Court of Appeals Boston, MA.

(4) Supreme Court of the United States.

Donald S. Koback
27-62

05-10798-WGY

Commonwealth of Massachusetts
County of Suffolk
THE SUPERIOR COURT
BOSTON, MASS.

| KOBACK<br>plaintiff, pro se<br>v.<br>MetroWest Medical Center<br>et.al.,<br>defendants | CIVIL DOCKET NO.: SUCV2005-03084<br>U.S. DISTRICT COURT<br>BOSTON, MA.<br>CASE NO.: 05-10798<br>U.S. COURT OF APPEALS<br>BOSTON, MA.<br>CASE NO.: 1834<br>SUPREME COURT OF THE<br>UNITED STATES |

## DEPICTION AFFADAVIT

I, DONALD S. KOBACK, OF 195 SUNNYSIDE AVENUE, WOONSOCKET, RHODE ISLAND 02895 U.S.A. DECLARE AS FOLLOWS:

THAT THE UNDERSIGNED OFFERS INTO EVIDENCE A PHOTO, WHICH THE UNDERSIGNED HAS PERSONALLY TAKEN, SAID PHOTO

AFFADAVIT - DONOVAN LETTER - PHOTO 1 of 4

BEING A TRUE AND ACCURATE PHOTO OF A ~~LETTER~~ DATED DECEMBER 28, 1999 ADDRESSED TO "BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS" SIGNED BY MICHAEL P. DONOVAN M.D., OF NEW ENGLAND UROLOGY ASSOCIATES, LLC, 139 LINCOLN STREET, FRAMINGHAM, MA, 01702 508-370-7703 FAX 508-370-7701

WHICH STATES:

"I have had a chance to evaluated Mr. Koback for severe organic erectile dysfunction. This has been an ongoing problem since a penile prosthesis was ex-planted in April of 1995. On his most recent evaluation in November of 1999 his penis

Depiction Affidavit 2 of 4

has progressed to the point where it is a severely shortened nonfunctional fibrotic penis. Because of the degree of scar tissue present it was felt that no current erectile treatment or even a new penile prosthesis would adequately correct his problem. I have recommended that Mr. Kobak go to a urology center in Virginia to be evaluated for penile reconstruction. I feel this is one of his only options available since there are no centers in Massachusetts that are capable of doing this kind of surgery.

Mr. Kobak has had significant mental health issues due to his condition. Therefore I would like to expedite any coverage issues for him to go to Virginia. Please feel free to contact me with any questions.

Sincerely,

Michael P. Donovan M.D. "

Depiction Affadavit 3 of 4

Once again, this photo, taken by the plaintiff, Donald S. Koback, on 2-7-06 is a true and accurate photo of said letter signed by Michael P. Donovan, M.D. on Dec. 28, 1999.

Signed under pains and penalties of perjury on 2-7-06.

*Donald S. Koback*
DONALD S. KOBACK
BBO # 276200

See Exhibit X
Exhibit Y
INCORPORATED
HEREIN
DSK 2-7-06

Depiction Affidavit 4 of 4
DSK

# NEW ENGLAND
# UROLOGY
## ASSOCIATES, LLC.

Stanley E. Kraus, M.D., P.C.
Michael P. Donovan, M.D., P.C.

139 Lincoln Street
Framingham, MA 01702

508-370-7703
Fax 508-370-7701

20 Hope Avenue
Waltham, MA 02154

December 28, 1999

Re: Donald Koback

To: Blue Cross and blue Shield of Massachusetts

I have had a chance to evaluated Mr. Koback for severe organic erectile dysfunction. This has been an ongoing problem since a penile prosthesis was ex-planted in April of 1995. On his most recent evaluation in November of 1999 his penis has progressed to the point where it is a severely shortened nonfunctional fibrotic penis. Because of the degree of scar tissue present it was felt that no current erectile dysfunction treatment or even a new penile prosthesis would adequately correct his problem. I have recommended that Mr. Kobak go to a urology center in Virginia to be evaluated for penile reconstruction. I feel this is one of his only options available since there are no centers in Massachusetts that are capable of doing this kind of surgery.

Mr. Kobak has had significant mental health issues due to his condition. Therefore I would like to expedite any coverage issues for him to go to Virginia. Please feel free to contact me with any questions.

Sincerely,

Michael P. Donovan M.D.

