U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIV.
(Boston, Mass.)

Donald S. Koback
  Plaintiff, pro se

vs.

MetroWest Medical Center, et. al.
  defendants

CASE No 05-10798

(1st. Circuit, U.S. Court
of Appeals - #1834

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT
2006 FEB -9 A 8:27

DATE: 2-5-06
DUPLICATE ORIGINAL INITIALS: DSK

OBJECTION - TO THE ACT OF CONVERSION, THEFT, AND/OR MISAPPROPRIATION AND/OR THE ATTEMPT TO CONVERT, STEAL, AND/OR MISAPPROPRIATE PLAINTIFF'S IDEAS, METHODS, FORMULAE, INTER ALIA ("RIGID VARIATION") etc. FOR THE USE OF OTHERS WITHOUT COMPENSATION, OTHER CREDIT #4

1 OF 6

THE.....

Duplicate Original Date 2-5-06 Initials DSK

Plaintiff, Donald S. Koback, of Woonsocket, Rhode Island 02895, U.S.A. objects to the transfer of his Federal Case No. 05-10798 to Massachusetts State Court (Superior Court, County of Suffolk, Boston, Massachusetts - #SUCV2005-03084) which, by the way, Plaintiff's first notice of which WAS subsequent to 1-24-2006. All proceedings in State (Mass.) Court prior thereto, HEREBY objected to as violations of Plaintiff's rights,

2 of 6

DUPLICATE ORIGINAL DATE 2-5-06 INITIALS OSK

NAMELY, DUE PROCESS OF LAW AND EQUAL PROTECTION UNDER THE LAW, AS WELL AS VARIOUS AND SUNDRY CIVIL LIBERTIES AND RIGHTS— SEE U.S. Constitution, Amendments, Mass Declaration of Rights., 28 U.S. Code 1231, 1232, Common law and equity.

THE AFOREMENTIONED "TRANSFER", CLOAKED UP UNTIL NOW FROM PLAINTIFF'S PERCIPIENCE, CONSTITUTES AN ACT AND/OR ATTEMPT TO SPLIT HIS CAUSE OF ACTION BY LEAVING HIS "DOCTRINE OF RIGID VARIATION" IN FEDERAL COURT AND BY TRANSFERRING THE

3 OF 6

DATE 2-5-06 INITIALS QSW
DUPLICATE ORIGINAL

REMAINDER OF HIS CASE TO STATE COURT FOR FURTHER IMPROPER DISPOSAL, BODILY DESECRATION, NEEDLING, NICKEL AND DIMING, CUTLERY, AND CRUELTY BRUNTING BY THESE COURTS AND MEDICAL/HOSPITAL DEFENDANTS WHO CONCENTRATE THEIR HARM ON THESE, BUT NOT THOSE, ALL OF THE FORGOING DEEDS, AND MISDEEDS INTENDED TO CONFRONT PLAINTIFF WITH A LEGAL SITUATION WHEREAT PLAINTIFF SHALL BE FACED WITH INAPPROPRIATE

4 OF 6

DUPLICATE ORIGINAL DATE 2-5-06 INITIALS/QSW

COURT ORDERS, DECISIONS, AND/OR RULINGS THAT HE IS COLLATERALLY ESTOPPED TO PURSUE HIS INTELLECTUAL PROPERTY RIGHTS IN FEDERAL COURT OR ELSEWHERE OR THAT HIS ATTEMPT TO DO SO SHALL CONSTITUTE A COLLATERAL ATTACK ON A FEDERAL COURT ORDER, DECISION AND/OR RULING (THE STATE COURT PROCEEDING, PROPPED UP AS A DECEPTION WHICH SHALL POSE, POSTURE, AND PRETEND TO BE THE "END ALL"),

THE FEDERAL COURT STANDING ON SOME OTHER CITY BLOCK, WITH PLAINTIFF'S INTELLECTUAL PROPERTY

5 OF 6

DATE 2-5-06
INITIALS DSL
DUPLICATE ORIGINALS

(SANS PLAINTIFF)
IN THEIR POSSESSION, CUSTODY, et cetera
LIKELY TO ORDER, DECIDE,
OR RULE THAT PLAINTIFF'S
PROPERTY HAS DISAPPEARED
BY SOME SLEIGHT, BURIED
OR MERGED IN DISMISSAL
WHICH ONE CAN PREDICT
SHALL HAVE THE SAME EFFECT
AS MERGER INTO A JUDGMENT —
A DIFFERENT RESULT THAT THAT WHICH
PLAINTIFF HAS PRAYED
PLAINTIFF TAKES EXCEPTION TO ANY ADVERSE RULING,
OR LACK OF RULING, IF ADVERSE.

