SUPERIOR COURT
COUNTY OF SUFFOLK
Boston, Ma.

FILED
IN CLERKS OFFICE

2006 MAR 15 P 2: 12

KOBACK
pro se, plaintiff

v.

MetroWest Medical
Center, et. al.
defendants

U.S. DISTRICT COURT
DISTRICT OF MASS.
SUPERIOR COURT
COUNTY OF SUFFOLK
Boston, Ma
CIVIL DOCKET #
SUCV2005-C3084

U.S. DISTRICT COURT
CASE NO: 05-10798

"COMPLIANCE (U.S.P.S. RETURN
RECEIPTS, GREEN CARDS,
CERTIFIED MAIL_TM RECEIPTS)
Regarding "AFFADAVIT OF
NOTICE AND INTRODUCTION
OF MEDICAL REPORTS INTO
EVIDENCE (M.G.L., Ch. 233,
Section 796; 28 U.S. Code
1331, 1332)"

ATTACHED AND AFFIXED HERETO
AND INCORPORATED HEREIN,
WORD FOR WORD, AS IF FULLY SET
FORTH HEREIN OR OTHERWISE PORTRAYED
OR CONTAINED WITHIN THIS INSTRUMENT,
legal document, or affadavit of
compliance with MassACHUSETTS
GENERAL LAWS, CHAPTER 233, SECTION
796; 28 U.S. CODE 1331, 1332. ARE
AS FOLLOWS!

∴ – U.S.P.S. Certified Mail TM Receipts,
   Return Receipts Requested;
  – GREEN CARDS – U.S.P.S)
    RETURN RECEIPTS SIGNED.
    BY ADDRESSEES OR agents,
    except for one – DANIEL J,
    GRIFFIN, JR – certified mail
    (U.S.P.S.) receipt number
    #7005 1820 0004 9071 8727
    (See letter of complaint to
    U.S. Postal Inspector,
    U.S. Postal Inspection Service
    WASHINGTON, D.C. 20066
    regarding scheme with
    reference thereto)

SAID GREEN CARDS, RETURN RECEIPTS
(U.S.P.S., U.S. Postal Service) signed
by addressees, except for the one aforemen-
tioned, were received by the plaintiff
at a time subsequent to his physical
departure to the "Medical Malprac-
tice TRIBUNAL" held on MARCH 6,
2006, SUPERIOR COURT, COUNTY OF
SUFFOLK, 3 PEMBROKE SQUARE, BOSTON,
MASS.)

SAID MEDICAL REPORTS REFILED AND
RESERVED HEREWITH AS CONTAINED
IN PLAINTIFF'S "AFFADAVIT OF NOTICE
AND INTRODUCTION OF MEDICAL REPORTS
INTO EVIDENCE (M.G.L., Ch. 233, Sec.
796, 28 U.S.C. 1331, 1332) U.S. Postal
Service, Return Receipts (GREEN
CARDS) - signed 2-28-2006, mailed 3-1-2006
U.S.P.S 1st. CLASS mail, postage prepaid,
certified mail, return receipts requested;
AND, AS CONTAINED IN PLAINTIFF'S
"NOTICE OF INTENT TO INTRODUCE
M.G.L., Ch. 233, Sec. 796 MEDICAL
REPORT AFFADAVITS" dated 2-20-2006
. . . 2-21-2006

WITH THESE CERTIFIED MAIL ™
RECEIPTS, GREEN CARDS, RETURN
RECEIPTS SIGNED BY ALL ADDRESSEES
(EXCEPT one - See Complaint letter -
U.S. Postal Inspector, U.S.P.S.,
WASH., D.C. DATED 3-9-2006),
PURSUANT TO, IN ACCORD
AND IN FULL COMPLIANCE WITH
M.G.L., Ch. 233, Sec. 79G; 28 U.S.C.
1331, 1332, the Plaintiff hereby
completes all OF THE steps and/or
requirements necessary to introduce
the medical report affadavits,
signed under pains and penalties
of perjury, of Xiangyang Li, M.D.,
and Syed Razvi, M.D.

* SAID MEDICAL REPORTS,
HAVING PREVIOUSLY BEEN INTRODUCED
INTO EVIDENCE (See paragraph
immediately preceeding) MUST BE
DEEMED IN FULL COMPLIANCE WITH
THE STATE AND FEDERAL STATUTES
CITED ABOVE.

