Donald. S. Koback
195 Sunnyside Ave
Woonsocket
Rhode Island
02895
U.S.A.

Superior Court
County of Suffolk
Boston, Massachusetts
Civil docket no SUCV2005-03084
U.S District Court
Boston, Ma. Case No-05-10798

March 7, 2006

Bruce Henry, Justice
("Medical Malpractice Tribunal"
Superior Court
3 Pemberton Square
Boston, Mass. 02108

RE: Suspicious, Missing, Belatedly received GREEN CARD, U.S.P.S. Return Receipt — # 7005 1820 0005 2371 9370 —

See Letter of Complaint Postal Inspector, U.S. Postal Service, 127 Social St., Woonsocket, Rhode Island 02895 U.S.A., APPERTAINING TO IN CASE AT BAR "NOTICE OF INTENT TO INTRODUCE M.G.L., Ch. 233, Sec. 79G MEDICAL REPORT AFFADAVITS"

mailed, 1st class mail, postage prepaid (certified, return receipt requested) to one,

A. Bernard Geukgeuzian, Adler Cohen, Harvey, Wakeman & Guekguezian 230 Congress St., Boston, Massachusetts being the last and final green card, return receipt, all other duly filed and served.

Bruce Henry, Justice:
Enclosed green card, return receipt original #9370 as aforementioned and referred to, all others duly filed and served, this being the last.

March 7, 2006

Submitted
Donald S. Koback
Pro se, plaintiff

CC: See Exhibit Y.  Further CC: Postal Inspector, U.S. Postal Service, Washington, D.C. | Chief Judge, U.S. District Court, Boston, Mass.

**ER: COMPLETE THIS SECTION**

- plete items 1, 2, and 3. Also complete 4 if Restricted Delivery is desired.
- your name and address on the reverse at we can return the card to you.
- ,..ach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

A. Bernard Geukgeuzian
Adler, Cohen, Harvey,
Wakeman + Geukgeuzian
230 Congress St
Boston, MA 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X BG
☑ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
3-2-06

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No

N Federal St
Boston

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7005 1820 0005 2371 9370

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE   BOSTON MA 021
9370   2006 JAN 15

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

SR Donald S. Koback
XL 195 Sunnyside Ave
Woonsocket
R.I. 02895

NOTICE OF INTENT — MED REPORT   MSC 233-795

Superior Court
County of Suffolk
Boston, Mass.

| KOBACK<br>plaintiff, pro se<br><br>v.<br><br>MetroWest Medical<br>Center, et. al.<br>defendants | Superior Court<br>Civil Docket No<br>SUCV 2005-03084<br><br>Chief Judge<br>W. G. Young<br>U.S. District Court<br>Boston, Ma.<br>Case No 05-10798 |
|---|---|

## EXHIBIT X

Letter dated March 7, 2006 to BRUCE HENRY, JUSTICE, SUPERIOR COURT, 3 PEMBERTON SQUARE, BOSTON, MA. RE GREEN CARD #9370 — ORIGINAL U.S.P.S. RETURN RECEIPT AFFIXED HERETO.

Donald S. Koback
PLAINTIFF, PRO SE
3-7-2006

**ER: COMPLETE THIS SECTION**

- plete items 1, 2, and 3. Also complete 4 if Restricted Delivery is desired.
- your name and address on the reverse at we can return the card to you.
- ..ach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   A. Bernard Geukgeuzian
   Adler, Cohen, Harvey,
   Wakeman + Geukgeuzian
   230 Congress St
   Boston, MA. 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  3.2.06

D. Is delivery address different from item 1? ☒ Yes   ☐ No
If YES, enter delivery address below:

75 Federal St
Boston 02110

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0005 2371 9370

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE   BOSTON MA 021
9370  2006
First-Class Mail
Postage & Fees Paid
USPS
Permit No.

