# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10798

Donald S. Koback

v.

Metrowest Medical Center

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/14/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 14, 2006.

Sarah A. Thornton, Clerk of Court

By: _Jeanette Ramos_
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/16/06.

_Barchard_
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10798-WGY

Koback v. Metrowest Medical Center et al
Assigned to: Judge William G. Young
Cause: 28:1331 Fed. Question: Medical Malpractice

Date Filed: 04/12/2005
Jury Demand: Both
Nature of Suit: 362 Personal Inj. Med. Malpractice
Jurisdiction: Diversity

**Plaintiff**

Donald S. Koback     represented by Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895
PRO SE

V.

**Defendant**

Metrowest Medical Center     represented by Barbara Hayes Buell
Bloom & Buell
1340 Soldiers Field Road
Suite Two
Boston, MA 02135-1020
617-254-4400
Fax: 617-254-7610
Email: bhb@bloombuell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Leonard Morse Hospital

**Defendant**

Framingham Union Hospital

**Defendant**

New England Medical Center     represented by Daniel J. Griffin, Jr.
Martin, Magnuson, McCarthy and

Kenney
7th Floor
101 Merrimac St.
Boston, MA 02114
617-227-3240
Fax: 617-227-3346
Email: dgriffin@mmmk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynda R. Jensen**
Martin, Magnuson, McCarthy and Kenney
101 Merrimac St.
7th Floor
Boston, MA 02215
617-227-3240
Fax: 617-227-3346
Email: lriesgo@mmmk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Tufts University School of Medicine**

**Defendant**
**M.D. Emanuel Friedman**

**Defendant**
**M.D. John P. Long**    represented by    **A. Bernard Guekguezian**
Adler, Cohen, Harvey, Wakeman & Guekguezian, LLP
230 Congress Street
Boston, MA 02110
617-423-6674
Fax: 617-423-7152
Email: abg@achwg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Judith M. Feinberg**
Adler, Cohen, Harvey, Wakeman

        & Guekguezian, LLP
75 Federal Street
10th Floor
Boston, MA 02110
617-423-6674
Fax: 617-423-7152
Email: jf@achwg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HMO Blue of Massachusetts**     represented by **Joseph D. Halpern**
Blue Cross Blue Shield Law Dept.

401 Park Drive
Boston, MA 02215
617-246-3500
Fax: 617-246-3550
Email: joseph.halpern@bcbsma.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Blue Cross Blue Shield of Mass**     represented by **Joseph D. Halpern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Erol Onel**
*Andover Urology Associates of Andover, Mass*
    represented by **Daniel J. Griffin, Jr.**
Martin, Magnuson, McCarthy and Kenney
101 Merrimac St.
Boston, MA 02114
617-227-3240
Fax: 617-227-3346
Email: dgriffin@mmmk.com
*ATTORNEY TO BE NOTICED*

**Lynda R. Jensen**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2005 | 1 | COMPLAINT against all defendants Filing fee: $ 250, receipt number 63688, filed by Donald S. Koback.(Bell, Marie) (Entered: 04/26/2005) |
| 04/12/2005 |  | Summons Issued as to HMO Blue of Massachusetts, Blue Cross Blue Shield of Mass, Metrowest Medical Center, Leonard Morse Hospital, Framingham Union Hospital, New England Medical Center, Tufts University School of Medicine, Emanuel Friedman, John P. Long. (Bell, Marie) (Entered: 04/26/2005) |
| 04/12/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Bell, Marie) (Entered: 04/26/2005) |
| 04/26/2005 | 2 | AMENDED COMPLAINT against all defendants, filed by Donald S. Koback. (Attachments: # 1 Affidavit)(Bell, Marie) (Entered: 04/27/2005) |
| 05/02/2005 | 3 | AMENDED COMPLAINT against all defendants, filed by Donald S. Koback.(Bell, Marie) (Entered: 05/02/2005) |
| 05/02/2005 | 4 | MOTION to Amend 1 Complaint to add defendants by Donald S. Koback.(Bell, Marie) (Entered: 05/03/2005) |
| 05/03/2005 | 5 | AMENDED COMPLAINT against all defendants, filed by Donald S. Koback.(Bell, Marie) (Entered: 05/04/2005) |
| 05/04/2005 |  | Judge William G. Young : Electronic ORDER entered granting 4 Motion to Amend Complaint to add defendant. MOTION ALLOWED AS MATTER OF RIGHT AND THE ATTACHED AMENDED COMPLAINT (DOCKET #5) SHALL CONSTITUTE THE SOLE COMPLAINT IN THIS ACTION. cc/cl. (Bell, Marie) (Entered: 05/04/2005) |
| 05/09/2005 | 6 | Letter from Dr. Michael P. Donovan re: Donald Koback. (Bell, Marie) (Entered: 05/10/2005) |
| 05/11/2005 | 7 | AMENDED COMPLAINT against all defendants, filed by Donald S. Koback.(Bell, Marie) (Entered: 05/12/2005) |
| 05/17/2005 | 8 | SUMMONS Returned Executed New England Medical Center served on 5/10/2005, answer due 5/31/2005. (Bell, Marie) |

