U.S. DISTRICT COURT
BOSTON, MA.

| Donald S. Koback, pro se, plaintiff | CASE # 05-10798 |
| v. | Superior Court (Suffolk County) |
| METROWEST MEDICAL CENTER, et. al. | SUCV2005-03084 |

## MOTION TO SET ASIDE "FINDINGS OF MEDICAL MALPRACTICE TRIBUNAL"

Now comes the plaintiff, Donald S. Koback, pro, who moves to set aside the "FINDINGS OF THE MEDICAL MALPRACTICE TRIBUNAL" as said findings were not supported by fact or law.

FILED WITH
U.S. DISTRICT
COURT 05-10798

06-1473 Copy U.S. Court of Appeals (1st)

Submitted,
Donald S Koback
Donald S. Koback
3-21-06