U.S. DISTRICT COURT
BOSTON, MA.

FILED IN CLERK'S OFFICE
2006 MAR 23 P [illegible]
U.S. [illegible]

Donald S. Koback
pro se, plaintiff

v.

METROWEST MEDICAL
CENTER, et. al.
defendants

CASE [illegible]-10798

SUPERIOR COURT
(SUFFOLK COUNTY)
SUCV2005-03084

## MOTION FOR A NEW TRIAL

Now comes the plaintiff, Donald S. Koback, pro se, who moves for a new trial on the grounds that the judge's JUDGMENT OR verdict of dismisal was not supported by law or fact.

Submitted
Donald S. Koback
Donald S. Koback
3-21-06

FILED WITH
U.S. DISTRICT COURT
05-10798
COPY U.S. COURT OF
APPEALS

06-1473