U.S. DISTRICT COURT
BOSTON, MA

Donald S. Koback
pro se, plaintiff          CASE NO. 05-10798

v.

Metrowest Medical        Superior Court
Center, et. al.          (Suffolk County)
defendants               SUCV 2005-03084

## MOTION FOR DIRECTED VERDICT IN PLAINTIFF'S FAVOR

Now comes the plaintiff, Donald S. Koback, pro se, who moves that the "directed verdict" in defendant's favor be set aside and that directed verdict in plaintiff favor be entered as this is the only result the facts and law permit.

Submitted,
Donald S. Koback
Donald S. Koback
3-21-2006

FILED U.S. DISTRICT COURT
05-10798
COPY US COURT OF APPEALS

06-1473