U.S. DISTRICT COURT

BOSTON, MA,

FILED
IN CLERKS OFFICE

2006 MAR 23 P 12:53

Donald S. Koback
    pro se, plaintiff

CASE ~~~~~~~~ 0798

v.

METROWEST MEDICAL
CENTER, ET. AL
    defendants

SUPERIOR COURT
(SUFFOLK County)
SUCV 2005-03084

## MOTION FOR JUDGMENT

## NOTWITHSTANDING THE VERDICT

## OR JUDGMENT OF DISMISAL

Now comes the plaintiff,
Donald S. Koback, pro se,
who moves for judgment notwithstanding
the verdict or judgment of dismisal
as said verdict or judgment in not
supported by law or fact.

                                    Donald S. Koback
06-1473  FILED U.S. DISTRICT COURT        3-21-2006
              05-10798
         U.S. COURT OF APPEALS