U.S. District Court
Boston, Ma.

Donald S. Koback,
pro se, plaintiff

v.

METROWEST MEDICAL
CENTER, et. al.,
defendants

Case No. ~~_____~~ 798

Superior Court
(Suffolk County)
SUCV2005-03084

## MOTION FOR ADDITUR

Now comes the plaintiff, Donald S. Koback, pro se, who moves for additur to change the unjust verdict or judgment of ZERO DOLLARS ZERO CENTS to $8,700,000.00 (EIGHT MILLION, SEVEN HUNDRED THOUSAND U.S. DOLLARS) as law and equity require same.

FILED U.S. DISTRICT
COURT 05-10798
06-1473 COPY U.S. COURT OF
APPEALS

Submitted
Donald S. Koback
Donald S. Koback
3-21-06