U.S. DISTRICT COURT
Boston, Ma

FILED IN CLERKS OFFICE
2006 MAR 23 P 12:59
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Donald S. Koback<br>plaintiff, pro se<br>v.<br>MetroWest Medical<br>Center, et. al.<br>defendants | U.S. DISTRICT COURT<br>05-10798<br><br>SUPERIOR COURT<br>(SUFFOLK COUNTY)<br><br>U.S. Court of Appeals<br>06-1473 |

## Motion (Nunc Pro Tunc)

Due to Chief Judge, W.G. Young's Agent Juan Ramos' premature filing of "notice of Appeal", plaintiff, Donald S. Koback.. had the rug pulled out from under him. This deliberate ineffective assistance of counsel (unbeknownst to the plaintiff-appellant) prevented the plaintiff

from filing his Douch(A) **before the time had expired**
from filing post-trial motions, inter alia —
all of which was calculated to deny the plaintiff a fair trial violating his federal and state constitutional rights and liberties

Wherefore, the plaintiff moves that he be <u>restored to his legal position in the chain of proceedings</u> (lower court to upper) — nunc pro tunc ("STATUS QUO ANTE") (see AFFADAVIT dated March 20, 2006 incorporated by reference herein)

~~AAA~~ MARCH 22, 2006

/s/ Donald P. Kobock
Donald S. Kobock