*Notify*

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

FILED
IN CLERKS OFFICE
SUPERIOR COURT
2006 MAR 23 P 2:34
NO: 2005-3084-C

U.S. DISTRICT COURT
DISTRICT OF MASS.

Donald S. Koback
    PLAINTIFF

v.

Metrowest Medical Center et al.
    DEFENDANT

### ORDER

AFTER A MEDICAL MALPRACTICE TRIBUNAL HEARING IN SUFFOLK SUPERIOR COURT:

THE ABOVE ENTITLED ACTION IS HEREBY ORDERED RETURNED TO THE United States District Court  : DOCKET #05-10798-WGY

BY THE COURT, Spurlock, J.

ASST. CLERK

DATED: March 21, 2006

*notice sent 3/21/06*
D.S.K.
B+B - B.H.B
MMMcC+K - D.S.G.Jr. + L.G.R.J.
A - HW+G - LLP - A.B.G. + J.F.   PC/1216