U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Division                                         Docket No. 1:05cv10798-WGY

| | |
|---|---|
| DONALD S. KOBACK, *pro se* | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN P. LONG, JR., M.D., ET AL., | ) |
|     Defendant. | ) |
| | ) |

**OMNIBUS OPPOSITION TO THE PLAINTIFF, DONALD S. KOBACK'S, MOTIONS FILED WITH THE COURT ON OR ABOUT MARCH 23, 2006**

NOW COMESA the defendant John P. Long, M.D., in OPPOSITION to the plaintiff's Motions, as described below:

1. This is an action for medical malpractice filed in the United States District Court for the District of Massachusetts against six (6) defendants.

2. The plaintiff's claims that federal jurisdiction is appropriate pursuant to diversity jurisdiction.

3. The plaintiff has also alleged claims against the defendants for theft of intellectual property that he refers to as the Doctrine of Rigid Variation.

4. Upon Motion of several of the defendant health care providers, this matter was transferred to the Trial Courts of the Commonwealth, Superior Court Department, County of Suffolk, for the purpose of convening a medical malpractice tribunal pursuant to MGL c. 231 sec. 60B.

5. That Tribunal convened on Monday, February 27, 2006.

6. The Tribunal found that the plaintiff had failed to present a sufficient Offer of Proof, requiring the plaintiff to post bond as required by MGL c. 231 sec. 60B.

7. The plaintiff filed a Motion to Reduce Bond with the Superior Court on or about March 20, 2006.

8. On or about March 21, 2006 that Motion was denied, and the case transferred back to this Honorable Court.

9. On or about March 23, 2006 the plaintiff filed the following Motions with the United States Court for the District of Massachusetts:

   a. Motion for New Trial
   b. Motion for Directed Verdict
   c. Motion to Set Aside Tribunal Finding
   d. Motion for Judgment, Motion Nunc Pro Tunc
   e. Motion for an Additur

10. Now comes the defendant in Opposition to these Motions, on the following grounds:

    a. Motion for New Trial, Motion for Directed Verdict, Motion for Judgment, Motion for Additur

    It is the defendant's position that these Motions are improperly filed and not ripe for adjudication. There has been no trial held, no adjudication on the merits, and no jury verdict nor conclusions of fact and law.

    b. Motion Nunc Pro Tunc

    It is the defendant's position that there is no claim or controversy supporting this Motion. An order *nunc pro tunc* is entered to correct the record where a filing is in error. There is no such error on the record, nor does plaintiff allege any such error.

    c. Motion to Set Aside the Tribunal Finding

    It is the defendant's position that that the plaintiff's motion cannot be adjudicated as filed. "As to claims of malpractice pending in the superior court, a plaintiff is entitled to have a claim of tribunal error reviewed only in the [state] appellate court …." Carol Pallazola v. Carolyn Rucker, R.N., et al., 602 F.Supp. 459, 461 (D.Mass. 1984). Thus, the plaintiff is not entitled to a review of the medical malpractice tribunal's findings before this Court, or the trial court of the Commonwealth. See id.

    Moreover, "the primary question the tribunal must answer … [must] be decided collectively by the panel members, with all three as equal participants…. [The tribunal] statute call[s] for an interplay among the judicial, legal and medical members." Kopycinski v. Aserkoff, 410 Mass. 410, 415-416 (1991). The statute, "*requires* that a panel, not a judge, screen medical malpractice cases." Broadard v. Hubbard Regional Hospital, 388 Mass. 1012, 1012 (1983)(emphasis added).

WHEREFORE, for all the foregoing reasons, the defendant respectfully requests that this Honorable Court DENY the plaintiff's Motions filed on or about March 23, 2006 and captioned as described.

                The Defendant,
                JOHN P. LONG, JR., M.D.
                By his Attorneys,

                /s/Judith Feinberg

_____
Bernard Guekguezian, BBO #559191
Judith Feinberg, BBO #647511
Adler, Cohen, Harvey, Wakeman
 & Guekguezian, LLP
75 Federal Street, Tenth Floor
Boston, MA  02110
(617) 423-6674

3