# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name **DONALD S. KOBACK, plaintiff-Appellant v. MetroWest Medical Center, et.**
District Court Case No. **05-10798**   District of **MASSACHUSETTS**
Date Notice of Appeal filed **?**   Court of Appeals Case No. **06-1473**
Form filed on behalf of **DONALD S. KOBACK**

## TRANSCRIPT REPORT

☑ Transcript Not Necessary for this Appeal

☐ Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

**D. WOMACK**

Name of Court Reporter **U.S DISTRICT COURT - Name of Court Reporter DONALD WOMACK**
Phone Number of Reporter **U.S DISTRICT COURT Telephone number 617-748-9167**

A. ☐ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

**NO TRANSCRIPT REQUESTED REQUIRED**

CASE No: 06-1473

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) | |
| ☐ Testimony (specify) | |
| ☒ Other (specify) **ENTIRE RECORD** | |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. ☐ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made: **TRIED TO CONTACT COURT REPORTER ON MARCH 20, 2006 DONALD WOMACK**

☐ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the <u>district court judge</u>.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals:
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name **Donald S. Koback**    Filer's Signature **Donald S. Koback**
Firm/Address **195 Sunnyside Ave, Woonsocket, RI 02895**
Telephone number **401-762-2960**    Date mailed to court reporter **MARCH 21, 2006**

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)                                                      SEE INSTRUCTIONS ON REVERSE