UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2006 APR 11  P 12: 13
U.S. DISTRICT COURT
DISTRICT OF MASS

Western Division

DOCKET NO.: 10798-W64

DONALD S. KOBACK )
    Plaintiff )
 )
VS. )
 )
EMANUEL FRIEDMAN, M.D. et al )
    Defendants )

## ANSWER OF THE DEFENDANT, EMANUEL FRIEDMAN, M.D., TO PLAINTIFF'S COMPLAINT

### FIRST DEFENSE

1. The allegations contained in Paragraph 1 do not apply to said defendant.

2. (a) The allegations contained in Paragraph 2(a) do not apply to said defendant.
   (b) The allegations contained in Paragraph 2(b) do not apply to said defendant.
   (c) The allegations contained in Paragraph 2(c) do not apply to said defendant.
   (d) The said defendant admits he is physician licensed to practice medicine in the Commonwealth of Massachusetts with an office address as stated.
   (e) The allegations contained in Paragraph 2(e) do not apply to said defendant.
   (f) The allegations contained in Paragraph 2(f) do not apply to said defendant.

3. No answer required.

4. No answer required.

5. The said defendant admits that he had a physician-patient relationship with the plaintiff at the times set forth in his treatment records. The balance of this paragraph is denied.

6. The said defendant admits that, when he had a physician-patient relationship with the plaintiff, his duty was to comply with the standard of care expected of an average qualified urologist. The balance of this paragraph is denied.

7. The said defendant denies the allegations contained in Paragraph 7 of the plaintiff's Complaint.

-2-

8. The allegations contained in Paragraph 8 do not apply to said defendant.

9. The allegations contained in Paragraph 9 do not apply to said defendant.

10. The allegations contained in Paragraph 10 do not apply to said defendant.

11. The allegations contained in Paragraph 11 do not apply to said defendant.

12. The allegations contained in Paragraph 12 do not apply to said defendant.

13. The allegations contained in Paragraph 13 do not apply to said defendant.

14. The allegations contained in Paragraph 14 do not apply to said defendant.

15. The allegations contained in Paragraph 15 do not apply to said defendant.

16. The allegations contained in Paragraph 16 do not apply to said defendant.

17. To the extent this paragraph asserts claims of negligence against this defendant, this paragraph is denied.

18. The allegations contained in Paragraph 18 do not apply to said defendant.

19. The allegations contained in Paragraph 19 do not apply to said defendant.

20. The allegations contained in Paragraph 20 do not apply to said defendant.

21. The said defendant denies the allegations contained in Paragraph 21 of the plaintiff's Complaint.

22. (a) The said defendant denies the allegations contained in Paragraph 22(a) of the plaintiff's Complaint.
23. (b) The said defendant denies the allegations contained in Paragraph 23(b) of the plaintiff's Complaint.
23. (c) The said defendant denies the allegations contained in Paragraph 23(c) of the plaintiff's Complaint.
24. (d) The said defendant denies the allegations contained in Paragraph 24(d) of the plaintiff's Complaint.
25. (e) The said defendant denies the allegations contained in Paragraph 25(e) of the plaintiff's Complaint.
25. (f) The said defendant denies the allegations contained in Paragraph 25(f) of the plaintiff's Complaint.
26. (g) The said defendant denies the allegations contained in Paragraph 26(g) of the plaintiff's Complaint.

-3-

27. The said defendant denies the allegations contained in Paragraph 27 of the plaintiff's Complaint.

A. The said defendant denies the allegations contained in Paragraph 27 (A) of the plaintiff's Complaint.

B. The allegations contained in Paragraph 27(B) do not apply to said defendant.

C. To the extent this paragraph asserts any claim of negligence against this defendant, this paragraph is denied.

28. (A) The said defendant denies the allegations contained in Paragraph 28 (A) of the plaintiff's Complaint.

(B) The said defendant denies the allegations contained in Paragraph 28 (B) of the plaintiff's Complaint.

29. The said defendant denies the allegations contained in Paragraph 29 of the plaintiff's Complaint.

30. The said defendant denies that the plaintiff is entitled to any damages against him.

## SECOND DEFENSE

And further answering, the said defendant says that the Complaint, and each and every count thereof, fails to state a cause of action.

## THIRD DEFENSE

And further answering, the said defendant says that the plaintiff was not in the exercise of due care, but rather the negligence of the plaintiff contributed to cause the injury or damage complaint of, wherefore the recovery of the plaintiff is barred in whole or in part, or is subject to diminution.

## FOURTH DEFENSE

And further answering, the said defendant says that the plaintiff assumed the risk of injury and damage and cannot recover in this action.

## FIFTH DEFENSE

And further answering, the said defendant says that this action has not been brought within the time specified by the General Laws of this Commonwealth.

-4-

## THE DEFENDANT, EMANUEL FRIEDMAN, M.D., CLAIMS TRIAL BY JURY

Respectfully submitted
by his attorneys,

*[signature]*

MATTHEW R. CONNORS
BBO# 636358
Ficksman & Conley, LLP
98 No. Washington Street - Suite 500
Boston, MA 02114
(617) 720-1515