UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Division                                      DOCKET NO.: 10798-W64

DONALD S. KOBACK            )
    Plaintiff              )
                            )
VS.                         )
                            )
EMANUEL FRIEDMAN, M.D. et al )
    Defendants             )

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT:**

Kindly enter the appearance of David M. Gould, Esquire, and Matthew R. Connors, Esquire and Ficksman & Conley, LLP, 98 No. Washington Street, Suite 500, Boston, Massachusetts as attorneys for the defendant, Emanuel Friedman, M.D., in the above-captioned action.

Respectfully submitted,

_/s/ Matthew Connors_
MATTHEW R. CONNORS
BBO# 636358
Ficksman & Conley, LLP
98 N. Washington Street - Suite 500
Boston, MA  02114
(617) 720-1515

## CERTIFICATE OF SERVICE

I, Matthew R. Connors, attorney for said defendant, hereby make oath that I have this day served a copy of the attached:

- **ANSWER OF THE DEFENDANT, EMANUEL FRIEDMAN, M.D., TO THE PLAINTIFFS' COMPLAINT**
- **NOTICE OF APPEARANCE**

upon all parties, by mailing a copy thereof, postage pre-paid, directed to:

Donald S. Koback, Pro Se
195 Sunnyside Avenue
Woonsocket, RI 02895

Signed under the pains and penalties of perjury.

DATED:     April 10, 2006

*/s/ Matthew Connors*
**MATTHEW R. CONNORS**
B.B.O. #636358
Ficksman & Conley, LLP
98 North Washington Street - Suite 500
Boston, MA 02114
(617) 720-1515