UNITED STATES DISTRICT COURT IN AND FOR THE DISTRICT OF
MASSACHUSETTS

```
_____
DONALD S. KOBACK,               )
                                )
         Plaintiff,             )
v.                              )
                                )
METROWEST MEDICAL CENTER,       )
LEONARD MORSE HOSPITAL,         )  CIVIL ACTION NO. 05-CV-10798-WGY
FRAMINGHAM UNION HOSPITAL,      )
NEW ENGLAND MEDICAL CENTER,     )
TUFTS UNIVERSITY SCHOOL OF      )
MEDICINE, HMO BLUE OF           )
MASSACHUSETTS, BLUE CROSS       )
BLUE SHIELD OF MASS.,           )
EMANUEL FRIEDMAN, M.D.,         )
JOHN P. LONG, M.D.              )
AND EROL ONEL, M.D.,            )
                                )
         Defendants.            )
_____)
```

FILED
CLERKS OFFICE
2006 MAY -1  P 1: 39
U.S. DISTRICT COURT
DISTRICT OF MASS

**CERTIFICATION OF ALTERNATIVE DISPUTE RESOLUTION**

I, Barbara Hayes Buell, certify that I have provided to the insurer for MetroWest Medical Center, Leonard Morse Hospital, and Framingham Union Hospital, information about court-connected dispute resolution services and have discussed the advantages and disadvantages of the various methods of dispute resolution services pursuant to United States District Court Rule 16.4.

*(signature)*
Barbara Hayes Buell, Esquire
BBO# 063480
BLOOM & BUELL
Attorney for Defendants,
*MetroWest Medical Center*
*Leonard Morse Hospital*
*Framingham Union Hospital*
1340 Soldiers Field Road, Suite Two
Boston, MA 02135-1020
(617) 254-4400

Dated: