**MANDATE**

CA-05-
10798
J.

# United States Court of Appeals
## For the First Circuit

---

No. 06-1473

DONALD S. KOBACK,

Plaintiff, Appellant,

v.

METROWEST MEDICAL CENTER, ET AL.,

Defendants, Appellees.

---

Before

Lipez, <u>Circuit Judge</u>,
Campbell, <u>Senior Circuit Judge</u>,
and Howard, <u>Circuit Judge</u>.

---

JUDGMENT

Entered: May 5, 2006

Appellant'S February 14, 2006 notice of appeal states that appellant is appealing from "the dismissal of his case." His case has not been dismissed; it remains pending in the district court. As there is not yet any final judgment or immediately appealable order, this appeal is <u>dismissed</u>.

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

By the Court:

**Richard Cushing Donovan, Clerk**

Richard Cushing Donovan, Clerk.

[signature]
**Deputy Clerk**

JULIE GREGG

By: _____
Operations Manager.

**Date: MAY 26 2006**

[cc: Messrs: Koback, Griffin, Guekguezian, Halpern, Ms. Feinberg, Ms. Jensen and Buell]