U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Division                                   Docket No.  10798-WGY

_____
DONALD S. KOBACK, *pro se*                  )
          Plaintiff,                           )
                              )
v.                                          )
                              )
JOHN P. LONG, JR., M.D., ET AL.,            )
          Defendant.                          )
_____)

## MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT FOR FAILURE TO COMPLY WITH ORDER FOR BOND

NOW COMES the defendant, John P. Long, M.D., and respectfully requests that the plaintiff's Complaint be DISMISSED WITH PREJUDICE for failure to post bond as ordered by the Court, and for separate and final judgment.  In support thereof, the defendant states as follows:

## FACTUAL BACKGROUND

John P. Long, M.D. is a urologist.  This is an action for medical malpractice, in which the plaintiff alleges that Dr. Long was negligent in rendering care and treatment to him.  The plaintiff is or was admitted to the Massachusetts bar, and now acts pro se in this matter.

On or about July 25, 2005 upon Motion of the defendant, this case was transferred to the trial court of the Commonwealth, Superior Court Department, County of Suffolk for hearing by a medical malpractice tribunal pursuant to MGL c. 230 sec. 60B.

On March 6, 2006, a medical malpractice tribunal was convened in this matter pursuant to statute.  After reviewing the plaintiff's offer of proof and after hearing oral argument by the parties, the tribunal panel found that the evidence presented was <u>not</u> sufficient to raise a legitimate question of liability appropriate for judicial inquiry as to Dr. Long.   The finding of the tribunal was entered on the docket and notices were sent to all parties on March 7, 2006.  <u>See</u>

Finding of the Medical Malpractice Tribunal, attached hereto as **Exhibit A**.  Pursuant to the terms of the statute, the plaintiff was directed to post a bond of $6,000 within thirty (30) days. See id.  The plaintiff filed a Motion to Reduce Bond in the state court on or about March 20, 2006, which that court then denied.  See Order of the Court attached hereto as **Exhibit B**.  The state court then closed its docket, and referred the matter back to this Honorable Court.

The plaintiff forwarded a cashier's check for $6,000 to the Clerk of Courts for the United States District Court for the District of Massachusetts on or about March 23, 2006, in lieu of bond, and that check was returned to him as an improper filing.  The plaintiff did not file the required bond.  Instead, he directed his Motion to Reduce Bond to the First Circuit Court of Appeals, where his appeal on another interlocutory matter was pending.  The First Circuit denied his Motion to Reduce Bond on April 12, 2006.  See Order of the First Circuit attached hereto as **Exhibit C.**

The plaintiff then filed a series of Motions, including Motion for Additur, Motion Nunc Pro Tunc, Motion to Set Aside, and other Motions for Miscellaneous Relief, with this Honorable Court.  The language of one or more of these Motions contained a plea for reduction in the amount of the statutory bond.  These Motions were denied by this Honorable Court, see Order of the Court attached hereto as **Exhibit D**, and the plaintiff then filed an interlocutory appeal with the First Circuit Court of Appeals appealing the "dismissal" of his case.  On May 26, 2006, noting that his case had not in fact been dismissed, the First Circuit denied his appeal.  The plaintiff then petitioned for rehearing en banc, and on June 5, 2006 the First Circuit denied that petition.  See Order of the Court attached hereto as **Exhibit E**.  The plaintiff has taken no action regarding the required bond since that time.

2

**ARGUMENT**

M.G.L. c. 231, § 60B states that "if a finding is made for the defendant…the plaintiff may pursue the claim through the usual judicial process only upon filing bond in the amount of six thousand dollars in the aggregate secured by cash or its equivalent with the clerk of the court in which the case is pending…"  The statutory language goes on further to require the plaintiff to post the bond of $6,000 within thirty (30) days of the tribunal's finding in favor of the defendant or the Complaint must be dismissed. M.G.L. c. 231, § 60B; Austin v. Boston Univ. Hosp., 372 Mass. 654 (1977).  The plaintiff may also file a Motion to Reduce Bond, which stays his obligation to post until after a ruling on the Motion has been issued.  See St. Germaine v. Pfeiffer, 418 Mass. 511, 521 (1994).

To date, almost five (5) months after the state court first ordered the plaintiff to post bond, the plaintiff has failed to do so.  As of the date of drafting of this Motion (July 27, 2006), no bond has been posted by the plaintiff with the clerk of the Suffolk County Superior Court ( see electronic docket dated 7/27/06 and attached hereto as **Exhibit F**) nor with the United States District Court  ( see electronic docket dated 7/27/06 and attached hereto as **Exhibit G**).  He has instead filed various Motions with this Honorable Court, and various appeals with the First Circuit.  However:

1.    It is more than thirty (30) days since the date the Tribunal finding was docketed.

2.    It is more than thirty (30) days since the state court denied the plaintiff's Motion to Reduce Bond.

3.    It is more than thirty (30) days since the First Circuit denied the plaintiff's Motion to Reduce Bond.

3

4.      It is more than thirty days since this Honorable Court denied his Motion for

Additur, Motion Nunc Pro Tunc, Motion to Set Aside, and other Motions for

Miscellaneous Relief.

5.      It is  more than thirty (30) days since the First Circuit denied his interlocutory

appeal and his Petition for Rehearing En Banc.

Therefore, pursuant to the terms of the statute and case law thereunder, and considering

this chain of Motions, denials, and appeals in terms most favorable to the plaintiff, the plaintiff

has failed to post the required bond and this matter should now be dismissed with prejudice.

