U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2006 AUG -8 P 2:06
DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| EASTERN DIVISION (BOSTON) DONALD S. KOBACK Pro se, plaintiff v. MetroWest Medical Center, et. al., defendants | Docket No.: 10798-WGY SUPREME JUDICIAL COURT OF MASSACHUSETTS No.: 2005-172 MOTION TO AMEND (MISNOMER) 15B |

IN ACCORD WITH RULE 15, NOW COMES THE PLAINTIFF DONALD S. KOBACK, WHO MOVES TO AMEND HIS COMPLAINT REGARDING THE DEFENDANT LONG'S NAME SINCE THIS COURT, SAID LONG'S ATTORNEY, as well as LONG himself, HAVE VACILLATED AND CONTINUE TO VACILLATE BETWEEN John P. LONG and John P. LONG, JR.— BACK AND FORTH— AND HAVE SHOWN NOTHING BUT DECEIT AND TRICKERY IN ALL OTHER FACETS OF THIS CASE, the AFORENAMED BEING INHERENTLY UNTRUSTWORTHY AND DISHONEST. THE PLAINTIFF CHOOSES — BOTH —

DSK
8-7-2006

John P. Long and John P. Long, JR TO BE MAINTAINED AND ADDED TO THE CAPTION AND THE BODY OF HIS COMPLAINT SO THAT HENCEFORTH IT SHALL READ John P. Long and/or John P. Long, JR. AND so shall the pleadings conform to plaintiff's affidavits.

Respectfully Submitted,

*Donald S. Koback*
DONALD S. KOBACK
August 8, 2006

Signed under pains and penalties of perjury on August 8, 2006

*Donald S. Koback*
August 8, 2006

8-7-2006
DSK