U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2006 AUG -8 P 2:06

EASTERN DIVISION
(BOSTON)

Docket No. 10798-WGY
SUPREME JUDICIAL COURT
OF MASSACHUSETTS
No. 2005-172

DONALD S. KOBACK
pro se, plaintiff

v.

MetroWest Medical
Center, et.al.,
defendants

AFFADAVIT OF
PLAINTIFF

I, Donald S. KOBACK, hereby certify that I purchased Bank of America Cashier's Check No. 0056954 MADE IT PAYABLE TO "DEFENDANT(s) MetroWest Medical Center, et.al.", upon which was printed "Cash Bond or Equivalent For Donald S. Koback

8-7-06 $6000.00 in the aggregate, Donald S. Koback v. MetroWest Medical Center, et.al., Ma. Sup. SUCV-DSK 2005-03084, U.S. DISTRICT COURT, MA-05-10798-

DATED MARCH 28, 2006" On MARCH 28, 2006, I, Donald S Koback took a photo of said cashier's check - BOND, A TRUE AND ACCURATE PHOTO OF WHICH ATTACHED HERETO AS EXHIBIT 1.

On MARCH 28 2006 said cashier's check WAS MAILED, VIA FIRST CLASS MAIL, postage prepaid, return receipt requested, certified mail, U.S. Postal Service (U.S.P.S.) no. 24459 30504 U.S.P.S. #7004 2890 0000 1447 8318. THE U.S. DISTRICT COURT, BOSTON, MA, forward a copy of the front and flip side of said cashier's check endorsed with the IMPRIMATUR of THE U.S. DISTRICT COURT, TREASURER'S Account, well within the time period ordered."

8-7-06
05'16

The assertion by Judith Feinberg, counsel for John P. Long and/or John P. Long, JR that said cashier's check was returned to the plaintiff constitutes knowing fraud. All statements, assertions of fact made by the plaintiff, Donald S. Koback, in the accompanying "Opposition (OBJECTION) To "Motion To Dismiss for Failure to Comply with Order for Bond and Affadavit of Plaintiff" are truthful, AS ARE "MOTION To AMEND(MISNOMER)15(B)" AND "AFFADAVIT OF PLAINTIFF"

Signed under pains and penalties of perjury dated August 8, 2006

8-7-2006

_____
DONALD S. KOBACK
PRO SE, PLAINTIFF
AUGUST 8, 2006