U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION
(BOSTON)

DONALD S. KOBACK,
pro se, plaintiff,

v.

MetroWest Medical
Center, et. al.,
defendants

Docket No.: 10798-WGY
SUPREME JUDICIAL
COURT OF MASSACHUSETTS
No. 2005-172

"Opposition (Objection)
To 'Motion to Dismiss
for Failure to Comply
with Order for Bond',
and Memorandum
and Affadavit of the
Plaintiff"

NOW COMES PLAINTIFF DONALD S. KOBACK, WHO SUBMITS, PROFFERS, AND OFFERS HIS "OPPOSITION (OBJECTION) To 'Motion to Dismiss for Failure to Comply with Order for Bond' and Memorandum and Affadavit of the Plaintiff"

As follows:

1. Plaintiff objects to the lack of receipt of entry of appearance of Matt Connors, Esq. and lack of a certificate of service with his or her name, law firm affiliation, and address; thus, this instant "Motion to Dismiss for Failure to Comply with Order for Bond" must be stricken from the pleadings as misleading.

DSK 8-7-2006

and evasive designed to defraud the plaintiff;

2. Moreover, the instant motion to dismiss must be stricken for it is little more ~~than~~ a snide, denigrating piece of authorship which ~~precedes~~ the word "...legitimate..." a word antithetical to the words which precede it — "...<u>not</u> sufficient to raise...";

3. The defendant, J.P. Long, Jr.'s claim to me at his office and at the hospital that he ~~treated~~ plaintiff's sexual organ, urogenital system and other body parts "copiously" during and after surgery, was a patent falsehood, the actual ~~lack thereof~~ (deliberately insufficient anti-biotics) caused bladder and additional injuries and disease to his penis, scrotum, urogenital system, stomach, other body organs, and limb inflicting affliction — a limp, difficulty in swiveling at the leg, hip and groin area;

OSK
8-7-2006

4. The defendant Fong, Jr.'s actions and/or omissions were the cause in fact and proximate cause of plaintiff's ensuing injuries and diseases. Said defendant Fong, Jr. knew that there was a foreseeable risk of harm to the plaintiff by explanting the prosthetic device through the top of the penis and by insufficient anti-biotics used during and after surgery, the defendant's agents, employees, et. al. and the defendant himself pushed plaintiff out-doors the morning after surgery, with open wounds;

5. Defendant Fong, Jr.'s pleadings denying that **plaintiff** had posted the ordered $6000.00 bond and/or its cash equivalent and that said $6000.00 bond was returned to him is downright false. A copy of said Bank of America Cashier's Check No. 0056954 deposited in an account under the supervision of OSK
8-7-2006

U.S. DISTRICT COURT, BOSTON, MASSACHUSETTS IS ATTACHED HERETO AND INCORPORATED HEREIN AS EXHIBIT 1 - PLAINTIFF);

6. The defendant Long's 'motion to dismiss' is fatally flawed in that it misnomes (misnomer) John P. Long, rather than the real John P. Long, Jr. Thus, since Plaintiff was harshly treated and refused simple amendments to his complaint, the defendant Long, Jr. and his counsel MUST NOT BE ALLOWED TO TAKE ADDITIONAL BITES OUT OF THE APPLE, thereby foreclosing this avenue once and for all;

7. The defendant Long, Jr.'s counsel deliberately misnomed her client seeking to take advantage of plaintiff's weakened condition in hope that plaintiff would inadvertently misnome them, thereby seeking to entice plaintiff to fall prey to technical misnomer grounds. Deceit, trickery, artifice are not allowable under these or any circumstances.

8. Plaintiff "Doctrine of Rigid Variation" deposited with the Court is of enormous value which <u>standing</u> alone, vastly exceed the $6000.00 bond or cash equivalent requirement or order.

MISNOME IS INTENDED TO REFER TO THE LEGAL TERM: → MISNOMER

Respectfully Submitted,

*Donald S. Koback*

PRO SE, PLAINTIFF, DONALD S. KOBACK
August 8, 2006

Signed under pains and penalties of perjury on August 8, 2006

*Donald S. Koback*
Donald S. Koback
August 8, 2006

DSK
8-7-06

**Bank of America** — Cashier's Check No. 0056954

March 28, 2006

Remitter (Purchased By): D.S. KOBACK, NEWTON-WEST MEDICAL Centerlegal., MA, SUP. SUV.DOCS-03084, U.S. DIST. CT., MA. 05-10798

Pay To The Order Of: **DEFENDANT(S) NEWQUEST MEDICAL CTR. ET AL**

**SIX THOUSAND DOLLARS AND 00 CENTS**   $ **6000.00**

CASH BOND OR EQUIVALENT FOR $6,000.00 DONALD S. KOBACK

VOID AFTER 90 DAYS

Bank of America, N.A., San Antonio, Texas
39-14-3774B 06-2005

EXHIBIT 1 - PLAINTIFF

---

PHOTO OF BANK OF AMERICA CASHIER'S CHECK No. 0056954 — $6000.00 3-28-2006 IS A TRUE AND ACCURATE PHOTO OF BOND DEPOSITED WITH U.S. DISTRICT COURT TAKEN BY DONALD S. KOBACK ON SAME DATE

Donald S. Koback
Donald S. Koback
August 8, 2006

Signed under pains and penalties of perjury
Donald S. Koback
August 8, 2006

D.S.K
8-7-06