UNITED STATES DISTRICT COURT IN AND FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD S. KOBACK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| METROWEST MEDICAL CENTER, | ) |
| LEONARD MORSE HOSPITAL, | ) CIVIL ACTION NO. 05-CV-10798-WGY |
| FRAMINGHAM UNION HOSPITAL, | ) |
| NEW ENGLAND MEDICAL CENTER, | ) |
| TUFTS UNIVERSITY SCHOOL OF | ) |
| MEDICINE, EMANUEL | ) |
| FRIEDMAN, M.D., JOHN P. LONG, M.D. | ) |
| AND EROL ONEL, M.D., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANT, METROWEST MEDICAL CENTER'S, MOTION TO DISMISS FOR FAILURE TO FILE BOND PURSUANT TO M.G.L. c. 231, §60B

Now comes the Defendant, MetroWest Medical Center,[1] and hereby requests that

this Honorable Court grant its Motion to Dismiss for Failure to File Bond Pursuant to

M.G.L. c. 231, §60B based upon the facts and law set out below.

### I.   PROCEDURAL HISTORY

This is a medical malpractice action brought by Donald Koback against the above

Defendants in U.S. District Court  The action was transferred to the Massachusetts

Superior Court in July of 2005 solely for the purposes of convening a medical

---

[1] MetroWest Medical Center comprises Leonard Morse Hospital and Framingham Union Hospital.

malpractice tribunal pursuant to M.G.L. c. 231, §60B. The tribunal was held on March 6, 2006 and on that same date the tribunal found in this Defendant's favor. See Tribunal Order, attached as Exhibit A. Pursuant to M.G.L. c. 231, §60B, Mr. Koback was required to file a $6,000 bond within 30 days of the tribunal's decision. Mr. Koback instead filed a Motion to Reduce Bond on March 20, 2006 with the Superior Court. See Superior Court Docket, attached in its entirety as Exhibit B. Judge Henry denied Mr. Koback's Motion to Reduce Bond on March 21, 2006 and the action was transferred back to the U.S. District Court that same day. See Exhibit B. Mr. Koback then filed a Motion to Reduce Bond with the U.S. District Court which was denied on April 12, 2006. See Court Order, attached as Exhibit C. Court Clerks at both the Superior Court and the U.S. District Court have informed this office that Mr. Koback has yet to post a bond with regard to this Defendant.

## II.    ARGUMENT

When a medical malpractice tribunal finds in favor of a defendant, the plaintiff must post a bond within thirty days of the tribunal's decision to maintain an action against that defendant. M.G.L. c. 231, §60B. If the Plaintiff files a motion to reduce the bond amount, such filing stays his obligation to post bond until a ruling is made. St. Germaine v. Pfeiffer, 418 Mass. 511, 521-22 (1994). The Superior Court denied Mr. Koback's Motion to Reduce Bond on March 21, 2006, and the U.S. District Court denied his Motion to Reduce Bond on April 12, 2006. Mr. Koback has yet to file a bond with respect to Defendants MetroWest Medical Center, Leonard Morse Hospital, or Framingham Union Hospital. Massachusetts General Law c. 231, §60B provides if "[a]

2

bond is not posted within thirty days of the tribunal's finding the action shall be dismissed." As more than thirty days has passed since the denials of Mr. Koback's Motions to Reduce Bond, Mr. Koback has failed to comply with the statutory requirements.

Wherefore, the Defendant, MetroWest Medical Center, respectfully requests that the Plaintiff's action against it and Leonard Morse Hospital and Framingham Union Hospital be dismissed for failing to post a bond pursuant to statutory requirements. The Defendant also requests that this Court enter a Final Judgment in favor of MetroWest Medical Center, Leonard Morse Hospital and Framingham Union Hospital pursuant to M.R.C.P. 54(b).

Barbara Hayes Buell, BBO# 063480
BLOOM & BUELL
Attorney for Defendant,
*MetroWest Medical Center*
1340 Soldiers Field Road, Suite Two
Boston, MA 02135-1020
(617) 254-4400

Dated: August 14, 2006

*Certificate of Service*
I hereby certify that I have served a true copy of the within document upon all concerned parties, by mail, postage prepaid.

3

# Exhibit A

Notice sent
3/07/2006
B. H. B.
B. & H.
D. S. K.
S.J.G.
vs.

**Commonwealth of Massachusetts**    ろ.1✓
**County of Suffolk**
**The Superior Court**

A. J. G., JR.
L. G. R. J.
M. M. Mc. & K.
A. B. G.
J. F.

Donald S Koback

CIVIL DOCKET# **SUCV2005-03084**

A. C. H. W. & G.      (sc)
John P Long M.D.

**FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL**
(Pursuant to M.G.L. Chapter 231, Section 60(b) as amended)

The above entitled action came on for hearing before the appointed medical tribunal on **03/06/2006**, and was argued by counsel, and thereupon, upon consideration thereof, the plaintiff(s) offer of proof, pleadings, hospital records and other documents presented, the tribunal finds:

*(1) For the plaintiff(s) _____ and that the evidence presented if properly substantiated is sufficient to raise a legitimate question of liability appropriate for judicial inquiry.

