UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD S. KOBACK,<br>plaintiff,<br>pro se<br><br>v.<br><br>MetroWest Medical Center, et. al.<br>defendant(s) | U.S. DISTRICT COURT<br>CASE No.: 1:05-cv-10798<br><br>SUPREME JUDICIAL COURT<br>OF MASSACHUSETTS<br>No.: 2005-172 |

## OFFER OF SETTLEMENT (PURSUANT TO U.S. DISTRICT COURT (MASSACHUSETTS) LOCAL RULE 16.1 (C)
(N.B.: OBJECTION PRECEDES OFFER TO SETTLE)

NOW COMES THE PLAINTIFF, DONALD S. KOBACK, PRO SE, OF 195 SUNNYSIDE AVENUE, WOONSOCKET, RHODE ISLAND, U.S.A., WHOM, PURSUANT TO UNITED STATES DISTRICT COURT (MASSACHUSETTS) LOCAL RULE 16.1 (C), OFFERS TO SETTLE THIS CASE (SAID OFFER EXPIRES ON AUGUST 31, 2006) WITH THE DEFENDANT(S) MetroWest Medical Center, et. al. IN THE AMOUNT OF EIGHT MILLION SEVEN HUNDRED THOUSAND DOLLARS and ZERO ZERO CENTS ($8,700,000.00 U.S.A. CURRENCY OR CASH EQUIVALENT) IN THE AGGREGATE PAYABLE IN 1 (ONE) LUMP SUM TO DONALD S. KOBACK. THIS OFFER EXPIRES ON AUGUST 31, 2006.

RESPECTFULLY SUBMITTED,

*Donald S. Koback*
DONALD S. KOBACK
PLAINTIFF, PRO SE

DATED: AUGUST 10, 2006