UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Donald S. Koback
plaintiff,
pro se

v.

MetroWest Medical Center, et.al
defendants

OBJECTION

To Scheduling Conferenced Local Rule

Now comes the plaintiff, Donald S. Koback, who objects as follows:

1. LOCAL RULES OF THE DISTRICT COURT OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS. SAID RULES IN THEIR ENTIRED ARE UTILIZED AND/OR DEPLOYED IN VIOLATION OF THE Equal Protection Clause of the 14th Amendment incorporated into the Fifth Amendment and the "due process" clause of the 5th. and 14th Amendments (and) being different in every and each district must be struck down in their entirety. Plaintiff also points out that there is no "savings" clause so that if any part of said "Local Rules" (see above) shall be unlawful or unconstitutional, said Local Rules must ruled as null and void;

2. Pursuant to Local Rule 16.1(A), this scheduling conference is "inappropriate", plaintiff poiNTiNG to all of the categories 150 through, and up to and inCLuDiNG 900;

3. Pursuant to Local Rule 16.1(A), said "scheduling conference is "impracticable" to numerous to list in this short time allowed plaintiff;

4. Said Local Rules must be ruled unconstitutional and illegal as violative of plaintiff's 1st., 5th., 7th., and 14th. AMENDMENT rights, privileges, and immunities

5. THIS OBJECTION PRECEDES PLAINTIFF'S "OFFER TO SETTLE" PURSUANT TO LOCAL

RULE 16.1, Relation back.

Respectfully Submitted,

*Donald S. Koback*

Donald S. Koback

August 11, 2006