# Certificate of Service
## (Documents Served to Known Addresses of Lawyers of Record)

I, Donald S. Koback, plaintiff, U.S. District Court (No. 1:05-cv-10798) and Supreme Judicial Court (Massachusetts) No. 2005-172, Donald S. Koback, plaintiff, pro se' v. MetroWest Medical Center, et.al., do hereby certify that I have served by First Class Mail, Postage Prepaid (U.S.P.S.) the subsequently described documents to the addresses (locations) of the known lawyers of record so indicated. Documents served shall be listed first. Date served: August 11, 2006. Lawyers of Record Served shall be listed second.

## Documents:

1. OFFER OF SETTLEMENT (PURSUANT TO U.S. DISTRICT COURT (MASSACHUSETTS) LOCAL RULE 16.1(c))

DSK 8-11-2006  2. OBJECTION TO SCHEDULING CONFERENCE Local Rule

DSK 8-11-2006 No. 2 before 1   No. 2 before 1

Continued next page

LAWYERS OF RECORD (COURTS)

1. CLERK-MAGISTRATE
   SUPERIOR COURT
   3 PEMBERTON SQUARE
   12th. FLOOR
   BOSTON, MASSACHUSETTS 02108;
2. DANIEL J. GRIFFIN
   MARTIN, MAGNUSON, McCARTHY and KENNEY
   7th. FLOOR, 101 Merrimac St.
   Boston, Massachusetts 02215;
3. LYNDA R. JENSEN
   MARTIN, MAGNUSON, McCARTHY + KENNEY
   101 Merrimac St., 7th. FLOOR
   BOSTON, MASSACHUSETTS 02215;
4. JOSEPH D. HALPERN
   LAW DEPT
   BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS
   401 PARK DRIVE
   BOSTON, MA. 02215;
5. Judith Feinberg
   Adler, Cohen, Harvey, Wakeman and Guekguezian LLP
   75 Federal St.
   Boston, Ma. 02110;
6. A. Bernard Guekguezian
   ADLER, COHEN, HARVEY, WAKEMAN and GUEKGEUZIAN LLP
   75 Federal St.
   Boston, Ma. 02110;

continued next page

7. LYNDA JENSEN
   MARTIN, MAGNUSON, McCARTHY and KENNEY
   7th. FLOOR, 101 Merrimac St.
   Boston, Ma. 02115;

8. DANIEL J. GRIFFIN, JR.
   MARTIN, MAGNUSON, McCARTHY and KENNEY
   7th. FLOOR
   101 Merrimac St.
   Boston, Ma. 02115;

9. BARBARA HAYES BUELL
   BLOOM and BUELL
   1340 SOLDIERS FIELD ROAD
   BOSTON, MA 02135-1020;

10. MATTHEW R. CONNORS
    FICKSMAN & CONLEY LLP
    (FICKSMAN and CONLEY LLP)
    98 N. WASHINGTON ST., SUITE 500
    BOSTON, MA. 02114

11. DAVID M. GOULD
    FICKSMAN & CONLEY LLP
    (FICKSMAN and CONLEY LLP)
    98 N. WASHINGTON ST.
    SUITE 500
    Boston, Ma. 02114

SIGNED UNDER PAINS AND PENALTIES OF PERJURY

8-11-2006
DSK

8-11-2006
DSK

Donald A. Lurbach [signature]
DONALD S. KOBACK
AUGUST 11, 2006