U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Division                                              Docket No.  10798-WGY

_____
DONALD S. KOBACK, *pro se*                    )
      Plaintiff,                                       )
                                                              )
v.                                                            )
                                                              )
JOHN P. LONG, JR., M.D., ET AL.,              )
      Defendant.                                    )
_____)


**DEFENDANT  JOHN P. LONG, Jr., M.D.'S MOTION FOR ENTRY OF FINAL AND SEPARATE JUDGMENT PURSUANT TO FED.R.CIV.PRO. 54(b)**

      The Defendant John P. Long, Jr., M.D. hereby moves that this Court enter final and separate judgment pursuant to Fed.R.Civ.Pro. 54(b), discharging him from any and all present or future claims or demands that may exist or arise out of the above referenced cause of action.  As grounds therefore, the defendant relies upon the Order of this Honorable Court allowing his Motion to Dismiss for failure to post bond, issued August 18, 2006.

                                                                                  The Defendant,
                                                                                    JOHN P. LONG, JR., M.D.
                                                                                    By his Attorneys,

                                                                                    <s>

                                                                                    _____
                                                                                  Bernard Guekguezian, BBO #559191
                                                                                  Judith Feinberg, BBO #647511
                                                                                  Adler, Cohen, Harvey, Wakeman
                                                                                   & Guekguezian, LLP
                                                                                  75 Federal Street, Tenth Floor
                                                                                  Boston, MA  02110
                                                                                  (617) 423-6674

Dated: