**UNITED STATES DISTRICT COURT**
**IN AND FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| DONALD S. KOBACK, | ) | |
|    Plaintiff/Pro Se | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. 05-CV-10798-WGY |
| | ) | |
| METROWEST MEDICAL CENTER, | ) | |
| LEONARD MORSE HOSPITAL, | ) | |
| FRAMINGHAM UNION HOSPTIAL, NEW | ) | |
| ENGLAND MEDICAL CENTER, TUFTS | ) | |
| UNIVERSITY SCHOOL OF MEDICINE, | ) | |
| HMO BLUE OF MASSACHUSETTS, BLUE | ) | |
| CROSS BLUE SHIELD OF MASS, | ) | |
| EMANUEL FRIEDMAN, M.D., JOHN P. | ) | |
| LONG, M.D., and EROL ONEL, M.D., | ) | |
|    Defendants | ) | |

**MOTION OF THE DEFENDANTS, EROL ONEL, M.D. AND THE NEW ENGLAND
MEDICAL CENTER, TO DISMISS THE CLAIMS OF THE PLAINTIFF, DONALD S.
KOBACK, IN LIGHT OF HIS FAILURE TO COMPLY WITH ORDER FOR BOND**

      Now come the defendants, Erol Onel, M.D. ("Dr. Onel") and the New England Medical

Center ("NEMC"), and move this Honorable Court to dismiss with prejudice each and every

claim of the plaintiff, Donald S. Koback against Dr. Onel and NEMC, in light of his failure to

post a bond as ordered by the court and to enter separate and final judgment against the plaintiff

and in favor of both defendants.  As grounds for this motion, the defendants state as follows:

**I.     FACTUAL BACKGROUND**

      On April 12, 2005, the plaintiff filed this action alleging that Dr. Onel, NEMC, and the

other named defendants provided negligent medical care and treatment to him and that he

suffered injuries as a result.  The plaintiff is (or was) admitted to the Massachusetts bar, and now

acts *pro se* in this matter.

On July 21, 2005, upon motion of each defendant, this Court entered an order referring the case to the Superior Court Department of the Commonwealth of Massachusetts in order to convene the medical malpractice tribunal mandated pursuant to Mass. Gen. Laws ch. 231, § 60B. On March 2, 2006, the Superior Court convened the medical malpractice tribunal. After reviewing the plaintiff's offer of proof and after hearing oral argument by the parties, the tribunal panel found that the evidence presented was not sufficient to raise a legitimate question of liability appropriate for judicial inquiry as to any defendant, including Dr. Onel and NEMC. On March 7, 2006, the tribunal's finding entered on the Superior Court's docket and that court sent notice to all parties. (See Findings of the Medical Malpractice Tribunal as to Dr. Onel and NEMC, attached collectively as Exhibit A.) Pursuant to the terms of the statute, the plaintiff was directed to post a bond of $6,000 within thirty (30) days. See id. On or about March 20, 2006, the plaintiff filed a motion to reduce the bond in the Superior Court and that court denied his motion. (See electronic docket of the Superior Court attached as Exhibit B at Paper No. 23.) The Superior Court closed its docket and referred this matter back to this Honorable Court. (See Exhibit B at Paper No. 25.)

On or about March 23, 2006, the plaintiff forwarded a cashier's check for $6,000 to the Clerk of the Courts for the United States District Court in lieu of the required bond, and this Court returned the check to the plaintiff as an improper filing. The plaintiff did not file the required bond. Instead, the plaintiff directed his motion to reduce the bond to the First Circuit Court of Appeals, where his appeal on another interlocutory matter was pending. On April 12, 2006, the First Circuit denied the plaintiff's motion to reduce the bond. (See Order of the First Circuit attached as Exhibit C.)

The plaintiff thereafter filed with this Court a series of motions, including a motion for additur, motion nunc pro tunc, motion to set aside, and others seeking miscellaneous relief. (See excerpt of electronic docket of this Honorable Court attached as Exhibit D at Paper Nos. 80 through 85.) The language contained within at least one motion sought reduction in the amount of the statutory bond. On March 28, 2006, this Honorable Court denied all of the plaintiff's motions. (See Exhibit D.) The plaintiff filed an interlocutory appeal with the First Circuit, purportedly appealing the "dismissal" of his case. On May 26, 2006, the First Circuit dismissed the plaintiff's appeal, noting that his case had not been dismissed by this Court. (See Dismissal attached as Exhibit E.) The plaintiff petitioned for rehearing *en banc*, and on June 2, 2006, the First Circuit denied that petition. (See Order attached as Exhibit F.) The plaintiff has taken no action regarding the bond since that time.

