UNITED STATES DISTRICT COURT

EASTERN DIVISION
Boston, Ma..

U.S. DISTRICT COURT
No: 1:05-cv-10798 WGY

SUPREME JUDICIAL COURT
No SJ-2006-C 172

DONALD S. KOBACK,
  plaintiff, pro se

v.

MetroWest Medical Center,
  et. al.,
  defendants

CERTIFICATE OF SERVICE

I, Donald S. Koback, plaintiff, appellant herein hereby certify that I have mailed (U.S.P.S.) the following documents, postage prepaid, dates of mailing, originals to courts or true and accurate photo copies on Aug 24, 2006 and true and accurate photo copies to all defendants c/o their attorneys:

A. "MOTION FOR RECONSIDERATION OF ATTORNEY JUDITH FEINBERG'S AND JOHN P. LONG, JR.'s 'Motion to Dismiss the Plaintiff's Complaint for failure to comply with Order for Bond'", and

Certificate of service

B. "PLAINTIFF DONALD S. KOBACK'S OPPOSITION TO AND AFFADAVIT IN SUPPORT OF HIS OPPOSITION, PROCEEDING PRO SE, 'MetroWest Medical Center's Motion to Dismiss for Failure to Pay Bond Pursuant to M.G.L., c 231 §60B with attached Certificate of Service.'"

to each of the defendants c/o their lawyers (names and addresses of which forwarded under separate cover with "MOTION FOR RECONSIDERATION..." etc.

I, Donald S. Koback, plaintiff, appellant hereby certify that I have mailed true and accurate photo copies which He has personally — MASTER-SERVANT — TAKEN ON THE DATES HEREIN BELOW - Aug 25, + Aug 25, 2006 SIGNED UNDER PAINS AND PENALTIES OF PERJURY.

*Donald S. Koback*
DONALD S. KOBACK
August 25, 2006