U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Division                                    Docket No.  05-10798-WGY

_____
DONALD S. KOBACK, *pro se*                    )
           Plaintiff,                               )
                                                   )
v.                                                           )
                                                   )
JOHN P. LONG, JR., M.D., ET AL.,              )
           Defendant.                           )
_____)

## OPPOSITION TO THE PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DISMISSING CLAIM FOR FAILURE TO POST BOND

NOW COMES the defendant, John P. Long, M.D., in OPPOSITION to the plaintiff's Motion for Reconsideration.  In support thereof, the defendant states as follows:

1.     This is an action for medical malpractice.

2.     Upon Motion of the Defendant, the case was transferred to state court for the limited purpose of a medical malpractice tribunal pursuant to MGL c. 231 sec. 60B.

3.     The Tribunal found that the plaintiff's Offer of Proof was not sufficient, and ordered him to post the statutory bond.

4.     The plaintiff filed a Motion to Reduce Bond, which was denied, the matter transferred back to federal court, and the docket closed.  See **Exhibit A**.

5.     On or about August 3, 2006, the defendant filed a Motion to Dismiss the case for failure to post bond in the United States District Court for the District of Massachusetts.

6.     On August 18, 2006, this Honorable Court, Young, J, presiding, allowed that Motion. See Order of the Court attached hereto as **Exhibit B**.

7.     The plaintiff has now filed the instant Motion for Reconsideration, arguing that he posted the bond as ordered.

8.     In support of his Motion for Reconsideration, the plaintiff produces a copy of a cashier's check for the amount of the bond, $6,000, purportedly "held in Treasurer's account, U.S. District Court, Boston MA" and rendering the defendant's Motion to Dismiss baseless.

9.     On information and belief, the cashier's check was returned to the plaintiff by the Clerk of Courts for the United States District Court, as a bond is required by the statute and cash or cash equivalents cannot be docketed.  (See Affidavit of Attorney Judith Feinberg, attached hereto as **Exhibit C**; transcription of voice mail message from session clerk attached hereto as **Exhibit D**).

10.    It is the defendant's position that no bond was filed, and that the plaintiff's Motion for Reconsideration should be DENIED.

WHEREFORE, for all the foregoing reasons, the Defendant respectfully requests that the plaintiff's Motion for Reconsideration be RETURNED without docketing, and in the ALTERNATIVE that it be DENIED.

The Defendant,
JOHN P. LONG, JR., M.D.
By his Attorneys,

Bernard Guekguezian, BBO #559191
Judith Feinberg, BBO #647511
Adler, Cohen, Harvey, Wakeman
& Guekguezian, LLP
75 Federal Street, Tenth Floor
Boston, MA  02110
(617) 423-6674

Dated: 8/30/06

# EXHIBIT A

# Commonwealth of Massachusetts
## SUFFOLK SUPERIOR COURT
### Case Summary
### Civil Docket

## Koback v MetroWest Medical Center et al

Details for Docket: SUCV2005-03084

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | SUCV2005-03084 | **Caption:** | Koback v MetroWest Medica Center et al |
| **Filing Date:** | 07/25/2005 | **Case Status:** | Disposed: transfered to other court |
| **Status Date:** | 03/21/2006 | **Session:** | Civil C, 3 Pemberton Sq, Boston |
| **Lead Case:** | NA | **Case Type:** | Med malpractice hrg only (231,60B) |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | X | **Discovery:** | |
| **Service Date:** | | **Disposition:** | 02/20/2006 |
| **Rule 15:** | | **Rule 12/19/20:** | |
| **Final PTC:** | | **Rule 56:** | |
| **Answer Date:** | | **Jury Trial:** | YES |

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | SUCV2005-03084 | **Caption:** | Koback v MetroWest Medica Center et al |
| **Filing Date:** | 07/25/2005 | **Case Status:** | Disposed: transfered to other court |
| **Status Date:** | 03/21/2006 | **Session:** | Civil C, 3 Pemberton Sq, Boston |
| **Lead Case:** | NA | **Case Type:** | B06 |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | X | **Discovery:** | |
| **Service Date:** | | **Disposition:** | 02/20/2006 |
| **Rule 15:** | | **Rule 12/19/20:** | |
| **Final PTC:** | | **Rule 56:** | |
| **Answer Date:** | | **Jury Trial:** | YES |

