U.S. DISTRICT COURT

| EASTERN DIVISION | U.S. DISTRICT COURT CASE NO.: 1:05-cv-10798-WGY |
|---|---|
| DONALD S. KOBACK, PLAINTIFF, PRO SE | SUPREME JUDICIAL COURT Civil Action No.: SJ-2006-0172 |
| V. | |
| METROWEST MEDICAL CENTER, ET. AL., DEFENDANTS | |

"PLAINTIFF, DONALD S. KOBACK'S OPPOSITION TO, AND AFFADAVIT IN SUPPORT OF HIS OPPOSITION, PROCEEDING PRO SE, "MOTION OF THE DEFENDANT, EROL ONEL, M.D. AND NEW ENGLAND MEDICAL CENTER, TO DISMISS CLAIMS OF THE PLAINTIFF, DONALD S. KOBACK, IN LIGHT OF HIS FAILURE TO COMPLY WITH ORDER FOR BOND"; AND "PLAINTIFF, DONALD S. KOBACK'S MOTION TO RECONSIDER COURT'S ALLOWANCE OF "MOTION OF EROL ONEL, M.D. AND NEW ENGLAND MEDICAL CENTER, TO DISMISS CLAIMS OF THE PLAINTIFF, DONALD S. KOBACK, IN LIGHT OF HIS FAILURE TO COMPLY WITH ORDER FOR BOND"; AND

PLAINTIFF, DONALD S. KOBACK'S "MOTION FOR RECONSIDERATION OF ATTORNEY JUDITH FEINBERG'S AND JOHN P. KONG, JR.'S 'MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT FOR FAILURE TO COMPLY WITH ORDER FOR BOND'"; AND

"PLAINTIFF DONALD S. KOBACK'S OPPOSITION TO, AND AFFADAVIT IN SUPPORT OF HIS OPPOSITION, PROCEEDING PRO SE, 'MetroWest Medical Center's MOTION TO DISMISS FOR FAILURE TO FILE BOND PURSUANT TO M.G.L., c. 231 §60B with attached Certificate of Service'" both of which HAVE BEEN FILED WITH THE U.S. DISTRICT COURT, 1 Courthouse WAY, BOSTON, MASSACHUSETTS, SUPREME JUDICIAL COURT OF MASSACHUSETTS, U.S. COURT OF APPEALS (1st. CIRCUIT), SUPREME COURT OF THE UNITED STATES, ET. AL., INTER ALIA, ELSEWHERE.

PLAINTIFF DONALD S. KOBACK INCORPORATES BY REFFERENCE HEREIN BOTH OF THE ABOVE, IMMEDIATELY PRECEEDING THIS SENTENCE, PLEADING, WORD FOR WORD, NUMBER FOR NUMBER, AS IF EXPRESSLY SET FORTH HEREIN IN ITS (THEIR) ENTIRETY, EXCEPTING (and/or EXCEPT)

WHEN, and/or WHERE THE NAME- DR. JOHN P. LONG, JR.- IS USED OR EMPLOYED IN THE IMMEDIATELY PRECEEDING PLEADING(S) FILED BY PLAINTIFF, DONALD S. KOBACK SUBSTITUTE OR ADD THE NAME- ERAL ONEL, M.D.- AND, AS ABOVE DESCRIBED, WHEN AND/OR WHERE THE NAME- METROWEST MEDICAL CENTER- IS USED OR EMPLOYED IN THE IMMEDIATELY PRECEEDING PLEADING(S) FILED BY PLAINTIFF, DONALD S. KOBACK SUBSTITUTE OR ADD THE NAME- NEW ENGLAND MEDICAL CENTER. SEE EXHIBIT I- BOND BANK OF AMERICA, CASHIER'S CHECK # 0056980, BOTH SIDES- STAMPED, ENDORSED "FOR DEPOSIT ONLY: U.S. DISTRICT COURT" INCORPORATED HEREIN BY REFERENCE AS ABOVE.

RESPECTFULLY SUBMITTED,

_Donald S. Koback_
DONALD S. KOBACK
AUGUST 29, 2006

### AFFADAVIT

SIGNED UNDER PAINS AND PENALTIES OF PERJURY, THE ABOVE BEING TRUE AND ACCURATE, ON AUGUST 29, 2006

_Donald S. Koback_
DONALD S. KOBACK
8-29-2006

EXHIBIT 1



ENDORSE CHECK HERE
X

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Exhibit 1

PAY TO THE ORDER OF
BANK OF AMERICA
111006012
FOR DEPOSIT ONLY
U.S. DISTRICT COURT
ALC 4638001