# U.S. DISTRICT COURT

| | |
|---|---|
| EASTERN DIVISION (BOSTON, MASS.) | U.S. DISTRICT COURT CASE NO.: 1:05-CV-10798-WGY |
| DONALD S. KOBACK PLAINTIFF, PRO SE | SUPREME JUDICIAL COURT (MASSACHUSETTS) CASE NO.: SJ-2006-0172 |
| v. | |
| METROWEST MEDICAL CENTER, ET. AL., DEFENDANTS | |

PLAINTIFF DONALD S. KOBACK'S MOTION(S) FOR SANCTION(S) OF JUDGMENT(S), PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE (RULE 37), THE FIRST (1st), SECOND (2nd), THIRD (3rd), FOURTH (4th), FIFTH (5th), SIXTH (6th), SEVENTH (7th), EIGHTH (8th), NINTH (9th) ~~AND/OR~~ TENTH (10th) ~~AMENDMENTS TO THE~~ AND/OR FOURTEENTH (14th) AMENDMENTS TO THE U.S. CONSTITUTION, AND THE MASSACHUSETTS DECLARATION OF RIGHTS WHICH PERTAIN OR OTHERWISE PERTINENT, AGAINST ALL DEFENDANT(S) FOR FAILURE TO DISCLOSE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE (RULES 26(a)(1)(A), 26(a)(1)(B)

PLAINTIFF, DONALD S. KOBACK HEREBY INCORPORATES THE ABOVE SCRIBED, OR NAMED MOTION TITLE INTO THIS,

THE BODY OF HIS MOTION, AS IF SET FORTH HEREIN WORD FOR WORD, NUMBER FOR NUMBER, ETC., IN ITS ENTIRETY, AND IN ACCORD THEREWITH MOVES AS FOLLOWS:

— RULE 26(a)(FRCP)..."REQUIRED DISCLOSURES ..."A PARTY MUST WITHOUT AWAITING A DISCOVERY REQUEST, PROVIDE TO OTHER PARTIES:

(A) the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses,..., identifying the subjects of the information;

(B) a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses..."

— Further, each and every one of the defendant(s) and/or defendants has wilfully refused or failed to disclose medical records, hospital records, doctors' surgical notes and other office notes, nurses' surgical notes and other notes, or records which constitute or which material, relevant, admissible [can lead to] evidence or which can be used by plaintiff to impeach including the impeachment of any so-called "expert witnesses" or otherwise;

— Moreover, plaintiff is aware, by the absence of said disclosures that each of the said defendant(s) is relying on bad faith ~~assertions~~ illegal, unconstitutional assertions that such disclosures have been withheld characterizing said disclosures falsely as "...solely for impeachment...";

— Plaintiff Donald S. Koback has ~~attempted~~ in good faith to confer with defendant in a pre-scheduling conference but was cut short with respect to said disclosures.

Wherefore, plaintiff, Donald S. Kuback, moves for Sanction(s) or Judgment(s) against the Defendant(s) and/or that they be barred from submitting an expert report or reports and barred from offering "expert" testimony in any part of this case up to and including trial ~~or~~ and/or to support any affirmative defenses.

Respectfully Submitted,

Donald S. Yober
Donald S. KoBACK
Plaintiff, PRO SE

August 29, 2006

Signed under pains and penalties of perjury 8-29-2006 true and accurate yours truly
Donald S. Kuback