# CERTIFICATE OF SERVICE
## U.S. DISTRICT COURT - CASE NO. - 1:05-cv-10798-WGY

I, DONALD S. KOBACK, plaintiff appellant herein, hereby certify that I have mailed (via U.S.P.S.) postage prepaid the following enumerated documents:

1. "PLAINTIFF, DONALD S. KOBACK'S OPPOSITION TO, AND AFFADAVIT IN SUPPORT OF HIS OPPOSITION, PROCEEDING PRO SE, MOTION OF THE DEFENDANT, EROL ONEL, M.D. AND NEW ENGLAND MEDICAL CENTER, TO DISMISS CLAIMS OF THE PLAINTIFF, DONALD S. KOBACK, IN LIGHT OF HIS FAILURE TO COMPLY WITH ORDER FOR BOND"; AND

2. "EXHIBIT 1 — BANK OF AMERICA #0056980 - BOND"; AND

3. "PLAINTIFF, DONALD S. KOBACK'S MOTION TO RECONSIDER COURT'S ALLOWANCE OF MOTION OF EROL ONEL, M.D. AND NEW ENGLAND MEDICAL CENTER, TO DISMISS CLAIMS OF THE PLAINTIFF, DONALD S. KOBACK, IN LIGHT OF FAILURE TO COMPLY WITH ORDER FOR BOND"; AND

SEE CONTINUATION, NEXT, IMMEDIATELY SUBSEQUENT, FOLLOWING PAGE OF THIS "CERTIFICATE OF SERVICE...

## CERTIFICATE OF SERVICE
U.S. DISTRICT COURT
CASE NO. - 1:05-CV-10798-WGY
Continued...

4. "PLAINTIFF, DONALD S. KOBACK'S MOTION(S) FOR SANCTION(S) OF JUDGMENT(S), PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE (RULE 37), THE FIRST (1st.), SECOND (2nd.), THIRD (3rd.), FOURTH (4th.), FIFTH (5th.), SIXTH (6th.), SEVENTH (7th.), EIGHTH (8th.), NINTH (9th.), TENTH (10th.) AND/OR FOURTEENTH (14th.) AMENDMENTS TO THE U.S. CONSTITUTION AND THE MASSACHUSETTS DECLARATION OF RIGHTS WHICH PERTAIN OR OTHERWISE PERTINENT, AGAINST ALL DEFENDANT(S) FOR FAILURE TO DISCLOSE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE (RULES 26(a)(1)(A), 26(a)(1)(B)"; AND

5. THIS "CERTIFICATE OF SERVICE"

SERVED: to the lawyers for the defendant(s) See LIST OF LAWYERS AND NAMES OF THEIR DEFENDANT CLIENT(S) ATTACHED HERETO AND MADE A PART HEREOF BY THIS REFERENCE - BOLD PRINT - "PARTIES" Incorporated herein, word for word, number for number in its entirety AS IF SET FOR HEREIN

CERTIFICATE OF SERVICE
U.S. DISTRICT COURT
CASE NO. - 1:05-CV-10798-WGY
continued...

I, DONALD S. KOBACK, plaintiff, appellant herein certify that I have mailed TRUE AND ACCURATE PHOTO COPIES OF THE ABOVE DOCUMENT TO THE PERSONS NAMED AS SERVED WHICH PHOTOS I HAVE PERSONALLY TAKEN (MASTER-SERVANT OR UNDER MY DIRECTION) ON THE DATE BELOW. SIGNED UNDER PAINS AND PENALTIES OF PERJURY.

*Donald S. Koback*
Plaintiff, appellant

August 29, 2006

~~EXHIBIT~~

U. S. DIST · CT  1:05-cv-10798-WGY Koback v. Metrowest Medical Center et al
William G. Young, presiding
Date filed: 04/12/2005 Date of last filing: 08/08/2006

SJC (MASS) 2006 - 0172

## Parties

Defendants' Lawyers

| | | |
|---|---|---|
| **Blue Cross Blue Shield of Mass** *Added: 04/12/2005* *(Defendant)* | represented by | **Joseph D. Halpern** Blue Cross Blue Shield Law Dept. 401 Park Drive Boston, MA 02215 617-246-3500 617-246-3550 (fax) joseph.halpern@bcbsma.com *Assigned: 05/25/2005* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| **Framingham Union Hospital** *Added: 04/12/2005* *(Defendant)* | represented by | **Barbara Hayes Buell** Bloom & Buell 1340 Soldiers Field Road Suite Two Boston, MA 02135-1020 617-254-4400 617-254-7610 (fax) bhb@bloombuell.com *Assigned: 05/01/2006* *ATTORNEY TO BE NOTICED* |
| **M.D. Emanuel Friedman** *Added: 04/12/2005* *(Defendant)* | represented by | **Matthew R. Connors** Ficksman & Conley LLP 98 North Washington Street Suite 500 Boston, MA 02114 617-720-1515 617-720-1519 (fax) mconnors@ficksmanconley.com *Assigned: 04/12/2006* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **David M. Gould** Ficksman & Conley LLP 98 North Washington St. Suite 500 Boston, MA 02114 617-720-1515 |

