UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Division                                                              DOCKET NO.: 10798-W64

DONALD S. KOBACK                )
    Plaintiff                              )
                                                    )
VS.                                              )
                                                    )
EMANUEL FRIEDMAN, M.D. et al  )
    Defendants                         )

### MOTION OF THE DEFENDANT, EMANUEL FRIEDMAN, M.D., TO DISMISS THE PLAINTIFF'S CASE WITH PREJUDICE FOR PLAINTIFF'S FAILURE TO TIMELY POST THE MEDICAL MALPRACTICE TRIBUNAL BOND

Now comes the defendant, Emanuel Friedman, M.D., and respectfully requests that this Honorable Court dismiss this case against him with prejudice for the plaintiff's failure to timely post the medical malpractice tribunal bond. Grounds in support of this motion are set forth below.

1. This is an alleged medical malpractice action.

2. On March 2, 2006 a medical malpractice tribunal convened for this case in the Suffolk Superior Court in accordance with M.G.L.A. c. 231 §60B. Although Dr. Friedman did not individually request a transfer to the Superior Court for a tribunal, the case was transferred as mandated by M.G.L.A. c. 231 §60B. The tribunal evaluated the plaintiff's claims and determined that there was not sufficient evidence to raise a legitimate question of liability appropriate for further judicial inquiry as to defendant, Emanuel Friedman, M.D., and all other defendants.

3. The Suffolk Superior Court mailed notice of the medical malpractice tribunal findings on March 7, 2006.

4. In accordance with M.G.L.A. c. 231 §60B, the plaintiff was required to post a $6,000.00 bond within thirty days of March 7, 2006. The bond was not timely filed before that date.

-2-

5. If a plaintiff in a medical malpractice action does not post the bond within thirty days of the tribunal's finding, M.G.L.A. c. 231 §60B states that the action "shall be dismissed." The dismissal of a medical malpractice action for plaintiff's failure to post a tribunal bond within thirty days of a tribunal's finding must be entered with prejudice. <u>Farese v. Connolly</u>, 664 N.E. 2d 450, 422 Mass. 1010 (1996).

For the reasons set forth above the defendant, Emanuel Friedman. M.D., respectfully requests that this Honorable Court dismiss this case against him with prejudice.

Respectfully submitted
by his attorneys,

/s/ Matthew R. Connors
MATTHEW R. CONNORS
BBO# 636358
Ficksman & Conley, LLP
98 No. Washington Street - Suite 500
Boston, MA 02114
(617) 720-1515

CERTIFICATE OF SERVICE

I, Matthew R. Connors, attorney for said defendant, hereby make oath that I have this day erved a copy of the attached: **MOTION OF THE DEFENDANT, EMANUEL FRIEDMAN, M.D., TO DISMISS THE PLAINTIFF'S CASE WITH PREJUDICE FOR PLAINTIFF'S FAILURE TO TIMELY POST THE MEDICAL MALPRACTICE TRIBUNAL BOND** upon all parties, by mailing a copy thereof, postage pre-paid, directed to Donald S. Koback, Pro Se, 195 Sunnyside Avenue, Woonsocket, RI 02895.
Signed under the pains and penalties of perjury.
DATED: August 31, 2006

/s/ Matthew R. Connors
**MATTHEW R. CONNORS**
B.B.O. #636358