U.S DISTRICT COURT

EASTERN DIVISION

DONALD S. KOBACK
PLAINTIFF
PRO SE

V.

METROWEST MEDICAL CENTER, ET. AL.
DEFENDANTS

U.S. DISTRICT COURT
CASE NO.: 1:05-CV-10798-WGY

SUPREME JUDICIAL COURT
CIVIL ACTION
SJ-2006-0172

PLAINTIFF, DONALD S. KOBACK'S MOTION FOR RELIEF FROM JUDGMENT IN FAVOR OF JOHN P. LONG, JR., M.D. AND METROWEST MEDICAL CENTER
AUGUST 31, 2006

NOW COMES THE PLAINTIFF, DONALD S. KOBACK, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 60(b), WHO MOVES FOR RELEIF FROM JUDGMENT IN FAVOR OF THE DEFENDANT(S) JOHN P, LONG, JR., M.D, AND METROWEST MEDICAL CENTER ON THE FOLLOWING GROUNDS:

1. RULE 60(b)(3): JUDGMENT OBTAINED BY FRAUD (WHETHER HERETOFORE DENOMINATED INTRINSIC OR EXTRINSIC),



MISREPRESENTATION, AND/OR OTHER MISCONDUCT OF THE PLAINTIFF, DONALD S. KOBACK'S ADVERSE PARTY (PARTIES) — the DEFENDANT(S) JOHN P. LONG, JR., M.D. AND METROWEST MEDICAL CENTER AND/OR THEIR (HIS) ATTORNEY(S) AT LAW;

2. RULE 60(b)(4): the JUDGMENT IS VOID;

3. RULE 60(b)(6): ANY OTHER REASON JUSTIFYING RELEIF FROM JUDGMENT;

4. RULE 60(b) beyond SUB— PARAGRAPH (6): TO GRANT PLAINTIFF DONALD S. KOBACK, PLAINTIFF RELEIF FROM JUDGMENT AS HE IS BEING TREATED (UNEQUAL AND WITHOUT DUE PROCESS) AS A DEFENDANT SAID DONALD S. KOBACK IN ABSENTIA, WITHOUT PERSONAL NOTICE AS PROVIDED BY TITLE 28, U.S.C. § 1655

5. RULE 60(b) BEYOND SUB-PARAGRAPH (6): TO SET ASIDE A JUDGMENT AGAINST THE PLAINTIFF, DONALD S. KOBACK FOR FRAUD UPON THE COURT.

Respectfully Submitted,

DONALD S. KOBACK
AUGUST 31, 2006

Signed Under Pains and Penalties of Perjury - The ABOVE BEING TRUE AND ACCURATE - IN ITS ORIGINAL OR PHOTO COPIES.

Donald S. Koback
Donald S. KOBACK
August 31, 2006