U.S. DISTRICT COURT

EASTERN DIVISION

DONALD S. KOBACK
PLAINTIFF,
PRO SE,

V.

METROWEST MEDICAL
CENTER, ET. AL.,
DEFENDANTS

U.S. DISTRICT COURT
CASE NO: 1:05-CV-10798-WGY

SUPREME JUDICIAL
COURT—
CIVIL ACTION:
SJ-2006-0172

PLAINTIFF DONALD S. KOBACK'S MOTION FOR RECONSIDERATION OF "PLAINTIFF DONALD S. KOBACK'S MOTION FOR RELEIF FROM JUDGMENT IN FAVOR OF JOHN P. LONG, JR. M.D. AND METROWEST MEDICAL CENTER (AUGUST 31, 2006)"

PLAINTIFF, DONALD S. KOBACK HEREBY MOVES FOR RECONSIDERATION, IF AND/OR WHEN, THE COURT DENIES HIS "PLAINTIFF, DONALD S. KOBACK'S MOTION FOR RELIEF FROM JUDGMENT IN FAVOR OF JOHN P. LONG, JR. M.D. AND METROWEST MEDICAL CENTER (AUGUST 31, 2006)" (EMPHASIS ADDED—UNDER-LINED)

RELEIF SOUGHT:

RELEIF FROM JUDGMENT

RESPECTFULLY SUBMITTED,

*Donald S. Koback*
DONALD S. KOBACK
AUGUST 31, 2006

Signed under pains and penalties of perjury - being true and accurate - ON AUGUST 31, 2006

*Donald S. Koback*
DONALD S. KOBACK
8-31-2006