UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Division                                                          DOCKET NO.: 10798-W64

DONALD S. KOBACK            )
    Plaintiff                   )
                            )
VS.                         )
                            )
EMANUEL FRIEDMAN, M.D. et al )
    Defendants                  )

## OPPOSITION OF THE DEFENDANT, EMANUEL FRIEDMAN, M.D., TO PLAINTIFF'S "MOTION FOR SANCTIONS OF JUDGMENTS"

Now comes the defendant, Emanuel Friedman, M.D., and respectfully requests that this Honorable Court deny plaintiff's "motion for sanction of judgments". Grounds in support of this opposition are set forth below.

It appears from the plaintiff's motion that he is requesting that this Court enter judgment against Dr. Friedman for failure to provide his initial disclosures. The plaintiff has not provided any initial disclosures to the defendants nor has he obtained leave of court to serve any specific discovery requests on Dr. Friedman. Therefore, there is no basis for the plaintiff's apparent claim that Dr. Friedman or his counsel are withholding medical records or other materials which he has requested.

On August 18, 2006 all defense counsel participated in a conference with Mr. Koback in an effort to agree upon and file a scheduling order with the Court. It became apparent, shortly into this conference, that agreements could not be reached with respect to the discovery deadline, the disclosure of expert testimony or other matters. Counsel for Dr. Friedman suggested during the conference that the conference was simply confusing matters further and that a scheduling conference, and any other matters, should be discussed in open Court on the record.

-2-

Although Dr. Friedman has filed a motion to dismiss this case for plaintiff's failure to timely post a medical malpractice tribunal bond, Dr. Friedman respectfully suggests that any conferences between defense counsel and Mr. Koback in this case must be conducted on the record in open Court. This will hopefully prevent the filing of further unnecessary motions.

For the reasons set forth above the defendant, Dr. Friedman, respectfully requests this Honorable Court deny plaintiff's motion and schedule a status/scheduling conference in order to discuss the outstanding matters and other issues in this case.

        Respectfully submitted
        by his attorneys,

        /s/ Matthew R. Connors
        MATTHEW R. CONNORS
        BBO# 636358
        Ficksman & Conley, LLP
        98 No. Washington Street - Suite 500
        Boston, MA 02114
        (617) 720-1515

CERTIFICATE OF SERVICE

I, Matthew R. Connors, attorney for said defendant, hereby make oath that I have this day served a copy of the attached: **OPPOSITION OF THE DEFENDANT, EMANUEL FRIEDMAN, M.D., TO PLAINTIFF'S "MOTION FOR SANCTIONS OF JUDGMENTS"** upon all parties, by mailing a copy thereof, postage pre-paid, directed to Donald S. Koback, Pro Se, 195 Sunnyside Avenue, Woonsocket, RI 02895.
Signed under the pains and penalties of perjury.
DATED: September 6, 2006

        /s/ Matthew R. Connors
        **MATTHEW R. CONNORS**
        B.B.O. #636358