U.S. DISTRICT COURT

EASTERN DIVISION

FILED
CLERKS OFFICE
2006 SEP -6
DISTRICT COURT
DISTRICT OF MASS

U.S. DISTRICT COURT
CASE No.: 1:05-CV-10798-WGY

DONALD S. KOBACK
PLAINTIFF,
PRO SE,

SUPREME JUDICIAL COURT
(MASSACHUSETTS)
No.: SJ-2006-0172

V.

METROWEST MEDICAL
CENTER, ET. AL.
DEFEDANTS

PLAINTIFF DONALD S. KOBACK'S OPPOSITION AND AFFADAVIT IN SUPPORT THEROF TO THE "MOTION OF THE DEFENDANT EMANUEL FRIEDMAN, M.D., TO DISMISS THE PLAINTIFF'S CASE WITH PREJUDICE FOR PLAINTIFF'S FAILURE TO TIMELY POST THE MEDICAL MALPRACTICE TRIBUNAL BOND

Now comes the plaintiff, Donald S. Koback who opposes the defendant Emanuel Friedman, M.D.'s "...MOTION TO DISMISS THE PLAINTIFF'S CASE..." as follows:

1. A "Motion to Dismiss" a "case" is not permissible under law; a defendant may only seek to dismiss a complaint;

2. Plaintiff filed a Verified Complaint;

with "Affidavit" said "Verified Complaint" can only be dismissed upon the submission of a countervailing affidavit filed by the defendant, ~~can~~ Emanuel Friedman, M.D.;

3. Said "Motion to Dismiss... Case..." must be denied for the plaintiff, Donald S. Koback paid or posted the $6000.00 (SIX THOUSAND DOLLAR AND NO CENTS) CASH BOND OR ITS EQUIVALENT IN A TIMELY MANNER; (See Exhibit 1)   DSK 9-5-2006

3(a) The conduct of the defendants was intentional;   DSK 9-3-2006

4. As the Court Knows well, the U.S. DISTRICT Court deposited Plaintiff, Donald S. Koback's $6000.00 in its account;   DSK 9-5-2006

5. See Exhibit 2 (incorporated herein along with Exhibits 1 ~~w/aff~~ above) Medical Records of New England Medical Center, Erol Onel, and others which demonstrate and prove malpractice, negligence or willful wanton conduct by Emanuel Friedman, M.D., the doctor, from Metrowest Medical Center who injected overdoses of

chemical substance with my informed consent into the side of my penis twice, once by his own hands, one by my own believing he had my best interest at heart when he clearly did not, off defrauding me out of manhood. His actions and/or omissions caused debilitating penile, scrotum injuries, fibrosis, shrinkage, emotional and mental agony. After destroying my penis with toxic, fatal (or as near to fatal as he could manage), he hoodwinked me into an overcoming my will into an op a surgical operation to implant a deliberately too-large penile prosthesis intending to cripple and harm the plaintiff, Donald S. Urbach. Before this implanting after the 2nd injected, he irrigated my penis and scrotum since it was gangrenous, or bordering on gangrene. He installed a penile implant which burst through my penis. New England Medical Center, Errol Opel, and others were forced to dig out, cut out large and small pieces of shattered, puncturing, stabbing prosthesis which was left in plaintiff Donald Urbach's sexual organ by Methodist Medical Center. Said implant by Emanuel Friedman, M.D.

caused infection inside the plaintiff, Donald Slurback's penis and scrotum causing pain and suffering, loss of consortium until this very day.

Also, New England Medical Center's Medical Records show the relationship between Dr. Michael Donovan, John P. Long Jr. (as does Exhibit 3 - John P. Long's business or calling card) and New England Medical Center.

Since there was clear error, mistake, or malpractice or a preponderance of error, mistake, or malpractice no bond should ever have been ordered. (See Michael Donovan's letter), EXHIBIT 4

Signed under pains and penalties of perjury on September 3, 2006   3(a)
9-3-2006
DSu

Wherefore, the Defendant, Emanuel Friedman's Motion to Dismiss Case of Plaintiff must be denied. Respectfully submitted,

DSu 9-5-2006

Donald S. Luback
Donald S. Koback
plaintiff, pro se

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.