# U.S. DISTRICT COURT

EASTERN DIVISION

DONALD S. KOBACK
PLAINTIFF
PRO SE

v.

METROWEST MEDICAL CENTER, ET. AL.,
DEFENDANT

U.S. DISTRICT COURT
CIVIL ACTION NO.:
1:05-CV-10798-WGY

SUPREME JUDICIAL COURT
SJ-2006-0172

## PLAINTIFF, DONALD S. KOBACK'S MOTION NUNC PRO TUNC (September 2, 2006)

PLAINTIFF, DONALD S. KOBACK moves nunc pro tunc to do now what should have been done in the past (then).

The defendants John P. Long, JR., M.D., METROWEST MEDICAL CENTER, ERIC ONEL, AND NEW ENGLAND MEDICAL CENTER HAVE EACH FILED MOTIONS TO DISMISS FOR FAILURE TO PAY BOND.

Now, in order to correct his ~~a kind~~ inadvertence ~~mistakes~~, the plaintiff, Donald

Urbach, moves that the concluding phrase — "Wherefore the plaintiff moves that this (these) motion(s) be denied" immediately after the words "Signed under the pains and penalties of perjury." in each of plaintiff, Donald Urbach's Oppositions To Motion To Dismiss, be inserted. further moving that said language be inserted in plaintiff's motions for reconsideration, motions for relief from judgment. Signed under pains and penalties of perjury of Sept 2, 2006.

Wherefore the plaintiff Donald S Koback moves that this Motion Nunc Pro Tunc (See Title) BE ALLOWED. Sept. 2, 2006

Respectfully Submitted,

*Donald S Koback*

DONALD S. KOBACK

Sept 2, 2006

# CERTIFICATE OF SERVICE

U.S. DISTRICT COURT; CASE No: 1:05-cv-10798-WGY
SUPREME JUDICIAL COURT - C.A. No. SJ-2005-0172

I, DONALD S. KOBACK, plaintiff, pro se, herein certify that I have mailed (U.S.P.S.) the following documents, postage prepaid:

1. "PLAINTIFF, DONALD S. KOBACK'S MOTION NUNC PRO TUNC (September 2, 2006)";

2. "PLAINTIFF, DONALD S. KOBACK'S OPPOSITION AND AFFIDAVIT IN SUPPORT THEREOF TO THE MOTION OF THE DEFENDANT, EMANUEL FRIEDMAN, M.D., TO DISMISS THE PLAINTIFF'S CASE WITH PREJUDICE FOR PLAINTIFF'S FAILURE TO TIMELY POST THE MEDICAL MALPRACTICE TRIBUNAL BOND", WITH PLAINTIFF'S EXHIBITS 1, 2, 3, + 4 incorporated therein;

to the lawyers for the defendant (See attachment with word "PARTIES") attached hereto as if written word for word, number for number, in its entirety,

Continued...

## Certificate of Service

I, DONALD S. KOBACK, plaintiff herein certify that I have mailed true and accurate photo copies of the above documents which photos he has personally taken (MASTER-SERVANT, or under his direction) on September 5, 2006 (DATE OF PHOTO COPYING AND MAILING)

*Donald S. Koback*
DONALD S. KOBACK
September 5, 2006

~~Exhibit 1~~

U. S. DIST · CT 1:05-cv-10798-WGY Koback v. Metrowest Medical Center et al
William G. Young, presiding
Date filed: 04/12/2005 Date of last filing: 08/08/2006

SJC (MASS) 2006 - 0172

## Parties

Defendants' LAWYERS

**Blue Cross Blue Shield of Mass**
*Added: 04/12/2005*
*(Defendant)*

represented by

Joseph D. Halpern
Blue Cross Blue Shield Law Dept.
401 Park Drive
Boston, MA 02215
617-246-3500
617-246-3550 (fax)
joseph.halpern@bcbsma.com
*Assigned: 05/25/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Framingham Union Hospital**
*Added: 04/12/2005*
*(Defendant)*

represented by

Barbara Hayes Buell
Bloom & Buell
1340 Soldiers Field Road
Suite Two
Boston, MA 02135-1020
617-254-4400
617-254-7610 (fax)
bhb@bloombuell.com
*Assigned: 05/01/2006*
*ATTORNEY TO BE NOTICED*

**M.D. Emanuel Friedman**
*Added: 04/12/2005*
*(Defendant)*

represented by

Matthew R. Connors
Ficksman & Conley LLP
98 North Washington Street
Suite 500
Boston, MA 02114
617-720-1515
617-720-1519 (fax)
mconnors@ficksmanconley.com
*Assigned: 04/12/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

