Notice to Purchaser - In the event this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Date: SEPTEMBER 12, 2006

30-1/1140
NTX

Banking Center
PRO SE
CUMMINGS WAY

0023000  00001  000082623

PLAINTIFF, DONALD S. KOBACK'S BOND - $6,000.00 IN THE AGGREGATE - CASH OR ITS EQUIVALENT - U.S. DISTRICT COURT, BOSTON, MA. - CASE No.: 1:05-CV-10798-WGY

DONALD S. KOBACK
Remitter (Purchased By)

CAC: 1322228838

$ **6000.00**

Pay **SIX THOUSAND DOLLARS AND 00 CENTS**

To The Order Of  **UNITED STATES DISTRICT COURT**
**BOSTON MASSACHUSETTS**

PLAINTIFF DONALD S. KOBACK V. METROWEST MEDICAL CENTER, ET. AL.

Bank of America, N.A.
San Antonio, Texas

VOID AFTER 90 DAYS

/s/ Donna Marcotte
Authorized Signature

"0082623"  :114000019:  0016410054460"

THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK    THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK

```
Mon Sep 18 13:31:50 2006

   UNITED STATES DISTRICT COURT

   BOSTON          , MA

Receipt No.   321 75108
Cashier       kitsock

Tender Type  CHECK

Check Number: 0082623

Transaction Type   C

Case No./Def No. 1:05-CV-10798 /   1

DO Code    Div No     Acct
 4638        1        604700

Amount              $  6000.00

BOND 05CV10798-WGY BY DONALD S. KOBACK BA
NK OF AMERICA

CASHIER'S CHECK
```