U.S. DISTRICT COURT
FILED
MASS OFFICE

| | |
|---|---|
| EASTERN DIVISION BOSTON, MA | CIVIL ACTION No: DISTRICT COURT MASS 1:05-CV-10798-WGY |
| V, | |
| METROWEST MEDICAL CENTER, ET. AL DEFENDANTS | |

MOTION FOR RECONSIDERATION
OF COURT ORDER
ENTERED ~~re: ~~
re [123] JOINT STATEMENT IS SO
ORDERED (DOCUMENT 124)

Plaintiff, Donald S. KOBACK moves that
the above-entitled Order
[123] (see title of motion
incorporated herein) as it
works a fraud upon the
plaintiff, inter alia, U.S. Const.,
Mass Dec. of Rights (SEE ORDER INCORPORATED
HEREIN - ATTACHED)        Submitted,
                    Donald S. Koback
                    Donald S. KOBACK
                    Sept 26, 2006

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Smith, Bonnie entered on 8/4/2006 at 9:00 AM EDT and filed on 8/4/2006
Case Name: Koback v. Metrowest Medical Center et al
Case Number: 1:05-cv-10798
Filer:
Document Number:

Docket Text:
ELECTRONIC NOTICE of Hearing : Scheduling Conference set for 9/11/2006 02:00 PM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie)

The following document(s) are associated with this transaction:


1:05-cv-10798 Notice will be electronically mailed to:

Barbara Hayes Buell      bhb@bloombuell.com

Matthew R. Connors      mconnors@ficksmanconley.com

Judith M. Feinberg     jf@achwg.com

David M. Gould      Dgould@ficksmanconley.com

Daniel J. Griffin , Jr    dgriffin@mmmk.com

A. Bernard Guekguezian     abg@achwg.com

Joseph D. Halpern     joseph.halpern@bcbsma.com

Lynda R. Jensen     lriesgo@mmmk.com

1:05-cv-10798 Notice will not be electronically mailed to:

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Paine, Matthew entered on 9/25/2006 at 1:47 PM EDT and filed on 9/25/2006
Case Name: Koback v. Metrowest Medical Center et al
Case Number: 1:05-cv-10798
Filer:
Document Number: 124

Docket Text:
Judge William G. Young : ORDER entered. re [123] JOINT STATEMENT is SO ORDERED as the Case Mangement Scheduling Order. DISCOVERY DUE June 30, 2007 and DISPOSITIVE MOTIONS DUE August 30, 2007. (Paine, Matthew)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=9/25/2006] [FileNumber=1586253-0
] [49f76ad3f4ce0470daff370f70de9198855988e0a372709f7c64c6a5ccfb1fa604a
60ee36ad703396f0b880dac3106bf5615750d3556854004f613e27342652f]]

1:05-cv-10798 Notice will be electronically mailed to:

Barbara Hayes Buell    bhb@bloombuell.com

Matthew R. Connors    mconnors@ficksmanconley.com

Judith M. Feinberg    jf@achwg.com

David M. Gould    Dgould@ficksmanconley.com

Daniel J. Griffin , Jr    dgriffin@mmmk.com

A. Bernard Guekguezian    abg@achwg.com

Joseph D. Halpern    joseph.halpern@bcbsma.com

Lynda R. Jensen    lriesgo@mmmk.com

1:05-cv-10798 Notice will not be electronically mailed to:

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895