UNITED STATES DISTRICT COURT

EASTERN DIVISION
BOSTON, MASS.

CIVIL ACTION No:
1:05-cv-10798-WGY

DONALD S. KOBACK
Plaintiff, pro se

v.

METROWEST MEDICAL
CENTER, ET. AL
DEFENDANTS

PLAINTIFF Donald S. KOBACK'S
MOTION TO STRIKE
(Federal Rules of Civil Procedure, RULE 12(f))

AS FOLLOWS:

See Succeeding Pages

P's ~~OBJECTION TO AND~~ MOTION TO STRIKE (Federal Rule Civil Procedure, ~~RULE 12~~ RULE 12(f))

1. ~~OBJECTION TO~~ and "Motion to Strike" "Local Rule 16.1 Supplemental Joint Statement of all Defendants"

Filed untimely — ⊘ Was due 5 business days before on 9-11-2006 A.D., ~~but~~ ~~dated~~ date of Court Ordered Scheduling Conference. Instead, it was filed on ~~of~~ ~~d~~ September 22, ~~filed~~ filed and served

Plaintiff ~~filed~~ his "...Joint Statement..."

Plaintiff, relying on the "mail box rule" as the date of filing, and service filed, and served his "...Joint Statement..." on August 25 2006

On ~~On~~ September 11, 2006, the parties were ordered ~~to appear before Judge W.G. Young~~ at 2:00 P.M. at or before 1:10 at Courtroom 18

On Sept. 18, 2006 ~~at 2:00 P.M.~~ (appeared) Plaintiff had his ~~scheduling~~ Schedule for ~~all matters~~, all discovery events ~~motion~~ proposed schedule for filing of motions, and was prepared to certify ~~Rut~~ pursuant to Local Rule 16.1(D)(3) and 16.4

~~Therefore~~ Wherefore, P moves that the ~~defts~~ defendants' "LOCAL RULE 16.1 JOINT STATEMENT OF ALL DEFENDANTS" be stricken pursuant to FRCP 12(f) ~~deplsfrom~~ the reason, or rubric or clause being "... insufficient ~~defense~~..."

Donald Stuback
Donald S. Koback
Sept. 26, 2006

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Paine, Matthew entered on 9/25/2006 at 1:47 PM EDT and filed on 9/25/2006
Case Name:  Koback v. Metrowest Medical Center et al
Case Number: 1:05-cv-10798
Filer:
Document Number: 124

Docket Text:
Judge William G. Young : ORDER entered. re [123] JOINT STATEMENT is SO ORDERED as the Case Mangement Scheduling Order. DISCOVERY DUE June 30, 2007 and DISPOSITIVE MOTIONS DUE August 30, 2007. (Paine, Matthew)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=9/25/2006] [FileNumber=1586253-0
] [49f76ad3f4ce0470daff370f70de9198855988e0a372709f7c64c6a5ccfb1fa604a
60ee36ad703396f0b880dac3106bf5615750d35568540041613e27342652f]]


1:05-cv-10798 Notice will be electronically mailed to:

Barbara Hayes Buell    bhb@bloombuell.com

Matthew R. Connors    mconnors@ficksmanconley.com

Judith M. Feinberg    jf@achwg.com

David M. Gould    Dgould@ficksmanconley.com

Daniel J. Griffin , Jr    dgriffin@mmmk.com

A. Bernard Guekguezian    abg@achwg.com

Joseph D. Halpern    joseph.halpern@bcbsma.com

Lynda R. Jensen    lriesgo@mmmk.com

1:05-cv-10798 Notice will not be electronically mailed to:

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Smith, Bonnie entered on 8/4/2006 at 9:00 AM EDT and filed on 8/4/2006
Case Name: Koback v. Metrowest Medical Center et al
Case Number: 1:05-cv-10798
Filer:
Document Number:

Docket Text:
ELECTRONIC NOTICE of Hearing : Scheduling Conference set for 9/11/2006 02:00 PM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie)

The following document(s) are associated with this transaction:

1:05-cv-10798 Notice will be electronically mailed to:

Barbara Hayes Buell    bhb@bloombuell.com

Matthew R. Connors    mconnors@ficksmanconley.com

Judith M. Feinberg    jf@achwg.com

David M. Gould    Dgould@ficksmanconley.com

Daniel J. Griffin , Jr    dgriffin@mmmk.com

A. Bernard Guekguezian    abg@achwg.com

Joseph D. Halpern    joseph.halpern@bcbsma.com

Lynda R. Jensen    lriesgo@mmmk.com

1:05-cv-10798 Notice will not be electronically mailed to:

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895