# CERTIFICATE OF SERVICE

I, DONALD S KOBACK, PLAINTIFF, PRO SE, DONALD S. KOBACK V. METROWEST MEDICAL CENTER, ET. AL. 1:05-CV-10798-WGY do hereby certify that I have mailed the following documents to those identified on the attached sheet WITH THE HEADING "CERTIFICATE OF SERVICE" BY U.S. POSTAL SERVICE (U.S.P.S.) POSTAGE PREPAID THE SUCCEEDING AND THE PRECEDING BEING TRUE AND ACCURATE PHOTO COPIES TAKEN BY ME PERSONALLY (UNDER MY DIRECTION) - TO WIT,

1. MOTION FOR RECONSIDERATION OF COURT ORDER ENTERED "re [ 1 2 3 ] JOINT STATEMENT IS SO ORDERED...", DOCUMENT NUMBER 124 → ORDER ACCOMPANIES.

2. LOCAL RULE 16.1 (D) JOINT STATEMENT (continued) NUNC PRO TUNC - SEPTEMBER 18, 2006 orders accompany,

3. PLAINTIFF DONALD S. KOBACK'S MOTION TO STRIKE (federal Rules of Civil Procedure, RULE 12(f).)

Continued next page.

Signed under pains
and penalties of perjury
on September 27, 2006 A.D.

Donald S Koback
Donald S. Koback
195 Sunnyside Ave
Woonsocket, R.I.
02895

#276200



**CERTIFICATE OF SERVICE**

I, DONALD S, KOBACK have served the preceeding & succeeding and filed with the U.S. DISTRICT COURT VIA U.S. Postal Service Postage prepaid on the 27th. day of September, 2006.

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road
Boston, MA 02135
bhb@bloombuell.com
Attorney for defendants,
MetroWest Medical Center,
Framingham Union Hospital,
and Leonard Morse Hospital
Electronically and by U.S. mail

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895
 *Pro Se* Plaintiff
By U.S. mail only

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman
 & Guekguezian
75 Federal Street
Boston, MA 02110
jf@achwg.com
Attorney for defendant,
John P. Long
Electronically and by U.S. mail

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114
mconnors@ficksmanconley.com
Attorney for defendant Emanuel Friedman
Electronically and by U.S. mail

JOSEPH HALPERN
BLUE CROSS BLUE SHIELD
OF MASSACHUSETTS
HMO BLUE OF
MASSACHUSETTS
401 PARK DRIVE
BOSTON, MA. 02215

Lynda Riesgo Jensen

Daniel J. Griffin, B.B.O. No. 211300
Lynda Riesgo Jensen, B.B.O. No. 652498
Attorney for the Defendants, Erol Onel, M.D. and
the New England Medical Center
101 Merrimac Street
Boston MA 02114
617-227-3240
lriesgo@mmmk.com

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Smith, Bonnie entered on 8/4/2006 at 9:00 AM EDT and filed on 8/4/2006
Case Name: Koback v. Metrowest Medical Center et al
Case Number: 1:05-cv-10798
Filer:
Document Number:

Docket Text:
ELECTRONIC NOTICE of Hearing : Scheduling Conference set for 9/11/2006 02:00 PM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie)

The following document(s) are associated with this transaction:


1:05-cv-10798 Notice will be electronically mailed to:

Barbara Hayes Buell      bhb@bloombuell.com

Matthew R. Connors      mconnors@ficksmanconley.com

Judith M. Feinberg      jf@achwg.com

David M. Gould      Dgould@ficksmanconley.com

Daniel J. Griffin , Jr      dgriffin@mmmk.com

A. Bernard Guekguezian      abg@achwg.com

Joseph D. Halpern      joseph.halpern@bcbsma.com

Lynda R. Jensen      lriesgo@mmmk.com

1:05-cv-10798 Notice will not be electronically mailed to:

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Paine, Matthew entered on 9/25/2006 at 1:47 PM EDT and filed on 9/25/2006
Case Name: Koback v. Metrowest Medical Center et al
Case Number: 1:05-cv-10798
Filer:
Document Number: 124

Docket Text:
Judge William G. Young : ORDER entered. re [123] JOINT STATEMENT is SO ORDERED as the Case Mangement Scheduling Order. DISCOVERY DUE June 30, 2007 and DISPOSITIVE MOTIONS DUE August 30, 2007. (Paine, Matthew)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=9/25/2006] [FileNumber=1586253-0
] [49f76ad3f4ce0470daff370f70de9198855988e0a372709f7c64c6a5ccfb1fa604a
60ee36ad703396f0b880dac3106bf5615750d3556854004f613e27342652f]]

1:05-cv-10798 Notice will be electronically mailed to:

Barbara Hayes Buell    bhb@bloombuell.com

Matthew R. Connors    mconnors@ficksmanconley.com

Judith M. Feinberg    jf@achwg.com

David M. Gould    Dgould@ficksmanconley.com

Daniel J. Griffin , Jr    dgriffin@mmmk.com

A. Bernard Guekguezian    abg@achwg.com

Joseph D. Halpern    joseph.halpern@bcbsma.com

Lynda R. Jensen    lriesgo@mmmk.com

1:05-cv-10798 Notice will not be electronically mailed to:

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895