U.S. DISTRICT COURT

EASTERN DIVISION
(BOSTON, MASSACHUSETTS)

Case No. - 1:05-CV-10798-WGY

Donald S. Koback,
PLAINTIFF, PRO SE
v.
METROWEST MEDICAL
CENTER, ET AL.
DEFENDANTS

PLAINTIFF DONALD S. KOBACK'S EXCEPTION FOR THE SAKE OF APPEAL AND/OR TO PERFECT THE RECORD FOR THE PURPOSES OF APPEAL

Plaintiff Donald S. Koback's Exception, for the SAKE of APPEAL AND/OR TO PERFECT THE RECORD FOR THE PURPOSES OF APPEAL, to Judge William G. Young's Orders entered on 10/2/2006 at 3:12 PM EDT DENYING [125] Motion for Reconsideration and DENYING [127] Motion to Strike (Paine, Matthew) further, Plaintiff Donald S. Koback ~~willfully willfully~~ asserts that Matthew intentionally violated Plaintiff's rights, privileges, and immunities as a citizen by failing to object and/or object brilliantly, his performance being a tad bit less than radiant. The foregoing applies to Paine as well as a co-conspirator.

Plaintiff Donald S Koback further taking exception to the conspicuous absence of Document Number.

All of the foregoing presented to the Court by Donald S Koback proceeding pro se See and/or refer to Orders attached hereto and incorporated herein by reference. DSK Oct 3, 2006

Submitted,

_Donald S. Koback_
Donald S. Koback

October 3, 2006

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Paine, Matthew entered on 10/2/2006 at 3:12 PM EDT and filed on 10/2/2006
Case Name: Koback v. Metrowest Medical Center et al
Case Number: 1:05-cv-10798
Filer:
Document Number: ◯ *[handwritten: Conspicuous absence of document number!]*
*[handwritten: DSK 10-3-2006]*

Docket Text:
Judge William G. Young : Electronic ORDER entered DENYING [125] Motion for Reconsideration and DENYING [127] Motion to Strike (Paine, Matthew)

*[handwritten margin: DSK 10-3-2006]*

The following document(s) are associated with this transaction:

1:05-cv-10798 Notice will be electronically mailed to:

Barbara Hayes Buell    bhb@bloombuell.com

Matthew R. Connors    mconnors@ficksmanconley.com

Judith M. Feinberg    jf@achwg.com

David M. Gould    Dgould@ficksmanconley.com

Daniel J. Griffin , Jr    dgriffin@mmmk.com

A. Bernard Guekguezian    abg@achwg.com

Joseph D. Halpern    joseph.halpern@bcbsma.com

Lynda R. Jensen    lriesgo@mmmk.com

1:05-cv-10798 Notice will not be electronically mailed to:

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

*[handwritten: Plaintiff, Donald S. Koback takes exception to Orders 125 and 127 for the sake of appeal.]*

*[signed: Donald S. Koback]*
*Donald S. Koback*
*October 3, 2006*

## CERTIFICATE OF SERVICE

I, ~~Lynda Riesgo Jensen, counsel for the defendants, Erol Onel, M.D. and New England Medical Center~~ Donald S. Koback, Plaintiff, pro se (Case: 1:05-cv-10798-W6Y) hereby certify that this document "ORDERS-W.G.YOUNG-[125]; [127]" and "PLAINTIFF DONALD S. KOBACK'S EXCEPTION FOR THE SAKE OF APPEAL AND/OR TO PERFECT THE RECORD FOR THE PURPOSES OF APPEAL" was mailed (filed & served) U.S.P.S. postage prepaid ~~filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants~~ on the 6th day of October ~~September~~, 2006, (Previously, on Sept. 27, 2006, I mailed (filed and served) U.S.P.S. Postage Prepaid the three (3) documents which are the subject of this exception) INCLUDING "Local Rule 16.1 (D) JOINT STATEMENT (Continued) NUNC PRO TUNC" September 18, 2006

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road
Boston, MA  02135
bhb@bloombuell.com
Attorney for defendants,
MetroWest Medical Center,
Framingham Union Hospital,
and Leonard Morse Hospital
Electronically and by U.S. mail

~~Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI  02895
Pro Se Plaintiff
By U.S. mail only~~

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman
 & Guekguezian
75 Federal Street
Boston, MA  02110
jf@achwg.com
Attorney for defendant,
John P. Long
Electronically and by U.S. mail

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA  02114
mconnors@ficksmanconley.com
Attorney for defendant Emanuel Friedman
Electronically and by U.S. mail

JOSEPH HALPERN
BLUE CROSS BLUE SHIELD
OF MASSACHUSETTS
(HMO BLUE OF MASSACHUSETTS)
401 PARK DRIVE
BOSTON, MASSACHUSETTS
02215

~~/s/ Lynda Riesgo Jensen~~

Daniel J. Griffin, B.B.O. No. 211300
Lynda Riesgo Jensen, B.B.O. No. 652498
Attorney for the Defendants, Erol Onel, M.D. and
the New England Medical Center
101 Merrimac Street
Boston MA 02114
617-227-3240
lriesgo@mmmk.com

The foregoing being true and accurate originals and photo copies otherwise signed on the 6th day of October, 2006 A.D. under pains and penalties of perjury

6-October 2006 A.D.

Donald S. Koback
DONALD S. KOBACK
PLAINTIFF, PRO SE
OCTOBER 6, 2006 A.D.