

# The Commonwealth of Massachusetts
## SUPREME JUDICIAL COURT
### FOR SUFFOLK COUNTY
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

2005-3084

MAURA S. DOYLE
CLERK

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117

ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

October 12, 2006

Suffolk Superior Court Dept.
Clerk for Civil Business
3 Pemberton Square, 12th Floor
Boston, MA 02108


RE:   No. SJ-2006-0172

      DONALD S. KOBACK
           vs.
      METROWEST MEDICAL CENTER ET AL

      Suffolk Superior Court
      No. SUCV2005-03084


NOTICE OF DOCKET ENTRY

You are hereby notified that on October 12, 2006, the following was entered on the docket of the above referenced case:

JUDGMENT: denying relief under c. 211, s.3 without a hearing. (Ireland, J.)

Maura S. Doyle, Clerk


To:   Donald S. Koback
      Daniel J., Jr. Griffin, Esquire
      Barbara H. Buell, Esquire
      A. Bernard Guekguezian, Esquire
      New England Medical Center
      Lynda Riesgo Jensen, Esquire
      Tufts University School Medicine
      Joseph Halpern, Esquire

Emanuel Friedman M.D.
`HMO Blue of Massachusetts=
Suffolk Superior Court Dept.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
No. SJ-2006-0172

Suffolk Superior Court
No. SUCV2005-03084

**DONALD S. KOBACK**

vs.

**METROWEST MEDICAL CENTER ET AL**

JUDGMENT
------

This matter came before the Court, Ireland, J., presiding, on a petition seeking review of a determination of a medical malpractice tribunal in the Suffolk Superior Court. Where no jurisdictional basis is offered for bringing the matter to this Court, I will treat the matter as brought pursuant to G.L. c. 211, s. 3, and upon consideration thereof, it is ORDERED that the petition, and all requests for relief, be, and the same hereby are, denied without hearing.

By the Court, (Ireland, J.) RSI

Maura S. Doyle, Clerk

Entered: October 12, 2006