U.S. DISTRICT COURT

EASTERN DIVISION                    CASE NO.: 1:05-CV-
(BOSTON, MASSACHUSETTS)                   -10798-WGY

DONALD S. KOBACK,
    PLAINTIFF,
    PRO SE

VS.

METROWEST MEDICAL
CENTER, ET. AL.,
    DEFENDANTS

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS
2006 NOV -8 A 11:58

PLAINTIFF, DONALD S. KOBACK'S
REQUEST FOR ADMISSION
UNDER RULE 36
Fed. R. Civ. P. RULE 36.
M.D. EMANUEL FRIEDMAN, DEFENDANT

(PREFACE N.B. (NOTA BENE):
HEREINAFTER, M.D. EMANUEL FRIEDMAN,
SHALL ALSO IDENTIFY EMANUEL
FRIEDMAN, M.D. AND EMANUEL
FRIEDMAN. FURTHER, THE USE OF M.D.
BEFORE A PERSON'S NAME SHALL
IDENTIFY SAID PERSON IN ACCORDANCE
WITH THE ABOVE.
  1. equals one.
  2. equals two. )

-1-

PLAINTIFF DONALD S. KOBACK, PRO SE, REQUEST THE DEFENDANT, M.D. EMANUEL FRIEDMAN WITHIN THIRTY (30) DAYS AFTER SERVICE OF THIS REQUEST THE DEFENDANT, M.D. EMANUEL FRIEDMAN WITHIN THIRTY (30) DAYS AFTER SERVICE OF THIS REQUEST TO MAKE THE FOLLOWING ADMISSIONS FOR THE PURPOSES OF THIS ACTION ONLY (CASE NO. - 1:05-CV-10798-WGY - DONALD S. KOBACK, PLAINTIFF, PRO SE VS. METROWEST MEDICAL CENTER, ET. AL.) AND SUBJECT TO ALL PERTINENT OBJECTIONS TO ADMISSIBILITY WHICH MAY BE INTERPOSED AT TRIAL:

1. THAT EACH OF THE FOLLOWING DOCUMENTS, EXHIBITED WITH THIS REQUEST, IS GENUINE.

1.A. VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL WITH AFFADAVIT OF THE PLAINTIFF DONALD S. KOBACK DATED: 4-17-05.

1.B. COMPLAINT AND DEMAND FOR JURY TRIAL WITH AFFADAVIT OF THE PLAINTIFF DONALD S. KOBACK DATE: 4-17-05.

-2-


1.C. FACSIMILE (FAX) TRANSMISSION TO

U.S. DISTRICT COURT
SPRINGFIELD, MASSACHUSETTS

FACSIMILE (FAX) NUMBER:
1-413-785-0204.

1.D. AMENDMENT AS OF RIGHT
DATED: 4-9-05.

1.E. AMENDMENT AS OF RIGHT
(continued)
DATED: APRIL 23, 05.

1.F. AMENDMENT AS OF RIGHT
(continued) 15
4-28-05.

1.G. AMENDMENT AS OF RIGHT (cont'd) 15
APRIL 29, 05.

1.H. AMENDMENT AS OF RIGHT (15(a))
DATE: 5-2-05.

-3-

1.I. MOTION TO IMPOUND (OR SEAL) "DOCTRINE OF RIGID VARIATION" DATED 5-3-05.

1.J. AS PERTAINS TO THE DEFENDANT, M.D. JOHN P. LONG, JR., DOCTOR'S APPOINTMENT CARD OF JOHN P. LONG, JR., M.D. OF NEW ENGLAND UROLOGY LOCATED AT 139 LINCOLN STREET, FRAMINGHAM, MASSACHUSETTS 01702 AND OF NEW ENGLAND UROLOGY, LOCATED AT 67 UNION STREET, SUITE 303, NATICK, MASSACHUSETTS 01760 508-653-5501 WITH AN APPOINTMENT DATE SCHEDULED ON 6/28/5 at 1:45 WHICH IS "EXHIBIT 1" INCLUDED IN THE DOCUMENT DESCRIPTIONS FOLLOWING THE PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION ABOVE IN REQUEST FOR ADMISSION 1., REQUEST FOR ADMISSION 1.A., REQUEST FOR ADMISSION 1.B.

1.K. AS PERTAINS TO DEFENDANT, M.D. MICHAEL P. DONOVAN OR Michael P. Donovan, M.D., OR MICHAEL P. DONOVAN, M.D., P.C. OR NEW ENGLAND UROLOGY ASSOCIATES LLC. IN ASSOCIATION WITH STANLEY P. KRAUSS, M.D., P.C. LOCATED AT

    139 LINCOLN STREET
    FRAMINGHAM
    MASSACHUSETTS 01702
    508-370-7703
    FAX.: 508-370-7701, and

LOCATED AT
    20 HOPE AVENUE
    WALTHAM, MASSACHUSETTS
    02154,

A LETTER SIGNED BY Michael P. Donovan, M.D. DATED DECEMBER 28, 1999 RE: DONALD KOBACK TO: BLUE CROSS BLUE SHIELD OF MASSACHUSETTS WHICH LETTER AND MEDICAL REPORT IS "EXHIBIT 2" INCLUDED IN THE DOCUMENT DESCRIPTIONS FOLLOWING

-5-

THE PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION ABOVE IN REQUEST FOR ADMISSION 1., 1.A., 1.B.

1.L. "INITIAL DISCLOSURES OF THE DEFENDANT, EMANUEL FRIEDMAN, M.D. PURSUANT TO Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(A)" dated October 6, 2006.

1.M. PERSONAL CHECK #526, DATED APRIL 9, 2005 PAYABLE TO U.S. DISTRICT COURT - $250. FILING FEE. 05-10798-WGY STAMPED ON FRONT OF CHECK. BANK STATEMENT - CHECK #526 - PAID. OSK Nov. 3, 2006

PREFACE ABOVE CONTINUED. PLAINTIFF DONALD S. KOBACK RESERVES RIGHT(S), PRIVILEGE(S), AND IMMUNITIES, LIBERTIES, TO SERVE ADDITIONAL REQUEST FOR ADMISSION UPON M.D. EMANUEL FRIEDMAN, DEFENDANT AND UPON ALL OTHER DEFENDANTS AND NON PARTY(IES);

PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION NUMBER 2., 2.A., et. seq. and sequentially one AFTER ANOTHER GOING FORWARD SHALL FOLLOW FROM THIS POINT;

-6-

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.