# AFFADAVIT

I, DONALD S. KOBACK, PLAINTIFF, PRO SE, IN DONALD S. KOBACK, PLAINTIFF, VS. METROWEST MEDICAL CENTER, ET. AL., CASE NO.: 05-CV-10798-WGY, U.S. DISTRICT COURT, BOSTON, MASSACHUSETTS (EASTERN DIVISION) THAT PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION UNDER RULE 36 Fed.R.Civ.P. RULE 36. ASSERT

PLAINTIFF'S REQUEST FOR ADMISSION 1., 1.A., 1.B., 1.C., 1.D., 1.E., 1.F., 1.G., 1.H., 1.I., 1.J., 1.K. AND 1.M., WHICH DOCUMENTS ARE LISTED, DESCRIBED, AND EXHIBITED, ARE GENUINE.

ALL OF THE FOREGOING ARE GENUINE.
MOREOVER, THE FOREGOING ARE TRUE AND ACCURATE PHOTO COPIES OF THE "ORIGINALS" → WHICH PLAINTIFF, DONALD S. KOBACK, PRO SE, HAD PERSONALLY TAKEN, SAID PHOTOS CONSTITUTING

"ORIGINALS" - THE ORIGINAL COPIES OF THE PAPERS DELIVERED AND FILED WITH THE U.S. DISTRICT COURT.

THE "BEST EVIDENCE" IF THE ORIGINALS DELIVERED TO, FILED WITH THE U.S. DISTRICT COURT, EASTERN DIVISION (BOSTON, MASSACHUSETTS) AND THE U.S. DISTRICT COURT (WESTERN DIVISION) SPRINGFIELD, MASSACHUSETTS HAVE BEEN LOST, STOLEN, DESTROYED, MISPLACED, OTHERWISE UNACCOUNTED FOR, THE FOREGOING HOLDS TRUE FOR 1.C. ABOVE. AS PLAINTIFF HOLDS THE ORIGINAL OF EXHIBIT, DOCUMENT 1.C. INSTEAD OF COPIES OF THE "ORIGINALS" OF THOSE ENUMERATED, LETTERED ABOVE, EXCEPT AS TO 1.M. BELOW. AS TO 1.M. BELOW SAID DOCUMENT, EXHIBIT IS A TRUE AND ACCURATE PHOTO COPY OF THE PLAINTIFF'S ORIGINAL BANK STATEMENT, WHICH PHOTOS WERE TAKEN BY THE PLAINTIFF DONALD S. KOBACK PERSONALLY. SIGNED UNDER PAINS AND PENALTIES OF PERJURY. DATE: NOVEMBER 3, 2006 *Donald S Koback*

DONALD S. KOBACK
PLAINTIFF, PRO SE
DATE: NOVEMBER 3, 2006

DSK NOVEMBER 3, 2006

## CERTIFICATE OF ORIGINAL

Without waiving any rights, etc. as aforesaid, I DONALD S. KOBACK, PLAINTIFF, PRO SE, CASE NO. 1:05-CV-10798-WGY (DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS, INCLUDING THIS CERTIFICATE OF SERVICE) WERE MAILED (FILED (EN ROUTE) AND SERVED ON THE FOLLOWING ATTORNEYS WHO REPRESENT THE DEFENDANTS —

DOCUMENTS
1. PLINTIFF DONALD S. KOBACK'S REQUEST FOR ADMISSION UNDER RULE 36 Fed. R. Civ. P. RULE 36.
   M.D. EMANUEL FRIEDMAN, DEFENDANT;
2. AFFADAVIT;
3. DEFENDANTS' ATTORNEYS AT LAW

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road
Boston, MA 02135

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman
 & Guekguezian
75 Federal Street
Boston, MA 02110

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
101 Merrimac Street
Boston MA 02114

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

Signed under pains and penalties of perjury on NOVEMBER 6, 2006. _Donald S. Koback_
DONALD S. KOBACK, PLAINTIFF PRO SE. DATE: NOVEMBER 6, 2006