UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION
(BOSTON, MASSACHUSETTS)

CIVIL ACTION No.:
1:05-CV-10798-WGY

DONALD S. KOBACK,
  PLAINTIFF,
  PRO SE.

VS.

METROWEST MEDICAL CENTER, ET. AL.,
  DEFENDANTS



FILED
CLERKS OFFICE
2006 NOV 16 P 2:20
U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION TO STRIKE
### Fed. R. Civ. P. RULE 12(f)

Pursuant to Fed. R. Civ. P. RULE 12(f), Now comes THE PLAINTIFF, DONALD S. KOBACK who moves to strike "DOCTORED" MEDICAL RECORDS FROM DEVINE-TIDEWATER UROLOGY, 400 WEST BRAMBLETON AVENUE, SUITE 100, NORFOLK, VIRGINIA 23510, U.S.A. AS THEY ARE DESIGNED, AND INTENDED TO PROP UP AN INSUFFICIENT DEFENSE — LEAVING A FALSE IMPRESSION THAT THERE WAS NO OUT-OF-STATE PENILE, REPRODUCTIVE,

RECONSTRUCTION AVAILABLE OR POSSIBLE FOR THE PLAINTIFF, DONALD S. KOBACK, SAID "DOCTORED" MEDICAL RECORDS ARE REDUNDANT IN THEIR FALSITY, IMMATERIAL AS "CREATION OF EVIDENCE OR MANUFACTURING EVIDENCE", IMPERTINENT AND SCANDALOUS INASMUCH AS THERE WAS NO Genuine, OR TRUTHFUL MEDICINE BEING PRACTICED, but, IN LIEU, JUST A "CAREFULLY ORCHESTRATED PLAY" RUN AND OPERATED BY MASSACHUSETTS DOCTORS AND HOSPITALS TO "COVER UP" THEIR WRONGDOING. DEVINE-TIDEWATER UROLOGY OF VIRGINIA WERE "TIPPED OFF" THAT THE PLAINTIFF WAS COMING TO THEIR MEDICAL FACILITY BY DOCTORS AND HOSPITALS IN MASSACHUSETTS. SAID UROLOGY OF VIRGINIA CONSPIRED TO DEFRAUD THE PLAINTIFF (REPORTS BEING GENERATED BY DOCTORS WHO NEVER MET WITH PLAINTIFF, FOR EXAMPLE) BEING IN CAHOOTS WITH M.D. MICHAEL DONOVAN, DEFENDANT JOHN P. LONG, JR.'S: AFFILIATE AND DEFENDANTS M.D. EROL ONEL, NEW ENGLAND MEDICAL CENTER, OF BOSTON, MASSACHUSETTS.

THE MOTIVATION AND INTENT OF SAID DEFENDANTS' BEING TO PREVENT ANY FURTHER TREATMENT SO THAT IT COULD NOT BE SAID THAT OUT-OF-STATE PENILE RECONSTRUCTION, PLASTIC SURGERY WOULD BE OF ANY USE SINCE THE MASSACHUSETT DEFENDANTS HAD SO TOTALLY DESTROYED PLAINTIFF'S SEXUAL, REPRODUCTIVE ORGAN, THAT ANY FURTHER EFFORTS A WOULD BE FUTILE, WHEN IN TRUTH SAID TREATMENT WAS AND IS AVAILABLE AT DEVINE-TIDEWATER AND ELSE-WHERE, IN THE U.S.A. AND WORLDWIDE. U.S. HOSPITALS AND MEDICAL SOCIETIES OF DOCTORS ARE BEING USED AS INSTRUMENTS OF STATE SPONSORED TERROR AGAINST AMERICAN CITIZENS. IN VIOLATION OF THE LAW OF WAR — REPRODUCTIVE TERROR.

November 14, 2006

Donald S. Koback

DONALD S. KOBACK, plaintiff
195 SUNNYSIDE AVE
WOONSOCKET, R.I. 02895

CERTIFICATE OF ORIGINAL

Without waiving any rights, etc. as aforesaid, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, CASE NO. 1:05-CV-10798-WGY (DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS, INCLUDING THIS CERTIFICATE OF SERVICE) WERE MAILED (FILED (EN ROUTE) AND SERVED ON THE FOLLOWING ATTORNEYS WHO REPRESENT THE DEFENDANTS —

DOCUMENTS

1. MOTION ~~2. PLAINTIFF DONALD S. KOBACK'S~~ TO STRIKE ~~REQUEST FOR ADMISSION~~ Fed. R. Civ. P. ~~UNDER RULE 36~~ RULE 12(f) ~~Fed. R. Civ. P. RULE 36.~~

~~M.D. EMANUEL FRIEDMAN, DEFENDANT,~~

~~2. AFFIDAVIT~~

~~3.~~ DEFENDANTS' ATTORNEYS AT LAW

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road
Boston, MA 02135

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th. FLOOR
Boston, MA 02110

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
101 Merrimac Street
Boston MA 02114

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

Signed under pains and penalties of perjury on ~~November 10, 2006~~ November 15, 2006. Donald S. Koback, PLAINTIFF PRO SE

Donald S. Koback, PLAINTIFF
11-15-2006