FILED
CLERKS OFFICE
2006 NOV 29 P 2:18
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION
(BOSTON, MASSACHUSETTS)

CIVIL ACTION NO.:
1:05-CV-10798-WGY

DONALD S. KOBACK,
PLAINTIFF,
PRO SE

VS.

METROWEST MEDICAL CENTER, LEONARD MORSE HOSPITAL, FRAMINGHAM UNION HOSPITAL, NEW ENGLAND MEDICAL CENTER, EMANUEL FRIEDMAN, M.D., JOHN P. LONG, JR., M.D., and EROL ONEL, M.D.,
DEFENDANTS

## ENTRY OF DEFAULT
### Fed.R.Civ.P. RULE 55(a)

ENTRY OF DEFAULT, Fed.R.Civ.P. RULE 55(a) AGAINST DEFENDANT, EMANUEL FRIEDMAN, M.D. WHO HAS FAILED TO RESPOND OR OTHERWISE

DEFEND AS PROVIDED BY THESE RULES (Fed. R. Civ. P.); A SUMMONS, COPY OF THE COMPLAINT, AFFADAVIT, AND ALL AMENDMENTS AS OF RIGHT APPROVED BY THE COURT WERE SERVED ON SAID DEFENDANT ON JUNE 3, 2005 (COPIES OF Middlesex Sheriff's OFFICE LETTER TO PLAINTIFF, SUMMONS, AND RETURN OF SERVICE ATTACHED HERETO AND INCORPORATED HEREIN.) MOTION OF THE DEFENDANT, EMANUEL FRIEDMAN, M.D., TO STRIKE PLAINTIFF'S REQUESTS FOR ADMISSIONS [sic] (NO Federal Rule of Civil Procedure accompanying) DOES NOT COMPLY WITH Fed. R. Civ. P. RULE 12(a) and 12(b) AND CONSTITUTES A WAIVER OF ALL DEFENSES PURSUANT TO Fed. R. Civ. P. RULE 8(d). SEE AFFADAVIT.

Submitted,

Donald S. Koback

Donald S. Koback
PLAINTIFF, PRO SE
November 27, 2006



**JAMES V. DiPAOLA**
SHERIFF

# The Commonwealth of Massachusetts
## Middlesex Sheriff's Office
Civil Process Division
P.O. Box 827
188 Concord Street
Framingham, Massachusetts 01701-0203
Phone (508) 872-3110 (508) 872-7831 • Fax (508) 872-3644

DONALD KOBACK
195 SUNNYSIDE Avenue
WOONSOCKET, RI 02895

Phone:(000)000-0

Amount Due: $ 0.00
Invoice #:   05017638
Invoice Date: 06/03/2005

PLEASE NOTE: RETURN THIS TOP PORTION WITH YOUR PAYMENT

---

## Payment Due Upon Receipt     Writ: SUMMONS AND COMPLAINT

Please send a copy of this invoice with your remittance

DONALD KOBACK
vs.
EMMANUEL FRIEDMAN, M.D.

Invoice #:   05017638
Invoice Date: 06/03/2005

Serve:   EMMANUEL FRIEDMAN, M.D.
         95 LINCOLN Street
         FRAMINGHAM, MA

Served by Deputy Sheriff: ROBERT NATION 56
Service Date: 05/31/2005
Method of Service: In Hand



| Charge | Amount |
|---|---|
| Attest | 5.00 |
| Basic Service Fee | 30.00 |
| Conveyance | 0.90 |
| Postage and Handling | 1.00 |
| Travel | 10.88 |
| **Total Charges** | **47.78** |

| Payment Date | Check Number | Amount |
|---|---|---|
| 05/26/2005 | | 47.78 |
| **Payment Total** | | 47.78 |
| | | 0.00 |

# UNITED STATES DISTRICT COURT

EASTERN DIVISION   District of   MASSACHUSETTS
(Boston)

DONALD S. KOBACK, pro se plaintiff
v.
MetroWest Medical Center, et. al.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-10798 WGY

TO: (Name and address of Defendant)

EMANUEL FRIEDMAN, M.D.
95 LINCOLN
FRAMINGHAM, MASSACHUSETTS

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD S. KOBACK
195 SUNNYSIDE AVE
WOONSOCKET
R.I. 02895

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

4-21-05
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

---

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

*Middlesex, ss.*

June 3, 2005

I hereby certify and return that on 5/31/2005 at 9:30AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to KELLY McTAGUE, agent, person in charge at the time of service for EMMANUEL FRIEDMAN, M.D., at , 95 LINCOLN Street, FRAMINGHAM, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($0.90), Postage and Handling ($1.00), Travel ($10.88) Total Charges $47.78

*Robert A. Nelson*

Deputy Sheriff

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.