## AFFADAVIT IN SUPPORT OF ENTRY OF DEFAULT
### Fed. R. Civ. P. RULE 55(a)

I, DONALD S. KOBACK, PLAINTIFF, PRO SE, HAVING SERVED THE DEFENDANT, EMANUEL FRIEDMAN, M.D., BY THE Middlesex Sheriff's OFFICE, A COPY OF THE COMPLAINT, ALL ALLOWED AMENDMENTS AS OF RIGHT, AFFADAVIT AND SUMMONS ON JUNE 3, 2005, NO ANSWER, No Fed. R. Civ. P. RULE 12(a) OR RULE 12(b) DEFENSE OR MOTIONS FILED WITH THE COURT OR SERVED UPON THE PLAINTIFF THEREBY ENTITLING PLAINTIFF TO ENTRY OF DEFAULT, Fed. R. Civ. P. RULE 55(a), SAID DEFENDANT WAIVED ALL DEFENSES PURSUANT Fed. R. Civ. P., RULE 8(d). SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON NOVEMBER 27, 2006.

_Donald S. Koback_
DONALD S. KOBACK
PLAINTIFF, PRO SE
NOVEMBER 27, 2006

# CERTIFICATE OF SERVICE ~~ORIGINAL~~

Date Nov. 27, 2006

Without waiving any rights, etc. as aforesaid, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, CASE NO. 1:05-CV-10798-WGY (DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS, INCLUDING THIS CERTIFICATE OF SERVICE) WERE MAILED (FILED EN ROUTE) AND SERVED ON THE FOLLOWING ATTORNEYS WHO REPRESENT THE DEFENDANTS —

Postage Prepaid BSU 11-27-2006

DOCUMENTS:

1. MOTION FOR RECONSIDERATION (MOTION TO STRIKE) ~~EXCEPTION FOR SAKE OF APPEAL~~ ~~OBJECTION PRECEDENT THERETO IF NEED BE~~;

2. ENTRY OF DEFAULT
   Fed. R. Civ. P. RULE 55(a);

3. AFFADAVIT IN SUPPORT OF ENTRY OF DEFAULT
   Fed. R. Civ. P. RULE 55(a);

### DEFENDANTS' ATTORNEYS AT LAW

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road
Boston, MA 02135

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
101 Merrimac Street
Boston MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman
 & Guekguezian
75 Federal Street, 10th. FLOOR
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

Signed under pains and penalties of perjury on November 27, 2006.

Donald S. Koback
DONALD S. KOBACK
PLAINTIFF, PRO SE
NOVEMBER 27, 2006