UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONALD S. KOBACK,
PLAINTIFF,
PRO SE,

V.

METROWEST MEDICAL CENTER, ET. AL.,
DEFENDANTS

MOTION FOR RECONSIDERATION (MOTION TO STRIKE)
EXCEPTION FOR SAKE OF APPEAL
(OBJECTION PRECEDENT THERETO
IF NEED BE)

NOW COMES THE PLAINTIFF, DONALD S. KOBACK, WHO FILED (EN ROUTE VIA U.S.P.S.) AND SERVED ON ALL DEFEDANTS EXTANT AND THEIR ATTORNEYS AT LAW ON NOVEMBER 15, 2006 HIS MOTION TO STRIKE Fed.R.Civ.P. RULE 12(f) WHICH MOTION ENCOUNTERED AN ORDER (JUDGE WILLIAM G. YOUNG) WHICH ENTERED ON NOVEMBER 21, 2006 AT 9:21 AM EST DENYING [133] MOTION TO STRIKE AS TO WHICH PLAINTIFF HEREBY DOES THE FOLLOWING:

1. MOVES FOR RECONSIDERATION of PLAINTIFF FURTHER ADDING DEVINE-TIDEWATER UROLOGY "Records" are immaterial, impertinent, ER ..., scandalous;

2. OBJECTS TO OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION;

3. TAKES EXCEPTION TO ANY FAILURE, INTER ALIA, TO RULE ON HIS MOTION FOR RECONSIDERATION;

4. TAKES EXCEPTION FOR THE SAKE OF APPEAL TO SAID FAILURE TO RULE OR ADVERSE RULING;

5. OBJECTS AT 9:20 + 59 Seconds AM EST NUNC PRO TUNC TO OPPOSITION TO HIS MOTION TO STRIKE Fed. R. Civ. P. RULE 12(f). (NUNC PRO TUNC) AND AS IF IN ONE FELL SWOOP TAKES EXCEPTION IMMEDIATELY SUBSEQUENT TO THE AFOREMENTIONED COURT ORDER FOR THE SAKE OF APPEAL (NUNC PRO TUNC).

Wherefore, the PLAINTIFF, DONALD S. KOBACK, MOVING, OBJECTING, EXCEPTING AS HEREINBEFORE, WITH ALL DUE OBSEQUIOUS SERVILITY, URGES THE COURT TO RULE POSITIVELY IN REGARDS THE PLAINTIFF.

NOVEMBER 24, 2006                Humbly,
                                 Donald S. Koback
                                 DONALD S. KOBACK
                                 NOVEMBER 24, 2006

