UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2006 DEC -6 P 12:48
U.S. DISTRICT COURT
DISTRICT OF MASS.

EASTERN DIVISION
(BOSTON, MASSACHUSETTS)

Civil Action No.:
1:05-CV-10798-WGY

DONALD S. KOBACK,
    PLAINTIFF,
    PRO SE,

VS.

METROWEST MEDICAL
CENTER, ET. AL.,
        DEFENDANTS

PLAINTIFF, DONALD S. KOBACK'S
OPPOSITION TO COURT DOCUMENT
NUMBER; 138; DOCKET TEXT;
MOTION FOR RECONSIDERATION re [134]
MOTION to Strike Plaintiff's
Requests for Admissions

I. PLAINTIFF, DONALD S. KOBACK
(SEE TITLE OF THIS DOCUMENT
UNDERLINED ABOVE WHICH HE, PLAINTIFF, IN-
CORPORATES HEREIN) OPPOSES
DEFENDANT, M.D. EMANUEL FRIEDMAN'S
(MOTION FOR Reconsideration of
MOTION OF THE DEFENDANT EMANUEL
FRIEDMAN, M.D., TO STRIKE PLAINTIFFS REQUEST

FOR ADMISSIONS '[sic].
WITHOUT WAIVING,
I O BEGIN WITH, THE FOLLOWING
DOCUMENTS FILED AND SERVED BY
THE PLAINTIFF, DONALD S. KOBACK
SHOULD, IN NO WAY, BE DIMINISHED
NOR SHOULD THE DEFENDANT,
EMANUEL FRIEDMAN'S 'MOTION FOR
RECONSIDERATION OF MOTION OF THE DEFENDANT,
EMANUEL FRIEDMAN, M.D. To
STRIKE PLAINTIFF'S REQUESTS FOR
ADMISSIONS[sic]' BE STRENGTHENED
AS A CONSEQUENCE OF PLAINTIFF'S
OPPOSITION TO THE DEFENDANT'S MOTION
FOR RECONSIDERATION — AS FOLLOWS:

1. PLAINTIFF, DONALD S. KOBACK'S
   ENTRY OF DEFAULT, Fed. R. Civ. P.
   RULE 55(a) AGAINST THE DEFENDANT,
   EMANUEL FRIEDMAN, M.D. ;

2. PLAINTIFF, DONALD S. KOBACK'S
   MEMORANDUM IN SUPPORT OF ENTRY
   OF DEFAULT, Fed. R. Civ. P. RULE 55(a)
   AGAINST THE DEFENDANT, EMANUEL
   FRIEDMAN, M.D. ;

3. PLAINTIFF, DONALD S. KOBACK'S
   MOTION FOR JUDGMENT BY DEFAULT
   Fed. R. Civ. P. RULE 55(b) AGAINST
   EMANUEL FRIEDMAN, M.D. ;



4. PLAINTIFF, DONALD S. KOBACK'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ENTRY OF DEFAULT Fed.R.Civ.P. RULE 55(a) AGAINST THE DEFENDANT, EMANUEL FRIEDMAN, M.D. AND MOTION FOR DEFAULT JUDGMENT RULE 55(b)(1) AND/OR RULE 55(b)(2);

5. AFFADAVIT OF DONALD S. KOBACK IN SUPPORT, OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (See No. 3 above.) AGAINST DEFENDANT, EMANUEL FRIEDMAN.

Continued
page —4—

— 3 —

II.

FILED
CLERKS OFFICE

Defendant Emanuel Friedman's Motion for
Reconsideration 12.98

THE MOTION OF THE DEFENDANT, EMANUEL FRIEDMAN, M.D., TO STRIKE PLAINTIFF'S REQUESTS FOR ADMISSIONS [39] IS FATALLY FLAWED.

