AFFADAVIT

FILED
CLERKS OFFICE

(SATURDAY, DECEMBER 9, 2006)

2006 DEC 12 A 11:36

U.S. DISTRICT COURT
DISTRICT OF MASS

I, DONALD S. KOBACK, PLAINTIFF,
PRO SE, IN U.S. DISTRICT COURT,
BOSTON, MASSACHUSETTS (CIVIL
ACTION NO.: 1:05-CV-10798-
WGY - DONALD S. KOBACK, PLAIN-
TIFF, PRO SE VS. METROWEST
MEDICAL CENTER, ET. AL.)
HEREBY CERTIFY AND ASSERT THAT PLAINTIFF
HAS RECEIVED THE COURT'S "NOTICE
OF ELECTRONIC FILING" IN AN
ENVELOPE WITH THE STAMPED DATE
OF 07 DEC 2006, ENTERED ON
12/7/2006 at 9:52 AM EST AND
FILED ON 12/6/2006 — DOCUMENT
NUMBER: 141  DOCKET TEXT:
Opposition to Court Document Number:
[138], DOCKET TEXT, Motion for
Reconsideration re [134] Motion to
Strike Plaintiff's Request for
Admissions by Donald S. Koback
(Attachments: #(1) EXHIBIT) WHICH WAS
DELIVERED TO PLAINTIFF BY U.S.P.S.
ON FRIDAY, DECEMBER 8, 2006. BUT
(OBJECTION) PLAINTIFF, AS OF DECEMBER
9, 2006, SATURDAY, IS YET TO RECEIVE
VIA U.S.P.S. COURT DOCUMENT NUMBER: 138,
DOCKET TEXT: MOTION FOR RECONSIDERATION
re [134] Motion to Strike Plaintiff's

Request for Admissions From
EMANUEL FRIEDMAN, M.D., M.D, EMANUEL
FRIEDMAN, and/or his lawyer.
PLAINTIFF TAKES EXCEPTION TO ANY RULING
OR ORDER ADVERSE TO THE PLAINTIFF 12/9/2006 DK6.
Signed under pains and
penaldies of perjury ON
SATURDAY, DICEMBER 9, 2006

DONALD S. KOBACK
PLAINTIFF, PRO SE
195 SUNNYSIDE AVENUE
WOONSOCKET,
RHODE ISLAND 02895
TEL: 401-76-2-2460

12-9-2006
DECEMBER 9, 2006.

TRANSMISSION VERIFICATION REPORT

FILED
N CLERKS OFFICE

2006 DEC 13  A 11: 41

TIME    : 12/09/2006 03:09
NAME    : STAPLES
FAX     : 4077657213
TEL     : 4017658666
SER.# : 000J5J699611

| | |
|---|---|
| DATE,TIME | U.S. DISTRICT COURT 03:08 |
| FAX NO./NAME | DISTRICT OF MASS 89096 |
| DURATION | 00:01:04 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, CIVIL ACTION NO.'S 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

1. DOCUMENTS:

AFFADAVIT
(SATURDAY, DECEMBER 9, 2006);

2. DEFENDANTS' ATTORNEYS AT LAW

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, SUITE TWO
Boston, MA 02135
MARTIN, McGNUSON, McCarthy and Kenney
Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
101 Merrimac Street, 9th, FLOOR
Boston MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman
& Guekguezian
75 Federal Street, 10th, FLOOR
Boston, MA 02110
Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

DATE: DECEMBER 12, 2006
SIGNED UNDER PAINS AND PENALTIES OF PER-
JURY ON NOVEMBER 28, 2006.

DONALD S. KOBACK, PLAINTIFF
PRO SE DATE: DECEMBER 12, 2006