UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Division                                      DOCKET NO.: 10798-W64

DONALD S. KOBACK        )
    Plaintiff           )
                        )
VS.                     )
                        )
EMANUEL FRIEDMAN, M.D. et al  )
    Defendants          )

## MOTION OF THE DEFENDANT, EMANUEL FRIEDMAN, M.D., FOR SUMMARY JUDGMENT PURSUANT TO F.R.CIV.P. RULE 56

Now comes the defendant, Emanuel Friedman, M.D., and respectfully requests that this Honorable Court grant summary judgment in his favor pursuant to F.R.Civ.P. Rule 56 as the plaintiff's claims against him are barred by the applicable statute of limitations, M.G.L.A. c. 260 §4. Dr. Friedman performed surgery on the plaintiff, Mr. Koback, on August 4, 1993. Dr. Friedman last saw Mr. Koback, solely for a consultation, on May 15, 1998. Dr. Friedman has had no contact with Dr. Koback, has provided no treatment to him and has not been involved in Mr. Koback's treatment in any manner, since May 15, 1998.

Mr. Koback filed his Complaint in this matter on April 12, 2005. The Complaint was filed approximately 11 years and 8 months after the August 4, 1993 surgery and approximately 6 years and 11 months after the May 15, 1998 consultation. Therefore, Mr. Koback's claims are time barred, as a matter of law, by the 3 year statute of limitations and the 7 year state of repose set forth in M.G.L.A. c. 260 §4.

-2-

The defendant submits the accompanying local Rule 56.1 Statement of Undisputed Material Facts with a supporting affidavit and exhibits, as well as the accompanying memorandum of law in support of this motion.

> Respectfully submitted
> by his attorneys,
>
> /s/ Matthew R. Connors
> MATTHEW R. CONNORS
> BBO# 636358
> Ficksman & Conley, LLP
> 98 No. Washington Street - Suite 500
> Boston, MA 02114
> (617) 720-1515

CERTIFICATE OF SERVICE

I, Matthew R. Connors, attorney for said defendant, hereby make oath that I have this day erved a copy of the attached: **MOTION OF THE DEFENDANT, EMANUEL FRIEDMAN, M.D., FOR SUMMARY JUDGMENT PURSUANT TO F.R.CIV.P. RULE 56** upon all parties, by mailing a copy thereof, postage pre-paid, directed to Donald S. Koback, Pro Se, 195 Sunnyside Avenue, Woonsocket, RI 02895.
Signed under the pains and penalties of perjury.
DATED:  December 13, 2006

> /s/ Matthew R. Connors
> **MATTHEW R. CONNORS**
> B.B.O. #636358