UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2006 DEC 15 P 1: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

Western Division                                                                    DOCKET NO.: 10798-W64

| | |
|---|---|
| DONALD S. KOBACK | ) |
|     Plaintiff | ) |
| | ) |
| VS. | ) |
| | ) |
| EMANUEL FRIEDMAN, M.D. et al | ) |
|     Defendants | ) |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the following exhibits listed below in connection with Dr. Friedman's Motion for Summary Judgment have been manually filed with the court and are available in paper form only:

**EXHIBITS 1, 2 and 3 -**    Excerpts from plaintiff, Donald Koback's medical records

                                           Respectfully submitted
                                           by his attorneys,

                                           /s/ Matthew R. Connors
                                           MATTHEW R. CONNORS
                                           BBO# 636358
                                           Ficksman & Conley, LLP
                                           98 No. Washington Street - Suite 500
                                           Boston, MA 02114
                                           (617) 720-1515

### CERTIFICATE OF SERVICE

I, Matthew R. Connors, attorney for said defendant, hereby make oath that I have this day erved a copy of the attached: **NOTICE OF FILING WITH CLERK'S OFFICE** upon all parties, by mailing a copy thereof, postage pre-paid, directed to Donald S. Koback, Pro Se, 195 Sunnyside Avenue, Woonsocket, RI 02895.
Signed under the pains and penalties of perjury.
DATED: December 12, 2006

                                           /s/ Matthew R. Connors
                                           **MATTHEW R. CONNORS**
                                           B.B.O. #636358

## CERTIFICATE OF SERVICE

I, Matthew R. Connors, attorney for said defendant, hereby make oath that I have this day served a copy of the attached:

**NOTICE OF FILING WITH CLERK'S OFFICE**

upon all parties, by mailing a copy thereof, postage pre-paid, directed to:

Donald S. Koback, Pro Se
195 Sunnyside Avenue
Woonsocket, RI 02895

Linda R. Jensen, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimack Street
Boston, MA 02114

Joseph Halpern, Esq.
Law Department
Blue Cross and Blue Shield of Massachusetts
401 Park Avenue
Boston, MA 02215

Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street - 10th Flr.
Boston, MA 02110

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Rd.
Boston, MA 02135

Signed under the pains and penalties of perjury.

DATED:      December 13, 2006

_____
MATTHEW R. CONNORS
B.B.O. #636358
Ficksman & Conley, LLP
98 North Washington Street - Suite 500
Boston, MA 02114
(617) 720-1515