U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION
(BOSTON, MASSACHUSETTS)

Civil Action
No.: 1:05-cv-10798-WGY

DONALD S. KOBACK,
PLAINTIFF,
PRO SE,

VS.

METROWEST MEDICAL
CENTER, ET. AL.,
DEFENDANTS

AFFADAVIT

DONALD S. KOBACK, PLAINTIFF Fed. R. Civ. P. RULE 56(e); 28 UNITED STATES CODE §1331, §1332 WITHOUT WAIVING [COURT DOCUMENT NUMBER: 135] MOTION FOR DEFAULT JUDGMENT AS TO EMANUEL FRIEDMAN, M.D. by Donald S. Koback (Attachments #(1) EXHIBIT), WITHOUT WAIVING [COURT DOCUMENT NUMBER: 136] MEMORANDUM in Support re [135] MOTION for Default Judgment as to Emanuel Friedman, M.D., filed by Donald S. Koback, AND WITHOUT WAIVING [COURT DOCUMENT NUMBER: 137] AFFADAVIT of Donald S. Koback in Support re [135] MOTION for Default Judgment as to Emanuel Friedman, M.D. filed by Donald S. Koback (SEE ATTACHMENTS 135, 136, AND 137),

DONALD S. KOBACK, PLAINTIFF, PRO SE, HEREIN ASSERTS AS FOLLOWS:

1. EXHIBIT 4
   <u>AFFADAVIT OF THE DEFENDANT, EMANUEL FRIEDMAN, M.D., IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT</u> dated 13th. day of December, 2006 REFERENCE BEING MADE TO HIS PARAGRAPH 2., WHICH IS LITTLE MORE THAN A SELF-SERVING STATEMENT THAT "No other medical records exist...", NEGLECTING TO STATE THAT NO RECORDS WERE DESTROYED, LOST, MISPLACED, OR OTHERWISE RENDERED UNAVAILABLE; ERGO, IT SHOULD BE DISREGARDED. Fed.R.Civ.P. RULE 11, 37.

2. M.D. EMANUEL FRIEDMAN'S "...AFFADAVIT..." (See 1 ABOVE.) STATES IN PARAGRAPH 3. "I performed surgery on Mr. Koback on August 4, 1993." SAID M.D. EMANUEL FRIEDMAN NEGLECTS OR FAILS ONCE AGAIN TO ADMIT THAT HIS TWO (2) INJECTIONS WERE OVERDOSES — the sine qua non

AND PROXIMATE CAUSE OF PENILE FIBROSIS, STALE BLOOD, GANGRENE ONSET, SHRINKAGE, DISCOLORATION, DISFIGUREMENT, DYSFUNCTION, PRIAPISM — WHICH PRIAPISM ENDURED, LASTED FOR TWENTY ONE (21) HOURS AND EIGHTH (8) DAYS RESPECTIVELY, THEREBY PLACING THE PLAINTIFF, DONALD S. KOBACK, IN THE POSITION WHERE HE FELL PREY TO M.D. EMANUEL FRIEDMAN'S FRAUDULENT CONCEALMENTS AND MISREPRESENTATIONS PROMISING PLAINTIFF, DONALD S. KOBACK THAT THROUGH SURGERY THE PENIS WOULD EXTEND BEYOND PLAINTIFF'S NORMAL EIGHT (8) INCH ERECTION, THERE IS AN EXPRESSION TERMED HALF ($\frac{1}{2}$) TRUTH. THE DEFENDANT M.D. EMANUEL FRIEDMAN'S STATEMENT IN HIS "...AFFADAVIT..." (SEE 1 ABOVE.) THAT HE "...performed... on August 4, 1993," IS LESS THAN A ONE-EIGHTH ($\frac{1}{8}$) TRUTH TO THE EXTENT THAT CARRIES ANY TRUTH WHATSOEVER.. USING THE WORDS "...performed surgery..." FALLS BELOW THE STANDARD M.D. EMANUEL FRIEDMAN, DEFENDANT,

IS DUTY BOUND TO HONOR. THE HIPPOCRATIC OATH "To do no harm" IS CLEARLY NOT ONE OF HIS PURPOSES IN LIFE, IN MEDICINE, IN SURGERY, AND IN BEARING WITNESS." Fed.R.Civ.P. RULE 11, 37.

