U.S DISTRICT COURT
Boston, Massachusetts

DONALD S. KOBACK
PLAINTIFF,
PRO SE,

VS.

METROWEST MEDICAL
CENTER, ET. AL.,
DEFENDANTS

Civil Action No:
1:c5-cv-10798-
WGY

## AFFADAVIT
### SYED RAZVI, M.D. Fed. R. Civ. P. RULE 56(e)
### 28 UNITED STATES CODE §1331, §1332

I, Syed Razvi, M.D., MILFORD MED CARE 166 South Main Street, Milford, Massachusetts certify as follows:

### HISTORY OF PATIENT (DONALD S. KOBACK)

My patient, Donald S. KOBACK gleaned, glanced from his medical records by Syed Razvi, M.D., has consistently, credibly maintained that his physician Emanuel Friedman, M.D. INJECTED

AND ADVISED SAID, PATIENT TO INJECT (UNWITTING) OVERDOSES OF PAPAVERINE AND/OR other drugs, chemicals, into the side of his penis causing extremely severe priapism which lasted 21 hours and 8 days respectively (EVENTS); further, said Emanuel Friedman, M.D., later, when said patient was hospitalized for depression AND WAS suffering from pain in his penis and scrotum, handed and prescribed Viagra pills to said patient (events). The above events were ill advised and contraindicated. Invasive therapies — emergency irrigation of the penis and surgical implants — would never have resulted but for this ill-advised and contraindicated treatment, and, moreover, proximately caused therein.

DIAGNOSIS: VASCULOGENIC IMPOTENCE, PENIS SHRINKAGE Secondary to above history, MIGRAINE HEADACHES, etcetera. Post surgical bladder infection, limp

PROGNOSIS: LIFE LONG urogenital difficulties on every level.

Signed under pains and penalties of perjury.

Syed Razvi, M.D.
* DATE: 12/18/06
Telephone No.: 508-478-2700
FAX: 508-478-4848

## CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, (CIVIL ACTION NO.: 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

### 1. DOCUMENTS:

AFFADAVIT
DONALD S. KOBACK, PLAINTIFF, Fed. R. Civ. P. RULE 56(e); 28 UNITED STATES CODE §1331, §1332;

AFFADAVIT
SYED RAZVI, M.D. Fed. R. Civ. P. RULE 56(e); 28 UNITED STATES CODE §1331, §1332;

SEE "ATTACHMENT" INCORPORATED HEREIN BY REFERENCE.

### 2. DEFENDANTS' ATTORNEYS AT LAW

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, SUITE TWO
Boston, MA 02135

MARTIN, MAGNUSON, McCARTHY + KENNEY
Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
101 Merrimac Street, 7th. FLOOR
Boston MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th. FLOOR
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

DATE: DECEMBER 18, 2006
SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON ~~NOVEMBER 28, 2006~~ 18 DECEMBER, 2006

Donald S. Koback
DONALD S. KOBACK, PLAINTIFF PRO SE  DATE: DECEMBER 18, 2006
195 SUNNYSIDE AVENUE
WOONSOCKET, RHODE ISLAND 02895
Tel.: 401-762-2460

CERTIFICATE OF SERVICE (continued)
"ATTACHMENT"

PLAINTIFF, DONALD S. KOBACK, FIRST, MOVING IN OPPOSITION BY AFFADAVITS CONTRAVENING DEFENDANT, M.D. EMANUEL FRIEDMAN'S COURT DOCUMENTS NUMBER: [143], [144], [145], [146], AS HIS RIGHT, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 56(e); AND, SECONDLY, HEREBY GIVES NOTICE OF HIS INTENTION TO OPPOSE PURSUANT TO U.S. DISTRICT COURT, DISTRICT OF MASSACHUSETTS, LOCAL RULE 56.1 AND Fed.R.Civ.P. RULE 56 AS FOLLOWS (FILING AND SERVING AFTER DECEMBER 18, 2006):

1. PLAINTIFF, DONALD S. KOBACK'S OPPOSITION TO "MOTION OF THE DEFENDANT, EMANUEL FRIEDMAN, M.D., FOR SUMMARY JUDGMENT, PURSUANT TO F.R.CIV.P. RULE 56";

2. PLAINTIFF, DONALD S. KOBACK'S MEMORANDUM OF LAW IN OPPOSITION TO "MOTION OF THE DEFENDANT, EMANUEL FRIEDMAN, M.D., FOR SUMMARY JUDGMENT

CERTIFICATE OF SERVICE (continued)
"ATTACHMENT"
Continued
PURSUANT TO F.R.CIV.P. RULE 56;

3. PLAINTIFF, DONALD S. KOBACK'S CONCISE STATEMENT OF THE MATERIAL FACTS OF RECORD AS TO WHICH PLAINTIFF CONTENDS EXISTS A GENUINE ISSUE AND/OR GENUINE ISSUES TO BE TRIED (WITH EXHIBITS)

4. CERTIFICATE OF SERVICE (AS TO 1, 2, 3 ABOVE) AT A DATE SUBSEQUENT TO THIS THE 18th. DAY OF DECEMBER, 2006.

Signed under pains and penalties of perjury on December 18, 2006.

Donald S. Koback

DONALD S. KOBACK
PLAINTIFF, PRO SE
195 SUNNYSIDE AVENUE
WOONSOCKET, RHODE ISLAND
02895
Tel.: 401-76-2-2460