## CERTIFICATE OF SERVICE

Without waiving any rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, (CIVIL ACTION NO.: 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

### 1. DOCUMENTS:

PLAINTIFF, DONALD S. KOBACK'S OPPOSITION TO "MOTION OF THE DEFENDANT, EMANUEL FRIEDMAN, M.D., FOR SUMMARY JUDGMENT PURSUANT TO F.R.CIV.P. RULE 56.";

PLAINTIFF, DONALD S. KOBACK'S MEMORANDUM OF LAW IN OPPOSITION TO "MOTION OF THE DEFENDANT EMANUEL FRIEDMAN, M.D., FOR SUMMARY JUDGMENT PURSUANT TO F.R.CIV.P. RULE 56."; See "attachment, CERTIFICATE OF SERVICE (CONTINUED), incorporated herein by reference."

### 2. DEFENDANTS' ATTORNEYS AT LAW

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
101 Merrimac Street, 7th. Floor
Boston MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th. Floor
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

DATE: DECEMBER 20, 2006

SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON DECEMBER 20, 2006

Donald S. Koback

DONALD S. KOBACK, PLAINTIFF PRO SE   DATE: DECEMBER 20, 2006

"attachment"

## CERTIFICATE OF SERVICE CONTINUED

PLAINTIFF, DONALD S. KOBACK HEREBY GIVES NOTICE OF HIS INTENTION TO OPPOSE, PURSUANT TO U.S. DISTRICT COURT OF MASSACHUSETTS, LOCAL RULE 56.1 AND Fed.R.Civ.P. RULE 56 AS FOLLOWS:

1. PLAINTIFF, DONALD S. KOBACK'S CONCISE STATEMENT OF THE MATERIAL FACTS OF RECORD AS TO WHICH PLAINTIFF CONTENDS EXIST A GENUINE ISSUE AND/OR GENUINE ISSUES TO BE TRIED (WITH EXHIBITS)

EXHIBIT A
"AFFADAVIT ..
DONALD S. KOBACK
...","DECEMBER 18, 2006";

EXHIBIT B
"AFFADAVIT
SYED RAZVI, M.D.
...","DECEMBER 18, 2006";

EXHIBIT C
"RECORDS
METROWEST MEDICAL
CENTER (FILE I, III, IV, V)";

EXHIBIT D
"RECORDS
NEW ENGLAND MEDICAL
CENTER";

EXHIBIT E
"RECORDS
M.D. JOHN P. LONG, JR.;

EXHIBIT F
"RECORDS
M.D. EMANUEL FRIEDMAN;

EXHIBIT G
"PLAINTIFF'S COMPLAINT, DSU,.06
DEMAND FOR JURY TRIAL,, 20 DEC
AFFADAVIT, AMENDMENT,

✶ α. N.B.- DEFENDANT, M.D., EMANUEL FRIEDMAN punctuated his "... F.R.CIV.P. RULE 56; WITH A SEMI-COLON; PLAINTIFF Punctuates with as follows: "F.R.CIV.P RULE 56. WITH A PERIOD AFTER 56.

Signed under pains and penalties of perjury.

DATE: DECEMBER 20, 2006

Donald J. Koback
DONALD S. KOBACK
PLAINTIFF, PRO SE
195 SUNNYSIDE AVENUE
WOONSOCKET, R.I. 02895
Tel.: 401-762-2460