# CERTIFICATE OF SERVICE

Without waiving any rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, (CIVIL ACTION NO.: 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

## 1. DOCUMENTS:

PLAINTIFF, DONALD S. KOBACK'S OPPOSITION TO "MOTION OF THE DEFENDANT, EMANUEL FRIEDMAN, M.D., FOR SUMMARY JUDGMENT PURSUANT TO F.R.CIV.P. RULE 56.";

PLAINTIFF, DONALD S. KOBACK'S MEMORANDUM OF LAW IN OPPOSITION TO "MOTION OF THE DEFENDANT EMANUEL FRIEDMAN, M.D. FOR SUMMARY JUDGMENT PURSUANT TO F.R.CIV.P. RULE 56."; See "attachment CERTIFICATE OF SERVICE (CONTINUED), incorporated herein by reference."

## 2. DEFENDANTS' ATTORNEYS AT LAW

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
101 Merrimac Street, 7th Floor
Boston MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th Floor
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

DATE: DECEMBER 20, 2006

SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON DECEMBER 20, 2006

_Donald S. Koback_
DONALD S. KOBACK, PLAINTIFF PRO SE DATE: DECEMBER 20, 2006

December 20, 2006
_Donald S. Koback_
12/20/2006

"attachment"
## CERTIFICATE OF SERVICE CONTINUED

PLAINTIFF, DONALD S. KOBACK HEREBY GIVES NOTICE OF HIS INTENTION TO OPPOSE, PURSUANT TO U.S. DISTRICT COURT OF MASSACHUSETTS, LOCAL RULE 56.1 AND Fed. R. Civ. P. RULE 56 AS FOLLOWS:

1. PLAINTIFF, DONALD S. KOBACK'S CONCISE STATEMENT OF THE MATERIAL FACTS OF RECORD AS TO WHICH PLAINTIFF CONTENDS EXIST A GENUINE ISSUE AND/OR GENUINE ISSUES TO BE TRIED (WITH EXHIBITS)

   EXHIBIT A
   "AFFADAVIT
   DONALD S. KOBACK
   ..." "DECEMBER 18, 2006";

   EXHIBIT B
   "AFFADAVIT
   SYED RAZVI, M.D.
   ..." "DECEMBER 18, 2006";

   EXHIBIT C
   "RECORDS
   METROWEST MEDICAL CENTER (PILE I, III, IV, V)";

   EXHIBIT D
   "RECORDS
   NEW ENGLAND MEDICAL CENTER";

EXHIBIT E
"RECORDS
M.D. JOHN P. LONG, JR.;

EXHIBIT F
"RECORDS
M.D. EMANUEL FRIEDMAN;

EXHIBIT G
"PLAINTIFF'S COMPLAINT, DEMAND FOR JURY TRIAL,, AFFADAVIT, AMENDMENT, DSU 20 DEC 2006

* 2. N.B.- DEFENDANT, M.D., EMANUEL FRIEDMAN punctuated his "... F.R.CIV.P. RULE 56; WITH A SEMI-COLON; PLAINTIFF punctuates with as follows: "F.R.CIV.P RULE 56. WITH A PERIOD AFTER 56.

Signed under pains and penalties of perjury.

DATE: DECEMBER 20, 2006

Donald J. Koback
DONALD S. KOBACK
PLAINTIFF, PRO SE
195 SUNNYSIDE AVENUE
WOONSOCKET, R.I. 02895
Tel.: 401-76-2-2460

Donald S Koback
12/20/2006