UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION
(BOSTON, MASSACHUSETTS)

CIVIL ACTION No.:
1:05-CV-10798-WGY

DONALD S. KOBACK,
PLAINTIFF,
PRO SE,

VS.

METROWEST MEDICAL CENTER, ET. AL.,
DEFENDANTS

FILED
CLERKS OFFICE
2006 DEC 26 P 1:38
U.S. DISTRICT COURT
DISTRICT OF MASS

PLAINTIFF, DONALD S. KOBACK'S OPPOSITION TO "NOTICE OF ELECTRONIC FILING" ENTERED ON 12/21/2006 AT 11:49 A.M. EST AND FILED ON 12/21/2006 — ELECTRONIC NOTICE OF HEARING ON MOTION [143] MOTION FOR SUMMARY JUDGMENT PURSUANT TO F.R.CIV.P. RULE 56: MOTION HEARING SET FOR 1/31/2007 02:00 PM BEFORE JUDGE WILLIAM G. YOUNG

WITHOUT WAIVING PLAINTIFF, DONALD S. KOBACK'S MOTION FOR DEFAULT JUDGMENT AND RELATED COURT DOCUMENTS (INCLUDING, BUT NOT LIMITED TO, COURT DOCUMENT NUMBERS: [136], [137], [138], THE COURT, ONCE AGAIN, DEMONSTRATES PARTIALITY, FAVORITISM

-1-

TOWARDS, AND FOR THE BENEFIT OF, THE DEFENDANT, M.D. EMANUEL FRIEDMAN, ET. AL., WHOSE WRONGDOINGS AGAINST THE PLAINTIFF, DONALD S. KOBACK, ARE CRYSTAL CLEAR AND TIMELY CONTRAVENED IN THIS COURT OF LAW, AND A LACK OF IMPARTIALITY TOWARDS THE PLAINTIFF, DONALD S. KOBACK, DENYING SAID PLAINTIFF DUE PROCESS OF LAW AND EQUAL PROTECTION UNDER THE LAW.

THE PLAINTIFF, DONALD S. KOBACK, HEREBY DEMANDS THAT SAID PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST M.D. EMANUEL FRIEDMAN, AND AND RELATED COURT DOCUMENTS IN SUPPORT THEREOF, BE HEARD AT THE SAME HEARING, AT THE SAME DATE AND TIME — 1/31/2007 AT 2:00 P.M.; PLAINTIFF, DONALD S. KOBACK HEREBY OBJECTING TO NO RULING OR ANY ADVERSE RULING AS TO THIS "PLAINTIFF, DONALD S. KOBACK'S OPPOSITION TO "NOTICE OF ELECTRONIC FILING" ENTERED ON 12/21/2006 AT 11:49 A.M. EST AND FILED ON 12/21/2006 → ELECTRONIC (NOTICE OF HEARING ON MOTION [143] MOTION FOR SUMMARY JUDGMENT PURSUANT TO F.R.CIV. P. RULE 56; MOTION HEARING SET FOR 1/31/2007 02:00 P.M. BEFORE JUDGE WILLIAM G. YOUNG", SAID PLAINTIFF OBJECTING AND TAKING EXCEPTION IN THE SAME VEIN.

- 2 -

PLAINTIFF, DONALD S. KOBACK FURTHER OPPOSING BY ASSERTING THAT ONLY THE SAID PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT MUST BE HEARD; SAID PLAINTIFF FURTHER OBJECTING AND EXCEPTING AS AFORESAID.

NOTICES, SUCH AS THIS, OF HEARINGS AT UNDISCLOSED LOCATIONS COURT ROOMS FLIES IN THE FACE OF REASON, LAW AND EQUITY; SAID PLAINTIFF FURTHER OBJECTING AND EXCEPTING IN THE SAME VEIN.

