U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION
(BOSTON, MASS.)

FILED
CLERKS OFFICE
2006 DEC 26 P 1:36
U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action No.:
1:05-CV-10798-WGY

DONALD S. KOBACK,
   PLAINTIFF,
   PRO SE,

VS.

METROWEST MEDICAL
CENTER, ET. AL.,
   DEFENDANTS

---

PLAINTIFF, DONALD S. KOBACK'S CONCISE STATEMENT OF THE MATERIAL FACTS OF RECORD AS TO WHICH PLAINTIFF CONTENDS EXIST A GENUINE ISSUE AND/OR GENUINE ISSUES TO BE TRIED. U.S. DISTRICT COURT OF MASSACHUSETTS, LOCAL RULE 56.1

cc "EXHIBIT A   filed (en route)
   AFFADAVIT    + served 12/22/2006
   DONALD S. KOBACK
   ..." DECEMBER 18, 2006;

EXHIBIT B — filed (enroute) + served 12/22/2006
"AFFADAVIT SYED RAZVI, M.D. ... " DECEMBER 18, 2006;

EXHIBIT C — filed (enroute) + served 12/24/2006
"RECORDS METROWEST MEDICAL CENTER (PILE I, III, IV, V)...";

EXHIBIT D — To be mailed a/a subsequent date
"RECORDS NEW ENGLAND MEDICAL CENTER...";

EXHIBIT E — filed (enroute) and served 12/22/2006
"RECORDS M.D. JOHN P. LONG, JR. ...";

EXHIBIT F — To Be Mailed a/a subsequent date
"RECORDS M.D. EMANUEL FRIEDMAN...";

EXHIBIT G — To Be Mailed at a subsequent date
"PLAINTIFF'S COMPLAINT, DEMAND FOR JURY TRIAL,... AFFADAVIT, AMENDMENTS...".

DATE: DECEMBER 22, 2006   _Donald S. Koback_
DONALD S. KOBACK
PLAINTIFF, PRO SE
195 SUNNYSIDE AVENUE
WOONSOCKET, R.I. 02895
DATE: DECEMBER 22, 2006

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

# CLERK'S NOTICE

The image of this document(s)/exhibit(s) is not viewable because it contains personal medical information.