## CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, (CIVIL ACTION NO.: 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

**1. DOCUMENTS:**

EXHIBIT D, EXHIBIT F, EXHIBIT G OF PLAINTIFF, DONALD S. KOBACK'S CONCISE STATEMENT OF THE MATERIAL FACTS OF RECORD AS TO WHICH PLAINTIFF CONTENDS EXIST A GENUINE ISSUE AND/OR GENUINE ISSUES TO BE TRIED, U.S. DISTRICT COURT OF MASSACHUSETTS, LOCAL RULE 56.1

*UNDERLINE AS HEREIN NUNC PRO TUNC PRECEDING OF "..CONCISE.." STATEMENT.. IN CASE AT BAR,*

*DSKoback 12-22-2006*

**2. DEFENDANTS' ATTORNEYS AT LAW**

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, SUITE TWO
Boston, MA 02135

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
101 Merrimac Street, 7th FLOOR
Boston MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman
& Guekguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

DATE: DECEMBER 22, 2006
SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON

*Donald S Koback*
DONALD S. KOBACK, PLAINTIFF
PRO SE  DATE: DECEMBER 22, 2006
195 SUNNYSIDE AVENUE
WOONSOCKET, R.I. 02895
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