Donald S. Koback
Plaintiff, Pro Se
195 Sunnydale Avenue
Woonsocket,
Rhode Island 02895
December 29, 2006

U.S. District Court
1 Courthouse Way
Boston, Massachusetts 02210

CLERK:

I File (see certificate of service) with the court rather than with 'M.D. John P. Long's Attorney at Law', for I sense some instability and unreliability in their office.

Donald Koback
Plaintiff, Pro Se
Civil Action No:
1:05-cv-10798-WGY

## CERTIFICATE OF SERVICE

Without waiving any rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, (CIVIL ACTION NO.'s 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) 12/28/2006 AND SERVED, POSTAGE PREPAID U.S.P.S. ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

### 1. DOCUMENTS:

ORIGINAL "INTERROGATORIES OF THE DEFENDANT JOHN P. LONG, M.D. TO THE PLAINTIFF DONALD S. KOBACK" [SIC-MISNOMER 'LONG, JR., M.D.', NOT 'LONG, M.D.'];

PLAINTIFF, DONALD S. KOBACK'S OBJECTION, ANSWERS TO "INTERROGATORIES OF THE DEFENDANT JOHN P. LONG, M.D. TO THE PLAINTIFF DONALD S. KOBACK"

PLAINTIFF, DONALD S. KOBACK NUNC PRO TUNCS COPIES TO BE AS ORIGINAL — COLON AFTER OBJECTION

### 2. DEFENDANTS' ATTORNEYS AT LAW. PERIOD AFTER LAST WORD IN OBJECTION.

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, SUITE TWO
Boston, MA 02135

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
101 Merrimac Street, 7th FLOOR
Boston MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

DATE: December 21, 2006     12/25/2006
SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON

*Donald S. Koback*
DONALD S. KOBACK, PLAINTIFF PRO SE   DATE: December 21, 2006

*Donald S. Koback*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.