U.S. DISTRICT COURT

DISTRICT OF MASSACHUSETTS

EASTERN DIVISION
BOSTON, MASSACHUSETTS

FILED
IN CLERKS OFFICE
2007 JAN -4  A 11:48

U.S. DISTRICT COURT
DISTRICT OF MASS

DONALD. S, KOBACK,
  PLAINTIFF,
  PRO SE

VS.

METROWEST MEDICAL
CENTER, ET. AL.
  DEFENDANTS

1. PLAINTIFF DONALD S. KOBACK NUNC PRO TUNCS COURT DOCUMENT [149], COURT DOCUMENT [153], COURT DOCUMENT [135] OR OTHERWISE SUPPLEMENTS THE AFOREDESCRIBED

PLAINTIFF, DONALD S. KOBACK NUNC PRO TUNCS COURT DOCUMENT [149], COURT DOCUMENT [153], COURT DOCUMENT [135] OR OTHERWISE SUPPLEMENTS SO AS TO INSERT THE LANGUAGE IMMEDIATELY ABOVE PLAINTIFF, DONALD S. KOBACK'S SIGNATURE AND IMMEDIATELY SUBSEQUENT TO THE CURRENT LAST LINE SO AS TO READ "...WHEREFORE THE DEFENDANT'S MOTION, SHOULD BE DENIED." -AS PERTAINING TO COURT DOCUMENT [149], AND, FURTHER,

SO AS TO INSERT THE LANGUAGE IMMEDIATELY ABOVE THE PLAINTIFF, DONALD S. KOBACK'S SIGNATURE AND IMMEDIATELY SUBSEQUENT TO THE CURRENT LAST LINE SO AS TO READ "...WHEREFORE THE PLAINTIFF, DONALD S. KOBACK'S OPPOSITION SHOULD BE ALLOWED — AS PERTAINING TO COURT DOCUMENT NUMBER [153] AND, SO AS TO INSERT THE LANGUAGE IMMEDIATELY, ABOVE THE PLAINTIFF, DONALD S. KOBACK'S SIGNATURE AND IMMEDIATELY SUBSEQUENT TO THE CURRENT LAST LINE SO AS TO READ "...WHEREFORE THE PLAINTIFF'S MOTION SHOULD BE GRANTED." — AS PERTAINING TO COURT DOCUMENT NUMBER [135].

DATE: JANUARY 2, 2007

SUBMITTED

*Donald J. Koback*

DONALD S. KOBACK
PLAINTIFF, PRO SE
195 SUNNYSIDE AVENUE
WOONSOCKET
RHODE ISLAND 02895
401-762-2460

DATE: January 2, 2007
12:25 A.M. EST

## CERTIFICATE OF SERVICE

Without waiving any rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, (CIVIL ACTION NO.: 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) JANUARY 3, AND SERVED, POSTAGE PREPAID (U.S.P.S.) 2007 ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

### 1. DOCUMENTS:

PLAINTIFF, DONALD S. KOBACK NUNC PRO TUNCS COURT DOCUMENT [149], COURT DOCUMENT [153], COURT DOCUMENT [135] OR OTHERWISE SUPPLEMENTS THE AFOREDESCRIBED;

### 2. DEFENDANTS' ATTORNEYS AT LAW

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite 2W
Boston, MA 02135

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114

DATE: JAN. 2, 2007
SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON 12/2/2007

Donald Kuback
January 3, 2007

DONALD S. KOBACK, PLAINTIFF
PRO SE  DATE:
Donald Kuback January 2, 2007
January 3, 2007