U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION
(BOSTON, MASSACHUSETTS)

CIVIL ACTION No.:
1:05-CV-10798-WGY

DONALD S. KOBACK,
    PLAINTIFF,
    PRO SE,

VS.

METROWEST MEDICAL
CENTER, ET. AL.
    DEFENDANTS

PLAINTIFF DONALD S. KOBACK'S
OBJECTION, ANSWERS TO
"INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D.
TO THE PLAINTIFF DONALD
KOBACK"

AS FOLLOWS—

ONE
—1—

JANUARY 2, 2007
12:17 A.M. EST
Donald Koback

U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION
(BOSTON, MASSACHUSETTS)

CIVIL ACTION NO.:
1:05-CV-10798-WGY

DONALD S. KOBACK,
   PLAINTIFF,
   PRO SE

VS.

METROWEST MEDICAL
CENTER, ET. AL.,
   DEFENDANTS

## PLAINTIFF, DONALD S. KOBACK'S SUPPLEMENTAL OBJECTION, ANSWERS TO "INTERROGATORIES OF THE DEFENDANT JOHN P. LONG, M.D. TO THE PLAINTIFF DONALD S. KOBACK"

PLAINTIFF, DONALD S. KOBACK HEREBY SUPPLEMENTS "PLAINTIFF, DONALD S. KOBACK'S OBJECTION, ANSWERS TO "INTERROGATORIES OF THE DEFENDANT JOHN P. LONG, M.D. TO THE PLAINTIFF DONALD S. KOBACK"

See INTERROGATORY 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, APPENDED, OR OTHERWISE FASTENED HERETO.

SUBMITTED,

DATE: January 2, 2007

*Donald S. Koback*

DONALD S. KOBACK
PLAINTIFF, PRO SE
195 SUNNYSIDE AVENUE
WOONSOCKET
RHODE ISLAND 02895
401-76-2-2460

DATE: January 2, 2007
2:38 A.M. EST

# CERTIFICATE OF SERVICE

Without waiving any rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, (CIVIL ACTION NO.: 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) January 3, 2007 AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

## 1. DOCUMENTS:

- PLAINTIFF, DONALD S. KOBACK'S SUPPLEMENTAL OBJECTION, ANSWERS TO "INTERROGATORIES OF THE DEFENDANT JOHN P. LONG, M.D. TO THE PLAINTIFF DONALD S. KOBACK;
- FIRST PAGE PLAINTIFF, DONALD S. KOBACK'S OBJECTION, ANSWERS TO "INTERROGATORIES OF THE DEFENDANT JOHN P. LONG, M.D. TO THE PLAINTIFF DONALD KOBACK;

## 2. DEFENDANTS' ATTORNEYS AT LAW

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite
Boston, MA 02135

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th Floor
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

DATE: January 2, 2007
SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON 1/2/2007

January 3, 2007
_Donald S. Koback_

DONALD S. KOBACK, PLAINTIFF PRO SE  DATE: January 2, 2007
_Donald S. Koback_
January 3, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.