U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION
(BOSTON, MASSACHUSETTS)

FILED
IN CLERKS OFFICE
2007 JAN -5 P 2:45
U.S. DISTRICT COURT
DISTRICT OF MASS

DONALD S. KOBACK,
    PLAINTIFF,
    PRO SE,

VS.

METROWEST MEDICAL
CENTER, ET AL.

05-10798-WGY

OBJECTION, EXCEPTION FOR THE
SAKE OF APPEAL, AND
MOTION FOR RECONSIDERATION
OF PLAINTIFF, DONALD S. KOBACK'S
MOTION FOR DEFAULT JUDGMENT
AS TO EMANUEL FRIEDMAN, M.D., COURT
DOCUMENT [135], [139], COURT ORDER DENYING [135]
FILED, ENTERED 12/04/2006

NOW COMES THE PLAINTIFF,
DONALD S. KOBACK WHO OBJECTS,
TAKES EXCEPTION FOR THE SAKE
OF APPEAL, AND MOVES FOR
RECONSIDERATION ON JANUARY
4, 2007 OF PLAINTIFF, DONALD
S. KOBACK'S MOTION FOR
DEFAULT JUDGMENT AS TO
EMANUEL FRIEDMAN, M.D., COURT ORDER

COURT ORDER DENYING [135] FILED, ENTERED ON 12/04/2006.

DATED: JANUARY 4, 2007

Submitted,

_Donald S Koback_
Donald S. KOBACK
195 Sunnyside Avenue
Woonsocket
Rhode Island 02895
401-762-2460
DATE: JANUARY 4, 2007

# CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, CIVIL ACTION NO.: 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE U.S. DISTRICT COURT ON JANUARY 4, 2007) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

REMAINDER TO DEFENDANTS TO BE SERVED SUBSEQUENTLY

## 1. DOCUMENTS:

- OBJECTION, EXCEPTION FOR THE SAKE OF APPEAL, AND MOTION FOR RECONSIDERATION OF PLAINTIFF, DONALD S. KOBACK'S MOTION FOR DEFAULT JUDGMENT AS TO EMANUEL FRIEDMAN, M.D., COURT DOCUMENT [135], COURT ORDER DENYING [135], FILED IN [FF]: 12/09/2006;
- PLAINTIFF, DONALD S. KOBACK'S OBJECTION, RESPONSES TO "DEFENDANT JOHN P. LONG, M.D.'S RULE 34 REQUEST FOR PRODUCTION OF DOCUMENTS TO THE PLAINTIFF, DONALD KOBACK";
- ORIGINAL "DEFENDANT JOHN P. LONG, M.D.'S RULE 34 REQUEST FOR PRODUCTION OF DOCUMENTS TO THE PLAINTIFF, DONALD KOBACK";

— NUNC PRO TUNC
"...INTERROGATORIES..." NOT
"...INTERROGATORIES,..."
December 30, 2006
Donald S. Koback
12/30/2006

## 2. DEFENDANTS' ATTORNEYS AT LAW

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114

— NUNC PRO TUNC 12-30-2006 REMOVE S. FROM DONALD S. KOBACK IN "DEFENDANT M.D. JOHN P. LONG, JR., M.D.'S RULE 33 INTERROGATORIES AND Plaintiff's OBJECTION, ANSWERS..." See certificate of service 12/28/2006
DSK 12-30-2006

DATE: JANUARY 4, 2007
SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON JANUARY 4, 2007

Donald S. Koback
DONALD S. KOBACK, PLAINTIFF PRO SE   DATE: 1/04/2007

## CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, (CIVIL ACTION NO.'s 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) U.S. DISTRICT COURT AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON JANUARY 4, 2007 ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS — REMAINDER TO DEFENDANTS TO BE SERVED SUBSEQUENTLY

