U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION
(BOSTON, MASSACHUSETTS)

DONALD S. KOBACK,
    PLAINTIFF,
    PRO SE,

VS.

METROWEST MEDICAL
CENTER, ET. AL.,
    DEFENDANTS

<u>PLAINTIFF, DONALD S. KOBACK'S
OBJECTION, RESPONSES TO
"DEFENDANT JOHN P. LONG, M.D.'s
RULE 34 REQUEST FOR PRODUCTION
OF DOCUMENTS TO THE PLAINTIFF,
DONALD KOBACK"</u>

Donald S Koback
12-31-2006

AS FOLLOWS—

TWO AFFADAVITS TO
M.D. JOHN P LONG, JR, M.D.
DATE: 7-10-05. PROCEEDING FORWARD
PLAINTIFF, DONALD S. KOBACK

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.