U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2007 JAN -8 A 8:16
U.S. DISTRICT COURT
DISTRICT OF MASS

EASTERN DIVISION
BOSTON, MASSACHUSETTS

DONALD S. KOBACK,
  PLAINTIFF,
  PRO SE

VS.

METROWEST MEDICAL
CENTER, ET. AL.,
  DEFENDANTS

CIVIL ACTION
NO.: 1:05-CV-10798-WGY

PLAINTIFF, DONALD S. KOBACK'S MOTION TO DETERMINE THE SUFFICIENCY OF RESPONSES BY THE DEFENDANT, M.D. EMANUEL FRIEDMAN TO "PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION UNDER RULE 36 Fed.R.Civ.P. RULE 36, M.D. EMANUEL FRIEDMAN, DEFENDANT"

PURSUANT TO Fed.R.Civ.P. RULE 36(a) and RULE 36(b), NOW COMES THE PLAINTIFF, DONALD S. KOBACK, WHO MOVES THE COURT TO DETERMINE THE SUFFICIENCY OF DEFENDANT, M.D. EMANUEL FRIEDMAN'S RESPONSES TO PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION [COURT DOCUMENT [131] ENTERED! 11/08/2006]

More than thirty (30) days has elapsed since said request for admission was/were filed with the court, entered and served on the Defendant, M.D. Emanuel Friedman.

Wherefore the Plaintiff, Donald S. Koback request that the Court determine the response to insufficient, to order responses forthwith, and/or deem said request(s) for admission admitted.

DSK 1.6.2007

Respectfully submitted,

Donald S. Koback
195 Sunnyside Ave
Woonsocket
Rhode Island 02895
401-762-2460
January 6, 2007

# CERTIFICATE OF SERVICE

Without waiving any rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, (CIVIL ACTION NO.: 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

## 1. DOCUMENTS:

PLAINTIFF, DONALD S. KOBACK'S MOTION TO DETERMINE THE SUFFICIENCY OF RESPONSES BY THE DEFENDANT, M.D. EMANUEL FRIEDMAN TO "PLAINTIFF, DONALD S. KOBACK REQUEST FOR ADMISSION UNDER RULE 36 M.D. EMANUEL FRIEDMAN";

## 2. DEFENDANTS' ATTORNEYS AT LAW

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

DATE: JANUARY 6, 2007

SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON JANUARY 6, 2007

*Donald S. Koback*
DONALD S. KOBACK, PLAINTIFF PRO SE   DATE: JANUARY 6, 2007

# CERTIFICATE OF SERVICE

Without waiving any rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, CIVIL ACTION NO.: 1:05-CV-10798-WGY DONALD S. KOBACK vs. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

*[Margin notes: On 1-04-2007 NUNC PRO TUNC; Objections, Request for Production submitted/Koback; NUNC PRO TUNC; Wherefore RE 1-04-2007; Defendants' Attorneys at Law served January 5, 2007; U.S. District Court on January 4, 2007; Remainder to Defendants to be served subsequently]*

## 1. DOCUMENTS:

- OBJECTION, EXCEPTION FOR THE SAKE OF APPEAL, AND MOTION FOR RECONSIDERATION OF PLAINTIFF, DONALD S. KOBACK'S MOTION FOR DEFAULT JUDGMENT AS TO EMANUEL FRIEDMAN, M.D. COURT DOCUMENT [135], COURT ORDER DENYING [135], FILED, ENTERED 12/04/2006;
- PLAINTIFF, DONALD S. KOBACK'S OBJECTION, RESPONSES TO "DEFENDANT JOHN P. LONG, M.D.'S RULE 34 REQUEST FOR PRODUCTION OF DOCUMENTS TO THE PLAINTIFF, DONALD KOBACK";
- ORIGINAL "DEFENDANT JOHN P. LONG, M.D.'S RULE 34 REQUEST FOR PRODUCTION OF DOCUMENTS TO THE PLAINTIFF, DONALD KOBACK";

*[Margin: NUNC PRO TUNC; CC "...INTERROGATORIES..." NOT "...INTERROGATORIES..."]*

## 2. DEFENDANTS' ATTORNEYS AT LAW

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

Daniel J. Griffin, Esq.
Lynda Riesgo Jensen, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th Floor
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

*[Margin: NUNC PRO TUNC 12-30-2006 REMOVE S. FROM DONALD S. KOBACK IN DEFENDANT M.D. JOHN P. LONG, JR., M.D.'S RULE 33 INTERROGATORIES AND Plaintiff's "Objection Answers" see]*

DATE: JANUARY 4, 2007
SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON JANUARY 4, 2007

/s/ Donald S. Koback
DONALD S. KOBACK, PLAINTIFF
PRO SE   DATE: 1/04/2007

*[Margin signatures: December 30, 2006 Donald S. Koback 12/30/2006; X January 5, 2007]*