U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2007 JAN -8 P 3: 15
U.S. DISTRICT COURT
DISTRICT OF MASS

EASTERN DIVISION
(BOSTON, MASSACHUSETTS)

DONALD S. KOBACK,
PLAINTIFF,
PRO SE,

VS.

METROWEST MEDICAL CENTER, ET. AL.,
DEFENDANTS

CIVIL ACTION NO.:
1:05-CV-10798-WGY

SIGNATURE PAGE AT END OF PLAINTIFF, DONALD S. KOBACK'S OBJECTION, RESPONSES TO "DEFENDANT JOHN P. LONG, M.D.'s RULE 34 REQUEST FOR PRODUCTION TO THE PLAINTIFF, DONALD KOBACK"

PLAINTIFF DONALD S. KOBACK, RESUBMITS HIS SIGNATURE SUBSCRIBED AT THE END OF PLAINTIFF, DONALD S. KOBACK'S OBJECTION, RESPONSES TO "DEFENDANT JOHN P. LONG, M.D.'s RULE 34 REQUEST FOR PRODUCTION TO THE PLAINTIFF DONALD S. KOBACK". (FOR FIRST SIGNATURE PAGE See Attached — Signed and mailed to U.S. DISTRICT COURT ON JANUARY 4, 2007 EXPRESS MAIL EQ 261065751 US) THIS COURT DOCUMENT WITH THE PLAINTIFF, DONALD S.

KOBACK'S SIGNATURE SUBSCRIBED HEREIN BELOW RESUBMITS THE COURT DOCUMENT ABOVE WHICH IS underlined in part and punctuated with quotation marks by WRITING, WITH PENMANSHIP. (SEE ATTACHED AS WELL.)

RESPECTFULLY RESUBMITTED,

_____
DONALD S. KOBACK
PLAINTIFF, PRO SE
195 SUNNYSIDE AVENUE
WOONSOCKET
RHODE ISLAND 02895
Telephone no.: 401-762-2460
JANUARY 5, 2007

DSK
1-5-2007

OBJECTION/RESPONSES DEFENDANT, M.D.
John P. Long's REQUEST FOR PRODUCTION

Submitted,

*Donald S. Koback*

Donald S. Koback
PLAINTIFF, PRO SE
195 Sunnyside Ave
Woonsocket, R.I.
02895

401-762-2460

JANUARY 6, 2007
*Donald S. Koback*
Plaintiff, Pro Se.

Signature

page

OBJECTION, RESPONSES DEFENDANT, M.D.
John P. Long's REQUEST FOR PRODUCTION

Submitted,

Donald Koback

Donald S. Koback
PLAINTIFF, PRO SE
195 Sunnyside Ave
Woonsocket, R.I.
02895

401-762-2460

JANUARY 6, 2007

PLAINTIFF, Donald S. Koback
NUNC PRO TUNC actual
Signature date filed
and served

page 2 of PLAINTIFF DONALD S. KOBACK'S OBJECTION, RESPONSES TO "DEFENDANT JOHN P. LONG, M.D.'s RULE 34 REQUEST FOR PRODUCTION" TO

OBJECTION/RESPONSES DEFENDANT, M.D.
John P. Long's REQUEST FOR PRODUCTION

Submitted,

*Donald S. Koback*

Donald S. Koback
PLAINTIFF, PRO SE
195 Sunnyside Ave
Woonsocket, R.I.
02895

401-76-2-2960

Signature
page

## CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, (CIVIL ACTION NO.: 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) 1-06-2007 AND SERVED, POSTAGE PREPAID (U.S.P.S.) DSK ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

**1. DOCUMENTS:**

SIGNATURE PAGE AT END OF PLAINTIFF, DONALD S. KOBACK'S OBJECTION, RESPONSES TO "DEFENDANT JOHN P. LONG, M.D.'s RULE 34 REQUEST FOR PRODUCTION TO THE PLAINTIFF, DONALD KOBACK"; FIRST RULE 34 SIGNATURE PAGE DATED JANUARY 4, 2007 NUNC PRO TUNC; ORIGINAL RULE 34 SIGNATURE PAGE;

**2. DEFENDANTS' ATTORNEYS AT LAW**

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, SUITE TWO
Boston, MA 02135

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

DATE: JANUARY 6, 2007

SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON JANUARY 6, 2007 _Donald S. Koback_, plaintiff, pro se

DONALD S. KOBACK, PLAINTIFF PRO SE  DATE: JANUARY 6, 2007