## 2nd, CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, (CIVIL ACTION NO.'s 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

### 1. DOCUMENTS:

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS, ANSWERS TO "INTERROGATORIES OF THE DEFENDANT JOHN P. LONG, M.D. TO THE PLAINTIFF DONALD KOBACK",

ORIGINALS, AS YOU KNOW, FILED WITH THE U.S. DISTRICT COURT, BOSTON, MASSACHUSETTS 1 COURTHOUSE WAY,

*(margin note: Original Certificate of service stolen by Agents of Court, or other branch along with postal receipts Signed under pains and penalties of perjury Donald Koback 1-12-2007)*

*(margin note: 01/12-2007)*

### 2. DEFENDANTS' ATTORNEYS AT LAW

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

DATE: 1-12-2007

SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON 1-12-2007

Donald S Koback
DONALD S. KOBACK, PLAINTIFF
PRO SE   DATE: JANUARY 12, 2007

FILED
CLERKS OFFICE

2007 JAN 16 P 3:50

U.S. DISTRICT COURT
DISTRICT OF MASS

Signed under pains and penalties of perjury PLAINTIFF, DONALD S. KOBACK'S OBJECTION, ANSWERS TO "INTERROGATORIES OF THE DEFENDANT JOHN P. LONG, M.D. TO THE PLAINTIFF DONALD KOBACK"

*Donald Koback*

DONALD S. KOBACK
— PLAINTIFF PRO SE
195 SUNNYSIDE AVENUE
WOONSOCKET, RHODE ISLAND 02895
401-762-2460
JANUARY 12, 2007

— FINAL PAGE —
(THIS SET)

## CERTIFICATE OF SERVICE

Without waiving any rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, (CIVIL ACTION NO.'s 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

### 1. DOCUMENTS:

Signed under pains and penalties of perjury PLAINTIFF DONALD S. KOBACK'S OBJECTION, ANSWERS TO "INTERROGATORIES OF THE DEFENDANT JOHN P. LONG, M.D. TO THE PLAINTIFF DONALD KOBACK".

— FINAL PAGE — (THIS SET)

DONALD S. KOBACK
195 SUNNYSIDE AVENUE
WOONSOCKET, RHODE ISLAND 02895
401-76-2-2460

### 2. DEFENDANTS' ATTORNEYS AT LAW

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite two
Boston, MA 02135

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th Floor
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114

DATE: JANUARY 12, 2007

SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON JANUARY 12, 2007

DONALD S. KOBACK, PLAINTIFF PRO SE   DATE: JANUARY 12, 2007