UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

EASTERN DIVISION          CIVIL ACTION
(BOSTON, MASSACHUSETTS)   NUMBER: 1-05
2007 JAN 17 P 12:23

U.S. DISTRICT COURT       v - 10798-WGY
DISTRICT OF MASS

DONALD S. KOBACK,
         PLAINTIFF,
         PRO SE

VS.

METROWEST MEDICAL
CENTER, ET. AL.,
         DEFENDANTS

PLAINTIFF, DONALD S. KOBACK'S
REQUEST FOR ADMISSION
UNDER RULE 36
Fed.R.Civ.P. RULE 36.
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL
AND TENET MetroWest
Healthcare System LTD PARTNERSHIP,
AND/OR TENET MetroWest
Healthcare System Ltd. Partnership,
AND/OR METROWEST HEALTHCARE
SYSTEM LTD PARTNERS (OF
FRAMINGHAM MASSA-
CHUSETTS, WHICHEVER IS THE
TRUE, CORRECT, ACCURATE

-61-

LEGAL NAME OR IDENTITY
AT THE DATE OF FILING, DATE(S) OF TREATMENT,
THE            LOCATIONS
OF LEONARD MORSE HOSPITAL
IS            NATICK, MASSA-
CHUSETTS, FRAMINGHAM UNION
HOSPITAL,
FRAMINGHAM, MASSACHUSETTS
METROWEST MEDICAL CENTER (see caption),
            FRAMINGHAM
MASSACHUSETTS, THOSE NAMED
HEREINABOVE AND THOSE NAMED
HEREINBELOW ARE
AMONG THOSE REQUESTED
TO FORWARD, TO THE PLAINTIFF,
DONALD S. KOBACK,

RESPONSE AND/OR ADMIT,
DENY, OR OTHERWISE;
PLAINTIFF DONALD S.
KOBACK INSISTS THAT
EACH OF THE REQUESTS
FOR ADMISSION BE AD-
MITTED, DENIED, OR OTHER-
WISE BY THEIR CHIEF
EXECUTIVE OFFICER AND
HIS/HER DESIGNEE
WITH KNOWLEDGE OF

— 62 —

THIS ON GOING, FACT
SITUATION RELATING
TO THIS CIVIL ACTION
WHO IS READY, WILLING,
ABLE AND OTHERWISE
CAPABLE, AUTHORIZED,
EMPOWERED TO FOR-
WARD TO THE PLAINTIFF,
DONALD S. KOBACK

AUTHENTIC RESPONSES — GENUINE
ANSWERS (DOCUMENTS-EXHIBITS)
AND TRUE STATEMENTS OR
OBJECTIONS IN RESPONSE
AND/OR ADMIT(S)
DENY(S), OR OTHERWISE)
Metro West Medical Center - Framingham,
Metro West Medical Center - Natick,
METROWEST MEDICAL CENTER,
DEFENDANTS AND/OR DEFENDANT(S).

PREFACE: NOTE FOLLOWING — IN
" PLAINTIFF, DONALD S. KOBACK'S
REQUEST FOR ADMISSION
UNDER RULE 36,
Fed. R. Civ. P. RULE 36.        "
M.D. EMANUEL FRIEDMAN, DEFENDANT —

ONE FINDS OR OBSERVES THE
FOLLOWING — "PREFACE..."

~ 63 ~

WHICH IS LOCATED ON PAGE —1—
AT THE TOP LEFT WHICH COM-
MENCES THE BODY OF SAID COURT DOCU-
MENT (NUMBER 131); AND,
AT THE BOTTOM OF PAGE —60—
ONE OBSERVES OR FINDS THE
FOLLOWING — "... HERE." — AT
THE LOWER RIGHT, WHICH BRINGS
TO A TEMPORARY HALT, PLAINTIFF,
DONALD S. KOBACK'S REQUEST
FOR ADMISSION DIRECTED OR FOR-
WARDED TO "M.D. EMANUEL
FRIEDMAN, DEFENDANT" — COURT
DOCUMENT NUMBER 131. PRO TANTO —
FROM PREFACE, UP TO AND INCLUDING
HERE, THE EXACT DESCRIPTION
BEING, AND THE PLAINTIFF, DONALD S.
KOBACK QUOTES "...( PREFACE ...
HERE." THERE ARE FIFTY-NINE
(59) PAGES LAYING OR POSITIONED
BETWEEN PAGE —1—'s "(PREFACE
..." AND PAGE —60—'s "... HERE."
CAPSULATE ENCASE ENCARPUS —
AS IN ARCHITECTURE, A
SCULPTURED ORNAMENT IN
IMMITATION OF A FESTOON
OF FRUITS, LEAVES, FLOWERS
OTHER OBJECTS, SUSPENDED
BETWEEN TWO POINTS.
—64—

PLAINTIFF, DONALD S. KOBACK, INCORPORATES
COURT DOCUMENT NUMBER 131 IN
ITS ENTIRETY HEREAT, HEREIN.

IN COMPLIANCE WITH RULE 36. PLAINTIFF,
DONALD S. KOBACK HANGS AND DISPLAYS
PAGE —1— UP TO AND INCLUDING
PAGE —60—, SIXTY ONE (61) PAGES
IN ALL, AS IF CLOTHESPINNED TO
A CLOTHESLINE WITH EACH CLOTHES-
PIN, INITIALLY, GRASPING THE
WORD(S) "... genuine..." IN PLAINTIFF,
DONALD S. KOBACK'S REQUEST FOR
ADMISSION . 1. AND THIRTEEN
(13) ADDITIONAL, CONSECUTIVE
DOCUMENTS, THEREAFTER : THE
WORD(S) "... exhibit...," ("..., describe...)
IN PLAINTIFF, DONALD S. KOBACK REQUEST
FOR ADMISSION 1. A. UP TO AND IN-
CLUDING 1. M. (FOURTEEN (14) IN
ALL) IMMEDIATELY SUCCEEDED
(COMES NEXT) NUMERICALLY,
ALPHABETICALLY BY THE WORD
"... true..." IN PLAINTIFF, DONALD
S. KOBACK'S REQUEST FOR AD-
MISSION ... 2. AND EIGHTY-ONE
(81) ADDITIONAL, CONSEQUTIVE
"... statement..." ['S] CONTAINED

— 65 —

IN PLAINTIFF, DONALD S. KOBACK'S
REQUEST FOR ADMISSION IN
2.1. UP TO AND INCLUDING 2.81.
(EIGHTY TWO (82) IN ALL); THEREBY COM-
PRISING NINETY-SIX (96) CONSECU-
TIVE REQUEST FOR ADMISSION, EACH
OF WHICH IS "...SEPARATELY SET FORTH..."
(RULE 36.)
WHEREAS, IN THE FIRST PLACE, M.D.
EMANUEL FRIEDMAN, DEFENDANT WAS
THE PARTY TOWARD WHOM PLAINTIFF'S
NINETY SIX (96) REQUEST FOR
ADMISSION WERE DIRECTED, FROM
THIS POINT, AND THE DEFENDANTS
MetroWest Medical Center      ) ET. AL.
(SEE TITLE OF THIS DOCUMENT FOR
 NAMES OF EACH OF THESE DEFENDANTS)
SO AS TO CAUSE EACH REQUEST
FOR ADMISSION TO READ:

     " MetroWest Medical Center,
       ... DEFENDANT(S)." (SEE TITLE);

AT THAT POINT IN EACH REQUEST
FOR ADMISSION WHERE THE NAME
M.D. EMANUEL FRIEDMAN OR
EMANUEL FRIEDMAN, M.D. CAN BE READ)
ADD THE DEFENDANTS, MetroWest Medical
Center      , et.al. PRECEDING OR SUCCEEDING

