UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Division                                DOCKET NO.: 10798-W64

DONALD S. KOBACK                )
        Plaintiff              )
                                )
VS.                             )
                                )
EMANUEL FRIEDMAN, M.D. et al    )
        Defendants             )

**OPPOSITION OF THE DEFENDANT, EMANUEL FRIEDMAN, M.D., TO PLAINTIFF'S MOTION TO DETERMINE THE SUFFICIENCY OF DR. FRIEDMAN'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSIONS**

Now comes the defendant, Emanuel Friedman, M.D., and respectfully requests that this

Honorable Court deny plaintiff's motion to determine the sufficiency of Dr. Friedman's

responses to plaintiff's request for admissions. In support of this opposition, Dr. Friedman states

the following:

1.      Dr. Friedman filed a motion to strike the plaintiff's requests for admissions with the court.

2.      On November 27, 2006, the court denied Dr. Friedman's motion to strike. The court also ruled that responses to the requests for admissions would not be due until 30 days after the court ruled on Dr. Friedman's motion for summary judgment. The court further ordered that Dr. Friedman's motion for summary judgment be filed by December 15, 2006.

3.      On December 13, 2006, Dr. Friedman filed his motion for summary judgment with the court.

4.      The hearing on Dr. Friedman's motion for summary judgment is currently scheduled for January 31, 2007.

5.      Dr. Friedman's responses to the plaintiff's requests for admissions, pursuant to this court's November 27, 2006 order, are not due until 30 days after the court rules on Dr. Friedman's motion for summary judgment.

-2-

6.    Plaintiff's motion completely ignores the court's ruling on Dr. Friedman's motion to strike the requests for admissions and the plaintiff's motion is not properly before the court.

For the reasons set forth above the defendant, Emanuel Friedman, M.D., respectfully requests that this Honorable Court deny plaintiff's motion to determine the sufficiency of Dr. Friedman's responses to plaintiff's requests for admissions.

Respectfully submitted
by his attorneys,


/s/ Matthew R. Connors
MATTHEW R. CONNORS
BBO# 636358
Ficksman & Conley, LLP
98 No. Washington Street - Suite 500
Boston, MA 02114
(617) 720-1515

CERTIFICATE OF SERVICE

I, Matthew R. Connors, attorney for said defendant, hereby make oath that I have this day served a copy of the attached: **OPPOSITION OF THE DEFENDANT, EMANUEL FRIEDMAN, M.D., TO PLAINTIFF'S MOTION TO DETERMINE THE SUFFICIENCY OF DR. FRIEDMAN'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSIONS** upon all parties, by mailing a copy thereof, postage pre-paid, directed to Donald S. Koback, Pro Se, 195 Sunnyside Avenue, Woonsocket, RI 02895.
Signed under the pains and penalties of perjury.
DATED:  January 18, 2007


/s/ Matthew R. Connors
**MATTHEW R. CONNORS**
B.B.O. #636358