Donald S. Koback
Plaintiff, Pro Se
175 Sunnyside Avenue
Woonsocket
Rhode Island 02895
January 19, 2007

Clerk
U.S. District Court
1 Courthouse Way
Boston, Massachusetts 02210

Re: Donald S. Koback vs.
MetroWest Medical Center
Civil Action No.: 1:05-CV-10798-WGY

Sir/Madam:

Forward one (1) copy (Plaintiff's original copy having been purloined by agent(s) of the judiciary) of

PLAINTIFF, DONALD S. KOBACK'S CONCISE STATEMENT OF THE MATERIAL FACTS OF RECORD AS TO WHICH PLAINTIFF CONTENDS EXIST A GENUINE ISSUE AND/OR GENUINE ISSUES TO BE TRIED, U.S. DISTRICT COURT OF MASSACHUSETTS, LOCAL RULE 56.1

1 of 2

EXHIBIT A
"AFFADAVIT
DONALD S. KOBACK
..." DECEMBER 18, 2006

AND LIMITED HERETO.

Please inform us to cost of copying and mailing said purloined court document, see face, or front page of the above mentioned court document (ATTACHED).

Sincerely

*Donald S. Koback*
DONALD S. KOBACK
JANUARY 18, 2007

2 of 2

U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2007 JAN 19 A 11: 33

U.S. DISTRICT COURT
DISTRICT OF MASS

EASTERN DIVISION
(BOSTON, MASS.)

Civil Action No.:
1:05-CV-10798-WGY

DONALD S. KOBACK,
    PLAINTIFF,
    PRO SE,

VS.

METROWEST MEDICAL
CENTER, ET. AL.,
    DEFENDANTS

PLAINTIFF, DONALD S. KOBACK'S CONCISE STATEMENT OF THE MATERIAL FACTS OF RECORD AS TO WHICH PLAINTIFF CONTENDS EXIST A GENUINE ISSUE AND/OR GENUINE ISSUES TO BE TRIED. U.S. DISTRICT COURT OF MASSACHUSETTS, LOCAL RULE 56.1

"EXHIBIT A    filed (en route)
 AFFADAVIT    + served 12/22/2006
 DONALD S. KOBACK
 ..." DECEMBER 18, 2006;