U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION (Boston, Ma.)

FILED
CLERKS OFFICE
2007 JAN 22 P 1:59
U.S. DISTRICT COURT
DISTRICT OF MASS.

DONALD S. KOBACK
PLAINTIFF,

VS.

METROWEST MEDICAL
CENTER, ET. AL.

CIVIL ACTION NO.:

1:05-CV-10798-
WGY

NOTICE TO U.S. DISTRICT COURT
AND TO THE HAGUE

PLAINTIFF DONALD S. KOBACK'S
CONCISE STATEMENT OF THE
MATERIAL FACTS OF RECORD AS TO
WHICH PLAINTIFF CONTENDS EXIST A
GENUINE AND/OR GENUINE ISSUES
TO BE TRIED, U.S. DISTRICT COURT
OF MASSACHUSETTS, LOCAL RULE
56.1." WAS FILED (EN ROUTE) IN
TWO PARTS (PARCELS) CONTAING SEVEN(7)
EXHIBITS, EXHIBITS A,B,C,E AND THE
OTHER EXHIBITS D,F,G (.U.S.P.S.
ARTICLE NUMBERS EG 265425469 U.S.,
EG 265425441 U.S. CONSTITUTING
PLAINTIFF'S INITIAL DISCLOSURES PURSUANT
TO LOCAL RULE 26.2(A) AND Fed, R.CIv, P.
RULE 26(9)(1). THE AFORESTATED
COURT DOCUMENTS WERE SERVED ON ALL
DEFENDANTS ATTORNEYS AT LAW (FOUR IN Total)

U.S. Postal Service

KARA BETTISOLE OF BLOOM AND
BUELL IS NOT ENTITLED TO A U.S.P.S.
COPY AS SAME WAS SERVED ON No. 0346107000
BARBARA HAYES BUELL OF 1386189/
BLOOM AND BUELL ON DECEMBER No. 0346107002
22, 2006 AT 10:11:37 A.M. 213561457
EST AND 1:59:33 P.M. EST

IN LIGHT OF THE FACT THAT
THIS COURT HAS DENIED
PLAINTIFF, DONALD S. KOBACK,
195 SUNNYSIDE AVENUE,
WOONSOCKET, RHODE ISLAND
02895 Procedural and substantive
due process of law, PLAINTIFF
DONALD S. KOBACK INSIST THAT
THE ACTIVITIES ENGAGED
IN BY THESE DEFENDANTS AND
THIS COURT BE REPORTED TO
THE HAGUE AS IS YOUR LEGAL
DUTY — MAYHEM, POISONING,
ATTEMPTED MURDER AGAINST
NORTHERN EUROPEANS.
PLAINTIFF, DONALD S. KOBACK BEING EXEMPT
FROM INITIAL DISCLOSURES, Fed.R.CIV.P. RULE 26(1)(E)(i)
26(1)(E)(ii), 26(1)(E)(iii), Submitted, 26(1)(E)(iv),
26(1)(E)(v), 26(1)(E)(vi), 26(1)(E)(vii), 26(1)(E)(viii).

Donald S. Koback
DONALD S. KOBACK
JANUARY 16, 2007

## CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, CIVIL ACTION NO.'s 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

## 1. DOCUMENTS:

NOTICE TO U.S. DISTRICT COURT

AND TO THE HAGUE ;

## 2. DEFENDANTS' ATTORNEYS AT LAW

KARA A. BETTIOLLE

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman
& Guekguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110
Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

DATE: JANUARY 19, 2007
SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON JANUARY 19, 2007

DONALD S. KOBACK, PLAINTIFF
PRO SE DATE: JANUARY 19, 2007