U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION
(BOSTON, MASS.)

| | |
|---|---|
| DONALD S. KOBACK, PLAINTIFF, PRO SE, <br><br> V. <br><br> METROWEST MEDICAL CENTER, ET. AL., DEFENDANTS | Civil Action No.: <br><br> 1:05-cv-10798-WGY |

"NUNC PRO TUNC PLAINTIFF, DONALD S. KOBACK'S MOTION TO DETERMINE THE SUFFICIENCY OF RESPONSES BY THE DEFENDANT, M.D. EMANUEL FRIEDMAN TO 'PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION UNDER RULE 36 Fed. R. Civ. P. RULE 36 M.D. EMANUEL FRIEDMAN, DEFENDANT'"

NOW COMES THE PLAINTIFF, DONALD S. KOBACK WHO TAKES ADVANTAGE OF NUNC PRO TUNC (what could have then, done now) "WHEREFORE THE PLAINTIFF, DONALD S. KOBACK REQUESTS THAT THE COURT

DSK 1-19-2007       DSK 1-19-2007

DERTIMINE THE RESPONSE BY M.D. EMANUEL FRIEDMAN AND/OR HIS LAWYER, TO BE, OR TO HAVE BEEN, INSUFFICIENT (PURSUANT TO Fed. R. Civ. P. RULE 36.), TO ORDER RESPONSE(S) FORTHWITH FROM M.D. EMANUEL FRIEDMAN AND/OR HIS LAWYER, AND/OR DEEM SAID REQUEST(S) FOR ADMISSION ADMITTED BY M.D. EMANUEL FRIEDMAN AND/OR HIS LAWYER," IN LIEU OF HOW OR THE WAY IT IS PRESENTLY WRITTEN OR READS ON THE ABOVE ENTITLED MOTION FILED AND SERVED TO ALL ATTORNEYS AT LAW OF RECORD (AND M.D. EMANUEL FRIEDMAN CONSTRUCTIVELY) DATED JANUARY 6, 2007, the original motion not having the words NUNC PRO TUNC PRECEDING IT,

1-19-2007
084

Respectfully Submitted,

_____
DONALD S. KOBACK
195 SUNNYSIDE AVENUE
WOONSOCKET
RHODE ISLAND 02895
401-76-2-2460
JANUARY 19, 2007
1-19-2007
084
1-19-2007

## CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, (CIVIL ACTION NO.: 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

**1. DOCUMENTS:**

NUNC-PRO TUNC
ee PLAINTIFF, DONALD S. KOBACK'S MOTION TO DETERMINE THE SUFFICIENCY OF RESPONSES BY THE DEFENDANT, M.D. EMANUEL FRIEDMAN TO PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION UNDER RULE 36 Fed. R. Civ. P. RULE 36 ~~M.D. EMANUEL FRIEDMAN~~

**2. DEFENDANTS' ATTORNEYS AT LAW**

KARA A. BETTIGOLE →  Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

DATE: JANUARY 19, 2007
SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON JANUARY 19, 2007

*Donald S. Koback*
DONALD S. KOBACK, PLAINTIFF PRO SE  DATE: JANUARY 19, 2007

DSK 1-19-2007