# CERTIFICATE OF SERVICE

Without waiving any rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, (CIVIL ACTION NO.'S 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

Original court document to U.S. District Court, Boston, Mass. on JAN 20, 2007

## 1. DOCUMENTS:

A. NOTICE TO U.S. DISTRICT COURT AND TO THE HAGUE;
B. STATEMENT OF OBJECTIONS TO M.D. JOHN P. LONG, JR. AND HIS ATTORNEY AT LAW, JUDITH FEINBERG'S NOTICE OF TAKING DEPOSITION OF PLAINTIFF DONALD S. KOBACK RECEIVED BY SAID PLAINTIFF ON JANUARY 19, 2007;

## 2. DEFENDANTS' ATTORNEYS AT LAW   TO BE SERVED AT LATER DATE

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th Floor
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

DATE: JANUARY 20, 2007

SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON JANUARY 20, 2007

DONALD S. KOBACK, PLAINTIFF PRO SE   DATE: 1-20-2007

(margin annotations: MOTION TO TERMINATE; MOTION TO LIMIT PROTECTIVE ORDER; MOTION TO FOLLOW)