U.S DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2007 JAN 23 P 12: 23
U.S. DISTRICT COURT
DISTRICT OF MASS

EASTERN DIVISION
(BOSTON, MASS.)

DONALD S. KOBACK,
  PLAINTIFF,
  PRO SE,

vs.

METROWEST MEDICAL
CENTER, ET AL.,
  DEFENDANTS

CIVIL ACTION No.:

1:05-CV-10798-
WGY

## MOTION TO TERMINATE PURSUANT TO Fed. R. Civ. P. RULE 30

NOW COMES THE PLAINTIFF, DONALD S. KOBACK WHO MOVES TO TERMINATE AB INITIO WHAT PURPORTS TO BE A NOTICE OF TAKING OF DEPOSITION OF PLAINTIFF, DONALD S. KOBACK UNDER MASSACHUSETTS LAW, HOURS BEFORE COURT.

"REQUEST FOR ORAL ARGUMENT."

Attached copy of NOTICE (or what purports to be NOTICE) of DEPOSITION. PLAINTIFF, DONALD S. KOBACK INCORPORATES BY REFERENCE HIS "STATEMENT OF OBJECTIONS..." DATED JANUARY 20, 2007 AS IF EXPRESSLY SET FORTH

HEREIN WORD FOR WORD). (COURT DOCUMENT).

Said notice is violative of Fed.R.Civ.P. Rule 30(a)(1), Rule 30(a)(2), Rule 30(b), Rule 30(c), Rule 30(d) for the reasons set forth herein and, further, stating that said notice or PURPORTED Notice is in bad faith and, in such a manner as unreasonably to annoy, embarrass, or oppress the Plaintiff, Donald S. Kobuck.

WHEREFORE this motion should BE GRANTED.

JANUARY 22, 2007.

Motion to amend Motion for Protection not to follow at this time if ever.

Respectfully submitted,

Donald S. Kobuck
195 Sunnyside Avenue
Woonsocket, Rhode Island
02895

January 22, 2007

January 22, 2007

# CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, CIVIL ACTION NO.: 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) U.S. DISTRICT COURT AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

1. DOCUMENTS:

A. NOTICE TO U.S. DISTRICT COURT AND TO THE HAGUE;
B. STATEMENT OF OBJECTIONS TO M.D. JOHN P. LONG, JR. AND HIS ATTORNEY AT LAW, JUDITH FEINBERG'S NOTICE OF TAKING DEPOSITION OF PLAINTIFF DONALD S. KOBACK RECEIVED BY SAID PLAINTIFF ON JANUARY 19, 2007

(margin notes: MOTION TO FOLLOW; MOTION TO TERMINATE; MOTION TO LIMIT; MOTION FOR PROTECTIVE ORDER)

2. DEFENDANTS' ATTORNEYS AT LAW  — TO BE SERVED AT LATER DATE

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite 100
Boston, MA 02135

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114

DATE: JANUARY 20, 2007
SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON JANUARY 20, 2007

/s/ Donald S. Koback
DONALD S. KOBACK, PLAINTIFF PRO SE  DATE: 1-20-2007

U.S. POSTAL ARTICLE # EQ064706745 US

# CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, CIVIL ACTION NO.: 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

FILED, EN ROUTE U.S. DISTRICT COURT 1-22-2007

1. DOCUMENTS: → MOTION TO TERMINATE + Second Filing of certificate of service

MOTION TO TERMINATE PURSUANT TO Fed. R. Civ. P. RULE 3C;

SECOND FILING OF CERTIFICATE OF SERVICE OF STATEMENT OF OBJECTIONS TO U.S. DISTRICT;

STATEMENT OF OBJECTIONS;

ALL THREE (3) OF THESE DOCUMENTS SERVED ON Defendants Attorneys At Law 1-22-2007 along with this certificate of service

2. DEFENDANTS' ATTORNEYS AT LAW

KARA A. BETTIGOLE

→ Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114

DATE: January 22, 2007

SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON January 22, 2007

DONALD S. KOBACK, PLAINTIFF PRO SE   DATE: January 22, 2007