U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Division                                        Docket No. 05-10798-WGY

_____
DONALD S. KOBACK, *pro se*                )
      Plaintiff,                          )
                                          )
v.                                        )
                                          )
JOHN P. LONG, JR., M.D., ET AL.,          )
      Defendant.                          )
_____)

## OPPOSITION OF THE DEFENDANT JOHN P. LONG, M.D. TO THE PLAINTIFF'S MOTION TO TERMINATE THE TAKING OF HIS DEPOSITION

NOW COMES the defendant John P. Long, Jr., M.D. and respectfully requests that this Honorable Court RETURN the plaintiff's Motion to Terminate the taking of his deposition WITHOUT DOCKETING, or in the alternative DENY that Motion. In support thereof, the defendant states as follows:

**Background**

1. This is an action for medical malpractice.

2. The plaintiff alleges that the defendants, including Dr. Long, were negligent in rendering urological treatment.

3. The defendant noticed the deposition of the plaintiff, Donald Koback, for January 31, 2007.

4. The plaintiff has now filed the instant Motion to Terminate, arguing either (his pleading is unclear) that the defendants should not be allowed to depose him or should not be allowed to depose him as noticed on January 31, 2007.

**Argument**

5. The plaintiff filed his Motion without contacting the defendant regarding this discovery dispute.

6. The plaintiff has not filed a certification pursuant to Local Rule 7.1.

7. The plaintiff's Motion should therefore be returned without docketing.

8. Arguing further and in the alternative, the plaintiff, as a party to this matter, may be expected to have information which is reasonably likely to lead to the discovery of admissible evidence and the taking of his deposition therefore falls squarely within the scope of Fed. R. Civ. P. 26.

9. To the extent that the plaintiff seeks to have his deposition continued and rescheduled from January 31, 2007 to another mutually agreeable date, the defendant has no objection.

WHEREFORE, for all the foregoing reasons, the defendant respectfully requests that this Honorable Court RETURN the plaintiff's Motion to Terminate the taking of his deposition WITHOUT DOCKETING, or in the alternative DENY that Motion.

The Defendant,
JOHN P. LONG, JR., M.D.
By his Attorneys,

/s/ Judith Feinberg

_____
Bernard Guekguezian, BBO #559191
Judith Feinberg, BBO #647511
Adler, Cohen, Harvey, Wakeman
 & Guekguezian, LLP
75 Federal Street, Tenth Floor
Boston, MA  02110
(617) 423-6674

Dated: