UNITED STATES DISTRICT COURT
IN AND FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD S. KOBACK, )<br>   Plaintiff/Pro Se )<br> )<br>VS. )<br> )<br>METROWEST MEDICAL CENTER, )<br>LEONARD MORSE HOSPITAL, )<br>FRAMINGHAM UNION HOSPITAL, NEW )<br>ENGLAND MEDICAL CENTER, TUFTS )<br>UNIVERSITY SCHOOL OF MEDICINE, )<br>HMO BLUE OF MASSACHUSETTS, BLUE )<br>CROSS BLUE SHIELD OF MASS, )<br>EMANUEL FRIEDMAN, M.D., JOHN P. )<br>LONG, M.D., and EROL ONEL, M.D., )<br>   Defendants ) | CIVIL ACTION NO. 05-CV-10798-WGY |

**NOTICE OF APPEARANCE OF ATTORNEY JENNIFER HARTUNIAN**
<u>**ON BEHALF OF DEFENDANT EROL ONEL, M.D.**</u>

To the Clerk of the above-named Court:

Kindly enter the appearance of Attorney Jennifer Hartunian on behalf of the defendant, Erol Onel, M.D. Attorney Daniel J. Griffin continues his appearance as counsel of record for the defendant as well.

> The defendant,
> EROL ONEL, M.D.,
> By his attorneys,
>
> */s/ Jennifer Hartunian*
> _____
> Daniel J. Griffin, Esq. (BBO# 211300)
> Jennifer Hartunian, Esq. (BBO# 660902)
> Martin, Magnuson, McCarthy & Kenney
> 101 Merrimac Street
> Boston MA 02114
> 617-227-3240

Date: January 25, 2007

Case 1:05-cv-10798-WGY    Document 173    Filed 01/25/2007    Page 2 of 4



## CERTIFICATE OF SERVICE

       I hereby certify that a true copy of the above document was served upon all counsel of record via the CM/ECF system on January 25, 2007.  A copy of the above document was also mailed via first-class mail, postage prepaid, to:

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI  02895-5105

                        */s/ Jennifer Hartunian*
                        _____
                        Jennifer Hartunian, Esq.

2

3



**CERTIFICATE OF SERVICE**

       I, Lynda Riesgo Jensen, counsel for defendant, Erol Onel, M.D., hereby certify that on the 21st day of June, 2005, a copy of the above document was sent by mail, postage prepaid, to:

| | |
|---|---|
| Barbara Hayes Buell, Esq. | Judith Feinberg, Esq. |
| Bloom and Buell | Adler, Cohen, Harvey, Wakeman |
| 1340 Soldiers Field Road |  & Guekguezian |
| Boston, MA  02135 | 75 Federal Street |
|   Attorney for defendant, | Boston, MA  02110 |
|   Metrowest | Attorney for defendant, John P. Long |
| | |
| Donald S. Koback | Joseph D. Halpern, Esq. |
| 195 Sunnyside Avenue | 401 Park Drive |
| Woonsocket, RI  02895 | Boston, MA  02215 |
|   *Pro Se* Plaintiff |   Attorney for Blue Cross/Blue Shield |

 

_____
Daniel J. Griffin, B.B.O. No. 211300
Lynda Riesgo Jensen, B.B.O. No. 652498
Attorney for the Defendant,
Erol Onel, M.D.
101 Merrimac Street
Boston MA 02114
617-227-3240