UNITED STATES DISTRICT COURT
IN AND FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD S. KOBACK,<br>   Plaintiff/Pro Se<br><br>VS.<br><br>METROWEST MEDICAL CENTER,<br>LEONARD MORSE HOSPITAL,<br>FRAMINGHAM UNION HOSPITAL, NEW<br>ENGLAND MEDICAL CENTER, TUFTS<br>UNIVERSITY SCHOOL OF MEDICINE,<br>HMO BLUE OF MASSACHUSETTS, BLUE<br>CROSS BLUE SHIELD OF MASS,<br>EMANUEL FRIEDMAN, M.D., JOHN P.<br>LONG, M.D., and EROL ONEL, M.D.,<br>   Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 05-CV-10798-WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE OF ATTORNEY JENNIFER HARTUNIAN
### ON BEHALF OF DEFENDANT NEW ENGLAND MEDICAL CENTER

To the Clerk of the above-named Court:

Kindly enter the appearance of Attorney Jennifer Hartunian on behalf of the defendant, New England Medical Center. Attorney Daniel J. Griffin continues his appearance as counsel of record for the defendant as well.

The defendant,<br>
NEW ENGLAND MEDICAL CENTER,<br>
By its attorneys,<br><br>
<i>/s/ Jennifer Hartunian</i><br>
_____<br>
Daniel J. Griffin, Esq. (BBO# 211300)<br>
Jennifer Hartunian, Esq. (BBO# 660902)<br>
Martin, Magnuson, McCarthy & Kenney<br>
101 Merrimac Street<br>
Boston MA 02114<br>
617-227-3240

Date: January 25, 2007



## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all counsel of record via the CM/ECF system on January 25, 2007. A copy of the above document was also mailed via first-class mail, postage prepaid, to:

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI  02895-5105


/s/ Jennifer Hartunian
_____
Jennifer Hartunian, Esq.