U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CLERKS OFFICE

EASTERN DIVISION
(BOSTON, MASS.)

2007 JAN 25 P 12:41

U.S. DISTRICT COURT
DISTRICT OF MASS.

| DONALD S. KOBACK | CIVIL ACTION NO.: |
| PLAINTIFF, PRO SE, | 1:05-CV-10798-WGY |
| VS. | |
| METROWEST MEDICAL CENTER, ET. AL, DEFENDANTS, | |

## AFFADAVITAS TO STATEMENTS AND DOCUMENTS CONTAINED IN PLAINTIFF DONALD S. KOBACK'S REQUEST FOR ADMISSION

EXCEPT FOR THE MEDICAL RECORDS OF M.D. EMANUEL FRIEDMAN, THE STATEMENTS AND DOCUMENTS CONTAINED AND LOCATED IN PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION TO M.D. EMANUEL FRIEDMAN AND METROWEST MEDICAL CENTER ET. AL, ARE TRUE AND GENUINE RESPECTIVELY
SIGNED UNDER PAINS AND PENALTIES OF PERJURY

Donald S. Koback
PLAINTIFF — JANUARY 24, 2007

## CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, CIVIL ACTION NO.: 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

1. DOCUMENTS:

AFFADAVIT AS TO STATEMENTS AND DOCUMENTS CONTAINED IN PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION;

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS, ANSWERS TO "DEFENDANT, METROWEST MEDICAL CENTER'S, INTERROGATORIES TO BE ANSWERED BY PLAINTIFF, DONALD S. KOBACK";

2. DEFENDANTS' ATTORNEYS AT LAW

KARA A. BETTIGOLE →
Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, SUITE TWO
Boston, MA 02135

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

DATE: JANUARY 24, 2007

SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON JANUARY 24, 2007

Donald S. Koback
DONALD S. KOBACK, PLAINTIFF PRO SE    DATE: JANUARY 24, 2007

FILED IN CLERKS OFFICE 2007 JAN 25 PM 2: