U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION
(BOSTON, MASS.)

FILED
IN CLERKS OFFICE

2007 JAN 25 P 3: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

DONALD S. KOBACK,
  PLAINTIFF,
  PRO SE,

VS.

METROWEST MEDICAL
CENTER, ET. AL.,
  DEFENDANTS

CIVIL ACTION NO.:
1:05-CV-10798-WGY

"PLAINTIFF, DONALD S. KOBACK'S OBJECTION, ANSWERS TO "DEFENDANT, METROWEST MEDICAL CENTER'S, INTERROGATORIES TO BE ANSWERED BY PLAINTIFF, DONALD S. KOBACK""

PURSUANT TO Fed. R. Civ. P. RULE 33.
EACH INTERROGATORY 1
up to, and including 26

AS FOLLOWS—

-1-

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.