U.S. DISTRICT COURT

DISTRICT COURT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
JAN 26 P 12: 42

EASTERN DIVISION
(BOSTON, MASSACHUSETTS)

Civil Action No.

U.S. DISTRICT COURT
DISTRICT OF MASS.

DONALD S. KOBACK,
PLAINTIFF,

VS.

METROWEST MEDICAL
CENTER, ET. AL.,
DEFENDANTS

1:05-CV-10798-
WGY

PLAINTIFF, DONALD S. KOBACK'S
MOTION TO COMPEL
INITIAL DISCLOSURES PURSUANT
TO Fed. R. Civ. P. RULE 26(a)(1),
AND/OR TO SUPPLEMENT INITIAL
DISCLOSURES PURSUANT TO Fed.
R. Civ. P. RULE 26(e) AND
Fed. R. Civ. P. RULE 37.

NOW COMES THE PLAINTIFF, DONALD

"REQUEST FOR ORAL ARGUMENT"

S. KOBACK WHO MOVES (PLAINTIFF,
DONALD S. KOBACK HEREBY INCORPORATES
BY REFERENCE EACH AND EVERY WORD,
NUMBER, PUNCTUATION MARK CONTAINED

IN THE TITLE OF PLAINTIFF, DONALD S. KOBACK'S MOTION UNDERLINED ABOVE AT THE OUTSET OR IMMEDIATELY BENEATH THE CAPTION AS IF FULLY SET FORTH HEREIN.)

THE "INTIAL DISCLOSURES" OF THE DEFENDANT (S) FURNISHED, PROVIDED BY THEIR ATTORNEYS AT LAW WERE NOT SUBMITTED IN GOOD FAITH OR IN A RATIONAL, LOGICAL, OR INTELLIGIBLE MANNER.

THEY WERE SUBMITTED IN SUCH A FASHION AS TO CREATE CONFUSION, SO THAT ONE CANNOT MAKE HEADS OR TAILS OUT OF THEM IN THAT THEY ARE NOT PAGINATED, OR NUMBERED P GE BY PAGE.

METROWEST MEDICAL CENTER, FOR EXAMPLE SUBMIT 319 pages IN FIVE (5) PLASTIC BOUND PILES. NEITHER PLAINTIFF, DONALD S. KOBACK OR ANY REASONABLE, DETACHED PERSON CAN BE EXPECTED TO DEAL WITH DELIBERATE NON SEQUITUR. PLAINTIFF, DONALD S. KOBACK'S good faith EFFORT TO CONFER PROVED FRUITLESS. WHEREFORE THE PLAINTIFF, Fed. R. Civ. P. RULE 37(a)(2)(A) DONALD S. KOBACK'S ABOVE— DSK ENTITLED MOTION SHOULD BE 1-24-2007 GRANTED.

DATED: January 24, 2007    RESPECTFULLY SUBMITTED,

DSK
1-24-2007

Donald S. Koback

DONALD S. KOBACK
PLAINTIFF, PRO SE
195 SUNNYSIDE AVENUE
WOONSOCKET
RHODE ISLAND 02895
401-76-2-2460
JANUARY 24, 2007

Donald S. Koback

1-24-2007

Donald S. Koback

1-25-2007