U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION  CIVIL ACTION NO.:
(BOSTON, MASS.)
1:05-10798-WGY

DONALD S. KOBACK,
 PLAINTIFF,
 PRO SE,

VS.

METROWEST MEDICAL
CENTER, ET. AL.,
 DEFENDANTS

PLAINTIFF, DONALD S. KOBACK'S
OBJECTIONS, RESPONSES TO
"DEFENDANT, METROWEST MEDICAL
CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS (FIRST SET) TO PLAINTIFF,
DONALD S. KOBACK"

OBJECTIONS, RESPONSES
REQUEST FOR PRODUCTION
1. UP TO AND INCLUDING
9. PURSUANT TO Fed.R.Civ.P.
RULE 34.

—AS FOLLOWS—

-1-

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.