## CERTIFICATE OF SERVICE

Without waiving any rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, CIVIL ACTION NO. 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

1. DOCUMENTS:

PLAINTIFF, DONALD S. KOBACK'S MOTION TO COMPEL INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. RULE 26(a)(1) AND/OR TO SUPPLEMENT INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. RULE 26(e) AND Fed.R.Civ.P. RULE 37;

[Stamp: FILED CLERKS OFFICE 2007 JAN 26 P 12:42 U.S. DISTRICT COURT DISTRICT OF MASS.]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS, RESPONSES TO cc DEFENDANT, METROWEST MEDICAL CENTER'S REQUEST FOR PRODUCTION OF DOCUMENTS (FIRST SET) TO PLAINTIFF, DONALD S, KOBACK";

2. DEFENDANTS' ATTORNEYS AT LAW

KARA A. BETTIGOLE → Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, SUITE TWO
Boston, MA 02135

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

DATE: JANUARY 25, 2007
SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON JANUARY 25, 2007

_Donald S. Koback_
DONALD S. KOBACK, PLAINTIFF
PRO SE   DATE: JANUARY 25, 2007

CERTIFICATE OF SERVICE