U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Division                                               Docket No. 05-10798-WGY

DONALD S. KOBACK, *pro se*        )
       Plaintiff,                              )
                                                        )
v.                                                    )
                                                        )
JOHN P. LONG, JR., M.D., et al.,      )
       Defendant.                           )
                                                        )

**OPPOSITION OF THE DEFENDANT, JOHN P. LONG, JR., MD.
TO THE PLAINTIFF'S MOTION TO COMPEL INITIAL DISCLOSURES**

NOW COMES the defendant, John P. Long, Jr., M.D., in OPPOSITION to the plaintiff's Motion to Compel Initial Disclosures, and respectfully requests that this Honorable Court DENY the plaintiff's Motion. In support thereof, the defendant states as follows:

**Background**

1. This is an action for medical malpractice.

2. The plaintiff alleges that the defendants, including Dr. Long, were negligent in rendering urological treatment.

3. This Honorable Court adopted a proposed Scheduling Order in this matter on or about September 11, 2006.

4. John P. Long, Jr., M.D., by his counsel, served mandatory disclosures on all parties on or about October 10, 2007. (See Mandatory Disclosures of defendant Long attached hereto as **Exhibit A**).

5. The plaintiff has now filed the instant Motion to Compel –his basis for doing so is unclear.

**Argument**

6. The plaintiff filed his Motion without contacting the defendant regarding this discovery dispute.

7. The plaintiff has not filed a certification pursuant to Local Rule 7.1.

8. The plaintiff's Motion should therefore be returned without docketing.

9. Arguing further and in the alternative, Dr. Long, by his counsel, served mandatory disclosures upon all parties several months ago.

10. On information and belief, those disclosures were made in good faith and with due diligence.  ( See affidavit of counsel attached hereto as **Exhibit B**).

WHEREFORE the defendant, John P. Long, Jr., M.D., respectfully requests that this Honorable Court DENY the plaintiff's Motion.

>The Defendant,
>JOHN P. LONG, JR., M.D.
>By his Attorneys,
>
>/s/ Judith Feinberg
>
>_____
>Bernard Guekguezian, BBO #559191
>Judith Feinberg, BBO #647511
>Adler, Cohen, Harvey, Wakeman
> & Guekguezian, LLP
>75 Federal Street, Tenth Floor
>Boston, MA  02110
>(617) 423-6674

Exhibit A contains medical records, and will be filed in hard copy format only pursuant to USDC ECF rules.

U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Division                                      Docket No.  05-10798-WGY

DONALD S. KOBACK, *pro se*         )
       Plaintiff,                              )
                                                    )
v.                                                 )
                                                    )
JOHN P. LONG, JR., M.D., et al.,    )
       Defendant.                            )
                                                    )

### AFFIDAVIT OF COUNSEL

1. My name is Judith Feinberg.

2. I am an attorney in good standing before the bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

3. John P. Long, Jr., M.D., by his counsel, served mandatory disclosures on all parties on or about October 10, 2007.

4. On information and belief, those disclosures were made in good faith and with due diligence.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS _____ DAY OF JANUARY, 2007.


/s/ Judith Feinberg

_____
Judith Feinberg, Esq.