UNITED STATES DISTRICT COURT IN AND FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD S. KOBACK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METROWEST MEDICAL CENTER, )<br>LEONARD MORSE HOSPITAL, )<br>FRAMINGHAM UNION HOSPITAL, )<br>NEW ENGLAND MEDICAL CENTER, )<br>TUFTS UNIVERSITY SCHOOL OF )<br>MEDICINE, HMO BLUE OF )<br>MASSACHUSETTS, BLUE CROSS )<br>BLUE SHEILD OF MASS., )<br>FRIEDMAN, M.D., JOHN P. LONG, M.D. )<br>AND EROL ONEL, M.D., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 05-CV-10798-WGY |

## DEFENDANT, METROWEST MEDICAL CENTER'S, MOTION TO STRIKE THE PLAINTIFF'S REQUEST FOR ADMISSION

Now comes the Defendant, MetroWest Medical Center[1] ("Metrowest"), and hereby requests that this Honorable Court grant its Motion to Strike the Plaintiff's Request for Admission based upon the Memorandum attached hereto.

*Certificate of Service*

I hereby certify that I have served a true copy of the within document upon all concerned parties, by mail, postage prepaid.

_____

Dated: January 31, 2007

_____
Barbara Hayes Buell, BBO# 063480
BLOOM & BUELL
Attorney for Defendant,
*MetroWest Medical Center*
1340 Soldiers Field Road, Suite Two
Boston, MA 02135-1020
(617) 254-4400

---

[1] MetroWest Medical Center comprises Leonard Morse Hospital and Framingham Union Hospital.