UNITED STATES DISTRICT COURT IN AND FOR
THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DONALD S. KOBACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| METROWEST MEDICAL CENTER, | ) | |
| LEONARD MORSE HOSPITAL, | ) | CIVIL ACTION NO. 05-CV-10798-WGY |
| FRAMINGHAM UNION HOSPITAL, | ) | |
| NEW ENGLAND MEDICAL CENTER, | ) | |
| TUFTS UNIVERSITY SCHOOL OF | ) | |
| MEDICINE, HMO BLUE OF | ) | |
| MASSACHUSETTS, BLUE CROSS | ) | |
| BLUE SHEILD OF MASS., | ) | |
| FRIEDMAN, M.D., JOHN P. LONG, M.D. | ) | |
| AND EROL ONEL, M.D., | ) | |
| | ) | |
| Defendants. | ) | |

DEFENDANT, METROWEST MEDICAL CENTER'S, MEMORANDUM IN SUPPORT
OF ITS MOTION TO STRIKE THE PLAINTIFF'S REQUEST FOR ADMISSION

Now comes the Defendant, MetroWest Medical Center [1] ("Metrowest"), and hereby requests that this Honorable Court grant its Motion to Strike the Plaintiff's Request for Admission based upon the facts set out below.

I.     FACTUAL BACKGROUND

On January 17, 2007, the Plaintiff, Donald Koback, served his Request for Admission on MetroWest Medical Center. Mr. Koback's Request for Admission includes the following:

(1) The Request for Admission demands that MetroWest respond to the Request for Admission Mr. Koback served upon *co-defendant Dr. Emanuel Friedman* on or about November 8, 2006. The requests served upon Dr. Friedman include a) Exhibits 1.A-1.M,

---

[1] MetroWest Medical Center comprises Leonard Morse Hospital and Framingham Union Hospital.

most of which are documents the Plaintiff previously served upon this Court at various stages of the proceedings, and b) 81 separate requests for admission (requests 2.1-2.81). See Exhibit A, Plaintiff's Request for Admission served upon Dr. Friedman. Mr. Koback states in his Request for Admission to MetroWest that MetroWest must review requests 2.1-2.81 served on Dr. Friedman, and where Dr. Friedman's name appears in the request, MetroWest must insert "MetroWest Medical Center, et. al." either prior to or following Dr. Friedman's name. Mr. Koback asserts that MetroWest must then respond to the modified request. Mr. Koback asserts that MetroWest must also respond to requests for admission labeled 'Exhibits 1.A-1.M' which were served upon Dr. Friedman. These documents include, among other documents, pleadings previously filed by Mr. Koback.

(2) Mr. Koback's Request for Admission also includes exhibits 1.N-1.V which include assorted documents, the majority of which are documents indicating proof of service.[2] See Plaintiff's Request for Admission 1.N.-1.V.

(3) Mr. Koback's Request for Admission also includes items 2.82 – 2.97, which are 16 new requests drafted by the Plaintiff specifically for MetroWest.

## II. ARGUMENT

1. <u>MetroWest Should Not Be Required to Respond to Requests for Admission Served Upon Another Codefendant.</u>

Mr. Koback requests that MetroWest review the requests for admission he served upon Dr. Friedman and modify them by inserting its name either before or after Dr. Friedman's name. By this request, Mr. Koback has placed the burden on MetroWest to rework Mr. Koback's requests that he served upon Dr. Friedman. Given the inscrutable nature of Mr. Koback's requests, this demand would be virtually impossible. Mr. Koback must draft requests specific to each defendant. He cannot craft a set of requests for Dr. Friedman and then require MetroWest to determine where in each request it must insert its own name. Such a request is an abuse of Fed.R.Civ.P. 36. If Mr. Koback seeks to obtain admissions from MetroWest, he must draft specific requests for MetroWest: the burden should not fall to MetroWest to draft Mr. Koback's request for admissions.

---

[2] Other documents include Mr. Koback's hand rendered drawing of his penis, summonses, an affidavit signed by Mr. Koback's current treating psychiatrist, and discharge instructions from MetroWest.

2. <u>MetroWest Can Not Respond to Requests which Require Admitting or Denying Documents Served on Dr. Friedman.</u>

MetroWest should not be required to respond to Exhibits 1.A-1.M which were initially served upon Dr. Friedman. As stated previously, Mr. Koback cannot require MetroWest to sift through and respond to requests for admission served on another defendant.

3. <u>Parties to the Action are Limited to a Total of 10 Requests.</u>

The discovery order set by this Court permits each party to serve a total of 10 requests for admission. Mr. Koback has served a total of 25 requests on MetroWest (16 requests as to the truthfulness of statements and 9 requests (Exhibits 1.N.-1.V) as to the genuineness of documents), exclusive of the 103 requests served on Dr. Friedman (81 requests as to the truthfulness of statements and the 22 requests (Exhibits 1.A-1.M) as to the genuineness of documents. MetroWest should not be obligated to respond to requests which exceed the discovery order fashioned by this Court.

Wherefore, MetroWest Medical Center respectfully requests that this Court grant its Motion to Strike Plaintiff Donald Koback's Request for Admission in its entirety.

Barbara Hayes Buell, BBO# 063480
BLOOM & BUELL
Attorney for Defendant,
*MetroWest Medical Center*
1340 Soldiers Field Road, Suite Two
Boston, MA 02135-1020
(617) 254-4400

*Certificate of Service*

I hereby certify that I have served a true copy of the within document upon all concerned parties, by mail, postage prepaid.

Dated: January 31, 2007

3

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION
(BOSTON, MASSACHUSETTS)

CIVIL ACTION
NUMBER: 1-05-
CV-10798-WGY

DONALD S. KOBACK,
        PLAINTIFF,
        PRO SE

VS.

METROWEST MEDICAL
CENTER, ET. AL.,
        DEFENDANTS

PLAINTIFF, DONALD S. KOBACK'S
    REQUEST FOR ADMISSION
        UNDER RULE 36
    Fed.R.Civ.P. RULE 36.
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL
AND TENET MetroWest
Healthcare System LTD PARTNERSHIP,
AND/OR TENET MetroWest
Healthcare System Ltd. Partnership,
AND/OR, METROWEST HEALTHCARE
SYSTEM LTD PARTNERS (OF
            FRAMINGHAM, MASSA-
CHUSETTS, WHICHEVER IS THE
TRUE, CORRECT, ACCURATE

—61—

Q3K
November 26, 2006

LEGAL NAME OR IDENTITY
AT THE DATE OF FILING, DATE(S) OF TREATMENT,
THE                    LOCATIONS
OF LEONARD MORSE HOSPITAL
IS            NATICK, MASSA-
CHUSETTS, FRAMINGHAM UNION
HOSPITAL,
FRAMINGHAM, MASSACHUSETTS
METROWEST MEDICAL CENTER (See Caption),
            FRAMINGHAM
MASSACHUSETTS, THOSE NAMED
HEREINABOVE AND THOSE NAMED
HEREINBELOW ARE
AMONG THOSE REQUESTED
TO FORWARD TO THE PLAINTIFF,
DONALD S. KOBACK,

RESPONSE AND/OR ADMIT,
DENY, OR OTHERWISE;
PLAINTIFF, DONALD S.
KOBACK INSISTS THAT
EACH OF THE REQUESTS
FOR ADMISSION BE AD-
MITTED, DENIED OR OTHER-
WISE BY THEIR CHIEF
EXECUTIVE OFFICER AND
HIS/HER DESIGNEE
WITH KNOWLEDGE OF

— 62 —

NOVEMBER 26, 2006

THIS ON GOING, FACT
SITUATION RELATING
TO THIS CIVIL ACTION
WHO IS READY, WILLING,
ABLE AND OTHERWISE,
CAPABLE, AUTHORIZED,
EMPOWERED TO FOR-
WARD TO THE PLAINTIFF,
DONALD S. KOBACK,
AUTHENTIC RESPONSES - GENUINE
ANSWERS (DOCUMENTS-EXHIBITS)
AND TRUE STATEMENTS OR
OBJECTIONS IN RESPONSE
AND/OR ADMIT(S)
DENY(S), OR OTHERWISE)
Metro West Medical Center - Framingham,
Metro West Medical Center - Natick,
METROWEST MEDICAL CENTER,
DEFENDANTS AND/OR DEFENDANT(S).

PREFACE: NOTE FOLLOWING — IN
"PLAINTIFF, DONALD S. KOBACK'S
REQUEST FOR ADMISSION
UNDER RULE 3/6
Fed. R. Civ. P. RULE 36.
M.D. EMANUEL FRIEDMAN, DEFENDANT — "

ONE FINDS OR OBSERVES THE
FOLLOWING — "PREFACE..."

— 63 —

WHICH IS LOCATED ON PAGE —1—
AT THE TOP LEFT WHICH COM-
MENCES THE BODY OF SAID COURT DOCU-
MENT (NUMBER 131); AND,
AT THE BOTTOM OF PAGE —60—
ONE OBSERVES OR FINDS THE
FOLLOWING — "... HERE." — AT
THE LOWER RIGHT, WHICH BRINGS
TO A TEMPORARY HALT, PLAINTIFF,
DONALD S. KOBACK'S REQUEST
FOR ADMISSION DIRECTED OR FOR-
WARDED TO "M.D. EMANUEL
FRIEDMAN, DEFENDANT" — COURT
DOCUMENT NUMBER 131. PRO TANTO—
FROM PREFACE, UP TO AND INCLUDING
HERE, THE EXACT DESCRIPTION
BEING, AND THE PLAINTIFF, DONALD S.
KOBACK QUOTES "... (PREFACE ...
HERE." THERE ARE FIFTY-NINE
(59) PAGES LAYING OR POSITIONED
BETWEEN PAGE —1—'s "(PREFACE
..." AND PAGE —60—'s "... HERE."
CAPSULATE ENCASE ENCARPUS —
AS IN ARCHITECTURE, A
SCULPTURED ORNAMENT IN
IMMITATION OF A FESTOON
OF FRUITS, LEAVES, FLOWERS,
OTHER OBJECTS, SUSPENDED
BETWEEN TWO POINTS.
— 64 —

PLAINTIFF, DONALD S. KOBACK, INCORPORATES
COURT DOCUMENT NUMBER 131 IN
ITS ENTIRETY HEREAT, HEREIN.

