U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION
(BOSTON, MASSACHUSETTS)

DONALD S. KOBACK,
PLAINTIFF,
PRO SE,

VS.

METROWEST MEDICAL
CENTER, ET. AL.,
DEFENDANTS

CIVIL ACTION NO.:

1:05-CV-10798-WGY

PLAINTIFF, DONALD S. KOBACK, PRO SE,
OBJECTS —

TO COURT DOCUMENT(S) AND/OR NOTICE(S), HANDED, OR OTHERWISE DELIVERED TO THE JUDGE(S), THE U.S. DISTRICT COURT, BOSTON, MASS., AND/OR ANY COURT OFFICER (INCLUDING, BUT NOT LIMITED TO MATTHEW PAINE), OR TO ANY AGENT, BY THE DEFENDANTS' ATTORNEYS AT LAW OR ANYONE ELSE (PERSON, GOVERNMENT); AND

TO COURT ORDERS ENTERED AND FILED OUTSIDE THE PRESENCE OF THE PLAINTIFF, DONALD S. KOBACK, PRO SE; AND

TAKES EXCEPTION THERETO FOR THE SAKE OF APPEAL

ONE (1)

PLAINTIFF, DONALD S. KOBACK, PRO SE, OBJECTS —

TO COURT DOCUMENT(S) AND/OR NOTICE(S) HANDED, OR OTHERWISE DELIVERED TO THE JUDGE(S), THE U.S. DISTRICT COURT, BOSTON, MASSACHUSETTS, AND/OR ANY COURT OFFICER AND/OR TO ANY AGENT (INCLUDING BUT NOT LIMITED TO MATTHEW PAINE, BE HE COURT OFFICER, AGENT, REPRESENTATIVE, INTER ALIA) BY THE DEFENDANTS' ATTORNEYS AT LAW OR ANYONE ELSE, INCLUDING, BUT NOT LIMITED ANY DEFENDANT, HIS ATTORNEY AT LAW, OR ATTORNEYS AT LAW), ET. AL. (ANY PERSON (OTHER), ANY GOVERNMENT (OTHER); AND

TO COURT ORDERS ENTERED AND FILED OUTSIDE THE PRESENCE OF THE PLAINTIFF, DONALD S. KOBACK, PRO SE; AND

TAKES EXCEPTION THERETO FOR THE SAKE OF APPEAL, THE FOREGOING, THEN, NOW, HEREAFTER, BEING VIOLATIVE OF PLAINTIFF, DONALD S. KOBACK'S AND/OR PLAINTIFF, DONALD S. KOBACK, PRO SE'S RIGHTS, PRIVILEGES, AND IMMUNITIES.

TWO (2)

COURT ORDER(S) AS TO WHICH THE PLAINTIFF, DONALD S. KOBACK, PRO SE, OBJECTS TO THE POSITION TAKEN BY THE DEFENDANT(S) OR THEIR ATTORNEY(S) AT LAW OR ANY OTHER PERSON, GOVERNMENT AGENT, OFFICER, REPRESENTATIVE, INTER ALIA VIS-A-VIS SAID COURT ORDER(S) AND AS TO WHICH PLAINTIFF, DONALD S. KOBACK, PRO SE, TAKES EXCEPTION FOR THE SAKE OF APPEAL ARE LISTED IN THE ORDER RECEIVED (POSTMARKED) AS FOLLOWS:

ORDER entered on 1/22/2007 at 2:59 PM EST;

ORDER entered on 2/5/2007 at 12:22 PM EST. (THIS "ORDER", ACCOMPANYING "NOTICE", AND REFERENCE TO "OTHER" CONSTITUTES A LEGAL and/or FACTUAL IMPOSSIBILITY (A FALSEHOOD) AS IT WAS MAILED (POSTMARKED) ON 1/23/2007.);

* ORDER entered on 1/24/2007 [COURT DOCUMENT NO. [168] at 1:28 PM EST;

ORDER entered on 1/24/2007 [COURT DOCUMENT NO. [171] at 9:25 AM EST;

ORDER entered on 1/25/2007 at 1:39 PM EST;

ORDER entered on 1/30/2007 inter alia at 12:52 PM EST —

ALL OF WHICH ORDER(S) PURPORTING To Be FILED ON DATE ENTERED THREE (3) * except ORDER 1/24/2007 at 9:25 A.M., FILED 1/23/2007;

