# CERTIFICATE OF SERVICE

Without waiving any rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, (CIVIL ACTION NO.'s 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

1. DOCUMENTS:

PLAINTIFF, DONALD S. KOBACK, PRO SE, OBJECTS —

  TO COURT DOCUMENT(S) AND/OR NOTICE(S), HANDED, OR OTHERWISE DELIVERED TO THE JUDGE(S), THE U.S. DISTRICT COURT, BOSTON, MASS., AND/OR ANY COURT OFFICER (INCLUDING, BUT NOT LIMITED TO MATTHEW PAINE), OR TO ANY AGENT, BY THE DEFENDANTS' ATTORNEYS AT LAW OR ANYONE ELSE, (Person, government); AND

  TO COURT ORDERS ENTERED AND FILED OUTSIDE THE PRESENCE OF THE PLAINTIFF, DONALD S. KOBACK, PRO SE; AND TAKES EXCEPTION THERETO FOR THE SAKE OF APPEAL;

*Donald S. Koback 2-8-2007*

CONSISTING OF PAGES

1
2
3
4, 4 continued
5
6
7
8
9
10
11
12
13
14
15
16
17;

2. DEFENDANTS' ATTORNEYS AT LAW

KARA A. BETTIGOLE → Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th Floor
Boston, MA 02110

JENNIFER HARTUNIAN → Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

DATE: February 8, 2007
SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON February 8, 2007

DONALD S. KOBACK, PLAINTIFF PROSE  DATE: February 8, 2007

CERTIFICATE OF SERVICE

(sidebar) Donald S. Koback  2-8-2007