UNITED STATES DISTRICT COURT for the
EASTERN DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2007 FEB 14 P 12: 19
U.S. DISTRICT COURT
DISTRICT OF MASS.

DONALD S. KOBACK,
PLAINTIFF,
PRO SE,

VS.

METROWEST MEDICAL
CENTER, ET. AL.,
DEFENDANTS,

CIVIL ACTION
1:05-CV-10798-WGY

### Notice of Appeal to United States Court of Appeals for the First Circuit

DONALD S. KOBACK, the plaintiff appeals to the United States Court of Appeals for the First Circuit from the final judgment(s) [or order(s) or decree(s)] of the district court for the district of Massachusetts, entered in this case on December 4, 2006 and January 31, 2007 — ORDER entered on December 4, 2006 denying Court Document Number [135] Motion for Default Judgment; ORDER entered on January 31, 2007 granting Court Document Number [143] MOTION for Summary Judgment Pursuant to F.R.Civ.P. Rule 56, by Emanuel Friedman (by M.D. Emanuel Friedman).

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Smith, Bonnie entered on 12/4/2006 at 2:52 PM EST and filed on 12/4/2006
Case Name: Koback v. Metrowest Medical Center et al
Case Number: 1:05-cv-10798
Filer:
Document Number:

Docket Text:
Judge William G. Young : Electronic ORDER entered denying [134] Motion to Strike, denying [135] Motion for Default Judgment (Smith, Bonnie)

The following document(s) are associated with this transaction:

1:05-cv-10798 Notice will be electronically mailed to:

Barbara Hayes Buell    bhb@bloombuell.com

Matthew R. Connors    mconnors@ficksmanconley.com

Judith M. Feinberg    jf@achwg.com

David M. Gould    Dgould@ficksmanconley.com

Daniel J. Griffin , Jr    dgriffin@mmmk.com

A. Bernard Guekguezian    abg@achwg.com

Joseph D. Halpern    joseph.halpern@bcbsma.com

Lynda R. Jensen    lriesgo@mmmk.com

1:05-cv-10798 Notice will not be electronically mailed to:

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

# ORDER

Judge William G. Young: ORDER entered granting (Court Document Number) [143] MOTION for Summary Judgment Pursuant to F.R.Civ.P. RULE 56, by Emanuel Friedman (by M.D. Emanuel Friedman), on January 31, 2007

The following document(s) are associated with this transaction:

1:05-cv-10798 Notice will be electronically mailed to:

Barbara Hayes Buell    bhb@bloombuell.com

Matthew R. Connors    mconnors@ficksmanconley.com

Judith M. Feinberg    jf@achwg.com

David M. Gould    Dgould@ficksmanconley.com

Daniel J. Griffin, Jr    dgriffin@mmmk.com

A. Bernard Guekguezian    abg@achwg.com

Joseph D. Halpern    joseph.halpern@bcbsma.com

Lynda R. Jensen    lriesgo@mmmk.com

1:05-cv-10798 Notice will not be electronically mailed to:

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

The following document(s) are associated with this transaction:

1:05-cv-10798 Notice will be electronically mailed to:

Barbara Hayes Buell    bhb@bloombuell.com

Matthew R. Connors    mconnors@ficksmanconley.com

Judith M. Feinberg    jf@achwg.com

David M. Gould    Dgould@ficksmanconley.com

Daniel J. Griffin, Jr    dgriffin@mmmk.com

A. Bernard Guekguezian    abg@achwg.com

Joseph D. Halpern    joseph.halpern@bcbsma.com

Jennifer E. Hartunian    jhartunian@mmmk.com

1:05-cv-10798 Notice will not be electronically mailed to:

Lynda R. Jensen
Martin, Magnuson, McCarthy and Kenney
101 Merrimac St.
7th Floor
Boston, MA 02215

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

In addition, DONALD S. KOBACK, the plaintiff appeals to the United States Court of Appeals for the First Circuit from the final judgment(s) [or order(s) or decree(s)] of the district court for the district of Massachusetts entered in this case on 1/22/2007, at 2:59 PM EST, on 2/5/2007, at 12:22 PM EST, on 1/24/2007, at 1:28 PM EST,

on 1/25/2007, at 1:39 PM EST, on 1/30/2007, at 12:52 PM EST — ORDER entered DENYING Without Prejudice re [161] MOTION to Determine the Sufficiency of Responses By Defendant M.D. Emanuel Friedman to Plaintiff Donald S. Koback's Request for Admission Under FRCP 36 entered on 1/22/2007, at 2:59 PM EST. ORDER entered re [181] MOTION to Strike [164] Notice(Other) by Metrowest Medical Center. "ALLOWED Without Prejudice to the Framing of 10 Proper Request for Admission." Entered on 2/5/2007, at 12:22 PM EST; ORDER entered DENYING as Premature re [168] MOTION Nunc Pro Tunc to Determine the Sufficiency of Responses by the defendant M.D. Emanuel Friedman, to Plaintiff

Donald S. Koback's Request for Admission Under Rule 36 Fed. R. Civ. P. Rule 36 M.D. Emanuel Friedman. Entered on 1/24/2007, at 1:28 PM EST;

