## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-*10798*

Donald S. Koback

v.

Metrowest Medical Center

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-187

and contained in 1-VI Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/14/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 8, 2007.

Sarah A. Thornton, Clerk of Court

By

Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 3/8/07 .

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

## United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10798-WGY

Koback v. Metrowest Medical Center et al
Assigned to: Judge William G. Young
Cause: 28:1331 Fed. Question: Medical Malpractice

Date Filed: 04/12/2005
Jury Demand: Both
Nature of Suit: 362 Personal Inj. Med.
Malpractice
Jurisdiction: Diversity

**Plaintiff**

**Donald S. Koback**

represented by **Donald S. Koback**
195 Sunnyside Avenue
Woonsocket, RI 02895
PRO SE

V.

**Defendant**

**Metrowest Medical Center**

represented by **Barbara Hayes Buell**
Bloom & Buell
1340 Soldiers Field Road
Suite Two
Boston, MA 02135-1020
617-254-4400
Fax: 617-254-7610
Email: bhb@bloombuell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Leonard Morse Hospital**

represented by **Barbara Hayes Buell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Framingham Union Hospital**

represented by **Barbara Hayes Buell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**New England Medical Center**

represented by **Daniel J. Griffin, Jr.**
Martin, Magnuson, McCarthy and
Kenney
7th Floor
101 Merrimac St.

APPEAL

## United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10798-WGY

Koback v. Metrowest Medical Center et al
Assigned to: Judge William G. Young
Cause: 28:1331 Fed. Question: Medical Malpractice

Date Filed: 04/12/2005
Jury Demand: Both
Nature of Suit: 362 Personal Inj. Med.
Malpractice
Jurisdiction: Diversity

**Plaintiff**

**Donald S. Koback**                        represented by **Donald S. Koback**
195 Sunnyside Avenue
Woonsocket, RI 02895
PRO SE

V.

**Defendant**

**Metrowest Medical Center**                represented by **Barbara Hayes Buell**
Bloom & Buell
1340 Soldiers Field Road
Suite Two
Boston, MA 02135-1020
617-254-4400
Fax: 617-254-7610
Email: bhb@bloombuell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Leonard Morse Hospital**                  represented by **Barbara Hayes Buell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Framingham Union Hospital**               represented by **Barbara Hayes Buell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**New England Medical Center**              represented by **Daniel J. Griffin, Jr.**
Martin, Magnuson, McCarthy and
Kenney
7th Floor
101 Merrimac St.

Boston, MA 02114
617-227-3240
Fax: 617-227-3346
Email: dgriffin@mmmk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynda R. Jensen**
Martin, Magnuson, McCarthy and
Kenney
101 Merrimac St.
7th Floor
Boston, MA 02215
617-227-3240
Fax: 617-227-3346
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer E. Hartunian**
Martin, Magnuson, McCarthy and
Kenney
101 Merrimac St.
7th Floor
Boston, MA 02215
617-227-3240
Fax: 617-227-3346
Email: jhartunian@mmmk.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tufts University School of Medicine**

**Defendant**

**M.D. Emanuel Friedman**                    represented by **David M. Gould**
Ficksman & Conley LLP
98 North Washington St.
Suite 500
Boston, MA 02114
617-720-1515
Fax: 617-720-1519
Email: Dgould@ficksmanconley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew R. Connors**
Ficksman & Conley LLP
98 North Washington Street
Suite 500
Boston, MA 02114
617-720-1515

Boston, MA 02114
617-227-3240
Fax: 617-227-3346
Email: dgriffin@mmmk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynda R. Jensen**
Martin, Magnuson, McCarthy and
Kenney
101 Merrimac St.
7th Floor
Boston, MA 02215
617-227-3240
Fax: 617-227-3346
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer E. Hartunian**
Martin, Magnuson, McCarthy and
Kenney
101 Merrimac St.
7th Floor
Boston, MA 02215
617-227-3240
Fax: 617-227-3346
Email: jhartunian@mmmk.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tufts University School of Medicine**

**Defendant**

**M.D. Emanuel Friedman**                    represented by **David M. Gould**
Ficksman & Conley LLP
98 North Washington St.
Suite 500
Boston, MA 02114
617-720-1515
Fax: 617-720-1519
Email: Dgould@ficksmanconley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew R. Connors**
Ficksman & Conley LLP
98 North Washington Street
Suite 500
Boston, MA 02114
617-720-1515

Fax: 617-720-1519
Email: mconnors@ficksmanconley.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**M.D. John P. Long**                        represented by **A. Bernard Guekguezian**
                                              Adler, Cohen, Harvey, Wakeman &
                                              Guekguezian, LLP
                                              230 Congress Street
                                              Boston, MA 02110
                                              617-423-6674
                                              Fax: 617-423-7152
                                              Email: abg@achwg.com
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Judith M. Feinberg**
                                              Adler, Cohen, Harvey, Wakeman &
                                              Guekguezian, LLP
                                              75 Federal Street
                                              10th Floor
                                              Boston, MA 02110
                                              617-423-6674
                                              Fax: 617-423-7152
                                              Email: jf@achwg.com
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**HMO Blue of Massachusetts**               represented by **Joseph D. Halpern**
                                              Blue Cross Blue Shield Law Dept.
                                              401 Park Drive
                                              Boston, MA 02215
                                              617-246-3500
                                              Fax: 617-246-3550
                                              Email: joseph.halpern@bcbsma.com
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Blue Cross Blue Shield of Mass**          represented by **Joseph D. Halpern**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Erol Onel**                               represented by **Daniel J. Griffin, Jr.**
*Andover Urology Associates of*             Martin, Magnuson, McCarthy and

Fax: 617-720-1519
Email: mconnors@ficksmanconley.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**M.D. John P. Long**

represented by **A. Bernard Guekguezian**
Adler, Cohen, Harvey, Wakeman &
Guekguezian, LLP
230 Congress Street
Boston, MA 02110
617-423-6674
Fax: 617-423-7152
Email: abg@achwg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Judith M. Feinberg**
Adler, Cohen, Harvey, Wakeman &
Guekguezian, LLP
75 Federal Street
10th Floor
Boston, MA 02110
617-423-6674
Fax: 617-423-7152
Email: jf@achwg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HMO Blue of Massachusetts**

represented by **Joseph D. Halpern**
Blue Cross Blue Shield Law Dept.
401 Park Drive
Boston, MA 02215
617-246-3500
Fax: 617-246-3550
Email: joseph.halpern@bcbsma.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Blue Cross Blue Shield of Mass**

represented by **Joseph D. Halpern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Erol Onel**
*Andover Urology Associates of*

represented by **Daniel J. Griffin, Jr.**
Martin, Magnuson, McCarthy and

*Andover, Mass*

Kenney
101 Merrimac St.
Boston, MA 02114
617-227-3240
Fax: 617-227-3346
Email: dgriffin@mmmk.com
*ATTORNEY TO BE NOTICED*

