UNITED STATES DISTRICT COURT IN AND FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD S. KOBACK, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>METROWEST MEDICAL CENTER, )<br>LEONARD MORSE HOSPITAL, )<br>FRAMINGHAM UNION HOSPITAL, )<br>NEW ENGLAND MEDICAL CENTER, )<br>TUFTS UNIVERSITY SCHOOL OF )<br>MEDICINE, HMO BLUE OF )<br>MASSACHUSETTS, EMANUEL )<br>FRIEDMAN, M.D., JOHN P. LONG, M.D. )<br>AND EROL ONEL, M.D., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 05-CV-10798-WGY |

## DEFENDANT, METROWEST MEDICAL CENTER'S, MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED.R.CIV.P. 56(b)

Now comes the Defendant, MetroWest Medical Center[1], and hereby requests that this Honorable Court grant its Motion for Summary Judgment pursuant to Fed.R.Civ.P. 56(b) as it is not vicariously liable for the actions of the codefendant physicians as said physicians were not its employees, agents or servants at the time they treated the Plaintiff. Additionally, the Plaintiff has no viable direct claims against MetroWest Medical Center. In support of its Motion, the Defendant refers this Court to the attached Memorandum of Support and Concise Statement of Material Facts.

---

[1] MetroWest Medical Center comprises Leonard Morse Hospital and Framingham Union Hospital.

*[signature]*
Barbara Hayes Buell, BBO# 063480
BLOOM & BUELL
Attorney for Defendant,
*MetroWest Medical Center*
1340 Soldiers Field Road, Suite Two
Boston, MA 02135-1020
(617) 254-4400

Dated: April 10, 2007

*Certificate of Service*

I hereby certify that I have served a true copy of the within document upon all concerned parties, by mail, postage prepaid, who are not otherwise served electronically.

*[signature]*
4-10-07