UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DISTRICT
(Boston, Massachusetts)

FILED
IN CLERKS OFFICE

2007 APR 18 A 11:24 No.:
1:05-CV-10798-
U.S. DISTRICT COURT
DISTRICT OF MASS.

DONALD S. KOBACK,
    Plaintiff,

v.

METROWEST MEDICAL CENTER, LEONARD MORSE HOSPITAL, FRAMINGHAM UNION HOSPITAL, NEW ENGLAND MEDICAL CENTER, TUFTS UNIVERSITY SCHOOL OF MEDICINE, HMO BLUE OF MASSACHUSETTS, EMANUEL FRIEDMAN, M.D., JOHN P. LONG, M.D., AND EROL ONEL, M.D.,
    Defendants

U.S. COURT OF APPEALS
No. 07-1411

PLAINTIFF, DONALD S. KOBACK'S

## AFFIDAVIT IN OPPOSITION TO "DEFENDANT, METROWEST MEDICAL CENTER'S, MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED.R.CIV.P. 56(b)"; AND "EXHIBITS A, B, C, D, E"

I, Donald S. Koback, Plaintiff herein, assert, state, and bear witness to the following truths:

1. The AFFADAVIT OF JOHN P. LONG JR., M.D. and the AFFADAVIT OF REBECCA HEFFERNAN are conspicuously remiss in their respective failures to identify themselves as Defendant(s) in the above entitled Civil Action, and, as such possess no legal validity - worthless;

2. In 2004 and 2005, John P. Long, Jr. admitted to the Plaintiff, Donald S. Koback admitted that he was a "...mere employee..." of

the hospital next door — Framingham Union Hospital MetroWest Medical Center. To which I replied, I "Know" you are in the Yellow Pages phone directory with them. John P. Long, Jr. made this statement while he repeatedly tried to explain and account for the five and one-half (5½) hour delay in his waiting room of his medical office which abuts said Hospital, Center;

DSK April 14, 2007

3. I inquired further "if they paid him well?" ...to which he, John P. Long, Jr. replied, "Yes";

4. The Plaintiff, Donald S. Koback informed John P. Long, Jr. that the Plaintiff was familiar with Dr. Erol Onel and Dr. John P. Long, employees of the

Defendant(s) Tufts University School of Medicine and the New England Medical Center whereat surgery was performed on me twice, I asked "Why he (Dr. John P. Long, Jr.) might leave the prestige of such a teaching hospital to join with Dr. Michael P. Donovan to the less auspicious, small town of Framingham Massachusetts,"... to which he summed it up – 'the money was better.';

4. The <u>AFFADAVIT OF REBECCA HEFFERNAN</u> is claimed by her to be "...based upon personal knowledge..." Rebecca Heffernan's "AFFADAVIT" must state that the facts to which she bears witness must be based on her position as "Director of Human Resources at MetroWest Medical Center" and, as such, it is just her personal opinion which is being put forward not some official or corporate fact(s); Osk April 14, 2007

5. The AFFADAVIT OF REBECCA HEFFERNAN expresses Ms. Rebecca Heffernan's Belief, to wit, "...at no time did MetroWest Medical Center believe it was the employer of Dr. Long," (emphasis added) which is problematic for two (2) reasons. One, the words "...at no time..." when used in conjunction with the word "believe" it was the employer of Dr. Long connote and imply an absolute certainty — "...no time..." which certainty almost immediately dissolves, rising to the level of imagination — riddled with uncertainty, when it encounters the word "believe";

DSK/ly april 2007

6. John P. Long, Jr., M.D., John P. Long, M.D. made Plaintiff, Donald S. Koback aware that he, and the other defendant physicians are also employed

DSK april 14, 2007

by a secretly established entity, LLC, to conceal their employment status with MetroWest Medical Center who is, or whose identity, and last known address is:

SPECIALTY CARE, LLC
626 Temple St.
Duxbury, Massachusetts
02332

The Plaintiff, Donald S. Koback, denies that he does not have expert witnesses.

Wherefore, <u>DEFENDANT, METROWEST MEDICAL CENTER'S, MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED.R.CIV.P. 56(b)</u>

The above facts being true and accurate are hereby signed under pains and penalties of perjury on April 16, 2007.

_____
DONALD S. KOBACK
PLAINTIFF, PRO SE
APRIL 16, 2007