UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

EASTERN DISTRICT
(Boston, Massachusetts)

2007 APR 19 A 11:24

Civil Action No.:
1:05-CV-10798-

U.S. DISTRICT COURT
DISTRICT OF MASS.

WGY

DONALD S. KOBACK,

   Plaintiff,

V.

METROWEST MEDICAL CENTER, LEONARD MORSE HOSPITAL, FRAMINGHAM UNION HOSPITAL, NEW ENGLAND MEDICAL CENTER, TUFTS UNIVERSITY SCHOOL OF MEDICINE, HMO BLUE OF MASSACHUSETTS, EMANUEL FRIEDMAN, M.D., JOHN P. LONG, M.D. AND EROL ONEL, M.D.,

   Defendants

U.S. COURT OF APPEALS
No.: 07-1411

PLAINTIFF, DONALD S. KOBACK'S
CONCISE STATEMENT OF MATERIAL

FACTS OF RECORD PURSUANT TO LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS RULE 56.1

1. This Court Document is included in PLAINTIFF, DONALD S. KOBACK'S OPPOSITION TO "DEFENDANT, METROWEST MEDICAL CENTER'S, MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED.R.CIV.P. 56(b)" AND "EXHIBITS A, B, C, D, E";

2. HEREIN AND HEREINAFTER DOCKET # shall be defined, or equate with DOCKET NUMBER;

3. COMPLAINT against all defendants filed by Plaintiff, Donald S. Koback on 04/12/2005. (Entered: 04/26/2005) DOCKET # 1;

4. AMENDED COMPLAINT against all defendants filed by Donald S. Koback, (Attachments: #1 Affidavit)... (Entered: 04/27/2005) Filed 04/26/2005. DOCKET #2;

5. AMENDED COMPLAINT against all defendants, filed by Donald S. Koback... (Entered: 05/02/2005)

DOCKET #3 FILED 05/02/2005;

6. MOTION to Amend 1 Complaint to add defendants by Donald S. Koback... (Entered: 05/03/2005) FILED 05/02/2005, DOCKET #4;

7. AMENDED COMPLAINT against all defendants, filed by Donald S. Koback... (Entered: 05/04/2005) FILED 05/03/2003. DOCKET #5;

8. "... SOLE COMPLAINT IN THIS ACTION..." (Entered: 05/04/2005) FILED: 05/04/2005 ORDER;

9. Letter from Dr. Michael P. Donovan re: Donald Koback... (Entered: 05/10/2005. FILED ON 05/09/2005. DOCKET #6;

10. SUMMONS Returned Executed, Framingham Union Hospital served on 5/19/2005, answer due 6/8/2005... (Entered: 05/26/2005) FILED: 05/25/2005, DOCKET #22;

11. SUMMONS Returned Executed, Leonard Morse Hospital served on 5/19/2005, answer due 6/8/2005,

(Entered: 05/26/2005)
FILED: 05/25/2007, DOCKET #23;

12. ANSWER to Complaint with Jury Demand by Metrowest Medical Center... (Entered: 06/28/2005 FILED: 06/24/2005, DOCKET #54;

13. Response to Amendments as of Right by Metrowest Medical Center... (Entered: 06/28/2005) FILED: 06/24/2005. DOCKET #55;

14. Civil Case Terminated. (Medical Malpractice Entered: 07/21/2005 Tribunal + Findings) FILED: 07/21/2005.

EXHIBITS OF REFERENCED DOCUMENTATION FILED ALONG WITH AND AS A PART OF THIS "CONCISE STATEMENT"
   EXHIBIT 1 DOCKET REPORT
     UNITED STATES DISTRICT COURT DETAILING COURT DOCUMENTS OF RECORD INCLUDING DATES FILED, AND DOCKET # - DOCKET NUMBER, FOURTEEN (14) COURT DOCUMENTS OF RECORD.

The foregoing CONCISE STATEMENT OF THE ~~MATERIAL~~ FACTS OF RECORD AS TO WHICH THE Plaintiff, Donald S. Koback contended, contends, and continues to contend that there exist a genuine issue to be tried, genuine issues to be tried.

Wherefore, the plaintiff, DONALD S. KOBACK HAS DEMONSTRATED THE REASONS, AND OTHERWISE SHOWN, WHY DEFENDANT METROWEST MEDICAL CENTER'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED.R.CIV.P. 56(b) SHOULD NOT BE GRANTED.

April 16, 2007

Submitted,

_Donald S. Koback_
DONALD S. KOBACK
Plaintiff, Pro Se
April 16, 2007