# CERTIFICATE OF SERVICE

Without waiving any rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, (CIVIL ACTION NO.: 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

## 1. DOCUMENTS:

PLAINTIFF, DONALD S. KOBACK'S OPPOSITION TO "DEFENDANT, METROWEST MEDICAL CENTER'S, MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED.R.CIV.P. 56(b);

PLAINTIFF, DONALD S. KOBACK'S AFFIDAVIT IN OPPOSITION TO "DEFENDANT, METROWEST MEDICAL CENTER'S, MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED.R.CIV.P. 56(b); AND "EXHIBITS A,B,C,D,E";

PLAINTIFF, DONALD S. KOBACK'S CONCISE STATEMENT OF MATERIAL FACTS OF RECORD PURSUANT TO LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

## 2. DEFENDANTS' ATTORNEYS AT LAW RULE 56.1

KARA A BETTIGOLE — Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

JENNIFER HARTUNIAN — Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th Floor
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114

DATE: APRIL 17, 2007

SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON APRIL 17, 2007

/s/ Donald S. Koback
DONALD S. KOBACK, PLAINTIFF PRO SE  DATE: APRIL 17, 2007

[Margin notes:] U.S. Court of Appeals, 1st Circuit; 3 rights; photos true accurate; Person In Charge Specialty Care, LLC, 626 Temple St., Duxbury, Mass. 02332