UNITED STATES DISTRICT COURT

FILED
CLERKS OFFICE
2007 APR 24 P 12: 13
U.S. DISTRICT COURT
DISTRICT OF MASS

DISTRICT OF MASSACHUSETTS

EASTERN DIVISION
(BOSTON, MASSACHUSETTS)

Civil Action No.:
1:05-CV-10798-WGY

---

DONALD S. KOBACK,

   Plaintiff,

v.

METROWEST MEDICAL CENTER, LEONARD MORSE HOSPITAL, FRAMINGHAM UNION HOSPITAL, NEW ENGLAND MEDICAL CENTER, TUFTS UNIVERSITY SCHOOL OF MEDICINE, HMO BLUE OF MASSACHUSETTS, EMANUEL FRIEDMAN, M.D., JOHN P. LONG, M.D. AND EROL ONEL, M.D.,

   Defendants

U.S. Court of Appeals (First Circuit)
No. 07-1411

---

PLAINTIFF, DONALD S. KOBACK'S

## "OBJECTIONS TO DISCLOSURE OF EXPERT TESTIMONY OF DAVID KAUDER, M.D. ON BEHALF OF JOHN P. LONG, JR., M.D. IN ACCORDANCE WITH FED.R.CIV.P. 26(a)(2)(b)"

1. Plaintiff, Donald S. Koback's NAME HAS BEEN MISSPELLED (WRONGLY SPELLED) TO WHICH STRENUOUS OBJECTION IS LODGED. DEFENDANT JOHN P. LONG, JR., ALSO KNOWN AS JOHN P. LONG HAD ONE BITE AT THE APPLE. HE AND HIS DR. DAVID H. KAUDER, HAVING ENGAGED IN A PRANK, FEIGNING NO ATTENTION TO DETAIL, ARE NOT ENTITLED TO A SECOND (2nd.) VOLLEY;

2. SAID CLAIMED "EXPERT TESTIMONY" WHICH THEY HAVE BANDIED ABOUT IS UNSWORN, NOR SIGNED UNDER PAINS AND PENALTIES OF PERJURY, AND, FOR GOOD REASON, AS THEIR REPORT IS REPLETE WITH

FALSE STATEMENTS INTENDED TO MISLEAD;

3. ABSOLUTELY NO SUPPLEMENTATION OF THIS SO-CALLED "EXPERT TESTIMONY" IS REQUESTED UNDER RULE 26 OR ANY OTHER Fed.R.Civ.P., for SAID REPORT IS AS PHONY AS A $3.00 BILL;

4. Plaintiff, Donald S. Koback OBJECTS THAT DAVID H. KAUDER, M.D. is no longer licensed to practice medicine in Vermont, New Hampshire and since this a diversity, federal question, admiralty case, said Plaintiff finds it very strange that he is not licensed to practice medicine in the State of Rhode Island and Providence Plantations;

B, Federal Rules of Evidence

5. FEDERAL RULES OF EVIDENCE
ARTICLE V. PRIVILEGES
RULE 501.

6. ADDITIONAL OBJECTIONS.
FEDERAL RULES OF EVIDENCE
ARTICLE I.
RULE 103.
104.
105.
106.
ARTICLE II.
RULE 201.
ARTICLE III.
301
302
ARTICLE IV
RULE 401.
402.
403.
404.
405.
406.
407.
409.
410.
411.
ARTICLE VI.
RULE 601.
602.

OBJECTIONS, ARTICLE VI
(continued)

RULE 603.
602.
603.
604.
605.
606.
607.
608.
609.
610.
611.
612.
613.
614.
615.

ARTICLE VII,
RULE 701.
702.
703.
704.
705.
706.

ARTICLE VIII.
RULE 801.
802.
803.
804.
805.
806.
807.

ARTICLE IX.
RULE 901.
902.
903.

ARTICLE X.
RULE 1001.
1002.
1003.
1004.
1005.
1006.
1007.
1008.

ARTICLE XI.
RULE 1101.
1102.
1103.

ARTICLE I. (continued)
   RULE 101.
        102.

Plaintiff, Donald S. Koback, hereby reserves his rights, privileges, and immunities to object to each and every of the Defendant(s) expert witness(es) and any reports containing their opinions, etc., as well as his right, privileges, and immunities to rebut (rebuttal), rejoin (rejoinder), surrebut (surrebuttal), surrejoin (surrejoinder), etc., to each and every further or additional witness or report subsequent to the first witness or subsequent report of each expert witness — so-called.

April 18, 2007   _Donald S. Koback_____
                 DONALD S. KOBACK
                 Plaintiff, Pro Se
                 April 18, 2007

# CERTIFICATE OF SERVICE

Without waiving any rights privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, (CIVIL ACTION NO. 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

## 1. DOCUMENTS:

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS TO "DISCLOSURE OF EXPERT TESTIMONY OF DAVID KAUDER, M.D. ON BEHALF OF JOHN P. LONG, JR., M.D." IN ACCORDANCE WITH FED. R. CIV. P. 26(a)(2)(b)"

## 2. DEFENDANTS' ATTORNEYS AT LAW

KARA A. BETTIGOLE
Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

JENNIFER HARTUNIAN
Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th Floor
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114

Person In Charge SPECIALTY CARE, LLC 626 Temple St, Duxbury, MA 02332

DATE: APRIL 18, 2007

SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON 18 APRIL 2007

DONALD S. KOBACK, PLAINTIFF PRO SE   DATE: 18 APRIL 2007