OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RICHARD CUSHING DONOVAN
CLERK

One Courthouse Way
Suite 2500
Boston, MA 02210
617-748-9057

April 20, 2007

Sarah A. Thornton, Clerk
United States District Court
 for the District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:  Case No. 05-cv-10798 Donald S. Koback v. Metrowest Medical Center, et al.

Dear Ms. Thornton:

   Enclosed please find a misdirected amended notice of appeal filed in the United States Court of Appeals for the First Circuit on April 19, 2007

   In accordance with Fed.R.App.P. 4, the amended notice of appeal is transmitted herewith.  If this pleading has also been received in your court, please do not duplicate.

                          Sincerely,

                          By: /s/ Donna Barchard
                              Appellate Liaison

DB/file


cc:   Donald S. Koback
      19 Sunnyside Avenue
      Woonsocket, RI 02895

U.S. COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 07-1411

U.S. DISTRICT COURT
1:05-cv-10798

DONALD S. KOBACK
Plaintiff-Appellant

v.

METROWEST MEDICAL CENTER;
LEONARD MORSE HOSPITAL;
FRAMINGHAM UNION HOSPITAL;
NEW ENGLAND MEDICAL
CENTER; TUFTS UNIVERSITY
SCHOOL OF MEDICINE;
EMANUEL FRIEDMAN, M.D.;
JOHN P. LONG, M.D.; HMO
BLUE OF MASSACHUSETTS;
BLUE CROSS/BLUE SHIELD
OF MASSACHUSETTS; EROL
ONEL, Andover Urology
Associates, of Andover,
Massachusetts,
Defendants - Appellees

Amended Notice of Appeal to
United States Court of Appeals



for the First Circuit
(continued from "Notice of
Appeal" dated February 9, 2007;
Case Opening: ... 3-9, 2007 in
the U.S. Court of Appeals

DONALD S. KOBACK, Plaintiff-Appellant appeals from district court orders DENYING (See SHOW CAUSE By Plaintiff-Appellant, Donald S. Koback) dated April 4, 2007. Plaintiff-Appellant corrected Court Document Number [135] and [136] entered on December 4, 2006, December 5, 2006 (See "SHOW CAUSE... by...Koback") Plaintiff-Appellant further excepting and appealing the deliberately late notice of the aforesaid Court ORDER DENYING SAID Plaintiff Appellant, Donald S. Koback's ENTRY DEFAULT, ENTRY JUDGMENT UNTIL JANUARY 17, 2007. Plaintiff-Appellant, Donald S. Koback having complained of late notice to the U.S. Post Marshall, U.S. Postal Inspection Service, among others, complains once again,

AND APPEALS THEREFROM.

See three (3) COURT DOCUMENTS WHICH ARE CONTAINED HEREIN AS FOLLOWS:

Continued

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from entered on 11/30/2006 at 9:04 AM EST and filed on 11/29/2006
Case Name: Koback v. Metrowest Medical Center et al
Case Number: 1:05-cv-10798
Filer: Donald S. Koback
Document Number: 135

Docket Text: ENTRY OF DEFAULT (Fed.R.Civ.P. RULE 55(a)); ~~MOTION for~~ Default Judgment as to Emanuel Friedman, M.D. by Donald S. Koback. (Attachments: # (1) Exhibit)(Paine, Matthew) JUDGMENT Fed.R.Civ.P. RULE 55(b)(1) dated November 27, 2007

The following document(s) are associated with this transaction:

Document description: Main Document
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=11/30/2006] [FileNumber=1670325-0] [80a81d34cd5d0e95ae6a4b423e4c149a47f77f9ec2aee12cec92cc5ea918df4f30 c8a63264cb0f021d0aeb0b8d0ec1f996b08ff3c65bc8ab7f50aa145b92891e]]
Document description: Exhibit
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=11/30/2006] [FileNumber=1670325-1] [d98d759f68c3454cd8246ac329920d05ffcec26cad5052bbce39cace238128d42b ca96bc71d6282a827b771b472ca869c593b03502d0f309fe2dd553e6322e1d]]

1:05-cv-10798 Notice will be electronically mailed to:

