FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION
(BOSTON, MASSACHUSETTS)

CIVIL ACTION No:
1:05-CV-10798-WGY

DONALD S. KOBACK,

  Plaintiff,

V.

METROWEST MEDICAL CENTER, LEONARD MORSE HOSPITAL, FRAMINGHAM UNION HOSPITAL, NEW ENGLAND MEDICAL CENTER, TUFTS UNIVERSITY SCHOOL OF MEDICINE, HMO BLUE OF MASSACHUSETTS, EMANUEL FRIEDMAN, M.D., JOHN P. LONG, M.D., AND EROL ONEL, M.D.,

  Defendants

U.S. COURT OF APPEALS (FIRST CIRCUIT)
No. 07-1471

## MEDICAL AFFIDAVIT OF SYED RAZVI, M.D. ON BEHALF

<u>OF HIS PATIENT, PLAINTIFF, DONALD S. KOBACK</u>
<u>WHICH REBUTS "DISCLOSURE OF EXPERT</u>
<u>TESTIMONY OF DAVID KAUDER, M.D.</u>
<u>ON BEHALF OF JOHN P. LONG, JR., M.D.</u>
<u>IN ACCORDANCE WITH FED. R. CIV. P.</u>
<u>26(a)(2)(B)"</u>

I, SYED RAZVI, M.D., MILFORD MED-CARE, INC., 160 South Main St., Milford, Massachusetts 01757, have, possess a complete and accurate history of my patient, Donald S. Koback, Plaintiff herein.

I have read the report dated March 19, 2007 of the hired, non-treating physician, DAVID H. Kauder, of 400 Highland Avenue, Salem, Massachusetts purporting to provide his opinion as to the care, treatment furnished by John P. Long, JR., M.D, to our mutual patient, Donald S. Koback, plaintiff herein.

I, SYED RAZVI, M.D. am the treating physician of Donald S. Koback, my patient.

I am well acquainted with the disastrous, invasive (injection) therapies, extreme, nearly terminal, gangrenous

priapism, multiple surgeries, including those surgeries of John P. Long, JR., M.D., also known as John P. Long, M.D. on November 12, 2004 and November 13, 2004 at MetroWest Medical Center, Framingham Union Hospital as well as said Long, M.D.'s earlier treatment (two surgeries) on February 27, 2000 and November 1, 2000 at New England Medical Center which reduced Donald S. Koback's penis from an original 8 inches, through successive, contraindicated surgeries to 0 (ZERO) inches - the result at the end of the last surgery by John P. Long, JR., M.D. on November 12, November 13, 2004. I am also well acquainted with his medical and hospital records. I, SYED RAZVI, M.D. am qualified based on my education, training, and experience to render, and hereby do render a medical opinion. I do have a medical opinion based on a reasonable degree of medical certainty, that malpractice, error(s), and mistake(s) of John P. Long, JR., M.D. was the

direct cause of Donald S. Koback's current condition which I have diagnosed, treated and continue to treat. It is also my opinion that the foregoing by the above named was the proximate cause of my patient's injuries — with infections and foreign bodies (prosthetic penile fragments) remaining in his body up until the present time, as well as a limp in right leg. Attached is my previous medical report affidavit which is made a part hereof.

Signed under pains and penalties of perjury on 20th. of April 2007.

X _____
   SYED RAZVI, M.D.

U.S. DISTRICT COURT
Boston, Massachusetts

| | |
|---|---|
| DONALD S. KOBACK<br>PLAINTIFF,<br>PRO SE,<br><br>VS.<br><br>METROWEST MEDICAL<br>CENTER, ET. AL,<br>DEFENDANTS | Civil Action No:<br>1:05-cv-10798-<br>WGY |

### AFFADAVIT
### SYED RAZVI, M.D. Fed. R. Civ. P. Rule 56(e)
### 28 UNITED STATES CODE §1331, §1332

I, Syed Razvi, M.D., MILFORD MED·CARE 160 South Main Street, Milford, Massachusetts certify as follows:

### HISTORY OF PATIENT (DONALD S. KOBACK)

My patient, Donald S. Koback gleaned, glanced from his medical records by Syed Razvi, M.D., has consistently, credibly maintained that his physician Emanuel Friedman, M.D. INJECTED

AND ADVISED SAID ∧UNWITTING PATIENT TO INJECT OVERDOSES OF PAPAVERINE AND/OR other drugs, chemicals, INTO the side of his penis causing extremely severe priapism which lasted 21 hours and 8 days respectively (EVENTS); further, said Emanuel Friedman, M.D., later, when said patient was hospitalized for depression AND WAS suffering from pain in his penis and scrotum, handed and prescribed Viagra pills to said patient (Events). The above events were ill advised and contraindicated. Invasive therapies — emergency irrigation of the penis and surgical implants — would never have resulted but for this ill-advised and contraindicated treatment, and, moreover, proximately caused thereby.

DIAGNOSIS: VASCULOGENIC IMPOTENCE, PENIS SHRINKAGE Secondary to above history, MIGRAINE HEADACHES, etcetera. Post surgical bladder infection, limp

PROGNOSIS: LIFE LONG urogenital difficulties on every level.

Signed under pains and penalties of perjury.

Syed Razvi, M.D.
☀ DATE: 17/18/06
Telephone No.: 508-478-2760
FAX: 508-478-4848