**UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

Case name DONALD S. KOBACK V. METROWEST MEDICAL CENTER, ET. AL.

District Court Case No. 1:05-CV-10798-WGY  District of MASSACHUSETTS

Date Notice of Appeal filed 4-19-2007 (Court document C-19) AMENDED   Court of Appeals Case No. 07-1411

Form filed on behalf of PLAINTIFF-APPELLANT DONALD S. KOBACK

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal __X__

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter _____
Phone Number of Reporter _____

A. ____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) | |
| ☐ Testimony (specify) | |
| ☐ Other (specify) | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. __X__ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made: "...No Charge..." Donald Womack, Court Reporter

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name DONALD S. KOBACK     Filer's Signature Donald S. Koback

Firm/Address 195 SUNNYSIDE AVE, WOONSOCKET, R.I. 02895

Telephone number 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     Date mailed to court reporter _____ X

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/12/06)

## CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, (CIVIL ACTION NO.: 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

### 1. DOCUMENTS:

COURT DOCUMENT [199] AMENDED NOTICE OF APPEAL

" TRANSCRIPT REPORT / TRANSCRIPT ORDER APPERTAINING THERETO;

ON April 30, 2007

### 2. DEFENDANTS' ATTORNEYS AT LAW

KARA A. BETTIGOLE → Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

JENNIFER HARTUNIAN → Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

Person In Charge
SPECIALTY CARE, LLC
626 Temple St.,
DUXBURY, MA 02332

DATE: April 30, 2007

SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON 30 APRIL 2007

DONALD S. KOBACK, PLAINTIFF PRO SE  DATE: April 30, 2007