U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Division                                                Docket No. 05-10798-WGY

| | |
|---|---|
| DONALD S. KOBACK, *pro se* <br>     Plaintiff, <br><br> v. <br><br> JOHN P. LONG, JR., M.D., ET AL., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT MOTION OF THE DEFENDANTS, JOHN P. LONG, JR., M.D.,
EROL ONEL, M.D., AND NEW ENGLAND MEDICAL CENTER
TO DISMISS THE PLAINTIFF'S COMPLAINT
FOR FAILURE TO COMPLY WITH COURT ORDER**

    NOW COME the Defendants, John P. Long, Jr., M.D., Erol Onel, M.D. and New England Medical Center and respectfully request that this Honorable Court DISMISS the Plaintiff's Complaint WITH PREJUDICE based on the plaintiff's failure to comply with a COURT ORDER. In support thereof, the defendants state as follows:

BACKGROUND FACTS

    1.    This is an action for medical malpractice.

    2.    The plaintiff alleges that the defendants were negligent in rendering urological care to him.

    3.    Specifically, the plaintiff alleges that the defendants' negligence caused or contributed to severe-genitourinary damage.

    4.    The defendants deny that they were negligent in rendering care to the plaintiff, and further state that they complied with the applicable standard of care at all relevant times. The defendants state that nothing they did or failed to do caused harm to the plaintiff in any way.

    5.    On or about January 18, 2007, the defendant John P. Long, M.D. noticed the deposition of the plaintiff, Donald S. Koback, for January 31, 2007.

6. The plaintiff filed Objections to that notice, requesting that this Honorable Court strike the notice of deposition and terminate his testimony.

7. On or about January 24, 2007, this Honorable Court, Young J. presiding, denied the plaintiff's motion. (**See Order of the Court attached hereto as Exhibit A**).

8. The deposition of the plaintiff was then taken off and scheduled for a new date pending production of additional documents. On or about March 21, 2007, the defendant John P. Long, Jr., M.D. renoticed the deposition of the plaintiff, Donald S. Koback, for 10:00 a.m. on Tuesday, April 3, 2007.

9. The plaintiff filed no opposition to the taking of his deposition. The plaintiff did not contact counsel for Dr. Long or request a continuance, a new date or any other consideration.

10. The notice of taking deposition was served certified mail, return receipt requested.

11. The return receipt for the notice of deposition was signed for by the plaintiff Donald S. Koback on March 24, 2007 (**See green card receipt attached hereto as Exhibit B**).

12. On Tuesday, April 3, 2007, all defense parties convened at the office of Adler, Cohen, Harvey, Wakeman & Guekguezian, LLP, 75 Federal Street, 10th Floor, Boston at 10:00 a.m. for the taking of deposition of the plaintiff in this matter, Donald S. Koback.

13. Mr. Koback failed to appear.

14. At 10:45 a.m., the parties created a record which is attached hereto as **Exhibit C**.

ARGUMENT

15. This Honorable Court denied the plaintiff's Motion to Strike the notice for taking of his deposition and ordered him to appear for testimony. The plaintiff has willfully failed to comply with the Order of the Court. Failure to comply with a Court Order is grounds for dismissal of the action with prejudice.

16. The defendants should not be made to carry the burden of the plaintiff's willful failure to appear.

WHEREFORE, for all of the foregoing reasons, Defendants, John P. Long, Jr., M.D., New England Medical Center, Inc. and Erol Onel, M.D. respectfully request that this Honorable Court DISMISS the plaintiff's Complaint with prejudice.

The Defendant,
JOHN P. LONG, JR., M.D.
By his Attorneys,

&lt;s&gt; Judith Feinberg

_____
Bernard Guekguezian, BBO #559191
Judith Feinberg, BBO #647511
    Adler, Cohen, Harvey, Wakeman
  &amp; Guekguezian, LLP
75 Federal Street, Tenth Floor
Boston, MA  02110
(617) 423-6674


The Defendants,
Erol Onel, M.D., and
New England Medical Center
By their Attorneys,

&lt;s&gt; Jennifer Hartunian

_____
Daniel J. Griffin, Esq.
Jennifer E. Hartunian, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA  02114

3

**Full docket text:**

Judge William G. Young : Electronic ORDER entered DENYING re [171] MOTION to Terminate Pursuant to Fed. R. Civ. P. Rule 30 by Donald S. Koback. (Paine, Matthew)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/02/2007 18:01:16 | | | |
| PACER Login: | aa0613 | Client Code: | 0500002101 |
| Description: | History/Documents | Search Criteria: | 1:05-cv-10798-WGY |
| Billable Pages: | 1 | Cost: | 0.08 |



