NOTICE OF APPEAL
MAY 3, 2007
RULE 54

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2007 MAY 11 P 12: 08

U.S. DISTRICT COURT
DISTRICT OF MASS.

EASTERN DIVISION
(BOSTON, MASS.)

Civil Action No.!
1:05-CV-
10798-WGY

DONALD S. KOBACK,
Plaintiff-Appellant,

U.S. Court of Appeals
for the First Circuit

07-1411

· V.

METROWEST MEDICAL
CENTER; LEONARD
MORSE HOSPITAL;
FRAMINGHAM UNION
HOSPITAL; NEW ENGLAND
MEDICAL CENTER;
TUFTS UNIVERSITY
SCHOOL OF MEDICINE;
EMANUEL FRIEDMAN,
M.D.; JOHN P. LONG,
M.D.; HMO BLUE OF
MASSACHUSETTS, BLUE
CROSS/BLUE SHIELD OF
MASSACHUSETTS; EROL
ONEL, AndoverUrology
Associates of Andover,

Massachusetts,

Defendants-Appellees

FILED
IN CLERKS OFFICE

2007 MAY 11  P 12: 09

U.S. DISTRICT COURT
DISTRICT OF MASS.

SECOND (2nd.) AMENDED NOTICE OF
APPEAL OF U.S. DISTRICT COURT
JUDGE'S ORDER WHICH GRANTED
"DEFENDANT, METROWEST MEDICAL
CENTER'S, MOTION FOR SUMMARY JUDGMENT
PURSUANT TO FED. R. CIV. P. 56 (b)"
ON MAY 3, 2007. PLAINTIFF, DONALD
S. KOBACK'S SUPPLEMENT TO
MAY 3, 2007 HEARING. PLAINTIFF-
APPELLANT, DONALD S. KOBACK'S
Federal Rule of Appellate Procedure
RULE 27, MOTION TO SET ASIDE
SAID DISTRICT COURT JUDGMENT

Plaintiff-Appellant, Donald S.
Koback. hereby files his SECOND (2nd.)
AMENDED NOTICE OF APPEAL OF
U.S. DISTRICT COURT COURT JUDGE'S
ORDER WHICH GRANTED "DEFENDANT,
METROWEST MEDICAL CENTER'S MOTION
FOR SUMMARY JUDGMENT PURSUANT
TO FED. R. CIV. P. 56 (b)." ON MAY 3, 2007,
PLAINTIFF, DONALD S. KOBACK'S



SUPPLEMENT TO MAY 3, 2007 HEARING;
PLAINTIFF-APPELLANT, DONALD S.
KOBACK'S federal Rule of
Appellate Procedure RULE 27.
MOTION TO SET ASIDE SAID
DISTRICT COURT JUDGMENT.

ENCLOSED HEREIN AND AS A
PART HEREOF, PLAINTIFF-
APPELLANT DONALD S. KOBACK'S
COURT DOCUMENTS [194], [195],
[196], [197] WHICH HAVE BEEN
SUPPLEMENTED; COURT DOCUMENT
[154] WHICH NAMES SPECIALTY
CARE, LLC AND John F. Long, Jr.
as insured, Partnership and
Corporation Professional Liability;
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(BOSTON) CIVIL DOCKET FOR CASE
#1:05-CV-10798-WGY,
Adoption by Reference, Fed. R. Civ. R.
RULE 10(c), EACH OF WHICH
IS INCORPORATED BY REFERENCE
AS FOLLOWS IMMEDIATELY SUB-
SEQUENT HERETO.

P, DSK
IN OPP
TO
Court Doc 192

[194] OPP TO Mot. SJ MWMC   A,B,C,DE,F
+ Reasons why said mot SJ(low) sh'd BE GRANTED
[195] AFFIDAVIT OF P. DSK TO [192]
[196] STATEMENT OF MATERIAL FACTS IN RECORD L.R.56.1 (INCLUDED)
Opp To EX [192]
which should
*(197) Cert of service   (a Genuine Issue (ISSUE)
194, 195, 196   TO BE TRIED.

UNITED STATES DISTRICT COURT IN

DISTRICT COURT OF MASSACHUSETTS

EASTERN DIVISION
(Boston, Massachusetts)

CIVIL ACTION NO:
1:05-CV-10798-
WGY

DONALD S. KOBACK,

Plaintiff,

U.S. COURT OF
APPEALS
No.: 07-1411

v.

METROWEST MEDICAL
CENTER, LEONARD
MORSE HOSPITAL,
FRAMINGHAM UNION
HOSPITAL, NEW
ENGLAND MEDICAL
CENTER, TUFTS
UNIVERSITY SCHOOL
OF MEDICINE, HMO
BLUE OF MASSACHUSETTS,
EMANUEL FRIEDMAN, M.D.,
JOHN P. LONG, M.D.
AND EROL ONEL, M.D.

Defendants

COURT DOCUMENT
194

Court Document [192] is totally
Flawed Def MWMC's Motion for
Summary Judgment Pursuant to
FED.R.CIV.P. 56(b)
failed to plead in accord
with FRCP 56(c)
the requisite language
"there is no genuine issue as
to any material fact and that
the moving party is entitled
to judgment as a matter of
law." EMANUEL FRIEDMAN, M.D.'s
+ wherefore MOTION FOR SUM JUDGMT (56)
also totally
flawed
wherefore

194   PLAINTIFF, DONALD S. KOBACK'S OPPOSITION

RULE 56 SHOULD
BE granted
VEL NON

Massachusetts,

Defendants-Appellees

SECOND (2nd.) AMENDED NOTICE OF APPEAL OF U.S. DISTRICT COURT JUDGE'S ORDER WHICH GRANTED "DEFENDANT, METROWEST MEDICAL CENTER'S, MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56(b)" ON MAY 3, 2007. PLAINTIFF, DONALD S. KOBACK'S SUPPLEMENT TO MAY 3, 2007 HEARING. PLAINTIFF-APPELLANT, DONALD S. KOBACK'S Federal Rule of Appellate Procedure RULE 27, MOTION TO SET ASIDE SAID DISTRICT COURT JUDGMENT

Plaintiff-Appellant, Donald S. Koback, hereby files his SECOND (2nd.) AMENDED NOTICE OF APPEAL OF U.S. DISTRICT COURT COURT JUDGE'S ORDER WHICH GRANTED "DEFENDANT, METROWEST MEDICAL CENTER'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56(b)" ON MAY 3, 2007, PLAINTIFF, DONALD S. KOBACK'S

SUPPLEMENT TO MAY 3, 2007 HEARING:
PLAINTIFF-APPELLANT, DONALD S.
KOBACK'S Federal Rule of
Appellate Procedure RULE 27.
MOTION TO SET ASIDE SAID
DISTRICT COURT JUDGMENT.

ENCLOSED HEREIN AND AS A
PART HEREOF, PLAINTIFF-
APPELLANT, DONALD S, KOBACK'S
COURT DOCUMENTS [194], [195],
[196], [197] WHICH HAVE BEEN
SUPPLEMENTED; COURT DOCUMENT
[154] WHICH NAMES SPECIALTY
CARE, LLC AND John P. Long, Jr.
as insured, Partnership and
Corporation Professional Liability;
UNITED STATES DISTRICT COURT,
DISTRICT OF MASSACHUSETTS
(BOSTON) CIVIL DOCKET FOR CASE
# 1:05-CV-10798-W6Y
Adoption by Reference, Fed.R.Civ.R.
RULE 10(c), EACH OF WHICH
IS INCORPORATED BY REFERENCE
AS FOLLOWS IMMEDIATELY SUB-
SEQUENT HERETO.

TO "DEFENDANT METROWEST
MEDICAL CENTER'S, MOTION
FOR SUMMARY JUDGMENT
PURSUANT TO FED.R.CIV.P. 56(b)"
AND "EXHIBITS A,B,C,D,E" F   Court Document
+ reasons why said Mot for S.J. [192]   [192] SJ
SHOULD NOT BE GRANTED.

1. Plaintiff, Donald S. Koback, hereby
incorporates by reference
each of the defendant(s) con-
tained in the case caption
above as if fully set forth
herein. Fed.R.Civ.P. RULE 10(c)
ADOPTION BY REFERENCE. Where-
ever the word defendant or defendants
are located, or found hereinafter
it shall identify all of the defendant(s)
for they acted jointly and severally,
conspiring together against the
Plaintiff Donald S. Koback,
with multiple acts in furtherance
of said conspiracy, inter alia; EX 11B

2. The Defendant, MetroWest Medical Centers
"MOTION..." failed to precede
the RULE immediately prior to
the Fed.R.Civ.P. [RULE] 56(b) [sic]
thereby using an ineffective
reference to Federal Rules of Civil Procedure,
statutes.

3. Defendant(s) are non compos mentis, as is the affiant, Rebecca Heffernan, equivocating in her affadavit between the extremes of "...at no time..." and "...believe...", and, as such, all Defendants and the affiant, Rebecca Heffernan, must be required to undergo a mental examination pursuant to Fed. R. Civ. P. RULE 35; Wherefore, a RULE 35 mental examination should be granted as aforesaid, as to the aforenamed;

*[left margin notes: "at no time", "JPL employee, agent", "servant", "Later saying", "equivocating", "il believe", "JPL not employed", "agent, servant", "def MWMC"]*

4. DEFENDANT, METROWEST MEDICAL CENTER'S ANSWER TO PLAINTIFF'S COMPLAINT AND DEFENDANT'S DEMAND FOR JURY TRIAL were not signed

under pains and penalties of perjury or other oath as was their duty since Plaintiff, Donald S. Koback's COMPLAINT, DEMAND FOR JURY TRIAL and AFFADAVIT OF Plaintiff, Donald

S. Koback was a Verified Complaint. Fed.R.Civ.P. RULE 10(c) ADOPTION BY REFERENCE HEREIN AS IF FULLY SET FORTH. Pursuant Massachusetts Pleading and Practice and federal law, a responsive pleading — i.e., answer, affirmative defenses must be verified or accompanied by affidavit. Fed.R.Civ.P. RULE 11, 42 U.S.C. § 1337 § 1332;

5.) Defendant, MetroWest Medical Center's EXHIBIT A — "FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL" tainted with fraud, conspiracy by the defendant(s) is immaterial, irrelevant, prejudicial possessing no evidentiary value, as U.S. District Court proceeding must be "de novo";

6.) Defendant, MetroWest Medical Center's EXHIBIT D — interrogatories are objection-

able, and, also, lacking reciprocity;

