U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION
(BOSTON, MASS.)

DONALD S. KOBACK,
PLAINTIFF,
PRO SE,

v.

METROWEST MEDICAL
CENTER; LEONARD
MORSE HOSPITAL;
FRAMINGHAM UNION
HOSPITAL; NEW
ENGLAND MEDICAL
CENTER; TUFTS
UNIVERSITY SCHOOL
OF MEDICINE; EMANUEL
FRIEDMAN, M.D.; JOHN
P. LONG, M.D.; HMO
BLUE OF MASSACHUSETTS;
BLUE CROSS/BLUE
SHIELD OF MASSACHUSETTS;
EROL ONEL, Andover
Urology Associates of
Andover, Massachusetts,
DEFENDANTS

Civil Action No.:
1:05-CV-10798-WGY

U.S. COURT OF APPEALS
No. 07-1411

FILED
IN CLERKS OFFICE
2007 MAY 18 P 12:46
U.S. DISTRICT COURT
DISTRICT OF MASS.

## PLAINTIFF, DONALD S. KOBACK'S MOTION TO JOIN SPECIALTY CARE, LLC AND CROSBIE-MACDONALD PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 19, WHO ARE NEEDED FOR JUST ADJUDICATION

The Plaintiff, Donald S. Koback hereby moves to join Specialty Care, LLC, 626 Temple St., Duxbury, Massachusetts 02332 (INSURANCE POLICY PMG ID # A48328) and Crosbie-MacDonald, of 15 School St., Boston, Ma. 02108 (Producer ID # 620J038) who being mysteriously, seemingly inextricably woven with John P. Long, Jr., M.D. 76857, are needed for just adjudication, this motion pursuant to Federal Rules of Civil Procedure RULE 19(a) and RULE 19(c).

Said Specialty Care, LLC, 626 Temple St., Duxbury, Massachusetts 02332 and Crosbie-MacDonald, of 15 School St., Boston, Ma. 02108 are engaged in an elusive, intangible scheme where the insured —



**Medical Professional Mutual Insurance Company**

## Partnership and Corporation Professional Liability - Occurrence Renewal Declaration

| | |
|---|---|
| POLICY NUMBER: | 1-32734 |
| FORMER POLICY NUMBER: | 1-32734 |

**NAMED INSURED AND ADDRESS:**  **PMG ID#:** A48328  
Specialty Care, LLC  
626 Temple St.  
Duxbury, MA 02332  

**PRODUCER:**  **PRODUCER ID#:** G20J038  
Crosbie-MacDonald  
15 School St  
Boston, MA 02108  
Phone: 617-523-4500  

**POLICY PERIOD:** 06/30/2004 to 06/30/2005 at 12:01 A.M. Standard Time at Named Insured address above.

**DESCRIPTION OF BUSINESS:** CORPORATION

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE COVERAGE STATED IN THIS POLICY.

| COVERAGE | RETROACTIVE DATE | CLASS CODE and DESCRIPTION | LIMITS | |
|---|---|---|---|---|
| Professional Liability | | 80999 Partnership/Corporation | $1,000,000 | Per Claim |
| | | | $3,000,000 | Annual Aggregate |
| Occurrence | | | | |
| Supplementary Payments Retroactive Date: | 06/30/2000 | | | |

**CORPORATE MEMBERS/EMPLOYED or CONTRACTED PRACTITIONERS:**

Richard W. Brewer  *President & CEO*  
Janice W. Allegretto  *Asst. Sec.*

THIS IS NOT A BILL. THE BILL WILL FOLLOW SHORTLY.

03 01/01      Date Produced: 07/16/04 13:26:41      Page 1



**Medical Professional Mutual
Insurance Company**

_Richard W. Brewer_   _Janice W. Allegretto_
Richard W. Brewer        Janice W. Allegretto
*President & CEO*           *Asst. Sec.*

THIS IS NOT A BILL. THE BILL WILL FOLLOW SHORTLY.

103 01/01                        Date Produced: 07/16/04 13:26:41



**Medical Professional Mutual
Insurance Company**

Richard W. Brewer    Janice W. Allegretto
President & CEO    Asst. Sec.

THIS IS NOT A BILL. THE BILL WILL FOLLOW SHORTLY.

103 01/01    Date Produced: 07/16/04 13:26:41    Page 3



**Medical Professional Mutual Insurance Company**

John P. Long, Jr., M.D.                                              76957

Richard W. Brewer        Janice W. Allegretto
President & CEO              Asst. Sec.

THIS IS NOT A BILL. THE BILL WILL FOLLOW SHORTLY.

DEC 103 01/01                Date Produced: 07/16/04 13:26:41                Page 4

[ "INSURANCE POLICY INSERTED HEREAT PART AND PARCEL HEREOF " ]

Specialty Care, LLC - possesses some agency, ownership, or control of John P. Long, Jr., M.D., or, with the intension of creating an undisclosed bias, shield of secrecy in favor of John P. Long, Jr., M.D., or prejudice detrimental to the plaintiff, Donald S. Koback herein. Federal Rules of Evidence RULE 411; Fed. R. Civ. P. 19(c).

"REQUEST FOR ORAL ARGUMENT."

Plaintiff, Donald S. Koback's Memorandum of Reasons (U.S. DISTRICT COURT, DISTRICT OF MASSACHUSETTS, LOCAL RULE 7.1) INCLUDING CITATIONS OF SUP- PORTING AUTHORITIES, WHY THE MOTION SHOULD BE GRANTED WHICH IS INCORPORATED HEREIN AS IF EXPRESSLY SET FORTH WORD FOR WORD, NUMBER FOR NUMBER, PUNCTUA- TION MARK FOR PUNCTUATION.

WHEREFORE, PLAINTIFF, DONALD S. KOBACK'S MOTION TO JOIN SPECIALTY CARE, LLC AND CROSBIE MACDONALD PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 19, WHO ARE NEEDED FOR JUST ADJUDICATION SHOULD BE GRANTED.

DATE: May 14, 2007

Submitted,

*Donald Koback*

DONALD S. KOBACK
PLAINTIFF, PRO SE

DATE: MAY 14, 2007