U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2007 MAY 18 P 12:46

U.S. DISTRICT COURT
DISTRICT OF MASS.

EASTERN DIVISION
(BOSTON, MASSACHUSETTS)

Civil Action No.:
1:05-CV-10798-WGY

DONALD S. KOBACK,
  PLAINTIFF, PRO SE,

V.

METROWEST MEDICAL CENTER; LEONARD MORSE HOSPITAL; FRAMINGHAM UNION HOSPITAL; NEW ENGLAND MEDICAL CENTER; TUFTS UNIVERSITY SCHOOL OF MEDICINE; EMANUEL FRIEDMAN, M.D.; JOHN P. LONG, M.D.; HMO BLUE OF MASSACHUSETTS; BLUE CROSS/BLUE SHIELD OF MASSACHUSETTS; EROL ONEL, Andover Urology Associates, Andover, Massachusetts

U.S. COURT OF APPEALS
No. 07-1411

Plaintiff, Donald S. Koback's Memorandum

<u>of Reasons (U.S. DISTRICT COURT, DISTRICT OF MASSACHUSETTS, LOCAL RULE 7.1) INCLUDING CITATIONS OF SUPPORTING AUTHORITIES, WHY THE MOTION SHOULD BE GRANTED</u>

Federal Rules of Civil Procedure RULE 19(a)(1), 19(a)(2)(i) Persons to Be Joined if Feasible.

Specialty Care, LLC and Crosbie-MacDonald are persons who are subject to service of process and whose joinder will not deprive the court of jurisdiction over the subject matter of the action; since, in the case at bar, without the joinder of these persons (their absence) complete relief cannot be accorded among those already parties and whose absence will leave the PLAINTIFF, DONALD S. KOBACK, et.al., a person (or persons) already parties subject to a substantial risk of double, multiple, or otherwise inconsistent obligations by reason of the claimed interest by said PLAINTIFF, DONALD S. KOBACK

Federal Rules of Civil Procedure RULE 19(c)

Reasons why not joined - futherance of a conspiracy, hidden persons. Said above-named persons are mysteriously, inextricably interwoven with the

defendant, John P. Long, M.D., a/k/a, alias, John P. Long, Jr., M.D., inter alia

Federal Rules of Evidence RULE 411. Said insurance policy admissible to join those named therein and to prove agency, ownership, or control or to to prove bias (an unlawful sheild) in favor of Defendant, John P. Long, M.D., a/k/a John P. Long, Jr., M.D. inter alia or prejudice against the PLAINTIFF, DONALD S. KOBACK,

The persons to be joined are as follows:

Specialty Care, LLC
626 Temple St.
Duxbury, Massachusetts 02332
(Insurance Policy PMG ID # A48328);

Crosbie-MacDonald
15 School St.
Boston, Massachusetts 02108
(Producer I.D. # 620J038);

John P. Long, Jr., M.D.
76957;

John P. Long, M.D.
76957.

PLAINTIFF, DONALD S. KOBACK, by or via this "motion to join", has alleged sufficient facts to establish that Fed. R. Civ. P. RULE 19 requires the persons named to be joined, and, in the case of JOHN P. LONG, M.D., a/k/a JOHN P. LONG, JR., M.D. whose identity is an exhibit — appointment card — in PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL as well as a named defendant in the pleadings of said COMPLAINT AND DEMAND FOR JURY TRIAL, as well as a number or secret code — 76957 — in said insurance policy. Boles v. Greenville Housing Authority, 468 F.2d 476 (6th Cir 1972); Mongeau v. Boutelle, 10 Mass. App. Ct. 246, 407 N.E. 2d 352 (1980).

WHEREFORE, PLAINTIFF, DONALD S. KOBACK'S MOTION TO JOIN SPECIALTY CARE, LLC AND CROSBIE-MACDONALD PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 19, WHO ARE NEEDED FOR JUST ADJUDICATION

SHOULD BE GRANTED.

DATE: May 14, 2007    SUBMITTED,

*Donald S. Koback* (signature)

DONALD S. KOBACK

PLAINTIFF, PRO SE

DATE: May 14, 2007

# CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, CIVIL ACTION NO.'s 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

**1. DOCUMENTS:**

PLAINTIFF, DONALD S. KOBACK'S MOTION TO JOIN SPECIALTY CARE, LLC AND CROSBIE-MACDONALD PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 19., WHO ARE NEEDED FOR JUST ADJUDICATION;

Plaintiff, Donald S. Koback's Memorandum of Reasons (U.S. DISTRICT COURT, DISTRICT OF MASSACHUSETTS, LOCAL RULE 7.1) INCLUDING CITATIONS OF SUPPORTING AUTHORITIES, WHY THE MOTION SHOULD BE GRANTED.

**2. DEFENDANTS' ATTORNEYS AT LAW AND PERSONS SERVED VIA U.S.P.S. certified mail**

KARA A. BETTIGOLE →  Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

JENNIFER HARTUNIAN → Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th Floor
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

John P. Long, Jr., M.D.
(76957)
139 Lincoln Street
Framingham, Massachusetts 01702

John P. Long, M.D.
(76957)
139 Lincoln Street
Framingham, Massachusetts 01702

1 of 2

DSK  May 15, 2007

CERTIFICATE OF SERVICE
(continued)

FILED
IN CLERKS OFFICE

2007 MAY 18 P 12: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

Person In Charge
Specialty Care, LLC
#A48328
626 Temple St.
Duxbury, Massachusetts
02332

Crosbie-MacDonald
#620J038
15 School Street
Boston, Massachusetts 02108

Signed under pains and penalties of perjury on MAY 15, 2007

DONALD S. KOBACK
Plaintiff, Pro Se
MAY 15, 2007

2 of 2

**EXPRESS MAIL**
Mailing Label
Label 11-B, March 2004
UNITED STATES POSTAL SERVICE® — Post Office To Addressee

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code | Day of Delivery | Postage
☐ Next ☐ 2nd ☐ 2nd Del. Day | $
Date Accepted | Scheduled Date of Delivery | Return Receipt Fee
Month  Day | $
Mo.  Day  Year | Scheduled Time of Delivery | COD Fee | Insurance Fee
Time Accepted ☐ AM ☐ PM | ☐ Noon ☐ 3 PM | $ | $
 | Military | Total Postage & Fees
Flat Rate ☐ or Weight | ☐ 2nd Day ☐ 3rd Day | $
lbs.  ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials

EQ 064705334 US

**FROM:** (PLEASE PRINT) PHONE ( 401 )76-2-2460
Donald S. Koback
195 Sunnyside Avenue
Woonsocket
Rhode Island 02895

**DELIVERY (POSTAL USE ONLY)**
Delivery Attempt  Mo. Day  Time ☐ AM ☐ PM  Employee Signature
Delivery Attempt  Mo. Day  Time ☐ AM ☐ PM  Employee Signature
Delivery Date  Mo. Day  Time ☐ AM ☐ PM  Employee Signature

**CUSTOMER USE ONLY**
PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or
Postal Service Acct. No.

NO DELIVERY ☐ Weekend ☐ Holiday

**TO:** (PLEASE PRINT)  PHONE ( )
SARAH ALLISON THORNTON
CLERK OF COURT
U.S. DISTRICT COURT
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

ZIP + 4 0 2 2 1 0 +

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

PRESS HARD. YOU ARE MAKING 3 COPIES.



