U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2007 MAY 23 P 12:02
U.S. DISTRICT COURT
DISTRICT OF MASS.

EASTERN DIVISION
(BOSTON, MASSACHUSETTS)

| | |
|---|---|
| DONALD S. KOBACK<br>　　PLAINTIFF, PRO SE,<br><br>v.<br><br>METROWEST MEDICAL CENTER; LEONARD MORSE HOSPITAL; FRAMINGHAM UNION HOSPITAL; NEW ENGLAND MEDICAL CENTER; TUFTS UNIVERSITY SCHOOL OF MEDICINE; EMANUEL FRIEDMAN, M.D.; JOHN P. LONG, M.D.; HMO BLUE OF MASSACHUSETTS; BLUE CROSS/ BLUE SHIELD OF MASSACHUSETTS; EROL ONEL, Andover Urology, of Andover, Massachusetts,<br>　　DEFENDANTS. | Civil Action No.:<br>1:05-CV-10798-WGY<br><br>U.S. Court of Appeals<br>No. 07-1411 |

## Notice of Appeal to United States Court of Appeals for the First Circuit

United States District Court
District of Massachusetts

FILED
CLERKS OFFICE

2007 MAY 23 P 12: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

Notice of Electronic Filing

The following transaction was entered on 5/14/2007 at 12:19 PM EDT and filed on 5/14/2007
Case Name:       Koback v. Metrowest Medical Center et al
Case Number:     1:05-cv-10798
Filer:
Document Number: No document attached

Docket Text:
Judge William G. Young : Electronic ORDER entered. re [203] Joint MOTION to Dismiss for Failure to Comply with Court Order. "Without Hearing, Motion DENIED. The Defendants Read Too Much Into This Court's Earlier Denial of Mr. Koback's Motion to Strike. That Did Not Constitute An Order For Him To Appear. For The Proper Conduct of This Litigation, However, Mr. Koback Is Ordered to Appear for a (1) Day, (7) Hour, Deposition Within 30 Days of the Date of This Order or His Complaint Will Be Dismissed." (Paine, Matthew)

1:05-cv-10798 Notice will be electronically mailed to:
Barbara Hayes Buell   bhb@bloombuell.com
Joseph D. Halpern    joseph.halpern@bcbsma.com
David M. Gould       Dgould@ficksmanconley.com
Daniel J. Griffin, Jr  dgriffin@mmmk.com
A. Bernard Guekguezian  abg@achwg.com
Matthew R. Connors   mconnors@ficksmanconley.com
Judith M. Feinberg   jf@achwg.com
Jennifer E. Hartunian  jhartunian@mmmk.com

1:05-cv-10798 Notice will not be electronically mailed to:

Lynda R. Jensen
Martin, Magnuson, McCarthy and Kenney
101 Merrimac St.
7th Floor
Boston, MA 02215

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

Notice is hereby given that DONALD S. KOBACK plaintiff in the above named case hereby appeals to the United States Court of Appeals for the First Circuit from the ORDER of U.S. District Court, Boston, Massachusetts Judge, William G. Young from the final judgment and/or ORDER entered in this action on 5/14/2007 and filed on 5/14/2007 Sua Sponte, ex parte denial of Defendants, John P. Long, Jr., M.D., Erol Onel, M.D., and New England Medical Center Court Document [203] AND ORDER to the effect that Plaintiff, Donald S. Koback ("...Mr. Koback...") ordered to appear for a (1) Day, (7) Hour, Deposition within 30 Days of the Date of this ORDER or His Complaint Will Be Dismissed. [Copy Judge's ORDER - 5/14/2007 inserted hereat, part and parcel hereof.]

by Plaintiff-Appellant,
Pro Se
Donald S. Koback

_____
DONALD S. KOBACK
Plaintiff-Appellant
195 SUNNYSIDE Avenue
WOONSOCKET
RHODE ISLAND 02895
Tel.: 401-762-2460
MAY 18, 2007

# CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, CIVIL ACTION NO. 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

(stamp: CLERKS OFFICE 2007 MAY 23 P 12:02 1:05-CV-10798-WGY US DISTRICT COURT Boston, Mass.)

(No. 07-1411 U.S. Court of Appeals for the First Circuit, Boston, Mass.)

## 1. DOCUMENTS:

Notice of Appeal to the United States Court of Appeals for the First Circuit.

## 2. DEFENDANTS' ATTORNEYS AT LAW

KARA A. BETTIGOLE → Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite
Boston, MA 02135

JENNIFER HARTUNIAN → Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

Person In Charge, SPECIALTY CARE, LLC, 626 Temple St., DUXBURY, MA 02332

DATE: MAY 18, 2007
SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON MAY 18, 2007

/s/ Donald S. Koback
DONALD S. KOBACK, PLAINTIFF PRO SE  DATE: MAY 18, 2007