ORIGINAL RECEIVED FROM ~~DEFENDANT~~ EROL ONEL'S ATTORNEY
AT LAW, MARTIN, MAGNUSON, McCARTHY & KENNEY

UNITED STATES DISTRICT COURT
IN AND FOR THE
DISTRICT OF MASSACHUSETTS

2001 MAY 23 P 12:02

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DONALD S. KOBACK, | ) |
|   Plaintiff/Pro Se | ) |
| | ) |
| v. | ) |
| | ) |
| METROWEST MEDICAL CENTER, | ) |
| LEONARD MORSE HOSPITAL, | ) |
| FRAMINGHAM UNION HOSPITAL, | )   CIVIL ACTION NO. 05-CV-10798-WGY |
| NEW ENGLAND MEDICAL CENTER, | ) |
| TUFTS UNIVERSITY SCHOOL OF | ) |
| MEDICINE, EMANUEL FRIEDMAN, M.D., | ) |
| JOHN P. LONG, M.D., and EROL ONEL, | ) |
| M.D., | ) |
|   Defendants | ) |

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS ANSWERS TO,
AND CLAIMS OF PRIVILEGE, INTER ALIA, WITH RESPECT TO
DEFENDANT EROL ONEL, M.D.'S INTERROGATORIES
TO BE ANSWERED BY PLAINTIFF DONALD S. KOBACK

1.    Please identify yourself fully, by providing your full name, your social security number, your date and place of birth, your current residential address, the names of any individuals who live with you at that address, your marital status (if married, please provide the name of your spouse and date of marriage), the names and addresses of your children, if any, and your educational background (institutions attended, dates of attendance, and degrees earned, if any).

COURT DOCUMENT [ ]

Erol
onel
.23-ut

AFFADAVIT AS TO STATEMENTS AND
DUCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK'S REQUEST FOR
ADMISSION;

COURT DOCUMENT [ ], [ ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D, TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [ ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "DEFENDANT, METROWEST
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [ ]

PLAINTIFF DONALD S. KOBACK'S RESPONSES TO
DEFENDANT'S EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [ ]
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST For Admission
1 through and including 99
SIGNED UNDER PAINS AND PENALTIES OF PERJURY 5/20/2007

Donald X Wobech MAY 20 2007

ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE HEREIN
Federal Rules Civic Procedure; RULE 10(c)

*(left margin, rotated)* AFFIDAVITS signed under Pains and Penalties of Spelling? AFFIDAVIT signed by PLAINTIFF DONALD S. KOBACK
AFFIDAVITS signed under Pains and remaitter
SEE COURT DOCUMENTS
OF perjury by PLAINTIFF DONALD S. KOBACK

*(right margin, rotated)* THIS COURT DOCUMENT signed under pains and penalties of perjury Donald Koback May 20, 2007

2.    Please describe each and every job that you have had from the year 1997 through to the
      present, stating for each such job the name and address of your employer, the position
      held by you, a description of your job responsibilities, the inclusive dates of your
      employment, and your annual salary.

Erol
onel
23:4t

COURT DOCUMENT [    ]

2. AFFADAVIT AS TO STATEMENTS AND DOCUMENTS CONTAINED IN PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION;

COURT DOCUMENT [    ], [    ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS ANSWERS TO "INTERROGATORIES OF THE DEFENDANT JOHN P. LONG, M.D, TO THE PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS, ANSWERS TO "DEFENDANT, METROWEST MEDICAL CENTER'S INTERROGATORIES TO BE ANSWERED BY PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ]

PLAINTIFF DONALD S. KOBACK'S RESPONSES TO DEFENDANT'S EROL ONEL, M.D. AND NEW ENGLAND MEDICAL CENTER'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ] IN
AFFADAVIT AS TO STATEMENTS IN PLAINTIFF, DONALD S. KOBACK'S REQUEST For Admission 1 through and including 99
SIGNED UNDER PAINS AND PENALTIES OF PERJURY 5/20/2007

Donald S. Kobech MAY 20, 2007
ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE HEREIN
Federal Rules Civil Procedure, RULE 10(c)

*(left margin, vertical):* AFFIDAVITS signed under Pains and Penalties Spelling? AFFIDAVIT PLAINTIFF DONALD S. KOBACK of Perjury by PLAINTIFF DONALD S. KOBACK SEE COURT DOCUMENTS

*(right margin, vertical):* THIS Court Document Signed under pains and penalties of perjury Donald S. Kobeck May 20, 2007

3.   Please describe full detail your physical condition during the one-year period *prior* to your first contact with Dr. Onel.

Erol
onel
.23.ht

3. COURT DOCUMENT [   ]

AFFADAVIT AS TO STATEMENTS AND
DUCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK'S REQUEST FOR
ADMISSION;

COURT DOCUMENT [   ], [   ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [   ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "DEFENDANT, METROWEST
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [   ]

PLAINTIFF DONALD S. KOBACK'S RESPONSES TO
DEFENDANT'S EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [   ]
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION
1 through and including 99
SIGNED UNDER PAINS AND PENALTIES OF PERJURY 5/20/2007

Donald X Wobech MAY 20, 2007

ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE HEREIN
Federal Rules Civic Procedure, RULE 10(c) Dsbobaek

*(left margin, rotated):* Spelling? AFFIDAVIT signed under Pains and Penalties? KOBACK signed under Pains AFFIDAVIT DONALD S. PLAINTIFF DOCUMENTS by COURT AFFIDAVITS signed under perjury by SEE

*(right margin, rotated):* THIS COURT DOCUMENT Signed under pains and penalties of perjury Donald S. Kobach May 20, 2007 of perjury

4.    Please describe each and every occasion on which Dr. Onel provided any treatment to you, including in your answer the dates of said treatment, the nature of the treatment provided, a description your physical condition at the time of said treatment, the methods and instruments used, the results of said treatment, and any medications that were prescribed for you.

