UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2007 MAY 29 P 2:00
U.S. DISTRICT COURT
DISTRICT OF MASS.

DONALD S. KOBACK,
    Plaintiff, Pro Se

    V.

METROWEST MEDICAL
CENTER LEONARD
MORSE HOSPITAL,
FRAMINGHAM UNION
HOSPITAL NEW ENGLAND
MEDICAL CENTER TUFTS
UNIVERSITY SCHOOL OF
MEDICINE, EMANUEL
FRIEDMAN, M.D.,
JOHN P. LONG, M.D.
and EROL ONEL, M.D.,
        Defendants

Civil Action—
1:05-CV—
10798-WGY

TWENTY-THREE (23) SUPPLEMENTS INSERTS
TO "PLAINTIFF, DONALD S. KOBACK'S
OBJECTIONS, ANSWERS TO, AND CLAIMS
OF PRIVILEGE, INTER ALIA, WITH RESPECT TO
DEFENDANT EROL ONEL, M.D.'S INTERROGATORIES
TO BE ANSWERED BY PLAINTIFF, DONALD S.
KOBACK"

**1.**

OBJECTIONS, ANSWERS AND CLAIMS OF PRIVILEGE

PLAINTIFF, DONALD S. KOBACK INCORPORATES BY
REFERENCE AS IF FULLY SET FORTH (WORD FOR
WORD, number for number, punctuation mark
for punctuation mark) herein the
immediately preceding title OF this
COURT DOCUMENT

Pursuant to Federal Rules of
Civil Procedure RULE 10(c)
ADOPTION BY REFERENCE
ALL OF THE OBJECTIONS, ANSWERS,
and CLAIMS OF PRIVILEGE CONTAINED
IN COURT DOCUMENT ENTITLED
    PLAINTIFF, DONALD S. KOBACK'S
    RESPONSES TO DEFENDANTS
    EROL ONEL, M.D., AND NEW ENGLAND
    MEDICAL CENTER'S REQUEST FOR
    PRODUCTION OF DOCUMENTS TO
    THE PLAINTIFF DONALD S. KOBACK

QS/C
5-22-2007

This page of this court document
constitutes INSERT, SUPPLEMENT
ONE (1) to Interrogatory One (1)

**1.** The subsequent TWENTY-TWO (22)
identical in every respect except
their number 1, followed by 2 to 23
1 to 23 insertions, supplements in all.

2.

OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PLAINTIFF, DONALD S. KOBACK INCORPORATES BY
REFERENCE AS IF FULLY SET FORTH (WORD FOR
WORD, number for number, punctuation mark
for punctuation mark) herein the
immediately preceding title OF this
COURT DOCUMENT

Pursuant to Federal Rules of
Civil Procedure RULE 10(c)
ADOPTION BY REFERENCE                    DSK
ALL OF THE OBJECTIONS, ANSWERS,          5-22-2007
and CLAIMS OF PRIVILEGE CONTAINED
IN COURT DOCUMENT ENTITLED
    PLAINTIFF, DONALD S. KOBACK'S
    RESPONSES TO DEFENDANTS
    EROL ONEL, M.D., AND NEW ENGLAND
    MEDICAL CENTER'S REQUEST FOR
    PRODUCTION OF DOCUMENTS TO
    THE PLAINTIFF DONALD S. KOBACK

This page of this court document
constitutes INSERT, SUPPLEMENT
ONE (1) to Interrogatory One (1)

2. The subsequent TWENTY-TWO (22)
identical in every respect except
their number 1, followed by 2 to 23
    1 to 23 insertions, supplements in all.

3.

OBJECTIONS, ANSWERS AND CLAIMS OF PRIVILEGE

PLAINTIFF, DONALD S. KOBACK INCORPORATES BY
REFERENCE AS IF FULLY SET FORTH (WORD FOR
WORD, number for number, punctuation mark
for punctuation mark) herein the
immediately preceding title OF this
COURT DOCUMENT

Pursuant to Federal Rules of
Civil Procedure RULE 10(c)
ADOPTION BY REFERENCE

QB|C
5-22-207

ALL OF THE OBJECTIONS, ANSWERS,
and CLAIMS OF PRIVILEGE CONTAINED
IN COURT DOCUMENT ENTITLED
PLAINTIFF, DONALD S. KOBACK'S
RESPONSES TO DEFENDANTS
ERUL ONEL, M.D, AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR
PRODUCTION OF DOCUMENTS TO
THE PLAINTIFF DONALD S. KOBACK

This page of this court document
constitutes INSERT, SUPPLEMENT
ONE (1) to Interrogatory One (1)

3.   The subsequent TWENTY-TWO (22)
     identical in every respect except
     their number 1, followed by 2 to 23
     1 to 23 insertions, supplements in all.