Diplomates of the American Board of Urology

# Commonwealth of Massachusetts
## County of Suffolk
## The Superior Court

CIVIL DOCKET# SUCV2005-03084

RE: **Koback v MetroWest Medical Center et al**

TO: Donald S Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

### ORDER FOR MEDICAL MALPRACTICE TRIBUNAL

Pursuant to General Laws Chapter 231, as amended by Chapter 362 of the Act of 1975, a MEDICAL MALPRACTICE TRIBUNAL will be convened in the Superior Court for Suffolk County

ON: 03/06/2006
AT: 02:00 PM
IN: CtRm 1008, 3 Pemberton Square, Boston

to conduct a hearing and make appropriate findings as called for by law. The tribunal will consist of the following members:

JUDGE: Bruce Henry, Justice
MEDICAL MEMBER: Geoffrey A. Talbot, M.D. 8 Porter Street, Melrose, Mass. 02176
LEGAL MEMBER: John Morrissey, Esquire -Quinn & Morris 141 Tremont Street -6th Floor, Boston, Mas. 02111

**Plaintiff MUST send copies of plaintiff's offer of proof at least five days before the date of the tribunal to the Court, and the medical and legal members of the tribunal and the other parties or counsel when they are represented.**

Dated: 01/24/2006

Michael Joseph Donovan,
Clerk of Courts

Telephone: Phyllis (617) 788-7720 * Judge's offer of Proof to be sent to Room 1216 - Three Pemberton Square, Boston, MA 02108 received by 2/7/06

Commonwealth of Massachusetts
County of Suffolk
The Superior Court
BOSTON, MASSACHUSETTS

| | |
|---|---|
| KOBACK<br>plaintiff, pro se<br>v.<br>MetroWest Medical Center<br>et. al<br>defendants | CIVIL DOCKET # SUCV2005-03084<br><br>U.S. DISTRICT COURT<br>BOSTON, MA.<br>CASE NO: 05-10798<br><br>U.S. COURT OF APPEALS<br>BOSTON, MA.<br>CASE NO.: 1834<br><br>SUPREME COURT of the<br>United States |

## OBJECTION #A

WITHOUT WAIVING PLAINTIFF'S OBJECTIONS NUMBERED #1, #2, #3, AND #4 DATED FEBRUARY 5, 2005, FILED WITH FEDERAL COURTS DESIGNATED ABOVE, COPIES OF WHICH ARE ATTACHED HERETO AND INCORPORATED BY REFERENCE HEREIN (STATE COURT—

OBJ. #A   ONE OUT OF THREE

SUVC2005-03084), PLAINTIFF HEREIN, DONALD S. KOBACK, OF WOONSOCKET, RHODE ISLAND, OBJECTS TO THE FORMATION, CONVENTION, AND PURPOSE OF THIS STATE COURT'S "MEDICAL MALPRACTICE TRIBUNAL"-ORDER DATED JANUARY 24, 2006, SIGNED BY MICHAEL JOSEPH DONOVAN, CLERK OF COURTS. WHICH PURPORTS TO SCHEDULE SAID "TRIBUNAL" ON MARCH 6, 2006 AT 2:00 P.M., THE PLAINTIFF HEREBY ASSERTING THAT THIS PROCEEDING VIOLATES AND OTHERWISE IMPAIRS HIS 1ST.(FIRST), 5TH(FIFTH), 7TH(SEVENTH)

ORT #A  TWO OUT OF THREE

AND 14TH (FOURTEENTH) AMENDMENTS RIGHTS, PRIVILEGES, AND IMMUNITIES GUARANTEED TO HIM BY THE U.S. CONSTITUTION AND THE MASSACHUSETTS DECLARATION OF RIGHTS, AS WELL AS OTHER CONSTITUTIONAL, STATUTORY, COMMON LAW RIGHTS, PRIVILEGES AND IMMUNITIES, INCLUDING HIS ACCESS TO THE COURT OF EQUITY, BUT NOT LIMITED THERETO.

DATE: 2-7-06

*Donald S. Koback* (signature)

DONALD S. KOBACK
195 SUNNYSIDE AVENUE
WOONSOCKET,
RHODE ISLAND 02895
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
U.S.A.