Respectfully Submitted

See Exhibit X + Y incorporated by reference herein
initials DSL date 2-5-06

_____
Donald S. Lubock
SIGNATURE

2-5-06
DATE:

SIX OF SIX

/

EXHIBIT X

<u>Certificate of Service</u>

I, Donald S. Koback, plaintiff, pro se, in U.S. District Court Case No 05-10798, and 1st Circuit-1834 hereby certify that I have served by prepaid, first class mail the following "Document(s)" on the following Defendants or their counsel, et.al. see list of names and addresses attached hereto incorporated herein, (EXHIBIT Y)

2-6-06

DSK

Donald S. Koback
SIGNATURE

DATE 2-6-06

DUPLICATE ORIGINAL DATE 2-6-06 INITIALS DSK

2-6-06

EXHIBIT X

Certificate of Service
(continued)

DOCUMENT:

"OBJECTION - TO THE ACT OF CONVERSION, THEFT, AND/OR MISAPPROPRIATION AND/OR THE ATTEMPT TO CONVERT, STEAL, AND/OR MISAPPROPRIATE PLAINTIFF'S IDEAS, METHODS, FORMULAE, INTER ALIA ("RIGID VARIATION") etc, FOR THE USE OF OTHERS WITHOUT COMPENSATION OR OTHER CREDIT #4"

X Donald S. [signature]

DATE: 2-6-06      27 @ 00
DSL 26-06          Board of Bar Overseers
                   SUPREME JUDICIAL COURT, BOSTON, MA.

[left margin: DUPLICATE ORIGINAL  DATE 2-6-06  INITIALS DSL  DSL 26-06]

/

EXHIBIT Y

LIST OF Defendants OR et.al.
THEIR ATTORNEYS, SERVED:

1. Emanuel Friedman, M.D.
   95 Lincoln St
   Framingham, Massachusetts;

2. John P. Long, JR., M.D.
   New England Urology
   67 Union St. Suite 303
   Natick, Massachusetts 01760;

3. Erol Onel, M.D.
   Andover Urology Associates
   140 Haverhill
   Andover, Massachusetts 01810;

4. Judith Feinberg
   Adler, Cohen, Harvey, Wakeman &
   Guekguezian
   75 Federal St
   Boston, Massachusetts 02110;

5. Joseph Halpern
   Law Dept.
   Blue Cross & Blue Shield of
   Massachusetts
   401 Park Drive
   Boston, Massachusetts

Duplicate Original
Date 2-6-06
Signature [signature]

SEE SUCEEDING PAGE WHICH ACCOMPANIES

EXHIBIT Y continued...

6. DANIEL J. GRIFFIN
   LYNDA RIBSGO JENSEN
   MARTIN, MAGNUSON, McCARTHY,
   & KENNEY
   101 Merrimac Street
   Boston, Massachusetts 02114-4716

7. CANADIAN CONSULATE GENERAL
   3 COPLEY PLACE
   BOSTON, MASSACHUSETTS

8. BARBARA BUELL
   BLOOM & BUELL
   1340 SOLDIERS ROAD
   BOSTON, MASSACHUSETTS

9. CHIEF EXECUTIVE OFFICER
   PROMUTUAL GROUP
   101 ARCH STREET
   BOSTON, MASSACHUSETTS
   02205

DUPLICATE ORIGINAL
DATE
SIGNATURE

See Second SUCCEEDING
PAGE WHICH ACCOMPANIES

Case 1:05-cv-10798-WGY   Document 75-3   Filed 02/14/2006   Page 3 of 3

EXHIBIT Y Continued...

10. CHIEF EXECUTIVE OFFICER
TENET HEALTHCARE CORP.
3820 STATE STREET
SANTA BARBARA,
CALIFORNIA 93105

SIGNATURE

DATE

OSU 06
Duplicate Original
DATE 2-6-06
INITIALS OSU

Three of Three