ORIGINALS ( GREEN CARDS, RETURN
RECEIPTS, CERTIFIED MAIL ™ RECEIPTS
AND a copy OF letter of complaint,
U.S. Postal Inspector, WASH., D.C. dated
3-9-2006) served and/or filed with
BRUCE HENRY, JUSTICE, LEGAL MEMBER,

"MEDICAL MALPRACTICE TRIBUNAL,
SUPERIOR COURT, COUNTY OF SUFFOLK,
BOSTON, MASS, and copies of
same mailed to, served, or filed
with U.S. DISTRICT COURT (05-10798)
AND SUPERIOR COURT (SUCV2005-03089)
(ATTN.: Phyllis) 3 PEMBROKE SQUARE,
BOSTON, MA. All attorneys of record
OF WHICH PLAINTIFF IS AWARE, ET.AL.

SEE PLAINTIFF'S EXHIBIT
Y — THOSE SERVED AND
PLAINTIFF'S EXHIBIT X —
DOCUMENT(s) SERVED.

INCORPORATED BY REFERENCE
HEREIN AS IF STATED IN
FULL, WORD FOR WORD.
SIGNED UNDER PAINS AND
PENALTIES OF PERJURY.

DONALD S. KOBACK
PLAINTIFF, PRO SE
3-9-2006

EXHIBIT Y

FILED
IN CLERKS OFFICE

2006 MAR 15 P 2: 12

U.S. DISTRICT COURT
DISTRICT OF MASS.

SERVED 1ST CLASS POSTAGE
PREPAID ON OR TO:

1. W. G. YOUNG
   CHIEF JUDGE (05-10798)
   U.S. DISTRICT COURT
   1 COURTHOUSE WAY, SUITE 2300
   BOSTON, MA. ;

2. SUPERIOR COURT
   3 PEMBROKE SQUARE
   ROOM 1216 (Attn: Phyllis)
   BOSTON, MASSACHUSETTS ;

3. John MORRISEY
   "MEDICAL MALPRACTICE TRIBUNAL" MEMBER
   QUINN + MORRIS
   141 TREMONT ST.
   6th. FLOOR
   BOSTON, MA. 02111 ;

4. GEOFFREY TALBOT, M.D.
   " MEDICAL MALPRACTICE TRIBUNAL"
   . MEMBER.
   8 PORTER ST.
   MELROSE, MA. 02176 ;

5. BRUCE HENRY, JUSTICE
   "MEDICAL MALPRACTICE TRIBUNAL" MEMBER
   SUPERIOR COURT
   3 PEMBROKE SQUARE
   BOSTON, MA. 02108;

6. DANIEL J. GRIFFIN, JR.
   MARTIN, MAGNUSON, McCARTHY AND
   KENNEY
   7th, FLOOR
   101 Merrimac St
   Boston, Ma. 02215;

7. LYNDA R. JENSEN
   MARTIN, MAGNUSON, McCARTHY and
   KENNEY
   101 Merrimac St
   7th FLOOR
   Boston, Ma. 02215

8. JOSEPH D. Halpern
   LAW DEPT
   BLUE CROSS and BLUE SHIELD
   OF MASS.
   401 PARK DRIVE
   BOSTON, MA. 02215;

9. Judith Feinberg
   Adler, Cohen, Harvey, Wakeman and
   GUEKGEUZIAN LLP
   75 Federal St.
   Boston, Ma. 02110;

1s of 3-9-2006, #10 below
Same address as J. Feinberg - See #9 above (Wback)
⊕ DS 3-9-2006

10. A. BERNARD GUEKGUEZIAN
ADLER, COHEN, HARVEY, WAKEMAN.
AND GUEKGEUZIAN, LLP
230 CONGRESS ST.
BOSTON, MA. 02110;

11. LYNDA R. JENSEN
MARTIN, MAGNUSON, McCARTHY
AND KENNEY
101 Merrimac St, 7th. FLOOR
BOSTON, MA. 02215;

12. DANIEL J. GRIFFIN, JR.
MARTIN, MAGNUSON, McCARTHY
AND KENNEY
7th. FLOOR
101 Merrimac St
Boston, MA. 02115;  Signed under pains
and penalties of perjury
13. Barbara Hayes BUELL  3-9-2006
BLOOM and BUELL  ↗ Donald Blohun
1340 SOLDIERS FIELD RD
SUITE TWO
BOSTON, MA. 02135-1020