- Sender: Please print your name, address, and ZIP+4 in this box •

  SR Donald S. Koback
  XL 195 Sunnyside Ave
  Woonsocket
  R.I. 02895

NOTICE OF INTENT—MED REPORT  MSC
                              233-
                              795

Superior Court
County of Suffolk
Boston, Ma.

| KOBACK plaintiff, pro se<br><br>v.<br><br>MetroWest Medical Center, et. al.<br><br>defendants | Superior Court<br>Civil Docket No.—<br>SUCV 2005-03084<br><br>CHIEF JUDGE<br>W.G. YOUNG<br>U.S. DISTRICT COURT<br>BOSTON, MA. 02210<br>CASE NO: 05-10798 |
|---|---|

## EXHIBIT Y

EXHIBIT X incorporated by reference herein as if set forth herein word for word, as well as "letter dated March 7, 2006 to BRUCE HENRY, JUSTICE, SUPERIOR COURT, BOSTON, MA.

Persons, ATTORNEY OF RECORD, MEMBERS OF THE "MEDICAL MALPRACTICE TRIBUNAL", COURTHOUSES, COURT

1 out of 4

JUSTICES, AND COURT PERSONNEL <u>SERVED WITH EXHIBIT X</u> and <u>letter dated March 7, 2006 T0 BRUCE HENRY, JUSTICE AS FOLLOWS</u> (1st class mail, postage prepaid):

1. CLERK
   SUPERIOR COURT
   3 PEMBERTON SQUARE
   Room 1216 (Attn.: Phyllis)
   Boston, Ma. 02108;

2. John MORRISEY
   QUINN + MORRIS
   141 TREMONT ST,
   6th FLOOR
   BOSTON, MA. 02111;

3. GEOFFREY TALBOT, M.D.
   8 PORTER ST
   MELROSE, MA. 02176;

4. BRUCE HENRY, JUSTICE — certified mail
   (MEDICAL MALPRACTICE TRIBUNAL)
   SUPERIOR COURT
   3 PEMBROKE SQUARE
   BOSTON, MA. 02108;

5. DANIEL J. GRIFFIN, JR.
   MARTIN, MAGNUSON, McCARTHY AND KENNEY
   7th FLOOR
   101 Merrimac St
   Boston, Ma. 02215;

2 out of 4

6. Lynda R. Jensen
   Martin, Magnuson, McCarthy,
   and Kenney
   101 Merrimac St
   7th. Floor
   Boston, Ma. 02215;

7. Joseph D. Halpern
   Law Dept
   Blue Cross + Blue Shield
      of Massachusetts
   401 Park Drive
   Boston, MA 02215;

8. Judith Feinberg
   Adler, Cohen, Harvey, Wakeman,
   and Guekguezian LLP
   75 Federal St
   Boston, Ma. 02210;

9. A. Bernard Guekguezian
   Adler, Cohen, Harvey, Wakeman,
   and Geukguezian LLP
   230 Congress St
   Boston, Ma 02110;

10. Lynda R. Jensen
    Martin, Magnuson, McCarthy,
    and Kenney
    101 Merrimac St
    7th. Floor
    Boston, Ma. 02215

3 out of 4

11. Daniel J. Griffin, Jr.
Martin, Magnuson, McCarthy and Kenney
7th Floor
101 Merrimac St.
Boston, Ma. 02115;

12. Barbara Hayes Buell
Bloom + Buell
1340 Soldiers Field Road
Suite Two
Boston, MA. 02135-1020

13. W.G. Young      Certified mail
U.S District Court
Chief Judge
1 Courthouse Way, Suite 2300
Boston, MA, 02210

14. U.S. Postal Inspector   Certified Mail
U.S. Postal Service
Washington, D.C.

Served via U.S. Mail (U.S.P.S.) on MARCH 8, 2006 Signed under pains and penalties of perjury 4 out of 4

March 8, 2006     _Donald S. Koback_
___DATE___     DONALD S. KOBACK
           PLAINTIFF, PRO SE