| | | |
|---|---|---|
| | | (Entered: 05/18/2005) |
| 05/17/2005 | 9 | AMENDED COMPLAINT against all defendants, filed by Donald S. Koback.(Bell, Marie) (Entered: 05/19/2005) |
| 05/18/2005 | 10 | (Ninth) AMENDED COMPLAINT against all defendants, filed by Donald S. Koback.(Bell, Marie) (Entered: 05/19/2005) |
| 05/18/2005 | 11 | Return receipt received for mail sent to Erol Onel Delivered on 5/4/05 (Bell, Marie) (Entered: 05/19/2005) |
| 05/19/2005 | | Judge William G. Young : Electronic ORDER entered. re 7 Amended Complaint filed by Donald S. Koback,, 9 Amended Complaint filed by Donald S. Koback,, 10 Amended Complaint filed by Donald S. Koback. TREATED AS A MOTION TO AMEND THE COMPLAINT, MOTIONS DENIED AS VIOLATIVE OF THE ORDER OF MAY 4, 2005. cc/cl. (Bell, Marie) (Entered: 05/19/2005) |
| 05/19/2005 | 12 | ANSWER to Complaint with Jury Demand by New England Medical Center. c/s.(Bell, Marie) (Entered: 05/20/2005) |
| 05/19/2005 | 13 | Response by New England Medical Center to 7 Amended Complaint, 2 Amended Complaint, 3 Amended Complaint, 9 Amended Complaint, 10 Amended Complaint, 5 Amended Complaint. c/s. (Bell, Marie) (Entered: 05/20/2005) |
| 05/19/2005 | 14 | CORPORATE DISCLOSURE STATEMENT by New England Medical Center (No Parent Corporation). (Bell, Marie) (Entered: 05/20/2005) |
| 05/23/2005 | 15 | NOTICE of Appearance by Daniel J. Griffin, Jr on behalf of New England Medical Center. c/s. (Bell, Marie) (Entered: 05/25/2005) |
| 05/23/2005 | 16 | NOTICE of Appearance by Lynda R. Jensen on behalf of New England Medical Center. c/s. (Bell, Marie) (Entered: 05/25/2005) |
| 05/24/2005 | 19 | EXCEPTIONS AND NOTICE of Direct Appeal to Supreme Court of U.S.A. by Donald S. Koback (Bell, Marie) (Entered: 05/26/2005) |
| 05/24/2005 | 20 | MOTION for Reconsideration re 5/19/05 Electronic Order, by Donald S. Koback.(Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 17 | NOTICE of Appearance by Joseph D. Halpern on behalf of HMO Blue of Massachusetts, Blue Cross Blue Shield of Mass |

| | | |
|---|---|---|
| | | (Halpern, Joseph) (Entered: 05/25/2005) |
| 05/25/2005 | 18 | CORPORATE DISCLOSURE STATEMENT by HMO Blue of Massachusetts, Blue Cross Blue Shield of Mass. (Halpern, Joseph) (Entered: 05/25/2005) |
| 05/25/2005 | 21 | MOTION for Recusal by Donald S. Koback.(Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 22 | SUMMONS Returned Executed. Framingham Union Hospital served on 5/19/2005, answer due 6/8/2005. (Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 23 | SUMMONS Returned Executed. Leonard Morse Hospital served on 5/19/2005, answer due 6/8/2005. (Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 24 | SUMMONS Returned Executed. John P. Long served on 5/18/2005, answer due 6/7/2005. (Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 25 | SUMMONS Returned Executed. Blue Cross Blue Shield of Mass served on 5/19/2005, answer due 6/8/2005. (Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 26 | MOTION to Strike the Requests for Admissions and Interrogatories by New England Medical Center. c/s.(Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 27 | MEMORANDUM in Support re 26 MOTION to Strike filed by New England Medical Center. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 28 | MOTION for Hearing on 26 MOTION to Strike by New England Medical Center. c/s.(Bell, Marie) (Entered: 05/26/2005) |
| 05/31/2005 | 29 | MOTION for Referral to Medical Tribunal by New England Medical Center. c/s.(Bell, Marie) (Entered: 06/01/2005) |
| 06/01/2005 | 30 | MOTION to Dismiss by HMO Blue of Massachusetts, Blue Cross Blue Shield of Mass.(Halpern, Joseph) (Entered: 06/01/2005) |
| 06/01/2005 | 31 | MEMORANDUM in Support re 30 MOTION to Dismiss filed by HMO Blue of Massachusetts, Blue Cross Blue Shield of Mass. (Halpern, Joseph) (Entered: 06/01/2005) |