## CONCLUSION

For the reasons set forth above, the defendant, John Long, M.D., respectfully requests

that pursuant to M.G.L. c. 231, § 60B, the plaintiff's action be dismissed with prejudice for

failing to post the statutory bond of $6,000 in this action with the clerk of the Court within the

required thirty-day period.  The defendant further requests that Separate and Final Judgment

enter in the defendant's favor in accordance with this Court's Order of Dismissal and pursuant to

Mass. R. Civ. P. 54(b).  A proposed Order is attached hereto.

The Defendant,
JOHN LONG, M.D.,
By his attorneys,

<s>
_____
A. Bernard Guekguezian, BBO #559191
Judith Feinberg. BBO #647511
Adler, Cohen, Harvey, Wakeman
   & Guekguezian, LLP
75 Federal Street, 10th Floor
Boston, MA 02110
(617) 423-6674

U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Division                              Docket No.  10798-WGY

_____
DONALD S. KOBACK, *pro se*                    )
                Plaintiff,                    )
                                              )
v.                                            )
                                              )
JOHN P. LONG, JR., M.D., ET AL.,              )
                Defendant.                    )
_____)

### ORDER OF DISMISSAL AND FINAL JUDGMENT

Pursuant to the finding of the tribunal in favor of John Long, M.D. on March 6, 2006, and as a result of the plaintiff's failure to post the statutory bond of $6,000.00 with the clerk of the Court within thirty (30) days of the tribunal finding, the plaintiff's claims are hereby dismissed in their entirety with prejudice.

In accordance with this Order, Final Judgment pursuant to Mass. R. Civ. P. 54(b) is hereby entered in favor of John Long, M.D., as to all claims brought against him by the plaintiff.

_____
                                              , Justice

Dated:

5

Notice sent
3/07/2006
B. H. B.
B. & H.
D. S. K.
S.J.G.

A. J. G., JR.
L. G. R. J.
M. M. Mc. & K.
A. B. G.
J. F.
A. C. H. W. & G.    (sc)

**Commonwealth of Massachusetts**  3.7✓
**County of Suffolk**
**The Superior Court**

CIVIL DOCKET# SUCV2005-03084

Donald S Koback

vs.

John P Long M.D.

**FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL**
(Pursuant to M.G.L. Chapter 231, Section 60(b) as amended)

The above entitled action came on for hearing before the appointed medical tribunal on **03/06/2006**, and was argued by counsel, and thereupon, upon consideration thereof, the plaintiff(s) offer of proof, pleadings, hospital records and other documents presented, the tribunal finds:

*(1) For the plaintiff(s) _____ and that the evidence presented if properly substantiated is sufficient to raise a legitimate question of liability appropriate for judicial inquiry.

*(2) For defendant(s) _____ because the plaintiff(s)_____ action is merely an unfortunate medical result.

If a finding is made for the defendant or defendants in the above entitled action **the plaintiff may pursue the claim through the usual judicial process only upon filing bond in the amount of Six Thousand ($6,000.00) Dollars in the aggregate** secured by cash or its equivalent with the Clerk/Magistrate of this court, payable to the defendant or defendants in said action for costs assessed, including witness and expert fees and attorneys fees if the plaintiff(s) does/do not prevail in the final judgment. The presiding justice may, withing his/her discretion, increase the amount of the bond required to be filed. **If said bond is not posted within thirty (30) days of the tribunal's finding the action shall be dismissed.** Upon motion filed by the plaintiff(s), and a determination by the court that the plaintiff(s) is/are indigent said justice may reduce the amount of the bond but may not eliminate the requirement thereof.

Dated: **03/06/2006**

Justice of the Superior Court

Legal Member:

Medical Member:

**\*strike inapplicable words**

**cm**

Associate Justice of the Superior Court Dept.

Attorney - Tribunal Member

*Physician - Tribunal Member
*Health Care Provider - Tribunal Member

# Commonwealth of Massachusetts
## County of Suffolk
### The Superior Court

9.7ν

Notice sent
3/07/2006.
B. H. B.
B. & B.
D. S. K.
S. J. G., JR.
L. G. R. J.

CIVIL DOCKET# SUCV2005-03084

M., M., MC. & K.
A. B. G.
J. F.
A. C. H. W. & G.      (SC)

**Donald S Koback**
vs.
**Emanuel Friedman M.D.**

## FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL
### (Pursuant to M.G.L. Chapter 231, Section 60(b) as amended)

The above entitled action came on for hearing before the appointed medical tribunal on **03/06/2006**, and was argued by counsel, and thereupon, upon consideration thereof, the plaintiff(s) offer of proof, pleadings, hospital records and other documents presented, the tribunal finds:

*(1) For the plaintiff(s)_____and that the evidence presented if properly substantiated is sufficient to raise a legitimate question of liability appropriate for judicial inquiry.

*(2) For defendant(s) _____because the plaintiff(s)_____ action is merely an unfortunate medical result.

If a finding is made for the defendant or defendants in the above entitled action **the plaintiff may pursue the claim through the usual judicial process only upon filing bond in the amount of Six Thousand ($6,000.00) Dollars in the aggregate** secured by cash or its equivalent with the Clerk/Magistrate of this court, payable to the defendant or defendants in said action for costs assessed, including witness and expert fees and attorneys fees if the plaintiff(s) does/do not prevail in the final judgment. The presiding justice may, withing his/her discretion, increase the amount of the bond required to be filed. **If said bond is not posted within thirty (30) days of the tribunal's finding the action shall be dismissed.** Upon motion filed by the plaintiff(s), and a determination by the court that the plaintiff(s) is/are indigent said justice may reduce the amount of the bond but may not eliminate the requirement thereof.

Dated: **03/06/2006**

Justice of the Superior Court

_____
Associate Justice of the Superior Court Dept.

Legal Member:

_____
Attorney - Tribunal Member

Medical Member:

_____
*Physician - Tribunal Member
*Health Care Provider - Tribunal Member

**\*strike inapplicable words**

**cm**

Notice sent
3/07/2006
B. H. B.
B. & B.
D. S. K.
S. J. C., JR.