*(2) For defendant(s) _____ because the plaintiff(s)_____ action is merely an unfortunate medical result.

If a finding is made for the defendant or defendants in the above entitled action **the plaintiff may pursue the claim through the usual judicial process only upon filing bond in the amount of Six Thousand ($6,000.00) Dollars in the aggregate** secured by cash or its equivalent with the Clerk/Magistrate of this court, payable to the defendant or defendants in said action for costs assessed, including witness and expert fees and attorneys fees if the plaintiff(s) does/do not prevail in the final judgment. The presiding justice may, withing his/her discretion, increase the amount of the bond required to be filed. **If said bond is not posted within thirty (30) days of the tribunal's finding the action shall be dismissed.** Upon motion filed by the plaintiff(s), and a determination by the court that the plaintiff(s) is/are indigent said justice may reduce the amount of the bond but may not eliminate the requirement thereof.

Dated: **03/06/2006**

Justice of the Superior Court

Legal Member:

Medical Member:

**\*strike inapplicable words**

cm

Associate Justice of the Superior Court Dept.

Attorney - Tribunal Member

\*Physician - Tribunal Member
\*Health Care Provider - Tribunal Member

Exhibit B

AOTC Information Center                                               Page 1 of 7

## Commonwealth of Massachusetts
## SUFFOLK SUPERIOR COURT
## Case Summary
## Civil Docket

## Koback v MetroWest Medical Center et al

Details for Docket: SUCV2005-03084

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | SUCV2005-03084 | **Caption:** | Koback v MetroWest Medica Center et al |
| **Filing Date:** | 07/25/2005 | **Case Status:** | Disposed: transfered to other court |
| **Status Date:** | 03/21/2006 | **Session:** | Civil C, 3 Pemberton Sq, Boston |
| **Lead Case:** | NA | **Case Type:** | Med malpractice hrg only (231,60B) |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | X | **Discovery:** | |
| **Service Date:** | | **Disposition:** | 02/20/2006 |
| **Rule 15:** | | **Rule 12/19/20:** | |
| **Final PTC:** | | **Rule 56:** | |
| **Answer Date:** | | **Jury Trial:** | YES |

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | SUCV2005-03084 | **Caption:** | Koback v MetroWest Medica Center et al |
| **Filing Date:** | 07/25/2005 | **Case Status:** | Disposed: transfered to other court |
| **Status Date:** | 03/21/2006 | **Session:** | Civil C, 3 Pemberton Sq, Boston |
| **Lead Case:** | NA | **Case Type:** | B06 |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | X | **Discovery:** | |
| **Service Date:** | | **Disposition:** | 02/20/2006 |
| **Rule 15:** | | **Rule 12/19/20:** | |
| **Final PTC:** | | **Rule 56:** | |
| **Answer Date:** | | **Jury Trial:** | YES |

## Parties Involved

11 Parties Involved in Docket: SUCV2005-03084

| **Party Involved:** | | **Role:** | Defendant |
|---|---|---|---|
| **Last Name:** | Blue Cross and Blue Shield of Massachusetts | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| **Party Involved:** | | **Role:** | Defendant |
|---|---|---|---|
| **Last Name:** | Framingham Union Hospital | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| **Party Involved:** | | **Role:** | Defendant |
|---|---|---|---|
| **Last Name:** | Friedman M.D. | **First Name:** | Emanuel |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| **Party Involved:** | | **Role:** | Defendant |
|---|---|---|---|
| **Last Name:** | HMO Blue of Massachusetts | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| **Party Involved:** | | **Role:** | Defendant |
|---|---|---|---|
| **Last Name:** | Leonard Morse Hospital | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |

**Telephone:**

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Long M.D. | **First Name:** | John P |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | MetroWest Medical Center | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | New England Medical Center | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Onel M.D. | **First Name:** | Erol |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Tufts University School of Medicine | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |

**Telephone:**

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Koback | **First Name:** | Donald S |
| **Address:** | 195 Sunnyside Avenue | **Address:** | |
| **City:** | Woonsocket | **State:** | RI |
| **Zip Code:** | 02895 | **Zip Ext:** | |
| **Telephone:** | 401-762-2460 | | |