## II.    ARGUMENT

The General Laws of this Commonwealth state that "if a finding is made for the defendant . . . the plaintiff may pursue the claim through the usual judicial process only upon filing bond in the amount of six thousand dollars in the aggregate secured by cash or its equivalent with the clerk of the court in which the case is pending . . . ." Mass. Gen. Laws ch. 231, § 60B. The statutory language further instructs that unless the plaintiff posts the bond within thirty (30) days of the tribunal's finding in favor of the defendant, the complaint must be dismissed. Id.; Austin v. Boston Univ. Hosp., 372 Mass. 654 (1977). A plaintiff may file a motion to reduce bond, which stays his obligation to post only until the court has issued a ruling on that motion. See St. Germain v. Pfeiffer, 418 Mass. 511, 521 (1994).

To date – now more than five (5) months since the Superior Court first ordered the plaintiff to post bond – the plaintiff has failed to do so. As of the date of drafting of this motion (August 18, 2006), the plaintiff has not posted any bond with the clerk of the Superior Court (Exhibit B) nor with this Honorable Court (see Exhibit D). Instead, the plaintiff has filed various motions with this Honorable Court and various appeals with the First Circuit.

More than thirty (30) days has passed since (1) the date the Superior Court docketed the tribunal's findings in favor of the defendants; (2) the Superior Court denied the plaintiff's motion to reduce the bond; (3) the First Circuit denied the plaintiff's motion to reduce the bond; (4) this Honorable Court denied the plaintiff's motion for additur, motion nunc pro tunc, motion to set aside, and other motions for miscellaneous relief; (5) the First Circuit denied the plaintiff's interlocutory appeal; and (6) the First Circuit denied the plaintiff's petition for rehearing *en banc*.

Pursuant to the terms of the statutory and case law of this Commonwealth – even when considering the chains of motions, denials, and appeals in terms most favorable to the plaintiff – the plaintiff has failed to post the required bond. As a result, this Honorable Court should dismiss with prejudice each and every claim the plaintiff has asserted against Dr. Onel and NEMC, and should enter separate and final judgment against the plaintiff and in favor of the defendants.

### III.     CONCLUSION

For all of the reasons set forth above, the defendants, Erol Onel, M.D. and the New England Medical Center, respectfully request that this Honorable Court dismiss with prejudice each and every claim of the plaintiff against the defendants in light of his failure to post the bond mandated pursuant to Mass. Gen. Laws ch. 231, § 60B within the established thirty (30) day time period. The defendants further request that separate and final judgment enter against the plaintiff and in favor of the defendants. (See Proposed Order attached as Exhibit G.)

Respectfully submitted,

MARTIN, MAGNUSON, McCARTHY
  & KENNEY

/s/ Lynda Riesgo Jensen
_____
Daniel J. Griffin, B.B.O. No. 211300
Lynda Riesgo Jensen, B.B.O. No. 652498
Attorneys for the Defendants, Erol Onel, M.D. and
the New England Medical Center
101 Merrimac Street
Boston MA 02114
617-227-3240
lriesgo@mmmk.com

## CERTIFICATE OF SERVICE

I, Lynda Riesgo Jensen, counsel for the defendants, Erol Onel, M.D. and New England Medical Center, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the 22nd day of August, 2006.

Barbara Hayes Buell, Esq.
Chad Broulliard, Esq.
Bloom and Buell
1340 Soldiers Field Road
Boston, MA  02135
bhb@bloombuell.com
  Attorney for defendant,
  Metrowest
Electronically and by U.S. mail

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman
  & Guekguezian
75 Federal Street
jf@achwg.com
Boston, MA  02110
Attorney for defendant, John P. Long
Electronically and by U.S. mail

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI  02895
  *Pro Se* Plaintiff
By U.S. mail only

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA  02114
mconnors@ficksmanconley.com
Attorney for defendant Emanuel Friedman
Electronically and by U.S. mail

/s/ Lynda Riesgo Jensen
_____
Daniel J. Griffin, B.B.O. No. 211300
Lynda Riesgo Jensen, B.B.O. No. 652498
Attorney for the Defendants, Erol Onel, M.D. and
the New England Medical Center
101 Merrimac Street
Boston MA 02114
617-227-3240
lriesgo@mmmk.com

6

Notice sent
3/07/2006
B. H. B.
B. & B.
D. S. K.
S. J. G., JR.

L.G.R.J.
M.,M.Mc. & K.
A.B.G.
J.F.
A.,C.,W. & G.

**Commonwealth of Massachusetts**
**County of Suffolk**
**The Superior Court**

3.7~

CIVIL DOCKET# SUCV2005-03084

Donald S Koback

vs.

Erol Onel M.D.