## Parties Involved

11 Parties Involved in Docket: SUCV2005-03084

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Blue Cross and Blue Shield of Massachusetts | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Framingham Union Hospital | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Friedman M.D. | **First Name:** | Emanuel |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | HMO Blue of Massachusetts | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Leonard Morse Hospital | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |

**Telephone:**

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Long M.D. | **First Name:** | John P |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | MetroWest Medical Center | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | New England Medical Center | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Onel M.D. | **First Name:** | Erol |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Tufts University School of Medicine | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |

**Telephone:**

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Koback | **First Name:** | Donald S |
| **Address:** | 195 Sunnyside Avenue | **Address:** | |
| **City:** | Woonsocket | **State:** | RI |
| **Zip Code:** | 02895 | **Zip Ext:** | |
| **Telephone:** | 401-762-2460 | | |

## Attorneys Involved

7 Attorneys Involved for Docket: SUCV2005-03084

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MART01 |
| **Last Name:** | Griffin Jr | **First Name:** | Daniel J |
| **Address:** | 101 Merrimac Street | **Address:** | 7th Floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | 4716 |
| **Telephone:** | 617-227-3240 | **Tel Ext:** | |
| **Fascimile:** | 617-227-3346 | **Representing:** | New England Medical Center, (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MART01 |
| **Last Name:** | Riesgo Jensen | **First Name:** | Lynda G |
| **Address:** | 101 Merrimac Street | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | 4716 |
| **Telephone:** | 617-227-3240 | **Tel Ext:** | |
| **Fascimile:** | 617-227-3346 | **Representing:** | New England Medical Center, (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MART01 |
| **Last Name:** | Griffin Jr | **First Name:** | Daniel J |
| **Address:** | 101 Merrimac Street | **Address:** | 7th Floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | 4716 |

| | | | |
|---|---|---|---|
| **Telephone:** | 617-227-3240 | **Tel Ext:** | |
| **Fascimile:** | 617-227-3346 | **Representing:** | Onel M.D., Erol (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MART01 |
| **Last Name:** | Riesgo Jensen | **First Name:** | Lynda G |
| **Address:** | 101 Merrimac Street | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | 4716 |
| **Telephone:** | 617-227-3240 | **Tel Ext:** | |
| **Fascimile:** | 617-227-3346 | **Representing:** | Onel M.D., Erol (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | BLOO02 |
| **Last Name:** | Buell | **First Name:** | Barbara H |
| **Address:** | 1340 Soldiers Field Road | **Address:** | Suite 2 |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02135 | **Zip Ext:** | 1020 |
| **Telephone:** | 617-254-4400 | **Tel Ext:** | |
| **Fascimile:** | 617-254-7610 | **Representing:** | MetroWest Medical Center, (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | ANDE10 |
| **Last Name:** | Guekguezian | **First Name:** | A Bernard |
| **Address:** | 75 Federal Street | **Address:** | 10th Floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | |
| **Telephone:** | 617-423-6674 | **Tel Ext:** | |
| **Fascimile:** | 617-423-7152 | **Representing:** | Long M.D., John P (Defendant |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | ANDE10 |
| **Last Name:** | Feinberg | **First Name:** | Judith |
| **Address:** | 75 Federal Street | **Address:** | 10th Floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | |
| **Telephone:** | 617-423-6674 | **Tel Ext:** | |
| **Fascimile:** | 617-423-7152 | **Representing:** | Long M.D., John P (Defendant |

# Calendar Events

1 Calendar Events for Docket: SUCV2005-03084

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|-----|-------------|-------------|-----------------|------|---------------|
| 1 | 03/06/2006 | 14:00 | Malpractice tribunal | G | Event held as scheduled |