617-720-1519 (fax)
Dgould@ficksmanconley.com
*Assigned: 04/12/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**HMO Blue of Massachusetts**
*Added: 04/12/2005*
*(Defendant)*

represented by

**Joseph D. Halpern**
Blue Cross Blue Shield Law Dept.
401 Park Drive
Boston, MA 02215
617-246-3500
617-246-3550 (fax)
joseph.halpern@bcbsma.com
*Assigned: 05/25/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald S. Koback**
195 Sunnyside Avenue
Woonsocket, RI 02895
*Added: 04/12/2005*
*(Plaintiff)*
PRO SE

**Leonard Morse Hospital**
*Added: 04/12/2005*
*(Defendant)*

represented by

**Barbara Hayes Buell**
Bloom & Buell
1340 Soldiers Field Road
Suite Two
Boston, MA 02135-1020
617-254-4400
617-254-7610 (fax)
bhb@bloombuell.com
*Assigned: 05/01/2006*
*ATTORNEY TO BE NOTICED*

**M.D. John P. Long**
*Added: 04/12/2005*
*(Defendant)*

represented by

**Judith M. Feinberg**
Adler, Cohen, Harvey, Wakeman &
Guekguezian, LLP
75 Federal Street
10th Floor
Boston, MA 02110
617-423-6674
617-423-7152 (fax)
jf@achwg.com
*Assigned: 07/12/2005*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**A. Bernard Guekguezian**
Adler, Cohen, Harvey, Wakeman &
Guekguezian, LLP
230 Congress Street
Boston, MA 02110
617-423-6674
617-423-7152 (fax)
abg@achwg.com
*Assigned: 07/18/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Metrowest Medical Center**
*Added: 04/12/2005*
*(Defendant)*

represented by

**Barbara Hayes Buell**
Bloom & Buell
1340 Soldiers Field Road
Suite Two
Boston, MA 02135-1020
617-254-4400
617-254-7610 (fax)
bhb@bloombuell.com
*Assigned: 06/28/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**New England Medical Center**

*Added: 04/12/2005*
*(Defendant)*

represented by

**Daniel J. Griffin, Jr.**
Martin, Magnuson, McCarthy and Kenney
7th Floor
101 Merrimac St.
Boston, MA 02114
617-227-3240
617-227-3346 (fax)
dgriffin@mmmk.com
*Assigned: 05/23/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynda R. Jensen**
Martin, Magnuson, McCarthy and Kenney
101 Merrimac St.
7th Floor
Boston, MA 02215
617-227-3240
617-227-3346 (fax)
lriesgo@mnmk.com

*Assigned: 05/19/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erol Onel**
Andover Urology Associates of
Andover, Mass

*Added: 05/04/2005*
*(Defendant)*

represented by

**Daniel J. Griffin, Jr.**
Martin, Magnuson, McCarthy and Kenney
101 Merrimac St.
Boston, MA 02114
617-227-3240
617-227-3346 (fax)
dgriffin@mmmk.com
*Assigned: 06/22/2005*
*ATTORNEY TO BE NOTICED*

**Lynda R. Jensen**
Martin, Magnuson, McCarthy and Kenney
101 Merrimac St.
7th Floor
Boston, MA 02215
617-227-3240
617-227-3346 (fax)
lriesgo@mmmk.com
*Assigned: 06/22/2005*
*ATTORNEY TO BE NOTICED*

**Tufts University School of Medicine**
*Added: 04/12/2005*
*(Defendant)*

| PACER Service Center | |
|---|---|
| Transaction Receipt | |
| 08/10/2006 09:59:19 | |
| PACER Login: | rk0007 | Client Code: | don |
| Description: | Party List | Search Criteria: | 1:05-cv-10798-WGY |
| Billable Pages: | 1 | Cost: | 0.08 |

SUPREME JUDICIAL COURT
BOSTON, MA. 2008-0172