David M. Gould
Ficksman & Conley LLP
98 North Washington St.
Suite 500
Boston, MA 02114
617-720-1515

9-5-2006

617-720-1519 (fax)
Dgould@ficksmanconley.com
*Assigned: 04/12/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **HMO Blue of Massachusetts**<br>*Added: 04/12/2005*<br>*(Defendant)* | represented by | **Joseph D. Halpern**<br>Blue Cross Blue Shield Law Dept.<br>401 Park Drive<br>Boston, MA 02215<br>617-246-3500<br>617-246-3550 (fax)<br>joseph.halpern@bcbsma.com<br>*Assigned: 05/25/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Donald S. Koback**<br>195 Sunnyside Avenue<br>Woonsocket, RI 02895<br>*Added: 04/12/2005*<br>*(Plaintiff)*<br>PRO SE | | |
| **Leonard Morse Hospital**<br>*Added: 04/12/2005*<br>*(Defendant)* | represented by | **Barbara Hayes Buell**<br>Bloom & Buell<br>1340 Soldiers Field Road<br>Suite Two<br>Boston, MA 02135-1020<br>617-254-4400<br>617-254-7610 (fax)<br>bhb@bloombuell.com<br>*Assigned: 05/01/2006*<br>*ATTORNEY TO BE NOTICED* |
| **M.D. John P. Long**<br>*Added: 04/12/2005*<br>*(Defendant)* | represented by | **Judith M. Feinberg**<br>Adler, Cohen, Harvey, Wakeman &<br>Guekguezian, LLP<br>75 Federal Street<br>10th Floor<br>Boston, MA 02110<br>617-423-6674<br>617-423-7152 (fax)<br>jf@achwg.com<br>*Assigned: 07/12/2005*<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**A. Bernard Guekguezian**
Adler, Cohen, Harvey, Wakeman &
Guekguezian, LLP
230 Congress Street
Boston, MA 02110
617-423-6674
617-423-7152 (fax)
abg@achwg.com
*Assigned: 07/18/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Metrowest Medical Center**
*Added: 04/12/2005*
*(Defendant)*

represented by

**Barbara Hayes Buell**
Bloom & Buell
1340 Soldiers Field Road
Suite Two
Boston, MA 02135-1020
617-254-4400
617-254-7610 (fax)
bhb@bloombuell.com
*Assigned: 06/28/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**New England Medical Center**
*Added: 04/12/2005*
*(Defendant)*

represented by

**Daniel J. Griffin, Jr.**
Martin, Magnuson, McCarthy and Kenney
7th Floor
101 Merrimac St.
Boston, MA 02114
617-227-3240
617-227-3346 (fax)
dgriffin@mmmk.com
*Assigned: 05/23/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynda R. Jensen**
Martin, Magnuson, McCarthy and Kenney
101 Merrimac St.
7th Floor
Boston, MA 02215
617-227-3240
617-227-3346 (fax)
lriesgo@mmmk.com



|  |  |  |
|---|---|---|
| **Carol Onel**<br>Andover Urology Associates of Andover, Mass<br><br>Added: 05/04/2005<br>(Defendant) | represented by | *Assigned: 05/19/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel J. Griffin, Jr.**<br>Martin, Magnuson, McCarthy and Kenney<br>101 Merrimac St.<br>Boston, MA 02114<br>617-227-3240<br>617-227-3346 (fax)<br>dgriffin@mmmk.com<br>*Assigned: 06/22/2005*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lynda R. Jensen**<br>Martin, Magnuson, McCarthy and Kenney<br>101 Merrimac St.<br>7th Floor<br>Boston, MA 02215<br>617-227-3240<br>617-227-3346 (fax)<br>lriesgo@mmmk.com<br>*Assigned: 06/22/2005*<br>*ATTORNEY TO BE NOTICED* |

**Tufts University School of Medicine**
*Added: 04/12/2005*
*(Defendant)*

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 08/10/2006 09:59:19 |||
| PACER Login: | rk0007 | Client Code: | don |
| Description: | Party List | Search Criteria: | 1:05-cv-10798-WGY |
| Billable Pages: | 1 | Cost: | 0.08 |

*[handwritten:]* SUPREME JUDICIAL COURT
BOSTON, MA. 2008-0172

*[handwritten:]* 9-5-2006 *[signature]*