1st. DEFENDANT'S MOTION DOES NOT POSSESS PIN POINT ACCURACY, AS IN FACT, PLAINTIFF'S REQUEST FOR ADMISSION IS ENTITLED

PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION UNDER RULE 36
Fed. R. Civ. P. RULE 36.
M.D. EMANUEL FRIEDMAN, DEFENDANT;

2nd. THE CALCULATED CIRCUMVENTED, WHAT PURPORTS TO BE, THE ANSWER OF THE DEFENDANT EMANUEL FRIEDMAN, M.D., TO PLAINTIFF'S COMPLAINT...

FIRST DEFENSE...
SECOND DEFENSE...
THIRD DEFENSE...
FOURTH DEFENSE...
FIFTH DEFENSE...

WAS NOT ANSWERED OR PLEAD UNDER PAINS AND PENALTIES OF PERJURY, AS THE DEFENDANT

—4—

WAS REQUIRED TO DO
SINCE PLAINTIFF COMPLAINT
WAS A VERIFIED COMPLAINT
WITH AFFADAVIT IN ACCORD
WITH Fed. R. Civ. P. RULE 9(b)
WHICH AVERRED FRAUD,
MISTAKE WITH PARTICULARITY;
AS SUCH, THERE IS NO
ANSWER, NOR OTHER AFFIRMATIVE
DEFENSES TO PLAINTIFF'S
COMPLAINT;

3rd.  Fed. R. Civ. P. RULE 9(b) FRAUD,
MISTAKE,... RULES AS FOLLOWS:
"IN ALL AVERMENTS OF FRAUD
OR MISTAKE, THE CIRCUM—
STANCES CONSTITUTING FRAUD
OR MISTAKE SHALL BE STATED
WITH PARTICULARITY." — NOT
GENERALLY.
ERGO, PLAINTIFF'S COMPLAINT
AND REQUEST FOR ADMISSION
(SEE FORM 25, MASSACHUSETTS
RULES OF COURT · FEDERAL 2006)
MUST BE LENGTHY AND MUST
RELATE TO A CAST OF
CHARACTERS — to wit — OTHER
MEDICAL DOCTORS, HOSPITALS
WHO PLAYED LEADING ROLES,
JOINTLY AND SEVERALLY,

ACTING IN CONCERT,
TO MUTILATE PLAINTIFF'S
PENIS, SCROTUM, OTHER
BODY PARTS — TO CAUSE
PLAINTIFF'S PENIS TO
BE REDUCED TO ZERO
INCHES;

4th. DEFENDANT, EMANUEL FRIEDMAN'S
FIRST DEFENSE (ANSWER TO
PLAINTIFF'S COMPLAINT) CONTAIN
THIRTY (30) ADMISSIONS
AND DENIALS. PLAINTIFF'S
REQUEST FOR ADMISSION
(SEE TITLE OF DOCUMENT
IN THE THE 1st. STATEMENT
OF FACT AND LAW) ARE
NO MORE DIFFICULT FOR
THE DEFENDANT TO ADMIT
OR DENY THAN THE PLAINTIFF'S
COMPLAINT WAS. THE
DEFENDANT MOTION TO
STRIKE PLAINTIFF'S
REQUEST FOR ADMISSIONS
(See TITLE OF DOCUMENT
IN 1st. STATEMENT OF
FACT AND LAW) IS A MERE
RUSE TO AVOID SIGNING
PLAINTIFF'S REQUEST FOR
ADMISSION UNDER PAINS

AND PENALTIES OF PERJURY;