3. DEFENDANT EMANUEL FRIEDMAN, M.D., LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS WHICH STATES IN HIS PARAGRAPH "6. Mr. Koback can provide no evidence that Dr. Friedman was involved, in any way, in his treatment since May 15, 1998." IS REFUTED BY AFFADAVIT OF THE DEFENDANT EMANUEL FRIEDMAN, M.D., IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT, SIGNED UNDER PAINS AND PENALTIES OF PERJURY DECLARES IN M.D. EMANUEL FRIEDMAN PARAGRAPH "5. I have not spoken to, corresponded with or had any contact with whatsoever since May 20, 1998." WHERE THERE IS A GENUINE ISSUE OF MATERIAL FACT THAT THE DEFENDANT AFFIANT IS BIASED, DISHONEST, MISTAKEN, UNAWARE OR UNSURE OF THE FACTS AS THE DEFENDANT AFFIANT AT BAR, M.D. EMANUEL FRIEDMAN,

CROSS EXAMINATION AT TRIAL IS A NECESSARY PREREQUISITE IN THE FEDERAL COURT IF TRUTHFULNESS IS THEIR AIM. Fed. R. Civ. P. RULE 11, 37.

4. EXHIBIT 2 OF THE DEFENDANT, M.D. EMANUEL FRIEDMAN
"A LETTER WITH THE LETTERHEAD "S. KOBACK & ASSOCIA", THE REST BEGINNING AND ENDING UN-READABLE, ILLEGIBLE, DATED JULY 5, 1994, ON ITS FACE GIVING THE IMPRESSION THAT IT WAS MAILED OR OTHERWISE DELIVERED TO "EMANUEL FRIEDMAN, M.D." THE FIRST THREE (3) WORDS OF THE BODY OF WHOEVER'S LETTER ARE "I must express... AND THE LAST THREE (3) WORDS ARE "...betwixt my legs?" ONE THING THAT MUST BE POINTED OUT, Donald L. Koback DID NOT SIGN OR LEND HIS SIGNATURE TO THIS LETTER. Fed. R. Civ. P. RULE 11, 37. DOES NOT THE BOARD OF BAR OVERSEERS (Mass.) OF THE SUPREME JUDICIAL COURT FROWN ON ATTEMPTS TO "CREATE EVIDENCE" AD HOC?

5. EXHIBIT 2 OF THE DEFENDANT, M.D. EMANUEL FRIEDMAN (See 4. ABOVE) Contains A HAND SCRIBBLED NOTATION DESIGNED TO GIVE THE IMPRESSION OF SOME CONTEMPORANEOUS NOTE ACCOMPANYING SOME FICTITIOUS PHONE CALL TO THE PLAINTIFF ON 7/8/94 at 12:15 P.M. PRESUMABLY ENDORSED OR "JOHN DOED" BY M.D. EMANUEL FRIEDMAN. ALBEIT, SINCE IT IS NOT INITIALED OR SIGNED, WHO CAN tell?

7894 PLUS 1215 =

CREATE AN OMINOUS NUMERICAL IMAGE

9109

18,2018 → 180°, the proverbial 180°, the big U TURN.

36,4036

Fed. R. Civ. P. RULE 11, 37.