PLAINTIFF, DONALD S. KOBACK FURTHER OPPOSING THE ELECTRONIC FILING DESCRIBED HEREIN AND ATTACHED HERETO INCORPORATED BY REFERENCE AS IF FULLY SET FORTH, BY ASSERTING THAT DEFENDANT, M.D. EMANUEL FRIEDMAN, OR HIS ATTORNEY AT LAW DID NOT FILE OR SERVE a "REQUEST FOR ORAL ARGUMENT" WITH RESPECT TO HIS MOTION FOR SUMMARY JUDGMENT, PURSUANT TO THE LOCAL RULES OF THE U.S. DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS, LOCAL RULE 7.1(D). IN ACCORD WITH L.R. 7.1(D) "The request should be set off with a center caption, "REQUEST FOR ORAL ARGUMENT." DEFENDANT, M.D. EMANUEL FRIEDMAN DID NOT COMPLY WITH L.R. 7.1(D).

-3-

IF THE COURT, BY ORDER OF JUDGE WILLIAM G. YOUNG INITIATED THIS HEARING AS TO COURT DOCUMENT NUMBER [143] PURSUANT LOCAL RULE 7.1.(E), MAILED BY THE COURT ON 21 DECEMBER 2006, RECEIVED BY THE PLAINTIFF ON 22 DECEMBER 2006, "Opposition... due 12/27/2006" THIS ORDER TRANSCENDS OR EXCEEDS SAID JUDGE'S CONSTITUTIONAL POWER, AUTHORITY.

DSK 12/22/2006

DECEMBER 22, 2006.

SUBMITTED,

*Donald Koback* (signature)

DONALD S. KOBACK
PLAINTIFF, PRO SE
195 SUNNYSIDE AVENUE
WOONSOCKET
RHODE ISLAND 02895
401-76-2-2460

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Smith, Bonnie entered on 12/21/2006 at 11:49 AM EST and filed on 12/21/2006
Case Name: Koback v. Metrowest Medical Center et al
Case Number: 1:05-cv-10798
Filer:
Document Number:

Docket Text:
ELECTRONIC NOTICE of Hearing on Motion [143] MOTION for Summary Judgment Pursuant to F.R.Civ.P.Rule 56: Motion Hearing set for 1/31/2007 02:00 PM before Judge William G. Young. opposition is due by 12/27/06. Reply brief, if any, is due by 1/8/07.(Smith, Bonnie)

The following document(s) are associated with this transaction:


1:05-cv-10798 Notice will be electronically mailed to:

Barbara Hayes Buell    bhb@bloombuell.com

Matthew R. Connors    mconnors@ficksmanconley.com

Judith M. Feinberg    jf@achwg.com

David M. Gould    Dgould@ficksmanconley.com

Daniel J. Griffin , Jr    dgriffin@mmmk.com

A. Bernard Guekguezian    abg@achwg.com

Joseph D. Halpern    joseph.halpern@bcbsma.com

1:05-cv-10798 Notice will not be electronically mailed to:

Lynda R. Jensen
Martin, Magnuson, McCarthy and Kenney
101 Merrimac St.
7th Floor
Boston, MA 02215

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

Case Name: Koback v. Metrowest Medical Center et al

Case Number: 1:05-cv-10798

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

## CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, CIVIL ACTION NO.: 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID, U.S.P.S., ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

1. DOCUMENTS:

PLAINTIFF, DONALD S. KOBACK'S OPPOSITION TO "NOTICE OF ELECTRONIC FILING" ENTERED ON 12/21/2006 AT 11:49 A.M. EST AND FILED ON 12/21/2006 — ELECTRONIC NOTICE OF HEARING ON MOTION [143] MOTION FOR SUMMARY JUDGMENT PURSUANT TO F.R.CIV.P. RULE 56: MOTION HEARING SET FOR 1/31/2007 02:00 PM BEFORE JUDGE WILLIAM G. YOUNG".

2. DEFENDANTS' ATTORNEYS AT LAW

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, SUITE TWO
Boston, MA 02135

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
101 Merrimac Street, 7th. Floor
Boston MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th. FLOOR
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

DATE: DECEMBER 23, 2006
SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON DECEMBER 23, 2006

_Donald Koback_
DONALD S. KOBACK, PLAINTIFF
PRO SE   DATE: DECEMBER 23, 2006