### 1. DOCUMENTS:

- OBJECTION, EXCEPTION FOR THE SAKE OF APPEAL, AND MOTION FOR RECONSIDERATION OF PLAINTIFF, DONALD S. KOBACK'S MOTION FOR DEFAULT JUDGMENT AS TO EMANUEL FRIEDMAN, M.D. COURT DOCUMENT [135], COURT ORDER DENYING [135], FILED, ENTERED 12/04/2006
- PLAINTIFF, DONALD S. KOBACK'S OBJECTION, RESPONSES TO "DEFENDANT JOHN P. LONG, M.D.'S RULE 34 REQUEST FOR PRODUCTION OF DOCUMENTS TO THE PLAINTIFF, DONALD KOBACK";
- ORIGINAL "DEFENDANT JOHN P. LONG, M.D.'S RULE 34 REQUEST FOR PRODUCTION OF DOCUMENTS TO THE PLAINTIFF, DONALD KOBACK"

### 2. DEFENDANTS' ATTORNEYS AT LAW

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th Floor
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114

DATE: JANUARY 4, 2007
SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON JANUARY 4, 2007

_Donald S. Koback_
DONALD S. KOBACK, PLAINTIFF, PRO SE   DATE: 1/04/2007

---

Marginalia:
- On 1-04-2007 NUNC PRO TUNC
- Objections, Responses, Request, 3rd mailing, 60 days late
- NUNC PRO TUNC RE: MAILED 1-04-2007
- NUNC PRO TUNC "CC..." INTERROGATORIES NOT "..." INTERROGATORIES
- December 30, 2006   _Donald S. Koback_  12/30/2006
- NUNC PRO TUNC 12-30-2006 REMOVE S. FROM DONALD S. KOBACK IN DEFENDANT'S M.D. JOHN P. LONG, JR., M.D.'S RULE 33 INTERROGATORIES AND Plaintiff's "OBJECTION, ANSWERS..." see Certificate of Service 12/29/2006   DSK 12/30/2006
- _Donald Koback_  1-04-2007

U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2007 JAN -5
U.S. DISTRICT COURT
DISTRICT OF MASS

EASTERN DIVISION
(BOSTON, MASSACHUSETTS)

DONALD S. KOBACK,
     PLAINTIFF,
     PRO SE,

VS.

METROWEST MEDICAL
CENTER, ET. AL.

OBJECTION, EXCEPTION FOR THE SAKE OF APPEAL, AND MOTION FOR RECONSIDERATION OF PLAINTIFF, DONALD S. KOBACK'S MOTION FOR DEFAULT JUDGMENT AS TO EMANUEL FRIEDMAN, M.D., COURT DOCUMENT [135], [139], COURT ORDER DENYING [135] FILED, ENTERED 12/04/2006

NOW COMES THE PLAINTIFF, DONALD S. KOBACK WHO OBJECTS, TAKES EXCEPTION FOR THE SAKE OF APPEAL, AND MOVES FOR RECONSIDERATION ON JANUARY 4, 2007 OF PLAINTIFF DONALD S. KOBACK'S MOTION FOR DEFAULT JUDGMENT AS TO EMANUEL FRIEDMAN, M.D., COURT ORDER

COURT ORDER DENYING [135] FILED, ENTERED ON 12/04/2006.

WHEREFORE PLAINTIFF'S MOTION SHOULD BE GRANTED.

DATED: JANUARY 4, 2007

05/\_\_/2007
1-04-2007

Submitted

*Donald S Koback*
Donald S. Koback
195 Sunnyside Avenue
Woonsocket
Rhode Island 02895
401-76-2-2460
DATE: JANUARY 4, 2007

PLAINTIFF, DONALD S. KOBACK MOVES NUNC PRO TUNC ON JANUARY 4, 2007 TO ADD:

"WHEREFORE PLAINTIFF, DONALD S. KOBACK'S MOTION FOR DEFAULT JUDGMENT AS TO EMANUEL FRIEDMAN, M.D. BE GRANTED," PRIOR TO THE DATE ABOVE

*Donald Koback*
Donald S. Koback
1-04-2007