                    — 66 —

SAID M.D, EMANUEL FRIEDMAN
OR EMANUEL FRIEDMAN, M.D.
SO AS TO READ MetroWest Medical
Center, ET.AL., DEFENDANTS (SEE
TITLE OF THIS DOCUMENT WITH NAMES
OF DEFENDANTS UNDERLINED) "AND/OR"
M.D, EMANUEL FRIEDMAN OR EMANUEL
FRIEDMAN, M.D., EXCEPT (CAVEAT)
IN THOSE REQUEST FOR ADMISSION
WHICH CONTAIN THE NAMES OF
DEFENDANTS, MetroWest Medical
Center, ET.AL.   IN THEIR
ORIGINALS AND PHOTOCOPIES FILED
AND SERVED ON M.D, EMANUEL
FRIEDMAN, SAID ORIGINAL REQUEST
FOR ADMISSION SHALL REMAIN
UNTOUCHED.
THE USE OF THE WORD "...I...",
HEREINBEFORE, IN THE PRECEDING
NINETY-SIX (96) CONSEQUTIVE
REQUEST FOR ADMISSION WAS AND
IS INTENDED TO REFER TO THE
PLAINTIFF, DONALD S. KOBACK.
IN PLAINTIFF'S REQUEST
FOR ADMISSION 2.61., THE
WORD "...autority..." WAS AND
IS INTENDED TO BE WRITTEN
AS "...AUTHORITY..." .. Nunc pretunc.

$$-67-$$

WITH THE FOREGOING IN THE FORE-
GROUND, AND CERTAIN, SPECIFIED
REQUEST FOR ADMISSION REPHRASED
TO ADD THE DEFENDANTS, METROWEST
MEDICAL CENTER, et, al, (See Title
OF THIS DOCUMENT), THE DEFENDANTS
MetroWest Medical Center,
LEONARD MORSE HOSPITAL, FRAMING-
HAM UNION HOSPITAL, TENET
MetroWest Healthcare System LTD
PARTNERSHIP, TENET MetroWest
Healthcare System Ltd.
Partnership, AND METROWEST
HEALTHCARE SYSTEM LTD PARTNERS, etc.
HAVE NOW BEFORE THEM
96 (NINETY SIX) Consequtive
REQUEST FOR ADMISSION.
AS FOLLOWS;

"

1.
1.A.       . . .
1.B.       . . .
1.C.       . . .
1.D.       . . .
1.E.       . . .
1.F.       . . .
1.G.       . . .
1.H.       . . .

— 68 —

1. I.
1. J.
1. K.
1. L.
1. M.

2.
2.1.
2.2.
2.3.
2.4.
2.5.
2.6.
2.7.
2.8.
2.9.
2.10.
2.11.
2.12.
2.13.
2.14.
2.15.
2.16.
2.17.
2.18.
2.19.
2.20.

2.21.

2.22.

2.23.

2.24.

2.25.

2.26.

2.27.

2.28.

2.29.

2.30.

2.31.

2.32.

2.33.

2.34.

2.35.

2.36.

2.37.

2.38.

2.39.

2.40.

2.41.

2.42.

2.43.

2.44.

2.45.

2.46.

2.47.

2.48.

2.49.

2.50.

2.51.

2.52.

2.53.

2.54.

2.55.

2.56.

2.57.

2.58.

2.59.

2.60.

2.61.

2.62.

2.63.

2.64.

2.65.

2.66.

2.67.

2.68.

2.69.

2.70.

2.71.

2.72.

2.73.

2.74.

2.75.

2.76.

2.77.        o  o  o                                    o
2.78.        o  o  o                                    o
2.79.        o  o  o                                    o
2.80.        o  o  o                                    o
2.81.        o  o  o                                    o

o  o  o                                                 o

CAVEAT: BE ON NOTICE
THAT PLAINTIFF DONALD S.
KOBACK'S REQUEST FOR AD-
MISSION DELIVERED TO THE
ATTORNEY(S) AT LAW REPRESENTING
METROWEST MEDICAL CENTER, ET.
AL., DEFENDANTS (SEE TITLE
OF THIS DOCUMENT) WHICH ARE
ARRANGED CONSEQUTIVELY,
NUMERICALLY, ALPHABETICALLY
AS 1., 1.A.'-1.M.; 2. 2.1.-
2.81. ARE ALSO NUMBERED,
ALPHABETIZED IN A PARALLEL, JUXTAPOSED
FASHION AS TO THESE SPECIFIC
DEFENDANTS, METROWEST MEDICAL
CENTER, ET. AL, (SEE TITLE OF
THIS DOCUMENT) SO THAT 1.
EQUALS OR IS SYNONYMOUS
WITH 11., 1.A. equals OR IS
SYNONYMOUS WITH 11.AA. UP

-72-

UP TO AND INCLUDING 1.M. WHICH
EQUALS OR IS SYNONYMOUS WITH
11.MM., AND SO FORTH, AND SO ON.'
THAT 2. EQUALS OR IS SYNONYMOUS
WITH 22.11 UP TO AND INCLUDING
2.81. WHICH EQUALS OR IS SYNONYMOUS
WITH 22.8181. AND SO FORTH, AND
SO ON.

FOLLOWING THIS

PAGE - 73 -

COURT DOCUMENT -

" PLAINTIFF, DONALD S. KOBACK'S
REQUEST FOR ADMISSION
UNDER RULE 36
Fed.R.Civ.P. RULE 36.
(M.D, EMANUEL FRIEDMAN, DEFENDANT) "
DATED: NOVEMBER 2, 2006

WHICH IS

- 73 -

CONTINUED)

N.B.: THE IMMEDIATELY FOLLOWING
DOCUMENT, REQUEST FOR
ADMISSION — pages —1—
up to and including —60—
CONSTITUTE PAGE—75—
IN THIS DOCUMENT.

—74—

U.S. DISTRICT COURT

EASTERN DIVISION
(BOSTON, MASSACHUSETTS)

CASE NO.: 1:05-CV-
10798-WGY

DONALD S. KOBACK,
PLAINTIFF,
PRO SE,

SEE TITLE
OF THIS DOCUMENT
PAGE -61-

VS.

METROWEST MEDICAL
CENTER, ET. AL.,
DEFENDANTS

SEE TITLE
DOCUMENT
METROWEST
ET. AL.

page -61-

PLAINTIFF, DONALD S. KOBACK'S
REQUEST FOR ADMISSION
UNDER RULE 36
Fed. R. Civ. P. RULE 36.
M.D. EMANUEL FRIEDMAN, DEFENDANT

INSERT BETWEEN
THESE TWO (2)
lines.
DSK
1/16/2007

(PREFACE  N.B. (NOTA BENE):
HEREINAFTER, M.D. EMANUEL FRIEDMAN,
SHALL ALSO IDENTIFY EMANUEL
FRIEDMAN, M.D. AND EMANUEL
FRIEDMAN. FURTHER, THE USE OF M.D.
BEFORE A PERSON'S NAME SHALL
IDENTIFY SAID PERSON IN ACCORDANCE
WITH THE ABOVE.
  1. equals one,
  2. equals two. )

N.B.: PARALLEL,
JUXTAPOSED
NUMERICAL ALPHABETICAL
ARRANGEMENT.

-1-

-75-

DSK Koback
January 20, 2007

1.,

11. THAT EACH OF THE FOLLOWING DOCUMENTS, EXHIBITED WITH THIS REQUEST IS GENUINE.

1. N.,

11. NN. THE COMMONWEALTH OF MASSACHUSETTS, MIDDLESEX SHERIFF'S OFFICE, INVOICE #05C117638(DATE: 06/03/2005) IN HAND TO KELLY MCTAGUE WRIT: SUMMONS(4-21-05) UNITED STATES DISTRICT COURT SARAH A. THORNTON CLERK (BY) DEPUTY CLERK AND COMPLAINT SERVE: EMANUEL FRIEDMAN, M.D. SERVICE DATE: 5/31/2005 TIME: 9:30 A.M. SUMMONS IN A CIVIL COMPLAINT — 05-10798 WGY EMANUEL FRIEDMAN, M.D., RETURN OF SERVICE CERTIFIED BY ROBERT A. NATION DEPUTY SHERIFF, LETTER TO CLERK OF COURT DATED: 6-16-05 (TOTAL: FOUR (4) PAPERS).