IN COMPLIANCE WITH RULE 36. PLAINTIFF,
DONALD S. KOBACK HANGS AND DISPLAYS
PAGE -1- UP TO AND INCLUDING
PAGE -60-, SIXTY ONE (61) PAGES
IN ALL, AS IF CLOTHESPINNED TO
A CLOTHESLINE WITH EACH CLOTHES-
PIN, INITIALLY, GRASPING THE
WORD(S) "...genuine..." IN PLAINTIFF,
DONALD S. KOBACK'S REQUEST FOR
ADMISSION : 1., AND THIRTEEN
(13) ADDITIONAL, CONSECUTIVE
DOCUMENTS, THEREAFTER : 'THE
WORD(S) "...exhibit...", ("...describe...")
IN PLAINTIFF, DONALD S. KOBACK (REQUEST
FOR ADMISSION 1. A. UP TO AND IN-
CLUDING 1. M. (FOURTEEN (14) IN
ALL) IMMEDIATELY SUCCEEDED
(COMES NEXT) NUMERICALLY,
ALPHABETICALLY BY THE WORD
"...true..." IN PLAINTIFF, DONALD
S. KOBACK'S REQUEST FOR AD-
MISSION ... 2. AND EIGHTY-ONE
(81) ADDITIONAL, CONSEQUTIVE
"...statement..."['S] CONTAINED

— 65 →

IN PLAINTIFF, DONALD S. KOBACK'S
REQUEST FOR ADMISSION IN
2.1. UP TO AND INCLUDING 2.81.
(EIGHTY TWO (82) IN ALL); THEREBY COM-
PRISING NINETY-SIX (96) CONSECU-
TIVE REQUEST FOR ADMISSION, EACH
OF WHICH IS[th] "...SEPARATELY SET FORTH..."
(RULE 36.)
WHEREAS, IN THE FIRST PLACE, M.D.
EMANUEL FRIEDMAN, DEFENDANT WAS
THE PARTY TOWARD WHOM PLAINTIFF'S
NINETY SIX (96) REQUEST FOR
ADMISSION WERE DIRECTED, FROM
THIS POINT, ADD THE DEFENDANTS
MetroWest Medical Center        , ET. AL.
(SEE TITLE OF THIS DOCUMENT FOR
 NAMES OF EACH OF THESE DEFENDANTS)
SO AS TO CAUSE EACH REQUEST
FOR ADMISSION TO READ:

    " MetroWest Medical Center,
     ... DEFENDANT(S)." (SEE TITLE);

AT THAT POINT IN EACH REQUEST
FOR ADMISSION WHERE THE NAME
M.D. EMANUEL FRIEDMAN OR
EMANUEL FRIEDMAN, M.D. CAN BE READ
ADD THE DEFENDANTS, MetroWest Medical
Center        , et. al. PRECEDING OR SUCCEEDING

        — 66 —

DSK
12-12-2006

DSK
NOVEMBER 26, 2006

DSK
12-12-2006

SAID M.D. EMANUEL FRIEDMAN
OR EMANUEL FRIEDMAN, M.D.
SO AS TO READ MetroWest Medical
Center, ET.AL., DEFENDANTS (SEE
TITLE OF THIS DOCUMENT WITH NAMES
OF DEFENDANTS UNDERLINED) "AND/OR"
M.D. EMANUEL FRIEDMAN OR EMANUEL
FRIEDMAN, M.D., EXCEPT (CAVEAT)
IN THOSE REQUEST FOR ADMISSION
WHICH CONTAIN THE NAMES OF
DEFENDANTS, MetroWest Medical
Center, ET.AL.. IN THEIR
ORIGINALS AND PHOTOCOPIES FILED
AND SERVED ON M.D. EMANUEL
FRIEDMAN, SAID ORIGINAL REQUEST
FOR ADMISSION SHALL REMAIN
UNTOUCHED.
THE USE OF THE WORD "...I...",
HEREINBEFORE, IN THE PRECEDING
NINETY-SIX (96) CONSEQUTIVE
REQUEST FOR ADMISSION WAS AND
IS INTENDED TO REFER TO THE
PLAINTIFF, DONALD S. KOBACK.
IN PLAINTIFF'S REQUEST
FOR ADMISSION 2.61., THE
WORD "...autority..." WAS AND
IS INTENDED TO BE WRITTEN
AS "...AUTHORITY..." .. NUNC pro tunc.

DS/C
12-12-2006

—67—

Q WITH THE FOREGOING IN THE FORE-
GROUND, AND CERTAIN, SPECIFIED
REQUEST FOR ADMISSION REPHRASED
TO ADD THE DEFENDANTS, METROWEST
MEDICAL CENTER, et. al, (See Title
OF THIS DOCUMENT), THE DEFENDANTS
MetroWest Medical Center,
LEONARD MORSE HOSPITAL, FRAMING-
HAM UNION HOSPITAL, TENET
MetroWest Healthcare System LTD
PARTNERSHIP, TENET MetroWest
Healthcare System Ltd.
Partnership, AND METROWEST
HEALTHCARE SYSTEM LTD PARTNERS, etc.
HAVE NOW BEFORE THEM
96 (NINETY SIX) Consecutive
REQUEST FOR ADMISSION.
AS FOLLOWS;

"
1.         ...
1.A,       ...
1.B.       ...
1.C.       ...
1.D.       ...
1.E.       ...
1.F.       ...
1.G.       ...
1.H.       ...

— 68 —

1.I.    . . .                                    .
1.J.    . . .                                    .
1.K.    . . .                                    .
1.L.    . . .                                    .
1.m.    . . .                                    .

. . .                                            ;
. . .
2.      . . .                                    .
2.1.    . . .                                    .
2.2.    . . .                                    .
2.3.    . . .                                    .
2.4.    . . .                                    .
2.5.    . . .                                    .
2.6.    . . .                                    .
2.7.    . . .                                    .
2.8.    . . .                                    .
2.9.    . . .                                    .
2.10.   . . .                                    .
2.11.   . . .                                    .
2.12.   . . .                                    .
2.13.   . . .                                    .
2.14.   . . .                                    .
2.15.   . . .                                    .
2.16.   . . .                                    .
2.17.   . . .                                    .
2.18.   . . .                                    .
2.19.   . . .                                    .
2.20,   . . .                                    .

2. 21.
2. 22.
2. 23.
2. 24.
2. 25.
2. 26.
2. 27.
2. 28.
2. 29.
2. 30.
2. 31.
2. 32.
2. 33.
2. 34.
2. 35.
2. 36.
2. 37.
2. 38.
2. 39.
2. 40.
2. 41.
2. 42.
2. 43.
2. 44.
2. 45.
2. 46.
2. 47.
2. 48.

2.49.
2.50.
2.51.
2.52.
2.53.
2.54.
2.55.
2.56.
2.57.
2.58.
2.59.
2.60.
2.61.
2.62.
2.63.
2.64.
2.65.
2.66.
2.67.
2.68.
2.69.
2.70.
2.71.
2.72.
2.73.
2.74.
2.75.
2.76.

2.77.
2.78.
2.79.
2.80.
2.81.

CAVEAT: BE ON NOTICE
THAT PLAINTIFF DONALD S.
KOBACK'S REQUEST FOR AD-
MISSION DELIVERED TO THE
ATTORNEY(S) AT LAW REPRESENTING
METROWEST MEDICAL CENTER, ET.
AL., DEFENDANTS (SEE TITLE
OF THIS DOCUMENT) WHICH ARE
ARRANGED CONSEQUTIVELY
NUMERICALLY, ALPHABETICALLY
AS 1., 1.A.-1.M.; 2., 2.1.-
2.81. ARE ALSO NUMBERED,
ALPHABETIZED IN A PARALLEL, JUXTAPOSED
FASHION AS TO THESE SPECIFIC
DEFENDANTS, METROWEST MEDICAL
CENTER, ET, AL. (SEE TITLE OF
THIS DOCUMENT) SO THAT 1.
EQUALS OR IS SYNONYMOUS
WITH 11., 1.A. equals or is
SYNONYMOUS WITH 11.AA. UP

-72-

UP TO AND INCLUDING 1.m. WHICH
EQUALS OR IS SYNONYMOUS WITH
11.mm., AND SO FORTH, AND SO ON.'
THAT 2. EQUALS OR IS SYNONYMOUS
WITH 22.11 UP TO AND INCLUDING
2.81. WHICH EQUALS OR IS SYNONYMOUS
WITH 22.8181. AND SO FORTH, AND
SO ON.

# FOLLOWING THIS

# PAGE -73-

COURT DOCUMENT -
   " PLAINTIFF, DONALD S. KOBACK'S
       REQUEST FOR ADMISSION
          UNDER RULE 36
      Fed.R.Civ.P. RULE 36.        "
      (M.D, EMANUEL FRIEDMAN, DEFENDANT)
         DATED: NOVEMBER 2, 2006
WHICH IS

-73-

C
O
N
T
I
N
U
E
D
)

N.B.: THE IMMEDIATELY FOLLOWING
DOCUMENT, REQUEST FOR
ADMISSION — pages —1—
up to and including —60—
CONSTITUTE PAGE—75—
IN THIS DOCUMENT.