PLAINTIFF, DONALD S. KOBACK, PRO SE, HEREBY INCORPORATES BY REFERENCE EACH / OF IMMEDIATELY PRECEDENT (SEE SEMI-COLON (;) immediately preceding) COURT ORDER(S) GOING FROM TOP TO BOTTOM OR 1/22/2007, through 2/5/2007; DOWN TO, AND INCLUDING COURT ORDER entered on 1/30/2007 AS WELL AS THE LAST SENTENCE — "ALL OF WHICH ORDER(S), inter alia, PURPORTING TO BE FILED ON DATE ENTERED;" AS IF FULLY SET FORTH HEREAT, HEREIN, WORD FOR WORD, NUMBER FOR NUMBER, PUNCTUATION MARK FOR PUNCTUATION MARK, AS WELL AS SPACE(S) BETWEEN WORD(S), NUMBER(S), AND/OR PUNCTUATION MARK(S); COPY (COPIES) OF SAID FOREGOING COURT ORDER(S) AND IT'S (THEIR) CORRESPONDING POSTMARKED (RECEIVED) ENVELOPES ARE INCORPORATED BY REFERENCE HEREIN AND SET FORTH AS

PAGE FIVE (5) — ORDER 1/22/2007,
PAGE SIX (6) — CORRESPONDING ENVELOPE (ABOVE ORDER)
PAGE SEVEN (7) — ORDER 2/5/2007,
PAGE EIGHT (8) — CORRESPONDING ENVELOPE (ABOVE ORDER),
PAGE NINE (9) — ORDER 1/24/2007,
PAGE TEN (10) — CORRESPONDING ENVELOPE (ABOVE ORDER),

FOUR (4)

PAGE ELEVEN (11) - ORDER 1/24/2007 entered at 9:25 AM EST,

PAGE TWELVE (12) - CORRESPONDING ENVELOPE (ABOVE ORDER),

PAGE THIRTEEN (13) - ORDER 1/25/2007,

PAGE FOURTEEN (14) - CORRESPONDING ENVELOPE (ABOVE ORDER)

PAGE FIFTEEN (15) - ORDER 1/30/2007,

PAGE SIXTEEN (16) - CORRESPONDING ENVELOPE (ABOVE ORDER);

FOUR (4) CONTINUED

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Paine, Matthew entered on 1/22/2007 at 2:59 PM EST and filed on 1/22/2007
Case Name: Koback v. Metrowest Medical Center et al
Case Number: 1:05-cv-10798
Filer:
Document Number:

Docket Text:
Judge William G. Young : Electronic ORDER entered DENYING Without Prejudice As Premature re [161] MOTION to Determine the Sufficiency of Responses By Defendant M.D. Emanuel Friedman to Plaintiff Donald S. Kobacks Request for Admission Under FRCP 36. (Paine, Matthew)

The following document(s) are associated with this transaction:


1:05-cv-10798 Notice will be electronically mailed to:

Barbara Hayes Buell    bhb@bloombuell.com

Matthew R. Connors    mconnors@ficksmanconley.com

Judith M. Feinberg    jf@achwg.com

David M. Gould    Dgould@ficksmanconley.com

Daniel J. Griffin , Jr    dgriffin@mmmk.com

A. Bernard Guekguezian    abg@achwg.com

Joseph D. Halpern    joseph.halpern@bcbsma.com

1:05-cv-10798 Notice will not be electronically mailed to:

Lynda R. Jensen
Martin, Magnuson, McCarthy and Kenney
101 Merrimac St.
7th Floor
Boston, MA 02215

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895



FIVE (5)



UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

US POSTAGE
$00.390
Mailed From 02210
01/22/2007
047J82009302

A. Bernard Guekguezian  abg@achwg.com
Joseph D. Halpern  joseph.halpern@bcbsma.com
1:05-cv-10798 Notice will not be electronically mailed to:
Lynda R. Jensen

entered 1/22/2007 2:59 PM EST
+ filed 1/22/2007 on
ORDER entered Denying
Without Prejudice As
Premature
RE [161] Mot To DETERM SUFF or
resps of M.D. Faresmas to Pl RED for
Admission 3C

six (6)

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Paine, Matthew entered on 2/5/2007 at 12:22 PM EST and filed on 2/5/2007
Case Name: Koback v. Metrowest Medical Center et al
Case Number: 1:05-cv-10798
Filer:
Document Number:

Docket Text:
Judge William G. Young : Electronic ORDER entered re [181] MOTION to Strike [164] Notice (Other) by Metrowest Medical Center. "ALLOWED Without Prejudice to the Framing of 10 Proper Request for Admission." (Paine, Matthew)

The following document(s) are associated with this transaction:

1:05-cv-10798 Notice will be electronically mailed to:

Barbara Hayes Buell    bhb@bloombuell.com

Matthew R. Connors    mconnors@ficksmanconley.com

Judith M. Feinberg    jf@achwg.com

David M. Gould    Dgould@ficksmanconley.com

Daniel J. Griffin , Jr    dgriffin@mmmk.com

A. Bernard Guekguezian    abg@achwg.com

Joseph D. Halpern    joseph.halpern@bcbsma.com

Jennifer E. Hartunian    jhartunian@mmmk.com

1:05-cv-10798 Notice will not be electronically mailed to:

Lynda R. Jensen
Martin, Magnuson, McCarthy and Kenney
101 Merrimac St.
7th Floor
Boston, MA 02215

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895



SEVEN (7)

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Daniel J. Griffin, Jr   dgriffin@mmmk.com
A. Bernard Guekguezian   abg@achwg.com
Joseph D. Halpern   joseph.halpern@bcbsma.com
Jennifer E. Hartunian   jhartunian@mmmk.com

02543+5105

$00.390
Mailed From 02210
01/23/2007
US POSTAGE

Electronic Order entered 12:22 PM EST
RE [187] motion to Strike
[164] Notice (other) By MWMC
Allowed without prejudice
to the RENEWING OF 10 PEPPER
REQUEST FOR ADMISSION

MAILED



EIGHT (8)

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Paine, Matthew entered on 1/24/2007 at 1:28 PM EST and filed on 1/24/2007
Case Name: Koback v. Metrowest Medical Center et al
Case Number: 1:05-cv-10798
Filer:
Document Number:

Docket Text:
Judge William G. Young : Electronic ORDER entered DENYING as Premature re [168] MOTION Nunc Pro Tunc to Determine the Sufficiency of Responses by the Defendant, M.D. Emanuel Friedman, to Plaintiff Donald S. Koback's Request for Admission Under Rule 36 Fed. R. Civ. P. Rule 36 M.D. Emanuel Friedman. (Paine, Matthew)

The following document(s) are associated with this transaction:

1:05-cv-10798 Notice will be electronically mailed to:

Barbara Hayes Buell     bhb@bloombuell.com

Matthew R. Connors     mconnors@ficksmanconley.com

Judith M. Feinberg     jf@achwg.com

David M. Gould     Dgould@ficksmanconley.com

Daniel J. Griffin , Jr     dgriffin@mmmk.com

A. Bernard Guekguezian     abg@achwg.com

Joseph D. Halpern     joseph.halpern@bcbsma.com

1:05-cv-10798 Notice will not be electronically mailed to:

Lynda R. Jensen
Martin, Magnuson, McCarthy and Kenney
101 Merrimac St.
7th Floor
Boston, MA 02215

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

NINE (9)

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

047J82009302
$00.390
01/24/2007
Mailed From 02210
US POSTAGE

1/24/2007 at 11:28 PM EST
1/24/2007
Order Denying as Premature
entered
re [168] Motion Nunc Protunc to Determine the Sufficiency of Responses By the def, Freedman Rule 36 AS PREMATURE

Case Number: 1:05-cv-10798
Filer:
Document Number:

Docket Text:
Judge William G. Young : Electronic ORDER entered DENYING Tunc to Determine the Sufficiency of Responses by the Defen

TEN (10)

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from entered on 1/24/2007 at 9:25 AM EST and filed on 1/23/2007
Case Name: Koback v. Metrowest Medical Center et al
Case Number: 1:05-cv-10798
Filer: Donald S. Koback
Document Number: 171

Docket Text:
MOTION to Terminate Pursuant to Fed. R. Civ. P. Rule 30, by Donald S. Koback.(Paine, Matthew)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=1/24/2007] [FileNumber=1734904-0
] [9ac82a30308049d183da9eee64842df48b1c15ac7841d178ab2bc51cadd01c8bcac
729f586949d02ddbb8e055ee8664e228405b83a64d2bc545af20d0cf50b44]]


1:05-cv-10798 Notice will be electronically mailed to:

Barbara Hayes Buell     bhb@bloombuell.com

Matthew R. Connors     mconnors@ficksmanconley.com

Judith M. Feinberg     jf@achwg.com

David M. Gould     Dgould@ficksmanconley.com

Daniel J. Griffin , Jr     dgriffin@mmmk.com

A. Bernard Guekguezian     abg@achwg.com

Joseph D. Halpern     joseph.halpern@bcbsma.com

1:05-cv-10798 Notice will not be electronically mailed to:

Lynda R. Jensen
Martin, Magnuson, McCarthy and Kenney
101 Merrimac St.
7th Floor
Boston, MA 02215

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

ELEVEN (11)

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



047J82009302
$00.390
01/24/2007
Mailed From 02210
US POSTAGE

@ DOC NO. 171
Motion to Terminate Pursuant
to FRCP 30 by DSK
entered 1/24/2007, filed 1/23/2007
9:25 A.M. EST

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

02895+5105

TWELVE (12)

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Paine, Matthew entered on 1/25/2007 at 1:39 PM EST and filed on 1/25/2007
Case Name: Koback v. Metrowest Medical Center et al
Case Number: 1:05-cv-10798
Filer:
Document Number:

Docket Text:
Judge William G. Young : Electronic ORDER entered DENYING re [171] MOTION to Terminate Pursuant to Fed. R. Civ. P. Rule 30 by Donald S. Koback. (Paine, Matthew)

The following document(s) are associated with this transaction:


1:05-cv-10798 Notice will be electronically mailed to:

Barbara Hayes Buell     bhb@bloombuell.com

Matthew R. Connors     mconnors@ficksmanconley.com

Judith M. Feinberg     jf@achwg.com

David M. Gould     Dgould@ficksmanconley.com

Daniel J. Griffin , Jr     dgriffin@mmmk.com

A. Bernard Guekguezian     abg@achwg.com

Joseph D. Halpern     joseph.halpern@bcbsma.com

1:05-cv-10798 Notice will not be electronically mailed to:

Lynda R. Jensen
Martin, Magnuson, McCarthy and Kenney
101 Merrimac St.
7th Floor
Boston, MA 02215

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

THIRTEEN (13)

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RE: DOC. NO. 171 (motion term Depo 30)
Elec. order DENYING
[171] Mot Team person Depo
of M.O. John P. Lens, Ins (Rule 3a)
By DSLC

02495+5105

047J82009302
Mailed From 02210
01/25/2007
$00.390
US POSTAGE

FOURTEEN (14)

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Paine, Matthew entered on 1/30/2007 at 12:52 PM EST and filed on 1/30/2007
Case Name: Koback v. Metrowest Medical Center et al
Case Number: 1:05-cv-10798
Filer:
Document Number:

Docket Text:
Judge William G. Young : Electronic ORDER entered DENYING re [177] MOTION to Compel Initial Disclosures Pursuant to Fed. R. Civ. P. Rule 26(a) (1) and/or to Supplement Intial Disclosures Pursuant to Fed. R. Civ. P. Rule 26(e) and Fed. R. Civ. P. Rule 37Motion to Compel. (Paine, Matthew)

The following document(s) are associated with this transaction:


1:05-cv-10798 Notice will be electronically mailed to:

Barbara Hayes Buell    bhb@bloombuell.com

Matthew R. Connors    mconnors@ficksmanconley.com

Judith M. Feinberg    jf@achwg.com

David M. Gould    Dgould@ficksmanconley.com

Daniel J. Griffin , Jr    dgriffin@mmmk.com

A. Bernard Guekguezian    abg@achwg.com

Joseph D. Halpern    joseph.halpern@bcbsma.com

Jennifer E. Hartunian    jhartunian@mmmk.com

1:05-cv-10798 Notice will not be electronically mailed to:

Lynda R. Jensen
Martin, Magnuson, McCarthy and Kenney
101 Merrimac St.
7th Floor
Boston, MA 02215

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

FIFTEEN (15)

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

mailed to:

anconley.com

1/30/2007 entered on 12:52
PM EST and FILED 1/30/2007
Order entered Denying
re [177] Mot to Compel further
Disclosures 26(a)(1) for
Supp Initial Disclos 26(e) of Fed.R.Civ.P. Rule 37
compel disclosures

SIXTEEN (16)

PLAINTIFF, DONALD S. KOBACK, PRO SE, CIVIL ACTION NO.: 1:05-CV-10798-WGY, DONALD S. KOBACK, PLAINTIFF, PRO SE VS. METROWEST MEDICAL CENTER, ET. AL, DEFENDANTS, HEREBY REITERATE'S HIS OBJECTION TO THE AFORE, OR ABOVE ORDERS, AND TAKES EXCEPTION THERETO FOR THE SAKE OF APPEAL.

DATE: February 7, 2007

_Donald S. Koback_
DONALD S. KOBACK
PLAINTIFF, PRO SE
195 SUNNYSIDE AVENUE
WOONSOCKET
RHODE ISLAND 02895
Telephone: 401-76-2-2460
DATE: February 7, 2007

SEVENTEEN (17)