ORDER entered DENYING re [171] MOTION to Terminate Pursuant to Fed. R. Civ. P. RULE 30 by Donald S. Koback. Entered on 1/25/2007, at 1:39 PM EST;

ORDER entered DENYING re [177] MOTION to Compel Initial Disclosures Pursuant to Fed. R. Civ. P. RULE 26(a)(1) and/or to Supplement Initial Disclosures Pursuant to Fed. R. Civ. P. RULE 26(e) and Fed. R. Civ. P. RULE 37 Motion to Compel. Entered on 1/30/2007, at 12:52 PM EST;

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Paine, Matthew entered on 1/22/2007 at 2:59 PM EST and filed on 1/22/2007
Case Name: Koback v. Metrowest Medical Center et al
Case Number: 1:05-cv-10798
Filer:
Document Number:

Docket Text:
Judge William G. Young : Electronic ORDER entered DENYING Without Prejudice As Premature re [161] MOTION to Determine the Sufficiency of Responses By Defendant M.D. Emanuel Friedman to Plaintiff Donald S. Kobacks Request for Admission Under FRCP 36. (Paine, Matthew)

The following document(s) are associated with this transaction:


1:05-cv-10798 Notice will be electronically mailed to:

Barbara Hayes Buell    bhb@bloombuell.com

Matthew R. Connors    mconnors@ficksmanconley.com

Judith M. Feinberg    jf@achwg.com

David M. Gould    Dgould@ficksmanconley.com

Daniel J. Griffin , Jr    dgriffin@mmmk.com

A. Bernard Guekguezian    abg@achwg.com

Joseph D. Halpern    joseph.halpern@bcbsma.com

1:05-cv-10798 Notice will not be electronically mailed to:

Lynda R. Jensen
Martin, Magnuson, McCarthy and Kenney
101 Merrimac St.
7th Floor
Boston, MA 02215

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895



United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Paine, Matthew entered on 2/5/2007 at 12:22 PM EST and filed on 2/5/2007
Case Name: Koback v. Metrowest Medical Center et al
Case Number: 1:05-cv-10798
Filer:
Document Number:

Docket Text:
Judge William G. Young : Electronic ORDER entered re [181] MOTION to Strike [164] Notice (Other) by Metrowest Medical Center. "ALLOWED Without Prejudice to the Framing of 10 Proper Request for Admission." (Paine, Matthew)

The following document(s) are associated with this transaction:


1:05-cv-10798 Notice will be electronically mailed to:

Barbara Hayes Buell    bhb@bloombuell.com

Matthew R. Connors    mconnors@ficksmanconley.com

Judith M. Feinberg    jf@achwg.com

David M. Gould    Dgould@ficksmanconley.com

Daniel J. Griffin , Jr    dgriffin@mmmk.com

A. Bernard Guekguezian    abg@achwg.com

Joseph D. Halpern    joseph.halpern@bcbsma.com

Jennifer E. Hartunian    jhartunian@mmmk.com

1:05-cv-10798 Notice will not be electronically mailed to:

Lynda R. Jensen
Martin, Magnuson, McCarthy and Kenney
101 Merrimac St.
7th Floor
Boston, MA 02215

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Paine, Matthew entered on 1/24/2007 at 1:28 PM EST and filed on 1/24/2007
Case Name: Koback v. Metrowest Medical Center et al
Case Number: 1:05-cv-10798
Filer:
Document Number:

Docket Text:
Judge William G. Young : Electronic ORDER entered DENYING as Premature re [168] MOTION Nunc Pro Tunc to Determine the Sufficiency of Responses by the Defendant, M.D. Emanuel Friedman, to Plaintiff Donald S. Koback's Request for Admission Under Rule 36 Fed. R. Civ. P. Rule 36 M.D. Emanuel Friedman. (Paine, Matthew)

The following document(s) are associated with this transaction:

1:05-cv-10798 Notice will be electronically mailed to:

Barbara Hayes Buell    bhb@bloombuell.com

Matthew R. Connors    mconnors@ficksmanconley.com

Judith M. Feinberg    jf@achwg.com

David M. Gould    Dgould@ficksmanconley.com

Daniel J. Griffin , Jr    dgriffin@mmmk.com

A. Bernard Guekguezian    abg@achwg.com

Joseph D. Halpern    joseph.halpern@bcbsma.com

1:05-cv-10798 Notice will not be electronically mailed to:

Lynda R. Jensen
Martin, Magnuson, McCarthy and Kenney
101 Merrimac St.
7th Floor
Boston, MA 02215

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Paine, Matthew entered on 1/25/2007 at 1:39 PM EST and filed on 1/25/2007
Case Name: Koback v. Metrowest Medical Center et al
Case Number: 1:05-cv-10798
Filer:
Document Number:

Docket Text:
Judge William G. Young : Electronic ORDER entered DENYING re [171] MOTION to Terminate Pursuant to Fed. R. Civ. P. Rule 30 by Donald S. Koback. (Paine, Matthew)

The following document(s) are associated with this transaction:


1:05-cv-10798 Notice will be electronically mailed to:

Barbara Hayes Buell     bhb@bloombuell.com

Matthew R. Connors     mconnors@ficksmanconley.com

Judith M. Feinberg     jf@achwg.com

David M. Gould     Dgould@ficksmanconley.com

Daniel J. Griffin , Jr     dgriffin@mmmk.com

A. Bernard Guekguezian     abg@achwg.com

Joseph D. Halpern     joseph.halpern@bcbsma.com

1:05-cv-10798 Notice will not be electronically mailed to:

Lynda R. Jensen
Martin, Magnuson, McCarthy and Kenney
101 Merrimac St.
7th Floor
Boston, MA 02215

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Paine, Matthew entered on 1/30/2007 at 12:52 PM EST and filed on 1/30/2007
Case Name: Koback v. Metrowest Medical Center et al
Case Number: 1:05-cv-10798
Filer:
Document Number:

Docket Text:
Judge William G. Young : Electronic ORDER entered DENYING re [177] MOTION to Compel Initial Disclosures Pursuant to Fed. R. Civ. P. Rule 26(a) (1) and/or to Supplement Intial Disclosures Pursuant to Fed. R. Civ. P. Rule 26(e) and Fed. R. Civ. P. Rule 37Motion to Compel. (Paine, Matthew)

The following document(s) are associated with this transaction:


1:05-cv-10798 Notice will be electronically mailed to:

Barbara Hayes Buell    bhb@bloombuell.com

Matthew R. Connors    mconnors@ficksmanconley.com

Judith M. Feinberg    jf@achwg.com

David M. Gould    Dgould@ficksmanconley.com

Daniel J. Griffin , Jr    dgriffin@mmmk.com

A. Bernard Guekguezian    abg@achwg.com

Joseph D. Halpern    joseph.halpern@bcbsma.com

Jennifer E. Hartunian    jhartunian@mmmk.com

1:05-cv-10798 Notice will not be electronically mailed to:

Lynda R. Jensen
Martin, Magnuson, McCarthy and Kenney
101 Merrimac St.
7th Floor
Boston, MA 02215

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

The parties to the judgment(s) [or order(s) or decree(s)] appealed from and the names and addresses of their respective attorneys are as follows:

DEFENDANTS

METROWEST MEDICAL CENTER,
LEONARD MORSE HOSPITAL,
FRAMINGHAM UNION HOSPITAL;

Their attorneys (at law)

Barbara Hayes Buell
Kava A. Bettigole
Bloom and Buell
1340 Soldiers Field Rd.
Suite Two
Boston, Massachusetts 02135
617-254-4400 (telephone)
617-254-7610 (fax)
bhb@bloombuell.com ;

DEFENDANTS

NEW ENGLAND MEDICAL CENTER,
TUFTS UNIVERSITY SCHOOL OF MEDICINE,
EROL ONEL, M.D. (or M.D. EROL ONEL);

Their attorneys (at law)

Daniel J. Griffin
Kara A. Bettigole
Lynda Riesgo Jensen
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street, 7th. Floor
Boston, Massachusetts 02114
617-227-3240 (telephone)
617-227-3346 (fax)
dgriffin@mmmk.com
jhartunian@mmmk.com
lriesgo@mmmk.com ;

DEFENDANT

EMANUEL FRIEDMAN, M.D. (or M.D. EMANUEL FRIEDMAN) ;

His attorney(s) (at law)

Matthew R. Connors
Ficksman & Conley, LLP
98 N. Washington Street,
Suite 500
Boston, Massachusetts 02114;
617-720-1515 (telephone)
617-720-1519 (fax)
mconnors@ficksmanconley.com ;

DEFENDANT

JOHN P. LONG, JR., M.D. (or M.D., JOHN P. LONG, JR.);

His attorneys (at law)

Bernard Guekguezian
Judith Feinberg
Adler, Cohen, Harvey, Wakeman,
& Guekguezian
75 Federal Street
10th. Floor
Boston, Massachusetts 02110
617-423-6674 (telephone)
617-423-7152 (fax)
abg@achwg.com
jf@achwg.com    ; Signature follows.

DATED: February 9, 2007
SIGNED: *Donald S. Koback*
APPELLANT
DONALD S. KOBACK
ADDRESS: 195 Sunnyside Avenue
Woonsocket
Rhode Island 02895

# CERTIFICATE OF SERVICE

Without waiving any rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, (CIVIL ACTION NO.: 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) TO U.S. DISTRICT COURT, BOSTON, MA AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW U.S. COURT OF APPEALS (FIRST CIRCUIT) WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS — Supreme Court of the United States On February 13, 2007

1. **DOCUMENTS:**

   Notice of Appeal to United States Court of Appeals for the First Circuit

2. **DEFENDANTS' ATTORNEYS AT LAW** ← SERVED February 13, 2007

KARA A. BETTIGOLE

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

JENNIFER HARTUNIAN

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th Floor
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500 (98 N. WASHINGTON ST., Suite 500)
Boston, MA 02114

DATE: February 10, 2007

SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON February 10, 2007

February 13, 2007

DONALD S. KOBACK, PLAINTIFF PRO SE DATE: February 10, 2007

February 13, 2007