**Jennifer E. Hartunian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lynda R. Jensen**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2005 | 1 | COMPLAINT against all defendants Filing fee: $ 250. receipt number 63688, filed by Donald S. Koback.(Bell, Marie) (Entered: 04/26/2005) |
| 04/12/2005 | | Summons Issued as to HMO Blue of Massachusetts, Blue Cross Blue Shield of Mass, Metrowest Medical Center, Leonard Morse Hospital, Framingham Union Hospital, New England Medical Center, Tufts University School of Medicine, Emanuel Friedman, John P. Long. (Bell, Marie) (Entered: 04/26/2005) |
| 04/12/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Bell, Marie) (Entered: 04/26/2005) |
| 04/26/2005 | 2 | AMENDED COMPLAINT against all defendants, filed by Donald S. Koback. (Attachments: # 1 Affidavit)(Bell, Marie) (Entered: 04/27/2005) |
| 05/02/2005 | 3 | AMENDED COMPLAINT against all defendants, filed by Donald S. Koback.(Bell, Marie) (Entered: 05/02/2005) |
| 05/02/2005 | 4 | MOTION to Amend 1 Complaint to add defendants by Donald S. Koback.(Bell, Marie) (Entered: 05/03/2005) |
| 05/03/2005 | 5 | AMENDED COMPLAINT against all defendants, filed by Donald S. Koback.(Bell, Marie) (Entered: 05/04/2005) |
| 05/04/2005 | | Judge William G. Young : Electronic ORDER entered granting 4 Motion to Amend Complaint to add defendant. MOTION ALLOWED AS MATTER OF RIGHT AND THE ATTACHED AMENDED COMPLAINT (DOCKET #5) SHALL CONSTITUTE THE SOLE COMPLAINT IN THIS ACTION. cc/cl. (Bell, Marie) (Entered: 05/04/2005) |
| 05/09/2005 | 6 | Letter from Dr. Michael P. Donovan re: Donald Koback. (Bell, Marie) (Entered: 05/10/2005) |

| 05/11/2005 | 7 | AMENDED COMPLAINT against all defendants, filed by Donald S. Koback.(Bell, Marie) (Entered: 05/12/2005) |
|---|---|---|
| 05/17/2005 | 8 | SUMMONS Returned Executed New England Medical Center served on 5/10/2005. answer due 5/31/2005. (Bell, Marie) (Entered: 05/18/2005) |
| 05/17/2005 | 9 | AMENDED COMPLAINT against all defendants, filed by Donald S. Koback.(Bell, Marie) (Entered: 05/19/2005) |
| 05/18/2005 | 10 | (Ninth) AMENDED COMPLAINT against all defendants, filed by Donald S. Koback.(Bell, Marie) (Entered: 05/19/2005) |
| 05/18/2005 | 11 | Return receipt received for mail sent to Erol Onel Delivered on 5/4/05 (Bell, Marie) (Entered: 05/19/2005) |
| 05/19/2005 | ⌀ | Judge William G. Young : Electronic ORDER entered. re 7 Amended Complaint filed by Donald S. Koback,, 9 Amended Complaint filed by Donald S. Koback,, 10 Amended Complaint filed by Donald S. Koback. TREATED AS A MOTION TO AMEND THE COMPLAINT. MOTIONS DENIED AS VIOLATIVE OF THE ORDER OF MAY 4, 2005. cc/cl. (Bell, Marie) (Entered: 05/19/2005) |
| 05/19/2005 | 12 | ANSWER to Complaint with Jury Demand by New England Medical Center. c/s.(Bell, Marie) (Entered: 05/20/2005) |
| 05/19/2005 | 13 | Response by New England Medical Center to 7 Amended Complaint, 2 Amended Complaint, 3 Amended Complaint, 9 Amended Complaint, 10 Amended Complaint, 5 Amended Complaint. c/s. (Bell, Marie) (Entered: 05/20/2005) |
| 05/19/2005 | 14 | CORPORATE DISCLOSURE STATEMENT by New England Medical Center (No Parent Corporation). (Bell, Marie) (Entered: 05/20/2005) |
| 05/23/2005 | 15 | NOTICE of Appearance by Daniel J. Griffin, Jr on behalf of New England Medical Center. c/s. (Bell, Marie) (Entered: 05/25/2005) |
| 05/23/2005 | 16 | NOTICE of Appearance by Lynda R. Jensen on behalf of New England Medical Center. c/s. (Bell, Marie) (Entered: 05/25/2005) |
| 05/24/2005 | 19 | EXCEPTIONS AND NOTICE of Direct Appeal to Supreme Court of U.S.A. by Donald S. Koback (Bell, Marie) (Entered: 05/26/2005) |
| 05/24/2005 | 20 | MOTION for Reconsideration re 5/19/05 Electronic Order, by Donald S. Koback.(Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 17 | NOTICE of Appearance by Joseph D. Halpern on behalf of HMO Blue of Massachusetts, Blue Cross Blue Shield of Mass (Halpern, Joseph) (Entered: 05/25/2005) |
| 05/25/2005 | 18 | CORPORATE DISCLOSURE STATEMENT by HMO Blue of Massachusetts, Blue Cross Blue Shield of Mass. (Halpern, Joseph) (Entered: 05/25/2005) |
| 05/25/2005 | 21 | MOTION for Recusal by Donald S. Koback.(Bell, Marie) (Entered: 05/26/2005) |

| 05/25/2005 | 22 | SUMMONS Returned Executed. Framingham Union Hospital served on 5/19/2005, answer due 6/8/2005. (Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 23 | SUMMONS Returned Executed. Leonard Morse Hospital served on 5/19/2005, answer due 6/8/2005. (Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 24 | SUMMONS Returned Executed. John P. Long served on 5/18/2005, answer due 6/7/2005. (Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 25 | SUMMONS Returned Executed. Blue Cross Blue Shield of Mass served on 5/19/2005. answer due 6/8/2005. (Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 26 | MOTION to Strike the Requests for Admissions and Interrogatories by New England Medical Center. c/s.(Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 27 | MEMORANDUM in Support re 26 MOTION to Strike filed by New England Medical Center. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 28 | MOTION for Hearing on 26 MOTION to Strike by New England Medical Center. c/s.(Bell, Marie) (Entered: 05/26/2005) |
| 05/31/2005 | 29 | MOTION for Referral to Medical Tribunal by New England Medical Center. c/s.(Bell, Marie) (Entered: 06/01/2005) |
| 06/01/2005 | 30 | MOTION to Dismiss by HMO Blue of Massachusetts, Blue Cross Blue Shield of Mass.(Halpern, Joseph) (Entered: 06/01/2005) |
| 06/01/2005 | 31 | MEMORANDUM in Support re 30 MOTION to Dismiss filed by HMO Blue of Massachusetts, Blue Cross Blue Shield of Mass. (Halpern, Joseph) (Entered: 06/01/2005) |
| 06/01/2005 | 32 | AFFIDAVIT of Theresa McInerney in Support re 30 MOTION to Dismiss filed by HMO Blue of Massachusetts, Blue Cross Blue Shield of Mass. (Halpern, Joseph) (Entered: 06/01/2005) |
| 06/01/2005 | 33 | NOTICE OF APPEAL as to Order., Order on Motion to Amend, by Donald S. Koback. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/21/2005. cc/cl. (Bell, Marie) (Entered: 06/02/2005) |
| 06/03/2005 | ❍ | NOTICE of Hearing on Motion 30 MOTION to Dismiss, 29 MOTION for Referral to Medical Tribunal: Motion Hearing set for 7/21/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. Opposition to the Motion is due by 6/15/05. Reply brief, if any, is due by 6/27/05 (Smith, Bonnie) (Entered: 06/03/2005) |
| 06/03/2005 | 34 | Certified and Transmitted Record on Appeal to US Court of Appeals re 33 Notice of Appeal, (Ramos, Jeanette) (Entered: 06/03/2005) |
| 06/03/2005 | 35 | Opposition re 29 MOTION for Referral to Medical Tribunal filed by Donald S. Koback. c/s. (Bell, Marie) (Entered: 06/08/2005) |