Barbara Hayes Buell    bhb@bloombuell.com

Matthew R. Connors    mconnors@ficksmanconley.com

Judith M. Feinberg    jf@achwg.com

David M. Gould    Dgould@ficksmanconley.com

Daniel J. Griffin, Jr    dgriffin@mmmk.com

A. Bernard Guekguezian    abg@achwg.com

Joseph D. Halpern    joseph.halpern@bcbsma.com

Lynda R. Jensen    lriesgo@mmmk.com

1:05-cv-10798 Notice will not be electronically mailed to:

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Paine, Matthew entered on 11/30/2006 at 9:05 AM EST and filed on 11/29/2006
Case Name: Koback v. Metrowest Medical Center et al
Case Number: 1:05-cv-10798
Filer: Donald S. Koback
Document Number: 136

Docket Text: *[handwritten: ENTRY DEFAULT, ENTRY JUDGMENT]*
MEMORANDUM in Support re [135] ~~MOTION~~ for Default Judgment as to Emanuel Friedman, M.D. filed by Donald S. Koback. (Paine, Matthew) *[handwritten: See Court Document [135]]*

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=11/30/2006] [FileNumber=1670328-0] [78099908727620e5c287b82979538d6b357ae11c9e3f84bd49cbb3326f8d5d3e1b3e0e7c8b496c1bd7b4de865e6252865be980da0720f35740b902bbbdd236ba]]

1:05-cv-10798 Notice will be electronically mailed to:

Barbara Hayes Buell    bhb@bloombuell.com

Matthew R. Connors    mconnors@ficksmanconley.com

Judith M. Feinberg    jf@achwg.com

David M. Gould    Dgould@ficksmanconley.com

Daniel J. Griffin , Jr    dgriffin@mmmk.com

A. Bernard Guekguezian    abg@achwg.com

Joseph D. Halpern    joseph.halpern@bcbsma.com

Lynda R. Jensen    lriesgo@mmmk.com

1:05-cv-10798 Notice will not be electronically mailed to:

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Smith, Bonnie entered on 12/4/2006 at 2:52 PM EST and filed on 12/4/2006
Case Name: Koback v. Metrowest Medical Center et al
Case Number: 1:05-cv-10798
Filer:
Document Number:

Docket Text:
Judge William G. Young : Electronic ORDER entered denying [134] Motion to Strike, denying [135] Motion for Default Judgment (Smith, Bonnie)

The following document(s) are associated with this transaction:


1:05-cv-10798 Notice will be electronically mailed to:

Barbara Hayes Buell     bhb@bloombuell.com

Matthew R. Connors     mconnors@ficksmanconley.com

Judith M. Feinberg     jf@achwg.com

David M. Gould     Dgould@ficksmanconley.com

Daniel J. Griffin , Jr     dgriffin@mmmk.com

A. Bernard Guekguezian     abg@achwg.com

Joseph D. Halpern     joseph.halpern@bcbsma.com

Lynda R. Jensen     lriesgo@mmmk.com

1:05-cv-10798 Notice will not be electronically mailed to:

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

*/s/ Donald S. Koback*
DONALD S. KOBACK
Plaintiff-Appellant
April 12, 2007

*/s/ Donald S. Koback*
DONALD S. KOBACK
Plaintiff-Appellant
FRIDAY, 13th DAY OF
APRIL, 2007

## CERTIFICATE OF SERVICE

Without waiving any rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, CIVIL ACTION NO.'s 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

### 1. DOCUMENTS:

Notice of Appeal to United States Court of Appeals for the First Circuit (Continued from "Notice of Appeal" dated February 9, 2007; CASE OPENING... 3-9-2007 in the U.S. Court of Appeals
AND THREE (3) PHOTOS, WHICH ARE TRUE, ACCURATE;

### 2. DEFENDANTS' ATTORNEYS AT LAW

KARA A BETTIGOLE

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

JENNIFER HARTUNIAN

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114

DATE: APRIL 13, 2007

SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON THE 13th. DAY OF APRIL, 2007

_Donald S. Koback_
DONALD S. KOBACK, PLAINTIFF
PRO SE   DATE: APRIL 13, 2007