EXHIBIT 3
D. Koback
4/3/07

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Donald S Kobak
115 Sudbury mill Ave
Wayland R.E
02493

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Daniel Kobak    ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Donald Kobak                      3/24/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7004 2890 0004 8003 6760

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT 2
D. Kobak
4.3.07

1

```
 1                                    VOLUME:   I
                                      PAGES:    1-7
 2                                    EXHIBITS: 1-3

 3                    U.S. DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
 4
       Western, ss              Docket No. 05-10798-WGY
 5

 6
       DONALD KOBACK,                            )
 7          Plaintiff,                           )
                                                 )
 8     vs.                                       )
                                                 )
 9     JOHN P. LONG, JR., M.D., et al,           )
            Defendants.                          )
10                                               )
                                                 )
11

12

13
               SCHEDULED DEPOSITION OF DONALD S. KOBACK,
14     a witness called on behalf of the Defendant John P.
       Long, M.D., taken pursuant to the Federal Rules of
15     Civil Procedure, before Darlene Caiazzo Sousa, a
       Certified Shorthand Reporter, Registered
16     Professional Reporter and Notary Public in and for
       the Commonwealth of Massachusetts, at Adler, Cohen,
17     Harvey, Wakeman & Guekguezian, LLP, 75 Federal
       Street, Boston, Massachusetts, on Tuesday, April 3,
18     2007, commencing at 10:45 a.m.

19

20

21

22              EPPLEY COURT REPORTING, LLC
                     Post Office Box 382
23            Hopedale, Massachusetts 01747
          (508) 478-9795   (508) 478-0595 (Fax)
24                  leppley@msn.com
```

2

1                    A P P E A R A N C E S

2

     Representing the Defendant John P. Long, M.D.:
3         ADLER, COHEN, HARVEY,
          WAKEMAN & GUEKGUEZIAN, LLP
4         75 Federal Street
          Boston, MA  02110
5         BY:  JUDITH FEINBERG, ESQ.
          (617) 423-6674    (617) 423-7152   (Fax)
6

7    Representing the Defendants Erol Onel, M.D. and
     Tufts-New England Medical Center:
8         MARTIN, MAGNUSON, MCCARTHY & KENNEY
          101 Merrimac Street
9         Boston, MA  02114
          BY:  JENNIFER E. HARTUNIAN, ESQ.
10        (617) 227-3240    (617) 227-3346   (Fax)

11

     Representing the Defendants Metro West Medical
12   Center, Framingham Union Hospital, Leonard Morse
     Hospital:
13        BLOOM & BUELL
          1340 Soldiers Field Road
14        Boston, MA  02135-1020
          BY:  BARBARA HAYES BUELL, ESQ.
15        (617) 254-4400    (617) 254-7610   (Fax)

16

17

18

19

20

21

22

23

24

```
 1                    I N D E X

 2

 3                                              PAGE

 4

 5   By Ms. Feinberg                              4

 6

 7

 8                  E X H I B I T S

 9

10    NO.      DESCRIPTION                       PAGE

11    1     Notice of Deposition                   4

12    2     Certified Mail Receipt Signature       4

13    3     Court Order Denying Motion             5

14

16

17

18

19

20

21

22

23

24   *Exhibits Retained by Counsel
```

4

1              P R O C E E D I N G S
2                  *   *   *   *   *
3
4         MS. FEINBERG:  My name is Judith Feinberg
5    appearing on behalf of John P. Long, Jr., M.D., and
6    we are here at Adler, Cohen, Harvey, Wakeman &
7    Guekguezian, 75 Federal Street, Boston, on the
8    morning of April 3, 2007.  The deposition of Donald
9    S. Koback, party plaintiff in this matter, was
10   noticed for today at 10:00 a.m.  It is now
11   10:45 a.m., and Mr. Koback has failed to appear.
12         I would like to mark the notice of
13   deposition as Exhibit 1, if we could please.
14         (Exhibit No. 1, Notice of Deposition so
15   marked)
16         MS. FEINBERG:  We also have a copy of a
17   certified mail receipt.  Mr. Koback is appearing in
18   this matter pro se.  A notice of taking deposition
19   was delivered to him at his address of record.  We
20   have a signature on the certified mail receipt just
21   stamped March 24, 2007.  And why don't we mark that
22   as Exhibit 2.
23         (Exhibit No. 2, Certified Mail Receipt
24   Signature so marked)