(7) Defendant, MetroWest Medical Center's EXHIBIT E containing what purports to be the Plaintiff, Donald S. Koback's AFFADAVIT AND OBJECTIONS TO INTERROGATORIES OF THE DEFENDANT, METROWEST MEDICAL CENTER ARE EXTANT IN THE RECORD;

√ Out of Context
√ discrepancies

(8.) DOCKET REPORT OF U.S. DISTRICT COURT DISTRICT OF MASSACHUSETTS (Boston) CIVIL DOCKET FOR CASE # 1:05-CV-10798, Federal Rules of Evidence, RULE 902(5) OFFICIAL PUBLICATIONS, RULE 902(10) PRESUMPTIONS UNDER ACTS OF CONGRESS. Fed. R. Civ. P. RULE 10(c) ADOPTION BY REFERENCE; EXHIBITS. SEE PLAINTIFF, DONALD S. KOBACK'S CONCISE STATEMENT PURSUANT TO LOCAL RULE 56.1; Fed. R. Civ. P. RULE 10(c) ADOPTION BY REFERENCE; EXHIBITS;

Court Document 154
concise statement met for S.J.
Exhibit E
DSU's Ex E [143]

paragraph section or subsection
5
#10

Length
A MED policy
3 insurance
12 dec pages
13 previous evidence
411 agency
Controlling
Ownership?
has juris
presumptive
Article
level

FRCP 18
Joinder
19 of Claims
Indispensable
20 necessary

EXHIBITS B C
AFFADAVITS of Heffernan + Lang

On 05/25/2005, the DOCKET REPORT of the U.S. District Court, Boston, Massachusetts in Docket #(NUMBER) 22, the Docket Text reads, or records, the text which follows: "SUMMONS Returned Executed. Framingham Union Hospital served on 5/19/2005, answer due on 6/8/2005 ... (Entered:05/26/2005)";

On 05/25/2005, the DOCKET REPORT of the U.S. District Court, Boston, Massachusetts in Docket #(NUMBER) 23 reads, or records the text which follows: "SUMMONS Returned Executed. Leonard Morse Hospital, served on 5/19/2005, answer due 6/8/2005... (Entered: 05/26/2005)";

On 06/24/2005, the DOCKET REPORT of the U.S. District Court, Boston, Massachusetts in Docket #(NUMBER) 54 reads, or records as follows: "ANSWER to Complaint with Jury Demand by MetroWest Medical Center... (Entered:

06/22/2005)";

On 06/24/2005, the DOCKET REPORT
of the U.S. District Court, Boston,
Massachusetts in Docket #
(NUMBER) 55 reads, or records as
follows: "Response to Amendments
as of Right by MetroWest Medical
Center... (Entered: 06/22/2005);

The Docket Text of Docket
# 54 and Docket # 55
reveal the following fatal flaws
attributable to the Defendant,
MetroWest Medical Center, et.al.
√ backdating entry dates so as to prejudice
√ No "ANSWER" to, Plaintiff,    P, DSK
Donald S. Koback's Complaint
is ever filed on behalf
of Defendant, Framingham
Union Hospital (Docket # 22
above;
                                    complaint
√ No "ANSWER" to Plaintiff,
DONALD S. KOBACK is ever
filed on behalf of the
Defendant, Leonard Morse
Hospital (Docket # 23
above;

✓ No AFFIRMATIVE DEFENSE OF
LACK OF RESPONSIBILITY FOR
ANY SPECIFIC PERSON IS RAISED
BY DEFENDANT'S FRAMINGHAM
UNION HOSPITAL NOR LEONARD
MORSE HOSPITAL, AND ALSO
AS TO DEFENDANT, METROWEST
MEDICAL CENTER;

✓ Such AFFIRMATIVE DEFENSE
of lack of responsibility
must at very least disavow
co-defendants in such
AFFIRMATIVE DEFENSE with
specificity, by name,
which, since there is
no ANSWER filed on be-
half of Defendants,
FRAMINGHAM UNION HOSPITAL
nor LEONARD MORSE HOSPITAL,
do not exist are
waived, are legal im—
possibilities, factual im-
possibilities, Fed. R. Civ.
P. RULE 8., and are time
barred, and also as to
Defendant, MetroWest
Medical Center;

√ If Defendant, MetroWest
Medical Center, attempted
to "ANSWER" the Plaintiff-
Appellant's "COMPLAINT"
on behalf of Framingham Union
Hospital and Leonard Morse
Hospital, co-defendants,
on 06/24/2005 Docket #
54 and Docket #55 re-
spectively said attempted
"ANSWER" was late, being
ordered due on 06/08/2005,
said attempted "ANSWER"
of Defendant, MetroWest
Medical Center being dated 6/24/2005
entry dated 6/22/2005, neglecting
back dated to file a 'required
motion to file late
answer', no such motion
ever filed, served,
granted, or entered;

Regarding EXHIBIT Dee's MWMC's
B+Z AFFADAVIT Heffernan
OF REBECCA A. John P. Long, JR.
9. Aware years ago that
they the Defendants,
MetroWest Medical Center
were in wrongful concert,

Violating Plaintiff, Donald S. Koback's civil rights (Massachusetts General Laws, Chapter 12) and other rights, privileges, and immunities under federal and international law, conspired together with multiple acts in furtherance up until the present and in futuro — transgendering, these defendants, culprits, endeavor to create a fire wall between each other denying their principal — agent, employer-employee, master-servant relationship clinging to some contrived hospital & independent contractor doctor fairy tale;

Joint Venture Partnership 3/13/07

10. Federal Rules of Evidence RULE 201 JUDICIAL NOTICE OF ADJUDICATIVE FACTS. RULE 201(e) — for example, Internal Revenue Code, U.S. Treasury Regulations, Social Security, FICA, FUTA, income tax withholding — actual agent, employee, servant masquerading

411, as independent contractor doctors;

11.) Joint enterprise — trans-
gender, reproductive, sexual
organ terror, attempts at
present of these defendant
joint venturers at abandoning
their scheme, flight,
hiding, disguise, false names,
alia Specialty Care, LLC
626 Temple St., Duxbury, MA
02332 — (PMG ID #A487328)
Urological and other
surgeons throw their
blood spattered hospital
garb to hospital cleaning,
jump into their "civies"—
civilian clothing, joint
and several liability spelled
out in Plaintiff's Complaint.
Fed. R. Civ. P. RULE 10(c) ADOPTION
BY REFERENCE;

FRE 411, re: exclusion
does not insure
of insurance
policy when there
is a parameter
purpose, such as proof
of ownership
of Agency
control, or bias, prejudice,
of a witness

[COURT]
DOCUMENT
[154]
Medical Initial Disclosure
A, B Insurance
John P. Longo SR
part of same
UNDISCLOSED
Fifteen (15) others
RECORD EXHIBIT
IN OF MINE

12.) Defendant MetroWest Medical
Center's SEVENTH DEFENSE
and TWELFTH DEFENSE attempt
to disavow "...Injuries and
damages..." and "...damages..."
respectively, a totally unnecessary
defense; Fed. R. Civ. P. RULE 8(c),

set up in their pleadings
as a charade, while,
it should be noted the
defendants in their Seventh (7th.)
and Twelfth (12th.) AFFIRMATIVE
DEFENSES DO NOT SEEK TO
ABSOLVE THEMSELVES OF LIABILITY,
but, rather, confess error,
admit "...injuries and damages..."
and "...damages..."

Wherefore, the Plaintiff,
Donald S. Koback, has set
forth the reasons why
the DEFENDANT, METROWEST
MEDICAL CENTER'S, MOTION
FOR SUMMARY JUDGMENT
PURSUANT TO FED.R.CIV.P. 56(b)
SHOULD NOT BE GRANTED.

DATE: APRIL 16, 2007    Submitted,

Donald Koback

DONALD S. KOBACK
Plaintiff - Pro Se
DATE: APRIL 16, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DISTRICT
(Boston, Massachusetts)

CIVIL ACTION NO:
1:05-CV-10798-
WGY

DONALD S. KOBACK,

Plaintiff,

U.S. COURT OF APPEALS
No. 04-1411

v.

METROWEST MEDICAL
CENTER, LEONARD
MORSE HOSPITAL,
FRAMINGHAM UNION
HOSPITAL, NEW
ENGLAND MEDICAL
CENTER, TUFTS
UNIVERSITY SCHOOL
OF MEDICINE,
HMO BLUE OF
MASSACHUSETTS,
EMANUEL FRIEDMAN,
M.D., JOHN P. LONG,
M.D., AND EROL
ONEL, M.D.,

Defendants

COURT DOCUMENT

195

PLAINTIFF, DONALD S. KOBACK'S

<u>AFFIDAVIT IN OPPOSITION</u>
<u>TO "DEFENDANT, METROWEST</u>
<u>MEDICAL CENTER"S, MOTION</u>
<u>FOR SUMMARY JUDGMENT</u>
<u>PURSUANT TO FED.R.CIV.P.</u>
<u>56(b)</u>", AND " EXHIBITS A, B,C,D,E "

I, Donald S. Koback, Plaintiff
herein, assert, state, and
bear witness to the following
truths:

1. The <u>AFFADAVIT OF JOHN P.</u>
   <u>LONG JR., M.D.</u> and the
   <u>AFFADAVIT OF REBECCA</u>
   <u>HEFFERNAN</u> are conspicuously
   remiss in their respective failures
   to identify themselves as Defendant(s)
   in the above entitled Civil Action,
   and, as such possess no legal
   validity ~ worthless;

2. In 2004 and 2005, John P.
   Long, Jr. admitted to the
   Plaintiff, Donald S. Koback
   admitted that he was a
   "...mere employee..." of

the hospital next door—
Framingham Union Hospital
MetroWest Medical Center.
To which I replied, I
"Know" you are in the
Yellow Pages phone
directory with them.
John P. Long, Jr. made
this statement while he
repeatedly tried to ex-
plain and account for
the five and one-half
(5½) hour delay in his
waiting room of his medical office
which abuts said Hospital,
Center;

OSK
April 14th
2007

3. I inquired further,
"if they paid him well?"
...to which he, John
P. Long, Jr. replied,
"Yes;"

4. The plaintiff, Donald S.
Koback informed John P.
Long, Jr. that the Plaintiff
was familiar with
Dr. Erol Onel and Dr. John
P. Long, employees of the