COURT DOCUMENT [   ]

4. AFFADAVIT AS TO STATEMENTS AND DOCUMENTS CONTAINED IN PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION;

COURT DOCUMENT [   ], [   ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS, ANSWERS TO "INTERROGATORIES OF THE DEFENDANT JOHN P. LONG, M.D. TO THE PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [   ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS, ANSWERS TO "DEFENDANT, METROWEST MEDICAL CENTER'S INTERROGATORIES TO BE ANSWERED BY PLAINTIFF, DONALD S. KOBACK;

COURT DOCUMENT [   ]

PLAINTIFF DONALD S. KOBACK'S RESPONSES TO DEFENDANT'S EROL ONEL, M.D. AND NEW ENGLAND MEDICAL CENTER'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [   ] IN AFFADAVIT AS TO STATEMENTS IN PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR Admission 1 through and including 89

SIGNED UNDER PAINS AND PENALTIES OF PERJURY 5/20/2007

Donald S Kobeck MAY 20, 2007

ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE HEREIN Federal RULES CIVIL Procedure, RULE 10(c)

*(left margin, vertical)* AFFIDAVITS signed under pains and penalties of perjury by PLAINTIFF DONALD S. KOBACK SEE COURT DOCUMENTS

*(far left margin, vertical)* Spelling ? AFFADAVIT PLAINTIFF DONALD S. KOBACK

*(right margin, vertical)* THIS COURT DOCUMENT Signed under pains and penalties of perjury Donald S. Koback May 20, 2007

*(top right)* Erol onel 23 Int

5.   For each occasion on which Dr. Onel provided any treatment to you, please set forth in full detail the substance and date of all conversations or communications between you and Dr. Onel, and state the names of any other persons who were present at the time of such conversations or communications.

COURT DOCUMENT [    ]

Erol
onel
23 ht

5. AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK'S REQUEST FOR
ADMISSION;

COURT DOCUMENT [    ],[    ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D, TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "DEFENDANT, METROWEST
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ]

PLAINTIFF DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ]
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR Admission
1 through and including 99
SIGNED UNDER PAINS AND PENALTIES OF PERJURY 5/20/2007

Donald S. Wobach MAY 20, 2007
ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE HEREIN
Federal Rules Civil Procedure, RULE 10(c) D.S. Kobach

AFFIDAVITS signed under pains and penalties of perjury ? AFFIDAVIT
SEE COURT DOCUMENTS PLAINTIFF DONALD S. KOBACK
AFFIDAVITS signed under pains and penalties of perjury by PLAINTIFF DONALD S. KOBACK

This court Document Signed under pains and penalties of perjury
Donald S. Wobach May 20, 2007

6.    Please state as precisely as possible where the alleged negligence of Dr. Onel occurred and the date(s) and time(s) of such occurrence.

Erol
onel
23 int

COURT DOCUMENT [ ]

6. AFFADAVIT AS TO STATEMENTS AND DOCUMENTS CONTAINED IN PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION;

COURT DOCUMENT [ ], [ ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS ANSWERS TO "INTERROGATORIES OF THE DEFENDANT JOHN P. LONG, M.D. TO THE PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [ ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS, ANSWERS TO "DEFENDANT, METROWEST MEDICAL CENTER'S INTERROGATORIES TO BE ANSWERED BY PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [ ]

PLAINTIFF DONALD S. KOBACK'S RESPONSES TO DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND MEDICAL CENTER'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [ ]
AFFADAVIT AS TO STATEMENTS IN PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION 1 through and including 89
SIGNED UNDER PAINS AND PENALTIES OF PERJURY 5/20/2007

Donald S Kobach MAY 20, 2007 HEREIN

ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE
Federal Rules Civil Procedure, RULE 10(c)  DSKobach

*(left margin, vertical):* AFFADAVIT Spelling ? AFFADAVIT

AFFIDAVITS signed under Pains and penalties of perjury by PLAINTIFF DONALD S. KOBACK
SEE COURT DOCUMENTS

*(right margin, vertical):* THIS COURT DOCUMENT Signed under pains and penalties of perjury Donald S. Kobach May 20, 2007

7.  Please state fully and in complete detail everything that you allege Dr. Onel did or failed to do in caring for, treating, and/or operating on you, upon which you base your allegations of negligence, setting forth each event in the order of its occurrence.

Erol
onel
23 hit

COURT DOCUMENT [    ]

7. AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK'S REQUEST FOR
ADMISSION ;

COURT DOCUMENT [    ], [    ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS
ANSWERS TO "INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO ;

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "DEFENDANT, METROWEST
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF, DONALD S. KOBACK;

COURT DOCUMENT [    ]

PLAINTIFF DONALD S. KOBACK'S RESPONSES TO
DEFENDANT'S EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ] IN
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR Admission
1 through and including 89
SIGNED UNDER PAINS AND PENALTIES OF PERJURY 5/20/2007

Donald X Kobech MAY 20, 2007 HEREIN
ABOVE COURT DOCUMENTS ADOPTION BY REFERENCE HEREIN
Federal RULES CIVIL Procedure, RULE 10(c)

*(left margin, vertical):* AFFIDAVIT 7 Spelling 2 Pains and Penalties 2 AFFIDAVIT

*(left margin, vertical):* AFFIDAVITS signed under Pains and Penalties of Perjury by PLAINTIFF DONALD S. KOBACK SEE COURT DOCUMENTS

*(right margin, vertical):* THIS COURT DOCUMENT Signed under pains and penalties of perjury Donald S. Koback May 20, 2007

8.    Please describe in detail all injuries, illnesses, pains, or conditions that you claim to have suffered as a result of the alleged negligence of Dr. Onel, including the parts of your body so affected, and the extent and duration of the injuries sustained.

Erol
onel
23ht

8.