4.

OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PLAINTIFF, DONALD S. KOBACK INCORPORATES BY
REFERENCE AS IF FULLY SET FORTH (WORD FOR
WORD, number for number, punctuation mark
for punctuation mark) herein the
immediately preceding title OF this
COURT DOCUMENT

Pursuant to Federal Rules of
Civil Procedure RULE 10(c)
ADOPTION BY REFERENCE                    Q8|c
ALL OF THE OBJECTIONS, ANSWERS,          5-22-20/
and CLAIMS OF PRIVILEGE CONTAINED
IN COURT DOCUMENT ENTITLED
    PLAINTIFF, DONALD S. KOBACK'S
    RESPONSES TO DEFENDANTS
    ERUL ONEL, M.D., AND NEW ENGLAND
    MEDICAL CENTER'S REQUEST FOR
    PRODUCTION OF DOCUMENTS TO
    THE PLAINTIFF DONALD S. KOBACK

This page of this court document
constitutes INSERT, SUPPLEMENT
ONE (1) to Interrogatory One (1)

4.
    The subsequent  TWENTY-TWO (22)
    identical in every respect except
    their number 1, followed by 2 to 23
    1 to 23 insertions, supplements in all.

5. OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PLAINTIFF, DONALD S. KOBACK INCORPORATES BY
REFERENCE AS IF FULLY SET FORTH (WORD FOR
WORD, number for number, punctuation mark
for punctuation mark) herein the
immediately preceding title OF this
COURT DOCUMENT

Pursuant to Federal Rules of
Civil Procedure RULE 10(c)
ADOPTION BY REFERENCE                       Q8/c
ALL OF THE OBJECTIONS, ANSWERS,             5-22-20/
and CLAIMS OF PRIVILEGE CONTAINED
IN COURT DOCUMENT ENTITLED
    PLAINTIFF, DONALD S. KOBACK'S
    RESPONSES TO DEFENDANTS
    ERUL ONEL, M.D. AND NEW ENGLAND
    MEDICAL CENTER'S REQUEST FOR
    PRODUCTION OF DOCUMENTS TO
    THE PLAINTIFF DONALD S. KOBACK

This page of this court document
constitutes INSERT, SUPPLEMENT
ONE (1) to Interrogatory One (1)

5. The Subsequent TWENTY-TWO (22)
   identical in every respect except
   their number 1, followed by 2 to 23
   1 to 23 insertions, supplements in all.

6. OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PLAINTIFF, DONALD S. KOBACK INCORPORATES BY
REFERENCE AS IF FULLY SET FORTH (WORD FOR
WORD, number for number, punctuation mark
for punctuation mark) herein the
immediately preceding title OF this
COURT DOCUMENT

Pursuant to Federal Rules of
Civil Procedure RULE 10(c)
ADOPTION BY REFERENCE
ALL OF THE OBJECTIONS, ANSWERS,
and CLAIMS OF PRIVILEGE CONTAINED
IN COURT DOCUMENT ENTITLED
  PLAINTIFF, DONALD S. KOBACK'S
  RESPONSES TO DEFENDANTS
  ERUL ONEL, M.D. AND NEW ENGLAND
  MEDICAL CENTER'S REQUEST FOR
  PRODUCTION OF DOCUMENTS TO
  THE PLAINTIFF DONALD S. KOBACK

QSK
5-22-207

This page of this court document
constitutes INSERT, SUPPLEMENT
ONE (1) to Interrogatory One (1)

6. The subsequent TWENTY-TWO (22)
   identical in every respect except
   their number 1, followed by 2 to 23
   1 to 23 insertions, supplements in all.

7. OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PLAINTIFF, DONALD S. KOBACK INCORPORATES BY REFERENCE AS IF FULLY SET FORTH (WORD FOR WORD, number for number, punctuation mark for punctuation mark) herein the immediately preceding title OF this COURT DOCUMENT

Pursuant to Federal Rules of Civil Procedure RULE 10(c) ADOPTION BY REFERENCE

08/C
5-22-207

ALL OF THE OBJECTIONS, ANSWERS, and CLAIMS OF PRIVILEGE CONTAINED IN COURT DOCUMENT ENTITLED PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO DEFENDANTS ERUL ONEL, M.D., AND NEW ENGLAND MEDICAL CENTER'S REQUEST FOR PRODUCTION OF DOCUMENTS TO THE PLAINTIFF DONALD S. KOBACK

This page of this court document constitutes INSERT, SUPPLEMENT ONE (1) to Interrogatory One (1)

7. The subsequent TWENTY-TWO (22) identical in every respect except their number 1, followed by 2 to 23 1 to 23 insertions, supplements in all.

8. OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PLAINTIFF, DONALD S. KOBACK INCORPORATES BY
REFERENCE AS IF FULLY SET FORTH (WORD FOR
WORD, number for number, punctuation mark
for punctuation mark) herein the
immediately preceding title OF this
COURT DOCUMENT

Pursuant to Federal Rules of
Civil Procedure RULE 10(c)          08/c
ADOPTION BY REFERENCE              5-22-2007
ALL OF THE OBJECTIONS, ANSWERS,
and CLAIMS OF PRIVILEGE CONTAINED
IN COURT DOCUMENT ENTITLED
PLAINTIFF, DONALD S. KOBACK'S
RESPONSES TO DEFENDANTS
EROL ONEL, M.D., AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR
PRODUCTION OF DOCUMENTS TO
THE PLAINTIFF DONALD S. KOBACK

This page of this court document
constitutes INSERT, SUPPLEMENT
ONE (1) to Interrogatory One (1)

8.  The subsequent TWENTY-TWO (22)
identical in every respect except
their number 1, followed by 2 to 23
1 to 23 insertions, supplements in all.

9. OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PLAINTIFF, DONALD S. KOBACK INCORPORATES BY
REFERENCE AS IF FULLY SET FORTH (WORD FOR
WORD, number for number, punctuation mark
for punctuation mark) herein the
immediately preceding title OF this
COURT DOCUMENT

Pursuant to Federal Rules of
Civil Procedure RULE 10(c)
ADOPTION BY REFERENCE

DSK
5-22-2007

ALL OF THE OBJECTIONS, ANSWERS,
and CLAIMS OF PRIVILEGE CONTAINED
IN COURT DOCUMENT ENTITLED
PLAINTIFF, DONALD S. KOBACK'S
RESPONSES TO DEFENDANTS
ERUL ONEL, M.D., AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR
PRODUCTION OF DOCUMENTS TO
THE PLAINTIFF DONALD S. KOBACK

This page of this court document
constitutes INSERT, SUPPLEMENT
ONE (1) to Interrogatory One (1)

9.   The Subsequent TWENTY-TWO (22)
     identical in every respect except
     their number 1, followed by 2 to 23
         1 to 23 insertions, supplements in all.

10. OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PLAINTIFF, DONALD S. KOBACK INCORPORATES BY
REFERENCE AS IF FULLY SET FORTH (WORD FOR
WORD, number for number, punctuation mark
for punctuation mark) herein the
immediately preceding title OF this
COURT DOCUMENT

Pursuant to Federal Rules of
Civil Procedure RULE 10(c)
ADOPTION BY REFERENCE                    DSK
ALL OF THE OBJECTIONS, ANSWERS,          5-22-2007
and CLAIMS OF PRIVILEGE CONTAINED
IN COURT DOCUMENT ENTITLED
    PLAINTIFF, DONALD S. KOBACK'S
    RESPONSES TO DEFENDANTS
    ERUL ONEL, M.D. AND NEW ENGLAND
    MEDICAL CENTER'S REQUEST FOR
    PRODUCTION OF DOCUMENTS TO
    THE PLAINTIFF DONALD S. KOBACK

This page of this court document
constitutes INSERT, SUPPLEMENT
ONE (1) to Interrogatory One (1)

10. The subsequent TWENTY-TWO (22)
    identical in every respect except
    their number 1, followed by 2 to 23
        1 to 23 insertions, supplements in all.