BBO# 276200

SEE EXHIBIT X
EXHIBIT Y
INCORPORATED
HEREIN
DSK 2-7-06

OBJ. # THREE OUT OF THREE

Commonwealth of Massachusetts
County of Suffolk

The Superior Court
Boston, Massachusetts

| KOBACK, plaintiff, pro se v. MetroWest Medical Center, et. al. defendants | CIVIL DOCKET #SUCV2005-03084 U.S. DISTRICT COURT BOSTON, MASS. CASE NO.: 05-10798 U.S. COURT OF APPEALS BOSTON, MASSACHUSETTS CASE NO.: 1834 SUPREME COURT OF THE UNITED STATES |
|---|---|

## OBJECTION #B

PLAINTIFF, DONALD S. KOBACK, OF WOONSOCKET, RHODE ISLAND, U.S.A. HEREBY OBJECTS TO SITE SELECTED FOR THE STATE COURTS "MEDICAL MALPRACTICE TRIBUNAL" AS A FORUM NON CONVENIENS, DESIGNED AND INTENDED TO BURDEN PLAINTIFF FURTHER,

OBT #B - ONE OUT OF THREE

PLAINTIFF DWELLING AND RESIDING 140 MINUTES SOUTH-SOUTHWESTERLY OF THE AFOREMENTIONED-PEMBERTON SQUARE-<u>SITE</u>, THE DEFENDANTS ET. AL. KNOWING "FULL WELL" THAT THEY BY THEIR AGENTS, REPRESENTATIVES, ET. AL. IN <u>ADDITION</u> TO THEMSELVES, HAVE MORE THAN SLIGHTLY WORN OUT PLAINTIFF, THIS COURT, AMONG OTHERS, <u>LEANING</u> OVER THEIR BENCHES TO FAVOR THESE MEDICAL AND HOSPITAL DEFENDANTS, OBJ. B - TWO OUT OF THREE

WHETHER BY INFLUENCE OR HABIT. UXBRIDGE DISTRICT COURT, UXBRIDGE, MASSACHUSETTS WOULD BE MUCH MORE SUITABLE UNDER THESE CIRCUMSTANCES, ALBEIT, IF EVERY DAY EXPERIENCE SHALL GUIDE, THIS COURT, AMONG OTHERS, SHALL PERSIST TO PREFER THE CIRCUMSTANCES OF THOSE IN CLOSE PROXIMITY TO THEM.

DATE: 2-7-06

See Exhibit X
Exhibit Y
INCORPORATED HEREIN
2-7-06
OBJ. #B - THREE OUT OF THREE

Donald S. Koback
Donald S. Koback
195 SUNNYSIDE AVE
WOONSOCKET
RHODE ISLAND 02895
U.S.A.
401-762-2460

EXHIBIT X

DOCUMENTS SERVED:

I, Donald S. Koback, plaintiff, pro se, hereby certify that I have served, via 1st. class, prepaid mail (U.S.P.S.) the subsequent:

A. OBJECTION A;
B. OBJECTION B;
~~AN AFFADAVIT DEPICTION, DEPICTION AFFADAVIT~~

on the LIST OF Defendants in Exhibit Y. on Feb. 8, 06.

Signed under pains and penalties of perjury Feb 8, 06

*Donald S. Kubach*

EXHIBIT Y

Certificate of Service
(now and previously referred
to as List of Defendants, et.al.
i.e., interested parties)

1. Emanuel Friedman, M.D.
   95 Lincoln St,
   Framingham, MA.;

2. John P. Long, Jr., M.D.
   New England Urology
   67 Union St., Suite 303
   Natick, MA. 01760;

3. Erol Onel, M.D.
   Andover Urology Associates
   140 Haverhill
   Andover, MA. 01810;

4. Judith Feinberg
   Adler, Cohen, Harvey, Wakeman,
   Guekguezian
   75 Federal St.
   Boston, Ma. 02110;

5. Joseph Halpern
   Law Dept,
   Blue Cross & Blue Shield of
   Massachusetts
   401 Park Drive
   Boston, Massachusetts

6. DANIEL J. GRIFFIN
   LYNDA RIESGO JENSEN
   MARTIN, MAGNUSON, McCARTHY
   & KENNEY
   101 Merrimac St.
   Boston, Mass. 02114-4716;

7. CANADIAN CONSULATE GENERAL
   3 COPLEY PLACE
   BOSTON, MA, 02116;

8. BARBARA BUELL
   BLOOM & BUELL
   1340 SOLDIERS ROAD
   BOSTON, MA.;

9. CHIEF EXECUTIVE OFFICER
   PRO MUTUAL GROUP
   101 ARCH Street
   Boston, MA, 02205;

10. CHIEF EXECUTIVE OFFICER
    TENET HEALTHCARE CORP.
    3820 STATE ST.
    SANTA BARBARA
    CALIFORNIA 93105

EXHIBIT X INCORPORATED HEREIN

This certificate of service ("LIST OF Defendants, et. al") now AND previously by this ACT, signed under pains AND PENALTIES OF PERJURY

DATE: 2-8-06 (Feb 8, 06)   Donald S. Koback
                            Donald S. Koback

Certificate of Service
to all parties, et. al.
en route
Re: "Depiction Affadauit"

2-8-06

OS/L