EXHIBIT X  3-9-2006
The aforenamed were served

" EXHIBIT X - DOCUMENT:
" AFFADAVIT OF NOTICE AND INTRODUCTION
OF MEDICAL REPORTS INTO EVIDENCE
(M.G.L., Ch. 233, Sec, 79G; 28 U.S. Code
1331, 1332;) U.S. POSTAL SERVICE, RETURN RECEIPTS
(GREEN CARDS)";

EXHIBIT X - DOCUMENT(S) Continued

"COMPLIANCE (U.S.P.S. RETURN RECEIPTS, GREEN CARDS, Certified Mail Tm Receipts) REGARDING "AFFADAVIT OF NOTICE AND INTRODUCTION OF MEDICAL REPORTS INTO EVIDENCE (M.G.L., Ch. 233, Section 79G; 28 U.S. Code 1331, 1332)"; Letter or complaint - U.S. Postal INSPECTOR.

Served on MARCH 9, 2006

Via U.S.P.S. 1st class mail, Postage prepaid.

Signed under pains and penalties of perjury.

_Donald S. Koback_

DONALD S. KOBACK

PLAINTIFF, PRO SE

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BRUCE HENRY, JUSTICE
MEDICAL MALPRACTICE
TRIBUNAL
SUPERIOR COURT
3 PEMBROKE SQUARE
Boston, MA. 02105

2. Article Number
(Transfer from service label)

7005 1820 0004 9071 8703

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ □ Agent
                   □ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   □ Certified Mail     □ Express Mail
   □ Registered         □ Return Receipt for Merchandise
   □ Insured Mail       □ C.O.D.
4. Restricted Delivery? (Extra Fee)    □ Yes

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Morrisey
Quinn & Morris
141 Tremont St
6th Floor
Boston, MA 02111

2. Article Number
(Transfer from service label)

7005 1820 0004 9071 8680

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ □ Agent
                   □ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   □ Certified Mail     □ Express Mail
   □ Registered         □ Return Receipt for Merchandise
   □ Insured Mail       □ C.O.D.
4. Restricted Delivery? (Extra Fee)    □ Yes

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GEOFFREY TALBOT, M.D.
8 PORTER SQUARE
MELROSE
MA, 02176

2. Article Number
(Transfer from service label)

7005 1820 0004 9071 8901

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Geoffrey Talbot   □ Agent
                    □ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   □ Certified Mail     □ Express Mail
   □ Registered         □ Return Receipt for Merchandise
   □ Insured Mail       □ C.O.D.
4. Restricted Delivery? (Extra Fee)    □ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CLERK
SUPERIOR COURT
3 PEMBERTON SQUARE
Room 1216 (Attn Phyllis)
Boston
MA 02168

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of delivery
Me Appleby   12 31 06

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7005 1820 0004 9071 8673

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CLERK
U.S. DISTRICT COURT
1 COURTHOUSE Way #2300
Boston
MA 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X F. Toयोto O

B. Received by (Printed Name)   C. Date

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merch
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7005 1820 0004 9071 8697

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DANIEL J. GRIFFIN, JR.
MARTIN, MAGNUSON, McCARTHY
& KENNEY
101 Merrimac St, 4th Floor
Boston, MA

1365709

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ Agent / Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7005 1820 0004 9071 8895

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LYNDA R. Jensen
MARTIN, MAGNUSON,
McCARTHY + KENNEY
101 Merrimac St, 4th Floor
Boston, MA.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ Agent / Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7005 1820 0004 9071 8710

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lynda R. Jensen
MARTIN, MAGNUSON,
McCARTHY + KENNEY
101 Merrimac St, 4th Floor
Boston, Ma

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ Agent / Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7005 1820 0004 9071 8888

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**Card 1**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

A. BERNARD GUERGEDZIAN
ADLER, COHEN, HARVEY,
WAKEMANT GUERGEDZIAN
75 Federal St
Boston, M.i. 02210

2. Article Number
(Transfer from service label)
7005 1820 0004 9071 8826

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☑ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery
3.3.06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☑ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

**Card 2**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Judith Feinberg
Adler, Cohen, Harvey,
Wakeman + Guerbedzian
75 Federal St
Boston, Ma 02110