| | | |
|---|---|---|
| 06/01/2005 | 32 | AFFIDAVIT of Theresa McInerney in Support re 30 MOTION to Dismiss filed by HMO Blue of Massachusetts, Blue Cross Blue Shield of Mass. (Halpern, Joseph) (Entered: 06/01/2005) |
| 06/01/2005 | 33 | NOTICE OF APPEAL as to Order,, Order on Motion to Amend, by Donald S. Koback. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/21/2005. cc/cl. (Bell, Marie) (Entered: 06/02/2005) |
| 06/03/2005 |  | NOTICE of Hearing on Motion 30 MOTION to Dismiss, 29 MOTION for Referral to Medical Tribunal: Motion Hearing set for 7/21/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. Opposition to the Motion is due by 6/15/05. Reply brief, if any, is due by 6/27/05(Smith, Bonnie) (Entered: 06/03/2005) |
| 06/03/2005 | 34 | Certified and Transmitted Record on Appeal to US Court of Appeals re 33 Notice of Appeal, (Ramos, Jeanette) (Entered: 06/03/2005) |
| 06/03/2005 | 35 | Opposition re 29 MOTION for Referral to Medical Tribunal filed by Donald S. Koback. c/s. (Bell, Marie) (Entered: 06/08/2005) |
| 06/07/2005 | 36 | AFFIDAVIT of Notice by Donald S. Koback. (Bell, Marie) (Entered: 06/08/2005) |
| 06/09/2005 | 37 | Opposition re 30 MOTION to Dismiss filed by Donald S. Koback. (Bell, Marie) (Entered: 06/10/2005) |
| 06/09/2005 | 38 | MEMORANDUM in Opposition re 30 MOTION to Dismiss filed by Donald S. Koback. (Bell, Marie) (Entered: 06/10/2005) |
| 06/09/2005 | 39 | AFFIDAVIT of Donald S. Koback by Donald S. Koback. (Bell, Marie) (Entered: 06/10/2005) |
| 06/10/2005 | 40 | REPLY to Response to Motion re 30 MOTION to Dismiss filed by HMO Blue of Massachusetts, Blue Cross Blue Shield of Mass. (Halpern, Joseph) (Entered: 06/10/2005) |
| 06/10/2005 |  | Judge William G. Young : Electronic ORDER entered RE: 29 |