**Commonwealth of Massachusetts**
**County of Suffolk**
**The Superior Court**

L.G.R.J.
M.,M.Mc. & K.
A.B.G.
J.F.
A.,C.,W. & G.

3.7.

CIVIL DOCKET# SUCV2005-03084

Donald S Koback

vs.

Erol Onel M.D.

(sc)

### FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL
(Pursuant to M.G.L. Chapter 231, Section 60(b) as amended)

The above entitled action came on for hearing before the appointed medical tribunal on **03/06/2006**, and was argued by counsel, and thereupon, upon consideration thereof, the plaintiff(s) offer of proof, pleadings, hospital records and other documents presented, the tribunal finds:

\*(1) For the plaintiff(s) _____ and that the evidence presented if properly substantiated is sufficient to raise a legitimate question of liability appropriate for judicial inquiry.

\*(2) For defendant(s) _____ because the plaintiff(s)_____ action is merely an unfortunate medical result.

If a finding is made for the defendant or defendants in the above entitled action **the plaintiff may pursue the claim through the usual judicial process only upon filing bond in the amount of Six Thousand ($6,000.00) Dollars in the aggregate** secured by cash or its equivalent with the Clerk/Magistrate of this court, payable to the defendant or defendants in said action for costs assessed, including witness and expert fees and attorneys fees if the plaintiff(s) does/do not prevail in the final judgment. The presiding justice may, withing his/her discretion, increase the amount of the bond required to be filed. **If said bond is not posted within thirty (30) days of the tribunal's finding the action shall be dismissed.** Upon motion filed by the plaintiff(s), and a determination by the court that the plaintiff(s) is/are indigent said justice may reduce the amount of the bond but may not eliminate the requirement thereof.

Dated: **03/06/2006**

Justice of the Superior Court

Associate Justice of the Superior Court Dept.

Legal Member:

Attorney - Tribunal Member

Medical Member:

\*Physician - Tribunal Member
\*Health Care Provider - Tribunal Member

**\*strike inapplicable words**

**cm**

## Commonwealth of Massachusetts
### County of Suffolk
### The Superior Court

3.1

CIVIL DOCKET# SUCV2005-03084

**Donald S Koback**
vs.
**New England Medical Center**

Notice sent
to all parties
3/07/2006
(eight findings)

(sc)

### FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL
(Pursuant to M.G.L. Chapter 231, Section 60(b) as amended)

     The above entitled action came on for hearing before the appointed medical tribunal on **03/06/2006**, and was argued by counsel, and thereupon, upon consideration thereof, the plaintiff(s) offer of proof, pleadings, hospital records and other documents presented, the tribunal finds:

     *(1) For the plaintiff(s) _____ and that the evidence presented if properly substantiated is sufficient to raise a legitimate question of liability appropriate for judicial inquiry.

     *(2) For defendant(s) _____ because the plaintiff(s)_____ action is merely an unfortunate medical result.

     If a finding is made for the defendant or defendants in the above entitled action **the plaintiff may pursue the claim through the usual judicial process only upon filing bond in the amount of Six Thousand ($6,000.00) Dollars in the aggregate** secured by cash or its equivalent with the Clerk/Magistrate of this court, payable to the defendant or defendants in said action for costs assessed, including witness and expert fees and attorneys fees if the plaintiff(s) does/do not prevail in the final judgment. The presiding justice may, withing his/her discretion, increase the amount of the bond required to be filed. **If said bond is not posted within thirty (30) days of the tribunal's finding the action shall be dismissed.** Upon motion filed by the plaintiff(s), and a determination by the court that the plaintiff(s) is/are indigent said justice may reduce the amount of the bond but may not eliminate the requirement thereof.

Dated: **03/06/2006**

Justice of the Superior Court

_____
Associate Justice of the Superior Court Dept.

Legal Member:

_____
Attorney - Tribunal Member

Medical Member:

_____
*Physician - Tribunal Member
*Health Care Provider - Tribunal Member

**\*strike inapplicable words**

**cm**

**Commonwealth of Massachusetts**
**County of Suffolk**
**The Superior Court**

Notice sent
to all parties
3/07/2006     (eight findings)

3.7~

(sc)

CIVIL DOCKET# **SUCV2005-03084**

**Donald S Koback**
vs.
**Tufts University School of Medicine**

### FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL
(Pursuant to M.G.L. Chapter 231, Section 60(b) as amended)

The above entitled action came on for hearing before the appointed medical tribunal on **03/06/2006**, and was argued by counsel, and thereupon, upon consideration thereof, the plaintiff(s) offer of proof, pleadings, hospital records and other documents presented, the tribunal finds:

*(1) For the plaintiff(s)_____and that the evidence presented if properly substantiated is sufficient to raise a legitimate question of liability appropriate for judicial inquiry.

*(2) For defendant(s) _____because the plaintiff(s)_____ action is merely an unfortunate medical result.

If a finding is made for the defendant or defendants in the above entitled action **the plaintiff may pursue the claim through the usual judicial process only upon filing bond in the amount of Six Thousand ($6,000.00) Dollars in the aggregate** secured by cash or its equivalent with the Clerk/Magistrate of this court, payable to the defendant or defendants in said action for costs assessed, including witness and expert fees and attorneys fees if the plaintiff(s) does/do not prevail in the final judgment. The presiding justice may, withing his/her discretion, increase the amount of the bond required to be filed. **If said bond is not posted within thirty (30) days of the tribunal's finding the action shall be dismissed.** Upon motion filed by the plaintiff(s), and a determination by the court that the plaintiff(s) is/are indigent said justice may reduce the amount of the bond but may not eliminate the requirement thereof.