## Attorneys Involved

7 Attorneys Involved for Docket: SUCV2005-03084

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MART01 |
| **Last Name:** | Griffin Jr | **First Name:** | Daniel J |
| **Address:** | 101 Merrimac Street | **Address:** | 7th Floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | 4716 |
| **Telephone:** | 617-227-3240 | **Tel Ext:** | |
| **Fascimile:** | 617-227-3346 | **Representing:** | New England Medical Center, (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MART01 |
| **Last Name:** | Riesgo Jensen | **First Name:** | Lynda G |
| **Address:** | 101 Merrimac Street | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | 4716 |
| **Telephone:** | 617-227-3240 | **Tel Ext:** | |
| **Fascimile:** | 617-227-3346 | **Representing:** | New England Medical Center, (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MART01 |
| **Last Name:** | Griffin Jr | **First Name:** | Daniel J |
| **Address:** | 101 Merrimac Street | **Address:** | 7th Floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | 4716 |

| | | | |
|---|---|---|---|
| **Telephone:** | 617-227-3240 | **Tel Ext:** | |
| **Fascimile:** | 617-227-3346 | **Representing:** | Onel M.D., Erol (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MART01 |
| **Last Name:** | Riesgo Jensen | **First Name:** | Lynda G |
| **Address:** | 101 Merrimac Street | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | 4716 |
| **Telephone:** | 617-227-3240 | **Tel Ext:** | |
| **Fascimile:** | 617-227-3346 | **Representing:** | Onel M.D., Erol (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | BLOO02 |
| **Last Name:** | Buell | **First Name:** | Barbara H |
| **Address:** | 1340 Soldiers Field Road | **Address:** | Suite 2 |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02135 | **Zip Ext:** | 1020 |
| **Telephone:** | 617-254-4400 | **Tel Ext:** | |
| **Fascimile:** | 617-254-7610 | **Representing:** | MetroWest Medical Center, (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | ANDE10 |
| **Last Name:** | Guekguezian | **First Name:** | A Bernard |
| **Address:** | 75 Federal Street | **Address:** | 10th Floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | |
| **Telephone:** | 617-423-6674 | **Tel Ext:** | |
| **Fascimile:** | 617-423-7152 | **Representing:** | Long M.D., John P (Defendant |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | ANDE10 |
| **Last Name:** | Feinberg | **First Name:** | Judith |
| **Address:** | 75 Federal Street | **Address:** | 10th Floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | |
| **Telephone:** | 617-423-6674 | **Tel Ext:** | |
| **Fascimile:** | 617-423-7152 | **Representing:** | Long M.D., John P (Defendant |

## Calendar Events

1 Calendar Events for Docket: SUCV2005-03084

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|-----|-------------|-------------|------------------|------|---------------|
| 1 | 03/06/2006 | 14:00 | Malpractice tribunal | G | Event held as scheduled |

## Full Docket Entries

61 Docket Entries for Docket: SUCV2005-03084

| Entry Date: | Paper No: | Docket Entry: |
|-------------|-----------|----------------|
| 07/25/2005 | | Medical malpractice hearing only (231,60B); docket#05-10798-WGY |
| 07/25/2005 | | pending in U.S. District Court |
| 07/25/2005 | | Origin 91, Type Z01, Track X. |
| 07/25/2005 | 1 | Certified copy of Complaint & Jury demand |
| 07/25/2005 | 2 | Certified copy of Amended complaint & Jury demand |
| 07/25/2005 | 3 | Certified copy of ANSWER & Jury demand: Defendant New England Medical |
| 07/25/2005 | 3 | Center (all issues) |
| 07/25/2005 | 4 | Certified copy of ANSWER & Jury demand: Defendant Erol Onel M.D. (all |
| 07/25/2005 | 4 | issues) |
| 07/25/2005 | 5 | Certified copy of ANSWER & Jury demand: Defendant MetroWest Medical |
| 07/25/2005 | 5 | Center (all issues) |
| 07/25/2005 | 6 | Certified copy of ANSWER: Defendant John P Long M.D. (all issues) |
| 07/25/2005 | 7 | Certified copy of ORDER: Pursuant to the request made on July 20, |
| 07/25/2005 | 7 | 2005 at the Motion Hearing, that this case be referred to a Medical |
| 07/25/2005 | 7 | Malpractice Tribunal, it is Ordered that the matter against |
| 07/25/2005 | 7 | defendants MetrWest Medical Center, Leonard Morse Hospital, |
| 07/25/2005 | 7 | Framingham Union Hospital, New England Medical Center, Tufts |
| 07/25/2005 | 7 | University School of Medicine, M.D. Emanuel Friedman, M.D. John P |
| 07/25/2005 | 7 | Long, Erol Onel, be referred to the Medical Malpractice Tribunal for |
| 07/25/2005 | 7 | the Suffolk County Superior Court (Young, C.J.) |
| 07/25/2005 | 8 | Attested copy of docket entries received from U.S. District Crt |
| 07/25/2005 | 9 | Civil action cover sheet re: Malpractice |
| 09/01/2005 | 10 | Request for medical malpractice tribunal filed by New England Medical |
| 09/01/2005 | 10 | Center |
| 09/01/2005 | 11 | Request for medical malpractice tribunal filed by Erol Onel M.D. |
| 02/09/2006 | 12 | Offer of proof of plff |
| 02/14/2006 | 13 | Court received Objection #C of plff |
| 02/28/2006 | 14 | Donald S Koback's affidavit of written notice of intent to offer |