(sc)

### FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL
(Pursuant to M.G.L. Chapter 231, Section 60(b) as amended)

The above entitled action came on for hearing before the appointed medical tribunal on **03/06/2006**, and was argued by counsel, and thereupon, upon consideration thereof, the plaintiff(s) offer of proof, pleadings, hospital records and other documents presented, the tribunal finds:

*(1) For the plaintiff(s) _____ and that the evidence presented if properly substantiated is sufficient to raise a legitimate question of liability appropriate for judicial inquiry.

*(2) For defendant(s) _____because the plaintiff(s)_____ action is merely an unfortunate medical result.

If a finding is made for the defendant or defendants in the above entitled action **the plaintiff may pursue the claim through the usual judicial process only upon filing bond in the amount of Six Thousand ($6,000.00) Dollars in the aggregate** secured by cash or its equivalent with the Clerk/Magistrate of this court, payable to the defendant or defendants in said action for costs assessed, including witness and expert fees and attorneys fees if the plaintiff(s) does/do not prevail in the final judgment. The presiding justice may, withing his/her discretion, increase the amount of the bond required to be filed. **If said bond is not posted within thirty (30) days of the tribunal's finding the action shall be dismissed.** Upon motion filed by the plaintiff(s), and a determination by the court that the plaintiff(s) is/are indigent said justice may reduce the amount of the bond but may not eliminate the requirement thereof.

Dated: **03/06/2006**

Justice of the Superior Court

Associate Justice of the Superior Court Dept.

Legal Member:

Attorney - Tribunal Member

Medical Member:

*Physician - Tribunal Member
*Health Care Provider - Tribunal Member

**strike inapplicable words**

cm

**Commonwealth of Massachusetts**
**County of Suffolk**
**The Superior Court**

3.7√

CIVIL DOCKET# **SUCV2005-03084**

Donald S Koback

vs.

New England Medical Center

Notice sent
to all parties
3/07/2006
(eight findings)

**FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL**
(Pursuant to M.G.L. Chapter 231, Section 60(b) as amended)

(sc)

The above entitled action came on for hearing before the appointed medical tribunal on **03/06/2006**, and was argued by counsel, and thereupon, upon consideration thereof, the plaintiff(s) offer of proof, pleadings, hospital records and other documents presented, the tribunal finds:

*(1) For the plaintiff(s) _____and that the evidence presented if properly substantiated is sufficient to raise a legitimate question of liability appropriate for judicial inquiry.

*(2) For defendant(s) _____ because the plaintiff(s)_____ action is merely an unfortunate medical result.

If a finding is made for the defendant or defendants in the above entitled action **the plaintiff may pursue the claim through the usual judicial process only upon filing bond in the amount of Six Thousand ($6,000.00) Dollars in the aggregate** secured by cash or its equivalent with the Clerk/Magistrate of this court, payable to the defendant or defendants in said action for costs assessed, including witness and expert fees and attorneys fees if the plaintiff(s) does/do not prevail in the final judgment. The presiding justice may, withing his/her discretion, increase the amount of the bond required to be filed. **If said bond is not posted within thirty (30) days of the tribunal's finding the action shall be dismissed.** Upon motion filed by the plaintiff(s), and a determination by the court that the plaintiff(s) is/are indigent said justice may reduce the amount of the bond but may not eliminate the requirement thereof.

Dated: **03/06/2006**

Justice of the Superior Court

Legal Member:

Medical Member:

**\*strike inapplicable words**

cm

Associate Justice of the Superior Court Dept.

Attorney - Tribunal Member

*Physician - Tribunal Member
*Health Care Provider - Tribunal Member

## Commonwealth of Massachusetts
## SUFFOLK SUPERIOR COURT
## Case Summary
## Civil Docket

# Koback v MetroWest Medical Center et al

Details for Docket: SUCV2005-03084

## Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | SUCV2005-03084 | **Caption:** | Koback v MetroWest Medica Center et al |
| **Filing Date:** | 07/25/2005 | **Case Status:** | Disposed: transferred to other court |
| **Status Date:** | 03/21/2006 | **Session:** | Civil C, 3 Pemberton Sq, Boston |
| **Lead Case:** | NA | **Case Type:** | Med malpractice hrg only (231,60B) |

## Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | X | **Discovery:** | |
| **Service Date:** | | **Disposition:** | 02/20/2006 |
| **Rule 15:** | | **Rule 12/19/20:** | |
| **Final PTC:** | | **Rule 56:** | |
| **Answer Date:** | | **Jury Trial:** | YES |

## Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | SUCV2005-03084 | **Caption:** | Koback v MetroWest Medica Center et al |
| **Filing Date:** | 07/25/2005 | **Case Status:** | Disposed: transferred to other court |
| **Status Date:** | 03/21/2006 | **Session:** | Civil C, 3 Pemberton Sq, Boston |
| **Lead Case:** | NA | **Case Type:** | B06 |

## Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | X | **Discovery:** | |
| **Service Date:** | | **Disposition:** | 02/20/2006 |
| **Rule 15:** | | **Rule 12/19/20:** | |
| **Final PTC:** | | **Rule 56:** | |
| **Answer Date:** | | **Jury Trial:** | YES |

# Parties Involved

11 Parties Involved in Docket: SUCV2005-03084

| **Party Involved:** | | **Role:** | Defendant |
|---|---|---|---|
| **Last Name:** | Blue Cross and Blue Shield of Massachusetts | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| **Party Involved:** | | **Role:** | Defendant |
|---|---|---|---|
| **Last Name:** | Framingham Union Hospital | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| **Party Involved:** | | **Role:** | Defendant |
|---|---|---|---|
| **Last Name:** | Friedman M.D. | **First Name:** | Emanuel |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| **Party Involved:** | | **Role:** | Defendant |
|---|---|---|---|
| **Last Name:** | HMO Blue of Massachusetts | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| **Party Involved:** | | **Role:** | Defendant |
|---|---|---|---|
| **Last Name:** | Leonard Morse Hospital | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |

Telephone:

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Long M.D. | **First Name:** | John P |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | MetroWest Medical Center | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | New England Medical Center | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Onel M.D. | **First Name:** | Erol |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Tufts University School of Medicine | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |

**Telephone:**

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Koback | **First Name:** | Donald S |
| **Address:** | 195 Sunnyside Avenue | **Address:** | |
| **City:** | Woonsocket | **State:** | RI |
| **Zip Code:** | 02895 | **Zip Ext:** | |
| **Telephone:** | 401-762-2460 | | |

## Attorneys Involved

7 Attorneys Involved for Docket: SUCV2005-03084

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MART01 |
| **Last Name:** | Griffin Jr | **First Name:** | Daniel J |
| **Address:** | 101 Merrimac Street | **Address:** | 7th Floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | 4716 |
| **Telephone:** | 617-227-3240 | **Tel Ext:** | |
| **Fascimile:** | 617-227-3346 | **Representing:** | New England Medical Center, (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MART01 |
| **Last Name:** | Riesgo Jensen | **First Name:** | Lynda G |
| **Address:** | 101 Merrimac Street | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | 4716 |
| **Telephone:** | 617-227-3240 | **Tel Ext:** | |
| **Fascimile:** | 617-227-3346 | **Representing:** | New England Medical Center, (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MART01 |
| **Last Name:** | Griffin Jr | **First Name:** | Daniel J |
| **Address:** | 101 Merrimac Street | **Address:** | 7th Floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | 4716 |

| | | | |
|---|---|---|---|
| **Telephone:** | 617-227-3240 | **Tel Ext:** | |
| **Fascimile:** | 617-227-3346 | **Representing:** | Onel M.D., Erol (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MART01 |
| **Last Name:** | Riesgo Jensen | **First Name:** | Lynda G |
| **Address:** | 101 Merrimac Street | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | 4716 |
| **Telephone:** | 617-227-3240 | **Tel Ext:** | |
| **Fascimile:** | 617-227-3346 | **Representing:** | Onel M.D., Erol (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | BLOO02 |
| **Last Name:** | Buell | **First Name:** | Barbara H |
| **Address:** | 1340 Soldiers Field Road | **Address:** | Suite 2 |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02135 | **Zip Ext:** | 1020 |
| **Telephone:** | 617-254-4400 | **Tel Ext:** | |
| **Fascimile:** | 617-254-7610 | **Representing:** | MetroWest Medical Center, (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | ANDE10 |
| **Last Name:** | Guekguezian | **First Name:** | A Bernard |
| **Address:** | 75 Federal Street | **Address:** | 10th Floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | |
| **Telephone:** | 617-423-6674 | **Tel Ext:** | |
| **Fascimile:** | 617-423-7152 | **Representing:** | Long M.D., John P (Defendant |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | ANDE10 |
| **Last Name:** | Feinberg | **First Name:** | Judith |
| **Address:** | 75 Federal Street | **Address:** | 10th Floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | |
| **Telephone:** | 617-423-6674 | **Tel Ext:** | |
| **Fascimile:** | 617-423-7152 | **Representing:** | Long M.D., John P (Defendant |

## Calendar Events

1 Calendar Events for Docket: SUCV2005-03084

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|-----|-------------|-------------|-----------------|------|---------------|
| 1 | 03/06/2006 | 14:00 | Malpractice tribunal | G | Event held as scheduled |