# Full Docket Entries

61 Docket Entries for Docket: SUCV2005-03084

| Entry Date: | Paper No: | Docket Entry: |
|-------------|-----------|---------------|
| 07/25/2005 | | Medical malpractice hearing only (231,60B); docket#05-10798-WGY |
| 07/25/2005 | | pending in U.S. District Court |
| 07/25/2005 | | Origin 91, Type Z01, Track X. |
| 07/25/2005 | 1 | Certified copy of Complaint & Jury demand |
| 07/25/2005 | 2 | Certified copy of Amended complaint & Jury demand |
| 07/25/2005 | 3 | Certified copy of ANSWER & Jury demand: Defendant New England Medical |
| 07/25/2005 | 3 | Center (all issues) |
| 07/25/2005 | 4 | Certified copy of ANSWER & Jury demand: Defendant Erol Onel M.D. (all |
| 07/25/2005 | 4 | issues) |
| 07/25/2005 | 5 | Certified copy of ANSWER & Jury demand: Defendant MetroWest Medical |
| 07/25/2005 | 5 | Center (all issues) |
| 07/25/2005 | 6 | Certified copy of ANSWER: Defendant John P Long M.D. (all issues) |
| 07/25/2005 | 7 | Certified copy of ORDER: Pursuant to the request made on July 20, |
| 07/25/2005 | 7 | 2005 at the Motion Hearing, that this case be referred to a Medical |
| 07/25/2005 | 7 | Malpractice Tribunal, it is Ordered that the matter against |
| 07/25/2005 | 7 | defendants MetrWest Medical Center, Leonard Morse Hospital, |
| 07/25/2005 | 7 | Framingham Union Hospital, New England Medical Center, Tufts |
| 07/25/2005 | 7 | University School of Medicine, M.D. Emanuel Friedman, M.D. John P |
| 07/25/2005 | 7 | Long, Erol Onel, be referred to the Medical Malpractice Tribunal for |
| 07/25/2005 | 7 | the Suffolk County Superior Court (Young, C.J.) |
| 07/25/2005 | 8 | Attested copy of docket entries received from U.S. District Crt |
| 07/25/2005 | 9 | Civil action cover sheet re: Malpractice |
| 09/01/2005 | 10 | Request for medical malpractice tribunal filed by New England Medical |
| 09/01/2005 | 10 | Center |
| 09/01/2005 | 11 | Request for medical malpractice tribunal filed by Erol Onel M.D. |
| 02/09/2006 | 12 | Offer of proof of plff |
| 02/14/2006 | 13 | Court received Objection #C of plff |
| 02/28/2006 | 14 | Donald S Koback's affidavit of written notice of intent to offer |

| | | |
|---|---|---|
| 02/28/2006 | 14 | medical bills as evidence, pursuant to MGLc 233, sec 79G |
| 03/06/2006 | 15 | Finding of the Medical Malpractice Tribunal (Pursuant to M.G.L. |
| 03/06/2006 | 15 | Chapter 231, Secion 60(b) as amended) for defendant Emanuel Friedman |
| 03/06/2006 | 15 | M.D. (Henry, J) Dated 3/6/06 Notice sent 3/07/06 |
| 03/06/2006 | 16 | Finding of the Medical Malpractice Tribunal (Pursuant to M.G.L. |
| 03/06/2006 | 16 | Chapter 231, Secion 60(b) as amended) for defendant John P Long M.D. |
| 03/06/2006 | 16 | (Henry, J) Dated 3/6/06 Notice sent 3/07/06 |
| 03/06/2006 | 17 | Finding of the Medical Malpractice Tribunal (Pursuant to M.G.L. |
| 03/06/2006 | 17 | Chapter 231, Secion 60(b) as amended) for defendant Erol Onel M.D. |
| 03/06/2006 | 17 | (Henry, J) Dated 3/6/06 Notice sent 3/07/06 |
| 03/06/2006 | 18 | Finding of the Medical Malpractice Tribunal (Pursuant to M.G.L. |
| 03/06/2006 | 18 | Chapter 231, Secion 60(b) as amended) for defendant New England |
| 03/06/2006 | 18 | Medical Center (Henry, J) Dated 3/6/06 Notice sent 3/07/06 |
| 03/06/2006 | 19 | Finding of the Medical Malpractice Tribunal (Pursuant to M.G.L. |
| 03/06/2006 | 19 | Chapter 231, Secion 60(b) as amended) for defendant Tufts University |
| 03/06/2006 | 19 | School of Medicine (Henry, J) Dated 3/6/06 Notice sent 3/07/06 |
| 03/06/2006 | 20 | Finding of the Medical Malpractice Tribunal (Pursuant to M.G.L. |
| 03/06/2006 | 20 | Chapter 231, Secion 60(b) as amended) for defendant Framingham Union |
| 03/06/2006 | 20 | Hospital (Henry, J) Dated 3/6/06 Notice sent 3/07/06 |
| 03/06/2006 | 21 | Finding of the Medical Malpractice Tribunal (Pursuant to M.G.L. |
| 03/06/2006 | 21 | Chapter 231, Secion 60(b) as amended) for defendant Leonard Morse |
| 03/06/2006 | 21 | Hospital (Henry, J) Dated 3/6/06 Notice sent 3/07/06 |
| 03/06/2006 | 22 | Finding of the Medical Malpractice Tribunal (Pursuant to M.G.L. |
| 03/06/2006 | 22 | Chapter 231, Secion 60(b) as amended) for defendant MetroWest Medical |
| 03/06/2006 | 22 | Center (Henry, J) Dated 3/6/06 Notice sent 3/07/06 |
| 03/20/2006 | 23 | Motion to reduce bond (w/o opposition) |
| 03/20/2006 | 24 | Opposition to "Finding of the Medical Malpractice Tribunal " |
| 03/21/2006 | | MOTION (P#23- DENIED ([Henry, J)Notices mailed 3/21/06 |
| 03/21/2006 | 25 | ORDER: After a Medical Malpractice Tribunal hearing in Suffolk |
| 03/21/2006 | 25 | Superior Court: The Above entitled action is hereby Ordered returned |
| 03/21/2006 | 25 | to the United States District Court: Docket #05-10798-WGY, (Spurlock, |
| 03/21/2006 | 25 | J.) Notice sent 3/21/06 |
| 03/21/2006 | | TRANSFERRED to USDC |