5th. PLAINTIFF SERVED THE DEFENDANT, EMANUEL FRIEDMAN, M.D. ON JUNE 3, 2005. Fed. R. Civ. P. RULE 12(a)(1) REQUIRES AN ANSWER AND AFFIRMATIVE DEFENSES TO BE FILED WITHIN 20 DAYS AFTER SERVICE. THE DEFENDANT CONTENDS THAT HIS ANSWER AND AFFIRMATIVE DEFENSES WERE FILED AND SERVED ON APRIL 10, 2006 (311 DAYS AFTER SERVICE) THE RECORD IS DEVOID OF DEFENDANT'S MOTION TO FILE LATE ANSWER OR MOTION TO ENLARGE TIME TO ANSWER PURSUANT TO Fed. R. Civ. P. RULE 6(b) — NO MOTION TO FILE LATE ANSWER WAS EVER FILED, SERVED, OR ALLOWED BY THE COURT AS OF THIS DATE. BY WHAT AUTHORITY (THE SPIRIT OF THE LAW ?) DOES THE

DEFENDANT, EMANUEL FRIED-
MAN, M.D. AND HIS COUNSELLORS
AT LAW WALTZ IN AND
OUT OF THE COURT (THREE
HUNDRED ELEVEN — 311
DAYS LATE) WHILE THE
MUTILATED, BUTCHERED PLAIN-
TIFF IS COMPELLED TO A
STRAIGHT JACKETED, NITTY
GRITTY COUNTDOWN (THE
LETTER OF THE LAW?);

6th. THE DEFENDANT EMANUEL
FRIEDMAN, M.D. TRIES
TO TIP TOE AWAY FROM
RESPONSIBILITY AND
INVOLVEMENT WITH
THE PLAINTIFF BY
STATING "DR. FRIEDMAN
SAW MR. KOBACK ON MAY 15,
1998 SOLELY FOR A CONSULTA-
TION." THE TRUTH IS
THAT THIS MAY 15, 1998
MISTREATMENT OF
THE PLAINTIFF WAS IN THE NATURE
OF "CONTINUING TREATMENT,"
WHICH LAST WELL BEYOND
MAY 15, 1998;

— 8 —

7th.  The Defendant, EMANUEL
FRIEDMAN, M.D.,'s
"SECOND DEFENSE"
READS, IN PART,
"... the said defendant
SAYS THAT THE COMPLAINT,
AND EACH AND EVERY
COUNT THEREOF, FAILS
TO STATE A CAUSE OF ACTION."
(EMPHASIS ADDED)
THERE IS NO SUCH
DEFENSE. Fed. R. Civ. P,
RULE 12(b)(6) permits
A DEFENSE OF "... FAILURE
TO STATE A CLAIM UPON
WHICH RELEIF CAN BE
GRANTED...";

8th.  SEE 2nd. STATEMENT
OF FACT AND LAW (NOTE
TITLE OF DOCUMENT).
THERE IS NO DATE
ON THE DEFENDANT'S ATTEMPTED
ANSWER WITH FOUR
ADDITIONAL DEFENSES.
RESPONSIVE PLEADINGS WITHOUT
DATES (DAY, MONTH, YEAR)
ARE NULL AND VOID;

9th. NOTWITHSTANDING DEFENDANT, EMANUEL FRIEDMAN, M.D.'S POOR EXCUSE OF AN ANSWER WITH FOUR (4) AFFIRMATIVE DEFENSES, THE DEFENDANT AND ATTORNEY AT LAW MISSED SAME POINT ENTIRELY WHEN THEY FILED THEIR MOTION OF THE DEFENDANT, EMANUEL FRIEDMAN M.D. TO STRIKE PLAINTIFF'S REQUESTS FOR ADMISSIONS [sic] NO Fed. R. Civ. P. CONCOMITANT.

THE DEFENDANT, EMANUEL FRIEDMAN, M.D. FAILED TO GO FORWARD WITH HIS Fed. R. Civ. P. RULE 12(b)(6) (WHICH HE DID NOT PRESERVE SEE 7th, above) AND ALL OTHER DEFENSES IN CONJUNCTION, SIMULTANEOUSLY WITH HIS MOTION TO STRIKE PLAINTIFF'S REQUESTS FOR ADMISSIONS [sic]. Fed. R. Civ. P. RULE 12(g) CONSOLIDATION OF DEFENSES IN MOTION.