6. <u>DEFENDANT, EMANUEL FRIEDMAN, M.D.'S LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS</u> EXCEEDS THE BOUNDS OF ZEALOUS ADVOCACY CONSTITUTING, ONE MORE PIECE, IN AN ON GOING, JOINT AND SEVERAL, CONCERTED TRANSGRESSION(S), INFLICTION(S), WRONGDOING(S), MALPRACTICE(S), ERROR(S), AND/OR MISTAKE(S) VIS-À-VIS THE PLAINTIFF, DONALD S. KOBACK, BECAUSE M.D. EMANUEL FRIEDMAN AND HIS LAWYER KNOW WELL THAT THERE ARE GENUINE ISSUE(S) OF MATERIAL FACT(S) IN THE CASE AT BAR; THUS, THEIR ASSERTION OF "UNDISPUTED MATERIAL FACTS" RUNS AFOUL OF THE LAW. Fed.R.Civ.P. RULE 11, 37.

7. TO THIS DATE, PLAINTIFF, DONALD S. KOBACK HAS REMNANTS OF DEFENDANT(S) M.D. EMANUEL FRIEDMAN OF METROWEST MEDICAL CENTER'S RAZOR SHARP, POINTED FOREIGN OBJECTS, AS IF SHRAPNEL, EMBEDDED IN HIS UROGENITAL, REPRODUCTIVE SYSTEM, STOMACH, BLADDER, AS WELL AS THAT OF OTHER BODY PARTS OR ORGANS.

8. THE PENILE PROSTHESIS IMPLANTED BY DEFENDANT, M.D. EMANUEL FRIEDMAN PROTRUDED, EXTRUDED THROUGH PLAINTIFF, DONALD S. KOBACK'S PENIS AND HAD TO BE EXPLANTED (SURGICALLY REMOVED) BY ROBERT S. GOULD, M.D. OF DEFENDANT, METROWEST MEDICAL CENTER (A CLINICAL, SURGICAL ASSOCIATE OF DEFENDANT, M.D. EMANUEL FRIEDMAN) ON APRIL 23, 1995. DR. ROBERT S. GOULD FAILED TO REMOVE ALL OF M.D. EMANUEL FRIEDMAN'S PENILE PROSTHESIS (FOREIGN OBJECT) WHICH WAS REMOVED IN PART, OR, AT LEAST,

ATTEMPTED TO BE REMOVED BY M.D. EROL ONEL, OF NEW ENGLAND MEDICAL CENTER ON FEBRUARY 27, 2000. SAID DEFENDANT, .. SAID DEFENDANT, M.D. EROL ONEL FAILED TO REMOVE ALL OF THE PENILE PROSTHETIC AND OTHER PARTS — RAZOR SHARP AND POINTED — FOREIGN OBJECTS.

9. ON NOVEMBER 1, 2000, DEFENDANT, EROL ONEL OF DEFENDANT, NEW ENGLAND MEDICAL CENTER IMPLANTED A NEW PENILE PROSTHESIS IN PLAINTIFF DONALD S. KOBACK UROGENITAL, REPRODUCTIVE SYSTEM WITHOUT REMOVING ALL OF FOREIGN OBJECTS, AND WITH MISTAKES, ERRORS, OR MALPRACTICE IN DOING SO.

10. ON NOVEMBER 12, 2004 AND NOVEMBER 13, 2004, DEFENDANT, JOHN P. LONG, JR., CLINICAL, SURGICAL ASSOCIATE OF M.D. EMANUEL FRIEDMAN, DEFENDANT, BOTH DOCTORS OF DEFENDANT, METROWEST MEDICAL CENTER EXPLANTED (SURGICALLY REMOVED) THE IMPROPER

PENILE PROSTHESIS IMPLANT (BROKEN, INFECTED) AND OTHER FOREIGN OBJECTS LEFT BEHIND BY THE PRECEEDING DOCTORS, M.D. EROL ONEL, OF NEW ENGLAND MEDICAL CENTER, ROBERT S. GOULD, M.D., MICHAEL P. DONOVAN, M.D., AND M.D. EMANUEL FRIEDMAN, CLINICAL/SURGICAL ASSOCIATES OF DEFENDANT, METROWEST MEDICAL CENTER.