-76-

1.0.
11.06.   ESSEX COUNTY SHERIFF'S
DEPARTMENT, INVOICE
#: 05011375 (DATE:
06/03/2005) IN HAND/TO CHRISTOFERSEN PAMELA
WRIT: SUMMONS (4-21-05)
          UNITED STATES DISTRICT
          COURT, SARAH A.
          THORNTON CLERK (BY)
          DEPUTY CLERK AND
          COMPLAINT, DEMAND FOR
          JURY TRIAL, AFFADAVIT,
          AMENDMENT,
    SERVE: FROL ONEL,
          ANDOVER UROLOGY,
          ASSOCIATES
    SERVICE DATE: 06/02/2005,
          TIME: 9:25 A.M.,
    U.S. POSTAL SERVICE-
    CERTIFIED MAIL 7004116
    000189720433.
    SUMMONS IN A CIVIL CASE-
    05-10798 WGY (Gil Frechette DEPUTY SHERIFF)
    EROL ONEL, ANDOVER UROLOGY
    ASSOCIATES (TOTAL FOUR(4)
    PAPERS).

-77-

1. P.
11. PP. UNITED STATES DISTRICT COURT
SUMMONS IN A CIVIL CASE.
(4-21-05) CIVIL ACTION
NUMBER: 05-10798 WGY
SARAH A. THORNTON CLERK
(BY) DEPUTY CLERK,
SERVE: JOHN P. LONG, M.D.,
Person in charge, LEONARD
MORSE HOSPITAL, Metro-
West Medical Center,
BLUE CROSS AND BLUE
SHIELD OF MASSACHUSETTS
HMC BLUE (SAID BEING
A MISNOMER WHICH VIA
NUNC PRO TUNC SHALL
READ) BLUE CROSS BLUE
SHIELD OF MASSACHUSETTS,
HMO BLUE OF MASSACHUSETTS)
FRAMINGHAM UNION HOSPITAL
Person in charge (Metro
West Medical Center)
PROOF OF SERVICE, SIGNED
UNDER PAINS AND PENALTIES
OF PERJURY BY DONALD S.
KOBACK, PLAINTIFF, PRO SE
5-24-05, U.S. POSTAL SER-
VICE, RETURN RECEIPTS

— 78 —

· MAILED TO AND FILED WITH
THE U.S. DISTRICT COURT,
BOSTON, MASSACHUSETTS,
RETURN RECEIPTS : 7004
1160 0001 8966 3228,
7004 1160 0001 8966 3235,
7004 1160 0001 8966 3211,
7003 1680 0004 5116 4597,
U.S. POSTAL SERVICE,
CERTIFIED MAIL RECEIPT AND
RETURN RECEIPT U.S. DISTRICT
COURT - 7004 1160 0001
8965 6573 (TOTAL: TEN(10)
PAPERS).

1.Q.
11.QQ.  PROOF OF SERVICE PERSON
IN CHARGE, NEW ENGLAND
MEDICAL CENTER, DATED:
5-15-05 CERTIFIED MAIL
# 7003 1680 0004 5116
4941, SIGNED BY DONALD
S. KOBACK, SUMMONS
IN A CIVIL CASE (4-21-05)
UNITED STATES DISTRICT
COURT, SARAH A. THORNTON
CLERK (BY) DEPUTY CLERK

— 79 —

CIVIL ACTION NUMBER
05-10798 WGY,
U.S. POSTAL SERVICE
RETURN RECEIPT; 7003
1680 0004 5116 4941
(TOTAL: FOUR(4) PAPERS).

1.R.
11.RR. PROOF OF SERVICE,
UNITED STATES DISTRICT
COURT, SIGNED BY
DONALD S. KOBACK,
DATED 5-11-05,
U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT
# 7003 1680 0004
5116 4971, NEW
ENGLAND MEDICAL CENTER,
7003 1680 5116 4958
(EROL ONEL, NEW ENGLAND
MEDICAL CENTER 7003
1680 5116 4958 (EROL
ONEL, NEW ENGLAND
MEDICAL CENTER)
7003 1680 5116 4934
(EROL ONEL, ANDOVER
UROLOGY ASSOCIATES),
(Total: 3 PAPERS).

—80.—

11.55. UNITED STATES DISTRICT COURT
SUMMONS IN A CIVIL CASE
(4-21-05) CIVIL ACTION
NUMBER: C5-10798 WGY
SARAH A. THORNTON..CLERK
(BY) DEPUTY CLERK, IN HAND TO
ARLENE CORBETT, AND COMPLAINT
SERVED TO:
MetroWest Healthcare System
LTD. Partnership, MetroWest
Healthcare System LTD
PARTNERSHIP, MIDDLESEX
DEPUTY SHERIFF'S OFFICE
SUMMONS AND COMPLAINT
SERVED METROWEST
HEALTHCARE SYSTEM LTD
PARTNERS ON 12/27/2005,
COMMONWEALTH OF MASSA-
CHUSETTS, MIDDLESEX
SHERIFF'S OFFICE -
INVOICE # 05043748
WRIT; SUMMONS AND COMPLAINT
SERVICE DATE: 12/27/2005
By RON HANSON, DEPUTY
SHERIFF (TOTAL: THREE (3)
PAPERS).

—81—

1 T.
11. T T.  Medical Affodavit
of Xiangyang Li, M.D.
DATE 2/22/06, the above
affadavit was/is answered or responded
produced without waiving (plaintiff
Donald S. Koback's
OBJECTION(s),
rights, priveleges,
or immunities,
inter alia. (N.B.:
said objection(s), etc.
is antecedent or precedent
to said medical affadavit).

January 10, 2007
1-10-2007
1-11-2007 Donald Sluback

January 11, 2007
1-11-2007
Donald Sluback

SEE NEXT PAGE  -83-
-82-    Donald Sluback
          January 10, 2007

1..U.
11.UU. MetroWest Medical Center,
Framingham Union Campus,
DISCHARGE INSTRUCTIONS -
# 31 20947 - DR. ROBERT
S, GOULD (OR M.D. ROBERT
S. GOULD).

1.V.
11.VV. PLAINTIFF, DONALD S. KOPACK'S
PENIS, "BEFORE - 8 INCHES AND
"AFTER, AND AFTER AND AFTER
AND AFTER AGAIN UNTIL ZERO (0)
INCH PENIS, INTER ALIA.

Donald S Kopack
January 10, 2007



PLAINTIFF, DONALD S. KOBACK'S
REQUEST FOR ADMISSION
UNDER RULE 36
Fed. R. Civ. P. RULE 36.
MetroWest Medical Center,
LEONARD MORSE HOSPITAL
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, TENET
MetroWest Healthcare
System Ltd. Partnership,
METROWEST HEALTHCARE
SYSTEM LTD PARTNERS (...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center - Natick,
METROWEST MEDICAL
CENTER, DEFENDANTS OR
DEFENDANT(S)

PLAINTIFF'S REQUEST
FOR ADMISSION
1. N.
11. N'N.

EXHIBIT
DOCUMENT
( PREVIOUSLY LISTED AND
DESCRIBED)



*The Commonwealth of Massachusetts*
*Middlesex Sheriff's Office*
*Civil Process Division*
*P. O. Box 827*
*188 Concord Street*
*Framingham, Massachusetts 01701-0203*
*Phone (508) 872-3110 (508) 872-7831 • Fax (508) 872-3644*

**JAMES V. DiPAOLA**
*SHERIFF*

DONALD KOBACK
195 SUNNYSIDE Avenue
WOONSOCKET, RI 02895

Amount Due: $ 0.00
Invoice #:    05017638
Invoice Date:  06/03/2005

Phone:(000)000-0

---

**PLEASE NOTE:  RETURN THIS TOP PORTION WITH YOUR PAYMENT**

---

## Payment Due Upon Receipt          Writ: SUMMONS AND COMPLAINT

Please send a copy of this invoice with your remittance

DONALD KOBACK
vs.
EMMANUEL FRIEDMAN, M.D.