—74—

U.S. DISTRICT COURT

EASTERN DIVISION
(BOSTON, MASSACHUSETTS)

CASE NO.: 1:05-CV-
10798-WGY

SEE TITLE
OF THIS DOCUMENT
PAGE -61-

DONALD S. KOBACK,
PLAINTIFF,
PRO SE

VS.

METROWEST MEDICAL
CENTER, ET. AL.,
DEFENDANTS

SEE TITLE
DOCUMENT
METROWEST
ET. AL.
page -61-

PLAINTIFF, DONALD S. KOBACK'S
REQUEST FOR ADMISSION
UNDER RULE 36
Fed. R. Civ. P. RULE 36.
M.D. EMANUEL FRIEDMAN, DEFENDANT

INSERT BETWEEN
THESE TWO (2)
Lines.
DSK
2/10/2007

( PREFACE  N.B. (NOTA BENE):
HEREINAFTER, M.D. EMANUEL FRIEDMAN,
SHALL ALSO IDENTIFY EMANUEL
FRIEDMAN, M.D. AND EMANUEL
FRIEDMAN. FURTHER, THE USE OF M.D.
BEFORE A PERSON'S NAME SHALL
IDENTIFY SAID PERSON IN ACCORDANCE
WITH THE ABOVE.
    1. equals one.
    2. equals two. )

N.B.: PARALLEL,           -1-
JUXTAPOSED
NUMERICAL, ALPHABETICAL           -75-
ARRANGEMENT.

DSKoback
January 10, 2007

1.)
11. THAT EACH OF THE FOLLOWING DOCUMENTS, EXHIBITED
WITH THIS REQUEST IS GENUINE.

1. N.
11. NN. THE COMMONWEALTH OF
MASSACHUSETTS MIDDLESEX
SHERIFF'S OFFICE, INVOICE
#05011 7638(DATE: 06/03/
2005) IN HAND TO KELLY MCTAGUE
WRIT: SUMMONS (4-21-05)
UNITED STATES
DISTRICT COURT
SARAH A. THORNTON
CLERK (BY) DEPUTY
CLERK AND COMPLAINT
SERVE: EMANUEL
FRIEDMAN, M.D.
SERVICE DATE: 5/31/2005
TIME: 9:30 A.M.
SUMMONS IN A CIVIL
COMPLAINT —
05-10798 WGY
EMANUEL FRIEDMAN,
M.D.; RETURN OF
SERVICE CERTIFIED
BY ROBERT A. NATION
DEPUTY SHERIFF,
LETTER TO CLERK OF COURT
DATED: 6-10-05
(TOTAL: FOUR (4) PAPERS).

-76-

1.0,
11.00. ESSEX COUNTY SHERIFF'S
DEPARTMENT INVOICE
#: 05011275 (DATE:
06/03/2005) IN HAND TO PAMELA CHRISTOFERSON
WRIT: SUMMONS (4-21-05)
        UNITED STATES DISTRICT
        COURT, SARAH A.
        THORNTON. CLERK (BY)
        DEPUTY CLERK, AND
        COMPLAINT, DEMAND FOR
        JURY TRIAL, AFFADAVIT,
        AMENDMENT,
SERVE: EROL ONEL,
        ANDOVER UROLOGY,
        ASSOCIATES
SERVICE DATE: 06/02/2005,
        TIME: 9:25 A.M.,
U.S. POSTAL SERVICE —
CERTIFIED MAIL 7004116
0001897204335
SUMMONS IN A CIVIL CASE —
05-10798 WGY (Gil Frechette DEPUTY SHERIFF)
EROL ONEL, ANDOVER UROLOGY
ASSOCIATES (TOTAL FOUR (4)
PAPERS).

—77—

1. P.
11. PP. UNITED STATES DISTRICT COURT
SUMMONS IN A CIVIL CASE
(4-21-05) CIVIL ACTION
NUMBER: 05-10798 WGY
SARAH A. THORNTON, CLERK
(BY) DEPUTY CLERK,
SERVE: JOHN P. LONG, M.D.,
Person in charge Leonard
MORSE HOSPITAL, Metro-
West Medical Center,
BLUE CROSS AND BLUE
SHIELD OF MASSACHUSETTS
HMO BLUE (SAID BEING
A MISNOMER WHICH VIA
NUNC PRO TUNC SHOULD
READ BLUE CROSS BLUE
SHIELD OF MASSACHUSETTS,
HMO BLUE OF MASSACHUSETTS)
FRAMINGHAM UNION HOSPITAL
Person in charge (Metro
West Medical Center)
PROOF OF SERVICE, SIGNED
UNDER PAINS AND PENALTIES
OF PERJURY BY DONALD S.
KOBACK, PLAINTIFF PRO SE
5-24-05, U.S. POSTAL SER-
VICE, RETURN RECEIPTS

—78—

MAILED TO AND FILED WITH
THE U.S. DISTRICT COURT,
BOSTON, MASSACHUSETTS,
RETURN RECEIPTS : 7004
1160 0001 8966 3228,
7004 1160 0001 8966 3235,
7004 1160 0001 8966 3211,
7003 1680 0004 5116 4897,
U.S. POSTAL SERVICE,
CERTIFIED MAIL RECEIPT AND
RETURN RECEIPT U.S. DISTRICT
COURT - 7004 1160 0001
8965 6573 (TOTAL: TEN(10)
PAPERS).

1.Q.
11.QQ.  PROOF OF SERVICE PERSON
IN CHARGE, NEW ENGLAND
MEDICAL CENTER, DATED:
5-15-05 CERTIFIED MAIL
#7003 1680 0004 5116
4941, SIGNED BY DONALD
S. KOBACK, SUMMONS
IN A CIVIL CASE (4-21-05)
UNITED STATES DISTRICT
COURT, SARAH A. THORNTON
CLERK (BY) DEPUTY CLERK

— 79 —

CIVIL ACTION NUMBER
05-10798 WGY,
U.S. POSTAL SERVICE
RETURN RECEIPT: 7003
1680 0004 5116 4941
(TOTAL: FOUR(4) PAPERS).

1.R.
11.RR. PROOF OF SERVICE,
UNITED STATES DISTRICT
COURT, SIGNED BY
DONALD S. KOBACK,
DATED 5-11-05,
U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT
#7003 1680 0004
5116 4971, NEW
ENGLAND MEDICAL CENTER,
7003 1680 5116 4958
(EROL ONEL, NEW ENGLAND
MEDICAL CENTER 7003
1680 5116 4958 (EROL
ONEL, NEW ENGLAND
MEDICAL CENTER)
7003 1680 5116 4934
(EROL ONEL, ANDOVER
UROLOGY ASSOCIATES),
(Total: 3 PAPERS).

—80—

1. S.

11. SS. UNITED STATES DISTRICT COURT
SUMMONS IN A CIVIL CASE
(4-21-05) CIVIL ACTION
NUMBER: 05-10798-WGY
SARAH A. THORNTON, CLERK
(BY) DEPUTY CLERK, IN HAND TO
ARLENE CORBETT, AND COMPLAINT
SERVED TO:
MetroWest Healthcare System
LTD. Partnership, MetroWest
Healthcare System LTD
PARTNERSHIP, MIDDLESEX
DEPUTY SHERIFF'S OFFICE
SUMMONS AND COMPLAINT
SERVED METROWEST
HEALTHCARE SYSTEM LTD
PARTNERS ON 12/27/2005,
COMMONWEALTH OF MASSA-
CHUSETTS, MIDDLESEX
SHERIFF'S OFFICE —
INVOICE # 05043748
WRIT: SUMMONS AND COMPLAINT
SERVICE DATE: 12/27/2005
BY RON HANSON, DEPUTY
SHERIFF (TOTAL: THREE (3)
PAPERS).

—81—

1 T.,
11.TT. Medical Affadavit
OF Xiangyang Li, M.D.
DATE 2/22/06, the above
affadavit was/is answered or responded
produced without waiving (plaintiff,
Donald S. Koback's
OBJECTION(s),
rights, priveleges,
or immunities,
inter alia, (N.B.:
said objection(s), etc.
is antecedent or precedent
to said medical affadavit).

January 10, 2007
1-10-2007
Donald S Koback

January 11, 2007
1-11-2007
Donald S Koback

SEE NEXT PAGE  -83-

-82-    Donald S Koback
January 10, 2007

1..U.,
11.UU. MetroWest Medical Center,
Framingham Union Campus,
DISCHARGE INSTRUCTIONS —
# 3120947 — DR. ROBERT
S. GOULD (OR M.D. ROBERT
S. GOULD).

1.V.,
11.VV. PLAINTIFF, DONALD S. KOBACK'S
PENIS, "BEFORE - 8 inches AND
"AFTER, AND AFTER AND AFTER,
AND AFTER AGAIN UNTIL ZERO (0)
INCH PENIS, INTER ALIA.

Donald S. Koback
January 10, 2007

— 83 —

PLAINTIFF, DONALD S. KOBACK'S
REQUEST FOR ADMISSION
UNDER RULE 36
Fed. R. Civ. P. RULE 36.
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP TENET
MetroWest Healthcare
System Ltd. Partnership,
METROWEST HEALTHCARE
SYSTEM LTD PARTNERS (...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center - Natick,
METROWEST MEDICAL
CENTER, DEFENDANTS OR
DEFENDANT(S)

PLAINTIFF'S REQUEST
FOR ADMISSION
1. N.
11. N'N.