| 06/07/2005 | 36 | AFFIDAVIT of Notice by Donald S. Koback. (Bell, Marie) (Entered: 06/08/2005) |
|---|---|---|
| 06/09/2005 | 37 | Opposition re 30 MOTION to Dismiss filed by Donald S. Koback. (Bell, Marie) (Entered: 06/10/2005) |
| 06/09/2005 | 38 | MEMORANDUM in Opposition re 30 MOTION to Dismiss filed by Donald S. Koback. (Bell, Marie) (Entered: 06/10/2005) |
| 06/09/2005 | 39 | AFFIDAVIT of Donald S. Koback by Donald S. Koback. (Bell, Marie) (Entered: 06/10/2005) |
| 06/10/2005 | 40 | REPLY to Response to Motion re 30 MOTION to Dismiss filed by HMO Blue of Massachusetts, Blue Cross Blue Shield of Mass. (Halpern, Joseph) (Entered: 06/10/2005) |
| 06/10/2005 | ❸ | Judge William G. Young : Electronic ORDER entered RE: 29 Motion for Referral to Medical Tribunal. MOTION ALLOWED. SINCE A MEDICAL MALPRACTICE TRIBUNAL APPLIES A DIRECTED VERDICT STANDARD, THERE IS NO INTERFERENCE WITH THE RIGHT TO JURY TRIAL SO LONG AS THE HEARING IS CONDUCTED WITH REASONABLE PROMPTNESS. THE ADDED PROCEDURAL BURDENS DO NOT OFFEND THE UNITED STATES CONSTITUTION. cc/cl. (Bell, Marie) (Entered: 06/14/2005) |
| 06/13/2005 | ❸ | Judge William G. Young : Electronic ORDER entered denying 20 Motion for Reconsideration re Order.. denying 21 Motion for Recusal. cc/cl. (Bell, Marie) (Entered: 06/13/2005) |
| 06/13/2005 | ❸ | Judge William G. Young : Electronic ORDER entered granting 26 Motion to Strike, denying 28 Motion for Hearing. cc/cl. (Bell, Marie) (Entered: 06/13/2005) |
| 06/13/2005 | 41 | SUMMONS Returned Executed Erol Onel served on 6/2/2005, answer due 6/22/2005. (Bell, Marie) (Entered: 06/14/2005) |
| 06/13/2005 | 42 | SUMMONS Returned Executed Emanuel Friedman served on 5/31/2005, answer due 6/20/2005. (Bell, Marie) (Entered: 06/14/2005) |
| 06/14/2005 | 43 | MEMORANDUM in Opposition re 26 MOTION to Strike filed by Donald S. Koback. (Bell, Marie) (Entered: 06/15/2005) |
| 06/14/2005 | 44 | Opposition re 26 MOTION to Strike filed by Donald S. Koback. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)(Bell, Marie) (Entered: 06/15/2005) |
| 06/14/2005 | 45 | AFFIDAVIT of Donald S. Koback re 44 Opposition to Motion, 43 Memorandum in Opposition to Motion by Donald S. Koback. (Bell, Marie) (Entered: 06/15/2005) |
| 06/14/2005 | 46 | CERTIFICATE OF SERVICE by Donald S. Koback re 44 Opposition to Motion, 45 Affidavit, 43 Memorandum in Opposition to Motion. (Bell, Marie) (Entered: 06/15/2005) |
| 06/15/2005 | ❸ | Filing fee: $ 255.00, receipt number 65019 regarding Notice of Appeal |

| | | (Bell, Marie) (Entered: 06/16/2005) |
|---|---|---|
| 06/20/2005 | 47 | Supplemental Record on Appeal transmitted to US Court of Appeals re 33 Notice of Appeal, filing fee paid receipt (Ramos, Jeanette) (Entered: 06/20/2005) |
| 06/21/2005 | 48 | NOTICE of Appearance by Daniel J. Griffin, Jr on behalf of Erol Onel. c/s. (Bell, Marie) (Entered: 06/22/2005) |
| 06/21/2005 | 49 | NOTICE of Appearance by Lynda R. Jensen on behalf of Erol Onel. c/s. (Bell, Marie) (Entered: 06/22/2005) |
| 06/21/2005 | 50 | ANSWER to Complaint with Jury Demand by Erol Onel. c/s.(Bell, Marie) (Entered: 06/22/2005) |
| 06/21/2005 | 51 | ANSWER to AMENDMENTS AS OF RIGHT. by Erol Onel.(Bell, Marie) (Entered: 06/22/2005) |
| 06/21/2005 | 52 | MOTION for Referral to Medical Tribunal by Erol Onel.c/s.(Bell, Marie) (Entered: 06/22/2005) |
| 06/21/2005 | 53 | Notice of Exceptions to Rulings of U.S. District Court by Donald S. Koback. c/s. (Bell, Marie) (Entered: 06/22/2005) |
| 06/24/2005 | 54 | ANSWER to Complaint with Jury Demand by Metrowest Medical Center. c/s.(Bell, Marie) (Entered: 06/28/2005) |
| 06/24/2005 | 55 | Response to Amendments as of Right by Metrowest Medical Center. c/s. (Bell, Marie) (Entered: 06/28/2005) |
| 06/24/2005 | 56 | MOTION for Referral to Medical Tribunal by Metrowest Medical Center. c/s.(Bell, Marie) (Entered: 06/28/2005) |
| 06/27/2005 | 57 | MOTION to Transfer Case to the First Circuit, U.S. Court of Appeals by Donald S. Koback. c/s.(Bell, Marie) (Entered: 06/29/2005) |
| 06/27/2005 | 58 | Response by Donald S. Koback to 31 Memorandum in Support of Motion to Dismiss. c/s. (Bell, Marie) (Entered: 06/29/2005) |
| 06/28/2005 | 59 | Objection by Donald S. Koback to late filing of Erol Onel, M.D. c/s. (Bell, Marie) (Entered: 06/29/2005) |
| 07/07/2005 | ✪ | NOTICE OF RESCHEDULING of MOTION HEARING previously set for Thur. July 21.Hearing RESET for WED.7/20/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 07/07/2005) |
| 07/12/2005 | 60 | NOTICE of Appearance by Judith M. Feinberg on behalf of John P. Long. c/s. (Bell, Marie) (Entered: 07/14/2005) |
| 07/12/2005 | 61 | MOTION to Transfer Case to Superior Court for the Purpose of a Medical Malpractice Tribunal by John P. Long. c/s.(Bell, Marie) (Entered: 07/14/2005) |
| 07/12/2005 | 62 | MEMORANDUM in Support re 61 MOTION to Transfer Case filed by John P. Long. c/s. (Bell, Marie) (Entered: 07/14/2005) |

| 07/12/2005 | 63 | Request for Tribunal by John P. Long (Bell, Marie) (Entered: 07/14/2005) |
|---|---|---|
| 07/12/2005 | 64 | ANSWER to Complaint with Jury Demand by John P. Long. c/s.(Bell, Marie) (Entered: 07/14/2005) |
| 07/18/2005 | 65 | NOTICE of Appearance by A. Bernard Guekguezian on behalf of John P. Long (Bell, Marie) (Entered: 07/19/2005) |
| 07/20/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young : Motion Hearing held on 7/20/2005 re 57 MOTION to Transfer Case filed by Donald S. Koback,, 52 MOTION for Referral to Medical Tribunal filed by Erol Onel,, 29 MOTION for Referral to Medical Tribunal filed by New England Medical Center., 30 MOTION to Dismiss filed by Blue Cross Blue Shield of Mass., HMO Blue of Massachusetts., 56 MOTION for Referral to Medical Tribunal filed by Metrowest Medical Center., 61 MOTION to Transfer Case filed by John P. Long,. Pro se plaintiff does not appear. The court Allows the motion to Dismiss Blue Cross, Denies the motion to transfer to the Court of Appeals and Orders the case referred to Suffolk County Superior Court for the purpose of convening a medical malpractice tribunal. The case is ordered administratively closed pending the medical malpractice tribunal.(Court Reporter Womack.) (Smith, Bonnie) . (Entered: 07/21/2005) |
| 07/21/2005 | 66 | Judge William G. Young : Electronic ORDER entered. ORDER REFERRING CASE to Medical Tribunal for Superior Court sitting in and for the County of Suffolk.(Smith, Bonnie) (Entered: 07/21/2005) |
| 07/21/2005 | | Civil Case Terminated. (Smith, Bonnie) (Entered: 07/21/2005) |
| 07/21/2005 | 67 | Letter re 66 Order Referring Case to Medical Tribunal. (Bell, Marie) (Entered: 07/21/2005) |
| 07/26/2005 | | Return receipt received for mail sent to Medical Malpractice Tribunal Delivered on 7/25/05 (Bell, Marie) (Entered: 07/26/2005) |
| 09/16/2005 | 68 | MANDATE of USCA as to 33 Notice of Appeal, filed by Donald S. Koback. The motion for a protective order is denied and this appeal is dismissed for lack of appellate jurisdiction. Appellant must wait until his entire law suit has been adjudicated before he may obtain appellate review of orders granting amendments to the complaint. (Ramos, Jeanette) (Entered: 09/16/2005) |
| 09/16/2005 | | Appeal Record Returned: 33 Notice of Appeal, (Ramos, Jeanette) (Entered: 09/16/2005) |
| 01/03/2006 | 69 | SUMMONS Returned Executed Metrowest Medical Center served on 12/27/2005, answer due 1/17/2006. (Paine, Matthew) (Entered: 01/04/2006) |
| 01/23/2006 | 70 | SUMMONS Returned Executed as to John P. Long, Jr. M.D.. (Paine, Matthew) (Entered: 01/24/2006) |
| 01/31/2006 | 71 | Objection Number 1 as to Case Transfer filed by Donald S. Koback. |