EPPLEY COURT REPORTING, LLC

1  MS. FEINBERG: Mr. Koback had earlier
2  filed objections to the taking of his deposition
3  with the Court and moved to strike the notice of
4  deposition and terminate the examination. The
5  Court denied his motion, and I'd like to mark a
6  copy of that order as Exhibit 3.
7  (Exhibit No. 3, Court Order Denying
8  Motion so marked)
9  MS. FEINBERG: This case is captioned
10 Donald S. Koback, pro se, plaintiff versus John P.
11 Long, Jr., M.D., et al. The Docket number in the
12 U.S. Federal District Court in the District of
13 Massachusetts is 05-10798.
14 It now being after 10:45 a.m., and Mr.
15 Koback having failed to appear, the deposition on
16 behalf of Dr. Long is now concluded. If other
17 parties would like to add anything to the record?
18 MS. BUELL: I'm Attorney Barbara Hayes
19 Buell from the law firm of Bloom & Buell, 1340
20 Soldiers Field Road, Boston, Massachusetts,
21 appearing here on behalf of Metro West Medical
22 Center, Framingham Union Hospital and Leonard Morse
23 Hospital, all of which are one entity. And I, with
24 the approval of my colleague Attorney Feinberg,

```
 1    would like to adopt the exhibits on behalf of my
 2    defendant and note that Mr. Koback has apparently
 3    not notified anyone that he would not appear for
 4    his deposition and he has, in fact, not appeared.
 5            MR. HARTUNIAN:  I'm Attorney Jennifer
 6    Hartunian from the law firm of Martin, Magnuson,
 7    McCarthy & Kenney at 101 Merrimac Street in Boston.
 8    I represent two defendants, Dr. Erol Onel and
 9    Tufts-New England Medical Center.  I also adopt the
10    exhibits on behalf of my two clients.
11            MS. FEINBERG:  We're concluded.
12            (Whereupon, the proceedings concluded at
13    10:49 a.m.)
14
15
16
17
18
19
20
21
22
23
24
```

7

1                    C E R T I F I C A T E

2

3  **COMMONWEALTH OF MASSACHUSETTS**

4  **COUNTY OF MIDDLESEX, ss.**

5

6      I, Darlene Caiazzo Sousa, Registered

7  Professional Reporter, do hereby certify that the

8  foregoing record, pages one through six, is a

9  complete, accurate, and true transcription of my

10 stenographic notes taken in the aforementioned

11 matter to the best of my skills and ability.

12     IN WITNESS WHEREOF, I have hereunto

13 set my hand and seal this _____ day of

14 _____, 2007.

15

16

17                    [signature]

18                    Darlene Caiazzo Sousa, RPR

19                    Notary Public

20

21

22 My commission expires: November 15, 2007

23

24

EPPLEY COURT REPORTING, LLC

U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Division                                          Docket No. 05-10798-WGY

_____
DONALD S. KOBACK, *pro se*              )
       Plaintiff,                           )
                                         )
v.                                       )
                                         )
JOHN P. LONG, JR., M.D., ET AL.,         )
       Defendant.                           )
_____ )

**To**:   Donald S. Koback, *pro se*
          195 Sunnyside Avenue
          Woonsocket, Rhode Island 02895

Please take notice that at **10:00 a.m.** on **Tuesday, April 3, 2007**, at the offices of Adler, Cohen, Harvey, Wakeman & Guekguezian, LLP, 75 Federal Street, Tenth Floor, Boston, Massachusetts, the defendant in this action, John P. Long, Jr., M.D., will take the deposition upon oral examination of the plaintiff, **Donald S. Koback**, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before a Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

    You are invited to attend and cross-examine.

                                 The Defendant,
                                 JOHN P. LONG, JR., M.D.
                                 By his Attorneys,


                                 _____
                                 Bernard Guekguezian, BBO #559191
                                 Judith Feinberg, BBO #647511
CERTIFICATE OF SERVICE        Adler, Cohen, Harvey, Wakeman
I hereby certify that a true copy of the above document   & Guekguezian, LLP
was served upon the attorney of record for each other  75 Federal Street, Tenth Floor
party by mail-hand on 3/27/___                  Boston, MA  02110
                                          (617) 423-6674



EXHIBIT 1
D. Koback
4/3/07

**Full docket text:**
Judge William G. Young : Electronic ORDER entered DENYING re [171] MOTION to Terminate Pursuant to Fed. R. Civ. P. Rule 30 by Donald S. Koback. (Paine, Matthew)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/02/2007 18:01:16 | | | |
| PACER Login: | aa0613 | Client Code: | 0500002101 |
| Description: | History/Documents | Search Criteria: | 1:05-cv-10798-WGY |
| Billable Pages: | 1 | Cost: | 0.08 |



EXHIBIT 3
D. Koback
4/3/07

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Donald S. Kobuck
   115 Sandy Hill Ave
   Riverside R.I
   02915

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)
   Donald Kobuck

C. Date of Delivery
   5/2/05

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

   7004 2890 0004 8003 6760

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

EXHIBIT 2
D. Kobuck
4/3/07