Defendant(s) Tufts University School of Medicine and the New England Medical Center whereat surgery was performed on me twice. I asked 'Why he (Dr. John P. Long, Jr.) might leave the prestige of such a teaching hospital to join with Dr. Michael P. Donovan to the less auspicious, small town of Framingham Massachusetts, ... to which he summed it up — the money was better.';

4. The AFFADAVIT OF REBECCA HEFFERNAN is ~~used~~ claimed by her to be "... based upon personal knowledge ..." Rebecca Heffernan's "AFFADAVIT" must state that the facts to which she bears witness must be based on her position as "Director of Human Resources at MetroWest Medical Center" and, as such, it is just her personal opinion which is being put forward not some official or corporate fact(s);

5. The AFFADAVIT OF REBECCA HEFFERNAN expresses Ms. Rebecca Heffernan's "Belief, to wit, "...at no time did MetroWest Medical Center believe it was the employer of Dr. Long." (emphasis added) which is problematic for two (2) reasons. One, the words "...at no time..." when used in conjunction with the word "believe" it was the employer of Dr. Long connote and imply an absolute certainty — "...no time..." which certainty almost immediately dissolves, rising to the level of imagination — riddled with uncertainty when it encounters the word — "believe";

DSK April 14, 2007

6. John P. Long, Jr., M.D., John P. Long, M.D. made Plaintiff, Donald S. Koback aware that he, and the other defendant physicians are also employed

DSK April 14, 2007

by a secretly established entity,
LLC, to conceal their employment
status with MetroWest Medical
Center who is, or whose identity,
and last known address is:
SPECIALTY CARE, LLC
626 Temple St.
Duxbury, Massachusetts
02332

The Plaintiff, Donald S. Koback,
denies that he does not have
expert witnesses.

Wherefore, <u>DEFENDANT, METROWEST
MEDICAL CENTER'S, MOTION FOR
SUMMARY JUDGMENT PURSUANT TO
FED.R.CIV.P. 56(b)</u>  AS SWORN ABOVE SHOULD THIS
BE DENIED

The above facts being true and
accurate are hereby signed under
pains and penalties of perjury on
April 16, 2007.

DONALD S. KOBACK
PLAINTIFF, PRO SE
APRIL 16, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DISTRICT
(Boston, Massachusetts)

Civil Action No.:
1:05-CV-10798-
WEY

DONALD S. KOBACK,

Plaintiff,

v.

METROWEST MEDICAL
CENTER, LEONARD MORSE
HOSPITAL, FRAMINGHAM
UNION HOSPITAL, NEW
ENGLAND MEDICAL CENTER,
TUFTS UNIVERSITY
SCHOOL OF MEDICINE,
HMO BLUE OF MASSACHU-
SETTS, EMANUEL FRIEDMAN,
M.D., JOHN P. LONG,
M.D. AND EROL ONEL, M.D.,

Defendants

U.S. COURT OF
APPEALS
No.: 07-1411

COURT DOCUMENT

196

PLAINTIFF, DONALD S. KOBACK'S
CONCISE STATEMENT OF MATERIAL

FACTS OF RECORD PURSUANT TO /
LOCAL RULES OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS   RULE 56.1

1. This Court Document is (included) in
which shows A genuine Issue of MATERIAL FACT
TO BE TRIED + shows why 192 should not be granted
as a matter of LAW
PLAINTIFF, DONALD S. KOBACK'S
OPPOSITION TO "DEFENDANT,
METROWEST MEDICAL CENTER'S,
MOTION FOR SUMMARY JUDGMENT
PURSUANT TO FED.R.CIV.P. 56(b)"
AND "EXHIBITS A, B, C, D, E" ;

2. HEREIN AND HEREINAFTER DOCKET #
shall be defined, or equate with
DOCKET NUMBER ;

3. COMPLAINT against all defendants
filed by Plaintiff, Donald S. Koback
on 04/12/2005. (Entered:
04/26/2005) DOCKET # 1 ;

4. AMENDED COMPLAINT against all defendants,
filed by Donald S. Koback, (Attachments:
Verified Complaint # 1 Affidavit)... (Entered: 04/27/2005)
Filed 04/26/2005. DOCKET # 2 ;

5. AMENDED COMPLAINT against all
defendants, filed by Donald S.
Koback... (Entered: 05/02/2005)

DOCKET #3 FILED 05/02/2005;

6. MOTION to Amend 1 Complaint to add defendants by Donald S. Koback... (Entered: 05/03/2005) FILED 05/02/2005, DOCKET #4;

7. AMENDED COMPLAINT against all defendants filed by Donald S. Koback... (Entered: 05/04/2005) FILED 05/03/2003. DOCKET #5;

8. "... SOLE COMPLAINT IN THIS ACTION..." (Entered: 05/04/2005) FILED: 05/04/2005 ORDER;

9. Letter from Dr. Michael P. Donovan re: Donald Koback... (Entered: 05/10/2005. FILED ON 05/09/2005. DOCKET #6;  *expert report*

10. SUMMONS Returned Executed. Framingham Union Hospital served on 5/19/2005, answer due 6/8/2005 ... (Entered: 05/26/2005) FILED: 05/25/2005. DOCKET #22;

11. SUMMONS Returned Executed. Leonard Morse Hospital served on 5/19/2005, answer due 6/8/2005.

(Entered: 05/26/2005)
FILED: 05/25/2007. DOCKET #23;

12.  ANSWER to Complaint with Jury
Demand by Metrowest Medical
Center... (Entered: 06/28/2005
FILED: 06/24/2005. DOCKET #54;

13.  Response to Amendments as of
Right by Metrowest Medical
Center... (Entered: 06/28/2005)
FILED: 06/24/2005. DOCKET #55;

14.  Civil Case Terminated. (Medical Malpractice
Entered: 07/21/2005  Tribunal + Findings)
FILED: 07/21/2005.

EXHIBITS OF REFERENCED DOCUMENTATION
FILED ALONG WITH AND AS A PART OF
THIS "CONCISE STATEMENT"
EXHIBIT 1 DOCKET REPORT
UNITED STATES DISTRICT COURT
DETAILING COURT DOCUMENTS OF
RECORD INCLUDING DATES FILED,
AND DOCKET # — DOCKET NUMBER.
⇒ FOURTEEN (14) COURT
DOCUMENTS OF RECORD.
including this court
Court
documents      references in 2 + 1
above

Def *mume* [illegible] *fails to include*
the required statement
"...a concise statement of the material
records of fact as to which the moving party
contends there to be *genuine issue to be
tried...*" [illegible] to state grounds for denial
The foregoing CONCISE STATEMENT of their
OF THE ~~MATERIAL~~ FACTS OF
RECORD AS TO WHICH THE Plaintiff,
Donald S. Koback contended,
contends, and continues to contend
that there exist a genuine
issue to be tried, genuine
issues to be tried.

Wherefore, the plaintiff,
DONALD S. KOBACK HAS
DEMONSTRATED, AND OTHERWISE
SHOWN, THE REASONS WHY DEFENDANT
METROWEST MEDICAL CENTER'S,
MOTION FOR SUMMARY JUDGMENT
PURSUANT TO F.E.D.R.CIV.P. 56(b)

SHOULD NOT BE GRANTED.

APRIL 16, 2007          Submitted,
                        Donald S. Koback
                        DONALD S, KOBACK
                        Plaintiff, Pro Se
                        April 16, 2007

# CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, (CIVIL ACTION NO.'s 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

## 1. DOCUMENTS:

PLAINTIFF, DONALD S. KOBACK'S OPPOSITION TO "DEFENDANT, METROWEST MEDICAL CENTER'S, MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED.R.CIV.P. 56(b);

PLAINTIFF, DONALD S. KOBACK'S AFFIDAVIT IN OPPOSITION TO "DEFENDANT, METROWEST MEDICAL CENTER'S, MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED.R.CIV.P. 56(b); and "EXHIBITS A,B,C,3,E";

PLAINTIFF, DONALD S. KOBACK'S CONCISE STATEMENT OF MATERIAL FACTS OF RECORD PURSUANT TO LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

## 2. DEFENDANT'S ATTORNEYS AT LAW RULE 56.1

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114

DATE: APRIL 17, 2007

SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON APRIL 17, 2007.

DONALD S. KOBACK, PLAINTIFF PRO SE  DATE: APRIL 17, 2007

# ADLER, COHEN, HARVEY, WAKEMAN & GUEKGUEZIAN

### A LIMITED LIABILITY PARTNERSHIP
### ATTORNEYS AT LAW

SIDNEY W. ADLER
ELLEN EPSTEIN COHEN
ALEXANDRA B. HARVEY
GEORGE E. WAKEMAN, JR.*
A. BERNARD GUEKGUEZIAN
LAURA BERG SUSICH
MICHAEL F. CONWAY
JENNIFER BOYD HERLIHY*
ERIN M. BROWN
KRISTEN L. CLARKE
JUDITH FEINBERG
BROOKS L. GLAHN
JOHN R. PELLETIER
MICHAEL B. BARKLEY
JENNIFER A. NORTON
E. AMY TUCCI*

*also admitted in RI
*also admitted in CT

October 10, 2006

Donald S. Koback, *pro se*
195 Sunnyside Avenue
Woonsocket, Rhode Island  02895

      Re:    Donald S. Koback, *pro se* v. John P. Long, Jr., M.D., et al.
           United States District Court, C.A. No. 10798-WGY

Dear Mr. Koback:

Please find the following documents enclosed for filing and docketing in connection with the above-entitled matter:

1. THE DEFENDANT, JOHN P. LONG, JR., M.D.'S AUTOMATIC DISCOVERY DISCLOSURES PURSUANT TO LOCAL RULE 26.2(A) AND FEDERAL RULE 26(a)(1).

Thank you for your attention to this matter.

Very truly yours,

Judith Feinberg

JF/jao

Enc.

cc:    Barbara Buell, Esq.
       Linda R. Jensen, Esq.
       Matt Connors, Esq.
       Joseph D. Halpern

## U.S. DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Western Division                                    Docket No. 05-10798-WGY

|                                          |   |
|------------------------------------------|---|
| DONALD S. KOBACK, *pro se*               | ) |
|             Plaintiff,                   | ) |
|                                          | ) |
| v.                                       | ) |
|                                          | ) |
| JOHN P. LONG, JR., M.D., ET AL.,         | ) |
|             Defendant.                   | ) |

### THE DEFENDANT, JOHN P. LONG, JR., M.D.'S AUTOMATIC DISCOVERY
### DISCLOSURES PURSUANT TO LOCAL RULE 26.2(A) AND FEDERAL RULE 26 (a)(1)

In accordance with Local Rule 26.2(A) and Federal Rule 26(a)(1), the defendant, John P. Long, Jr., M.D. hereby submits the following automatic disclosure:

### Identity of Individuals Likely to Have Discoverable Information Relevant to Disputed
### Facts Alleged with Particularity in the Pleadings

1.  John P. Long, Jr., M.D.
    New England Urology
    139 Lincoln Street
    Framingham MA 01702

    Evaluation and treatment of Donald S. Koback regarding the explantation of a protruding and infected penile prosthesis.