COURT DOCUMENT [    ] [    ]

AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK'S REQUEST FOR
ADMISSION;

COURT DOCUMENT [    ], [    ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "DEFENDANT, METROWEST
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ]

PLAINTIFF DONALD S. KOBACK'S RESPONSES TO
DEFENDANT'S EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ] IN
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION
1 through and including 99
SIGNED UNDER PAINS AND PENALTIES OF PERJURY 5/20/2007 [signature]

Donald X Kobeck MAY 20, 2007
ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE HEREIN
Federal Rules Civil Procedure, RULE 10(c) [signature]

*(left margin, vertical)* AFFIDAVIT Spelling ? AFFADAVIT

*(left margin, vertical)* AFFIDAVITS signed under pains and penalties of perjury by PLAINTIFF DONALD S. KOBACK SEE COURT DOCUMENTS

*(right margin, vertical)* THIS COURT DOCUMENT Signed under pains and penalties of perjury Donald S. Kobeck May 20, 2007

9.      If as a result of the alleged negligence of Dr. Onel you are claiming any present or permanent injuries, illnesses, pains, or conditions, please describe them fully, including the parts of your body so affected, and the extent of the injuries sustained.

COURT DOCUMENT [      ]

9.    AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK'S REQUEST FOR
ADMISSION ;

COURT DOCUMENT [      ] , [      ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO ;

COURT DOCUMENT [      ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "DEFENDANT, METROWEST
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF, DONALD S. KOBACK;

COURT DOCUMENT [      ]

PLAINTIFF DONALD S. KOBACK'S RESPONSES TO
DEFENDANT'S EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [      ] IN
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR Admission
1 through and including 99
SIGNED UNDER PAINS AND PENALTIES OF PERJURY 5/20/2007

Donald S Kobach MAY 20, 2007
ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE HEREIN
Federal Rules Civil Procedure, RULE 10(c)

*(left margin, rotated):* AFFADAVITS signed under Pains and Penalties Spelling ? AFFADAVIT
KOBACK

*(left margin, rotated):* AFFIDAVITS signed under Pains and penalty of perjury by PLAINTIFF DONALD S. KOBACK SEE COURT DOCUMENTS

*(right margin, rotated):* THIS COURT DOCUMENT Signed under Pains and penalties of perjury Donald S. Kobach May 20, 2007

*(top right):* Erol onel 23 hit

10.    Please state the date upon which you first learned that you had suffered harm as a result of the alleged negligence of Dr. Onel.

Erol
onel
23 Int

COURT DOCUMENT [    ]

10.

AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK'S REQUEST FOR
ADMISSION ;

COURT DOCUMENT [    ], [    ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS
ANSWERS TO "INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "DEFENDANT METROWEST
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ]

PLAINTIFF DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ]

AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION
1 through and including 99
SIGNED UNDER PAINS AND PENALTIES OF PERJURY 5/20/2007

Donald S. Wobach MAY 20, 2007
ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE HEREIN
Federal Rules Civil Procedure, RULE 10(c)

AFFIDAVITS signed under Pains and Penalties Spelling ? AFFIDAVIT
of perjury by PLAINTIFF DONALD S. KOBACK
SEE COURT DOCUMENTS

THIS COURT DOCUMENT
Signed under pains and penalties of perjury
Donald S. Koback May 20, 2007

11.    If you received any medical treatment as a result of the alleged negligence of Dr. Onel, please describe it fully and in detail as far as you are able, including the dates of any treatment received, the hospital or other facility where you received said treatment, and names and addresses of any and all physicians who provided such treatment to you.

Erol
onel
23 ht

COURT DOCUMENT [ ]

11. AFFADAVIT AS TO STATEMENTS AND
DUCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK'S REQUEST FOR
ADMISSION ;

COURT DOCUMENT [ ] , [ ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS
ANSWERS TO "INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D, TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO ;

COURT DOCUMENT [ ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS
ANSWERS TO "DEFENDANT METROWEST
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [ ]

PLAINTIFF DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST ForProduction OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [ ]
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST ForAdmission
1 through and including 99
SIGNED UNDER PAINS AND PENALTIES OF PERJURY 5/20/2007

Donald X Wobech MAY 20, 2007
ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE HEREIN
Federal Rules Civil Procedure, RULE 10(C)

*Left margin (vertical):* AFFIDAVITS signed under Pains and Penalties Spelling ? AFFADAVIT of perjury by PLAINTIFF DONALD S. KOBACK SEE COURT DOCUMENTS

*Right margin (vertical):* THIS COURT DOCUMENT Signed under pains and penalties of perjury Donald S. Koback May 20, 2007

12. If you claim that Dr. Onel failed to obtain your informed consent, please set forth in full detail all facts upon which your claim is based.

Erol
onel
23 Int

COURT DOCUMENT [    ] [    ]

12.

AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK'S REQUEST FOR
ADMISSION;

COURT DOCUMENT [    ], [    ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "DEFENDANT, METROWEST
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ]

PLAINTIFF DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ]
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION
1 through and including 89
SIGNED UNDER PAINS AND PENALTIES OF PERJURY 5/20/2007

Donald X Koback MAY 20, 2007

ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE HEREIN
Federal Rules Civil Procedure, RULE 10(c) DSKoback

*(left margin, vertical):* Spelling? AFFADAVIT

*(left margin, vertical):* AFFIDAVITS signed under Pains and Penalties of perjury by PLAINTIFF DONALD S. KOBACK SEE COURT DOCUMENTS

*(right margin, vertical):* Signed Donald S. Koback May 20, 2007

*(right margin, vertical):* THIS COURT DOCUMENT Signed under pains and penalties of perjury

13.    Please describe any injuries, illnesses, operations, or conditions that you have suffered from during the years 2001 through to the present, including dates, any medical treatment received, and the names and addresses of any physicians who provided treatment to you.