11.

OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PLAINTIFF, DONALD S. KOBACK INCORPORATES BY REFERENCE AS IF FULLY SET FORTH (WORD FOR WORD, number for number, punctuation mark for punctuation mark) herein the immediately preceding title OF this COURT DOCUMENT

Pursuant to Federal Rules of Civil Procedure RULE 10(c) ADOPTION BY REFERENCE ALL OF THE OBJECTIONS, ANSWERS, and CLAIMS OF PRIVILEGE CONTAINED IN COURT DOCUMENT ENTITLED PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO DEFENDANTS ERUL ONEL, M.D. AND NEW ENGLAND MEDICAL CENTER'S REQUEST FOR PRODUCTION OF DOCUMENTS TO THE PLAINTIFF DONALD S. KOBACK

DSK
5-22-2007

This page of this court document constitutes INSERT, SUPPLEMENT ONE (1) to Interrogatory One (1)

16.

The subsequent TWENTY-TWO (22) identical in every respect except their number 1, followed by 2 to 23 1 to 23 insertions, supplements in all.

12. OBJECTIONS, ANSWERS AND CLAIMS OF PRIVILEGE

PLAINTIFF, DONALD S. KOBACK INCORPORATES BY
REFERENCE AS IF FULLY SET FORTH (WORD FOR
WORD, number for number, punctuation mark
for punctuation mark) herein the
immediately preceding title OF this
COURT DOCUMENT

Pursuant to Federal Rules of
Civil Procedure RULE 10(c)
ADOPTION BY REFERENCE                    DSK
  ALL OF THE OBJECTIONS, ANSWERS,       5-22-2007
  and CLAIMS OF PRIVILEGE CONTAINED
  IN COURT DOCUMENT ENTITLED
     PLAINTIFF, DONALD S. KOBACK'S
     RESPONSES TO DEFENDANTS
     ERUL ONEL, M.D. AND NEW ENGLAND
     MEDICAL CENTER'S REQUEST FOR
     PRODUCTION OF DOCUMENTS TO
     THE PLAINTIFF DONALD S. KOBACK

This page of this court document
constitutes INSERT, SUPPLEMENT
ONE (1) to Interrogatory One (1)

12,  The subsequent   TWENTY-TWO (22)
     identical in every respect except
     their number 1, followed by 2 to 23
        1 to 23 insertions, supplements in all.

13. OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PLAINTIFF, DONALD S. KOBACK INCORPORATES BY
REFERENCE AS IF FULLY SET FORTH (WORD FOR
WORD, number for number, punctuation mark
for punctuation mark) herein the
immediately preceding title OF this
COURT DOCUMENT

Pursuant to Federal Rules of
Civil Procedure RULE 10(c)
ADOPTION BY REFERENCE

QS|C
5-22-2w/

ALL OF THE OBJECTIONS, ANSWERS,
and CLAIMS OF PRIVILEGE CONTAINED
IN COURT DOCUMENT ENTITLED
   PLAINTIFF, DONALD S. KOBACK'S
   RESPONSES TO DEFENDANTS
   ERUL ONEL, M.D, AND NEW ENGLAND
   MEDICAL CENTER'S REQUEST FOR
   PRODUCTION OF DOCUMENTS TO
   THE PLAINTIFF DONALD S. KOBACK

This page of this court document
constitutes INSERT, SUPPLEMENT
ONE (1) to Interrogatory One (1)

13.   The subsequent TWENTY-TWO (22)
      identical in every respect except
      their number 1, followed by 2 to 23
         1 to 23 insertions, supplements in all.

14. OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PLAINTIFF, DONALD S. KOBACK INCORPORATES BY
REFERENCE. AS IF FULLY SET FORTH (WORD FOR
WORD, number for number, punctuation mark
for punctuation mark) herein the
immediately preceding title OF this
COURT DOCUMENT

Pursuant to Federal Rules of
Civil Procedure RULE 10(c)
ADOPTION BY REFERENCE

ALL OF THE OBJECTIONS, ANSWERS,
and CLAIMS OF PRIVILEGE CONTAINED
IN COURT DOCUMENT ENTITLED
PLAINTIFF, DONALD S. KOBACK'S
RESPONSES TO DEFENDANTS
ERUL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR
PRODUCTION OF DOCUMENTS TO
THE PLAINTIFF DONALD S. KOBACK

QSL
5-22-2007

This page of this court document
constitutes INSERT, SUPPLEMENT
ONE (1) to Interrogatory One (1)

14.   The subsequent TWENTY-TWO (22)
      identical in every respect except
      their number 1, followed by 2 to 23
        1 to 23 insertions, supplements in all.

15. OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PLAINTIFF, DONALD S. KOBACK INCORPORATES BY
REFERENCE AS IF FULLY SET FORTH (WORD FOR
WORD, number for number, punctuation mark
for punctuation mark) herein the
immediately preceding title OF this
COURT DOCUMENT

Pursuant to Federal Rules of
Civil Procedure RULE 10(c)
ADOPTION BY REFERENCE
    ALL OF THE OBJECTIONS, ANSWERS,
  and CLAIMS OF PRIVILEGE CONTAINED
  IN COURT DOCUMENT ENTITLED
      PLAINTIFF, DONALD S. KOBACK'S
      RESPONSES TO DEFENDANTS
      ERUL ONEL, M.D, AND NEW ENGLAND
      MEDICAL CENTER'S REQUEST FOR
      PRODUCTION OF DOCUMENTS TO
      THE PLAINTIFF DONALD S. KOBACK

QSK
5-22-207

This page of this court document
constitutes INSERT, SUPPLEMENT
ONE (1) to Interrogatory One (1)

15. The subsequent TWENTY-TWO (22)
    identical in every respect except
    their number 1, followed by 2 to 23
        1 to 23 insertions, supplements in all.

16. OBJECTIONS, ANSWERS AND CLAIMS OF PRIVILEGE

PLAINTIFF, DONALD S. KOBACK INCORPORATES BY REFERENCE AS IF FULLY SET FORTH (WORD FOR WORD, number for number, punctuation mark for punctuation mark) herein the immediately preceding title OF this COURT DOCUMENT

Pursuant to Federal Rules of Civil Procedure RULE 10(c) ADOPTION BY REFERENCE ALL OF THE OBJECTIONS, ANSWERS, and CLAIMS OF PRIVILEGE CONTAINED IN COURT DOCUMENT ENTITLED PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO DEFENDANTS ERUL ONEL, M.D. AND NEW ENGLAND MEDICAL CENTER'S REQUEST FOR PRODUCTION OF DOCUMENTS TO THE PLAINTIFF DONALD S. KOBACK

QK|C
5-22-20{

This page of this court document constitutes INSERT, SUPPLEMENT ONE (1) to Interrogatory One (1)

16. The subsequent TWENTY-TWO (22) identical in every respect except their number 1, followed by 2 to 23 1 to 23 insertions, supplements in all.

17. OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PLAINTIFF, DONALD S. KOBACK INCORPORATES BY
REFERENCE AS IF FULLY SET FORTH (WORD FOR
WORD, number for number, punctuation mark
for punctuation mark) herein the
immediately preceding title OF this
COURT DOCUMENT

Pursuant to Federal Rules of
Civil Procedure RULE 10(c)
ADOPTION BY REFERENCE                    08/C
                                         5-22-207
   ALL OF THE OBJECTIONS, ANSWERS,
   and CLAIMS OF PRIVILEGE CONTAINED
   IN COURT DOCUMENT ENTITLED
      PLAINTIFF, DONALD S. KOBACK'S
      RESPONSES TO DEFENDANTS
      ERUL ONEL, M.D., AND NEW ENGLAND
      MEDICAL CENTER'S REQUEST FOR
      PRODUCTION OF DOCUMENTS TO
      THE PLAINTIFF DONALD S. KOBACK

This page of this court document
constitutes INSERT, SUPPLEMENT
ONE (1) to Interrogatory One (1)

17.
    The subsequent TWENTY-TWO (22)
    identical in every respect except
    their number 1, followed by 2 to 23
        1 to 23 insertions, supplements in all.

18. OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PLAINTIFF, DONALD S. KOBACK INCORPORATES BY
REFERENCE AS IF FULLY SET FORTH (WORD FOR
WORD, number for number, punctuation mark
for punctuation mark) herein the
immediately preceding title OF this
COURT DOCUMENT

Pursuant to Federal Rules of
Civil Procedure RULE 10(c)
ADOPTION BY REFERENCE

QSL
5-22-2007

ALL OF THE OBJECTIONS, ANSWERS,
and CLAIMS OF PRIVILEGE CONTAINED
IN COURT DOCUMENT ENTITLED
PLAINTIFF, DONALD S. KOBACK'S
RESPONSES TO DEFENDANTS
ERUL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR
PRODUCTION OF DOCUMENTS TO
THE PLAINTIFF DONALD S. KOBACK

This page of this court document
constitutes INSERT, SUPPLEMENT
ONE (1) to Interrogatory One (1)

18.    The Subsequent TWENTY-TWO (22)
identical in every respect except
their number 1, followed by 2 to 23
1 to 23 insertions, supplements in all.

19. OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PLAINTIFF, DONALD S. KOBACK INCORPORATES BY REFERENCE, AS IF FULLY SET FORTH (WORD FOR WORD, number for number, punctuation mark for punctuation mark) herein the immediately preceding title OF this COURT DOCUMENT

Pursuant to Federal Rules of Civil Procedure RULE 10(c) ADOPTION BY REFERENCE

ALL OF THE OBJECTIONS, ANSWERS, and CLAIMS OF PRIVILEGE CONTAINED IN COURT DOCUMENT ENTITLED PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO DEFENDANTS ERUL ONEL, M.D. AND NEW ENGLAND MEDICAL CENTER'S REQUEST FOR PRODUCTION OF DOCUMENTS TO THE PLAINTIFF DONALD S. KOBACK

DSK
5-22-2007

This page of this court document constitutes INSERT, SUPPLEMENT ONE (1) to Interrogatory One (1)

19.
The subsequent TWENTY-TWO (22) identical in every respect except their number 1, followed by 2 to 23 1 to 23 insertions, supplements in all.

20. OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PLAINTIFF, DONALD S. KOBACK INCORPORATES BY
REFERENCE AS IF FULLY SET FORTH (WORD FOR
WORD, number for number, punctuation mark
for punctuation mark) herein the
Immediately preceding title OF this
COURT DOCUMENT

Pursuant to Federal Rules of
Civil Procedure RULE 10(c)
ADOPTION BY REFERENCE
ALL OF THE OBJECTIONS, ANSWERS,
and CLAIMS OF PRIVILEGE CONTAINED
IN COURT DOCUMENT ENTITLED
    PLAINTIFF, DONALD S. KOBACK'S
    RESPONSES TO DEFENDANTS
    ERUL ONEL, M.D. AND NEW ENGLAND
    MEDICAL CENTER'S REQUEST FOR
    PRODUCTION OF DOCUMENTS TO
    THE PLAINTIFF DONALD S. KOBACK

QS/C
5-22-2007

This page of this court document
constitutes INSERT, SUPPLEMENT
ONE (1) to Interrogatory One (1)

20.
    The subsequent TWENTY-TWO (22)
    identical in every respect except
    their number 1, followed by 2 to 23
    1 to 23 insertions, supplements in all.

21. OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PLAINTIFF, DONALD S. KOBACK INCORPORATES BY REFERENCE AS IF FULLY SET FORTH (WORD FOR WORD, number for number, punctuation mark for punctuation mark) herein the immediately preceding title OF this COURT DOCUMENT

Pursuant to Federal Rules of Civil Procedure RULE 10(c)
ADOPTION BY REFERENCE

QS/L
5-22-2007

ALL OF THE OBJECTIONS, ANSWERS, and CLAIMS OF PRIVILEGE CONTAINED IN COURT DOCUMENT ENTITLED
PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO DEFENDANTS ERUL ONEL, M.D. AND NEW ENGLAND MEDICAL CENTER'S REQUEST FOR PRODUCTION OF DOCUMENTS TO THE PLAINTIFF DONALD S. KOBACK

This page of this court document constitutes INSERT, SUPPLEMENT ONE (1) to Interrogatory One (1)

21.   The subsequent TWENTY-TWO (22) identical in every respect except their number 1, followed by 2 to 23
1 to 23 insertions, supplements in all.