2. Article Number
(Transfer from service label)
7005 1820 0004 9071 8819

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☑ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery
3.3.06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☑ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

**Card 3**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Barbara Hayes Buell
BLOOM + BUELL
1340 SOLDIERS FIELD RD
SUITE TWO
Boston, Ma 02135-1020

2. Article Number
(Transfer from service label)
7005 1820 0004 9071 8604

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Joseph D. Halpern
Law Dept
Blue Cross + Blue Shield
401 Park Drive
Boston Ma, 02215

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☑ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
3/2

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
(Transfer from service label)        7005 1820 0004 9071 8628

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**UNITED STATES POSTAL SERVICE**

First-Class Mail
Postage & Fees Pa
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

DONALD S. KOBACK
195 SUNNY SIDE AVE
WOONSOCKET
R, I. 02895



8628



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

7005 1820 0004 9071 8504

BRIGHTON, MA 02135

| | | |
|---|---|---|
| Postage | $ 4.05 | UNIT ID: 0895 |
| Certified Fee | 2.40 | |
| Return Receipt Fee (Endorsement Required) | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: B7NJJ0 |
| Total Postage & Fees | $ 8.30 | 03/01/06 |

Sent To Barbara Hayes Buell
Street, Apt. No.; or PO Box No. Bloom + Buell Field RD
City, State, ZIP+4 3410 Soldiers Field RD
Suite 3100, Boston, MA, 02135-1020

PS Form 3800, June 2002        See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

7005 1820 0004 9071 8727

BOSTON, MA 02115

| | | |
|---|---|---|
| Postage | $ 4.05 | UNIT ID: 0895 |
| Certified Fee | 2.40 | |
| Return Receipt Fee (Endorsement Required) | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: B7NJJ0 |
| Total Postage & Fees | $ 8.30 | 03/01/06 |

Sent To DANIEL J. GRIFFIN JR
Street, Apt. No.; or PO Box No. MARTIN, MAGNUSON, McCarthy
City, State, ZIP+4 Kenny
101 Merrimac 7th Floor, Boston, MA 02115

PS Form 3800, June 2002        See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

7005 1820 0004 9071 8703

BOSTON, MA 02108

| | | |
|---|---|---|
| Postage | $ 4.05 | UNIT ID: 0895 |
| Certified Fee | 2.40 | |
| Return Receipt Fee (Endorsement Required) | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: B7NJJ0 |
| Total Postage & Fees | $ 8.30 | 03/01/06 |

Sent To BRUCE HENRY JUSTICE
Street, Apt. No.; or PO Box No. SUPERIOR COURT, 3 PEMBROKE SQUARE
City, State, ZIP+4 Boston, MA 02108

PS Form 3800, June 2002        See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

7005 1820 0004 9071 8628

BOSTON, MA 02115

| | | |
|---|---|---|
| Postage | $ 4.05 | UNIT ID: 0895 |
| Certified Fee | 2.40 | |
| Return Receipt Fee (Endorsement Required) | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: B7NJJ0 |
| Total Postage & Fees | $ 8.30 | 03/01/06 |

Sent To Joseph D. Halpern, Law Dept
Street, Apt. No.; or PO Box No. Blue Cross + Blue Shield
City, State, ZIP+4 401 PARK DRIVE, Boston, MA 02215

PS Form 3800, June 2002        See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

7005 1820 0004 9071 8697

BOSTON, MA 02110

| | | |
|---|---|---|
| Postage | $ 4.05 | UNIT ID: 0895 |
| Certified Fee | 2.40 | |
| Return Receipt Fee (Endorsement Required) | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: B7NJJ0 |
| Total Postage & Fees | $ 8.30 | 03/01/06 |

Sent To CLERK, U.S. DISTRICT COURT
Street, Apt. No.; or PO Box No. 1 COURTHOUSE WAY #2300
City, State, ZIP+4 BOSTON, MA 02210

PS Form 3800, June 2002        See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

7005 1820 0004 9071 8680

BOSTON, MA 02111

| | | |
|---|---|---|
| Postage | $ 4.05 | UNIT ID: 0895 |
| Certified Fee | 2.40 | |
| Return Receipt Fee (Endorsement Required) | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: B7NJJ0 |
| Total Postage & Fees | $ 8.30 | 03/01/06 |

Sent To John Morrisey, Quinn + Morris
Street, Apt. No.; or PO Box No. 141 Tremont Street
City, State, ZIP+4 6th Floor, Boston, MA 02111