|  |  |  |
|---|---|---|
|  |  | Motion for Referral to Medical Tribunal. MOTION ALLOWED. SINCE A MEDICAL MALPRACTICE TRIBUNAL APPLIES A DIRECTED VERDICT STANDARD, THERE IS NO INTERFERENCE WITH THE RIGHT TO JURY TRIAL SO LONG AS THE HEARING IS CONDUCTED WITH REASONABLE PROMPTNESS. THE ADDED PROCEDURAL BURDENS DO NOT OFFEND THE UNITED STATES CONSTITUTION. cc/cl. (Bell, Marie) (Entered: 06/14/2005) |
| 06/13/2005 |  | Judge William G. Young : Electronic ORDER entered denying 20 Motion for Reconsideration re Order,, denying 21 Motion for Recusal. cc/cl. (Bell, Marie) (Entered: 06/13/2005) |
| 06/13/2005 |  | Judge William G. Young : Electronic ORDER entered granting 26 Motion to Strike, denying 28 Motion for Hearing. cc/cl. (Bell, Marie) (Entered: 06/13/2005) |
| 06/13/2005 | 41 | SUMMONS Returned Executed Erol Onel served on 6/2/2005, answer due 6/22/2005. (Bell, Marie) (Entered: 06/14/2005) |
| 06/13/2005 | 42 | SUMMONS Returned Executed Emanuel Friedman served on 5/31/2005, answer due 6/20/2005. (Bell, Marie) (Entered: 06/14/2005) |
| 06/14/2005 | 43 | MEMORANDUM in Opposition re 26 MOTION to Strike filed by Donald S. Koback. (Bell, Marie) (Entered: 06/15/2005) |
| 06/14/2005 | 44 | Opposition re 26 MOTION to Strike filed by Donald S. Koback. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)(Bell, Marie) (Entered: 06/15/2005) |
| 06/14/2005 | 45 | AFFIDAVIT of Donald S. Koback re 44 Opposition to Motion, 43 Memorandum in Opposition to Motion by Donald S. Koback. (Bell, Marie) (Entered: 06/15/2005) |
| 06/14/2005 | 46 | CERTIFICATE OF SERVICE by Donald S. Koback re 44 Opposition to Motion, 45 Affidavit, 43 Memorandum in Opposition to Motion. (Bell, Marie) (Entered: 06/15/2005) |
| 06/15/2005 |  | Filing fee: $ 255.00, receipt number 65019 regarding Notice of Appeal (Bell, Marie) (Entered: 06/16/2005) |
| 06/20/2005 | 47 | Supplemental Record on Appeal transmitted to US Court of Appeals re 33 Notice of Appeal, filing fee paid receipt |

| | | |
|---|---|---|
| | | (Ramos, Jeanette) (Entered: 06/20/2005) |
| 06/21/2005 | 48 | NOTICE of Appearance by Daniel J. Griffin, Jr on behalf of Erol Onel. c/s. (Bell, Marie) (Entered: 06/22/2005) |
| 06/21/2005 | 49 | NOTICE of Appearance by Lynda R. Jensen on behalf of Erol Onel. c/s. (Bell, Marie) (Entered: 06/22/2005) |
| 06/21/2005 | 50 | ANSWER to Complaint with Jury Demand by Erol Onel. c/s. (Bell, Marie) (Entered: 06/22/2005) |
| 06/21/2005 | 51 | ANSWER to AMENDMENTS AS OF RIGHT. by Erol Onel. (Bell, Marie) (Entered: 06/22/2005) |
| 06/21/2005 | 52 | MOTION for Referral to Medical Tribunal by Erol Onel.c/s. (Bell, Marie) (Entered: 06/22/2005) |
| 06/21/2005 | 53 | Notice of Exceptions to Rulings of U.S. District Court by Donald S. Koback. c/s. (Bell, Marie) (Entered: 06/22/2005) |
| 06/24/2005 | 54 | ANSWER to Complaint with Jury Demand by Metrowest Medical Center. c/s.(Bell, Marie) (Entered: 06/28/2005) |
| 06/24/2005 | 55 | Response to Amendments as of Right by Metrowest Medical Center. c/s. (Bell, Marie) (Entered: 06/28/2005) |
| 06/24/2005 | 56 | MOTION for Referral to Medical Tribunal by Metrowest Medical Center. c/s.(Bell, Marie) (Entered: 06/28/2005) |
| 06/27/2005 | 57 | MOTION to Transfer Case to the First Circuit, U.S. Court of Appeals by Donald S. Koback. c/s.(Bell, Marie) (Entered: 06/29/2005) |
| 06/27/2005 | 58 | Response by Donald S. Koback to 31 Memorandum in Support of Motion to Dismiss. c/s. (Bell, Marie) (Entered: 06/29/2005) |
| 06/28/2005 | 59 | Objection by Donald S. Koback to late filing of Erol Onel, M.D. c/s. (Bell, Marie) (Entered: 06/29/2005) |
| 07/07/2005 | | NOTICE OF RESCHEDULING of MOTION HEARING previously set for Thur. July 21.Hearing RESET for WED.7/20/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 07/07/2005) |
| 07/12/2005 | 60 | NOTICE of Appearance by Judith M. Feinberg on behalf of John P. Long. c/s. (Bell, Marie) (Entered: 07/14/2005) |
| 07/12/2005 | 61 | MOTION to Transfer Case to Superior Court for the Purpose |