Dated: **03/06/2006**

Justice of the Superior Court

_____
Associate Justice of the Superior Court Dept.

Legal Member:

_____
Attorney - Tribunal Member

Medical Member:

_____
*Physician - Tribunal Member
*Health Care Provider - Tribunal Member

*strike inapplicable words

cm

**Commonwealth of Massachusetts**
County of Suffolk
**The Superior Court**

Notice sent
to all parties
3/07/2006      (eight findings)

3.2

(sc)

CIVIL DOCKET# **SUCV2005-03084**

Donald S Koback
vs.
**Framingham Union Hospital**
### FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL
(Pursuant to M.G.L. Chapter 231, Section 60(b) as amended)

The above entitled action came on for hearing before the appointed medical tribunal on **03/06/2006**, and was argued by counsel, and thereupon, upon consideration thereof, the plaintiff(s) offer of proof, pleadings, hospital records and other documents presented, the tribunal finds:

\*(1) For the plaintiff(s)_____ and that the ......
evidence presented if properly substantiated is sufficient to raise a legitimate question of liability appropriate for judicial inquiry.

\*(2) For defendant(s)_____ because the ......
plaintiff(s)_____ action is merely
an unfortunate medical result.

If a finding is made for the defendant or defendants in the above entitled action ......
**the plaintiff may pursue the claim through the usual judicial process only upon filing**
**bond in the amount of Six Thousand ($6,000.00) Dollars in the aggregate** secured by cash
or its equivalent with the Clerk/Magistrate of this court, payable to the defendant or defendants
in said action for costs assessed, including witness and expert fees and attorneys fees if the
plaintiff(s) does/do not prevail in the final judgment. The presiding justice may, withing his/her
discretion, increase the amount of the bond required to be filed. **If said bond is not posted**
**within thirty (30) days of the tribunal's finding the action shall be dismissed.** Upon
motion filed by the plaintiff(s), and a determination by the court that the plaintiff(s) is/are
indigent said justice may reduce the amount of the bond but may not eliminate the requirement
thereof.

Dated: **03/06/2006**

Justice of the Superior Court

Associate Justice of the Superior Court Dept.

Legal Member:

Attorney - Tribunal Member

Medical Member:

\*Physician - Tribunal Member
\*Health Care Provider - Tribunal Member

**\*strike inapplicable words**

**cm**

**Notice sent
to all parties
3/07/2006.
(eight findings)**

**Commonwealth of Massachusetts.
County of Suffolk
The Superior Court**

3.7↲

(sc)

CIVIL DOCKET# **SUCV2005-03084**

**Donald S Koback**
vs.
**Leonard Morse Hospital**

**FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL.**
(Pursuant to M.G.L. Chapter 231, Section 60(b) as amended)

The above entitled action came on for hearing before the appointed medical tribunal on 03/06/2006, and was argued by counsel, and thereupon, upon consideration thereof, the plaintiff(s) offer of proof, pleadings, hospital records and other documents presented, the tribunal finds:

*(1) For the plaintiff(s) _____ and that the evidence presented if properly substentiated is sufficient to raise a legitimate question of liability appropriate for judicial inquiry.

*(2) For defendant(s) _____ because the plaintiff(s)_____ action is merely an unfortunate medical result.

If a finding is made for the defendant or defendants in the above entitled action **the plaintiff may pursue the claim through the usual judicial process only upon filing bond in the amount of Six Thousand ($6,000.00) Dollars in the aggregate** secured by cash or its equivalent with the Clerk/Magistrate of this court, payable to the defendant or defendants in said action for costs assessed, including witness and expert fees and attorneys fees if the plaintiff(s) does/do not prevail in the final judgment. The presiding justice may, withing his/her discretion, increase the amount of the bond required to be filed. **If said bond is not posted within thirty (30) days of the tribunal's finding the action shall be dismissed.** Upon motion filed by the plaintiff(s), and a determination by the court that the plaintiff(s) is/are indigent said justice may reduce the amount of the bond but may not eliminate the requirement thereof.

Dated: **03/06/2006**

Justice of the Superior Court

_____
Associate Justice of the Superior Court Dept.

Legal Member:

_____
Attorney / Tribunal Member

Medical Member:

_____
*Physician - Tribunal Member
*Health Care Provider - Tribunal Member

**\*strike inapplicable words**

**cm**

**Commonwealth of Massachusetts**
**County of Suffolk**
**The Superior Court**

Notice sent
3/07/2006
to all parties
(eight findings)    (sc)

CIVIL DOCKET# SUCV2005-03084

Donald S Koback
vs.
MetroWest Medical Center

### FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL
(Pursuant to M.G.L. Chapter 231, Section 60(b) as amended)

The above entitled action came on for hearing before the appointed medical tribunal on 03/06/2006, and was argued by counsel, and thereupon, upon consideration thereof, the plaintiff(s) offer of proof, pleadings, hospital records and other documents presented, the tribunal finds:

*(1) For the plaintiff(s) _____ and that the evidence presented if properly substantiated is sufficient to raise a legitimate question of liability appropriate for judicial inquiry.

*(2) For defendant(s) _____ because the plaintiff(s) _____ action is merely an unfortunate medical result.

If a finding is made for the defendant or defendants in the above entitled action the plaintiff may pursue the claim through the usual judicial process only upon filing bond in the amount of Six Thousand ($6,000.00) Dollars in the aggregate secured by cash or its equivalent with the Clerk/Magistrate of this court, payable to the defendant or defendants in said action for costs assessed, including witness and expert fees and attorneys fees if the plaintiff(s) does/do not prevail in the final judgment. The presiding justice may, withing his/her discretion, increase the amount of the bond required to be filed. If said bond is not posted within thirty (30) days of the tribunal's finding the action shall be dismissed. Upon motion filed by the plaintiff(s), and a determination by the court that the plaintiff(s) is/are indigent said justice may reduce the amount of the bond but may not eliminate the requirement thereof.