Case 1:05-cv-10798-WGY     Document 99-3     Filed 08/16/2006     Page 8 of 8

| 02/28/2006 | 14 | medical bills as evidence, pursuant to MGLc 233, sec 79G |
| 03/06/2006 | 15 | Finding of the Medical Malpractice Tribunal (Pursuant to M.G.L. |
| 03/06/2006 | 15 | Chapter 231, Secion 60(b) as amended) for defendant Emanuel Friedman |
| 03/06/2006 | 15 | M.D. (Henry, J) Dated 3/6/06 Notice sent 3/07/06 |
| 03/06/2006 | 16 | Finding of the Medical Malpractice Tribunal (Pursuant to M.G.L. |
| 03/06/2006 | 16 | Chapter 231, Secion 60(b) as amended) for defendant John P Long M.D. |
| 03/06/2006 | 16 | (Henry, J) Dated 3/6/06 Notice sent 3/07/06 |
| 03/06/2006 | 17 | Finding of the Medical Malpractice Tribunal (Pursuant to M.G.L. |
| 03/06/2006 | 17 | Chapter 231, Secion 60(b) as amended) for defendant Erol Onel M.D. |
| 03/06/2006 | 17 | (Henry, J) Dated 3/6/06 Notice sent 3/07/06 |
| 03/06/2006 | 18 | Finding of the Medical Malpractice Tribunal (Pursuant to M.G.L. |
| 03/06/2006 | 18 | Chapter 231, Secion 60(b) as amended) for defendant New England |
| 03/06/2006 | 18 | Medical Center (Henry, J) Dated 3/6/06 Notice sent 3/07/06 |
| 03/06/2006 | 19 | Finding of the Medical Malpractice Tribunal (Pursuant to M.G.L. |
| 03/06/2006 | 19 | Chapter 231, Secion 60(b) as amended) for defendant Tufts University |
| 03/06/2006 | 19 | School of Medicine (Henry, J) Dated 3/6/06 Notice sent 3/07/06 |
| 03/06/2006 | 20 | Finding of the Medical Malpractice Tribunal (Pursuant to M.G.L. |
| 03/06/2006 | 20 | Chapter 231, Secion 60(b) as amended) for defendant Framingham Union |
| 03/06/2006 | 20 | Hospital (Henry, J) Dated 3/6/06 Notice sent 3/07/06 |
| 03/06/2006 | 21 | Finding of the Medical Malpractice Tribunal (Pursuant to M.G.L. |
| 03/06/2006 | 21 | Chapter 231, Secion 60(b) as amended) for defendant Leonard Morse |
| 03/06/2006 | 21 | Hospital (Henry, J) Dated 3/6/06 Notice sent 3/07/06 |
| 03/06/2006 | 22 | Finding of the Medical Malpractice Tribunal (Pursuant to M.G.L. |
| 03/06/2006 | 22 | Chapter 231, Secion 60(b) as amended) for defendant MetroWest Medical |
| 03/06/2006 | 22 | Center (Henry, J) Dated 3/6/06 Notice sent 3/07/06 |
| 03/20/2006 | 23 | Motion to reduce bond (w/o opposition) |
| 03/20/2006 | 24 | Opposition to "Finding of the Medical Malpractice Tribunal " |
| 03/21/2006 |  | MOTION (P#23- DENIED ([Henry, J)Notices mailed 3/21/06 |
| 03/21/2006 | 25 | ORDER: After a Medical Malpractice Tribunal hearing in Suffolk |
| 03/21/2006 | 25 | Superior Court: The Above entitled action is hereby Ordered returned |
| 03/21/2006 | 25 | to the United States District Court: Docket #05-10798-WGY, (Spurlock, |
| 03/21/2006 | 25 | J.) Notice sent 3/21/06 |
| 03/21/2006 |  | TRANSFERRED to USDC |

# Exhibit C

# United States Court of Appeals
## For the First Circuit

———————————

No. 06-1473

DONALD S. KOBACK,

Plaintiff, Appellant,

v.

METROWEST MEDICAL CENTER, ET AL.,

Defendants, Appellees.

———————————

ORDER OF COURT

Entered: April 12, 2006

Plaintiff's motion to reduce bond is denied.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
        Chief Deputy Clerk.

[cc: Messrs: Koback, Griffin, Guekguezian, Halpern, Ms. Feinberg, Ms. Jensen and Ms. Buell]