## Full Docket Entries

61 Docket Entries for Docket: SUCV2005-03084

| Entry Date: | Paper No: | Docket Entry: |
|-------------|-----------|---------------|
| 07/25/2005 | | Medical malpractice hearing only (231,60B); docket#05-10798-WGY |
| 07/25/2005 | | pending in U.S. District Court |
| 07/25/2005 | | Origin 91, Type Z01, Track X. |
| 07/25/2005 | 1 | Certified copy of Complaint & Jury demand |
| 07/25/2005 | 2 | Certified copy of Amended complaint & Jury demand |
| 07/25/2005 | 3 | Certified copy of ANSWER & Jury demand: Defendant New England Medical |
| 07/25/2005 | 3 | Center (all issues) |
| 07/25/2005 | 4 | Certified copy of ANSWER & Jury demand: Defendant Erol Onel M.D. (all |
| 07/25/2005 | 4 | issues) |
| 07/25/2005 | 5 | Certified copy of ANSWER & Jury demand: Defendant MetroWest Medical |
| 07/25/2005 | 5 | Center (all issues) |
| 07/25/2005 | 6 | Certified copy of ANSWER: Defendant John P Long M.D. (all issues) |
| 07/25/2005 | 7 | Certified copy of ORDER: Pursuant to the request made on July 20, |
| 07/25/2005 | 7 | 2005 at the Motion Hearing, that this case be referred to a Medical |
| 07/25/2005 | 7 | Malpractice Tribunal, it is Ordered that the matter against |
| 07/25/2005 | 7 | defendants MetrWest Medical Center, Leonard Morse Hospital, |
| 07/25/2005 | 7 | Framingham Union Hospital, New England Medical Center, Tufts |
| 07/25/2005 | 7 | University School of Medicine, M.D. Emanuel Friedman, M.D. John P |
| 07/25/2005 | 7 | Long, Erol Onel, be referred to the Medical Malpractice Tribunal for |
| 07/25/2005 | 7 | the Suffolk County Superior Court (Young, C.J.) |
| 07/25/2005 | 8 | Attested copy of docket entries received from U.S. District Crt |
| 07/25/2005 | 9 | Civil action cover sheet re: Malpractice |
| 09/01/2005 | 10 | Request for medical malpractice tribunal filed by New England Medical |
| 09/01/2005 | 10 | Center |
| 09/01/2005 | 11 | Request for medical malpractice tribunal filed by Erol Onel M.D. |
| 02/09/2006 | 12 | Offer of proof of plff |
| 02/14/2006 | 13 | Court received Objection #C of plff |
| 02/28/2006 | 14 | Donald S Koback's affidavit of written notice of intent to offer |

| | | |
|---|---|---|
| 02/28/2006 | 14 | medical bills as evidence, pursuant to MGLc 233, sec 79G |
| 03/06/2006 | 15 | Finding of the Medical Malpractice Tribunal (Pursuant to M.G.L. |
| 03/06/2006 | 15 | Chapter 231, Secion 60(b) as amended) for defendant Emanuel Friedman |
| 03/06/2006 | 15 | M.D. (Henry, J) Dated 3/6/06 Notice sent 3/07/06 |
| 03/06/2006 | 16 | Finding of the Medical Malpractice Tribunal (Pursuant to M.G.L. |
| 03/06/2006 | 16 | Chapter 231, Secion 60(b) as amended) for defendant John P Long M.D. |
| 03/06/2006 | 16 | (Henry, J) Dated 3/6/06 Notice sent 3/07/06 |
| 03/06/2006 | 17 | Finding of the Medical Malpractice Tribunal (Pursuant to M.G.L. |
| 03/06/2006 | 17 | Chapter 231, Secion 60(b) as amended) for defendant Erol Onel M.D. |
| 03/06/2006 | 17 | (Henry, J) Dated 3/6/06 Notice sent 3/07/06 |
| 03/06/2006 | 18 | Finding of the Medical Malpractice Tribunal (Pursuant to M.G.L. |
| 03/06/2006 | 18 | Chapter 231, Secion 60(b) as amended) for defendant New England |
| 03/06/2006 | 18 | Medical Center (Henry, J) Dated 3/6/06 Notice sent 3/07/06 |
| 03/06/2006 | 19 | Finding of the Medical Malpractice Tribunal (Pursuant to M.G.L. |
| 03/06/2006 | 19 | Chapter 231, Secion 60(b) as amended) for defendant Tufts University |
| 03/06/2006 | 19 | School of Medicine (Henry, J) Dated 3/6/06 Notice sent 3/07/06 |
| 03/06/2006 | 20 | Finding of the Medical Malpractice Tribunal (Pursuant to M.G.L. |
| 03/06/2006 | 20 | Chapter 231, Secion 60(b) as amended) for defendant Framingham Union |
| 03/06/2006 | 20 | Hospital (Henry, J) Dated 3/6/06 Notice sent 3/07/06 |
| 03/06/2006 | 21 | Finding of the Medical Malpractice Tribunal (Pursuant to M.G.L. |
| 03/06/2006 | 21 | Chapter 231, Secion 60(b) as amended) for defendant Leonard Morse |
| 03/06/2006 | 21 | Hospital (Henry, J) Dated 3/6/06 Notice sent 3/07/06 |
| 03/06/2006 | 22 | Finding of the Medical Malpractice Tribunal (Pursuant to M.G.L. |
| 03/06/2006 | 22 | Chapter 231, Secion 60(b) as amended) for defendant MetroWest Medical |
| 03/06/2006 | 22 | Center (Henry, J) Dated 3/6/06 Notice sent 3/07/06 |
| 03/20/2006 | 23 | Motion to reduce bond (w/o opposition) |
| 03/20/2006 | 24 | Opposition to "Finding of the Medical Malpractice Tribunal " |
| 03/21/2006 | | MOTION (P#23- DENIED ([Henry, J)Notices mailed 3/21/06 |
| 03/21/2006 | 25 | ORDER: After a Medical Malpractice Tribunal hearing in Suffolk |
| 03/21/2006 | 25 | Superior Court: The Above entitled action is hereby Ordered returned |
| 03/21/2006 | 25 | to the United States District Court: Docket #05-10798-WGY, (Spurlock, |
| 03/21/2006 | 25 | J.) Notice sent 3/21/06 |
| 03/21/2006 | | TRANSFERRED to USDC |