# EXHIBIT B

**Full docket text:**

Judge William G. Young : Electronic ORDER entered GRANTING [94] MOTION to Dismiss for Failure to Post Bond as Ordered, by John P. Long. (Paine, Matthew)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/28/2006 17:26:38 | | | |
| **PACER Login:** | aa0613 | **Client Code:** | 0500002101 |
| **Description:** | History/Documents | **Search Criteria:** | 1:05-cv-10798-WGY |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# EXHIBIT C

U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Division                                    Docket No.  10798-WGY

---

DONALD S. KOBACK, *pro se*                     )
         Plaintiff,                              )
                                               )
v.                                             )
                                               )
JOHN P. LONG, JR., M.D., ET AL.,               )
         Defendant.                              )
---                                            )

## AFFIDAVIT OF ATTORNEY JUDITH FEINBERG

1.     My name is Judith Feinberg.

2.     I am an attorney in good standing admitted before the United States District Court for the District of Massachusetts.

3.     On or about June 8, 2006, I checked the on line filing system for both the state and federal courts to determine whether a bond was docketed in this case.

4.     No such bond appeared on the electronic dockets.

5.     On or about June 8, 2006, I contacted Matthew Paine, Docket Clerk for this Honorable Court, to confirm that no bond had been received.

6.     On or about June 20, 2006, I received a voicemail message from Clerk Matthew Paine, a true and accurate transcription of which is attached to the instant Opposition.

7.     In that message, the Clerk of Courts indicated that the plaintiff had forwarded a cashier's check to the court, and that it was returned to the plaintiff without docketing.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 30th DAY OF AUGUST, 2006.

---

Judith Feinberg

# EXHIBIT D

**ADLER, COHEN, HARVEY,**
**WAKEMAN & GUEKGUEZIAN, LLP**

**MEMORANDUM**

TO:        File – PM/Koback 5000-2101

FROM:    Judith Feinberg

DATE:    June 22, 2006

RE:        Voicemail message of Clerk of Courts

Hi Attorney Feinberg, this is Matt Paine, _____ Docket Clerk calling you back.  I am sorry and I apologize for not calling you back sooner, this has turned out to be a little bit trickier than I thought.  This is in regard to the Koback matter and whether or not he filed a bond.  I ended up going through the case, piece by piece.  What happened was Mr. Koback submitted a check and not a bond.  The check we then returned to Mr. Koback so essentially he did not file a bond so I believe you wanted to file a Motion to Dismiss and that would be totally up to you but we have nothing on record, he didn't file a bond, he only filed a check which we returned, so if you have any further questions you can reach me at  [#redacted for online filing] .  Again.  [# redacted for online filing]  .  I am in the office every day from 7:30 to 4.  Thanks, bye, have a good day.