Fed. R. Civ. P.
RULE 12(g) READS,
COMMANDS:

" A PARTY WHO MAKES A
MOTION UNDER THIS
RULE [12] MAY JOIN
WITH IT ANY OTHER
MOTIONS HEREIN PROVIDED
FOR AND THEN AVAILABLE
TO THE PARTY. IF THE
PARTY MAKES A MOTION
UNDER THIS RULE, BUT
OMITS THEREFROM ANY
DEFENSE OR OBJECTION
THEN AVAILABLE TO THE
PARTY WHICH THIS RULE
PERMITS TO BE RAISED
BY MOTION, THE PARTY
SHALL NOT THEREAFTER
MAKE A MOTION BASED
ON THE DEFENSE OR
OBJECTION SO
OMITTED.

10th. DEFENDANT EMANUEL
FRIEDMAN AND HIS
COUNSELLORS AT LAW
KNOWINGLY EXAGGERATE
THE "SPAN", AS HE
PUTS IT, OF APPROX.
139 LINES, 103 LINES,
76 LINES, SPANS
5 pages, 4½ PAGES,
AND 2½ PAGES. WHEN
HE KNOWS THAT
THESE HANDWRITTEN
REQUESTS CAN
BE CONDENSED BY
A TYPEWRITTER
OR a word processor;

11th. DEFENDANT, EMANUEL
FRIEDMAN'S BELABORS,
BEATS VIGOROUSLY
WITH HEAVY BLOWS WITH
WORD LIKE THE
" ...SHEAR LENGTH..."
ARE CONFUSING TO
HIM. IF HE SIMPLY
"SHRINKS" THEM WITH
HIS TYPEWRITER THEY'LL
BE MORE MANAGEABLE.

-12-

III.  1. REPEATEDLY, MATTHEW R. CONNORS,
ESQ. COMMITS PERJURY BY FILING
A CERTIFICATE OF SERVICE
STATING (CERTIFYING UNDER Fed.
R. Civ. P. RULE 11.) THAT THE
DATE PLAINTIFF WAS SERVED
ON THE SAME DATE AS THE
OTHER PARTIES (THE DATE
THE DOCUMENT(S) WERE
FILED WITH THE COURT).
SO TIME AND TIME AGAIN,
INCLUDING THIS TIME, THE
PLAINTIFF HAVING RECEIVED COURT'S
NOTICE OF THE DEFENDANT'S
MOTION FOR RECONSIDERATION
ON DECEMBER 1, 2006, ONE
(1) DAY AFTER THE COURT MAILED
IT, BUT NOTING FROM SAID
LAWYER.
WITHOUT EXCEPTION, SAID
LAWYER MAIL DOCUMENTS
TO THE PLAINTIFF (COMPUTED
AS FILING DATE, PLUS FIVE(5)
DAYS. SAID LAWYER UTILIZES
A PITNEY BOWES STAMP, POSTAGE
MACHINE (PITNEY BOWES METER
NO. 6785907) STAMPING,
AFFIXING POSTAGE ON THE SAME

DATE AS THE OTHERS, BUT HOLDS BACK PLAINTIFF'S ENVELOPE (DOCUMENT) FOR THE ONE (1) (FILING DATE), PLUS FIVE (5) DAYS, SO THAT PLAINTIFF RECEIVE SAID LAWYER'S ENVELOPES (DOCUMENTS) ALWAYS MUCH LATER THAN PLAINTIFF IS ENTITLED, THEREBY VIOLATING PLAINTIFF'S RIGHTS AND PREJUDICING THE PLAINTIFF;

2. IF THE DEFENDANT, EMANUEL FRIEDMAN, M.D. AND HIS LAWYER, MATTHEW R. CONNORS SEEK EQUITY, THEY MUST DO EQUITY. MAIL FRAUD IS BY ITS VERY NATURE INEQUITABLE;