11. PRIOR TO SURGERY ON NOVEMBER 12, 2004 AND NOVEMBER 13, 2004, M.D. JOHN P. LONG, JR., DEFENDANT, FORCED PLAINTIFF TO WAIT IN EXCESS OF FIVE (5) HOURS WITH AN OPEN PENILE WOUND, AND, THEN, AFTER SURGERY, COLDLY ESCORTED PLAINTIFF OUTDOOR WITHOUT PAIN KILLERS AND WITHOUT ANTI-BIOTICS, LEAVING PLAINTIFF'S BODY STILL RIDDLED WITH FOREIGN OBJECTS AND EXPOSED TO INFECTION, THEREBY BEING THE CAUSE IN FACT (AND THE PROXIMATE CAUSE) OF A BLADDER INJURY AND LIMP, INTER ALIA.

12. DEFENDANT, M.D. EMANUEL FRIEDMAN, A CLINICAL/SURGICAL ASSOCIATE OR REASONABLE FACSIMILE OF ROBERT S. GOULD, M.D., MICHAEL P. DONOVAN, M.D., AND M.D. JOHN P. LONG, JR., ALL OF DEFENDANT, METROWEST MEDICAL CENTER, has BY HIS "...MOTION TO STRIKE..." AND THIS INSTANT "..." MOTION FOR SUMMARY JUDGMENT...," ETC. AND BY PLAYING THIS LEADING ROLE HAS WAIVED OR OTHERWISE RELINQUISHED OR LOST ALL CONTENTIONS OF STATUTE OF LIMITATIONS, LACHES BY HIS CONDUCT INSIDE AND OUTSIDE OF THE COURT WHICH CONDUCT IS DESIGNED AND INTENDED TO CONCEAL FRAUDULENTLY AND MISREPRESENT HIS <u>INVOLEMENT</u> AND THE <u>INVOLVEMENT OF THE OTHER DEFENDANTS IN BRINGING</u> ABOUT PLAINTIFF'S DOWNFALL.

13. PLAINTIFF, DONALD S. KOBACK FACTUALLY CONTRAVENES COURT DOCUMENT NUMBERS: [143], [144], [145], [146].

14. WHEN DEFENDANT, M.D. EMANUEL FRIEDMAN TREATED THE PLAINTIFF ON MAY 15, 1998 AND MAY 16, 1998 WITH VIAGRA IN THE HOSPITAL AND WITH A VIAGRA PRESCRIPTION, SAID DEFENDANT, M.D. EMANUEL FRIEDMAN ASSURED ME THAT HE WAS STILL MY PHYSICIAN AND THIS (VIAGRA) TREATMENT WAS AN EXAMPLE OF HIS KEEPING AN EYE ON ME, ANOTHER FOLLOW-UP, AND THAT HE WAS AND WOULD BE CONTINUING TO TREAT AND MONITOR ME, THE PLAINTIFF DONALD S. KOBACK, AND MY PROGRESS INTO THE FUTURE.

15. PLAINTIFF DONALD S. KOBACK, HAS NOT BEEN DISCHARGED EITHER DE FACTO (OR DE JURE) AS A RESULT OF HIS PROMISE TO BE BEHIND THE SCENES WITH RESPECT TO MY CONTINUING TREATMENT. SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON DECEMBER 18, 2006.

_Donald S. Koback_
DONALD S. KOBACK
PLAINTIFF, PRO SE
195 SUNNYSIDE AVENUE
WOONSOCKET, RHODE ISLAND 02895
TEL: 401-762-2460
DECEMBER 18, 2006

ATTACHMENT 135

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from entered on 11/30/2006 at 9:04 AM EST and filed on 11/29/2006
Case Name: Koback v. Metrowest Medical Center et al
Case Number: 1:05-cv-10798
Filer: Donald S. Koback
Document Number: 135