Invoice #:    05017638
Invoice Date:  06/03/2005

Serve:          EMMANUEL FRIEDMAN, M.D.
                95 LINCOLN Street
                FRAMINGHAM, MA

Served by Deputy Sheriff: ROBERT NATION 56
Service Date:  05/31/2005   Time:     9:30AM
Method of Service: In Hand

| **Charge** | | **Amount** |
|---|---|---|
| Attest | | 5.00 |
| Basic Service Fee | | 30.00 |
| Conveyance | | 0.90 |
| Postage and Handling | | 1.00 |
| Travel | | 10.88 |
| **Total Charges** | | 47.78 |

| **Payment Date** | **Check Number** | **Amount** |
|---|---|---|
| 05/26/2005 | 530 | 47.78 |
| **Payment Total** | | 47.78 |

**Amount Due:  $ 0.00**

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN DIVISION    District of    MASSACHUSETTS

(Boston)

DONALD S, KOBACK, pro se      **SUMMONS IN A CIVIL CASE**
    v.      plaintiff

MetroWest Medical      CASE NUMBER:
Center,

et. al.   05 - 10798 WGY

TO: (Name and address of Defendant)

EMANUEL FRIEDMAN, M.D.
95 LINCOLN
FRAMINGHAM, MASSACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD S, KOBACK
195 SUNNYSIDE AVE
WOONSOCKET
R.I. 02895

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(BY) DEPUTY CLERK

4-21-05

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

*Middlesex, ss.*

June 3, 2005

I hereby certify and return that on 5/31/2005 at 9:30AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to KELLY MCTAGUE, agent, person in charge at the time of service for EMMANUEL FRIEDMAN, M.D., at , 95 LINCOLN Street,   FRAMINGHAM, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($0.90), Postage and Handling ($1.00), Travel ($10.88) Total Charges $47.78

*Robert a. Nelson*
_____
Deputy Sheriff

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Donald S. Koback
195 Sunnyside
WOONSOCKET
RHODE ISLAND 02895

U. S. DISTRICT COURT
1 COURTHOUSE WAY
SUITE 2300
BOSTON, MASS. 02210

6 - 10 - 05

RE: Donald S. Koback v.
Metrowest Medical Center,
et. al.

05 - 10798 - WGY

CLERK OF COURT:

FILE ACCOMPANYING

SUMMONS UPON Emanuel FRIEDMAN, M.D.

and EROL ONEL, ANDOVER UROLOGY

ASSOCIATES with Returns of

Service on reverse sides.

Donald S. Koback

Donald S. Koback

PLAINTIFF, DONALD S. KOBACK'S
REQUEST FOR ADMISSION
UNDER RULE 36
Fed. R. Civ. P. RULE 36.
MetroWest Medical Center,
LEONARD MORSE HOSPITAL
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP TENET
MetroWest Healthcare
System Ltd. Partnership,
METROWEST HEALTHCARE
SYSTEM LTD PARTNERS (...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center - Natick,
METROWEST MEDICAL
CENTER, DEFENDANTS OR
DEFENDANT(S)

PLAINTIFF'S REQUEST
FOR ADMISSION
1. C.
11. CC.

EXHIBIT
DOCUMENT
( PREVIOUSLY LISTED AND
DESCRIBED)



# *Essex County Sheriff's Department*
## *Division of Civil Process*

381 Commn Street
3rd Floor
Lawrence, MA 01840



Frank G. Cousins, Jr.,
Sheriff
Richard J. Roaf, Jr.
Director
Robyn M. Clarke,
Office Manager

TELEPHONE:
(978) 750-1900, ext.
3590
Fax: (978) 741-2585
**PLEASE REMIT TO:**
**P.O. BOX 2019**
**SALEM, MA 01970**

Phone:(401)762-2460

Amount Due:
Invoice #:      05011275
Invoice Date:   $ 1.60
                06/03/2005

DONALD S. KOBACK

195 SUNNYSIDE
WOONSOCKET, RI 02895

- - - - - - - - PLEASE RETURN THIS TOP PORTION WITH YOUR PAYMENT - - - - - - - -

## Payment Due Upon Receipt

Writ: summons and complaint, demand for jury trial, affidavit, amendment as o

Please send a copy of this invoice with your remittance
vs.
DONALD S. KOBACK

EROL ONEL

Invoice #:      05011275
Invoice Date:   06/03/2005

Serve:  EROL ONEL
        ANDOVER UROLOGY ASSOCIATES
        140 HAVERHILL
        Andover, MA

Served by Deputy SheriffGil Frechette 933
Service Date:  06/02/200:  Time9:25AM

Method of Service:      In Hand

| Charge | | Amount |
|---|---|---|
| Basic Service Fee | | 30.00 |
| Travel | | 14.40 |
| Copies | | 5.00 |
| Conveyance | | 1.50 |
| Postage and Handling | | 1.00 |
| **Total Charges** | | **51.90** |

| Payment Date | Check Number | Amount |
|---|---|---|
| 05/31/2005 | 531 | 50.30 |
| **Payment Total** | | **50.30** |
| | Amount Due: | **$ 1.60** |

in hand to Pamela Christofersen, receptionist



**UNITED STATES POSTAL SERVICE**

```
***** WELCOME TO *****
          UXBRIDGE PO
   UXBRIDGE, MA  01569-1696
      06/11/05 09:03AM
```

```
Store  USPS          Trans    2
Wkstn  sys5002       Cashier  BXBRHO
Cashier's Name       KAREN
Stock Unit Id        KAREN
PO Phone Number      800-275-8777
USPS #               2445930569
```

```
1. First Class                   4.42
   Destination:     02210
   Weight:          0.50 oz.
   Postage Type:    PVI
   Total Cost:      4.42
   Base Rate:       0.37
          SERVICES
   Certified Mail           2.30
     70041160000189720433
   Rtn Recpt (Green Card)   1.75
```

```
Subtotal                         4.42
Total                            4.42
```

```
MasterCard                       4.42
```

```
        <23-903241578-98>
MasterCard
ACCT. NUMBER        EXP    CLERK ID
XXXX XXXX XXXX 0500  11/06   05
AUTH 332345  CREDIT TRANS # 104
```

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

Number of Items Sold: 1

```
        Thank You
     Please come again!
```

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN DIVISION District of MASSACHUSETTS

(Boston)

Donald S. Koback, Pro Se
                                    **SUMMONS IN A CIVIL CASE**
          V.          PLAINTIFF

MetroWest Medical

Center,                          CASE NUMBER:

              et. al.            **05 - 10798 WGY**

TO: (Name and address of Defendant)

EROL ONEL
ANDOVER UROLOGY ASSOCIATES
140 HAVERHILL
ANDOVER, MASSACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald S. Koback, PRO SE

195 Sunnyside Ave

Woonsocket

Rhode Island 02895

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.



CLERK                                      4-21-05
                                           DATE
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

NAM    **Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

June 3, 2005

I hereby certify and return that on 6/2/2005 at 9:25 AM I served a true and attested copy of the summons and complaint, demand for jury trial, affidavit, amendment as of right and exhibits in this action in the following manner: To wit, by delivering in hand to Pamela Christofersen, receptionist, agent, person in charge at the time of service for EROL ONEL, ANDOVER UROLOGY ASSOCIATES, 140 Haverhill, Andover MA 01810. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($14.40), Postage and Handling ($1.00), Copies ($5.00) Total Charges $51.90

Deputy Sheriff  Gil Frechette

*Gil Frechette*
*Deputy Sheriff*

## STATEMENT OF SERVICE EFS

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                        *Signature of Server*

                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

PLAINTIFF, DONALD S. KOBACK'S
REQUEST FOR ADMISSION
UNDER RULE 36
Fed.R.Civ.P. RULE 36.
MetroWest Medical Center,
LEONARD MORSE HOSPITAL
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP TENET
MetroWest Healthcare
System Ltd. Partnership,
METROWEST HEALTHCARE
SYSTEM LTD PARTNERS (...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center - Natick,
METROWEST MEDICAL
CENTER, DEFENDANTS OR
DEFENDANT(S)

PLAINTIFF'S REQUEST
FOR ADMISSION
1. P.
11. PP.