EXHIBIT
DOCUMENT
(PREVIOUSLY LISTED AND
DESCRIBED)



*The Commonwealth of Massachusetts*
*Middlesex Sheriff's Office*
*Civil Process Division*
*P.O. Box 827*
*188 Concord Street*
*Framingham, Massachusetts 01701-0203*
*Phone (508) 872-3110 (508) 872-7831 • Fax (508) 872-3644*

JAMES V. DiPAOLA
SHERIFF

DONALD KOBACK
195 SUNNYSIDE Avenue
WOONSOCKET, RI 02895

Amount Due: $ 0.00
Invoice #:    05017638
Invoice Date: 06/03/2005

Phone:(000)000-0

PLEASE NOTE: RETURN THIS TOP PORTION WITH YOUR PAYMENT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Payment Due Upon Receipt

Writ: SUMMONS AND COMPLAINT

Please send a copy of this invoice with your remittance

DONALD KOBACK
vs.
EMMANUEL FRIEDMAN, M.D.

Invoice #:    05017638
Invoice Date: 06/03/2005

Serve:          EMMANUEL FRIEDMAN, M.D.
                95 LINCOLN Street
                FRAMINGHAM, MA

Served by Deputy Sheriff: ROBERT NATION 56
Service Date: 05/31/2005   Time: 9:30AM
Method of Service: In Hand

| Charge | Amount |
|---|---|
| Attest | 5.00 |
| Basic Service Fee | 30.00 |
| Conveyance | 0.90 |
| Postage and Handling | 1.00 |
| Travel | 10.88 |
| **Total Charges** | 47.78 |

| Payment Date | Check Number | Amount |
|---|---|---|
| 05/26/2005 | 330 | 47.78 |
| **Payment Total** | | 47.78 |
| | Amount Due: | 0.00 |

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN DIVISION    District of    MASSACHUSETTS

(Boston)

DONALD S. KOBACK, pro se
            v.            plaintiff            **SUMMONS IN A CIVIL CASE**

MetroWest Medical
Center,                    **CASE NUMBER:**

            et. al.    05 -10798 WGY

---TO: (Name and address of Defendant)

          EMANUEL FRIEDMAN, M.D.
          95 LINCOLN
          FRAMINGHAM, MASSACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

          DONALD S. KOBACK
          195 SUNNYSIDE AVE
          WOONSOCKET
          R.I. 02895

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

SARAH A. THORNTON

4·21·05
                              DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

---

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

*Middlesex, ss.*

June 3, 2005

I hereby certify and return that on 5/31/2005 at 9:30AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to KELLY MCTAGUE, agent, person in charge at the time of service for EMMANUEL FRIEDMAN, M.D., at , 95 LINCOLN Street, FRAMINGHAM, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($0.90), Postage and Handling ($1.00), Travel ($10.88) Total Charges $47.78

*Robert A. Nation*

_____
Deputy Sheriff

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Donald S. Koback
195 Sunnyside
WOONSOCKET

U.S. DISTRICT COURT RHODE ISLAND 02895
1 COURTHOUSE WAY
SUITE 2300
BOSTON, MASS. 02210

6-10-05

RE: Donald S. Koback v.
Metrowest Medical Center,
et. al.

05-10798-WGY

CLERK OF COURT:

FILE ACCOMPANYING

SUMMONS upon Emanuel FRIEDMAN, M.D.

and EROL ONEL, ANDOVER UROLOGY

ASSOCIATES with Returns of

Service On reverse sides,

Donald S. Koback

Donald S. Koback

PLAINTIFF, DONALD S. KOBACK'S
REQUEST FOR ADMISSION
UNDER RULE 36
Fed.R.Civ.P. RULE 36.
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP TENET
MetroWest Healthcare
System Ltd. Partnership,
METROWEST HEALTHCARE
SYSTEM LTD PARTNERS (...)
MetroWest Medical Center -
Framingham, MetroWest
Medical Center - Natick,
METROWEST MEDICAL
CENTER, DEFENDANT'S OR
DEFENDANT(S)

PLAINTIFF'S REQUEST
FOR ADMISSION
1.0.
11.00.

EXHIBIT
DOCUMENT
(PREVIOUSLY LISTED AND
DESCRIBED)



# Essex County Sheriff's Department
## Division of Civil Process



381 Commn Street
3rd Floor
Lawrence, MA 01840

Frank G. Cousins, Jr.,
Sheriff
Richard J. Roaf, Jr.
Director
Robyn M. Clarke,
Office Manager

TELEPHONE:
(978) 750-1900, ext.
3590
Fax: (978) 741-2585
**PLEASE REMIT TO:**
**P.O. BOX 2019**
**SALEM, MA 01970**

Phone:(401)762-2460

DONALD S. KOBACK

195 SUNNYSIDE
WOONSOCKET, RI 02895

| | |
|---|---|
| Amount Due: | |
| Invoice #: | 05011275 |
| Invoice Date: | $ 1.60 |
| | 06/03/2005 |

------------------------------------------------------------------

PLEASE RETURN THIS TOP PORTION WITH YOUR PAYMENT

------------------------------------------------------------------

# Payment Due Upon Receipt

Writ: summons and complaint, demand for jury trial, affidavit, amendment as o

Please send a copy of this invoice with your remittance

DONALD S. KOBACK

vs.

EROL ONEL

| | |
|---|---|
| Invoice #: | 05011275 |
| Invoice Date: | 06/03/2005 |

Serve:  EROL ONEL
ANDOVER UROLOGY ASSOCIATES
140 HAVERHILL
Andover, MA

Served by Deputy SheriffGil Frechette 933
Service Date:  06/02/200: Time9:25AM

Method of Service:     In Hand

| Charge | Amount |
|---|---|
| Basic Service Fee | 30.00 |
| Travel | 14.40 |
| Copies | 5.00 |
| Conveyance | 1.50 |
| Postage and Handling | 1.00 |
| **Total Charges** | **51.90** |

| Payment Date | Check Number | Amount |
|---|---|---|
| 05/31/2005 | 531 | 50.30 |
| **Payment Total** | | **50.30** |

| | |
|---|---|
| Amount Due: | $ 1.60 |

in hand to Pamela Christofersen, receptionist

ESSEX COUNTY SHERIFF'S DEPARTMENT   •   PROCESS OFFICE   •   (978) 750-1900, Ext. 3590

(c) 2003 SoftCode, Inc.     \\boffice\civilservs\reports\MA_Essex_Invoice_SOL.rpt



**UNITED STATES POSTAL SERVICE**

***** WELCOME TO *****
UXBRIDGE PO
UXBRIDGE, MA  01569-1696
06/11/05 09:03AM

Store USPS          Trans   2
Wksth sys5002       Cashier  BXBRH0
Cashier's Name      KAREN
Stock Unit Id       KAREN
PO Phone Number     800-275-8777
USPS #              2445930569

1. First Class                    4.42
   Destination:     02210
   Weight:          0.50 oz
   Postage Type:    PVI
   Total Cost       4.42
   Base Rate        0.37
        SERVICES
   Certified Mail            2.30
   7004116000189720433
   Rtn Recpt (Green Card)    1.75

Subtotal
Total

MasterCard                        4.42

<23-903241578-98>

MasterCard
ACCT NUMBER        EXP.    CLERK ID
XXXX XXXX XXXX 0500  11/08  05
AUTH 332345  CREDIT TRANS # 104

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

Number of Items Sold: 1

Thank You.
Please come again!

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN DIVISION District of MASSACHUSETTS
(Boston)

Donald S. Koback, Pro Se
v.    PLAINTIFF

**SUMMONS IN A CIVIL CASE**

MetroWest Medical
Center,

CASE NUMBER:

et. al.

## 05 - 10798 WGY

TO: (Name and address of Defendant)

EROL ONEL
ANDOVER UROLOGY ASSOCIATES
140 HAVERHILL
ANDOVER, MASSACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald S. Koback, PRO SE
195 Sunnyside Ave
Woonsocket
Rhode Island 02895

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



ANTON

CLERK

(By) DEPUTY CLERK

4-21-05

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

NAM

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

June 3, 2005

I hereby certify and return that on 6/2/2005 at 9:25AM I served a true and attested copy of the summons and complaint, demand for jury trial, affidavit, amendment as of right and exhibits in this action in the following manner: To wit, by delivering in hand to Pamela Christofersen, receptionist, agent, person in charge at the time of service for EROL ONEL, ANDOVER UROLOGY ASSOCIATES, 140 Haverhill, Andover MA 01810. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($14.40), Postage and Handling ($1.00), Copies ($5.00) Total Charges $51.90

Deputy Sheriff  Gil Frechette

*Deputy Sheriff*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                             Date                    *Signature of Server*

_____
                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

PLAINTIFF, DONALD S. KOBACK'S
REQUEST FOR ADMISSION
UNDER RULE 36
Fed. R. Civ. P. RULE 36.
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP TENET
MetroWest Healthcare
System Ltd. Partnership,
METROWEST HEALTHCARE
SYSTEM LTD PARTNERS (...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center - Natick,
METROWEST MEDICAL
CENTER, DEFENDANT'S OR
DEFENDANT(S)

PLAINTIFF'S REQUEST
FOR ADMISSION
1. P.
11. PP.