| | | (Attachments: # 1 Exhibit X# 2 Exhibit Y)(Paine, Matthew) (Entered: 01/31/2006) |
|---|---|---|
| 01/31/2006 | 72 | Objection of Case Transfer from U.S. District Court to State Superior Court by Donald S. Koback. (Attachments: # 1 Exhibit X# 2 Exhibit Y) (Paine, Matthew) (Entered: 01/31/2006) |
| 01/31/2006 | 73 | Objection as to Medical Malpractice Tribunal filed by Donald S. Koback. (Attachments: # 1 Exhibit X# 2 Exhibit Y)(Paine, Matthew) (Entered: 01/31/2006) |
| 02/14/2006 | 74 | NOTICE OF APPEAL by Donald S. Koback. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/6/2006. (Attachments: # 1 Exhibits)(Paine, Matthew) (Entered: 02/15/2006) |
| 02/14/2006 | 75 | Objection To The Act of Conversion, Theft and or The Attempt to Convert, Steal, and or Misappropriate Plaintiff's Idea's, Methods, Formula, inter alia, etc. For the Use of Others Without Compensation, other Credit by Donald S. Koback. (Attachments: # 1 Exhibit X# 2 Exhibit Y)(Paine, Matthew) (Entered: 02/23/2006) |
| 03/10/2006 | | Remark: Pleadings, Copies of Pleadings, and Exhibits Received from Suffolk Superior Court on March 10, 2006 as to Donald S. Koback. These pleadings were voluminous and in realation to Donald S. Koback's case with the Medical Malpractice Tribunal for the Commonwealth of Massachusetts. (Paine, Matthew) (Entered: 03/14/2006) |
| 03/16/2006 | 76 | Compliance and AFFIDAVIT of Return Receipts of Filings to Medical Malpratice Tribunal by Donald S. Koback. (Attachments: # 1 Exhibit Y) (Paine, Matthew) (Entered: 03/16/2006) |
| 03/16/2006 | 77 | Letter (non-motion) from Donald S. Koback in Regards to Mail and Return Receipts for Filings Related to the Case by Donald S. Koback. (Attachments: # 1 Exhibit X# 2 Exhibit Y)(Paine, Matthew) (Entered: 03/16/2006) |
| 03/16/2006 | 78 | Certified and Transmitted Record on Appeal to US Court of Appeals re 74 Notice of Appeal, (Ramos, Jeanette) (Entered: 03/16/2006) |
| 03/20/2006 | 79 | USCA Case Number 06-1473 for 74 Notice of Appeal, filed by Donald S. Koback,. (Ramos, Jeanette) (Entered: 03/20/2006) |
| 03/23/2006 | 80 | MOTION to Set Aside Findings of the Medical Malpractice Tribunal by Donald S. Koback.(Paine, Matthew) (Entered: 03/23/2006) |
| 03/23/2006 | 81 | MOTION for New Trial by Donald S. Koback.(Paine, Matthew) (Entered: 03/23/2006) |
| 03/23/2006 | 82 | MOTION for Directed Verdict in Plaintiff's Favor by Donald S. Koback. (Paine, Matthew) (Entered: 03/23/2006) |
| | | |

| 03/23/2006 | 83 | MOTION for Judgment Not With Standing the Verdict or Judgement of Dismissal. by Donald S. Koback.(Paine, Matthew) (Entered: 03/23/2006) |
|---|---|---|
| 03/23/2006 | 84 | MOTION for an Auditor by Donald S. Koback.(Paine, Matthew) (Entered: 03/23/2006) |
| 03/23/2006 | 85 | MOTION (Nunc Pro Tunc) by Donald S. Koback.(Paine, Matthew) (Entered: 03/23/2006) |
| 03/23/2006 | 86 | FINDINGS of the MEDICAL MALPRACTICE TRIBUNAL. "After a Medical Malpractice Tribunal Hearing in Suffolk Superior Court: The Above Entitled Action is Hereby Ordered Returned to the United States District Court." (Paine, Matthew) (Entered: 03/23/2006) |
| 03/24/2006 | 87 | Opposition re 80 MOTION to Set Aside. 81 MOTION for New Trial, 82 MOTION for Directed Verdict, 83 MOTION for Judgment NOV, 84 MOTION, 85 MOTION filed by John P. Long. (Feinberg, Judith) Additional attachment(s) added on 3/28/2006 (Paine, Matthew). (Entered: 03/24/2006) |
| 03/24/2006 | ◑ | Filing fee: $ 255.00, receipt number 71294 for 74 Notice of Appeal. (Paine, Matthew) (Entered: 03/27/2006) |
| 03/28/2006 | ◑ | Notice of correction to docket made by Court staff. Correction: 87 Opposition to Motions 80 81 82 83 84 and 85 corrected because the Attorney Did Not Sign the Opposition Correctly. (Paine, Matthew) (Entered: 03/28/2006) |
| 03/28/2006 | ◑ | Judge William G. Young : Electronic ORDER entered DENYING 80 Motion to Set Aside, DENYING 81 Motion for New Trial, DENYING 82 Motion for Directed Verdict, DENYING 83 Motion for Judgment NOV, DENYING 84 Motion for an Auditor, and DENYING 85 Motion (Nunc Pro Tunc). (Paine, Matthew) (Entered: 03/28/2006) |
| 04/10/2006 | 88 | TRANSCRIPT ORDER FORM by Donald S. Koback. (Paine, Matthew) (Entered: 04/12/2006) |
| 04/11/2006 | 89 | ANSWER to Complaint with Jury Demand by Emanuel Friedman.(Paine, Matthew) (Entered: 04/12/2006) |
| 04/11/2006 | 90 | NOTICE of Appearance by Matthew R. Connors and David M. Gould on behalf of Emanuel Friedman. M.D. (Paine, Matthew) (Entered: 04/12/2006) |
| 04/12/2006 | 91 | NOTICE issued to Attorney Matthew R. Connors regarding mandatory use of ECF in compliance with Local Rule 5.4. Failure to comply may result in the imposition of sanctions. (Paine, Matthew) (Entered: 04/12/2006) |
| 05/01/2006 | 92 | CERTIFICATION of ALTERNATIVE DISPUTE RESOLUTION by Barbara Hayes Buell on behalf of Metrowest Medical Center. Leonard Morse Hospital, Framingham Union Hospital. (Paine, Matthew) (Entered: 05/01/2006) |