2.  Michael P. Donovan, M.D.
    Bridgewater Treatment Center
    30 Administration Rd
    Bridgewater MA 02324

    Evaluation and treatment of Donald S. Koback regarding his penile prosthesis and related issues.

3.  Each of the named co-defendants in this action

    Information relative to Donald S. Koback regarding his penile prosthesis and related issues.

4.  Office staff at New England Urology

    Information relative to Donald S. Koback regarding his penile prosthesis and related issues. Please note that the office staff who had or may have had knowledge of the information described herein are no longer employed by New England Urology and the defendant is unaware of their names or present locations.

5.     Allied health care staff at        Information relative to Donald S. Koback regarding the
        MetroWest Medical Center.         explantation of his penile prosthesis and related issues.
                                           Please note that defendant is unaware of the names or
                                           present locations of these individuals.

Individuals listed in the treatment records of Donald S. Koback from New England
Urology as attached hereto may also have such discoverable information.

### Computation of Damages

Not applicable to defendant, John P. Long, Jr., M.D.

### Documents

1. Medical records and correspondence pertaining to the plaintiff attached hereto as **Exhibit A.**

2. Legal pleadings filed in this case.

### Any Insurance Agreement Which May be Available to Satisfy Part or All of Any Judgment Entered Against John P. Long, Jr., M.D.

The defendant, John P. Long, Jr., M.D. now produces the declarations page of his
medical malpractice insurance policy, attached hereto as **Exhibit B**.

Investigation and discovery are ongoing, and the defendant, John P. Long, Jr., M.D.
reserves the right to supplement these disclosures.

The Defendant,
JOHN P. LONG, JR., M.D.
By his Attorneys,

Bernard Guekguezian, BBO #559191
Judith Feinberg, BBO #647511
ADLER, COHEN, HARVEY, WAKEMAN
  & GUEKGUEZIAN, LLP
75 Federal Street, 10th Floor
Boston, MA 02110
(617) 423-6674

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by mail-hand on _____

 **ProMutual**Group

**Medical Professional Mutual
Insurance Company**

## Partnership and Corporation Professional Liability - Occurrence
## Renewal Declaration

| | |
|---|---|
| **POLICY NUMBER:** | 1-32734 |
| **FORMER POLICY NUMBER:** | 1-32734 |

**NAMED INSURED AND ADDRESS:**     **PMG ID#:**    A48328
Specialty Care, LLC
626 Temple St.
Duxbury, MA 02332

**PRODUCER:**      **PRODUCER ID#:**    G20J038
Crosbie-MacDonald
15 School St
Boston, MA 02108
Phone: 617-523-4500

**POLICY PERIOD: 06/30/2004** to **06/30/2005** at 12:01 A.M.
Standard Time at Named Insured address above.

**DESCRIPTION OF BUSINESS:**
CORPORATION

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE WITH YOU TO PROVIDE THE INSURANCE COVERAGE STATED IN THIS POLICY.**

| COVERAGE | RETROACTIVE DATE | CLASS CODE and DESCRIPTION | LIMITS | |
|---|---|---|---|---|
| Professional Liability | | 80999 Partnership/Corporation | $1,000,000 | Per Claim |
| | | | $3,000,000 | Annual Aggregate |
| Occurrence | | | | |
| Supplementary Payments Retroactive Date: | 06/30/2000 | | | |

**CORPORATE MEMBERS/EMPLOYED or CONTRACTED PRACTITIONERS:**

Richard W. Brewer
*President & CEO*

Janice W. Allegretto
*Asst. Sec.*

THIS IS NOT A BILL. THE BILL WILL FOLLOW SHORTLY.

DEC 103 01/01                     Date Produced: 07/16/04 13:26.41                     Page 1

 **ProMutual**Group

**Medical Professional Mutual
Insurance Company**

Richard W. Brewer
*President & CEO*

Janice W. Allegretto
*Asst. Sec.*

THIS IS NOT A BILL. THE BILL WILL FOLLOW SHORTLY.

 **ProMutual**Group

**Medical Professional Mutual
Insurance Company**

Richard W. Brewer
*President & CEO*

Janice W. Allegretto
*Asst. Sec.*

THIS IS NOT A BILL. THE BILL WILL FOLLOW SHORTLY.

DEC 103 01/01                    Date Produced: 07/16/04 13:26:41



**Medical Professional Mutual
Insurance Company**

John P. Long, Jr., M.D.                                              76957

Richard W. Brewer         Janice W. Allegretto
President & CEO              Asst. Sec.

THIS IS NOT A BILL. THE BILL WILL FOLLOW SHORTLY.

 **ProMutual**GROUP

**Medical Professional Mutual Insurance Company**

50014

31445

50013

41387

51460

**ADDITIONAL RATING FACTORS:**

Schedule Credit/Debit

**ADDITIONAL COVERAGES:**                                                                **PREMIUM:**

Employee Limit of Liability

**FORMS AND ENDORSEMENTS ATTACHED TO THIS POLICY:**

| | |
|---|---|
| DEC 103A 01/01 | Partnership and Corporation Multiple Practitioner Schedule |
| PL 026 01/01 | Medical Professional Liability for Partnerships and Corporations – Occurrence Form |
| PL 060A 01/01 | Group Coverage Endorsement - Occurrence |
| PL 017 01/01 | Employee Limit of Liability Endorsement |
| PL 054 01/01 | Massachusetts Mandatory Amendments Endorsement |

**POLICY PREMIUM:**

Richard W. Brewer          Janice W. Allegretto
President & CEO             Asst. Sec.

THIS IS NOT A BILL. THE BILL WILL FOLLOW SHORTLY.

 **ProMutual**GROUP

**Medical Professional Mutual
Insurance Company**

50014
31445
50013
41387
51460

**ADDITIONAL RATING FACTORS:**

Schedule Credit/Debit

**ADDITIONAL COVERAGES:**                                                    **PREMIUM:**

Employee Limit of Liability

**FORMS AND ENDORSEMENTS ATTACHED TO THIS POLICY:**

| | |
|---|---|
| DEC 103A 01/01 | Partnership and Corporation Multiple Practitioner Schedule |
| PL 026 01/01 | Medical Professional Liability for Partnerships and Corporations – Occurrence Form |
| PL 060A 01/01 | Group Coverage Endorsement - Occurrence |
| PL 017 01/01 | Employee Limit of Liability Endorsement |
| PL 054 01/01 | Massachusetts Mandatory Amendments Endorsement |

**POLICY PREMIUM:**

Richard W. Brewer
*President & CEO*

Janice W. Allegretto
*Asst. Sec.*

THIS IS NOT A BILL. THE BILL WILL FOLLOW SHORTLY.

*(handwritten)* ADOPTION BY REFERENCE, Fed. R. Civ. P. RULE 10(c) Docket Report
MATERIAL FACT OF RECORD

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10798-WGY

Koback v. Metrowest Medical Center et al
Assigned to: Judge William G. Young
Cause: 28:1331 Fed. Question: Medical Malpractice

Date Filed: 04/12/2005
Jury Demand: Both
Nature of Suit: 362 Personal Inj. Med. Malpractice
Jurisdiction: Diversity

**Plaintiff**

**Donald S. Koback**

represented by **Donald S. Koback**
195 Sunnyside Avenue
Woonsocket, RI 02895
PRO SE

V.

**Defendant**

**Metrowest Medical Center**

represented by **Barbara Hayes Buell**
Bloom & Buell
1340 Soldiers Field Road
Suite Two
Boston, MA 02135-1020
617-254-4400
Fax: 617-254-7610
Email: bhb@bloombuell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Leonard Morse Hospital**

represented by **Barbara Hayes Buell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Framingham Union Hospital**

represented by **Barbara Hayes Buell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**New England Medical Center**

represented by **Daniel J. Griffin, Jr.**
Martin, Magnuson, McCarthy and Kenney
7th Floor
101 Merrimac St.
Boston, MA 02114
617-227-3240

Fax: 617-227-3346
Email: dgriffin@mmmk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynda R. Jensen**
Martin, Magnuson, McCarthy and
Kenney
101 Merrimac St.
7th Floor
Boston, MA 02215
617-227-3240
Fax: 617-227-3346
Email: lriesgo@mmmk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tufts University School of Medicine**

**Defendant**

**M.D. Emanuel Friedman**                    represented by **David M. Gould**
Ficksman & Conley LLP
98 North Washington St.
Suite 500
Boston, MA 02114
617-720-1515
Fax: 617-720-1519
Email: Dgould@ficksmanconley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew R. Connors**
Ficksman & Conley LLP
98 North Washington Street
Suite 500
Boston, MA 02114
617-720-1515
Fax: 617-720-1519
Email: mconnors@ficksmanconley.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**M.D. John P. Long**                    represented by **A. Bernard Guekguezian**
Adler, Cohen, Harvey, Wakeman &
Guekguezian, LLP
230 Congress Street
Boston, MA 02110

617-423-6674
Fax: 617-423-7152
Email: abg@achwg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Judith M. Feinberg**
Adler, Cohen, Harvey, Wakeman &
Guekguezian, LLP
75 Federal Street
10th Floor
Boston, MA 02110
617-423-6674
Fax: 617-423-7152
Email: jf@achwg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HMO Blue of Massachusetts**    represented by **Joseph D. Halpern**
Blue Cross Blue Shield Law Dept.
401 Park Drive
Boston, MA 02215
617-246-3500
Fax: 617-246-3550
Email: joseph.halpern@bcbsma.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Blue Cross Blue Shield of Mass**    represented by **Joseph D. Halpern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Erol Onel**
*Andover Urology Associates of*
*Andover, Mass*

represented by **Daniel J. Griffin, Jr.**
Martin, Magnuson, McCarthy and
Kenney
101 Merrimac St.
Boston, MA 02114
617-227-3240
Fax: 617-227-3346
Email: dgriffin@mmmk.com
*ATTORNEY TO BE NOTICED*