Erol
onel
23 Int

COURT DOCUMENT [    ] [    ]

13.

AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK'S REQUEST FOR
ADMISSION;

COURT DOCUMENT [    ] , [    ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS
ANSWERS TO "INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D, TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "DEFENDANT METROWEST
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ]

PLAINTIFF DONALD S. KOBACK'S RESPONSES TO
DEFENDANT'S EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ] IN
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR Admission
1 through and including 99
SIGNED UNDER PAINS AND PENALTIES OF PERJURY 5/20/2007

Donald S. Kobach MAY 20, 2007
ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE HEREIN
Federal RULES CIVIL Procedure, RULE 10(c)

Affadavits signed under Pains and penalties of Perjury by PLAINTIFF DONALD S. KOBACK
SEE COURT DOCUMENTS

Spelling 2 Affidavit PLAINTIFF DONALD S. KOBACK

This Court Document
Signed under pains and penalties of perjury
Donald S. Kobach May 20, 2007

14. If you had any physical injuries, illnesses, or conditions in the three-year period *prior* to your treatment with Dr. Onel, please describe them fully, including dates, any medical treatment received, and the names and addresses of any physicians or other health care providers who provided treatment to you.

COURT DOCUMENT [    ] [    ]

Erol
onel
23 list

14. AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK'S REQUEST FOR
ADMISSION;

COURT DOCUMENT [    ], [    ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "DEFENDANT, METROWEST
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ]

PLAINTIFF DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ]
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION
1 through and including 89
SIGNED UNDER PAINS AND PENALTIES OF PERJURY 5/20/2007

Donald S. Kobach MAY 20, 2007

ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE HEREIN
Federal Rules Civil Procedure, RULE 10(c)

*(left margin, vertical text:)* Spelling ? AFFADAVIT
*(left margin, vertical text:)* Signed under Pains and Penalties AFFADAVIT

*(left margin, vertical text:)* AFFIDAVITS signed under Pains and Penalties of perjury by PLAINTIFF DONALD S. KOBACK
SEE COURT DOCUMENTS

*(right margin, vertical text:)* Signed Donald S. Kobach May 20, 2007
*(right margin, vertical text:)* THIS COURT DOCUMENT Signed under pains and penalties of perjury

15.  If you claim that you were wholly or partially incapacitated from work or other day-to-day activities as a result of the alleged negligence of Dr. Onel, please describe the nature of such whole or partial incapacitation, the dates of such whole or partial incapacitation, whether you were confined to a hospital, your home, someone else's home, or your bed, and describe how the injuries you claim to have suffered as a result of the alleged negligence of Dr. Onel rendered you incapacitated.

Erol
onel
23 Int

15.

AFFADAVIT AS TO STATEMENTS AND
DUCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK'S REQUEST FOR
ADMISSION;

COURT DOCUMENT [    ], [    ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "DEFENDANT, METROWEST
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF, DONALD S. KOBACK;

COURT DOCUMENT [    ]

PLAINTIFF DONALD S. KOBACK'S RESPONSES TO
DEFENDANT'S EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ]
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST For Admission
1 through and including 89
SIGNED UNDER PAINS AND PENALTIES OF PERJURY 5/20/2007

Donald X Kobech MAY 20, 2007
ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE HEREIN
Federal Rules Civil Procedure, RULE 10(c)   DSKobach

*(left margin, vertical):* AFFADAVIT signed under Pains and Penalties of perjury by PLAINTIFF DONALD S. KOBACK and Penalties? Spelling? AFFADAVIT   SEE COURT DOCUMENTS

*(right margin, vertical):* THIS COURT DOCUMENT Signed under pains and Penalties of perjury Donald S. Kobach May 20, 2007

16.     Please provide an itemized account of all losses or expenses that you incurred as a result of the alleged negligence of Dr. Onel, stating with particularity those losses or expenses which are attributable to hospitals, doctors, medicines, co-payments, ambulances, mental health care, nursing, physical therapy, and/or any other medical care, loss of earnings or earning capacity, and loss of benefits.

Erol
onel
23 Int

16.

AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK'S REQUEST FOR
ADMISSION ;

COURT DOCUMENT [    ] , [    ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO ;

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "DEFENDANT METROWEST
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ]

PLAINTIFF DONALD S. KOBACK'S RESPONSES TO
DEFENDANT'S EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR Production OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ]
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR Admission
1 through and including 89
SIGNED UNDER PAINS AND PENALTIES OF PERJURY 5/20/2007 DShot
osz
Donald S Wobech MAY 20, 2007
ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE HEREIN
Federal Rules Civil Procedure, RULE 10(c)  DSkobach

COURT DOCUMENT [    ] [    ]

*Left margin (vertical):* AFFIDAVITS signed under Pains and Permittee Spelling? AFFIDAVIT
of Perjury by PLAINTIFF DONALD S. KOBACK
SEE COURT DOCUMENTS

*Right margin (vertical):* THIS Court Document
Signed under Pains and penalties of perjury
Donald S Kobach May 20, 2007

17. If as a result of the alleged negligence of Dr. Onel you are seeking to recover for economic losses, including but not limited to the costs or expenses of hospitals, doctors, medicines, ambulances, co-payments, mental health care, nursing care, physical therapy, other medical care, loss of earnings, and/or loss of benefits, please set forth in detail whether any such loss has been or will be replaced, compensated, indemnified, or paid for directly by:

    (a) Social Security, and if so, please state the amount so compensated, replaced, indemnified or paid directly;

    (b) Any state or federal income disability or worker's compensation act, and if so, please identify the income disability or worker's compensation act, and state the amount compensated, replaced, indemnified, or paid directly;

    (c) Any health, sickness, or income disability insurance, and if so, please identify the health, sickness, or income disability insurance, the name of the policy holder, the date the policy was issued, the date the policy terminated, and the amount compensated, replaced, indemnified, or paid directly;