22.

OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PLAINTIFF, DONALD S. KOBACK INCORPORATES BY
REFERENCE, AS IF FULLY SET FORTH (WORD FOR
WORD, number for number, punctuation mark
for punctuation mark) herein the
immediately preceding title OF this
COURT DOCUMENT

Pursuant to Federal Rules of
Civil Procedure RULE 10(c)
ADOPTION BY REFERENCE
ALL OF THE OBJECTIONS, ANSWERS,
and CLAIMS OF PRIVILEGE CONTAINED
IN COURT DOCUMENT ENTITLED
PLAINTIFF, DONALD S. KOBACK'S
RESPONSES TO DEFENDANTS
ERUL ONEL, M.D, AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR
PRODUCTION OF DOCUMENTS TO
THE PLAINTIFF DONALD S. KOBACK

QSK
5-22-2007

This page of this court document
constitutes INSERT, SUPPLEMENT
ONE (1) to Interrogatory One (1)

22.

The subsequent TWENTY-TWO (22)
identical in every respect except
their number 1, followed by 2 to 23
1 to 23 insertions, supplements in all.

23. OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PLAINTIFF, DONALD S. KOBACK INCORPORATES BY
REFERENCE AS IF FULLY SET FORTH (WORD FOR
WORD, number for number, punctuation mark
for punctuation mark) herein the
immediately preceding title OF this
COURT DOCUMENT

Pursuant to Federal Rules of
Civil Procedure RULE 10(c)
ADOPTION BY REFERENCE                    08/C
ALL OF THE OBJECTIONS, ANSWERS,          5-22-207
and CLAIMS OF PRIVILEGE CONTAINED
IN COURT DOCUMENT ENTITLED
    PLAINTIFF, DONALD S. KOBACK'S
    RESPONSES TO DEFENDANTS
    ERUL ONEL, M.D. AND NEW ENGLAND
    MEDICAL CENTER'S REQUEST FOR
    PRODUCTION OF DOCUMENTS TO
    THE PLAINTIFF DONALD S. KOBACK

This page of this court document
constitutes INSERT, SUPPLEMENT
ONE (1) to Interrogatory One (1)

23.    The subsequent TWENTY-TWO (22)
       identical in every respect except
       their number 1, followed by 2 to 23
       1 to 23 insertions, supplements in all.

SIGNED UNDER PAINS AND PENALTIES
OF PERJURY ON MAY 22, 2007
                    BY DONALD S. KOBACK
                    PLAINTIFF, PRO SE

DONALD S. KOBACK
PLAINTIFF, PRO SE
195 SUNNYSIDE AVE
WOONSOCKET,
RHODE ISLAND 02845
401-76-2-2460
MAY 22, 2007

CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights privileges, or immunities, I, DONALD S. KOBACK PLAINTIFF, PRO SE, CIVIL ACTION NO.: 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

U.S. District Court + U.S. Court of Appeals (1st Cir.)

1. DOCUMENTS:

TWENTY-THREE (23) SUPPLEMENTS & INSERTS TO (PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS, ANSWERS TO, AND CLAIMS OF PRIVILEGE, INTER ALIA, WITH RESPECT TO DEFENDANT ERLCONEY, M.D.'S INTERROGATORIES TO BE ANSWERED BY PLAINTIFF, DONALD S. KOBACK)

2. DEFENDANTS' ATTORNEYS AT LAW

KARA A. BETTIGOLE

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

JENNIFER HARTUNIAN

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110
Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

NOTIFIED/SERVED Person In Charge SPECIALTY CARE, LLC 626 Temple St., DUXBURY, MA 02332

DATE: MAY 22, 2007
SIGNED UNDER PAINS AND PENALTIES OF PER-JURY ON MAY 22, 2007

DONALD S. KOBACK, PLAINTIFF PRO SE DATE: MAY 22, 2007