PS Form 3800, June 2002        See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

BOSTON, MA 02109

| Postage | $ | 4.05 | UNIT ID: 0895 |
| Certified Fee | | 2.40 | |
| Return Receipt Fee (Endorsement Required) | | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | | Clerk: B7NJJO |
| Total Postage & Fees | $ | 8.30 | 03/01/06 |

Sent To CLERK SUPERIOR COURT
Street, Apt. No.; or PO Box No. 3 PEMBERTON SQUARE Room 1216
City, State, ZIP+4 Boston, Ma. 02108

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

MELROSE, MA 02176

| Postage | $ | 4.05 | UNIT ID: 0895 |
| Certified Fee | | 2.40 | |
| Return Receipt Fee (Endorsement Required) | | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | | Clerk: B7NJJO |
| Total Postage & Fees | $ | 8.30 | 03/01/06 |

Sent To GEOFFREY TALBOT, M.D.
Street, Apt. No.; or PO Box No. 8 PORTER STREET
City, State, ZIP+4 Melrose, Ma 02176

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

BOSTON, MA 02215

| Postage | $ | 4.05 | UNIT ID: 0895 |
| Certified Fee | | 2.40 | |
| Return Receipt Fee (Endorsement Required) | | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | | Clerk: B7NJJO |
| Total Postage & Fees | $ | 8.30 | 03/01/06 |

Sent To DANIEL J. GRIFFIN, JR.
Street, Apt. No.; or PO Box No. MARTIN MAGNUSON, McCarthy Kenney
City, State, ZIP+4 9th FLOOR, Boston, Ma, 02215

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

BOSTON, MA 02215

| Postage | $ | 4.05 | UNIT ID: 0895 |
| Certified Fee | | 2.40 | |
| Return Receipt Fee (Endorsement Required) | | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | | Clerk: B7NJJO |
| Total Postage & Fees | $ | 8.30 | 03/01/06 |

Sent To LYNDA R. JENSEN
Street, Apt. No.; or PO Box No. MARTIN, MAGNUSON, McCarthy Kenney
City, State, ZIP+4 101 Merrimac St, 7th Floor, Boston Ma 02215

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

BOSTON, MA 02110

| Postage | $ | 4.05 | UNIT ID: 0895 |
| Certified Fee | | 2.40 | |
| Return Receipt Fee (Endorsement Required) | | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | | Clerk: B7NJJO |
| Total Postage & Fees | $ | 8.30 | 03/01/06 |

Sent To Judith Feinberg
Street, Apt. No.; or PO Box No. Adler, Cohen, Harvey, Wakeman
City, State, ZIP+4 75 Federal St. Boston Ma 02110

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

BOSTON, MA 02110

| Postage | $ | 4.05 | UNIT ID: 0895 |
| Certified Fee | | 2.40 | |
| Return Receipt Fee (Endorsement Required) | | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | | Clerk: B7NJJO |
| Total Postage & Fees | $ | 8.30 | 03/01/06 |

Sent To A. Bernhard BuEKouEZich
Street, Apt. No.; or PO Box No. Adler, Cohen, Harvey, Wakeman +
City, State, ZIP+4 75 Federal St., Boston, Ma 02210

PS Form 3800, June 2002    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
BOSTON, MA 02115

| | | |
|---|---|---|
| Postage | $ | 4.05 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 8.30 |

UNIT ID: 0895

Postmark Here

Clerk: B7NJJ0

03/01/06

Sent To LYNDA R. Jensen
Street, Apt. No.,
or PO Box No. MARTIN, MAGNUSON, McCarthy
City, State, ZIP+4 101 Merrimac St, 7thFL Kennedy
Boston, MASS 02115

PS Form 3800, June 2002                    See Reverse for Instructions

7005 1820 0004 9071 8710

Donald S. Koback

195 Sunnyside Ave

Woonsocket, R.I.