| | | |
|---|---|---|
| | | of a Medical Malpractice Tribunal by John P. Long. c/s.(Bell, Marie) (Entered: 07/14/2005) |
| 07/12/2005 | 62 | MEMORANDUM in Support re 61 MOTION to Transfer Case filed by John P. Long. c/s. (Bell, Marie) (Entered: 07/14/2005) |
| 07/12/2005 | 63 | Request for Tribunal by John P. Long (Bell, Marie) (Entered: 07/14/2005) |
| 07/12/2005 | 64 | ANSWER to Complaint with Jury Demand by John P. Long. c/s.(Bell, Marie) (Entered: 07/14/2005) |
| 07/18/2005 | 65 | NOTICE of Appearance by A. Bernard Guekguezian on behalf of John P. Long (Bell, Marie) (Entered: 07/19/2005) |
| 07/20/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young : Motion Hearing held on 7/20/2005 re 57 MOTION to Transfer Case filed by Donald S. Koback,, 52 MOTION for Referral to Medical Tribunal filed by Erol Onel,, 29 MOTION for Referral to Medical Tribunal filed by New England Medical Center,, 30 MOTION to Dismiss filed by Blue Cross Blue Shield of Mass,, HMO Blue of Massachusetts,, 56 MOTION for Referral to Medical Tribunal filed by Metrowest Medical Center,, 61 MOTION to Transfer Case filed by John P. Long,. Pro se plaintiff does not appear. The court Allows the motion to Dismiss Blue Cross, Denies the motion to transfer to the Court of Appeals and Orders the case referred to Suffolk County Superior Court for the purpose of convening a medical malpractice tribunal. The case is ordered administratively closed pending the medical malpractice tribunal.(Court Reporter Womack.) (Smith, Bonnie) . (Entered: 07/21/2005) |
| 07/21/2005 | 66 | Judge William G. Young : Electronic ORDER entered. ORDER REFERRING CASE to Medical Tribunal for Superior Court sitting in and for the County of Suffolk.(Smith, Bonnie) (Entered: 07/21/2005) |
| 07/21/2005 | | Civil Case Terminated. (Smith, Bonnie) (Entered: 07/21/2005) |
| 07/21/2005 | 67 | Letter re 66 Order Referring Case to Medical Tribunal. (Bell, Marie) (Entered: 07/21/2005) |
| 07/26/2005 | | Return receipt received for mail sent to Medical Malpractice Tribunal Delivered on 7/25/05 (Bell, Marie) (Entered: 07/26/2005) |

| | | |
|---|---|---|
| 09/16/2005 | 68 | MANDATE of USCA as to 33 Notice of Appeal, filed by Donald S. Koback. The motion for a protective order is denied and this appeal is dismissed for lack of appellate jurisdiction. Appellant must wait until his entire law suit has been adjudicated before he may obtain appellate review of orders granting amendments to the complaint. (Ramos, Jeanette) (Entered: 09/16/2005) |
| 09/16/2005 | | Appeal Record Returned: 33 Notice of Appeal, (Ramos, Jeanette) (Entered: 09/16/2005) |
| 01/03/2006 | 69 | SUMMONS Returned Executed Metrowest Medical Center served on 12/27/2005, answer due 1/17/2006. (Paine, Matthew) (Entered: 01/04/2006) |
| 01/23/2006 | 70 | SUMMONS Returned Executed as to John P. Long, Jr. M.D.. (Paine, Matthew) (Entered: 01/24/2006) |
| 01/31/2006 | 71 | Objection Number 1 as to Case Transfer filed by Donald S. Koback. (Attachments: # 1 Exhibit X# 2 Exhibit Y)(Paine, Matthew) (Entered: 01/31/2006) |
| 01/31/2006 | 72 | Objection of Case Transfer from U.S. District Court to State Superior Court by Donald S. Koback. (Attachments: # 1 Exhibit X# 2 Exhibit Y)(Paine, Matthew) (Entered: 01/31/2006) |
| 01/31/2006 | 73 | Objection as to Medical Malpractice Tribunal filed by Donald S. Koback. (Attachments: # 1 Exhibit X# 2 Exhibit Y)(Paine, Matthew) (Entered: 01/31/2006) |
| 02/14/2006 | 74 | NOTICE OF APPEAL by Donald S. Koback. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/6/2006. (Attachments: # 1 Exhibits)(Paine, Matthew) (Entered: 02/15/2006) |
| 02/14/2006 | 75 | Objection To The Act of Conversion, Theft and or The Attempt to Convert, Steal, and or Misappropriate Plaintiff's Idea's, Methods, Formula, inter alia, etc. For the Use of Others Without Compensation, other Credit by Donald S. Koback. (Attachments: # 1 Exhibit X# 2 Exhibit Y)(Paine, Matthew) (Entered: 02/23/2006) |