Dated: 03/06/2006

Justice of the Superior Court

Associate Justice of the Superior Court Dept.

Legal Member: _____

Attorney - Tribunal Member

Medical Member: _____

*Physician - Tribunal Member
*Health Care Provider - Tribunal Member

*strike inapplicable words

cm

 **Trial Court Information Center**

Home » County Inquiry » Civil Party Search » Search Results » Docket Details » Docket Entries » Entry Text

## Koback v MetroWest Medical Center et al

### Docket Entry Details for Docket: SUCV2005-03084

| No. | Docket Entry: |
| --- | --- |
| 1 | Motion to reduce bond (w/o opposition) |

| Docket Details: | Parties | Attorneys | Docket Entries | Calendar Events |
| --- | --- | --- | --- | --- |
| | | | | Print Docket |

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Term
System data reflects current

 **Trial Court Information Center**

Home » County Inquiry » Civil Party Search » Search Results » Docket Details » Docket Entries » Entry Text

## Koback v MetroWest Medical Center et al

### Docket Entry Details for Docket: SUCV2005-03084

**No.**     **Docket Entry:**

1       MOTION (P#23- DENIED ([Henry, J)Notices mailed 3/21/06

| **Docket Details:** | **Parties** | **Attorneys** | **Docket Entries** | **Calendar Events** |
|---|---|---|---|---|
| | | | | **Print Docket** |

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» **Logout**

Term
System data reflects current

# United States Court of Appeals
## For the First Circuit

APR 1 3 2006

No. 06-1473

DONALD S. KOBACK,

Plaintiff, Appellant,

v.

METROWEST MEDICAL CENTER, ET AL.,

Defendants, Appellees.

ORDER OF COURT

Entered: April 12, 2006

Plaintiff's motion to reduce bond is denied.

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
          Chief Deputy Clerk.

[cc: Messrs: Koback, Griffin, Guekguezian, Halpern, Ms. Feinberg,
Ms. Jensen and Ms. Buell]

**Full docket text:**
Judge William G. Young : Electronic ORDER entered DENYING [80] Motion to Set Aside, DENYING [81] Motion for New Trial, DENYING [82] Motion for Directed Verdict, DENYING [83] Motion for Judgment NOV, DENYING [84] Motion for an Auditor, and DENYING [85] Motion (Nunc Pro Tunc). (Paine, Matthew)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/27/2006 14:55:17 | | | |
| **PACER Login:** | aa0613 | **Client Code:** | 0500002019 |
| **Description:** | History/Documents | **Search Criteria:** | 1:05-cv-10798-WGY |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# United States Court of Appeals
## For the First Circuit

———————————



No. 06-1473

DONALD S. KOBACK,

Plaintiff, Appellant,

v.

METROWEST MEDICAL CENTER, ET AL.,

Defendants, Appellees.

———————————

Before

Boudin, <u>Chief Judge</u>,
Campbell, <u>Senior Circuit Judge</u>,
Torruella, Selya,* Lynch, Lipez and Howard,
<u>Circuit Judges</u>.

———————————

ORDER OF COURT

Entered:   June 2, 2006

    Pursuant to First Circuit Internal Operating Procedure X C,
the request for en banc rehearing has been treated as both a
petition for rehearing en banc and for rehearing of this court's
April 12, 2006 order.

    The petition for rehearing having been denied by the judge who
decided the motion and the petition for rehearing en banc having
been submitted to the active judges of this court and a majority of
the judges not having voted that the motion be heard en banc, it is
ordered that the petition for rehearing and petition for rehearing

en banc be denied.

By the Court:

Richard Cushing Donovan, Clerk.

JASON CARR

By:_____

Chief Deputy Clerk.

---

*Judge Selya is recused and did not participate in the determination of this matter.

[cc: Messrs: Koback, Griffin, Guekguezian, Halpern, Ms. Buell, Ms. Jensen and Ms. Feinberg]

 **Trial Court Information Center**

Home » County Inquiry » Civil Party Search » Search Results » Docket Details » Docket Entries

## Koback v MetroWest Medical Center et al

**29 Docket Entries for Docket: SUCV2005-03084**  |  Click docket entry to view full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|---|---|---|---|
| 21 | 03/06/2006 | 19 | Finding of the Medical Malpractice Tribunal (Pursuant to M.G.L. |
| 22 | 03/06/2006 | 20 | Finding of the Medical Malpractice Tribunal (Pursuant to M.G.L. |
| 23 | 03/06/2006 | 21 | Finding of the Medical Malpractice Tribunal (Pursuant to M.G.L. |
| 24 | 03/06/2006 | 22 | Finding of the Medical Malpractice Tribunal (Pursuant to M.G.L. |
| 25 | 03/20/2006 | 23 | Motion to reduce bond (w/o opposition) |
| 26 | 03/20/2006 | 24 | Opposition to "Finding of the Medical Malpractice Tribunal " |
| 27 | 03/21/2006 |  | MOTION (P#23- DENIED ([Henry, J)Notices mailed 3/21/06 |
| 28 | 03/21/2006 | 25 | ORDER: After a Medical Malpractice Tribunal hearing in Suffolk |
| 29 | 03/21/2006 |  | TRANSFERRED to USDC |

**Scroll Results:**     « First     ‹ Previous     Next ›     Last »

| **Docket Details:** | **Parties** | **Attorneys** | **Docket Entries** | **Calendar Events** |
|---|---|---|---|---|
|  |  |  |  | **Print Docket** |

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Tern
System data reflects current