# United States Court of Appeals
## For the First Circuit

––––––––––––––––––

No. 06-1473

DONALD S. KOBACK,

Plaintiff, Appellant,

v.

METROWEST MEDICAL CENTER, ET AL.,

Defendants, Appellees.

––––––––––––––––––

ORDER OF COURT

Entered: April 12, 2006

Plaintiff's motion to reduce bond is denied.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
            Chief Deputy Clerk.

[cc: Messrs: Koback, Griffin, Guekguezian, Halpern, Ms. Feinberg, Ms. Jensen and Ms. Buell]



## United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10798-WGY

Koback v. Metrowest Medical Center et al
Assigned to: Judge William G. Young
Cause: 28:1331 Fed. Question: Medical Malpractice

Date Filed: 04/12/2005
Jury Demand: Both
Nature of Suit: 362 Personal Inj. Med. Malpractice
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 03/23/2006 | 80 | MOTION to Set Aside Findings of the Medical Malpractice Tribunal by Donald S. Koback.(Paine, Matthew) (Entered: 03/23/2006) |
| 03/23/2006 | 81 | MOTION for New Trial by Donald S. Koback.(Paine, Matthew) (Entered: 03/23/2006) |
| 03/23/2006 | 82 | MOTION for Directed Verdict in Plaintiff's Favor by Donald S. Koback. (Paine, Matthew) (Entered: 03/23/2006) |
| 03/23/2006 | 83 | MOTION for Judgment Not With Standing the Verdict or Judgement of Dismissal. by Donald S. Koback.(Paine, Matthew) (Entered: 03/23/2006) |
| 03/23/2006 | 84 | MOTION for an Auditor by Donald S. Koback.(Paine, Matthew) (Entered: 03/23/2006) |
| 03/23/2006 | 85 | MOTION (Nunc Pro Tunc) by Donald S. Koback.(Paine, Matthew) (Entered: 03/23/2006) |
| 03/23/2006 | 86 | FINDINGS of the MEDICAL MALPRACTICE TRIBUNAL. "After a Medical Malpractice Tribunal Hearing in Suffolk Superior Court: The Above Entitled Action is Hereby Ordered Returned to the United States District Court." (Paine, Matthew) (Entered: 03/23/2006) |
| 03/24/2006 | 87 | Opposition re 80 MOTION to Set Aside, 81 MOTION for New Trial, 82 MOTION for Directed Verdict, 83 MOTION for Judgment NOV, 84 MOTION, 85 MOTION filed by John P. Long. (Feinberg, Judith) Additional attachment(s) added on 3/28/2006 (Paine, Matthew). (Entered: 03/24/2006) |
| 03/24/2006 | | Filing fee: $ 255.00, receipt number 71294 for 74 Notice of Appeal. (Paine, Matthew) (Entered: 03/27/2006) |
| 03/28/2006 | | Notice of correction to docket made by Court staff. Correction: 87 Opposition to Motions 80 81 82 83 84 and 85 corrected because the Attorney Did Not Sign the Opposition Correctly. (Paine, Matthew) (Entered: 03/28/2006) |
| 03/28/2006 | | Judge William G. Young : Electronic ORDER entered DENYING 80 Motion to Set Aside, DENYING 81 Motion for New Trial, DENYING 82 Motion for Directed Verdict, DENYING 83 Motion for Judgment |