3. THE 'MOTION FOR RECONSIDERATION OF THE MOTION OF THE DEFENDANT, EMANUEL FRIEDMAN, M.D., TO STRIKE PLAINTIFF'S REQUEST FOR ADMISSION '[sic] CANNOT ADD OR SUBTRACT ANY MORE WORDS, NUMBERS, ETCETERA, TO HIS MOTION TO STRIKE (SO-CALLED) THAN HIS ORIGINAL;

4. DEFENDANT, EMANUEL FRIEDMAN'S MOTION TO STRIKE DID NOT RELY ON, SPELL OUT, OR ENUMERATE ANY FEDERAL RULE OF CIVIL PROCEDURE 'DID NOT

—14—

MAINTAIN OR CONTEND THAT THE
PLAINTIFF, DONALD S. KOBACK'S
REQUEST FOR ADMISSION UNDER
RULE 36 Fed. R. Civ. P. RULE 36.
M.D. EMANUEL FRIEDMAN CONSTITUTED

(1) AN INSUFFICIENT DEFENSE,
(2) OR ANY REDUNDANT,
(3) IMMATERIAL,
(4) IMPERTINENT, OR
(5) SCANDALOUS MATTER, NOR

SHOULD HE FOR THERE IS
NO FACTUAL BASIS FOR SUCH
ACCUSATIONS. THE DEFENDANT,
EMANUEL FRIEDMAN'S FAILURE
TO SPECIFY ONE OF THE (1)(2)
(3),(4) OR (5) above PREVENTS
IT FROM QUALIFYING AS A
MOTION TO STRIKE PURSUANT
TO Fed. R. Civ. P. RULE 12(f);

5. WHILE PLAINTIFF RESERVES HIS
RIGHTS UNDER Fed. R. Civ. P. RULE
36(a) TO FILE A MOTION TO DETERMINE
THE SUFFICIENCY, IF THE NEED
SHALL ARISE, TO DETERMINE THE
SUFFICIENCY OF ANY RESPONSE,
ANSWER, OR OBJECTION TO EACH

OF THE PLAINTIFF'S REQUEST
FOR ADMISSION;

6. PLAINTIFF HOLDS FAST TO
THE LEGAL CONCLUSION THAT
DEFENDANT'S 'MOTION TO
STRIKE' CONSTITUTES AN
ADMISSION;

7. DEFENDANT'S SOLE REMEDY IS
TO SEEK WITHDRAWAL OR
AMENDMENT OF HIS ADMISSION(S)
PURSUANT TO Fed. R. Civ. P. RULE
36(b), WHICH THE DEFENDANT
HAS NOT DONE;

8. DEFENDANT, EMANUEL FRIEDMAN
SHOULD NOT BE ALLOWED TO
WITHDRAW OR AMEND HIS AD-
MISSIONS UNDER Fed. R. Civ. P.
RULE 36(a) AND RULE 36(b);

9. PURSUANT TO Fed. R. Civ. P.
RULE 36(a) AND RULE 36(b),
PLAINTIFF STRENOUSLY OPPOSES
ALLOWANCE OF THE DEFENDANT
TO WITHDRAW OR AMEND HIS
ADMISSIONS, AS, SUCH ALLOWANCE,

-16-

"...will prejudice... [PLAINTIFF, DONALD S. KOBACK]... in maintaining the action or defense on the merits... [PLAINTIFF ALLUDES TO ANY AFFIRMATIVE DEFENSE OF THE DEFENDANT AND THE DEFENDANT'S MISTAKEN NOTION THAT SUCH EXIST.]