Docket Text:
MOTION for Default Judgment as to Emanuel Friedman, M.D. by Donald S. Koback. (Attachments: # (1) Exhibit)(Paine, Matthew)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=11/30/2006] [FileNumber=1670325-0] [80a81d34cd5d0e95ae6a4b423e4c149a47f77f9ec2aee12cec92cc5ea918df4f30 c8a63264cb0f021d0aeb0b8d0ec1f996b08ff3c65bc8ab7f50aa145b92891e]]
Document description: Exhibit
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=11/30/2006] [FileNumber=1670325-1] [d98d759f68c3454cd8246ac329920d05ffcec26cad5052bbce39cace238128d42b ca96bc71d6282a827b771b472ca869c593b03502d0f309fe2dd553e6322e1d]]

1:05-cv-10798 Notice will be electronically mailed to:

Barbara Hayes Buell     bhb@bloombuell.com

Matthew R. Connors     mconnors@ficksmanconley.com

Judith M. Feinberg     jf@achwg.com

David M. Gould     Dgould@ficksmanconley.com

Daniel J. Griffin, Jr     dgriffin@mmmk.com

A. Bernard Guekguezian     abg@achwg.com

Joseph D. Halpern     joseph.halpern@bcbsma.com

Lynda R. Jensen     lriesgo@mmmk.com

1:05-cv-10798 Notice will not be electronically mailed to:

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

ATTACHMENT 136

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Paine, Matthew entered on 11/30/2006 at 9:05 AM EST and filed on 11/29/2006
Case Name: Koback v. Metrowest Medical Center et al
Case Number: 1:05-cv-10798
Filer: Donald S. Koback
Document Number: 136

Docket Text:
MEMORANDUM in Support re [135] MOTION for Default Judgment as to Emanuel Friedman, M.D. filed by Donald S. Koback. (Paine, Matthew)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=11/30/2006] [FileNumber=1670328-0] [78099908727620e5c287b82979538d6b357ae11c9e3f84bd49cbb3326f8d5d3e1b 3e0e7c8b496c1bd7b4de865e6252865be980da0720f35740b902bbbdd236ba]]

1:05-cv-10798 Notice will be electronically mailed to:

Barbara Hayes Buell    bhb@bloombuell.com

Matthew R. Connors    mconnors@ficksmanconley.com

Judith M. Feinberg    jf@achwg.com

David M. Gould    Dgould@ficksmanconley.com

Daniel J. Griffin , Jr    dgriffin@mmmk.com

A. Bernard Guekguezian    abg@achwg.com

Joseph D. Halpern    joseph.halpern@bcbsma.com

Lynda R. Jensen    lriesgo@mmmk.com

1:05-cv-10798 Notice will not be electronically mailed to:

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

ATTACHMENT 137

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Paine, Matthew entered on 11/30/2006 at 9:07 AM EST and filed on 11/29/2006
Case Name: Koback v. Metrowest Medical Center et al
Case Number: 1:05-cv-10798
Filer: Donald S. Koback
Document Number: 137

Docket Text:
AFFIDAVIT of Donald S. Koback in Support re [135] MOTION for Default Judgment as to Emanuel Friedman, M.D. filed by Donald S. Koback. (Paine, Matthew)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=11/30/2006] [FileNumber=1670331-0] [a6fb32f211f428384108029df13caf58f77dc817fb619e05505ef93865a588a3d8 a2244e55334923ba6bc8b63e9247498e2c962f4663d72ceedad568396412a0]]

1:05-cv-10798 Notice will be electronically mailed to:

Barbara Hayes Buell     bhb@bloombuell.com

Matthew R. Connors     mconnors@ficksmanconley.com

Judith M. Feinberg     jf@achwg.com

David M. Gould     Dgould@ficksmanconley.com

Daniel J. Griffin , Jr     dgriffin@mmmk.com

A. Bernard Guekguezian     abg@achwg.com

Joseph D. Halpern     joseph.halpern@bcbsma.com

Lynda R. Jensen     lriesgo@mmmk.com

1:05-cv-10798 Notice will not be electronically mailed to:

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895