EXHIBIT
DOCUMENT
( PREVIOUSLY LISTED AND
DESCRIBED)

**D STATES DISTRICT COURT**

**ISION** District of MASSACHUSETTS

S. KOBACK PRO SE **SUMMONS IN A CIVIL CASE**

PLAINTIFF

rolWest Medical

Center **CASE NUMBER:**

Tenet

and/or et. al. **05-10798** WJ~

DEFENDANTS

TO: (Name and address of Defendant)

JOHN P. LONG, M.D.
139 LINCOLN ST
FRAMINGHAM, MASSACHUSETTS 01702

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD S. KOBACK, PRO SE
195 SUNNYSIDE AVe
WOONSOCKET, RHODE ISLAND
02895

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

4-21-05

DATE

**STATES DISTRICT COURT**

**SION** District of _Massachusetts_

. KOBACK, PROSE
PLAINTIFF

**SUMMONS IN A CIVIL CASE**

v.

troWest Medical
Center
Tenet
And/or et al,
DEFENDANTS

**CASE NUMBER:**

05 - 10793 WGY

TO: (Name and address of Defendant)
Person IN CHARGE
LEONARD MORSE HOSPITAL
metroWest medical Center
67 UNION ST., NATICK, MASSACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD S. KOBACK, PRo SE
195 SUNNY SIDE AVE
WOONSOCKET, RHODE ISLAND
02895

an answer to the complaint which is herewith served upon you, within _70_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. _____NTON

CLERK

(BY) DEPUTY CLERK

_4-21-05_
DATE

**▓▓▓ED STATES DISTRICT COURT**

**▓▓▓ISION**      District of   MASSACHUSETTS

DONALD S. KOBACK, PRO SE        **SUMMONS IN A CIVIL CASE**
                 v.   PLAINTIFF

MetroWest Medical   **CASE NUMBER:**
        Center
         Tenet
and/or et. al.  **05-10798...**
        DEFENDANTS

TO: (Name and address of Defendant)

Person in charge
BLUE SHIELD and BLUE CROSS OF MASSACHUSETTS
HMO BLUE
401 PARK DRIVE
BOSTON, MASSACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD S. KOBACK, PRO SE
195 SUNNYSIDE AVENUE
WOONSOCKET, RHODE ISLAND
                    02895

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

CLERK

(By) DEPUTY CLERK

4-21-05

DATE

**STATES DISTRICT COURT**

DIVISION    District of    Massachusetts

DONALD S. KOBACK,                    **SUMMONS IN A CIVIL CASE**

v.

MetroWest Medical Center TeneT

and/or et, al.    **005-110798 WGY**

05-10798-WGY

TO: (Name and address of Defendant)

FRAMINGHAM UNION HOSPITAL
PERSON IN CHARGE (MetroWest Medical
115 LINCOLN) Center TeneT
FRAMINGHAM, MASSACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD S. KOBACK, PRO SE
195 SUNNYSIDE AVE
WOONSOCKET, RHODE ISLAND
02895

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

4-21-05
DATE

# Proof Of Service

U.S. DISTRICT COURT          1-05-10798-W6y
  ·Boston

I, Donald S. KoBACK, pro se, plaintiff
in the case of Donald S. KoBACK, pro se,
plaintiff v. Metrowest Medical Center,
et, al. have served the
complaint, inter alia, and Summons
(blue ~~print~~ ink) upon the following by
certified mail, return receipt, first-
(U.S. P.S.) :                          CLASS
                                        MAIL

1. John P. hong, M.D.
   139 LINCOLN              certified mail
   FRAMINGHAM, MA           no 7004 1160 0001 8966 3211

2. Person IN Charge
   FRAMINGHAM UNION HOSPITAL   certified no
   metrowest Medical Center  7004 1160 0001 8966 322
   115 LINCOLN, FRAMINGHAM, MA

3. Person in Charge
   Leonard Morse Hospital
   67 UNION ST   cert receipt
   NATICK, MASS.   #7004 1160 0001
                        8966 3235

4. Person IN Charge

   BLUE CROSS and BLUE SHIELD OF MASS.
   A/K/A BLUE SHIELD and BLUE CROSS  A/K/A
     OF MASSACHUSETTS          HMO BLUE
   401 PARK DRIVE  cert. mail receipt
   Boston, Mass,   #7003 1680 0004
                        5116 4897

Signed receipts attached

Signed under pains and penalties
of perjury.          Donald S Koback

                    DONALD S. KOBACK
                    plaintiffs pro se
                    5-24-05

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
MAY 1 9 2005

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Person in Charge

FRAMINGHAM UNION
HOSPITAL
Metrowest Medical Center
115 Lincoln
FRAMINGHAM, MASS.

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)     7004 1160 0001 8966 3228

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Person in Charge

Leonard Morse Hospital
67 Union St
NATICK, MASS.

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)     7004 1160 0001 8966 3235

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_in Shmeli   5-16-05

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

JOHN P. LUNG, M.D.
139 LINCOLN ST
FRAMINGHAM
MASS. 01702

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)     7004 1160 0001 8966 3211

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☑ Agent  ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery

5-19

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Person in Charge
Blue Shield and Blue Cross
    OF MASSACHUSETTS
401 PARK DRIVE
BOSTON, MASSACHUSETTS

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? ( *Extra Fee* )    ☐ Yes

2. Article Number
   *(Transfer from service label)*    7003 1680 0004 5116 4897

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

Postage      $    1.06

Certified Fee    2.30

Return Reciept Fee    1.75
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees   $   5.11

Sent To
CLERK of COURT, U.S. DISTRICT COURT
Street, Apt. No.;
or PO Box No.   1 Courthouse way, Suite
City, State, ZIP+4   2300
BOSTON, Ma, 02210

PS Form 3800, June 2002           See Reverse for Instructions

7004 1360 0001 8965 6572

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7004 1160 0001 8965 6572

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

PLAINTIFF, DONALD S. KOBACK'S
REQUEST FOR ADMISSION
UNDER RULE 36
Fed. R. Civ. P. RULE 36.
MetroWest Medical Center,
LEONARD MORSE HOSPITAL
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, TENET
MetroWest Healthcare
System Ltd. Partnership,
METROWEST HEALTHCARE
SYSTEM LTD PARTNERS (...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center - Natick,
METROWEST MEDICAL
CENTER, DEFENDANTS OR
DEFENDANT(S)

PLAINTIFF'S REQUEST
FOR ADMISSION
1. &
11. & G.

EXHIBIT
DOCUMENT
(PREVIOUSLY LISTED AND
DESCRIBED)

UNITED STATES DISTRICT COURT

EASTERN DIVISION                    DISTRICT OF MASSACHUSETTS
(Boston).

DONALD S. KOBACK        CASE NO.- 1 0798-WGY
        Plaintiff

        VS.

METROWEST MEDICAL
                Center
                TENET            PROOF OF

Leonard MORSE
        HOSPITAL                 SERVICE
www.MWMC.com  ;

METROWEST MEDICAL                    ON
                Center           Person In Charge
                TENET            New England Medical
                                        Center

FRAMINGHAM UNION HOSPITAL
www.MWMC.com  ;

New England Medical Center
TEACHING HOSPITAL
TUFTS UNIVERSITY SCHOOL OF
                MEDICINE ;

EMANUEL FRIEDMAN, M.D.
Leonard MORSE HOSPITAL ;

John P. Long, M.D
FRAMINGHAM UNION
HOSPITAL
www.MWMC.com ;
EROL ONEL, M.D. ;

EROL ONEL
ANDOVER UROLOGY
ASSOCIATES
and/or et. al.

I, Donald Koback, being under
oath Swear and subscribe
under pains and penalties of
perjury that I have served
summons with blue INK 4-21-05 date on it,
a copy of the Complaint, all
Amendments as of RIGHT (15) FILED
AS
OF THIS DATE, and Demand for
JURY TRIAL on Person in Charge
1st Class   New England Medical Center
via certified Mail   750 WASHINGTON ST
7003 1680 0004 5116 4941
return receipt requested   BOSTON, MASSACHUSETTS 02111
~~Donald S. Koback~~
5-15-05   DONALD S. KOBACK
5-15-05   Donald S. Koback

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN DIVISION    District of    MASSACHUSETTS

(Boston)

DONALD S. KOBACK, PRO SE    **SUMMONS IN A CIVIL CASE**

PLAINTIFF

v.

MetroWest Medical Center

www.MWMC.com    CASE NUMBER:

Tenet/05 - 10798 wj

and/or et. al.,

defendants

TO: (Name and address of Defendant)

Person in CHARGE
NEW ENGLAND MEDICAL CENTER
750 WASHINGTON ST.
BOSTON, MASSACHUSETTS 02111

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD S. KOBACK, PRO SE
195 SUNNYSIDE AVE
WOONSOCKET, RHODE ISLAND
02895

an answer to the complaint which is herewith served upon you, within _20_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

4-21-05
DATE

(By) DEPUTY CLERK

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

DONALD S. KOBACK

195 SUNNYSIDE AVE

WOONSOCKET

R.I. 02895

CASE NO — 10798 — W6Y

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Person in Charge
New England Medical
Center
750 WASHINGTON ST
Boston, MASS. 02111

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  Lori Maika          ☑ Agent
                        ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
LORI MAIKA                         5/10/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☑ No

3. Service Type
☐ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number
(Transfer from service label)      7003 1680 0004 5117 4964

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

PLAINTIFF, DONALD S. KOBACK'S
REQUEST FOR ADMISSION
UNDER RULE 36
Fed.R.Civ.P. RULE 36.
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, TENET
MetroWest Healthcare
System Ltd. Partnership,
METROWEST HEALTHCARE
SYSTEM LTD PARTNERS (...)
MetroWest Medical Center—
Framingham, MetroWest
Medical Center—Natick,
METROWEST MEDICAL
CENTER, DEFENDANTS OR
DEFENDANT(S)

PLAINTIFF'S REQUEST
FOR ADMISSION
1. R.
11. R.R.