EXHIBIT
DOCUMENT
( PREVIOUSLY LISTED AND
DESCRIBED)

**STATES DISTRICT COURT**

~~SIGN~~ District of   MASSACHUSETTS

S. KOBACK PRO SE   **SUMMONS IN A CIVIL CASE**

PLAINTIFF

roWest Medical
Center   CASE NUMBER:

Tenet

and/or et. al.   **05 - 10798 WGY**

DEFENDANTS

TO: (Name and address of Defendant)

JOHN P. LONG, M.D.
139 LINCOLN ST
FRAMINGHAM, MASSACHUSETTS 01702

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD S. KOBACK, PRO SE
195 SUNNYSIDE AVE
WOONSOCKET, RHODE ISLAND
02895

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(BY) DEPUTY CLERK

4-21-05

DATE

**TATES DISTRICT COURT**

**SION** District of _Massachusetts_

KOBACK, PRO SE
PLAINTIFF

**SUMMONS IN A CIVIL CASE**

V.

roWest Medical
Center
(Tenet
And/or et al.
**DEFENDANTS**

**CASE NUMBER:**

05 - 10790 W

TO: (Name and address of Defendant)
Person IN CHARGE
LEONARD MORSE HOSPITAL
metroWest Medical Center
67 UNION ST, NATICK, MASSACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD S, KOBACK, PRO SE
195 SUNNY SIDE AVE
WOONSOCKET, RHODE ISLAND
02895

an answer to the complaint which is herewith served upon you, within ___70___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(BY) DEPUTY CLERK

DATE  4-21-05

# ~~UNITE~~D STATES DISTRICT COURT

~~DIVISION~~    District of    MASSACHUSETTS

(1) S. KOBACK, PRO SE            **SUMMONS IN A CIVIL CASE**
        V.    PLAINTIFF

MetroWest Medical    CASE NUMBER:
        CenteR
        Tenet
and/or et, al,    **05-10798 ...GY**
        DEFENDANTS

TO: (Name and address of Defendant)
Person in charge
BLUE SHIELD and BLUE CROSS OF MASSACHUSETTS
HMO BLUE
401 PARK DRIVE
BOSTON, MASSACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD S, KOBACK, PRO SE
195 SUNNYSIDE AVENUE
WOONSOCKET, RHODE ISLAND
                02895

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

4-21-05
DATE

**_STATES DISTRICT COURT_**

**_DIVISION_**    District of    Massachusetts

NALD S. KOBACK,                    **SUMMONS IN A CIVIL CASE**

v.

MetroWest Medical
Center
(Tenet)                    **CASE NUMBER:**

and/or et. al.    005-1I10798 WGY

05-10798-W6Y

TO: (Name and address of Defendant)

FRAMINGHAM UNION HOSPITAL
PERSON IN CHARGE (MetroWest Medical
~~115 LINCOLN~~) Center
(FRAMINGHAM, MASSACHUSETTS) (Tenet)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD S. KOBACK, PRO SE
195 SUNNYSIDE AVE
WOONSOCKET, RHODE ISLAND
02895

an answer to the complaint which is herewith served upon you, within ___2Ø___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK                    4-21-05
                         DATE

(By) DEPUTY CLERK

# PROOF OF SERVICE

U.S. DISTRICT COURT      1-05-10798-WGY
Boston

I, Donald S. KOBACK, pro se, plaintiff
in the case of Donald S. KOBACK, pro se,
plaintiff v. Metrowest Medical Center,
et, al. have served the
complaint, inter alia, and Summons
(blue ~~pri~~ ink) upon the following by
certified mail, return receipt, first-
(U.S.P.S.);       CLASS
              MAIL

1. John P. hong, M.D.
   139 LINCOLN              Certified mail
   FRAMINGHAM, MA       no 7004 1160 0001 8966 3211

2. Person in Charge
   FRAMINGHAM UNION HOSPITAL   certified no
   metrowest Medical Center   7004 1160 0001 8966 322
   115 LINCOLN, FRAMINGHAM, MA

# EXHIBIT A
# Part 2

3. Person in Charge
   Leonard Morse Hospital
   67 UNION ST   cert receipt
   NATICK, MASS.   #7004 1160 0001
                        8966 3235

4. Person in Charge

   BLUE CROSS and BLUE SHIELD OF MASS.
   A/K/A BLUE SHIELD and BLUE CROSS A/K/A
      OF MASSACHUSETTS        HMO BLUE
   401 PARK DRIVE   cert. mail receipt
   Boston, Mass,   #7003 1680 0004
                        5116 4897

Signed receipts attached

Signed under pains and penalties
of perjury.          Donald S Koback

                  DONALD S. KOBACK
                  Plaintiff's pro se
                  5-24-05

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
MAY 1 9 2005

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address: ☐ No

1. Article Addressed to:

Person in Charge
FRAMINGHAM UNION HOSPITAL
Metrowest Medical Center
115 Lincoln
FRAMINGHAM, MASS.

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7004 1160 0001 8966 3228

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Person in Charge
Leonard Morse Hospital
67 Union St
NATICK, MASS.

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7004 1160 0001 8966 3235

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Lisa Shmeli   5-18-05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

JOHN P. LONG, M.D.
139 LINCOLN ST
FRAMINGHAM
MASS. 01702

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7004 1160 0001 8966 3211

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Person in Charge
Blue Shield and Blue Cross
     OF MASSACHUSETTS
401 PARK DRIVE
BOSTON, MASSACHUSETTS

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____   ☑ Agent
                     ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
   3 Pew ley              5-19

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)             ☐ Yes

2. Article Number
   (Transfer from service label)

7003 1680 0004 5116 4897

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | 1.06 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.11 |

Sent To
CLerK of CourT, U.S DISTRICT Court
Street, Apt. No.; or PO Box No.
1 Courthouse Way Suite
City, State, ZIP+4
Boston, Ma, 02210.           2300

PS Form 3800, June 2002                    See Reverse for Instructions

7004 1160 0001 8965 6572



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

2. Article Number
(Transfer from service label)

7004 1160 0001 8965 6572

PS Form **3811**, February 2004          Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PLAINTIFF, DONALD S. KOBACK'S
REQUEST FOR ADMISSION
UNDER RULE 36
Fed.R.Civ.P. RULE 36.
MetroWest Medical Center,
LEONARD MORSE HOSPITAL
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP TENET
MetroWest Healthcare
System Ltd. Partnership,
METROWEST HEALTHCARE
SYSTEM LTD PARTNERS (...)
MetroWest Medical Center -
Framingham, MetroWest
Medical Center - Natick,
METROWEST MEDICAL
CENTER, DEFENDANTS OR
DEFENDANT(S)

PLAINTIFF'S REQUEST
FOR ADMISSION
1.0.
11.00.

EXHIBIT
DOCUMENT
(PREVIOUSLY LISTED AND
DESCRIBED)

UNITED STATES DISTRICT COURT

EASTERN DIVISION          DISTRICT OF MASSACHUSETTS
(Boston).

DONALD S. KOBACK    CASE NO.- 10798-WGY
          plaintiff

          VS.

MetroWest Medical
          Center

          TENET    PROOF OF

Leonard Morse
          HOSPITAL         SERVICE
www.MWMC.com ;

MetroWest Medical      ON
          Center       Person In Charge
          TENET       New England Medical
                            Center

FRAMINGHAM UNION HOSPITAL
www.MWMC.com ;

New England Medical Center
TEACHING HOSPITAL
TUFTS UNIVERSITY SCHOOL OF
                    MEDICINE ;

EMANUEL FRIEDMAN, M.D.
Leonard Morse Hospital ;

AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

EASTERN DIVISION    District of MASSACHUSETTS
(Boston)

DONALD S. KOBACK, PRO SE        **SUMMONS IN A CIVIL CASE**
        V.    PLAINTIFF

MetroWest Medical Center    CASE NUMBER:
www.MWMC.com
and/or et. al.    Tenet 05 - 10798 WGY
    defendants

TO: (Name and address of Defendant)

Person IN CHARGE
NEW ENGLAND MEDICAL CENTER
750 WASHINGTON ST.
BOSTON, MASSACHUSETTS 02111

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD S. KOBACK, PRO SE
195 SUNNYSIDE AVE
WOONSOCKET, RHODE ISLAND
        02895

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

(By) DEPUTY CLERK

4-21-05
DATE



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

DONALD S. KOBACK
195 SUNNYSIDE AVE
WOONSOCKET
R.I. 02895

CASE NO— 10798-W64

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Lori Maika*  ☑ Agent  ☐ Addressee |
| | B. Received by (Printed Name)  *LORI MAIKA*   C. Date of Delivery  5/10/05 |
| 1. Article Addressed to:<br><br>Person in Charge<br>New England Medical<br>            Center<br>750 WASHINGTON ST<br>Boston, MASS. 02111 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) |
| 2. Article Number<br>(Transfer from service label)   7494 9115 4000 0660 2007 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

PLAINTIFF, DONALD S. KOBACK'S
REQUEST FOR ADMISSION
UNDER RULE 36
Fed. R. Civ. P. RULE 36.
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, TENET
MetroWest Healthcare
System Ltd. Partnership,
METROWEST HEALTHCARE
SYSTEM LTD PARTNERS (...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center - Natick,
METROWEST MEDICAL
CENTER, DEFENDANTS OR
DEFENDANT(S)

PLAINTIFF'S REQUEST
FOR ADMISSION
1. R.
11. R.R.