| 05/26/2006 | 93 | MANDATE of USCA as to 74 Notice of Appeal, filed by Donald S. Koback. DISMISSED. (Ramos, Jeanette) (Entered: 05/26/2006) |
|---|---|---|
| 05/26/2006 | | Appeal Record Returned: 74 Notice of Appeal, 33 Notice of Appeal, (Ramos, Jeanette) (Entered: 05/26/2006) |
| 08/03/2006 | 94 | MOTION to Dismiss *for Failure to Post Bond as Ordered* by John P. Long.(Feinberg, Judith) Additional attachment(s) added on 8/4/2006 (Paine, Matthew). (Entered: 08/03/2006) |
| 08/04/2006 | | Case Reopened (Smith, Bonnie) (Entered: 08/04/2006) |
| 08/04/2006 | | ELECTRONIC NOTICE of Hearing : Scheduling Conference set for 9/11/2006 02:00 PM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie) (Entered: 08/04/2006) |
| 08/04/2006 | | Remark: Exhibits (A) through (G) Added to 94 Motion to Dismiss for Failure to Post Bond as Ordered. (Paine, Matthew) (Entered: 08/04/2006) |
| 08/08/2006 | 95 | MOTION to Amend by Donald S. Koback.(Paine, Matthew) (Entered: 08/09/2006) |
| 08/08/2006 | 96 | AFFIDAVIT of Plaintiff, by Donald S. Koback. (Paine, Matthew) (Entered: 08/09/2006) |
| 08/08/2006 | 97 | Opposition re 94 MOTION to Dismiss *for Failure to Post Bond as Ordered*, filed by Donald S. Koback. (Paine, Matthew) (Entered: 08/09/2006) |
| 08/08/2006 | 98 | CERTIFICATE OF SERVICE by Donald S. Koback. (Paine, Matthew) (Entered: 08/09/2006) |
| 08/16/2006 | 99 | MOTION to Dismiss for Failure to File Bond Pursuant to M.G.L. c. 231, 60B, by Metrowest Medical Center. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Paine, Matthew) (Entered: 08/16/2006) |
| 08/16/2006 | 100 | NOTICE issued to Attorney Barbara Hayes Buell regarding mandatory use of ECF in compliance with Local Rule 5.4. Failure to comply may result in the imposition of sanctions. (Paine, Matthew) (Entered: 08/16/2006) |
| 08/17/2006 | 101 | OFFER of SETTLEMENT, by Donald S. Koback. (Paine, Matthew) (Entered: 08/18/2006) |
| 08/17/2006 | 102 | OBJECTION to the Scheduling Conference, by Donald S. Koback. (Paine, Matthew) (Entered: 08/18/2006) |
| 08/17/2006 | 103 | CERTIFICATE OF SERVICE by Donald S. Koback. (Paine, Matthew) (Entered: 08/18/2006) |
| 08/18/2006 | | Judge William G. Young : Electronic ORDER entered GRANTING 95 Motion to Amend. (Paine, Matthew) (Entered: 08/18/2006) |
| 08/18/2006 | | Judge William G. Young : Electronic ORDER entered GRANTING 94 MOTION to Dismiss for Failure to Post Bond as Ordered, by John P. |

| | | Long. (Paine, Matthew) (Entered: 08/18/2006) |
|---|---|---|
| 08/18/2006 | 104 | MOTION for Entry of Judgment under Rule 54(b) by John P. Long. (Feinberg, Judith) (Entered: 08/18/2006) |
| 08/21/2006 | 105 | MOTION for Entry of Judgment under Rule 54(b), *Corrected Signature Line* by John P. Long.(Feinberg, Judith) (Entered: 08/21/2006) |
| 08/22/2006 | ○ | Motions terminated: 104 MOTION for Entry of Judgment under Rule 54 (b) filed by John P. Long. Please refer to the Corrected Motion, with the Attorney Signature, Docket Entry 105. (Paine, Matthew) (Entered: 08/22/2006) |
| 08/22/2006 | 106 | MOTION to Dismiss by Erol Onel, New England Medical Center. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)(Jensen, Lynda) (Entered: 08/22/2006) |
| 08/24/2006 | 107 | CERTIFICATION pursuant to Local Rule 16.1 by Donald S. Koback. (Attachments: # 1 Exhibit 1)(Sonnenberg, Elizabeth) (Entered: 08/24/2006) |
| 08/25/2006 | 108 | MOTION for Reconsideration of Attorney Judith Feinberg's and John P. Long, Jr.'s Motion to Dismiss the Plaintiff's Complaint for Failure to Comply With Order for Bond, by Donald S. Koback. (Attachments: # 1 Exhibit)(Paine, Matthew) (Entered: 08/29/2006) |
| 08/25/2006 | 109 | CERTIFICATE OF SERVICE for Motion for Reconsideration, by Donald S. Koback. (Paine, Matthew) (Entered: 08/29/2006) |
| 08/28/2006 | 125 | MOTION for Reconsideration re 124 JOINT STATEMENT is SO ORDERED as the Case Mangement Scheduling Order. DISCOVERY DUE June 30, 2007 and DISPOSITIVE MOTIONS DUE August 30, 2007, by Donald S. Koback.(Paine, Matthew) (Entered: 09/29/2006) |
| 08/30/2006 | 110 | Opposition re 108 MOTION for Reconsideration filed by John P. Long. (Feinberg, Judith) Additional attachment(s) added on 8/31/2006 (Paine, Matthew). Additional attachment(s) added on 8/31/2006 (Paine, Matthew). (Entered: 08/30/2006) |
| 08/30/2006 | ○ | Judge William G. Young : Electronic ORDER entered GRATNING 99 MOTION to Dismiss for Failure to File Bond Pursuant to M.G.L. c. 231, 60B, by Metrowest Medical Center. (Paine, Matthew) (Entered: 08/30/2006) |
| 08/30/2006 | ○ | Judge William G. Young : Electronic ORDER entered GRANTING 106 MOTION to Dismiss by Erol Onel, New England Medical Center. (Paine, Matthew) (Entered: 08/30/2006) |
| 08/30/2006 | 111 | AFFIDAVIT in Support of Donald S. Koback's Motion re 108 MOTION for Reconsideration of Attorney Judith Feinberg's and John P. Long, Jr.'s Motion to Dismiss the Plaintiff's Complaint for Failure to Comply With Order for Bond, filed by Donald S. Koback. (Attachments: # 1 Exhibit 1) (Paine, Matthew) (Entered: 08/31/2006) |

| 08/30/2006 | 112 | MOTION for Sanctions by Donald S. Koback.(Paine, Matthew) (Entered: 08/31/2006) |
|---|---|---|
| 08/30/2006 | 113 | CERTIFICATE OF SERVICE by Donald S. Koback re 111 Affidavit in Support of Motion and re 112 MOTION for Sanctions. (Paine, Matthew) (Entered: 08/31/2006) |
| 08/31/2006 | ☑ | Notice of correction to docket made by Court staff. Correction: Opposition re 108 Motion for Reconsideration Corrected Because: The Exhibits A through D Were Not Filed As Separate but Attached Documents to the Opposition. (Entered: 08/31/2006) |
| 08/31/2006 | 114 | MOTION to Dismiss by Emanuel Friedman.(Connors, Matthew) (Entered: 08/31/2006) |
| 09/05/2006 | 115 | Plaintiff's MOTION for Relief from Judgment in Favor of John P. Long, Jr. M.D. and Metrowest Medical Center, by Donald S. Koback.(Paine, Matthew) (Entered: 09/06/2006) |
| 09/05/2006 | 116 | Plaintiff's MOTION for Reconsideration of re 115 Plaintiff's MOTION for Relief from Judgment in Favor of John P. Long, Jr. M.D. and Metrowest Medical Center by Donald S. Koback.(Paine, Matthew) (Entered: 09/06/2006) |
| 09/05/2006 | 117 | Federal Rules of Civil Procedure, Rule 16; Local Rule 16.1 (D) JOINT STATEMENT. (Attachments: # 1 Exhibit A)(Paine, Matthew) (Entered: 09/06/2006) |
| 09/06/2006 | 118 | First Opposition re 112 MOTION for Sanctions filed by Emanuel Friedman. (Connors, Matthew) (Entered: 09/06/2006) |
| 09/06/2006 | 119 | Proposed JOINT STATEMENT re scheduling conference *submitted by all defendants*. (Jensen, Lynda) (Entered: 09/06/2006) |
| 09/06/2006 | 120 | Plaintiff's OPPOSITION and AFFIDAVIT to re 114 MOTION to Dismiss by Emanuel Friedman, filed by Donald S. Koback. (Attachments: # 1 Exhibits 1-3)(Paine, Matthew) (Entered: 09/07/2006) |
| 09/06/2006 | 121 | Plaintiff's MOTION Nunc Pro Tunc, by Donald S. Koback.(Paine, Matthew) (Entered: 09/07/2006) |
| 09/07/2006 | ☑ | Judge William G. Young : Electronic ORDER entered DENYING 112 Motion for Sanctions by Donald S. Koback. (Paine, Matthew) (Entered: 09/07/2006) |
| 09/11/2006 | ☑ | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Scheduling Conference held on 9/11/2006. The Court explains the requirements of the session. Mr. Koback appears on his own behalf. Court inquires as to whether he intends to get counsel. Mr. Koback answers no. The Court orders the plaintiff to deposit in the registry of the court a cashier's check in the sum of $6000, said check to be made out to Clerk, United States District Court. The money is to be deposited by 2:00 PM 9/18/06. Once the check is deposited all orders of dismissal will be vacated and the case will proceed. Final Pretrial Conference set for NO |