**Lynda R. Jensen**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2005 | 1 | COMPLAINT against all defendants Filing fee: $ 250, receipt number 63688, filed by Donald S. Koback.(Bell, Marie) (Entered: 04/26/2005) |
| 04/12/2005 | | Summons Issued as to HMO Blue of Massachusetts, Blue Cross Blue Shield of Mass, Metrowest Medical Center, Leonard Morse Hospital, Framingham Union Hospital, New England Medical Center, Tufts University School of Medicine, Emanuel Friedman, John P. Long. (Bell, Marie) (Entered: 04/26/2005) |
| 04/12/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Bell, Marie) (Entered: 04/26/2005) |
| 04/26/2005 | 2 | AMENDED COMPLAINT against all defendants, filed by Donald S. Koback. (Attachments: # 1 Affidavit)(Bell, Marie) (Entered: 04/27/2005) |
| 05/02/2005 | 3 | AMENDED COMPLAINT against all defendants, filed by Donald S. Koback.(Bell, Marie) (Entered: 05/02/2005) |
| 05/02/2005 | 4 | MOTION to Amend 1 Complaint to add defendants by Donald S. Koback.(Bell, Marie) (Entered: 05/03/2005) |
| 05/03/2005 | 5 | AMENDED COMPLAINT against all defendants, filed by Donald S. Koback.(Bell, Marie) (Entered: 05/04/2005) |
| 05/04/2005 | | Judge William G. Young : Electronic ORDER entered granting 4 Motion to Amend Complaint to add defendant. MOTION ALLOWED AS MATTER OF RIGHT AND THE ATTACHED AMENDED COMPLAINT (DOCKET #5) SHALL CONSTITUTE THE SOLE COMPLAINT IN THIS ACTION. cc/cl. (Bell, Marie) (Entered: 05/04/2005) |
| 05/09/2005 | 6 | Letter from Dr. Michael P. Donovan re: Donald Koback. (Bell, Marie) (Entered: 05/10/2005) |
| 05/11/2005 | 7 | AMENDED COMPLAINT against all defendants, filed by Donald S. Koback.(Bell, Marie) (Entered: 05/12/2005) |
| 05/17/2005 | 8 | SUMMONS Returned Executed New England Medical Center served on 5/10/2005, answer due 5/31/2005. (Bell, Marie) (Entered: 05/18/2005) |
| 05/17/2005 | 9 | AMENDED COMPLAINT against all defendants, filed by Donald S. Koback.(Bell, Marie) (Entered: 05/19/2005) |
| 05/18/2005 | 10 | (Ninth) AMENDED COMPLAINT against all defendants, filed by Donald S. Koback.(Bell, Marie) (Entered: 05/19/2005) |
| 05/18/2005 | 11 | Return receipt received for mail sent to Erol Onel Delivered on 5/4/05 (Bell, Marie) (Entered: 05/19/2005) |
| 05/19/2005 | | Judge William G. Young : Electronic ORDER entered. re 7 Amended |

| | | |
|---|---|---|
| | | Complaint filed by Donald S. Koback,, 9 Amended Complaint filed by Donald S. Koback,, 10 Amended Complaint filed by Donald S. Koback. TREATED AS A MOTION TO AMEND THE COMPLAINT, MOTIONS DENIED AS VIOLATIVE OF THE ORDER OF MAY 4, 2005. cc/cl. (Bell, Marie) (Entered: 05/19/2005) |
| 05/19/2005 | 12 | ANSWER to Complaint with Jury Demand by New England Medical Center. c/s.(Bell, Marie) (Entered: 05/20/2005) |
| 05/19/2005 | 13 | Response by New England Medical Center to 7 Amended Complaint, 2 Amended Complaint, 3 Amended Complaint, 9 Amended Complaint, 10 Amended Complaint, 5 Amended Complaint. c/s. (Bell, Marie) (Entered: 05/20/2005) |
| 05/19/2005 | 14 | CORPORATE DISCLOSURE STATEMENT by New England Medical Center (No Parent Corporation). (Bell, Marie) (Entered: 05/20/2005) |
| 05/23/2005 | 15 | NOTICE of Appearance by Daniel J. Griffin, Jr on behalf of New England Medical Center. c/s. (Bell, Marie) (Entered: 05/25/2005) |
| 05/23/2005 | 16 | NOTICE of Appearance by Lynda R. Jensen on behalf of New England Medical Center. c/s. (Bell, Marie) (Entered: 05/25/2005) |
| 05/24/2005 | 19 | EXCEPTIONS AND NOTICE of Direct Appeal to Supreme Court of U.S.A. by Donald S. Koback (Bell, Marie) (Entered: 05/26/2005) |
| 05/24/2005 | 20 | MOTION for Reconsideration re 5/19/05 Electronic Order, by Donald S. Koback.(Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 17 | NOTICE of Appearance by Joseph D. Halpern on behalf of HMO Blue of Massachusetts, Blue Cross Blue Shield of Mass (Halpern, Joseph) (Entered: 05/25/2005) |
| 05/25/2005 | 18 | CORPORATE DISCLOSURE STATEMENT by HMO Blue of Massachusetts, Blue Cross Blue Shield of Mass. (Halpern, Joseph) (Entered: 05/25/2005) |
| 05/25/2005 | 21 | MOTION for Recusal by Donald S. Koback.(Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 22 | SUMMONS Returned Executed. Framingham Union Hospital served on 5/19/2005, answer due 6/8/2005. (Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 23 | SUMMONS Returned Executed. Leonard Morse Hospital served on 5/19/2005, answer due 6/8/2005. (Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 24 | SUMMONS Returned Executed. John P. Long served on 5/18/2005, answer due 6/7/2005. (Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 25 | SUMMONS Returned Executed. Blue Cross Blue Shield of Mass served on 5/19/2005, answer due 6/8/2005. (Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 26 | MOTION to Strike the Requests for Admissions and Interrogatories by New England Medical Center. c/s.(Bell, Marie) (Entered: 05/26/2005) |

| 05/25/2005 | 27 | MEMORANDUM in Support re 26 MOTION to Strike filed by New England Medical Center. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Bell, Marie) (Entered: 05/26/2005) |
| 05/25/2005 | 28 | MOTION for Hearing on 26 MOTION to Strike by New England Medical Center. c/s.(Bell, Marie) (Entered: 05/26/2005) |
| 05/31/2005 | 29 | MOTION for Referral to Medical Tribunal by New England Medical Center. c/s.(Bell, Marie) (Entered: 06/01/2005) |
| 06/01/2005 | 30 | MOTION to Dismiss by HMO Blue of Massachusetts, Blue Cross Blue Shield of Mass.(Halpern, Joseph) (Entered: 06/01/2005) |
| 06/01/2005 | 31 | MEMORANDUM in Support re 30 MOTION to Dismiss filed by HMO Blue of Massachusetts, Blue Cross Blue Shield of Mass. (Halpern, Joseph) (Entered: 06/01/2005) |
| 06/01/2005 | 32 | AFFIDAVIT of Theresa McInerney in Support re 30 MOTION to Dismiss filed by HMO Blue of Massachusetts, Blue Cross Blue Shield of Mass. (Halpern, Joseph) (Entered: 06/01/2005) |
| 06/01/2005 | 33 | NOTICE OF APPEAL as to Order,, Order on Motion to Amend, by Donald S. Koback. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/21/2005. cc/cl. (Bell, Marie) (Entered: 06/02/2005) |
| 06/03/2005 | | NOTICE of Hearing on Motion 30 MOTION to Dismiss, 29 MOTION for Referral to Medical Tribunal: Motion Hearing set for 7/21/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. Opposition to the Motion is due by 6/15/05. Reply brief, if any, is due by 6/27/05 (Smith, Bonnie) (Entered: 06/03/2005) |
| 06/03/2005 | 34 | Certified and Transmitted Record on Appeal to US Court of Appeals re 33 Notice of Appeal, (Ramos, Jeanette) (Entered: 06/03/2005) |
| 06/03/2005 | 35 | Opposition re 29 MOTION for Referral to Medical Tribunal filed by Donald S. Koback. c/s. (Bell, Marie) (Entered: 06/08/2005) |
| 06/07/2005 | 36 | AFFIDAVIT of Notice by Donald S. Koback. (Bell, Marie) (Entered: 06/08/2005) |
| 06/09/2005 | 37 | Opposition re 30 MOTION to Dismiss filed by Donald S. Koback. (Bell, Marie) (Entered: 06/10/2005) |
| 06/09/2005 | 38 | MEMORANDUM in Opposition re 30 MOTION to Dismiss filed by Donald S. Koback. (Bell, Marie) (Entered: 06/10/2005) |
| 06/09/2005 | 39 | AFFIDAVIT of Donald S. Koback by Donald S. Koback. (Bell, Marie) (Entered: 06/10/2005) |
| 06/10/2005 | 40 | REPLY to Response to Motion re 30 MOTION to Dismiss filed by HMO Blue of Massachusetts, Blue Cross Blue Shield of Mass. (Halpern, Joseph) (Entered: 06/10/2005) |