    (d) Any accident insurance that provides health benefits or income disability coverage, and if so, please identify the accident insurance providing such health benefits or income disability coverage, and state the amount compensated, replaced, indemnified, or paid directly;

    (e) Any contract or agreement of any group, organization, partnership, or corporation to provide, pay for, or reimburse the cost of medical, hospital, dental or other health care services, and if so, please describe the contract or agreement, identify the group, organization, partnership, or corporation, and state the amount compensated, replaced, indemnified, or paid directly;

    (f) By any contract or agreement to continue to pay, in whole or in part, your wages or income, and if so, describe the contract or agreement and the amount compensated, replaced, indemnified, or paid directly;

    (g) Medicare, Medicaid, public welfare, and/or any other state or federal source, and if so, please identify the source, and state the amount compensated, replaced, indemnified, or paid directly; and

    (h) Any other collateral source of benefits whatsoever, and if so, describe each source and state the amount compensated, replaced, indemnified, or paid directly.

COURT DOCUMENT [ ]

Erol onel 23 Int

17. AFFADAVIT AS TO STATEMENTS AND DOCUMENTS CONTAINED IN PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION;

COURT DOCUMENT [ ], [ ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS, ANSWERS TO "INTERROGATORIES OF THE DEFENDANT JOHN P. LONG, M.D, TO THE PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [ ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS, ANSWERS TO "DEFENDANT METROWEST MEDICAL CENTER'S INTERROGATORIES TO BE ANSWERED BY PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [ ]

PLAINTIFF DONALD S. KOBACK'S RESPONSES TO DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND MEDICAL CENTER'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [ ]
AFFADAVIT AS TO STATEMENTS IN PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR Admission 1 through and including 99

SIGNED UNDER PAINS AND PENALTIES OF PERJURY 5/20/2007 DSK [signature]

Donald S. Koback MAY 20 2007

ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE HEREIN Federal Rules Civic Procedure, RULE 10(c) DSKoback

AFFIDAVIT signed under Pains and Penalties of perjury by PLAINTIFF, DONALD S. KOBACK SEE COURT DOCUMENTS

Affadavit? Spelling? Affidavit

THIS COURT DOCUMENT Signed under pains and penalties of perjury Donald S. Koback MAY 20, 2007

18.    If any physician and/or other health care provider has ever criticized Dr. Onel's treatment of you, please state the name and address of the person who made the criticism, the date the criticism was made, and the substance of the criticism.

Erol
onel
23 Set

COURT DOCUMENT [     ]

18. AFFADAVIT AS TO STATEMENTS AND DUCUMENTS CONTAINED IN PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION;

COURT DOCUMENT [     ], [     ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS ANSWERS TO "INTERROGATORIES OF THE DEFENDANT JOHN P. LONG, M.D. TO THE PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [     ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS, ANSWERS TO "DEFENDANT, METROWEST MEDICAL CENTER'S INTERROGATORIES TO BE ANSWERED BY PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [     ]

PLAINTIFF DONALD S. KOBACK'S RESPONSES TO DEFENDANT'S EROL ONEL, M.D. AND NEW ENGLAND MEDICAL CENTER'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [     ]
AFFADAVIT AS TO STATEMENTS IN PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR Admission 1 through and including 89
SIGNED UNDER PAINS AND PENALTIES OF PERJURY 5/20/2007

Donald S. Woback MAY 20, 2007
ABOVE COURT DOCUMENT'S, ADOPTION BY REFERENCE HEREIN
Federal Rules Civic Procedure, RULE 10(c)

Spelling & Permit & Permits and Pains under signed AFFADAVIT

KOBACK

PLAINTIFF DONALD S. KOBACK

SEE COURT DOCUMENTS signed by PLAINTIFF DONALD S. KOBACK
AFFIDAVITS signed under Pains and
OF perjury

THIS COURT DOCUMENT Signed under pains and penalties of perjury Donald S. Woback MAY 20, 2007

19.    If you were working at the time of Dr. Onel's alleged negligence, please describe your job, the name and address of your employer, the wages, salary or profit you were receiving at the time, and the average number of hours per week that you worked.

Erol
onel
23 Int

COURT DOCUMENT [      ]

*(left margin, vertical)* Spelling ? AFFIDAVIT and Penalt (e Spelling ? AFFIDAVIT

19.

AFFADAVIT AS TO STATEMENTS AND
DUCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK'S REQUEST FOR
ADMISSION ;

COURT DOCUMENT [      ] , [      ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS
ANSWERS TO "INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO ;

COURT DOCUMENT [      ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "DEFENDANT METROWEST
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [      ]

*(left margin, vertical)* AFFIDAVITS signed under Pains and perjury by PLAINTIFF DONALD S. KOBACK SEE COURT DOCUMENTS of perjury

PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [      ]
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION
1 through and including 99
SIGNED UNDER PAINS AND PENALTIES OF PERJURY 5/20/2007 DShd

Donald X Wobeck may 20, 2007
ABOVE COURT DOCUMENT'S ADOPTION BY REFERENCE HEREIN
Federal Rules Civil Procedure, RULE 10(c) DSKobach

*(right margin, vertical)* THIS COURT DOCUMENT Signed under pains and penalties of perjury Donald S. Wobach May 20, 2007

20.    If you are working at the present time, please describe your job, the name and address of your employer, the wages, salary or profit you are receiving for such work, and the average number of hours per week that you work.