02895

U.S. POSTAL INSPECTOR    MARCH 8 2006
U.S. POSTAL SERVICE
WASH., D.C. ~~10002~~
            20066

RE: KOBACK v. MetroWest Medical Center,
    et. al. -
    Superior Court, Suffolk County,
    3 Pemberton Square, Boston, MA (SUCV 2005-03684)
    & U.S. DISTRICT COURT, 1 CourtHouse
    WAY, Boston, Mass. (05-10798)

Madam/Sir:

The federal and state law (M.G.L, Ch
233, Sec. 796; 28 U.S. Code 1331,
1332) require that an injured
party, the victim of hospital malpractice,
forward U.S. Postal Service "GREEN
CARDS" RETURN RECEIPTS SO AS TO
ALLOW THE ADMISSION OF MEDICAL REPORTS
INTO EVIDENCE

What we have being hatched here
is a scheme to withhold official
U.S. Postal Service "GREEN CARDS",
"RETURN RECEIPTS" TO OBSTRUCT THE
INTRODUCTION OF EVIDENCE IN A STATE and.

federal proceeding.

The RETURN RECEIPT, GREEN CARDS
(certified mail) receipts which, by
trickery and deceit, have not
Been received by the undersigned
ARE   AS   FOLLOWS:

DANIEL J. GRIFFIN, JR.
MARTIN, MAGNUSON, McCARTHY
   AND KENNEY
101 Merrimac St., 7th floor
Boston, Ma. 02215

certified mail, return receipt requested
(OFFICIAL USE)

# 70051820000490718727

GREEN CARD # 8727

Please investigate and pursue
charges against these activities.

Sincerely,
D S Koback
Donald S. Koback



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| BOSTON, MA  02115 | | |
|---|---|---|
| Postage | $ | 4.05 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 8.30 |

UNIT ID: 0895

Postmark Here

Clerk: B7NJJO

03/01/06

Sent To
DANIEL J. GRIFFIN JR
Street, Apt. No.; or PO Box No.  MARTIN, MAGNUSON, McCARTHY
City, State, ZIP+4  101 Merrimac 7th Floor, Boston, MA 02215

PS Form 3800, June 2002    See Reverse for Instructions

Refused and otherwise improperly delayed GREEN CARD RETURN RECEIPT IN VIOLATION OF U.S. laws

Certified Mail        2.40
7005182000490718819   1.85   8.30
Rtn Recpt (Green Card)        .30
Priority Mail         02215
Destination:          11.10 oz.
8. Weight:            PVI
Postage Type:         8.30
Total Cost:           4.05
Base Rate:

SERVICES              2.40
Certified Mail        1.85   8.30
7005182000490718888          .30
Rtn Recpt (Green Card)
Priority Mail         02215
Destination:          11.10 oz.
9. Weight:            PVI
Postage Type:         8.30
Total Cost:           4.05
Base Rate:

SERVICES              2.40
Certified Mail        1.85   8.30
7005182000490718895          .30
Rtn Recpt (Green Card)
Priority Mail         02176
Destination:          11.10 oz.
10. Weight:           PVI
Postage Type:         8.30
Total Cost:           4.05
Base Rate:

SERVICES              2.40
Certified Mail        1.85   8.30
7005182000490718901          .30
Rtn Recpt (Green Card)
Priority Mail         02109
Destination:          11.10 oz.
11. Weight:           PVI
Postage Type:         8.30
Total Cost:           4.05
Base Rate:

SERVICES              2.40
Certified Mail        1.85   8.30
7005182000490718873          .30
Rtn Recpt (Green Card)
Priority Mail         02111
Destination:          11.40 oz.
12. Weight:           PVI
Postage Type:         8.30
Total Cost:           4.05
Base Rate:

SERVICES              2.40
Certified Mail        1.85   8.30
7005182000490718880          .30
Rtn Recpt (Green Card)
Priority Mail         02210
Destination:          12.10 oz.
13. Weight:           PVI
Postage Type:         8.30
Total Cost:           4.05
Base Rate:

SERVICES              2.40
Certified Mail        1.85   8.30
7005182000490718697          .30
Rtn Recpt (Green Card)
Priority Mail         02108
Destination:          12.60 oz.
14. Weight:           PVI
Postage Type:         8.30
Total Cost:           4.05
Base Rate:

SERVICES              2.40
Certified Mail        1.85
7005182000490718703   116.20
Rtn Recpt (Green Card)       116.20

Subtotal              116.20
Total

VISA                  <23-9034113353-98>   CLERK ID
                                           03
VISA ACCT. NUMBER 0697    CREDIT TRANS # 823
ACCT XXXX XXXX XXX 98     ON STAMPS AND POSTAGE.
                          USED SERVICES ONLY.