 **Trial Court Information Center**

Home » County Inquiry » Civil Party Search » Search Results » Docket Details » Docket Entries

## Koback v MetroWest Medical Center et al

**29 Docket Entries for Docket: SUCV2005-03084** | Click docket entry to view full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|-----|-------------|-----------|---------------|
| 1 | 07/25/2005 | | Medical malpractice hearing only (231,60B); docket#05-10798-WGY |
| 2 | 07/25/2005 | | Origin 91, Type Z01, Track X. |
| 3 | 07/25/2005 | 1 | Certified copy of Complaint & Jury demand |
| 4 | 07/25/2005 | 2 | Certified copy of Amended complaint & Jury demand |
| 5 | 07/25/2005 | 3 | Certified copy of ANSWER & Jury demand: Defendant New England Me |
| 6 | 07/25/2005 | 4 | Certified copy of ANSWER & Jury demand: Defendant Erol Onel M.D. (a |
| 7 | 07/25/2005 | 5 | Certified copy of ANSWER & Jury demand: Defendant MetroWest Medic |
| 8 | 07/25/2005 | 6 | Certified copy of ANSWER: Defendant John P Long M.D. (all issues) |
| 9 | 07/25/2005 | 7 | Certified copy of ORDER: Pursuant to the request made on July 20, |
| 10 | 07/25/2005 | 8 | Attested copy of docket entries received from U.S. District Crt |

**Scroll Results:**    « First    ‹ Previous    Next ›    Last »

| **Docket Details:** | **Parties** | **Attorneys** | **Docket Entries** | **Calendar Events** |
|---------------------|-------------|---------------|--------------------|---------------------|
| | | | | **Print Docket** |

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» **Logout**

Term
System data reflects current

**1:05-cv-10798-WGY** Koback v. Metrowest Medical Center et al
William G. Young, presiding
**Date filed:** 04/12/2005
**Date terminated:** 07/21/2005 **Date of last filing:** 05/26/2006

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| -- | *Filed:* | 04/12/2005 | ◗ Summons Issued |
| | *Entered:* | 04/26/2005 | |
| -- | *Filed:* | 04/12/2005 | ◗ Magistrate Judge Assignment |
| | *Entered:* | 04/26/2005 | |
| 1 | *Filed:* | 04/12/2005 | ◗ Complaint |
| | *Entered:* | 04/26/2005 | |
| 2 | *Filed:* | 04/26/2005 | ◗ Amended Complaint |
| | *Entered:* | 04/27/2005 | |
| 3 | *Filed & Entered:* | 05/02/2005 | ◗ Amended Complaint |
| 4 | *Filed:* | 05/02/2005 | ◗ Motion to Amend |
| | *Entered:* | 05/03/2005 | |
| | *Terminated:* | 05/04/2005 | |
| 5 | *Filed:* | 05/03/2005 | ◗ Amended Complaint |
| | *Entered:* | 05/04/2005 | |
| -- | *Filed & Entered:* | 05/04/2005 | ◗ Order on Motion to Amend |
| 6 | *Filed:* | 05/09/2005 | ◗ Letter/request (non-motion) |
| | *Entered:* | 05/10/2005 | |
| 7 | *Filed:* | 05/11/2005 | ◗ Amended Complaint |
| | *Entered:* | 05/12/2005 | |
| 8 | *Filed:* | 05/17/2005 | ◗ Summons Returned Executed |
| | *Entered:* | 05/18/2005 | |
| 9 | *Filed:* | 05/17/2005 | ◗ Amended Complaint |
| | *Entered:* | 05/19/2005 | |
| 10 | *Filed:* | 05/18/2005 | ◗ Amended Complaint |
| | *Entered:* | 05/19/2005 | |
| | *Terminated:* | 05/18/2005 | |
| 11 | *Filed:* | 05/18/2005 | ◗ Mail Returned |
| | *Entered:* | 05/19/2005 | |
| -- | *Filed & Entered:* | 05/19/2005 | ◗ Order |
| 12 | *Filed:* | 05/19/2005 | ◗ Answer to Complaint |
| | *Entered:* | 05/20/2005 | |
| 13 | *Filed:* | 05/19/2005 | ◗ Response |
| | *Entered:* | 05/20/2005 | |
| 14 | *Filed:* | 05/19/2005 | ◗ Corporate Disclosure Statement |
| | *Entered:* | 05/20/2005 | |