| | | |
|---|---|---|
| | | NOV, DENYING <u>84</u> Motion for an Auditor, and DENYING <u>85</u> Motion (Nunc Pro Tunc). (Paine, Matthew) (Entered: 03/28/2006) |
| 04/10/2006 | <u>88</u> | TRANSCRIPT ORDER FORM by Donald S. Koback. (Paine, Matthew) (Entered: 04/12/2006) |
| 04/11/2006 | <u>89</u> | ANSWER to Complaint with Jury Demand by Emanuel Friedman.(Paine, Matthew) (Entered: 04/12/2006) |
| 04/11/2006 | <u>90</u> | NOTICE of Appearance by Matthew R. Connors and David M. Gould on behalf of Emanuel Friedman, M.D. (Paine, Matthew) (Entered: 04/12/2006) |
| 04/12/2006 | <u>91</u> | NOTICE issued to Attorney Matthew R. Connors regarding mandatory use of ECF in compliance with Local Rule 5.4. Failure to comply may result in the imposition of sanctions. (Paine, Matthew) (Entered: 04/12/2006) |
| 05/01/2006 | <u>92</u> | CERTIFICATION of ALTERNATIVE DISPUTE RESOLUTION by Barbara Hayes Buell on behalf of Metrowest Medical Center, Leonard Morse Hospital, Framingham Union Hospital. (Paine, Matthew) (Entered: 05/01/2006) |
| 05/26/2006 | <u>93</u> | MANDATE of USCA as to <u>74</u> Notice of Appeal, filed by Donald S. Koback. DISMISSED. (Ramos, Jeanette) (Entered: 05/26/2006) |
| 05/26/2006 | | Appeal Record Returned: <u>74</u> Notice of Appeal, <u>33</u> Notice of Appeal, (Ramos, Jeanette) (Entered: 05/26/2006) |
| 08/03/2006 | <u>94</u> | MOTION to Dismiss *for Failure to Post Bond as Ordered* by John P. Long.(Feinberg, Judith) Additional attachment(s) added on 8/4/2006 (Paine, Matthew). (Entered: 08/03/2006) |
| 08/04/2006 | | Case Reopened (Smith, Bonnie) (Entered: 08/04/2006) |
| 08/04/2006 | | ELECTRONIC NOTICE of Hearing : Scheduling Conference set for 9/11/2006 02:00 PM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie) (Entered: 08/04/2006) |
| 08/04/2006 | | Remark: Exhibits (A) through (G) Added to <u>94</u> Motion to Dismiss for Failure to Post Bond as Ordered. (Paine, Matthew) (Entered: 08/04/2006) |
| 08/08/2006 | <u>95</u> | MOTION to Amend by Donald S. Koback.(Paine, Matthew) (Entered: 08/09/2006) |
| 08/08/2006 | <u>96</u> | AFFIDAVIT of Plaintiff, by Donald S. Koback. (Paine, Matthew) (Entered: 08/09/2006) |
| 08/08/2006 | <u>97</u> | Opposition re <u>94</u> MOTION to Dismiss *for Failure to Post Bond as Ordered*, filed by Donald S. Koback. (Paine, Matthew) (Entered: 08/09/2006) |
| 08/08/2006 | <u>98</u> | CERTIFICATE OF SERVICE by Donald S. Koback. (Paine, Matthew) (Entered: 08/09/2006) |
| | | |

| 08/16/2006 | 99 | MOTION to Dismiss for Failure to File Bond Pursuant to M.G.L. c. 231, 60B, by Metrowest Medical Center. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Paine, Matthew) (Entered: 08/16/2006) |
| 08/16/2006 | 100 | NOTICE issued to Attorney Barbara Hayes Buell regarding mandatory use of ECF in compliance with Local Rule 5.4. Failure to comply may result in the imposition of sanctions. (Paine, Matthew) (Entered: 08/16/2006) |
| 08/17/2006 | 101 | OFFER of SETTLEMENT, by Donald S. Koback. (Paine, Matthew) (Entered: 08/18/2006) |
| 08/17/2006 | 102 | OBJECTION to the Scheduling Conference, by Donald S. Koback. (Paine, Matthew) (Entered: 08/18/2006) |
| 08/17/2006 | 103 | CERTIFICATE OF SERVICE by Donald S. Koback. (Paine, Matthew) (Entered: 08/18/2006) |
| 08/18/2006 | | Judge William G. Young : Electronic ORDER entered GRANTING 95 Motion to Amend. (Paine, Matthew) (Entered: 08/18/2006) |
| 08/18/2006 | | Judge William G. Young : Electronic ORDER entered GRANTING 94 MOTION to Dismiss for Failure to Post Bond as Ordered, by John P. Long. (Paine, Matthew) (Entered: 08/18/2006) |
| 08/18/2006 | 104 | MOTION for Entry of Judgment under Rule 54(b) by John P. Long. (Feinberg, Judith) (Entered: 08/18/2006) |
| 08/21/2006 | 105 | MOTION for Entry of Judgment under Rule 54(b) , *Corrected Signature Line* by John P. Long.(Feinberg, Judith) (Entered: 08/21/2006) |
| 08/22/2006 | | Motions terminated: 104 MOTION for Entry of Judgment under Rule 54 (b) filed by John P. Long. Please refer to the Corrected Motion, with the Attorney Signature, Docket Entry 105. (Paine, Matthew) (Entered: 08/22/2006) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/22/2006 14:47:18 | | |
| **PACER Login:** | mm2642 | **Client Code:** Koback |
| **Description:** | Docket Report | **Search Criteria:** 1:05-cv-10798-WGY Start date: 3/23/2006 End date: 8/22/2006 |
| **Billable Pages:** | 2 | **Cost:** 0.16 |

MANDATE

# United States Court of Appeals
## For the First Circuit

––––––––––––––

No. 06-1473

DONALD S. KOBACK,

Plaintiff, Appellant,

v.

METROWEST MEDICAL CENTER, ET AL.,

Defendants, Appellees.

––––––––––––––

Before

Lipez, <u>Circuit Judge</u>,
Campbell, <u>Senior Circuit Judge</u>,
and Howard, <u>Circuit Judge</u>.

––––––––––––––

JUDGMENT

Entered: May 5, 2006

Appellant'S February 14, 2006 notice of appeal states that appellant is appealing from "the dismissal of his case." His case has not been dismissed; it remains pending in the district court. As there is not yet any final judgment or immediately appealable order, this appeal is <u>dismissed</u>.

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

*[signature]*

**Deputy Clerk**

**Date:** MAY 2 6 2006

By the Court:

Richard Cushing Donovan, Clerk.

JULIE GREGG

By:_____
                    Operations Manager.

[cc: Messrs: Koback, Griffin, Guekguezian, Halpern, Ms. Feinberg, Ms. Jensen and Buell]

# United States Court of Appeals
## For the First Circuit

———————

No. 06-1473

DONALD S. KOBACK,

Plaintiff, Appellant,

v.

METROWEST MEDICAL CENTER, ET AL.,

Defendants, Appellees.

———————

Before

Boudin, <u>Chief Judge</u>,
Campbell, <u>Senior Circuit Judge</u>,
Torruella, Selya,* Lynch, Lipez and Howard,
<u>Circuit Judges</u>.

———————

ORDER OF COURT

Entered:  June 2, 2006

Pursuant to First Circuit Internal Operating Procedure X C, the request for en banc rehearing has been treated as both a petition for rehearing en banc and for rehearing of this court's April 12, 2006 order.

The petition for rehearing having been denied by the judge who decided the motion and the petition for rehearing en banc having been submitted to the active judges of this court and a majority of the judges not having voted that the motion be heard en banc, it is ordered that the petition for rehearing and petition for rehearing



en banc be denied.

By the Court:

Richard Cushing Donovan, Clerk.

By:_____**MARGARET CARTER**_____
                    Chief Deputy Clerk.

_____
*Judge Selya is recused and did not participate in the determination of this matter.

[cc: Messrs: Koback, Griffin, Guekguezian, Halpern, Ms. Buell, Ms. Jensen and Ms. Feinberg]

**UNITED STATES DISTRICT COURT**
**IN AND FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| DONALD S. KOBACK,<br>    Plaintiff/Pro Se | )<br>)<br>) | |
| VS. | ) | CIVIL ACTION NO. 05-CV-10798-WGY |
| | ) | |
| METROWEST MEDICAL CENTER,<br>LEONARD MORSE HOSPITAL,<br>FRAMINGHAM UNION HOSPTIAL, NEW<br>ENGLAND MEDICAL CENTER, TUFTS<br>UNIVERSITY SCHOOL OF MEDICINE,<br>HMO BLUE OF MASSACHUSETTS, BLUE<br>CROSS BLUE SHIELD OF MASS,<br>EMANUEL FRIEDMAN, M.D., JOHN P.<br>LONG, M.D., and EROL ONEL, M.D.,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

**ORDER FOR DISMISSAL AND FINAL JUDGMENT**

Pursuant to the finding of the tribunal in favor of the defendants, Erol Onel, M.D. and the

New England Medical Center, on March 6, 2006, and as a result of the failure of the plaintiff,

Donald S. Koback, to post the statutory bond of $6,000.00 with the Clerk of the Court within

thirty (30) days of the tribunal finding, the plaintiff's claims against the defendants, Erol Onel,

M.D. and the New England Medical Center, are hereby dismissed in their entirety with prejudice.

In accordance with this Order, final judgment is hereby entered in favor of the

defendants, Erol Onel, M.D. and the New England Medical Center, as to all claims brought

against them by the plaintiff, Donald S. Koback.

_____

Dated: _____