BECAUSE THE DEFENDANT M.D.'S INJECTION, SURGERIES, MISTREATMENT WITH VIAGRA AND ALL FURTHER ACTIVITIES ENGAGED BY HIM ALONE, AND, JOINTLY AND SEVERALLY, IN CONCERT WITH OTHERS (PARTIES AND NON PARTIES)

IS THE SINE QUA NON

(THAT WITHOUT WHICH)

AND PROXIMATE CAUSE (res ipsa loquitur, the thing speaks for itself, ræ gestæ, the thing(s) happened, res fungibles, thing(s) fungible) OF PLAIN-TIFF'S LOSS OF LIMB LOSS OF FUNCTION, LOSS OF CONSORTIUM, INTER ALIA, SUCH DEVASTATING BLOWS AGAINST THE PLAINTIFF ARE SO

-17-

So OBVIOUS AND GLARING, SO SIMPLY DEVASTATING THAT TO IGNORE OR SWEEP TO THE SIDE PLAINTIFF'S CIVIL ACTION (Fed. R. Civ. P. RULE 3.) AMOUNTS TO REVERSIBLE ERROR, PER SE, ON ITS FACE. THUS, THIS COURT NOT ONLY SHOULD, BUT MUST BE "... Satisfied..." THAT ALLOWANCE OF DEFENDANT'S SO-CALLED, STYLED "MOTION TO STRIKE" OR ATTEMPTS OF THE DEFENDANT TO WITHDRAW OR AMEND HIS ADMISSIONS WILL TOTALLY "... prejudice..." plaintiff IN MAINTAINING AND DEFENDING HIS CIVIL ACTION;

10. THE DEFENDANT EMANUEL FRIEDMAN, M.D. HAS FAILED TO DESIGNATE AND OFFER THE REPORT FROM HIS "EXPERT" WITNESS SO HE CANNOT COMPLAIN OF THE PLAINTIFF'S DUTIES

11. PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE AND THE UNITED

CODE, Fed. R. Civ. P. RULE 6, RULE 8, RULE 9, RULE 11, RULE 12, THE DEFENDANT, EMANUEL FRIEDMAN, M.D. HAS FAILED TO PLEAD "laches" AS AN AFFIRMATIVE DEFENSE. THUS, HAVING WAIVED SAME FOREVER, PLAINTIFF'S COMPLAINT, AS AMENDED AND DEMAND FOR JURY TRIAL AND PLAINTIFF, DONALD S, KOBACK's REQUEST FOR ADMISSION UNDER RULE 36 Fed. R. Civ. P. RULE 36. M.D. EMANUEL FRIEDMAN HAVE BEEN ADMITTED BY HIM.

WHEREFORE, THE PLAINTIFF DONALD S. KOBACK DEMANDS THAT THE DEFFENDANT, EMANUEL FRIEDMAN, M.D. MOTION FOR RECONSIDERATION OF DEFENDANT, EMANUEL FRIEDMAN, M.D. MOTION TO STRIKE PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION BE DENIED.

DECEMBER 4, 2006   Submitted,

DONALD S, KOBACK
PLAINTIFF, PRO SE
DECEMBER 4, 2006

# CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, CIVIL ACTION NO. 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

## 1. DOCUMENTS:

A. ENVELOPE [FROM U.S. DISTRICT COURT, BOSTON, MASSACHUSETTS STAMPED AND POST MARKED - 30 NOVEMBER 2006].

B. PLAINTIFF, DONALD S, KOBACK'S OPPOSITION TO COURT DOCUMENT NUMBER: 138; DOCKET TEXT: MOTION FOR RECONSIDERATION re [134] MOTION to Strike Plaintiff's Request for Admissions;

## 2. DEFENDANTS' ATTORNEYS AT LAW

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road
Boston, MA 02135

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
101 Merrimac Street
Boston MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman
 & Guekguezian
75 Federal Street, 16th. FLOOR
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

DATE: December 4, 2006

SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON NOVEMBER 28, 2006.

DONALD S. KOBACK, PLAINTIFF
PROSE   DATE: DECEMBER 4, 2006

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

ENVELOPE

BOSTON

30 NOV 2006

Mailed From 02210
11/30/2006
US POSTAGE