EXHIBIT
DOCUMENT
(PREVIOUSLY LISTED AND
DESCRIBED)

UNITED STATES DISTRICT COURT

EASTERN DIVISION          DISTRICT OF MASSACHUSETTS
(Boston)

                                    Case No - 10798-WGY

DONALD S. KOBACK
        Plaintiff
    V.    PRO SE

MetroWest Medical Center
www.mwmc.com          TeneT
      defendants

    and/or, et al
        defendants

        PROOF OF SERVICE

PLAINTIFF, Donald S. KOBACK, PRO SE,
has served the following persons, et al
via ~~the~~ U.S.P.S. certified mail,
return receipt requested:
1. Person in charge, New England
   Medical Center, 750 WASHINGTON
   ST., BOSTON, MASSACHUSETTS 02111

2. EROL ONEL

NEW ENGLAND MEDICAL CENTER

750 WASHINGTON ST.

Boston, Massachusetts

02111

3. EROL ONEL

ANDOVER UROLOGY ASSOCIATES

140 HAVERHILL

ANDOVER, MASSACHUSETTS

01810

See attached "PROOFS OF SERVICE"
USPS — 7003 1680 0004 5116 4934, 7003 1680 0004
5116 4941, 7003 1680 0004 5116 4958.

Subscribed and Sworn

under pains and penalties

of perjury.

MAY 11, 05

Donald S. Koback

DONALD S. KOBACK
PRO SE
5 — 11 — 05

**U.S. Postal Service**
**CERTIFIED MAIL₍₁₎ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₍₎

BOSTON, MA  02111

| | | |
|---|---|---|
| Postage | $ | 2.44 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.49 |

UNIT ID: 0569

Postmark Here

Clerk: KM87NG
05/03/05

7003 1680 0004 5116 4941

Sent To
Person in Charge New England Medical Center
Street, Apt. No.; or PO Box No.  750 WASHINGTON ST.
City, State, ZIP+4  Boston, Ma, 02111

PS Form 3800, June 2002                See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL₍₎ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

BOSTON, MA  02111    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 2.44 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.49 |

UNIT ID: 0569

Postmark Here

Clerk: KM87NG
05/03/05

7003 1680 0004 5116 4958

Sent To
EROL ONEL New England Medical Center
Street, Apt. No.; or PO Box No.  750 WASHINGTON ST
City, State, ZIP+4  Boston Mass. 02111

PS Form 3800, June 2002                See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL₍₎ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

ANDOVER, MA  01810    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 2.44 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.49 |

UNIT ID: 0569

Postmark Here

Clerk: KM87NG
05/03/05

7003 1680 0004 5116 4934

Sent To
EROL ONEL ANDOVER UROLOGY ASSOC
Street, Apt. No.; or PO Box No.  140 HAVERHILL
City, State, ZIP+4  ANDOVER, MASS  01810

PS Form 3800, June 2002                See Reverse for Instructions

PLAINTIFF, DONALD S. KOBACK'S
REQUEST FOR ADMISSION
UNDER RULE 36
Fed. R. Civ. P. RULE 36.
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP TENET
MetroWest Healthcare
System Ltd. Partnership,
METROWEST HEALTHCARE
SYSTEM LTD PARTNERS (...)
MetroWest Medical Center -
Framingham, MetroWest
Medical Center - Natick,
METROWEST MEDICAL
CENTER, DEFENDANTS OR
DEFENDANT(S)

PLAINTIFF'S REQUEST
FOR ADMISSION
1. S.
11. SS.

EXHIBIT
DOCUMENT
(PREVIOUSLY LISTED AND
DESCRIBED)

AO 440 (Rev. 10/93) Summons in a Civil Action

CASE No.: 05-10798-WGY

# UNITED STATES DISTRICT COURT

EASTERN DIVISION (Boston) District of    Massachusetts

Donald S. Koback
            Plaintiff

v.

MetroWest Medical
Center,

        - et.al
        defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 - 10798 WGY

TO: (Name and address of Defendant)    TENET
    MetroWest Healthcare System LTD Partnership
    MetroWest Healthcare System Limited Partnersh.
    99 LINCOLN STREET
    FRAMINGHAM, MASS.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Donald S. Koback, PRO SE
    195 Sunnyside Ave
    Woonsocket
    Rhode Island 02895

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

4-21-05

DATE



*The Commonwealth of Massachusetts*
*Middlesex Sheriff's Office*
*Civil Process Division*
*P. O. Box 827*
*188 Concord Street*
*Framingham, Massachusetts 01701-0203*
*Phone (508) 872-3110 (508) 872-7831 • Fax (508) 872-3644*

**JAMES V. DiPAOLA**
*SHERIFF*

DONALD KOBACK
195 SUNNYSIDE Avenue
WOONSOCKET, RI 02895

Amount Due: $0.00
Invoice #:    05043748
Invoice Date:  12/28/2005

Phone:(401)262-2460

**PLEASE NOTE: RETURN THIS TOP PORTION WITH YOUR PAYMENT**

---

# Payment Due Upon Receipt     Writ: SUMMONS AND COMPLAINT

Please send a copy of this invoice with your remittance

DONALD KOBACK
vs.
METROWEST HEALTHCARE SYSTEM LTD PARTNERS

Invoice #:    05043748
Invoice Date:  12/28/2005

Serve:     METROWEST HEALTHCARE SYSTEM LTD PARTNERS
99 LINOCLN Street
FRAMINGHAM, MA

Served by Deputy Sheriff: RON HANSON 30
Service Date: 12/27/2005  Time:    11:20AM
Method of Service: In Hand

| Charge | Amount |
|---|---|
| Attest | 5.00 |
| Basic Service Fee | 30.00 |
| Conveyance | 0.90 |
| Postage and Handling | 1.00 |
| Travel | 10.88 |
| **Total Charges** | **47.78** |

| Payment Date | Check Number | Amount |
|---|---|---|
| 12/23/2005 | 556 | 47.78 |
| 12/23/2005 | 556 | 2.22 |
| **Payment Total** | | **50.00** |

Amount Due: $0.00

Refund Amount: $2.22
*Refund Check to Follow*

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

*Middlesex, ss.*

December 28, 2005

I hereby certify and return that on 12/27/2005 at 11:20AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to ARLENE CORBETT, agent, person in charge at the time of service for METROWEST HEALTHCARE SYSTEM LTD PARTNERS, at , 99 LINOCLN Street, FRAMINGHAM, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($0.90), Postage and Handling ($1.00), Travel ($10.88) Total Charges $47.78

*Deputy Sheriff*

☐ **Other (specify):** _____

---

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                          Date                                    *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

PLAINTIFF, DONALD S. KOBACK'S
REQUEST FOR ADMISSION
UNDER RULE 36
Fed.R.Civ.P. RULE 36.
MetroWest Medical Center,
LEONARD MORSE HOSPITAL
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP TENET
MetroWest Healthcare
System Ltd. Partnership,
METROWEST HEALTHCARE
SYSTEM LTD PARTNERS (...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center - Natick,
METROWEST MEDICAL
CENTER, DEFENDANTS OR
DEFENDANT(S)

PLAINTIFF'S REQUEST
FOR ADMISSION
1.1.
11.11.