EXHIBIT
DOCUMENT
( PREVIOUSLY LISTED AND
DESCRIBED)

UNITED STATES DISTRICT COURT

EASTERN DIVISION        DISTRICT OF MASSACHUSETT
(Boston)

DONALD S. KOBACK        Case No- 10798-W6Y
          Plaintiff
    V.     PRO SE

MetroWest Medical Center
www. MWMC.com    TeneT
        defendants

      and/or et al
          defendants

        PROOF OF SERVICE

PLAINTIFF, Donald S. KOBACK, PRO SE,
has served the following persons, etal
via U.S.P.S. certified mail,
return receipt requested:

1. Person in charge, New England
Medical Center, 750 WASHINGTON
ST., BOSTON, MASSACHUSETTS 02111

2. EROL ONEL

NEW ENGLAND MEDICAL CENTER

750 WASHINGTON ST.

Boston, Massachusetts
02111

3. EROL ONEL

ANDOVER UROLOGY ASSOCIATES

140 HAVERHILL

ANDOVER, MASSACHUSETTS
01810

See attached "PROOFS OF SERVICE"
USPS - 7003 1680 0004 5116 4934, 7003 1680 0004
5116 4941, 7003 1680 0004 5116 4958.

Subscribed and Sworn

Under pains and penalties

of perjury.

MAY 11, 05        Donald S. Koback

DONALD S. KOBACK
PRO SE
5 - 11 - 05

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

BOSTON, MA 02111

| | | UNIT ID: 0569 |
|---|---|---|
| Postage | $ | 2.44 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.49 |

Postmark Here
Clerk: KM67NG
05/03/05

7003 1680 0004 5116 4941

Sent To: Person in Charge New England Medical Center
Street, Apt No., or PO Box No. 750 WASHINGTON ST.
City, State, ZIP+4 Boston, Ma, 02111

PS Form 3800, June 2002        See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

BOSTON, MA 02111

| | | UNIT ID: 0569 |
|---|---|---|
| Postage | $ | 2.44 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.49 |

Postmark Here
Clerk: KM67NG
05/01/05

7003 1680 0004 5116 4958

Sent To: EROL ONEL New England Medical Center
Street, Apt No., or PO Box No. 750 WASHINGTON ST
City, State, ZIP+4 Boston Mass 02111

PS Form 3800, June 2002        See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

ANDOVER, MA 01810

| | | UNIT ID: 0569 |
|---|---|---|
| Postage | $ | 2.44 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.49 |

Postmark Here
Clerk: KM67NG
05/01/05

7003 1680 0004 5116 4934

Sent To: EROL ONEL ANDOVER UROLOGY ASSOC
Street, Apt No., or PO Box No. 140 HAVER HILL
City, State, ZIP+4 ANDOVER, MASS 01810

PS Form 3800, June 2002        See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL₁₄₁ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₀

OFFICIAL USE

BOSTON, MA 02111

7003 1680 0004 5116 4941

| | | UNIT ID: 0569 |
|---|---|---|
| Postage | $ 2.44 | |
| Certified Fee | 2.30 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.75 | Clerk: KH87NG |
| Restricted Delivery Fee (Endorsement Required) | | 08/03/05 |
| Total Postage & Fees | $ 6.49 | |

Sent To
Person in Charge New England Medical Center
Street, Apt. No.; or PO Box No. 750 WASHINGTON St.
City, State, ZIP+4 Boston, Ma, 02111

PS Form 3800, June 2002          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL₁₄₁ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

BOSTON, MA 02111

7003 1680 0004 5116 4958

| | | UNIT ID: 0569 |
|---|---|---|
| Postage | $ 2.44 | |
| Certified Fee | 2.30 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.75 | Clerk: KH87NG |
| Restricted Delivery Fee (Endorsement Required) | | 05/03/05 |
| Total Postage & Fees | $ 6.49 | |

Sent To
EROL ONEL New England Medical Center
Street, Apt. No.; or PO Box No. 750 WASHINGTON ST
City, State, ZIP+4 Boston Mass. 02111

PS Form 3800, June 2002          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL₁₄₁ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

ANDOVER, MA 01810

7003 1680 0004 5116 4934

| | | UNIT ID: 0569 |
|---|---|---|
| Postage | $ 2.44 | |
| Certified Fee | 2.30 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.75 | Clerk: KH87NG |
| Restricted Delivery Fee (Endorsement Required) | | 05/05/05 |
| Total Postage & Fees | $ 6.49 | |

Sent To
EROL ONEL ANDOVER UROLOGY ASSOC
Street, Apt. No.; or PO Box No. 140 HAVERHILL
City, State, ZIP+4 ANDOVER, MASS 01810

PS Form 3800, June 2002          See Reverse for Instructions

PLAINTIFF, DONALD S. KOBACK'S
REQUEST FOR ADMISSION
UNDER RULE 36
Fed. R. Civ. P. RULE 36.
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP TENET
MetroWest Healthcare
System Ltd. Partnership,
METROWEST HEALTH CARE
SYSTEM LTD PARTNERS (...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center - Natick,
METROWEST MEDICAL
CENTER, DEFENDANTS OR
DEFENDANT(S)

PLAINTIFF'S REQUEST
FOR ADMISSION
1. S.,
11. SS.

EXHIBIT
DOCUMENT
( PREVIOUSLY LISTED AND
DESCRIBED )

CASE NO.: 05-10798-WGY

AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

EASTERN DIVISION (Boston) District of Massachusetts

Donald S. Koback
Plaintiff

**SUMMONS IN A CIVIL CASE**

v.

MetroWest Medical
Center,

- et. al.
defendants

**CASE NUMBER:**

05 - 10798 WGY

TO: (Name and address of Defendant)  TENET
MetroWest Healthcare System LTD Partnership
MetroWest Healthcare System Limited Partnersh.
99 LINCOLN STREET
FRAMINGHAM, MASS.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald S. Koback, PRO SE
195 Sunnyside Ave
Woonsocket
Rhode ISLAND 02895

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

4-21-05

DATE



*The Commonwealth of Massachusetts*
*Middlesex Sheriff's Office*
*Civil Process Division*
*P. O. Box 827*
*188 Concord Street*
*Framingham, Massachusetts 01701-0203*
*Phone (508) 872-3110 (508) 872-7831 • Fax (508) 872-3644*

**JAMES V. DIPAOLA**
SHERIFF

DONALD KOBACK
195 SUNNYSIDE Avenue
WOONSOCKET, RI 02895

Amount Due: $0.00
Invoice #:    05043748
Invoice Date: 12/28/2005

Phone:(401)262-2460

PLEASE NOTE: RETURN THIS TOP PORTION WITH YOUR PAYMENT

## Payment Due Upon Receipt    Writ: SUMMONS AND COMPLAINT

Please send a copy of this invoice with your remittance.

DONALD KOBACK
vs.
METROWEST HEALTHCARE SYSTEM LTD PARTNERS

Invoice #:    05043748
Invoice Date: 12/28/2005

Serve:    METROWEST HEALTHCARE SYSTEM LTD PARTNERS
          99 LINOCLN Street
          FRAMINGHAM, MA

Served by Deputy Sheriff RON HANSON 30
Service Date: 12/27/2005
Method of Service: In Hand

| Charge | Amount |
|---|---|
| Attest | 5.00 |
| Basic Service Fee | 30.00 |
| Conveyance | 0.90 |
| Postage and Handling | 1.00 |
| Travel | 10.88 |
| **Total Charges** | 47.78 |

| Payment Date | Check Number | Amount |
|---|---|---|
| 12/23/2005 | | 47.78 |
| 12/23/2005 | | 2.22 |
| **Payment Total** | | 0.00 |

Amount Due: $0.00

Refund Amount
Refund Check

AO

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

*Middlesex, ss.*

NAM

December 28, 2005

I hereby certify and return that on 12/27/2005 at 11:20AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to ARLENE CORBETT, agent, person in charge at the time of service for METROWEST HEALTHCARE SYSTEM LTD PARTNERS, at , 99 LINOCLN Street, FRAMINGHAM, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($0.90), Postage and Handling ($1.00), Travel ($10.88) Total Charges $47.78

*Deputy Sheriff*

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                    *Signature of Server*

                                            _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

PLAINTIFF, DONALD S. KOBACK'S
REQUEST FOR ADMISSION
UNDER RULE 36
Fed.R.Civ.P. RULE 36.
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, TENET
MetroWest Healthcare
System Ltd. Partnership,
METROWEST HEALTH CARE
SYSTEM LTD PARTNERS (...)
MetroWest Medical Center -
Framingham, MetroWest
Medical Center - Natick,
, METROWEST MEDICAL
CENTER, DEFENDANTS OR
DEFENDANT(S)

PLAINTIFF'S REQUEST
FOR ADMISSION
1.1.
11.T.T.

EXHIBIT
DOCUMENT
(PREVIOUSLY LISTED AND
DESCRIBED)

WITHOUT waiving PLAINTIFF, DONALD KOBACK'S responses, objections, privileges, and immunities, said plaintiff answers and produces:

Xiangyang Li, M.D. Ph.D
ADULT AND CHILD PSYCHIATRY
215 WEST STREET
MILFORD, MASSACHUSETTS 01757

TEL. (508) 478-6868    FAX 473-6065

1-11-2007
JSK
January 11,
2007

2/22/06

To whom it may concern:

Donald Koback has been under my care since Sept, 2003. His dx includes Bipolar disorder with psychotic features. His major stress, per Donald, is from his penis surgery, which Donald believes was wrongfuly done by his MD. This stress has negative impact on his mentally well-being. If you have any question, plese contact this office.

Signed under pains / penalty of perjury

PLAINTIFF, DONALD S. KOBACK'S
REQUEST FOR ADMISSION
UNDER RULE 36
Fed.R.Civ.P. RULE 36.
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP TENET
MetroWest Healthcare
System Ltd. Partnership,
METROWEST HEALTH CARE
SYSTEM LTD PARTNERS (...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center - Natick,
METROWEST MEDICAL
CENTER, DEFENDANT'S OR
DEFENDANT(S)

PLAINTIFF'S REQUEST
FOR ADMISSION
1. U.
11. UU.