|  |  |  |
|---|---|---|
|  |  | SOONER THAN 9/4/2007 02:00 PM before Judge William G. Young. Jury Trial set for RUNNING TRIAL LIST AS OF 10/1/2007 09:00 AM before Judge William G. Young. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 09/13/2006) |
| 09/18/2006 | 122 | CASHIER'S CHECK Received from Donald S. Koback: Amount $6000, receipt number 75108. (Paine, Matthew) (Entered: 09/18/2006) |
| 09/19/2006 | ○ | Judge William G. Young : Electronic ORDER entered. The Orders Dismissing the case are hereby VACATED. The Motions for reconsideration are DENIED AS MOOT. The Motions to Dismiss for failure to popst a bond are DENIED AS MOOT. re 108 MOTION for Reconsideration filed by Donald S. Koback,, Order on Motion to Dismiss. 116 MOTION for Reconsideration re 115 MOTION filed by Donald S. Koback,, 114 MOTION to Dismiss filed by Emanuel Friedman,, 115 MOTION filed by Donald S. Koback,, Order on Motion to Dismiss, Order on Motion to Dismiss(Smith, Bonnie) (Entered: 09/19/2006) |
| 09/19/2006 | ○ | Motions terminated: 121 MOTION filed by Donald S. Koback., 108 MOTION for Reconsideration filed by Donald S. Koback., 105 MOTION for Entry of Judgment under Rule 54(b) , *Corrected Signature Line* filed by John P. Long,, 116 MOTION for Reconsideration re 115 MOTION filed by Donald S. Koback,, 114 MOTION to Dismiss filed by Emanuel Friedman., 115 MOTION filed by Donald S. Koback.. (Smith, Bonnie) (Entered: 01/19/2007) |
| 09/22/2006 | 123 | Supplemental JOINT STATEMENT re scheduling conference *submitted by all defendants*. (Jensen, Lynda) (Entered: 09/22/2006) |
| 09/25/2006 | 124 | Judge William G. Young : ORDER entered. re 123 JOINT STATEMENT is SO ORDERED as the Case Mangement Scheduling Order. DISCOVERY DUE June 30, 2007 and DISPOSITIVE MOTIONS DUE August 30, 2007. (Paine, Matthew) (Entered: 09/25/2006) |
| 09/28/2006 | 126 | Local Rule 16.1 (D) JOINT STATEMENT (continued) Nunc pro Tunc - September 18, 2006, by Donald S. Koback. (Paine, Matthew) (Entered: 09/29/2006) |
| 09/28/2006 | 127 | MOTION to Strike re 123 Supplemental JOINT STATEMENT re scheduling conference submitted by all defendants, by Donald S. Koback.(Paine, Matthew) (Entered: 09/29/2006) |
| 09/28/2006 | 128 | CERTIFICATE OF SERVICE, by Donald S. Koback. (Paine, Matthew) (Entered: 09/29/2006) |
| 10/02/2006 | ○ | Judge William G. Young : Electronic ORDER entered DENYING 125 Motion for Reconsideration and DENYING 127 Motion to Strike (Paine, Matthew) (Entered: 10/02/2006) |
| 10/10/2006 | 129 | Plaintiff Donald S. Koback's Exception for the Sake of Appeal and/or to Perfect the Record for the Purposes of Appeal. (Paine, Matthew) (Entered: 10/11/2006) |

| 10/17/2006 | 130 | NOTICE of Docket Entry from Supreme Judicial Court for Suffolk County, Massachusetts. (Paine. Matthew) (Entered: 10/18/2006) |
| 11/08/2006 | 131 | Request for Admission Under F.R.C.P. Rule 36, by Donald S. Koback (Attachments: # 1 Exhibit 1A - 2)(Paine, Matthew) (Entered: 11/08/2006) |
| 11/08/2006 | 132 | AFFIDAVIT of Donald S. Koback re 131 Request for Admission Under F.R.C.P. Rule 36, by Donald S. Koback. (Paine, Matthew) (Entered: 11/08/2006) |
| 11/16/2006 | 133 | MOTION to Strike by Donald S. Koback.(Paine. Matthew) (Entered: 11/16/2006) |
| 11/21/2006 | ◯ | Judge William G. Young : Electronic ORDER entered DENYING 133 Motion to Strike. (Paine. Matthew) (Entered: 11/21/2006) |
| 11/22/2006 | 134 | MOTION to Strike *Plaintiff's Requests for Admissions* by Emanuel Friedman.(Connors. Matthew) (Entered: 11/22/2006) |
| 11/27/2006 | ◯ | Judge William G. Young : Electronic ORDER entered re 134 MOTION to Strike Plaintiff's Requests for Admissions. "Motion DENIED, Save That the Responses to the Requests for Admission Need Not Be Filed Until (30) Days After the Decision on the Motion for Summary Judgment, Provided that the Motion for Summary Judgment is Filed on or Before December 15, 2006." (Paine, Matthew) (Entered: 11/27/2006) |
| 11/29/2006 | 135 | MOTION for Default Judgment as to Emanuel Friedman, M.D. by Donald S. Koback. (Attachments: # 1 Exhibit)(Paine. Matthew) (Entered: 11/30/2006) |
| 11/29/2006 | 136 | MEMORANDUM in Support re 135 MOTION for Default Judgment as to Emanuel Friedman, M.D. filed by Donald S. Koback. (Paine. Matthew) (Entered: 11/30/2006) |
| 11/29/2006 | 137 | AFFIDAVIT of Donald S. Koback in Support re 135 MOTION for Default Judgment as to Emanuel Friedman, M.D. filed by Donald S. Koback. (Paine, Matthew) (Entered: 11/30/2006) |
| 11/29/2006 | 138 | MOTION for Reconsideration re 134 MOTION to Strike *Plaintiff's Requests for Admissions* by Donald S. Koback.(Paine, Matthew) (Entered: 11/30/2006) |
| 12/04/2006 | ◯ | Judge William G. Young : Electronic ORDER entered denying 134 Motion to Strike, denying 135 Motion for Default Judgment (Smith, Bonnie) (Entered: 12/04/2006) |
| 12/04/2006 | 139 | MOTION for Default Judgment as to Emanuel Friedman, M.D. by Donald S. Koback. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Paine. Matthew) (Entered: 12/05/2006) |
| 12/04/2006 | 140 | MEMORANDUM in Support re 139 MOTION for Default Judgment as to Emanuel Friedman, M.D. filed by Donald S. Koback. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Paine. Matthew) (Entered: 12/05/2006) |
| 12/06/2006 | 141 | Opposition to Court Document Number: 138, Docket Text. Motion for |