| 06/10/2005 | | Judge William G. Young : Electronic ORDER entered RE: 29 Motion for Referral to Medical Tribunal. MOTION ALLOWED. SINCE A MEDICAL MALPRACTICE TRIBUNAL APPLIES A DIRECTED VERDICT STANDARD, THERE IS NO INTERFERENCE WITH THE RIGHT TO JURY TRIAL SO LONG AS THE HEARING IS CONDUCTED WITH REASONABLE PROMPTNESS. THE ADDED PROCEDURAL BURDENS DO NOT OFFEND THE UNITED STATES CONSTITUTION. cc/cl. (Bell, Marie) (Entered: 06/14/2005) |
|---|---|---|
| 06/13/2005 | | Judge William G. Young : Electronic ORDER entered denying 20 Motion for Reconsideration re Order,, denying 21 Motion for Recusal. cc/cl. (Bell, Marie) (Entered: 06/13/2005) |
| 06/13/2005 | | Judge William G. Young : Electronic ORDER entered granting 26 Motion to Strike, denying 28 Motion for Hearing. cc/cl. (Bell, Marie) (Entered: 06/13/2005) |
| 06/13/2005 | 41 | SUMMONS Returned Executed Erol Onel served on 6/2/2005, answer due 6/22/2005. (Bell, Marie) (Entered: 06/14/2005) |
| 06/13/2005 | 42 | SUMMONS Returned Executed Emanuel Friedman served on 5/31/2005, answer due 6/20/2005. (Bell, Marie) (Entered: 06/14/2005) |
| 06/14/2005 | 43 | MEMORANDUM in Opposition re 26 MOTION to Strike filed by Donald S. Koback. (Bell, Marie) (Entered: 06/15/2005) |
| 06/14/2005 | 44 | Opposition re 26 MOTION to Strike filed by Donald S. Koback. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)(Bell, Marie) (Entered: 06/15/2005) |
| 06/14/2005 | 45 | AFFIDAVIT of Donald S. Koback re 44 Opposition to Motion, 43 Memorandum in Opposition to Motion by Donald S. Koback. (Bell, Marie) (Entered: 06/15/2005) |
| 06/14/2005 | 46 | CERTIFICATE OF SERVICE by Donald S. Koback re 44 Opposition to Motion, 45 Affidavit, 43 Memorandum in Opposition to Motion. (Bell, Marie) (Entered: 06/15/2005) |
| 06/15/2005 | | Filing fee: $ 255.00, receipt number 65019 regarding Notice of Appeal (Bell, Marie) (Entered: 06/16/2005) |
| 06/20/2005 | 47 | Supplemental Record on Appeal transmitted to US Court of Appeals re 33 Notice of Appeal, filing fee paid receipt (Ramos, Jeanette) (Entered: 06/20/2005) |
| 06/21/2005 | 48 | NOTICE of Appearance by Daniel J. Griffin, Jr on behalf of Erol Onel. c/s. (Bell, Marie) (Entered: 06/22/2005) |
| 06/21/2005 | 49 | NOTICE of Appearance by Lynda R. Jensen on behalf of Erol Onel. c/s. (Bell, Marie) (Entered: 06/22/2005) |
| 06/21/2005 | 50 | ANSWER to Complaint with Jury Demand by Erol Onel. c/s.(Bell, Marie) (Entered: 06/22/2005) |
| 06/21/2005 | 51 | ANSWER to AMENDMENTS AS OF RIGHT. by Erol Onel.(Bell, |

| | | Marie) (Entered: 06/22/2005) |
|---|---|---|
| 06/21/2005 | 52 | MOTION for Referral to Medical Tribunal by Erol Onel.c/s.(Bell, Marie) (Entered: 06/22/2005) |
| 06/21/2005 | 53 | Notice of Exceptions to Rulings of U.S. District Court by Donald S. Koback. c/s. (Bell, Marie) (Entered: 06/22/2005) |
| 06/24/2005 | 54 | ANSWER to Complaint with Jury Demand by Metrowest Medical Center. c/s.(Bell, Marie) (Entered: 06/28/2005) |
| 06/24/2005 | 55 | Response to Amendments as of Right by Metrowest Medical Center. c/s. (Bell, Marie) (Entered: 06/28/2005) |
| 06/24/2005 | 56 | MOTION for Referral to Medical Tribunal by Metrowest Medical Center. c/s.(Bell, Marie) (Entered: 06/28/2005) |
| 06/27/2005 | 57 | MOTION to Transfer Case to the First Circuit, U.S. Court of Appeals by Donald S. Koback. c/s.(Bell, Marie) (Entered: 06/29/2005) |
| 06/27/2005 | 58 | Response by Donald S. Koback to 31 Memorandum in Support of Motion to Dismiss. c/s. (Bell, Marie) (Entered: 06/29/2005) |
| 06/28/2005 | 59 | Objection by Donald S. Koback to late filing of Erol Onel, M.D. c/s. (Bell, Marie) (Entered: 06/29/2005) |
| 07/07/2005 | | NOTICE OF RESCHEDULING of MOTION HEARING previously set for Thur. July 21.Hearing RESET for WED.7/20/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 07/07/2005) |
| 07/12/2005 | 60 | NOTICE of Appearance by Judith M. Feinberg on behalf of John P. Long. c/s. (Bell, Marie) (Entered: 07/14/2005) |
| 07/12/2005 | 61 | MOTION to Transfer Case to Superior Court for the Purpose of a Medical Malpractice Tribunal by John P. Long. c/s.(Bell, Marie) (Entered: 07/14/2005) |
| 07/12/2005 | 62 | MEMORANDUM in Support re 61 MOTION to Transfer Case filed by John P. Long. c/s. (Bell, Marie) (Entered: 07/14/2005) |
| 07/12/2005 | 63 | Request for Tribunal by John P. Long (Bell, Marie) (Entered: 07/14/2005) |
| 07/12/2005 | 64 | ANSWER to Complaint with Jury Demand by John P. Long. c/s.(Bell, Marie) (Entered: 07/14/2005) |
| 07/18/2005 | 65 | NOTICE of Appearance by A. Bernard Guekguezian on behalf of John P. Long (Bell, Marie) (Entered: 07/19/2005) |
| 07/20/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young : Motion Hearing held on 7/20/2005 re 57 MOTION to Transfer Case filed by Donald S. Koback,, 52 MOTION for Referral to Medical Tribunal filed by Erol Onel,, 29 MOTION for Referral to Medical Tribunal filed by New England Medical Center,, 30 MOTION to Dismiss |

| | | |
|---|---|---|
| | | filed by Blue Cross Blue Shield of Mass,, HMO Blue of Massachusetts,, <u>56</u> MOTION for Referral to Medical Tribunal filed by Metrowest Medical Center,, <u>61</u> MOTION to Transfer Case filed by John P. Long,. Pro se plaintiff does not appear. The court Allows the motion to Dismiss Blue Cross, Denies the motion to transfer to the Court of Appeals and Orders the case referred to Suffolk County Superior Court for the purpose of convening a medical malpractice tribunal. The case is ordered administratively closed pending the medical malpractice tribunal.(Court Reporter Womack.) (Smith, Bonnie) . (Entered: 07/21/2005) |
| 07/21/2005 | <u>66</u> | Judge William G. Young : Electronic ORDER entered. ORDER REFERRING CASE to Medical Tribunal for Superior Court sitting in and for the County of Suffolk.(Smith, Bonnie) (Entered: 07/21/2005) |
| 07/21/2005 | | Civil Case Terminated. (Smith, Bonnie) (Entered: 07/21/2005) |
| 07/21/2005 | <u>67</u> | Letter re <u>66</u> Order Referring Case to Medical Tribunal. (Bell, Marie) (Entered: 07/21/2005) |
| 07/26/2005 | | Return receipt received for mail sent to Medical Malpractice Tribunal Delivered on 7/25/05 (Bell, Marie) (Entered: 07/26/2005) |
| 09/16/2005 | <u>68</u> | MANDATE of USCA as to <u>33</u> Notice of Appeal, filed by Donald S. Koback. The motion for a protective order is denied and this appeal is dismissed for lack of appellate jurisdiction. Appellant must wait until his entire law suit has been adjudicated before he may obtain appellate review of orders granting amendments to the complaint. (Ramos, Jeanette) (Entered: 09/16/2005) |
| 09/16/2005 | | Appeal Record Returned: <u>33</u> Notice of Appeal, (Ramos, Jeanette) (Entered: 09/16/2005) |
| 01/03/2006 | <u>69</u> | SUMMONS Returned Executed Metrowest Medical Center served on 12/27/2005, answer due 1/17/2006. (Paine, Matthew) (Entered: 01/04/2006) |
| 01/23/2006 | <u>70</u> | SUMMONS Returned Executed as to John P. Long, Jr. M.D.. (Paine, Matthew) (Entered: 01/24/2006) |
| 01/31/2006 | <u>71</u> | Objection Number 1 as to Case Transfer filed by Donald S. Koback. (Attachments: # <u>1</u> Exhibit X# <u>2</u> Exhibit Y)(Paine, Matthew) (Entered: 01/31/2006) |
| 01/31/2006 | <u>72</u> | Objection of Case Transfer from U.S. District Court to State Superior Court by Donald S. Koback. (Attachments: # <u>1</u> Exhibit X# <u>2</u> Exhibit Y) (Paine, Matthew) (Entered: 01/31/2006) |
| 01/31/2006 | <u>73</u> | Objection as to Medical Malpractice Tribunal filed by Donald S. Koback. (Attachments: # <u>1</u> Exhibit X# <u>2</u> Exhibit Y)(Paine, Matthew) (Entered: 01/31/2006) |
| 02/14/2006 | <u>74</u> | NOTICE OF APPEAL by Donald S. Koback. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at |

| | | http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/6/2006. (Attachments: # 1 Exhibits)(Paine, Matthew) (Entered: 02/15/2006) |
|---|---|---|
| 02/14/2006 | 75 | Objection To The Act of Conversion, Theft and or The Attempt to Convert, Steal, and or Misappropriate Plaintiff's Idea's, Methods, Formula, inter alia, etc. For the Use of Others Without Compensation, other Credit by Donald S. Koback. (Attachments: # 1 Exhibit X# 2 Exhibit Y)(Paine, Matthew) (Entered: 02/23/2006) |
| 03/10/2006 | | Remark: Pleadings, Copies of Pleadings, and Exhibits Received from Suffolk Superior Court on March 10, 2006 as to Donald S. Koback. These pleadings were voluminous and in realation to Donald S. Koback's case with the Medical Malpractice Tribunal for the Commonwealth of Massachusetts. (Paine, Matthew) (Entered: 03/14/2006) |
| 03/16/2006 | 76 | Compliance and AFFIDAVIT of Return Receipts of Filings to Medical Malpratice Tribunal by Donald S. Koback. (Attachments: # 1 Exhibit Y) (Paine, Matthew) (Entered: 03/16/2006) |
| 03/16/2006 | 77 | Letter (non-motion) from Donald S. Koback in Regards to Mail and Return Receipts for Filings Related to the Case by Donald S. Koback. (Attachments: # 1 Exhibit X# 2 Exhibit Y)(Paine, Matthew) (Entered: 03/16/2006) |
| 03/16/2006 | 78 | Certified and Transmitted Record on Appeal to US Court of Appeals re 74 Notice of Appeal, (Ramos, Jeanette) (Entered: 03/16/2006) |
| 03/20/2006 | 79 | USCA Case Number 06-1473 for 74 Notice of Appeal, filed by Donald S. Koback,. (Ramos, Jeanette) (Entered: 03/20/2006) |
| 03/23/2006 | 80 | MOTION to Set Aside Findings of the Medical Malpractice Tribunal by Donald S. Koback.(Paine, Matthew) (Entered: 03/23/2006) |
| 03/23/2006 | 81 | MOTION for New Trial by Donald S. Koback.(Paine, Matthew) (Entered: 03/23/2006) |
| 03/23/2006 | 82 | MOTION for Directed Verdict in Plaintiff's Favor by Donald S. Koback. (Paine, Matthew) (Entered: 03/23/2006) |
| 03/23/2006 | 83 | MOTION for Judgment Not With Standing the Verdict or Judgement of Dismissal. by Donald S. Koback.(Paine, Matthew) (Entered: 03/23/2006) |
| 03/23/2006 | 84 | MOTION for an Auditor by Donald S. Koback.(Paine, Matthew) (Entered: 03/23/2006) |
| 03/23/2006 | 85 | MOTION (Nunc Pro Tunc) by Donald S. Koback.(Paine, Matthew) (Entered: 03/23/2006) |
| 03/23/2006 | 86 | FINDINGS of the MEDICAL MALPRACTICE TRIBUNAL. "After a Medical Malpractice Tribunal Hearing in Suffolk Superior Court: The Above Entitled Action is Hereby Ordered Returned to the United States District Court." (Paine, Matthew) (Entered: 03/23/2006) |
| 03/24/2006 | 87 | Opposition re 80 MOTION to Set Aside, 81 MOTION for New Trial, 82 |