COURT DOCUMENT [ ]

Erol Onel 23 Int

20. AFFADAVIT AS TO STATEMENTS AND DUCUMENTS CONTAINED IN PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION;

COURT DOCUMENT [ ], [ ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS, ANSWERS TO "INTERROGATORIES OF THE DEFENDANT JOHN P. LONG, M.D, TO THE PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [ ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS, ANSWERS TO "DEFENDANT, METROWEST MEDICAL CENTER'S INTERROGATORIES TO BE ANSWERED BY PLAINTIFF, DONALD S. KOBACK;

COURT DOCUMENT [ ]

PLAINTIFF DONALD S. KOBACK'S RESPONSES TO DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND MEDICAL CENTER'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [ ]
AFFADAVIT AS TO STATEMENTS IN PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR Admission 1 through and including 99

SIGNED UNDER PAINS AND PENALTIES OF PERJURY 5/20/2007 DSK [signature]

Donald S. Koback MAY 20, 2007

ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE HEREIN Federal Rules Civil Procedure, RULE 10(c) DSKoback

AFFIDAVITS signed under Pains and Penalties of perjury by PLAINTIFF, DONALD S. KOBACK SEE COURT DOCUMENTS

Spelling? AFFIDAVIT

THIS COURT DOCUMENT Signed under pains and penalties of perjury Donald S. Koback MAY 20, 2007

21.   If you claim that you lost any time from your occupation (or schooling) as a result of the alleged negligence of Dr. Onel, please state the name and address of your employer (or school); a description of your job responsibilities (or course work) prior to the time of Dr. Onel's alleged negligence; your average weekly income and the average number of hours that you worked per week prior to the time of Dr. Onel's alleged negligence; the dates during which you lost time from your occupation (or school); and state when, if ever, you were able to resume your full responsibilities at your job (or school) after the alleged negligence of Dr. Onel.

COURT DOCUMENT [    ]

Erol
onel
23 Int

21. AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK'S REQUEST FOR
ADMISSION;

COURT DOCUMENT [    ], [    ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D, TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "DEFENDANT, METROWEST
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF, DONALD S. KOBACK;

COURT DOCUMENT [    ]

PLAINTIFF DONALD S. KOBACK'S RESPONSES TO
DEFENDANT'S EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ]
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR Admission
1 through and including 89
SIGNED UNDER PAINS AND PENALTIES OF PERJURY 5/20/2007

Donald S Kobach MAY 20 2007
ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE HEREIN
Federal Rules Civil Procedure, RULE 10(c) DSKobach

*left margin:* AFFIDAVITS signed under Pains and penalties Spelling? AFFIDAVIT
AFFIDAVITS signed under Pains and penalties by PLAINTIFF DONALD S. KOBACK
of perjury by PLAINTIFF DONALD S. KOBACK
SEE COURT DOCUMENTS

*right margin:* THIS COURT DOCUMENT Signed under pains and penalties of perjury Donald S. Kobach May 20, 2007

22.   Please state the name, current address, and telephone number of all persons who are witnesses to any incident, occurrence, event, fact or circumstance upon which any of the allegations of your Complaint are founded, specifying to what occurrence, event, fact or circumstance each such person is a witness.

Erol
onel
23 Int

22.

COURT DOCUMENT [ ] [ ]

AFFADAVIT AS TO STATEMENTS AND
DUCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK'S REQUEST FOR
ADMISSION ;

COURT DOCUMENT [ ] , [ ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS
ANSWERS TO "INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D, TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO ;

COURT DOCUMENT [ ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "DEFENDANT, METROWEST
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF, DONALD S. KOBACK;

COURT DOCUMENT [ ]

PLAINTIFF DONALD S. KOBACK'S RESPONSES TO
DEFENDANT'S EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [ ] IN
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR Admission
1 through and including 99

SIGNED UNDER PAINS AND PENALTIES OF PERJURY 5/20/2007

Donald S Kobach MAY 20, 2007

ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE HEREIN
Federal Rules Civil Procedure, RULE 10(c)

*Left margin:* AFFADAVIT signed under Pains and penalties Spelling? AFFADAVIT of perjury by PLAINTIFF DONALD S. KOBACK SEE COURT DOCUMENTS

*Right margin:* THIS Court Document Signed under Pains and penalties of perjury Donald S. Kobach May 20, 2007

23.    Please state the full name and address of each person whom you expect to call upon as an expert witness at trial, identifying as to each:

   (a)    The subject matter on which the expert witness is expected to testify;
   (b)    The substance of the facts and opinions to which each such expert is expected to testify; and
   (c)    A summary of the grounds for each opinion of each such expert.

Erol
onel
23 Int

23. AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK'S REQUEST FOR
ADMISSION ;

COURT DOCUMENT [    ], [    ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS
ANSWERS TO "INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D, TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO ;

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "DEFENDANT, METROWEST
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF, DONALD S. KOBACK;

COURT DOCUMENT [    ]

PLAINTIFF DONALD S. KOBACK'S RESPONSES TO
DEFENDANT'S EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ] IN
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR Admission
1 through and including 99
SIGNED UNDER PAINS AND PENALTIES OF PERJURY 5/20/2007 OShot
Donald S. Koback MAY 20, 2007
ABOVE COURT DOCUMENTS ADOPTION BY REFERENCE HEREIN
Federal Rules Civil Procedure, RULE 10(C) OJKoback

(left margin, rotated) AFFIDAVITS signed under Pains and Penalties of Spelling? AFFIDAVIT
PLAINTIFF DONALD S. KOBACK
AFFIDAVITS signed under Pains and Penalties
of Perjury by PLAINTIFF DONALD S. KOBACK
SEE Court DOCUMENTS

(right margin, rotated) THIS COURT Document Signed under pains and penalties of perjury
Donald S. Koback May 20, 2007

1-23   COURT DOCUMENT [    ]

Erol
onel
23 Int

AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK'S REQUEST FOR
ADMISSION;

COURT DOCUMENT [    ], [    ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS
ANSWERS TO "INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D, TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "DEFENDANT METROWEST
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ]

PLAINTIFF DONALD S. KOBACK'S RESPONSES TO
DEFENDANT'S EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ]
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR Admission
1 through and including 99
SIGNED UNDER PAINS AND PENALTIES OF PERJURY 5/20/2007

ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE HEREIN
Federal Rules Civil Procedure, RULE 10(c)

Donald S Kobeck May 20, 2007

(left margin, vertical) AFFIDAVITS signed under Pains and Penalties & Spelling? AFFIDAVIT
AFFIDAVITS signed under Pains and Penalties by PLAINTIFF DONALD S. KOBACK
AFFIDAVITS of perjury by PLAINTIFF DONALD S. KOBACK, SEE COURT DOCUMENTS

(right margin, vertical) THIS COURT DOCUMENT Signed under pains and penalties of perjury Donald S. Kobeck May 20, 2007

ORIGINAL RECEIVED FROM EROL ONEL'S ATTORNEY
AT LAW, MARTIN, MAGNUSON, McCARTHY & KENNEY

UNITED STATES DISTRICT COURT
IN AND FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DONALD S. KOBACK,<br>    Plaintiff/Pro Se | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| METROWEST MEDICAL CENTER, | ) | |
| LEONARD MORSE HOSPITAL, | ) | |
| FRAMINGHAM UNION HOSPITAL, | ) | CIVIL ACTION NO. 05-CV-10798-WGY |
| NEW ENGLAND MEDICAL CENTER, | ) | |
| TUFTS UNIVERSITY SCHOOL OF | ) | |
| MEDICINE, EMANUEL FRIEDMAN, M.D., | ) | |
| JOHN P. LONG, M.D., and EROL ONEL, | ) | |
| M.D., | ) | |
|     Defendants | ) | |

## DEFENDANT EROL ONEL, M.D.'S INTERROGATORIES
## TO BE ANSWERED BY PLAINTIFF DONALD S. KOBACK

1.  Please identify yourself fully, by providing your full name, your social security number, your date and place of birth, your current residential address, the names of any individuals who live with you at that address, your marital status (if married, please provide the name of your spouse and date of marriage), the names and addresses of your children, if any, and your educational background (institutions attended, dates of attendance, and degrees earned, if any).

2.  Please describe each and every job that you have had from the year 1997 through to the present, stating for each such job the name and address of your employer, the position held by you, a description of your job responsibilities, the inclusive dates of your employment, and your annual salary.

3.  Please describe full detail your physical condition during the one-year period *prior* to your first contact with Dr. Onel.

4.  Please describe each and every occasion on which Dr. Onel provided any treatment to you, including in your answer the dates of said treatment, the nature of the treatment provided, a description your physical condition at the time of said treatment, the methods and instruments used, the results of said treatment, and any medications that were prescribed for you.

1

•

5.    For each occasion on which Dr. Onel provided any treatment to you, please set forth in full detail the substance and date of all conversations or communications between you and Dr. Onel, and state the names of any other persons who were present at the time of such conversations or communications.

6.    Please state as precisely as possible where the alleged negligence of Dr. Onel occurred and the date(s) and time(s) of such occurrence.

7.    Please state fully and in complete detail everything that you allege Dr. Onel did or failed to do in caring for, treating, and/or operating on you, upon which you base your allegations of negligence, setting forth each event in the order of its occurrence.

8.    Please describe in detail all injuries, illnesses, pains, or conditions that you claim to have suffered as a result of the alleged negligence of Dr. Onel, including the parts of your body so affected, and the extent and duration of the injuries sustained.

9.    If as a result of the alleged negligence of Dr. Onel you are claiming any present or permanent injuries, illnesses, pains, or conditions, please describe them fully, including the parts of your body so affected, and the extent of the injuries sustained.

10.    Please state the date upon which you first learned that you had suffered harm as a result of the alleged negligence of Dr. Onel.

11.    If you received any medical treatment as a result of the alleged negligence of Dr. Onel, please describe it fully and in detail as far as you are able, including the dates of any treatment received, the hospital or other facility where you received said treatment, and names and addresses of any and all physicians who provided such treatment to you.

12.    If you claim that Dr. Onel failed to obtain your informed consent, please set forth in full detail all facts upon which your claim is based.

13.    Please describe any injuries, illnesses, operations, or conditions that you have suffered from during the years 2001 through to the present, including dates, any medical treatment received, and the names and addresses of any physicians who provided treatment to you.

14.    If you had any physical injuries, illnesses, or conditions in the three-year period *prior* to your treatment with Dr. Onel, please describe them fully, including dates, any medical treatment received, and the names and addresses of any physicians or other health care providers who provided treatment to you.

15.    If you claim that you were wholly or partially incapacitated from work or other day-to-day activities as a result of the alleged negligence of Dr. Onel, please describe the nature of such whole or partial incapacitation, the dates of such whole or partial incapacitation, whether you were confined to a hospital, your home, someone else's home, or your bed, and describe how the injuries you claim to have suffered as a result of the alleged negligence of Dr. Onel rendered you incapacitated.

2

16.     Please provide an itemized account of all losses or expenses that you incurred as a result of the alleged negligence of Dr. Onel, stating with particularity those losses or expenses which are attributable to hospitals, doctors, medicines, co-payments, ambulances, mental health care, nursing, physical therapy, and/or any other medical care, loss of earnings or earning capacity, and loss of benefits.