| 15 | *Filed:*<br>*Entered:* | 05/23/2005<br>05/25/2005 | ❶ Notice of Appearance |
|---|---|---|---|
| 16 | *Filed:*<br>*Entered:* | 05/23/2005<br>05/25/2005 | ❶ Notice of Appearance |
| 19 | *Filed:*<br>*Entered:* | 05/24/2005<br>05/26/2005 | ❶ Notice (Other) |
| 20 | *Filed:*<br>*Entered:*<br>*Terminated:* | 05/24/2005<br>05/26/2005<br>06/13/2005 | ❶ Motion for Reconsideration |
| 17 | *Filed & Entered:* | 05/25/2005 | ❶ Notice of Appearance |
| 18 | *Filed & Entered:* | 05/25/2005 | ❶ Corporate Disclosure Statement |
| 21 | *Filed:*<br>*Entered:*<br>*Terminated:* | 05/25/2005<br>05/26/2005<br>06/13/2005 | ❶ Motion for Recusal |
| 22 | *Filed:*<br>*Entered:* | 05/25/2005<br>05/26/2005 | ❶ Summons Returned Executed |
| 23 | *Filed:*<br>*Entered:* | 05/25/2005<br>05/26/2005 | ❶ Summons Returned Executed |
| 24 | *Filed:*<br>*Entered:* | 05/25/2005<br>05/26/2005 | ❶ Summons Returned Executed |
| 25 | *Filed:*<br>*Entered:* | 05/25/2005<br>05/26/2005 | ❶ Summons Returned Executed |
| 26 | *Filed:*<br>*Entered:*<br>*Terminated:* | 05/25/2005<br>05/26/2005<br>06/13/2005 | ❶ Motion to Strike |
| 27 | *Filed:*<br>*Entered:* | 05/25/2005<br>05/26/2005 | ❶ Memorandum in Support of Motion |
| 28 | *Filed:*<br>*Entered:*<br>*Terminated:* | 05/25/2005<br>05/26/2005<br>06/13/2005 | ❶ Motion for Hearing |
| 29 | *Filed:*<br>*Entered:*<br>*Terminated:* | 05/31/2005<br>06/01/2005<br>06/10/2005 | ❶ Motion for Referral to Medical Tribunal |
| 30 | *Filed & Entered:*<br>*Terminated:* | 06/01/2005<br>07/21/2005 | ❶ Motion to Dismiss |
| 31 | *Filed & Entered:* | 06/01/2005 | ❶ Memorandum in Support of Motion |
| 32 | *Filed & Entered:* | 06/01/2005 | ❶ Affidavit in Support of Motion |
| 33 | *Filed:*<br>*Entered:*<br>*Terminated:* | 06/01/2005<br>06/02/2005<br>09/16/2005 | ❶ Notice of Appeal |
| -- | *Filed & Entered:* | 06/03/2005 | ❶ Notice of Hearing on Motion |
| 34 | *Filed & Entered:*<br>*Terminated:* | 06/03/2005<br>09/16/2005 | ❶ Appeal Record Sent to USCA |

| 35 | *Filed:*<br>*Entered:* | 06/03/2005<br>06/08/2005 | ◐ Opposition to Motion |
|----|---------|------------|------------------------|
| 36 | *Filed:*<br>*Entered:* | 06/07/2005<br>06/08/2005 | ◑ Affidavit |
| 37 | *Filed:*<br>*Entered:* | 06/09/2005<br>06/10/2005 | ◐ Opposition to Motion |
| 38 | *Filed:*<br>*Entered:* | 06/09/2005<br>06/10/2005 | ◐ Memorandum in Opposition to Motion |
| 39 | *Filed:*<br>*Entered:* | 06/09/2005<br>06/10/2005 | ◑ Affidavit |
| -- | *Filed:*<br>*Entered:* | 06/10/2005<br>06/14/2005 | ◐ Order on Motion for Referral to Medical Tribunal |
| 40 | *Filed & Entered:* | 06/10/2005 | ◐ Reply to Response to Motion |
| -- | *Filed & Entered:* | 06/13/2005 | ◐ Order on Motion for Reconsideration |
| -- | *Filed & Entered:* | 06/13/2005 | ◐ Order on Motion to Strike |
| 41 | *Filed:*<br>*Entered:* | 06/13/2005<br>06/14/2005 | ◑ Summons Returned Executed |
| 42 | *Filed:*<br>*Entered:* | 06/13/2005<br>06/14/2005 | ◑ Summons Returned Executed |
| 43 | *Filed:*<br>*Entered:* | 06/14/2005<br>06/15/2005 | ◐ Memorandum in Opposition to Motion |
| 44 | *Filed:*<br>*Entered:* | 06/14/2005<br>06/15/2005 | ◐ Opposition to Motion |
| 45 | *Filed:*<br>*Entered:* | 06/14/2005<br>06/15/2005 | ◑ Affidavit |
| 46 | *Filed:*<br>*Entered:* | 06/14/2005<br>06/15/2005 | ◐ Certificate of Service |
| -- | *Filed:*<br>*Entered:* | 06/15/2005<br>06/16/2005 | ◐ Filing Fee Received |
| 47 | *Filed & Entered:*<br>*Terminated:* | 06/20/2005<br>09/16/2005 | ◑ Supplemental ROA Sent to USCA |
| 48 | *Filed:*<br>*Entered:* | 06/21/2005<br>06/22/2005 | ◐ Notice of Appearance |
| 49 | *Filed:*<br>*Entered:* | 06/21/2005<br>06/22/2005 | ◐ Notice of Appearance |
| 50 | *Filed:*<br>*Entered:* | 06/21/2005<br>06/22/2005 | ◐ Answer to Complaint |
| 51 | *Filed:*<br>*Entered:* | 06/21/2005<br>06/22/2005 | ◐ Answer to Amended Complaint |
| 52 | *Filed:*<br>*Entered:*<br>*Terminated:* | 06/21/2005<br>06/22/2005<br>07/21/2005 | ◐ Motion for Referral to Medical Tribunal |
| 53 | *Filed:* | 06/21/2005 | ◐ Notice (Other) |