EXHIBIT
DOCUMENT
(PREVIOUSLY LISTED AND
DESCRIBED)

WITHOUT WAIVING PLAINTIFF, DONALDS. KOBACK's OBJECTIONS(S), rights, privileges, and ~~-17~~/ ~~207~~
immunities, said plaintiff answers and produces!
responds;

*Xiangyang Li, M.D. Ph.D*
ADULT AND CHILD PSYCHIATRY
215 WEST STREET
MILFORD, MASSACHUSETTS 01757

TEL. (508) 478-6868   FAX 473-6065

BSK
January 11,
2007

To whom it may concern:

2/22/06

Donald Koback has been under my

care since Sept, 2003. His dx includes

Bipolar disorder with psychotic features. His

major stress, per Donald, is from his

penis surgery, which Donald believes was

wrongfully done by his MD. This stress

has negative impact on his mentally

well-being. If you have any question,

please contact this office.

Signed under pain / penalty of perjury

PLAINTIFF, DONALD S. KOBACK'S
REQUEST FOR ADMISSION
UNDER RULE 36
Fed.R.Civ.P. RULE 36.
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, TENET
MetroWest Healthcare
System Ltd. Partnership,
METROWEST HEALTHCARE
SYSTEM LTD PARTNERS (...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center-Natick,
METROWEST MEDICAL
CENTER, DEFENDANTS OR
DEFENDANT(S)

PLAINTIFF'S REQUEST
FOR ADMISSION
1. i.,
11. ii.

EXHIBIT
DOCUMENT
(PREVIOUSLY LISTED AND
DESCRIBED)

**MetroWest Medical Center**
**Framingham Union Campus**
**DISCHARGE INSTRUCTIONS**

| MEDICATIONS | Dose | Time | Check if Prescription given | Check if at home |
|---|---|---|---|---|
| KEFLEX 500 mg | 1 Capsule | 3 times a day for 7 days | | ✓ |
| TYLENOL #3 | 1 tablet | every 4 hours as needed for pain | ✓ | |
| | | | | |
| | | | | |
| | | | | |

| ACTIVITY | DIET | FOLLOW-UP APPOINTMENTS |
|---|---|---|
| As tolerated No heavy lifting | Regular | as scheduled Call for appt |

INSTRUCTIONS (completed and signed by all staff giving instructions. Include services arranged with schedule, names and addresses of providers. Note if preprinted or other written instructions are given.)

- no heavy lifting until cleared by M.D.
- Watch incision site for signs of infection (redness, swelling, purulent discharge)
- Call if have elevated temperature > 100.5
- take full course of Antibiotics (keflex)
- ~~too~~ may wash incision - no soap - do not scrub incision site - pat dry with towel.

Instructions (fill in the blank if readmission is planned within 31 days.)    Dr Gould  1-508-879-6226
Doctor _____ will readmit on (date) _____
for (procedure) _____

M.D. _____  DATE _____  TEL. _____

Physician signature

R.N. _____  DATE

Nurse discharging patient

I hereby acknowledge participating in, understanding, and receipt of the Discharge Plan.

Signature _____  Date  4/28/95
Patient, Significant other

White—Patient          Yellow—Medical Record          Pink—Physician          Gold-Continuing Care

F U H   FORM #21240

PLAINTIFF, DONALD S. KOBACK'S
REQUEST FOR ADMISSION
UNDER RULE 36
Fed. R. Civ. P. RULE 36.
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, TENET
MetroWest Healthcare
System Ltd. Partnership,
METROWEST HEALTHCARE
SYSTEM LTD PARTNERS (...)
MetroWest Medical Center -
Framingham, MetroWest
Medical Center - Natick,
METROWEST MEDICAL
CENTER, DEFENDANTS OR
DEFENDANT(S)

PLAINTIFF'S REQUEST
FOR ADMISSION
1. V.
.11. VV.

EXHIBIT
DOCUMENT
(PREVIOUSLY LISTED AND
DESCRIBED)



2.,

22. THAT EACH OF THE FOLLOWING STATEMENTS IS TRUE.

C
O
N
T
I
N
U
E
D

)

Page -84-

-83.5-

2.82.,
22.8282.
DEFENDANTS OR DEFENDAN(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare System Ltd. Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS(...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER, NAMED OR SPELLED
IMMEDIATELY PRIOR HERETO, HEREAT
ARE THEIR AND/OR ITS LEGALLY
AUTHORIZED IDENTIES AND/OR
IDENTITY.

2.83.,
22.8383.
DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION Hospital,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare, Ltd. Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS (...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER WERE, AT ALL
RELEVANT DATE(S), REFERENCE
HEREBY MADE TO PLAINTIFF,
DONALD S. KOBACK'S REQUEST
FOR ADMISSION 1., 1.A. —
1.m., 11., 11.AA. -11.mm.
2., 2.1 - 2.81, 22., 22.11 - 22.8181.,
"doing business as", d/b/a, AS
NAMED OR SPELLED HEREINBEFORE,
PLAINTIFF ALSO POINTS TO PAGES -1-
UP TO INCLUDING PAGE -95-.

— 85 —

2.84.
22.8484.
DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare, Ltd Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS(...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER USED ONE OR
MORE OF THE LEGALLY AUTHORIZED
IDENTITY (IDENTITIES) AND/OR
"doing business as" (d/b/a)
Named OR SPELLED HEREINABOVE
ON EACH DATE(S) OF TREATMENT
BY M.D. EMANUEL FRIEDMAN, M.D.
ROBERT S. GOULD, AND M.D.
JOHN P. LONG, JR., SAID MEDICAL
DOCTORS PRACTICING UNDER THE
DEFENDANTS (DEFENDANT(S)' AUSPICES.

— 86 —

QSW 2006
11-27-2006

2.85.,
22.8585.
DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare, Ltd. Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS (...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER USED ONE
OR MORE OF THE LEGALLY
AUTHORIZED IDENTITY (IDENTITIES)
AND/OR "doing business as"
(d/b/a) NAMED OR SPELLED
HEREINABOVE, ON EACH DATE(S)
OF SURGERY (IMPLANTING, EX-
PLANTING) BY M.D. EMANUEL
FRIEDMAN, M.D. ROBERT S. GOULD,
AND M.D. JOHN P. LONG, JR.,
SAID MEDICAL DOCTORS OPERATING
UNDER THE DEFENDANT S (DEFENDANT(S))
AUSPICES.
— 87 —

2.86.,
22.8686.
DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare System Ltd. Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS(...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER ARE (OR IS).
A LEGAL IDENTITY AUTHORIZED
OR APPROVED BY THE SECRETARY
OF THE Commonwealth (Boston,
MASSACHUSETTS) AND/OR THE
SECRETARY OF PUBLIC HEALTH
BOSTON, MASSACHUSETTS,

— 88 —

2.87.,
22.8787.
DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare System Ltd. Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS(...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER AND M.D. EMANUEL
FRIEDMAN's INJECTION(S) INTO THE
PLAINTIFF, DONALD S. KOBACK's
PENIS, SCROTUM, ETC, WERE
UNUSUAL TO STATE THE LEAST.

11-27-2006
0166

2.88,
22.8888.
DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare System Ltd. Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS(...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER AND M.D. EMANUEL
FRIEDMAN's, M.D. ROBERT S. GOULD'S,
AND M.D. JOHN P. LONG, JR.'s
SURGERIES WERE UNUSUAL TO
STATE THE LEAST AND LEFT
SOMETHING TO BE DESIRED,

— 90 —

2.89.
22.8989.
DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare System, Ltd. Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS(...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER ACTIONS
AND/OR OMISSIONS WERE AND
ARE THE CAUSE IN FACT AND
THE PROXIMATE OF PLAINTIFF,
DONALD S. KOBACK'S INJURIES
AND ILLNESSES.

— 91 —

11-27 2006

2.90.,
22.9090.
DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare System Ltd. Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS (...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER CONTEND
THAT THE DEFENDANT M.D, EROL
ONEL AND/OR THE DEFENDANT,
NEW ENGLAND MEDICAL CENTER
(TUFTS UNIVERSITY SCHOOL OF
MEDICINE) WERE AND ARE
THE CAUSE IN FACT AND THE
PROXIMATE CAUSE OF THE
PLAINTIFF, DONALD S. KOBACK's
INJURIES AND ILLNESSES,
BECAUSE OF SAID DEFENDANT, M.D.
EROL ONEL AND/OR DEFENDANT, NEW ENGLAND,
MEDICAL CENTER (TUFTS UNIVERSITY SCHOOL OF MEDICINE)'s
ACTIONS AND/OR OMISSIONS-ERRORS, MISTAKES,
— 9.2 —

2.91.,
22.9191.
DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION Hospital,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare System Ltd. Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS (...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER WERE, ARE, AND
REMAIN(S) LIABLE FOR THE
INADEQUATE MEDICAL AND
HOSPITAL CARE RECEIVED BY
THE PLAINTIFF, DONALD S. KOBACK
BY OR FROM THE DEFENDANTS
OR DEFENDANT(S) AND THEIR
MEDICAL DOCTORS, SUCH TREATMENT
RIDDLED WITH GLARING ERROR(S),
MISTAKE(S), AND/OR MALPRACTICE
CAUSING SUCH VISIBLE BODY DEFECTS AND LESS OF
FUNCTION THAT PERSONS OF ORDINARY EXPERIENCE-
LAY PERSONS—CAN COMPREHEND, APPRECIATE THE
GRAVITY, DEPTH, MAGNITUDE WITHOUT THE NEED
OF MEMBERS OF THE MEDICAL COMMUNITY.
OR UNAIDED BY

—93—

2.92.,
22.9292.
DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare System Ltd. Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS(...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER'S ACTIONS AND/OR
OMISSIONS, MALPRACTICE, MISTAKES AND/
OR ERRORS ARE GOVERNED, CONTROLLED BY,
OR FALL UNDER, THE RULES OF LAW AND/
OR EQUITY WHICH COME UNDER THE
HEADING OF PROMISSORY ESTOPPEL,
FRAUD IN THE INDUCEMENT, AND
MISREPRESENTATION, FRAUD.

— 94 —

11-21-2006
O.Ib

2.93,
22.9393.
DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare System Ltd. Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS (...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center—
Natick, METROWEST
MEDICAL CENTER HAD, HAVE, AND CON-
TINUE TO HAVE A DUTY TO EXERCISE REASON-
ABLE CARE AND/OR TO REFRAIN FROM UNREASONABLE
CARE EITHER THROUGH ACTIONS AND/OR OMISSIONS,
A DUTY TO EXERCISE A REASONABLE STANDARD
OF MEDICAL CARE AND/OR TO REFRAIN FROM
UNREASONABLE STANDARDS OF MEDICAL CARE,
EITHER THROUGH ACTIONS AND/OR OMISSIONS
SAID DEFENDANTS OR DEFENDANT(S)
BREACHED AND CONTINUE TO BREACH
THEIR OR ITS DUTY (DUTIES).

— 95 —

2.94.,
22.9494.

DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION Hospital,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare Ltd. Partnership,
System
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS(...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER'S ACTIONS AND/OR
OMISSIONS, MALPRACTICE, MISTAKES OR
ERRORS ARE GOVERNED, CONTROLLED BY
CERTAIN DOCTRINES OF LAW AND/OR
EQUITY INCLUDING Res ipsa
loquitur (THE THING SPEAKS FOR
ITSELF), Res gestæ (THE THING
OR THINGS HAPPENED),
Res fungibles (FUNGIBLE THINGS),
INTER ALIA, ET. AL., ETCETERA.

— 96 —

11-27-2006

2.95.,
22.9595.
DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare System Ltd Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS(...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER CONTENDS
THAT THE DEFENDANT M.D, EROL
ONEL, THE DEFENDANT NEW
ENGLAND MEDICAL CENTER,
AND/OR THE DEFENDANT TUFTS
UNIVERSITY SCHOOL OF MEDICINE
BREACHED HIS OR THEIR DUTY
(DUTIES), HIS OR THEIR STANDARD
OR STANDARDS OF CARE WITH RE-
SPECT (OR REGARD) THE PLAINTIFF,
DONALD S. KOBACK.

— 97 —

2.96.,
22.9696.
DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare system Ltd Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS (...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER ENGAGED IN A
tete-a-tete WITH THE
OTHER DEFENDANTS OR DEFENDANT(S)
AND OTHER NON-PARTIES, THEREBY
WAIVING ATTORNEY-CLIENT
PRIVILEGE.

— 98 —

2.97.
22.9797.
DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare System Ltd Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS(...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER HAVE EXAMINED
THE PLAINTIFF Donald S. KOBACK'S
DOCTRINE OF RIGID VARIATION AND HAVE
BEEN UNJUSTLY ENRICHED THEREBY.

PREFACE CONTINUED: 1., 1.A.-1.M.,
11.,11.AA. -11.mm., 2., 2.1.-2.81, 22.,
22.11. - 22.8181, 1., 1.N.-1.V., 11.,
11.NN. -11.VV., 22., 22.82-22.97,
22.8282-22.9797.
page -1- through page -6-, EXHIBITS 1.A.-1.M., page -65- to page -66-
DOCUMENTS DESCRIBED
BEING NEVEL NON
1.A. -1.M.

PAGE -61- UP TO AND INCLUDING PAGE -99-
page -61- through -74-, page -75-, page -76- through -83, page 83.5-
page -61-
through      documents      page -1- through  EXHIBIT 11.N. 11.V,
         described                               11.11. NN.-11.VV. STATEMENTS
         83 1.1.N.-1.V.,  -99-
         11.NN.-11.VV.
QSK NOVEMBER 26, 2006

# CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights privileges, or immunities, I, DONALD S. KOBACK, PLAINTIEF, PRO SE, CIVIL ACTION NO.'s 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

## 1. DOCUMENTS:

PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION UNDER RULE 36
Fed. R. Civ. P. RULE 36.
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL
AND TENET MetroWest
Healthcare System LTD PARTNERSHIP
AND/OR TENET MetroWest
Healthcare System Ltd. Partnership,
AND/OR METROWEST HEALTHCARE
SYSTEM LTD PARTNERS (OF
FRAMINGHAM MASSA-
CHUSETTS, WHICHEVER IS THE
TRUE, CORRECT, ACCURATE)

Donald S Koback
January 16, 2007



LEGAL NAME OR IDENTITY
AT THE DATE OF FILING, DATE(s) OF TREATMENT,
THE                    LOCATIONS
OF LEONARD MORSE HOSPITAL
IS            NATICK, MASSA-
CHUSETTS, FRAMINGHAM UNION
HOSPITAL,
FRAMINGHAM, MASSACHUSETTS
METROWEST MEDICAL CENTER (See Caption),
        FRAMINGHAM
MASSACHUSETTS, THOSE NAMED
HEREINABOVE AND THOSE NAMED
HEREINBELOW ARE
AMONG THOSE REQUESTED
TO FORWARD, TO THE PLAINTIFF,
DONALD S. KOBACK,

RESPONSE AND/OR ADMIT,
DENY, OR OTHERWISE;
PLAINTIFF, DONALD S,
KOBACK INSISTS THAT
EACH OF THE REQUESTS
FOR ADMISSION BE AD-
MITTED, DENIED OR OTHER-
WISE BY THEIR CHIEF
EXECUTIVE OFFICER AND
HIS/HER DESIGNEE
WITH KNOWLEDGE OF

Donald S. Koback
January 16, 2007

THIS ON GOING, FACT
SITUATION RELATING
TO THIS CIVIL ACTION
WHO IS READY, WILLING,
ABLE AND OTHERWISE
CAPABLE, AUTHORIZED,
EMPOWERED TO FOR-
WARD TO THE PLAINTIFF,
DONALD S. KOBACK

AUTHENTIC RESPONSES - GENUINE
ANSWERS (DOCUMENTS-EXHIBITS)
AND TRUE STATEMENTS. OR
OBJECTIONS IN RESPONSE
AND/OR ADMIT (S)
DENY (S), OR OTHERWISE)
Metro West Medical Center - Framingham,
Metro West Medical Center - Natick,
METROWEST MEDICAL CENTER,
DEFENDANTS AND/OR DEFENDANT(S).

2. DEFENDANTS' ATTORNEYS AT LAW

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
Martin, Magnuson, McCarthy &
Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman
& Guekguezian
75 Federal Street, 10th, FLOOR
Boston, MA 02110
Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

DATE: 1-16-2007
SIGNED UNDER PAINS AND PENALTIES OF PER-
JURY ON JANUARY (16, 20)7

DONALD S. KOBACK, PLAINTIFF
PRO SE  DATE: JANUARY 16, 2007

CERTIFICATE OF SERVICE