EXHIBIT
DOCUMENT
( PREVIOUSLY LISTED AND
DESCRIBED )

**MetroWest Medical Center**
Framingham Union Campus
**DISCHARGE INSTRUCTIONS**

METROWEST MED CNTR FRAM CAM
2120947 GOULD,ROBE 051331
KOBACK,DONALD          N
04/28/95 IN          V51-43
277 LAKE DR
CHELMSFRT RI 02814

| MEDICATIONS | Dose | Time | R.N. | Check if Prescription given | Check if at home |
|---|---|---|---|---|---|
| KEFLEX 500 mg  1 capsule 3 times a day for 7 days | | | | ✓ | |
| TYLENOL #3  1 tablet every 4 hours as needed for pain | | | | ✓ | |
| | | | | | |
| | | | | | |
| | | | | | |

| ACTIVITY | DIET | FOLLOW-UP APPOINTMENTS |
|---|---|---|
| As tolerated no heavy lifting | Regular | as scheduled Call for appt |

INSTRUCTIONS (completed and signed by all staff giving instructions. Include services arranged with schedule, names and addresses of providers. Note if preprinted or other instructions are given.)

- no heavy lifting until cleared by MD.
- Watch incision site for signs of infection (redness, swelling, purulent Discharge)
- Call if have elevated temperature > 100.5
- take full course of Antibiotics (keflex)
- ~~Wa~~ May wash incision - no soap - do not scrub incision site - pat dry with towel.

Instructions (fill in the blank if readmission is planned within 31 days.)  Dr Gould 1-508-879-6226

Doctor _____ will readmit on (date) _____

for (procedure) _____

M.D. _____ DATE _____ TEL _____

Physician signature _____

R.N. _____ DATE 4/28/95

Nurse discharging patient

I hereby acknowledge participating in, understanding, and receipt of the Discharge Plan.

Signature _____  Date 4/28/95
Patient, Significant other

White—Patient          Yellow—Medical Record          Pink—Physician          Gold—Continuing Care

PLAINTIFF DONALD S. KOBACK'S
REQUEST FOR ADMISSION
UNDER RULE 36
Fed. R. Civ. P. RULE 36.
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP TENET
MetroWest Healthcare
System Ltd. Partnership,
METROWEST HEALTHCARE
SYSTEM LTD PARTNERS (...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center - Natick,
METROWEST MEDICAL
CENTER, DEFENDANT'S OR
DEFENDANT(S)

PLAINTIFF'S REQUEST
FOR ADMISSION
1. V.
11. VV.

EXHIBIT
DOCUMENT
(PREVIOUSLY LISTED AND
DESCRIBED)

Donald S Koback
2-15-2000

WHEN WHOLE 8" ERECT

1st SHOT SOME SWELLING GIRTH

twice Girth                    INJECTION PAPAVERINE
                              CAUSING 2" Girth

2nd SHOT (OVERDOSE)

Penis SWELLS 2½ Girth + SHRINKS TO
within 30-60 MINUTES                    6"

INJECTION
PAPAVERINE
CAUSES...
8 days...
w/o...

priapism,
fibrosis,
disc... with...
dist...
Less of function

DATES INJECTIONS
6-30—7-25, 1992

M.D., EMANUEL FRIEDMAN

Charles R Wilson
1-12-2007

OSh
1-12-2007

SLIGHT Downward point ...

under 8"

2.,

22. THAT EACH OF THE FOLLOWING STATEMENTS
IS TRUE.

C
O
N
T
I
N
U
E
D

page -84-

- 83.5 -

2.82.,
22.8282.

DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare System Ltd. Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS(...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER, NAMED OR SPELLED
IMMEDIATELY PRIOR HERETO, HEREAT
ARE THEIR AND/OR ITS LEGALLY
AUTHORIZED IDENTIES AND/OR
IDENTITY.

Mead

2.83.,
22.8383.
DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare, Ltd. Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS (...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER WERE, AT ALL
RELEVANT DATE(S), REFERENCE
HEREBY MADE TO PLAINTIFF
DONALD S. KOBACK'S REQUEST
FOR ADMISSION 1., 1.A. —
1.m., 11., 11.AA. — 11.mm.,
2., 2.1 — 2.81, 22., 22.11 — 22.8181.,
"doing business as", d/b/a, AS
NAMED OR SPELLED HEREINBEFORE,
PLAINTIFF ALSO POINTS TO PAGES —1—
UP TO INCLUDING PAGE —75ᵗ.

— 85 —

DSK
11-27-2006

2.84.
22.8484.
DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare System Ltd Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS (...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER USED ONE OR
MORE OF THE LEGALLY AUTHORIZED
IDENTITY (IDENTITIES) AND/OR
"doing business as" (d/b/a)
named OR SPELLED HEREINABOVE
ON EACH DATE(S) OF TREATMENT
By M.D. EMANUEL FRIEDMAN, M.D.
ROBERT S. GOULD, AND M.D.
JOHN P. LONG, JR., SAID MEDICAL
DOCTORS PRACTICING UNDER THE
DEFENDANTS (DEFENDANT(s)' AUSPICES.

— 86 —

QSW
11-27-2006

2.85.,
22.8585.
DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare System Ltd. Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS(...)
MetroWest Medical Center—
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER USED ONE
OR MORE OF THE LEGALLY
AUTHORIZED IDENTITY (IDENTITIES)
AND/OR "doing business as"
(d/b/a) NAMED OR SPELLED
HEREINABOVE, ON EACH DATE(S)
OF SURGERY (IMPLANTING, EX—
PLANTING) BY M.D. EMANUEL
FRIEDMAN, M.D. ROBERT S. GOULD,
AND M.D. JOHN P. LONG, JR.,
SAID MEDICAL DOCTORS OPERATING
UNDER THE DEFENDANTS (DEFENDANT(S)
AUSPICES.      — 87 —

11-27-2006
DLR

2.86.,
22.8686.
DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare System Ltd, Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS(...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER ARE (OR IS)
A LEGAL IDENTITY AUTHORIZED
OR APPROVED BY THE SECRETARY
OF THE Commonwealth (Boston,
MASSACHUSETTS) AND/OR THE
SECRETARY OF PUBLIC HEALTH,
BOSTON, MASSACHUSETTS.

— 88 —

11-27-2006
OSML

2.87.,
22.8787.

DEFENDANT'S OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare, System Ltd. Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS(...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER AND M.D. EMANUEL
FRIEDMAN'S INJECTION(S) INTO THE
PLAINTIFF, DONALD S. KOBACK'S
PENIS, SCROTUM, ETC, WERE
UNUSUAL TO STATE THE LEAST.

— 89 —

11-27-2006
DSK

2.88,
22.8888.
DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare System, Ltd. Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS(...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER AND M.D. EMANUEL
FRIEDMAN's, M.D. ROBERT S. GOULD's,
AND M.D. JOHN P. LONG, JR.'s
SURGERIES WERE UNUSUAL TO
STATE THE LEAST AND LEFT
SOMETHING TO BE DESIRED,

— 90 —

11-27-2006
OBU

2.89.
22.8989.
DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healtheare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare System Ltd, Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS(...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER ACTIONS
AND/OR OMISSIONS WERE AND
ARE THE CAUSE IN FACT AND
THE PROXIMATE OF PLAINTIFF,
DONALD S, KOBACK's INJURIES
AND/OR ILLNESSES.

— 91 —

11-27-2006
D/sk

2.90.,
22.9090.
DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare System Ltd. Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS (...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER CONTEND
THAT THE DEFENDANT M.D. EROL
ONEL AND/OR THE DEFENDANT,
NEW ENGLAND MEDICAL CENTER
(TUFTS UNIVERSITY SCHOOL OF
MEDICINE) WERE AND ARE
THE CAUSE IN FACT AND THE
PROXIMATE CAUSE OF THE
PLAINTIFF, DONALD S. KOBACK'S
INJURIES AND ILLNESSES,
BECAUSE OF SAID DEFENDANT, M.D.
EROL ONEL AND/OR DEFENDANT, NEW ENGLAND
MEDICAL CENTER (TUFTS UNIVERSITY School OF MEDICINE)'S
ACTIONS AND/OR OMISSIONS-ERRORS, MISTAKES,
— 92 —

11-27-2006
D&b

2.91.,
22.9191.
DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare, Ltd. Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS (...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER WERE, ARE, AND
REMAIN(S) LIABLE FOR THE
INADEQUATE MEDICAL AND
HOSPITAL CARE RECEIVED BY
THE PLAINTIFF, DONALD S. KOBACK
BY OR FROM THE DEFENDANTS
OR DEFENDANT(S) AND THEIR
MEDICAL DOCTORS, SUCH TREATMENT
RIDDLED WITH GLARING ERROR(S),
MISTAKE(S), AND/OR MALPRACTICE
CAUSING SUCH VISIBLE BODY DEFECTS AND LOSS OF
FUNCTION THAT PERSONS OF ORDINARY EXPERIENCE-
LAY PERSONS-CAN COMPREHEND, APPRECIATE THE
GRAVITY, DEPTH, MAGNITUDE WITHOUT THE NEED
OF MEMBERS OF THE MEDICAL COMMUNITY.
OR UNAIDED BY          —93—

11-27, 2006
DSK

2.92.,
22.9292.
DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare, System Ltd. Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS (...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER'S ACTIONS AND/OR
OMISSIONS, MALPRACTICE, MISTAKES AND/
OR ERRORS ARE GOVERNED, CONTROLLED BY,
OR FALL UNDER THE RULES OF LAW AND/
OR EQUITY WHICH COME UNDER THE
HEADING OF PROMISSORY ESTOPPEL,
FRAUD IN THE INDUCEMENT, AND
MISREPRESENTATION, FRAUD.

— 94 —

11-27-2006
Olh

2.93.,
22.9393.
DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare System, Ltd, Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS (...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center—
Natick, METROWEST
MEDICAL CENTER HAD, HAVE, AND CON-
TINUE TO HAVE A DUTY TO EXERCISE REASON-
ABLE CARE AND/OR TO REFRAIN FROM UNREASONABLE
CARE EITHER THROUGH ACTIONS AND/OR OMISSIONS,
A DUTY TO EXERCISE A REASONABLE STANDARD
OF MEDICAL CARE AND/OR TO REFRAIN FROM
UNREASONABLE STANDARDS OF MEDICAL CARE,
EITHER THROUGH ACTIONS AND/OR OMISSIONS,
SAID DEFENDANTS OR DEFENDANT(S)
BREACHED AND CONTINUE TO BREACH
THEIR OR ITS DUTY (DUTIES).

— 95 —

11-27-2006
O.L.

2.94.,
22.9494.

DEFENDANT'S OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare System Ltd. Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS(...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER's ACTIONS AND/OR
OMISSIONS, MALPRACTICE, MISTAKES OR
ERRORS ARE GOVERNED, CONTROLLED BY
certAIN DOCTRINES OF LAW AND/OR
EQUITY INCLUDING Res ipsa
loquitur (THE THING SPEAKS FOR
ITSELF) Res gestæ (THE THING
OR THINGS HAPPENED),
Res fungibles (FUNGIBLE THINGS),
INTER ALIA, ET. AL., ETCETERA.

— 96 —

11-27-2006
DSL

2.95.,
22.9595.
DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare System, Ltd Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS(...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER CONTENDS
THAT THE DEFENDANT M.D, EROL
ONEL, THE DEFENDANT NEW
ENGLAND MEDICAL CENTER,
AND/OR THE DEFENDANT TUFTS
UNIVERSITY SCHOOL OF MEDICINE
BREACHED HIS OR THEIR DUTY
(DUTIES), HIS OR THEIR STANDARD
OR STANDARDS OF CARE WITH RE-
SPECT (OR REGARD) THE PLAINTIFF,
DONALD S, KOBACK.

— 97 —

11-27-2006
D/L

2.96.,
22.9696.
DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare System Ltd Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS(...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER ENGAGED IN A
tete-a-tete WITH THE
OTHER DEFENDANTS OR DEFENDANT(S)
AND OTHER NON-PARTIES, THEREBY
WAIVING ATTORNEY-CLIENT
PRIVILEGE.

— 98 —

11-27-2006
OBu

2.97.

22.9797.

DEFENDANTS OR DEFENDANT(S)
MetroWest Medical Center,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL,
TENET MetroWest
Healthcare System LTD
PARTNERSHIP, AND/OR
TENET MetroWest
Healthcare System Ltd Partnership,
AND/OR METROWEST
HEALTHCARE SYSTEM
LTD PARTNERS(...)
MetroWest Medical Center-
Framingham, MetroWest
Medical Center —
Natick, METROWEST
MEDICAL CENTER HAVE EXAMINED
THE PLAINTIFF DONALD S. KOBACK'S
DOCTRINE OF RIGID VARIATION AND HAVE
BEEN UNJUSTLY ENRICHED THEREBY.

Donald S. Koback
1-5-2007
Donald S Koback
January 11, 2007
DSK 1-11-2007
DSK 1-10-2007
DSK 1-10-2007

PREFACE CONTINUED: 1., 1.A.-1.M.,
11., 11.AA.-11.mm.; 2., 2.1.-2.81, 22.,
22.11.-22.8181, 1., 1.N.-1.V., 11.,
11.NN.-11.VV., 22., 22.82-22.97,
22.8282-22.9797.

page -1- through page -6-, EXHIBITS 1.A.-1.M., page -65- to page -60-
DOCUMENTS DESCRIBED
GENUINE VEL NON
1.A. -1.M.

STATEMENTS
(TRUE VEL NON)

PAGE -61- UP TO AND INCLUDING PAGE -99-
page -61- through -74-, page -75-, page -76- through -83, page 83.5-
page -61-                               (WHICH EQUALS        through
through-          documents        page -1- through   EXHIBIT 1.N.-1.V., -99-
-83 1.N.-1.V.,    describe       -60- )              11. 11.NN.-11.VV.    STATEMENTS
                  11.NN.-11.VV.           -99-        AFTER page -83- (true vel non),
DSK NOVEMBER 26, 2006    DSK 12-12-2001    DONALD S. KOBACK PLAINTIFF,
11-27-2006                                 November 26, 2006    PRO SE

# CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights privileges, or immunities, I, DONALD S. KOBACK PLAINTIFF, PRO SE, CIVIL ACTION No.'s 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

## 1. DOCUMENTS:

PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION UNDER RULE 36 Fed. R. Civ. P. RULE 36. MetroWest Medical Center, LEONARD MORSE HOSPITAL, FRAMINGHAM UNION HOSPITAL AND TENET MetroWest Healthcare System LTD PARTNERSHIP AND/OR TENET MetroWest Healthcare System Ltd. Partnership, AND/OR METROWEST HEALTHCARE SYSTEM LTD PARTNERS (OF FRAMINGHAM MASSACHUSETTS, WHICHEVER IS THE TRUE, CORRECT, ACCURATE)

Donald S. Koback
January 16, 2007

LEGAL NAME OR IDENTITY
AT THE DATE OF FILING, DATE(s) OF TREATMENT,
THE                    LOCATIONS
OF LEONARD MORSE HOSPITAL
IS              NATICK, MASSA-
CHUSETTS, FRAMINGHAM UNION
HOSPITAL,
FRAMINGHAM, MASSACHUSETTS
METROWEST MEDICAL CENTER (See Caption),
            FRAMINGHAM
MASSACHUSETTS, THOSE NAMED
HEREINABOVE AND THOSE NAMED
HEREINBELOW ARE
AMONG THOSE REQUESTED
TO FORWARD TO THE PLAINTIFF,
DONALD S. KOBACK,

RESPONSE AND/OR ADMIT,
DENY, OR OTHERWISE;
PLAINTIFF, DONALD S,
KOBACK INSISTS THAT
EACH OF THE REQUESTS
FOR ADMISSION BE AD-
MITTED, DENIED OR OTHER-
WISE BY THEIR CHIEF
EXECUTIVE OFFICER AND
HIS/HER DESIGNEE
WITH KNOWLEDGE OF

THIS ON GOING FACT
SITUATION RELATING
TO THIS CIVIL ACTION
WHO IS READY, WILLING
ABLE AND OTHERWISE
CAPABLE, AUTHORIZED,
EMPOWERED TO FOR-
WARD TO THE PLAINTIFF,
DONALD J. KOBACK

AUTHENTIC RESPONSES - GENUINE
ANSWERS (DOCUMENTS-EXHIBITS)
AND TRUE STATEMENTS, OR
OBJECTIONS IN RESPONSE
AND/OR ADMIT(S)
DENY(S), OR OTHERWISE)
Metro West Medical Center - Framingham,
Metro-West Medical Center - Natick,
METROWEST MEDICAL CENTER,
DEFENDANTS AND/OR DEFENDANT(S).

2. DEFENDANTS' ATTORNEYS AT LAW



Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite 10
Boston, MA 02135

Daniel J. Griffin, Esq.
Lynda Riesgo Jensen, Esq.
Martin, Magnuson, McCarthy &
Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman
& Guekguezian
75 Federal Street, 10th FLOCR
Boston, MA 02110
Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

DATE: 1-16-2007
SIGNED UNDER PAINS AND PENALTIES OF PER-
JURY ON JANUARY 16 2017.

DONALD S. KOBACK, PLAINTIFF
PRO SE, DATE: JANUARY 16 2007

CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT IN AND FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD S. KOBACK,<br><br>       Plaintiff,<br><br>v.<br><br>METROWEST MEDICAL CENTER,<br>LEONARD MORSE HOSPITAL,<br>FRAMINGHAM UNION HOSPITAL,<br>NEW ENGLAND MEDICAL CENTER,<br>TUFTS UNIVERSITY SCHOOL OF<br>MEDICINE, HMO BLUE OF<br>MASSACHUSETTS, BLUE CROSS<br>BLUE SHEILD OF MASS.,<br>FRIEDMAN, M.D., JOHN P. LONG, M.D.<br>AND EROL ONEL, M.D.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-CV-10798-WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT, METROWEST MEDICAL CENTER'S, RULE 7.1(A)(2) CERTIFICATION

I, Barbara Hayes Buell, hereby certify that I conferred with Plaintiff Donald S. Koback pursuant to Local Rule 7.1(A)(2) regarding Mr. Koback's Request for Admission which he served upon my client on January 17, 2007. Despite a good faith attempt to resolve various issues surrounding Mr. Koback's Request for Admission, we were unable to reach a mutually agreeable result.

*Certificate of Service*
I hereby certify that I have served a true copy
of the within document upon all concerned
parties, by mail, postage prepaid *or else in hand.*

Dated: January 31, 2007

Barbara Hayes Buell, BBO# 063480
BLOOM & BUELL
Attorney for Defendant,
*MetroWest Medical Center*
1340 Soldiers Field Road, Suite Two
Boston, MA 02135-1020
(617)-254-4400