| | | |
|---|---|---|
| | | Reconsideration re 134 Motion to Strike Plaintiff's Request for Admissions, by Donald S. Koback. (Attachments: # 1 Exhibit)(Paine, Matthew) (Entered: 12/07/2006) |
| 12/13/2006 | 142 | AFFIDAVIT of Donald S. Koback. by Donald S. Koback. (Paine, Matthew) (Entered: 12/13/2006) |
| 12/13/2006 | 143 | MOTION for Summary Judgment *Pursuant to F.R.Civ.P.Rule 56* by Emanuel Friedman.(Connors, Matthew) (Entered: 12/13/2006) |
| 12/13/2006 | 144 | MEMORANDUM in Support re 143 MOTION for Summary Judgment *Pursuant to F.R.Civ.P.Rule 56* filed by Emanuel Friedman. (Attachments: # 1 Affidavit Dr. Friedman's Affidavit)(Connors, Matthew) (Entered: 12/13/2006) |
| 12/13/2006 | 145 | STATEMENT of facts *Local Rule 56.1 Undisputed Material Facts*. (Connors, Matthew) (Entered: 12/13/2006) |
| 12/13/2006 | | E-Mail Notice returned as undeliverable. Name of Addressee: Lynda Jensen. The ECF Help Desk has contacted the law firm, who advised that the attorney is no longer associated with the firm. The attorney's email address has been removed from the ECF database to prevent the return of additional undeliverable email notices. (Hurley, Virginia) (Entered: 12/13/2006) |
| 12/15/2006 | 146 | NOTICE of Filing With Clerk's Office, by Emanuel Friedman re 143 MOTION for Summary Judgment *Pursuant to F.R.Civ.P.Rule 56*, 144 Memorandum in Support of Motion, 145 Statement of facts (Paine, Matthew) (Entered: 12/15/2006) |
| 12/19/2006 | 147 | AFFIDAVIT of Donald S. Koback, by Donald S. Koback. (Attachments: # 1 Attachment 135# 2 Attachment 136# 3 Attachment 137)(Paine, Matthew) (Entered: 12/19/2006) |
| 12/19/2006 | 148 | AFFIDAVIT of Syed Razvi, by Donald S. Koback. (Paine, Matthew) (Entered: 12/19/2006) |
| 12/21/2006 | | ELECTRONIC NOTICE of Hearing on Motion 143 MOTION for Summary Judgment *Pursuant to F.R.Civ.P.Rule 56*: Motion Hearing set for 1/31/2007 02:00 PM before Judge William G. Young. opposition is due by 12/27/06. Reply brief, if any, is due by 1/8/07.(Smith, Bonnie) (Entered: 12/21/2006) |
| 12/21/2006 | 149 | Opposition re 143 MOTION for Summary Judgment *Pursuant to F.R.Civ.P.Rule 56* filed by Donald S. Koback. (Paine, Matthew) (Entered: 12/21/2006) |
| 12/21/2006 | 150 | MEMORANDUM in Opposition re 143 MOTION for Summary Judgment *Pursuant to F.R.Civ.P.Rule 56* filed by Donald S. Koback. (Paine, Matthew) (Entered: 12/21/2006) |
| 12/21/2006 | 151 | CERTIFICATE OF SERVICE by Donald S. Koback re 149 Opposition to Motion, 150 Memorandum in Opposition to Motion. (Paine, Matthew) (Entered: 12/21/2006) |

| 12/22/2006 | 152 | CERTIFICATE OF SERVICE (Revised) by Donald S. Koback. (Paine, Matthew) (Entered: 12/26/2006) |
|---|---|---|
| 12/26/2006 | 153 | Opposition by Donald S. Koback to the December 21, 2006 Electronic Notice of Hearing on Motion on for Summary Judgment. (Paine, Matthew) (Entered: 12/27/2006) |
| 12/26/2006 | 154 | Plaintiff's Concise Statement of Material Facts L.R. 56.1 re 143 MOTION for Summary Judgment *Pursuant to F.R.Civ.P.Rule 56* filed by Donald S. Koback. (Attachments: # 1 Exhibits)(Paine, Matthew) (Entered: 12/27/2006) |
| 12/26/2006 | 155 | CERTIFICATE OF SERVICE by Donald S. Koback re 154 Statement of Material Facts L.R. 56.1. (Paine, Matthew) (Entered: 12/27/2006) |
| 12/29/2006 | 156 | Responses to Interrogatories By Defendant John P. Long, M.D., by Donald S. Koback. (Attachments: # 1 Responses to Interrogatories of Defendent John P. Long, M.D.)(Paine, Matthew) (Entered: 01/04/2007) |
| 01/04/2007 | 157 | Plaintiff Donald S. Koback Nunc Pro Tunes Court Document 149, Court Document 135. and Court Document 153 or Otherwise Supplements the Aforedescribed. (Paine, Matthew) (Entered: 01/05/2007) |
| 01/04/2007 | 158 | Objection, Answers to Interrogatories of the Defendant John P. Long, M.D. to the Plaintiff Donald S. Koback. by Donald S. Koback. (Attachments: # 1 Supplemental Objection Answer to Interrogatories# 2 Interrogatories)(Paine, Matthew) (Entered: 01/05/2007) |
| 01/05/2007 | 159 | OBJECTION, Exception for the Sake of Appeal, and Motion for Reconsideration on Motion for Default Judgment as to Emanuel Friedman, M.D. Court Document 135 and Court Order Denying 135, by Donald S. Koback. (Paine, Matthew) (Entered: 01/08/2007) |
| 01/05/2007 | 160 | OBJECTION, Responses to Defendant John P. Long, M.D.'s Rule 34 Request for Production of Documents to the Plaintiff, by Donald S. Koback. (Attachments: # 1 Objections)(Paine, Matthew) (Entered: 01/08/2007) |
| 01/08/2007 | 161 | MOTION to Determine the Sufficiency of Responses By Defendant M.D. Emanuel Friedman to Plaintiff Donald S. Kobacks Request for Admission Under FRCP 36, by Donald S. Koback.(Paine, Matthew) (Entered: 01/09/2007) |
| 01/08/2007 | 162 | AMENDED DOCUMENT by Donald S. Koback. Amendment to Signature Page re 160 OBJECTION, Responses to Defendant John P. Long, M.D.'s Rule 34 Request for Production of Documents to the Plaintiff. (Paine, Matthew) (Entered: 01/09/2007) |
| 01/16/2007 | 163 | CERTIFICATE OF SERVICE by Donald S. Koback. (Paine, Matthew) (Entered: 01/17/2007) |
| 01/17/2007 | 164 | Request for Admission Under F.R.C.P. Rule 36, by Donald S. Koback. (Attachments: # 1 Request for Admission Part - 2)(Paine, Matthew) (Entered: 01/17/2007) |

| 01/19/2007 | 165 | Opposition re 161 MOTION Motion to Determine the Sufficiency of Responses By Defendant M.D. Emanuel Friedman to Plaintiff Donald S. Kobacks Request for Admission Under FRCP 36 filed by Emanuel Friedman. (Connors, Matthew) (Entered: 01/19/2007) |
| --- | --- | --- |
| 01/19/2007 | 166 | Concise STATEMENT of the Material Facts of Record as to Which Plaintiff Contends Exist a Genuine Issue and/or Genuine Issues to Be Tried, U.S. District Court of Massachusetts, Local Rule 56.1, by Donald S. Koback. (Attachments: # 1 Exhibit)(Paine, Matthew) (Entered: 01/19/2007) |
| 01/22/2007 | ○ | Judge William G. Young : Electronic ORDER entered DENYING Without Prejudice As Premature re 161 MOTION to Determine the Sufficiency of Responses By Defendant M.D. Emanuel Friedman to Plaintiff Donald S. Kobacks Request for Admission Under FRCP 36. (Paine, Matthew) (Entered: 01/22/2007) |
| 01/22/2007 | 167 | NOTICE to the U.S. District Court and to the Hague, by Donald S. Koback. (Paine, Matthew) (Entered: 01/23/2007) |
| 01/22/2007 | 168 | MOTION Nunc Pro Tunc to Determine the Sufficiency of Responses by the Defendant, M.D. Emanuel Friedman, to Plaintiff Donald S. Koback's Request for Admission Under Rule 36 Fed. R. Civ. P. Rule 36 M.D. Emanuel Friedman, by Donald S. Koback.(Paine, Matthew) (Entered: 01/23/2007) |
| 01/22/2007 | 169 | STATEMENT of Objections to M.D. John P. Long, Jr. and His Attorney At Law Judith Feinberg's Notice of Taking Deposition of Plaintiff Donald S. Koback, by Donald S. Koback. (Paine, Matthew) (Entered: 01/23/2007) |
| 01/22/2007 | 170 | CERTIFICATE OF SERVICE by Donald S. Koback re 169 STATEMENT of Objections to M.D. John P. Long, Jr. and His Attorney At Law Judith Feinberg's Notice of Taking Deposition of Plaintiff Donald S. Koback and 167 NOTICE to the U.S. District Court and to the Hague. (Paine, Matthew) (Entered: 01/23/2007) |
| 01/23/2007 | 171 | MOTION to Terminate Pursuant to Fed. R. Civ. P. Rule 30, by Donald S. Koback.(Paine, Matthew) (Entered: 01/24/2007) |
| 01/24/2007 | ○ | Judge William G. Young : Electronic ORDER entered DENYING as Premature re 168 MOTION Nunc Pro Tunc to Determine the Sufficiency of Responses by the Defendant, M.D. Emanuel Friedman, to Plaintiff Donald S. Koback's Request for Admission Under Rule 36 Fed. R. Civ. P. Rule 36 M.D. Emanuel Friedman. (Paine, Matthew) (Entered: 01/24/2007) |
| 01/24/2007 | 172 | Opposition re 171 MOTION Motion to Terminate Pursuant to Fed. R. Civ. P. Rule 30 filed by John P. Long. (Feinberg, Judith) (Entered: 01/24/2007) |
| 01/25/2007 | ○ | Judge William G. Young : Electronic ORDER entered DENYING re 171 MOTION to Terminate Pursuant to Fed. R. Civ. P. Rule 30 by Donald S. |

| | | |
|---|---|---|
| | | Koback. (Paine, Matthew) (Entered: 01/25/2007) |
| 01/25/2007 | 173 | NOTICE of Appearance by Jennifer E. Hartunian on behalf of Erol Onel (Hartunian, Jennifer) (Entered: 01/25/2007) |
| 01/25/2007 | 174 | NOTICE of Appearance by Jennifer E. Hartunian on behalf of New England Medical Center (Hartunian, Jennifer) (Entered: 01/25/2007) |
| 01/25/2007 | 175 | AFFIDAVITS to Statements and Documents Contained in Plaintiff, Donald S. Koback's Request for Admission, by Donald S. Koback. (Paine, Matthew) (Entered: 01/26/2007) |
| 01/25/2007 | 176 | Objection, Answers to Defendant, Metrowest Medical Center's Interrogatories to Be Answered by Plaintiff, by Donald S. Koback. (Attachments: # 1 Interrogatories 1 -36)(Paine, Matthew) (Entered: 01/26/2007) |
| 01/26/2007 | 177 | MOTION to Compel Initial Disclosures Pursuant to Fed. R. Civ. P. Rule 26(a) (1) and/or to Supplement Intial Disclosures Pursuant to Fed. R. Civ. P. Rule 26(e) and Fed. R. Civ. P. Rule 37, by Donald S. Koback.(Paine, Matthew) (Entered: 01/29/2007) |
| 01/26/2007 | 178 | Objections, Responses to Defendant Metrowest Medical Centers Request for Production of Documents (First Set), by Donald S. Koback. (Attachments: # 1 Objections, Responses Request for Production 1-9 Pursuant to Fed. R. Civ. P. Rule 34)(Paine, Matthew) (Entered: 01/29/2007) |
| 01/26/2007 | 179 | CERTIFICATE OF SERVICE re 177 MOTION to Compel Initial Disclosures Pursuant to Fed. R. Civ. P. Rule 26(a) (1) and/or to Supplement Intial Disclosures Pursuant to Fed. R. Civ. P. Rule 26(e) and Fed. R. Civ. P. Rule 37 and 178 Objections, Responses to Defendant Metrowest Medical Centers Request for Production of Documents (First Set), by Donald S. Koback. (Paine, Matthew) (Entered: 01/29/2007) |
| 01/30/2007 | 180 | Opposition re 177 MOTION to Compel *Initial Disclosures* filed by John P. Long. (Attachments: # 1 Exhibit # 2 Affidavit)(Feinberg, Judith) (Entered: 01/30/2007) |
| 01/30/2007 | ◑ | Judge William G. Young : Electronic ORDER entered DENYING re 177 MOTION to Compel Initial Disclosures Pursuant to Fed. R. Civ. P. Rule 26(a) (1) and/or to Supplement Intial Disclosures Pursuant to Fed. R. Civ. P. Rule 26(e) and Fed. R. Civ. P. Rule 37Motion to Compel. (Paine, Matthew) (Entered: 01/30/2007) |
| 01/31/2007 | ◑ | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Pro se plaintiff Kpback and Defense attorney Connors are presentMotion Hearing held on 1/31/2007 re 143 MOTION for Summary Judgment *Pursuant to F.R.Civ.P.Rule 56* filed by Emanuel Friedman,, AFTER HEARING the court ALLOWS the Motion.Motions terminated: 143 MOTION for Summary Judgment *Pursuant to F.R.Civ.P.Rule 56* filed by Emanuel Friedman,. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 02/01/2007) |

| 02/01/2007 | 181 | MOTION to Strike 164 Notice (Other) by Metrowest Medical Center. (Buell, Barbara) (Entered: 02/01/2007) |
|---|---|---|
| 02/01/2007 | 182 | MEMORANDUM in Support re 181 MOTION to Strike 164 Notice (Other) filed by Metrowest Medical Center. (Attachments: # 1 Exhibit Exh A Part 1 to Memorandum# 2 Exhibit Exh A Part 2 to Memorandum# 3 Affidavit L.R. 7.1 Certification)(Buell, Barbara) (Entered: 02/01/2007) |
| 02/05/2007 | ○ | Judge William G. Young : Electronic ORDER entered re 181 MOTION to Strike 164 Notice (Other) by Metrowest Medical Center. "ALLOWED Without Prejudice to the Framing of 10 Proper Request for Admission." (Paine, Matthew) (Entered: 02/05/2007) |
| 02/12/2007 | 183 | Objections by Donald S. Koback. (Paine, Matthew) (Entered: 02/12/2007) |
| 02/12/2007 | 184 | CERTIFICATE OF SERVICE by Donald S. Koback re 183 Objections. (Paine, Matthew) (Entered: 02/12/2007) |
| 02/14/2007 | 185 | NOTICE OF APPEAL as to Order on Motion to Strike, Order on Motion for Default Judgment by Donald S. Koback NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/6/2007. (Paine, Matthew) (Entered: 02/15/2007) |
| 02/14/2007 | ○ | Filing fee: $ 455.00, receipt number 78282 for 185 Notice of Appeal. (Paine, Matthew) (Entered: 02/15/2007) |
| 02/23/2007 | 186 | CERTIFICATE OF SERVICE by Donald S. Koback. (Paine, Matthew) (Entered: 02/27/2007) |
| 02/27/2007 | 187 | CERTIFICATE OF SERVICE by Donald S. Koback. (Paine, Matthew) (Entered: 02/28/2007) |
| 03/06/2007 | ○ | Motions terminated: 139 MOTION for Default Judgment as to Emanuel Friedman, M.D. filed by Donald S. Koback,. (Smith, Bonnie) (Entered: 03/06/2007) |