| | | |
|---|---|---|
| | | MOTION for Directed Verdict, 83 MOTION for Judgment NOV, 84 MOTION, 85 MOTION filed by John P. Long. (Feinberg, Judith) Additional attachment(s) added on 3/28/2006 (Paine, Matthew). (Entered: 03/24/2006) |
| 03/24/2006 | | Filing fee: $ 255.00, receipt number 71294 for 74 Notice of Appeal. (Paine, Matthew) (Entered: 03/27/2006) |
| 03/28/2006 | | Notice of correction to docket made by Court staff. Correction: 87 Opposition to Motions 80 81 82 83 84 and 85 corrected because the Attorney Did Not Sign the Opposition Correctly. (Paine, Matthew) (Entered: 03/28/2006) |
| 03/28/2006 | | Judge William G. Young : Electronic ORDER entered DENYING 80 Motion to Set Aside, DENYING 81 Motion for New Trial, DENYING 82 Motion for Directed Verdict, DENYING 83 Motion for Judgment NOV, DENYING 84 Motion for an Auditor, and DENYING 85 Motion (Nunc Pro Tunc). (Paine, Matthew) (Entered: 03/28/2006) |
| 04/10/2006 | 88 | TRANSCRIPT ORDER FORM by Donald S. Koback. (Paine, Matthew) (Entered: 04/12/2006) |
| 04/11/2006 | 89 | ANSWER to Complaint with Jury Demand by Emanuel Friedman.(Paine, Matthew) (Entered: 04/12/2006) |
| 04/11/2006 | 90 | NOTICE of Appearance by Matthew R. Connors and David M. Gould on behalf of Emanuel Friedman, M.D. (Paine, Matthew) (Entered: 04/12/2006) |
| 04/12/2006 | 91 | NOTICE issued to Attorney Matthew R. Connors regarding mandatory use of ECF in compliance with Local Rule 5.4. Failure to comply may result in the imposition of sanctions. (Paine, Matthew) (Entered: 04/12/2006) |
| 05/01/2006 | 92 | CERTIFICATION of ALTERNATIVE DISPUTE RESOLUTION by Barbara Hayes Buell on behalf of Metrowest Medical Center, Leonard Morse Hospital, Framingham Union Hospital. (Paine, Matthew) (Entered: 05/01/2006) |
| 05/26/2006 | 93 | MANDATE of USCA as to 74 Notice of Appeal, filed by Donald S. Koback. DISMISSED. (Ramos, Jeanette) (Entered: 05/26/2006) |
| 05/26/2006 | | Appeal Record Returned: 74 Notice of Appeal, 33 Notice of Appeal, (Ramos, Jeanette) (Entered: 05/26/2006) |
| 08/03/2006 | 94 | MOTION to Dismiss *for Failure to Post Bond as Ordered* by John P. Long.(Feinberg, Judith) Additional attachment(s) added on 8/4/2006 (Paine, Matthew). (Entered: 08/03/2006) |
| 08/04/2006 | | Case Reopened (Smith, Bonnie) (Entered: 08/04/2006) |
| 08/04/2006 | | ELECTRONIC NOTICE of Hearing : Scheduling Conference set for 9/11/2006 02:00 PM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie) (Entered: 08/04/2006) |

| 08/04/2006 | | Remark: Exhibits (A) through (G) Added to 94 Motion to Dismiss for Failure to Post Bond as Ordered. (Paine, Matthew) (Entered: 08/04/2006) |
| 08/08/2006 | 95 | MOTION to Amend by Donald S. Koback.(Paine, Matthew) (Entered: 08/09/2006) |
| 08/08/2006 | 96 | AFFIDAVIT of Plaintiff, by Donald S. Koback. (Paine, Matthew) (Entered: 08/09/2006) |
| 08/08/2006 | 97 | Opposition re 94 MOTION to Dismiss *for Failure to Post Bond as Ordered,* filed by Donald S. Koback. (Paine, Matthew) (Entered: 08/09/2006) |
| 08/08/2006 | 98 | CERTIFICATE OF SERVICE by Donald S. Koback. (Paine, Matthew) (Entered: 08/09/2006) |
| 08/16/2006 | 99 | MOTION to Dismiss for Failure to File Bond Pursuant to M.G.L. c. 231, 60B, by Metrowest Medical Center. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Paine, Matthew) (Entered: 08/16/2006) |
| 08/16/2006 | 100 | NOTICE issued to Attorney Barbara Hayes Buell regarding mandatory use of ECF in compliance with Local Rule 5.4. Failure to comply may result in the imposition of sanctions. (Paine, Matthew) (Entered: 08/16/2006) |
| 08/17/2006 | 101 | OFFER of SETTLEMENT, by Donald S. Koback. (Paine, Matthew) (Entered: 08/18/2006) |
| 08/17/2006 | 102 | OBJECTION to the Scheduling Conference, by Donald S. Koback. (Paine, Matthew) (Entered: 08/18/2006) |
| 08/17/2006 | 103 | CERTIFICATE OF SERVICE by Donald S. Koback. (Paine, Matthew) (Entered: 08/18/2006) |
| 08/18/2006 | | Judge William G. Young : Electronic ORDER entered GRANTING 95 Motion to Amend. (Paine, Matthew) (Entered: 08/18/2006) |
| 08/18/2006 | | Judge William G. Young : Electronic ORDER entered GRANTING 94 MOTION to Dismiss for Failure to Post Bond as Ordered, by John P. Long. (Paine, Matthew) (Entered: 08/18/2006) |
| 08/18/2006 | 104 | MOTION for Entry of Judgment under Rule 54(b) by John P. Long. (Feinberg, Judith) (Entered: 08/18/2006) |
| 08/21/2006 | 105 | MOTION for Entry of Judgment under Rule 54(b) , *Corrected Signature Line* by John P. Long.(Feinberg, Judith) (Entered: 08/21/2006) |
| 08/22/2006 | | Motions terminated: 104 MOTION for Entry of Judgment under Rule 54 (b) filed by John P. Long. Please refer to the Corrected Motion, with the Attorney Signature, Docket Entry 105. (Paine, Matthew) (Entered: 08/22/2006) |
| 08/22/2006 | 106 | MOTION to Dismiss by Erol Onel, New England Medical Center. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)(Jensen, Lynda) (Entered: |

| | | 08/22/2006 |
|---|---|---|
| 08/24/2006 | 107 | CERTIFICATION pursuant to Local Rule 16.1 by Donald S. Koback. (Attachments: # 1 Exhibit 1)(Sonnenberg, Elizabeth) (Entered: 08/24/2006) |
| 08/25/2006 | 108 | MOTION for Reconsideration of Attorney Judith Feinberg's and John P. Long, Jr.'s Motion to Dismiss the Plaintiff's Complaint for Failure to Comply With Order for Bond, by Donald S. Koback. (Attachments: # 1 Exhibit)(Paine, Matthew) (Entered: 08/29/2006) |
| 08/25/2006 | 109 | CERTIFICATE OF SERVICE for Motion for Reconsideration, by Donald S. Koback. (Paine, Matthew) (Entered: 08/29/2006) |
| 08/28/2006 | 125 | MOTION for Reconsideration re 124 JOINT STATEMENT is SO ORDERED as the Case Mangement Scheduling Order. DISCOVERY DUE June 30, 2007 and DISPOSITIVE MOTIONS DUE August 30, 2007, by Donald S. Koback.(Paine, Matthew) (Entered: 09/29/2006) |
| 08/30/2006 | 110 | Opposition re 108 MOTION for Reconsideration filed by John P. Long. (Feinberg, Judith) Additional attachment(s) added on 8/31/2006 (Paine, Matthew). Additional attachment(s) added on 8/31/2006 (Paine, Matthew). (Entered: 08/30/2006) |
| 08/30/2006 | | Judge William G. Young : Electronic ORDER entered GRATNING 99 MOTION to Dismiss for Failure to File Bond Pursuant to M.G.L. c. 231, 60B, by Metrowest Medical Center. (Paine, Matthew) (Entered: 08/30/2006) |
| 08/30/2006 | | Judge William G. Young : Electronic ORDER entered GRANTING 106 MOTION to Dismiss by Erol Onel, New England Medical Center. (Paine, Matthew) (Entered: 08/30/2006) |
| 08/30/2006 | 111 | AFFIDAVIT in Support of Donald S. Koback's Motion re 108 MOTION for Reconsideration of Attorney Judith Feinberg's and John P. Long, Jr.'s Motion to Dismiss the Plaintiff's Complaint for Failure to Comply with Order for Bond, filed by Donald S. Koback. (Attachments: # 1 Exhibit 1) (Paine, Matthew) (Entered: 08/31/2006) |
| 08/30/2006 | 112 | MOTION for Sanctions by Donald S. Koback.(Paine, Matthew) (Entered: 08/31/2006) |
| 08/30/2006 | 113 | CERTIFICATE OF SERVICE by Donald S. Koback re 111 Affidavit in Support of Motion and re 112 MOTION for Sanctions. (Paine, Matthew) (Entered: 08/31/2006) |
| 08/31/2006 | | Notice of correction to docket made by Court staff. Correction: Opposition re 108 Motion for Reconsideration Corrected Because: The Exhibits A through D Were Not Filed As Separate but Attached Documents to the Opposition. (Entered: 08/31/2006) |
| 08/31/2006 | 114 | MOTION to Dismiss by Emanuel Friedman.(Connors, Matthew) (Entered: 08/31/2006) |

| 09/05/2006 | 115 | Plaintiff's MOTION for Relief from Judgment in Favor of John P. Long, Jr. M.D. and Metrowest Medical Center, by Donald S. Koback.(Paine, Matthew) (Entered: 09/06/2006) |
|---|---|---|
| 09/05/2006 | 116 | Plaintiff's MOTION for Reconsideration of re 115 Plaintiff's MOTION for Relief from Judgment in Favor of John P. Long, Jr. M.D. and Metrowest Medical Center by Donald S. Koback.(Paine, Matthew) (Entered: 09/06/2006) |
| 09/05/2006 | 117 | Federal Rules of Civil Procedure, Rule 16; Local Rule 16.1 (D) JOINT STATEMENT. (Attachments: # 1 Exhibit A)(Paine, Matthew) (Entered: 09/06/2006) |
| 09/06/2006 | 118 | First Opposition re 112 MOTION for Sanctions filed by Emanuel Friedman. (Connors, Matthew) (Entered: 09/06/2006) |
| 09/06/2006 | 119 | Proposed JOINT STATEMENT re scheduling conference *submitted by all defendants*. (Jensen, Lynda) (Entered: 09/06/2006) |
| 09/06/2006 | 120 | Plaintiff's OPPOSITION and AFFIDAVIT to re 114 MOTION to Dismiss by Emanuel Friedman, filed by Donald S. Koback. (Attachments: # 1 Exhibits 1-3)(Paine, Matthew) (Entered: 09/07/2006) |
| 09/06/2006 | 121 | Plaintiff's MOTION Nunc Pro Tunc, by Donald S. Koback.(Paine, Matthew) (Entered: 09/07/2006) |
| 09/07/2006 | | Judge William G. Young : Electronic ORDER entered DENYING 112 Motion for Sanctions by Donald S. Koback. (Paine, Matthew) (Entered: 09/07/2006) |
| 09/11/2006 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Scheduling Conference held on 9/11/2006. The Court explains the requirements of the session. Mr. Koback appears on his own behalf. Court inquires as to whether he intends to get counsel. Mr. Koback answers no. The Court orders the plaintiff to deposit in the registry of the court a cashier's check in the sum of $6000, said check to be made out to Clerk, United States District Court. The money is to be deposited by 2:00 PM 9/18/06. Once the check is deposited all orders of dismissal will be vacated and the case will proceed. Final Pretrial Conference set for NO SOONER THAN 9/4/2007 02:00 PM before Judge William G. Young. Jury Trial set for RUNNING TRIAL LIST AS OF 10/1/2007 09:00 AM before Judge William G. Young. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 09/13/2006) |
| 09/18/2006 | 122 | CASHIER'S CHECK Received from Donald S. Koback: Amount $6000, receipt number 75108. (Paine, Matthew) (Entered: 09/18/2006) |
| 09/19/2006 | | Judge William G. Young : Electronic ORDER entered. The Orders Dismissing the case are hereby VACATED. The Motions for reconsideration are DENIED AS MOOT. The Motions to Dismiss for failure to popst a bond are DENIED AS MOOT. re 108 MOTION for Reconsideration filed by Donald S. Koback,, Order on Motion to Dismiss, 116 MOTION for Reconsideration re 115 MOTION filed by |

|  |  | Donald S. Koback,, 114 MOTION to Dismiss filed by Emanuel Friedman,, 115 MOTION filed by Donald S. Koback,, Order on Motion to Dismiss, Order on Motion to Dismiss(Smith, Bonnie) (Entered: 09/19/2006) |
|---|---|---|
| 09/22/2006 | 123 | Supplemental JOINT STATEMENT re scheduling conference *submitted by all defendants*. (Jensen, Lynda) (Entered: 09/22/2006) |
| 09/25/2006 | 124 | Judge William G. Young : ORDER entered. re 123 JOINT STATEMENT is SO ORDERED as the Case Mangement Scheduling Order. DISCOVERY DUE June 30, 2007 and DISPOSITIVE MOTIONS DUE August 30, 2007. (Paine, Matthew) (Entered: 09/25/2006) |
| 09/28/2006 | 126 | Local Rule 16.1 (D) JOINT STATEMENT (continued) Nunc pro Tunc - September 18, 2006, by Donald S. Koback. (Paine, Matthew) (Entered: 09/29/2006) |
| 09/28/2006 | 127 | MOTION to Strike re 123 Supplemental JOINT STATEMENT re scheduling conference submitted by all defendants, by Donald S. Koback.(Paine, Matthew) (Entered: 09/29/2006) |
| 09/28/2006 | 128 | CERTIFICATE OF SERVICE, by Donald S. Koback. (Paine, Matthew) (Entered: 09/29/2006) |
| 10/02/2006 |  | Judge William G. Young : Electronic ORDER entered DENYING 125 Motion for Reconsideration and DENYING 127 Motion to Strike (Paine, Matthew) (Entered: 10/02/2006) |
| 10/10/2006 | 129 | Plaintiff Donald S. Koback's Exception for the Sake of Appeal and/or to Perfect the Record for the Purposes of Appeal. (Paine, Matthew) (Entered: 10/11/2006) |
| 10/17/2006 | 130 | NOTICE of Docket Entry from Supreme Judicial Court for Suffolk County, Massachusetts. (Paine, Matthew) (Entered: 10/18/2006) |
| 11/08/2006 | 131 | Request for Admission Under F.R.C.P. Rule 36, by Donald S. Koback (Attachments: # 1 Exhibit 1A - 2)(Paine, Matthew) (Entered: 11/08/2006) |
| 11/08/2006 | 132 | AFFIDAVIT of Donald S. Koback re 131 Request for Admission Under F.R.C.P. Rule 36, by Donald S. Koback. (Paine, Matthew) (Entered: 11/08/2006) |
| 11/16/2006 | 133 | MOTION to Strike by Donald S. Koback.(Paine, Matthew) (Entered: 11/16/2006) |
| 11/21/2006 |  | Judge William G. Young : Electronic ORDER entered DENYING 133 Motion to Strike. (Paine, Matthew) (Entered: 11/21/2006) |
| 11/22/2006 | 134 | MOTION to Strike *Plaintiff's Requests for Admissions* by Emanuel Friedman.(Connors, Matthew) (Entered: 11/22/2006) |
| 11/27/2006 |  | Judge William G. Young : Electronic ORDER entered re 134 MOTION to Strike Plaintiff's Requests for Admissions. "Motion DENIED, Save That the Responses to the Requests for Admission Need Not Be Filed Until (30) Days After the Decision on the Motion for Summary |

| | | Judgment, Provided that the Motion for Summary Judgment is Filed on or Before December 15, 2006." (Paine, Matthew) (Entered: 11/27/2006) |
|---|---|---|
| 11/29/2006 | 135 | MOTION for Default Judgment as to Emanuel Friedman, M.D. by Donald S. Koback. (Attachments: # 1 Exhibit)(Paine, Matthew) (Entered: 11/30/2006) |
| 11/29/2006 | 136 | MEMORANDUM in Support re 135 MOTION for Default Judgment as to Emanuel Friedman, M.D. filed by Donald S. Koback. (Paine, Matthew) (Entered: 11/30/2006) |
| 11/29/2006 | 137 | AFFIDAVIT of Donald S. Koback in Support re 135 MOTION for Default Judgment as to Emanuel Friedman, M.D. filed by Donald S. Koback. (Paine, Matthew) (Entered: 11/30/2006) |
| 11/29/2006 | 138 | MOTION for Reconsideration re 134 MOTION to Strike *Plaintiff's Requests for Admissions* by Donald S. Koback.(Paine, Matthew) (Entered: 11/30/2006) |
| 12/04/2006 | | Judge William G. Young : Electronic ORDER entered denying 134 Motion to Strike, denying 135 Motion for Default Judgment (Smith, Bonnie) (Entered: 12/04/2006) |
| 12/04/2006 | 139 | MOTION for Default Judgment as to Emanuel Friedman, M.D. by Donald S. Koback. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Paine, Matthew) (Entered: 12/05/2006) |
| 12/04/2006 | 140 | MEMORANDUM in Support re 139 MOTION for Default Judgment as to Emanuel Friedman, M.D. filed by Donald S. Koback. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Paine, Matthew) (Entered: 12/05/2006) |
| 12/06/2006 | 141 | Opposition to Court Document Number: 138, Docket Text, Motion for Reconsideration re 134 Motion to Strike Plaintiff's Request for Admissions, by Donald S. Koback. (Attachments: # 1 Exhibit)(Paine, Matthew) (Entered: 12/07/2006) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/08/2006 12:48:14 | | | |
| **PACER Login:** | rk0007 | **Client Code:** | don |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-10798-WGY |
| **Billable Pages:** | 9 | **Cost:** | 0.72 |

ALL OF THE FOREGOING ARE SELF
EXPLANATORY AND SPEAK VOLUMES
AS TO WHY SAID MOTION FOR
SUMMARY JUDGMENT IN FAVOR OF
DEFENDANT, METROWEST MEDICAL
CENTER, SHOULD NOT HAVE
BEEN GRANTED AS A MATTER OF
LAW, THE PLAINTIFF-APPELCANT
HAVING SHOWN, GENUINE
ISSUE(S) OF MATERIAL FACT
TO BE TRIED),

Submitted,

Donald S. Koback
Plaintiff-Appellant
May 7, 2007

# CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, CIVIL ACTION NO.'s 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

## 1. DOCUMENTS:

SECOND (2nd) AMENDED NOTICE OF APPEAL OF U.S. DISTRICT COURT JUDGES ORDER WHICH GRANTED "DEFENDANT, METROWEST MEDICAL CENTER's MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56(b)" ON MAY 3, 2007. PLAINTIFF DONALD S. KOBACK'S SUPPLEMENT TO MAY 3, 2007 HEARING, PLAINTIFF-APPELLANT, DONALD S. KOBACK's federal Rule of Appellate Procedure RULE 27, MOTION TO SET ASIDE SAID DISTRICT COURT JUDGMENT

## 2. DEFENDANTS' ATTORNEYS AT LAW

KARA A. BETTIGOLE →

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
JENNIFER HARTUNIAN → Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

DATE: MAY 8, 2007

SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON 8 MAY 2007

DONALD S. KOBACK, PLAINTIFF
PRO SE   DATE: MAY 8, 2007