17.     If as a result of the alleged negligence of Dr. Onel you are seeking to recover for economic losses, including but not limited to the costs or expenses of hospitals, doctors, medicines, ambulances, co-payments, mental health care, nursing care, physical therapy, other medical care, loss of earnings, and/or loss of benefits, please set forth in detail whether any such loss has been or will be replaced, compensated, indemnified, or paid for directly by:

(a) Social Security, and if so, please state the amount so compensated, replaced, indemnified or paid directly;

(b) Any state or federal income disability or worker's compensation act, and if so, please identify the income disability or worker's compensation act, and state the amount compensated, replaced, indemnified, or paid directly;

(c) Any health, sickness, or income disability insurance, and if so, please identify the health, sickness, or income disability insurance, the name of the policy holder, the date the policy was issued, the date the policy terminated, and the amount compensated, replaced, indemnified, or paid directly;

(d) Any accident insurance that provides health benefits or income disability coverage, and if so, please identify the accident insurance providing such health benefits or income disability coverage, and state the amount compensated, replaced, indemnified, or paid directly;

(e) Any contract or agreement of any group, organization, partnership, or corporation to provide, pay for, or reimburse the cost of medical, hospital, dental or other health care services, and if so, please describe the contract or agreement, identify the group, organization, partnership, or corporation, and state the amount compensated, replaced, indemnified, or paid directly;

(f) By any contract or agreement to continue to pay, in whole or in part, your wages or income, and if so, describe the contract or agreement and the amount compensated, replaced, indemnified, or paid directly;

(g) Medicare, Medicaid, public welfare, and/or any other state or federal source, and if so, please identify the source, and state the amount compensated, replaced, indemnified, or paid directly; and

(h) Any other collateral source of benefits whatsoever, and if so, describe each source and state the amount compensated, replaced, indemnified, or paid directly.

3

•

18.    If any physician and/or other health care provider has ever criticized Dr. Onel's treatment of you, please state the name and address of the person who made the criticism, the date the criticism was made, and the substance of the criticism.

19.    If you were working at the time of Dr. Onel's alleged negligence, please describe your job, the name and address of your employer, the wages, salary or profit you were receiving at the time, and the average number of hours per week that you worked.

20.    If you are working at the present time, please describe your job, the name and address of your employer, the wages, salary or profit you are receiving for such work, and the average number of hours per week that you work.

21.    If you claim that you lost any time from your occupation (or schooling) as a result of the alleged negligence of Dr. Onel, please state the name and address of your employer (or school); a description of your job responsibilities (or course work) prior to the time of Dr. Onel's alleged negligence; your average weekly income and the average number of hours that you worked per week prior to the time of Dr. Onel's alleged negligence; the dates during which you lost time from your occupation (or school); and state when, if ever, you were able to resume your full responsibilities at your job (or school) after the alleged negligence of Dr. Onel.

22.    Please state the name, current address, and telephone number of all persons who are witnesses to any incident, occurrence, event, fact or circumstance upon which any of the allegations of your Complaint are founded, specifying to what occurrence, event, fact or circumstance each such person is a witness.

23.    Please state the full name and address of each person whom you expect to call upon as an expert witness at trial, identifying as to each:

    (a)    The subject matter on which the expert witness is expected to testify;
    (b)    The substance of the facts and opinions to which each such expert is expected to testify; and
    (c)    A summary of the grounds for each opinion of each such expert.

                    The defendant,
                    Erol Onel, M.D.,
                    By his attorneys,

                    Daniel J. Griffin, Esq. (BBO# 211300)
                    Jennifer Hartunian, Esq. (BBO# 660902)
                    Martin, Magnuson, McCarthy & Kenney
                    101 Merrimac Street
                    Boston MA 02114
                    617-227-3240

4

## CERTIFICATE OF SERVICE

I, Jennifer Hartunian, counsel for defendants Erol Onel, M.D. and New England Medical Center, hereby certify that on this 20th day of April, 2007, I served a copy of the following document:

(X)     DEFENDANT EROL ONEL, M.D.'S INTERROGATORIES TO BE
        ANSWERED BY PLAINTIFF DONALD S. KOBACK

upon all parties/counsel of record by mailing the same via first class mail, postage prepaid, to:

Mr. Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street
Boston, MA 02110

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

Daniel J. Griffin, Esq. (BBO# 211300)
Jennifer Hartunian, Esq. (BBO# 660902)
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston MA 02114
617-227-3240

5

PLAINTIFF, DONALD S, KOBACK'S
OBJECTIONS, ANSWERS TO,
AND CLAIMS OF PRIVILEGE, INTER
ALIA, WITH RESPECT TO
     DEFENDANT EROL ONEL, M.D.'S
     INTERROGATORIES TO BE
     ANSWERED BY PLAINTIFF
     DONALD S. KOBACK

ARE HEREBY SIGNED UNDER
PAINS AND PENALITIES OF
PERJURY ON MAY 21, 2007
hereinbefore, and now
again hereinbelow, on
MAY 22, 2007,

          By DONALD S, KOBACK
             PLAINTIFF, PRO SE,

          DONALD S. KOBACK
          PLAINTIFF, PRO SE
          195 SUNNYSIDE AVE,
          WOONSOCKET
          RHODE ISLAND 02895
          401-76-2-2460

## CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights privileges, or Immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, CIVIL ACTION No. 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

U.S. DISTRICT COURT + U.S. Court of Appeals —

## 1. DOCUMENTS:

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS, ANSWERS TO, AND CLAIMS OF PRIVILEGE, INTERALIA, WITH RESPECT TO DEFENDANT ERUL ONEL, M.D.'s INTERROGATORIES TO BE ANSWERED BY PLAINTIFF DONALD S. KOBACK )

## 2. DEFENDANTS' ATTORNEYS AT LAW

KARA A. BETTIGOLE

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, SUITE 4B
Boston, MA 02135

JENNIFER HARTUNIAN

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
Martin, Magnuson, McCarthy &
Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman
& Guekguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110
Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

SERVED NOTICE OF THIS Person In Charge CIVIL ACTION SPECIALTY CARE, LLC 626 Temple St., DUXBURY, MA 02332

DATE: May 22, 2007
SIGNED UNDER PAINS AND PENALTIES OF PER-JURY ON MAY 22, 2007

DONALD S. KOBACK, PLAINTIFF
PRO SE   DATE: MAY 22, 2007