| | | | |
|---|---|---|---|
| | *Entered:* | 06/22/2005 | |
| <u>54</u> | *Filed:*<br>*Entered:* | 06/24/2005<br>06/28/2005 | ❏ Answer to Complaint |
| <u>55</u> | *Filed:*<br>*Entered:* | 06/24/2005<br>06/28/2005 | ❏ Response |
| 56 | *Filed:*<br>*Entered:*<br>*Terminated:* | 06/24/2005<br>06/28/2005<br>07/21/2005 | ❏ Motion for Referral to Medical Tribunal |
| <u>57</u> | *Filed:*<br>*Entered:*<br>*Terminated:* | 06/27/2005<br>06/29/2005<br>07/21/2005 | ❏ Motion to Transfer Case |
| <u>58</u> | *Filed:*<br>*Entered:* | 06/27/2005<br>06/29/2005 | ❏ Response |
| <u>59</u> | *Filed:*<br>*Entered:* | 06/28/2005<br>06/29/2005 | ❏ Objection |
| -- | *Filed & Entered:* | 07/07/2005 | ❏ Notice of Rescheduling |
| 60 | *Filed:*<br>*Entered:* | 07/12/2005<br>07/14/2005 | ❏ Notice of Appearance |
| <u>61</u> | *Filed:*<br>*Entered:*<br>*Terminated:* | 07/12/2005<br>07/14/2005<br>07/21/2005 | ❏ Motion to Transfer Case |
| 62 | *Filed:*<br>*Entered:* | 07/12/2005<br>07/14/2005 | ❏ Memorandum in Support of Motion |
| 63 | *Filed:*<br>*Entered:* | 07/12/2005<br>07/14/2005 | ❏ Notice (Other) |
| 64 | *Filed:*<br>*Entered:* | 07/12/2005<br>07/14/2005 | ❏ Answer to Complaint |
| <u>65</u> | *Filed:*<br>*Entered:* | 07/18/2005<br>07/19/2005 | ❏ Notice of Appearance |
| -- | *Filed:*<br>*Entered:* | 07/20/2005<br>07/21/2005 | ❏ Motion Hearing |
| -- | *Filed & Entered:* | 07/21/2005 | ❏ Terminated Case |
| 66 | *Filed & Entered:* | 07/21/2005 | ❏ Order Referring Case to Medical Tribunal |
| 67 | *Filed & Entered:* | 07/21/2005 | ❏ Notice (Other) |
| -- | *Filed & Entered:* | 07/26/2005 | ❏ Mail Returned |
| -- | *Filed & Entered:*<br>*Terminated:* | 09/16/2005<br>05/26/2006 | ❏ Appeal Record Returned |
| <u>68</u> | *Filed & Entered:*<br>*Terminated:* | 09/16/2005<br>09/16/2005 | ❏ USCA Mandate |
| <u>69</u> | *Filed:*<br>*Entered:* | 01/03/2006<br>01/04/2006 | ❏ Summons Returned Executed |
| 70 | *Filed:*<br>*Entered:* | 01/23/2006<br>01/24/2006 | ❏ Summons Returned Executed |

| 71 | *Filed & Entered:* | 01/31/2006 | ❍ Objection |
|---|---|---|---|
| 72 | *Filed & Entered:* | 01/31/2006 | ❍ Objection |
| 73 | *Filed & Entered:* | 01/31/2006 | ❍ Objection |
| 74 | *Filed:* *Entered:* *Terminated:* | 02/14/2006 02/15/2006 05/26/2006 | ❍ Notice of Appeal |
| 75 | *Filed:* *Entered:* | 02/14/2006 02/23/2006 | ❍ Objection |
| -- | *Filed:* *Entered:* | 03/10/2006 03/14/2006 | ❍ Remark |
| 76 | *Filed & Entered:* | 03/16/2006 | ❍ Affidavit |
| 77 | *Filed & Entered:* | 03/16/2006 | ❍ Letter/request (non-motion) |
| 78 | *Filed & Entered:* *Terminated:* | 03/16/2006 05/26/2006 | ❍ Appeal Record Sent to USCA |
| 79 | *Filed & Entered:* *Terminated:* | 03/20/2006 05/26/2006 | ❍ USCA Case Number |
| 80 | *Filed & Entered:* *Terminated:* | 03/23/2006 03/28/2006 | ❍ Motion to Set Aside |
| 81 | *Filed & Entered:* *Terminated:* | 03/23/2006 03/28/2006 | ❍ Motion for New Trial |
| 82 | *Filed & Entered:* *Terminated:* | 03/23/2006 03/28/2006 | ❍ Motion for Directed Verdict |
| 83 | *Filed & Entered:* *Terminated:* | 03/23/2006 03/28/2006 | ❍ Motion for Judgment NOV |
| 84 | *Filed & Entered:* *Terminated:* | 03/23/2006 03/28/2006 | ❍ Motion for Miscellaneous Relief |
| 85 | *Filed & Entered:* *Terminated:* | 03/23/2005 03/28/2005 | ❍ Motion for Miscellaneous Relief |
| 86 | *Filed & Entered:* | 03/23/2005 | ❍ Findings of the Medical Tribunal |
| -- | *Filed:* *Entered:* | 03/24/2005 03/27/2006 | ❍ Filing Fee Received |
| 87 | *Filed & Entered:* | 03/24/2006 | ❍ Opposition to Motion |
| -- | *Filed & Entered:* | 03/28/2006 | ❍ Notice of correction to docket made by Court staff |
| -- | *Filed & Entered:* | 03/28/2006 | ❍ Order on Motion to Set Aside |
| 88 | *Filed:* *Entered:* | 04/10/2006 04/12/2006 | ❍ Transcript Order Form |
| 89 | *Filed:* *Entered:* | 04/11/2006 04/12/2006 | ❍ Answer to Complaint |
| 90 | *Filed:* *Entered:* | 04/11/2006 04/12/2006 | ❍ Notice of Appearance |
| 91 | *Filed & Entered:* | 04/12/2006 | ❍ Notice regarding mandatory use of ECF |
| 92 | *Filed & Entered:* | 05/01/2006 | ❍ Certificate of Consultation |

| -- | *Filed & Entered:* 05/26/2006 | ◗ Appeal Record Returned |
|----|-------------------------------|---------------------------|
| 93 | *Filed & Entered:* 05/26/2006  ◗ USCA Mandate  *Terminated:* 05/26/2006 | |

| PACER Service Center | | | |
|----------------------|--|--|--|
| **Transaction Receipt** | | | |
| 07/31/2006 16:26:18 | | | |
| **PACER Login:** | aa0613 | **Client Code:** | 0500002101 |
| **Description:** | History/Documents | **Search Criteria:** | 1:05-cv-10798-WGY |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |