FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
IN AND FOR THE
DISTRICT OF MASSACHUSETTS

2007 MAY 29  P 1: 58

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DONALD S. KOBACK, )<br>   Plaintiff/Pro Se )<br>)<br>v. )<br>)<br>METROWEST MEDICAL CENTER, )<br>LEONARD MORSE HOSPITAL, )<br>FRAMINGHAM UNION HOSPITAL, NEW )<br>ENGLAND MEDICAL CENTER, TUFTS )<br>UNIVERSITY SCHOOL OF MEDICINE, )<br>EMANUEL FRIEDMAN, M.D., JOHN P. )<br>LONG, M.D., and EROL ONEL, M.D., )<br>   Defendants ) | CIVIL ACTION NO. 05-CV-10798-WGY |

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS, ANSWERS TO,
CLAIMS OF PRIVILEGE WITH RESPECT TO

DEFENDANT NEW ENGLAND MEDICAL CENTER'S INTERROGATORIES
TO BE ANSWERED BY PLAINTIFF DONALD S. KOBACK

1. Please identify yourself fully, by providing your full name, your social security number, your date and place of birth, your current residential address, the names of any individuals who live with you at that address, your marital status (if married, please provide the name of your spouse and date of marriage), the names and addresses of your children, if any, and your educational background (institutions attended, dates of attendance, and degrees earned, if any).

NEMC
22 Ant,

COURT DOCUMENT [    ] [    ]

AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF,
DONALD S, KOBACK's REQUEST FOR
ADMISSION ;

*(left margin, rotated:)* Spelling? AFFIDAVIT
AFFADAVIT? AFFIDAVIT OF PERJURY
PENALTIES? AFFIDAVIT

COURT DOCUMENTS [    ] , [    ]

PLAINTIFF DONALD S. KOBACK's OBJECTIONS,
ANSWERS TO " INTERROGATORIES OF THE
DEFENDANT JOHN P, LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO ;

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK's OBJECTIONS,
ANSWERS TO "DEFENDANT METROWEST,
MEDICAL CENTER's INTERROGATORIES To
BE ANSWERED By PLAINTIFF, DONALD S, KOBACK

*(left margin, rotated:)* AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES OF PERJURY SIGNED, DONALD S, KOBACK See Court Documents By PLAINTIFF DONALD S. KOBACK

*(right margin, rotated:)* Signed Under Pains and Penalties Then Donald S. Koback May 20, 2007

*(right margin, rotated, far right:)* THIS COURT DOCUMENTS AND PENALTIES OF PERJURY

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK's RESPONSES To
DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER's REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S, KOBACK ;

COURT DOCUMENT [    ]
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S, KOBACK's REQUEST FOR ADMISSION
1 through and including 99
Signed under Pains and Penalties of Perjury 5/20/2007 DSK

Donald S. Woback May 20, 2007
ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE
HEREIN, Federal Rules of Civil Procedure, RULE 10(c)
DS Koback

NEMC
22 INT
Fed R. Civ. P. Rule 33.

# OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 10(c) ADOPTION BY REFERENCE. PLAINTIFF, DONALD S. KOBACK REFERS TO ALL(EACH AND EVERY ONE OF THE) OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE CONTAINED IN THE COURT DOCUMENT ENTITLED: COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO DEFENDANTS EROL ONEL, M.D, AND NEW ENGLAND MEDICAL CENTER'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

THIS PAGE OF THIS COURT DOCUMENT (SEE TITLE ON PAGE ONE (1)) CONSTITUTES ____'____ (OBJECTIONS, ANSWERS, CLAIMS OF PRIVILEGE) TO INTERROGATORY ____'____ ; THERE BEING 22 (TWENTY-TWO) OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE IN TOTO (TOTAL) WHICH CORRESPOND TO TWENTY-TWO (22) INTERROGATORIES RESPECTIVELY.

Signed under pains and penalties of perjury May 23, 2007.

MAY 23, 2007

DONALD S. KOBACK
PLAINTIFF, PRO SE

2.    Please state the names of any and all physicians and/or other health care providers who
      provided treatment to you at New England Medical Center, in connection with the
      matters set forth in your Complaint.

COURT DOCUMENT [    ] [    ]

NEMC
22 Fut,

AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK's REQUEST FOR
ADMISSION ;

COURT DUCUMENTS [    ] ; [    ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "DEFENDANT METROWEST.
MEDICAL CENTER'S INTERROGATORIES To
BE ANSWERED BY PLAINTIFF DONALD S. KOBACK

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION
1 through and including 99, perjury 5/20/2007 DSK
signed under Pains and Penalties of perjury 5/20/2007 DSK

Donald S. Woback May 20 2007
ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE
HEREIN, Federal Rules of Civil Procedure, RULE 10(c)
DS Woback

*(left margin, vertical)* AFFIDAVIT? AFFIDAVIT OF PENALTIES OF PERJURY? Spelling? AFFIDAVIT

*(left margin, vertical)* AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES OF KOBACK S. KOBACK Document

*(left margin, vertical)* AFFIDAVITS By PLAINTIFF See Court Document

*(right margin, vertical)* THIS Signed Under Pains And Penalties of perjury May 20, 2007 Court Documents

*(right margin, vertical)* COURT DOCUMENTS AND PENALTIES OF PERJURY

NEMC
22 INT
Fed. R. Civ. P. Rule 33.

# OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 10(c) ADOPTION BY REFERENCE. PLAINTIFF, DONALD S. KOBACK REFERS TO ALL (EACH AND EVERY ONE OF THE) OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE CONTAINED IN THE COURT DOCUMENT ENTITLED:   COURT DOCUMENT [    ]

<u>PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO</u> DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND MEDICAL CENTER'S REQUEST FOR PRODUCTION OF <u>DOCUMENTS TO PLAINTIFF DONALD S. KOBACK</u> ;

THIS PAGE OF THIS COURT DOCUMENT (SEE TITLE ON PAGE ONE (1)) CONSTITUTES ____2____ (OBJECTIONS, ANSWERS, CLAIMS OF PRIVILEGE) TO INTERROGATORY ____2____ ; THERE BEING 22 (TWENTY-TWO) OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE IN TOTO (TOTAL) WHICH CORRESPOND TO TWENTY-TWO (22) INTERROGATORIES RESPECTIVELY.

Signed under pains and penalties of perjury May 23, 2007.

MAY 23, 2007

Donald S. Koback
DONALD S. KOBACK
PLAINTIFF, PRO SE

3.      Please describe in full detail each and every occasion on which any physician and/or other health care provider identified in your an ver to Interrogatory No. 2 above provided any treatment, consultation, or advice to you, specifying the dates on which any such treatment, consultation or advice was provided to you, the nature of the treatment, consultation, or advice provided to you, and any diagnoses and prognoses made.

COURT DOCUMENT [ ] [ ]

NEMC
22 Int.

AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF
DONALD S. KOBACK'S REQUEST FOR
ADMISSION ;

COURT DOCUMENTS [ ] ; [ ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [ ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "DEFENDANT METROWEST
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF, DONALD S. KOBACK.

COURT DOCUMENT [ ]

PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [ ]
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION
1 through and including 99 Perjury 5/20/2007
Signed under Pains and Penalties of

Donald S. Koback May 20 2007

ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE
HEREIN, Federal Rules of Civil Procedure RULE 10(c)
D S Koback

*Left margin (rotated):* AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES OF PERJURY Spelling? AFFIDAVIT

*Inner left margin (rotated):* AFFIDAVITS SIGNED BY PLAINTIFF Donald S. Koback See Court Documents

*Right margin (rotated):* THIS COURT DOCUMENT Signed Under Pains AND Penalties OF PERJURY Donald S Koback May 20th 2007

NEMC
22 INT
Fed R. civ P. RULE 33.

OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE RULE 10(c) ADOPTION BY
REFERENCE. PLAINTIFF, DONALD S.
KOBACK REFERS TO ALL (EACH
AND EVERY ONE OF THE) OBJECTIONS,
ANSWERS, AND CLAIMS OF PRIVILEGE
CONTAINED IN THE COURT DOCUMENT
ENTITLED:   COURT DOCUMENT, [   ]
    PLAINTIFF, DONALD S. KOBACK's RESPONSES TO
    DEFENDANTS EROL ONEL, M.D, AND NEW ENGLAND
    MEDICAL CENTER's REQUEST FOR PRODUCTION OF
    DOCUMENTS TO PLAINTIFF DONALD S. KOBACK ;

    THIS PAGE OF THIS COURT DOCUMENT
    (SEE TITLE ON PAGE ONE (1) )
    CONSTITUTES ____3____
    (OBJECTIONS, ANSWERS, CLAIMS OF PRIVILEGE)
    TO INTERROGATORY ____3____ ;
    THERE BEING 22 (TWENTY-TWO)
    OBJECTIONS, ANSWERS, AND CLAIMS
    OF PRIVILEGE IN TOTO (TOTAL)
    WHICH CORRESPOND TO
    TWENTY-TWO (22) INTERROGATORIES
    RESPECTIVELY.

Signed under pains and penalties
of perjury May 23, 2007.
                    Donald S Koback
                    DONALD S. KOBACK
MAY 23, 2007        PLAINTIFF, PRO SE

4.    Please set forth in full detail the substance of and dates of any and all conversation that you had with any physician and/or other health care provider identified in your answer to Interrogatory No. 2 above, also including the names of any other individuals who were present at the time of any such conversations.

COURT DOCUMENT   [   ]

NEMC
22 Int.

AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK'S REQUEST FOR
ADMISSION ;

COURT DOCUMENTS   [   ] , [   ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS
ANSWERS TO "INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO ;

COURT DOCUMENT   [   ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS
ANSWERS TO "DEFENDANT METROWEST
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF, DONALD S. KOBACK

COURT DOCUMENT   [   ]

PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK ;

COURT DOCUMENT   [   ]
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION
1 through and including 99
Signed under Pains and Penalties of Perjury 5/20/2007

Donald S. Koback May 20, 2007
ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE
HEREIN, Federal Rules of Civil Procedure, RULE 10 (c)
D S Koback

*(left margin, rotated)* Spelling? AFFIDAVIT AFFIDAVIT UNDER PENALTIES OF PERJURY?

*(left margin, rotated)* AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES BY PLAINTIFF, DONALD S. KOBACK See Court Documents

*(right margin, rotated)* THIS COURT DOCUMENTS SIGNED UNDER PAINS AND PENALTIES OF PERJURY Donald S. Koback May 20, 2007

NEMC
22 INT
Fed.R.Civ.P.Rule 33.

# OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE RULE 10(c) ADOPTION BY
REFERENCE. PLAINTIFF, DONALD S.
KOBACK REFERS TO ALL (EACH
AND EVERY ONE OF THE) OBJECTIONS,
ANSWERS, AND CLAIMS OF PRIVILEGE
CONTAINED IN THE COURT DOCUMENT
ENTITLED:  COURT DOCUMENT [    ]
   PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
   DEFENDANTS EROL ONEL, M.D, AND NEW ENGLAND
   MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
   DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

THIS PAGE OF THIS COURT DOCUMENT
(SEE TITLE ON PAGE ONE (1) )
CONSTITUTES _____4_____
(OBJECTIONS, ANSWERS, CLAIMS OF PRIVILEGE)
TO INTERROGATORY _____4_____ ;
THERE BEING 22 (TWENTY-TWO)
OBJECTIONS, ANSWERS, AND CLAIMS
OF PRIVILEGE IN TOTO (TOTAL)
WHICH CORRESPOND TO
TWENTY-TWO (22) INTERROGATORIES
RESPECTIVELY.

Signed under pains and penalties
of perjury May 23, 2007.
                    Donald S. Koback

MAY 23, 2007       DONALD S. KOBACK,
                   PLAINTIFF, PRO SE

5.  Please state as precisely as possible where the alleged negligence of defendant New England Medical Center occurred, and the date(s) and time(s) of such occurrence.

NEMC
22 Fut,

COURT DOCUMENT [    ] [    ]

AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK'S REQUEST FOR
ADMISSION ;

*AFFADAVIT? AFFADAVIT OF PENALTIES? AFFADAVIT Spelling? AFFADAVIT*

COURT DOCUMENTS [    ] , [    ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO " INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO ;

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "DEFENDANT METROWEST.
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF DONALD S. KOBACK

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ]
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK's REQUEST FOR ADMISSION
1 through and including 98 Perjury 5/20/2007
Signed under Pains and Penalties of Perjury 5/20/2007

Donald S. Koback May 20 2007

ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE
HEREIN, Federal Rules of Civil Procedure RULE 10(C)

D.S Koback

*Left margin: AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES OF KOBACK? See PLAINTIFF DONALD S. KOBACK Court Documents By PLAINTIFF DONALD S. KOBACK*

*Right margin: THIS COURT DOCUMENT Signed Under Pains and Penalties of Perjury May 20, 2007 under PAINS AND PENALTIES OF PERJURY*

NEMC
22 INT
Fed.R.Civ.P.Rule 33.

# OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 10(c) ADOPTION BY REFERENCE. PLAINTIFF, DONALD S. KOBACK REFERS TO ALL (EACH AND EVERY ONE OF THE) OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE CONTAINED IN THE COURT DOCUMENT ENTITLED: COURT DOCUMENT [   ]
PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO DEFENDANTS EROL ONEL, M.D, AND NEW ENGLAND MEDICAL CENTER'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

THIS PAGE OF THIS COURT DOCUMENT (SEE TITLE ON PAGE ONE (1)) CONSTITUTES ____5____ (OBJECTIONS, ANSWERS, CLAIMS OF PRIVILEGE) TO INTERROGATORY ____5____ ; THERE BEING 22 (TWENTY-TWO) OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE IN TOTO (TOTAL) WHICH CORRESPOND TO TWENTY-TWO (22) INTERROGATORIES RESPECTIVELY.

DSW
5-23-2007

Signed under pains and penalties of perjury May 23, 2007.

Donald S. Koback

MAY 23, 2007

DONALD S. KOBACK
PLAINTIFF, PRO SE

6.  Please state fully and in complete detail everything that you allege defendant New England Medical Center did or failed to do in caring for, treating, and/or operating on you, upon which you base your allegations of negligence, setting forth each event in the order of its occurrence.

NEMC
22 Frst,

COURT DOCUMENT [    ] [    ]

AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK's REQUEST FOR
ADMISSION;

COURT DUCUMENTS [    ], [    ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "DEFENDANT METROWEST,
MEDICAL CENTER'S INTERROGATORIES To
BE ANSWERED BY PLAINTIFF, DONALD S. KOBACK'

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS' EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ]
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION
1 through and including 99
SIGNED under Pains and Penalties of Perjury 5/20/2007 QSK

Donald S. Koback May 20 2007
ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE,
HEREIN, Federal Rules of Civil Procedure, RULE 10(c)
QS Koback

*(left margin, rotated):* AFFIDAVIT? PENALTIES? Spelling? AFFIDAVIT

*(left margin, rotated):* AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES BY PLAINTIFF, DONALD S. KOBACK See Court Documents

*(right margin, rotated):* THIS Court DOCUMENTS Signed Under Pains AND PENALTIES OF PERJURY Donald S Koback May 20, 2007

NEMC
22 INT
Fed.R.Civ.P.Rule33.

OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 10(c) ADOPTION BY REFERENCE. PLAINTIFF, DONALD S. KOBACK REFERS TO ALL (EACH AND EVERY ONE OF THE) OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE CONTAINED IN THE COURT DOCUMENT ENTITLED:    COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND MEDICAL CENTER'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

THIS PAGE OF THIS COURT DOCUMENT (SEE TITLE ON PAGE ONE (1)) CONSTITUTES _____6_____ (OBJECTIONS, ANSWERS, CLAIMS OF PRIVILEGE) TO INTERROGATORY _____6_____ ; THERE BEING 22 (TWENTY-TWO) OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE IN TOTO (TOTAL) WHICH CORRESPOND TO TWENTY-TWO (22) INTERROGATORIES RESPECTIVELY.

Signed under pains and penalties of perjury May 23, 2007.

Donald S. Koback

MAY 23, 2007          DONALD S. KOBACK
                      PLAINTIFF, PRO SE

7.    Please describe in detail all injuries, illnesses, pains, or conditions that you claim to have suffered as a result of the alleged negligence of defendant New England Medical Center, including the parts of your body so affected, and the extent and duration of the injuries sustained.

NEMC
22 Int,

COURT DOCUMENT [    ] [    ].

AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF,
DONALD S, KOBACK's REQUEST FOR
ADMISSION ;

*(left margin, vertical):* Spelling? AFFIDAVIT AFFIDAVIT? PENALTIES OF PERJURY

COURT DOCUMENTS [    ], [    ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO " INTERROGATORIES OF THE
DEFENDANT JOHN P, LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S, KOBACK'S OBJECTIONS,
ANSWERS TO "DEFENDANT METROWEST,
MEDICAL CENTER'S INTERROGATORIES To
BE ANSWERED BY PLAINTIFF, DONALD S, KOBACK

*(left margin, vertical):* AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES OF PERJURY BY PLAINTIFF, DONALD S, KOBACK

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S, KOBACK;

*(right margin, vertical):* THIS COURT DOCUMENT SIGNED UNDER PAINS AND PENALTIES OF PERJURY

COURT DOCUMENT [    ]
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION
1 through and including 99
SIGNED under Pains and Penalties of Perjury 5/20/2007

Donald S. Koback  May 20, 2007

ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE
HEREIN, Federal Rules of Civil Procedure, RULE 10 (c)
D S Koback

NEMC
22 INT
Fed R. Civ. P. Rule 33.

OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE RULE 10(c) ADOPTION BY
REFERENCE. PLAINTIFF, DONALD S.
KOBACK REFERS TO ALL (EACH
AND EVERY ONE OF THE) OBJECTIONS,
ANSWERS, AND CLAIMS OF PRIVILEGE
CONTAINED IN THE COURT DOCUMENT
ENTITLED:    COURT DOCUMENT [    ]
PLAINTIFF, DONALD S. KOBACK's RESPONSES TO
DEFENDANTS EROL ONEL, M.D, AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

THIS PAGE OF THIS COURT DOCUMENT
(SEE TITLE ON PAGE ONE (1))
CONSTITUTES ____7____
(OBJECTIONS, ANSWERS, CLAIMS OF PRIVILEGE)
TO INTERROGATORY ____7____ }
THERE BEING 22 (TWENTY-TWO)
OBJECTIONS, ANSWERS, AND CLAIMS
OF PRIVILEGE IN TOTO (TOTAL)
WHICH CORRESPOND TO
TWENTY-TWO (22) INTERROGATORIES
RESPECTIVELY.

Signed under pains and penalties
of perjury May 23 2007.
                    Donald S. Koback
MAY 23, 2007        DONALD S. KOBACK
                    PLAINTIFF, PRO SE

8.     If as a result of the alleged negligence of defendant New England Medical Center you are claiming any present or permanent injuries, illnesses, pains, or conditions, please describe them fully, including the parts of your body so affected, and the extent of the injuries sustained.

COURT DOCUMENT [    ] [    ]

NEMC
22 int,

AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK's REQUEST FOR
ADMISSION ;

COURT DOCUMENTS [    ] , [    ]

PLAINTIFF DONALD S. KOBACK's OBJECTIONS,
ANSWERS TO " INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO ;

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK's OBJECTIONS
ANSWERS TO " DEFENDANT METROWEST.
MEDICAL CENTER's INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF DONALD S. KOBACK

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK's RESPONSES TO
DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER's REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK's REQUEST FOR ADMISSION
1 through and including 99 Perjury 5/20/2007
Signed under Pains and Penalties of Perjury 5/20/2007

Donald S. Koback May 20, 2007
ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE
HEREIN, Federal Rules of Civil Procedure, RULE 10(c)
D S Koback

*(left margin, vertical):* AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES OF PERJURY? AFFIDAVIT Spelling? AFFIDAVIT

*(left margin, vertical):* AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES BY PLAINTIFF DONALD S. KOBACK See Court Documents

*(right margin, vertical):* THIS COURT DOCUMENTS SIGNED UNDER PAINS AND PENALTIES OF PERJURY Donald S. Koback May 20, 2007

NEMC
22 INT
Fed. R. Civ. P. Rule 33.

OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE RULE 10(c) ADOPTION BY
REFERENCE. PLAINTIFF, DONALD S.
KOBACK REFERS TO ALL (EACH
AND EVERY ONE OF THE) OBJECTIONS,
ANSWERS, AND CLAIMS OF PRIVILEGE
CONTAINED IN THE COURT DOCUMENT
ENTITLED:   COURT DOCUMENT [    ]
  PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D, AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

THIS PAGE OF THIS COURT DOCUMENT
(SEE TITLE ON PAGE ONE (1) )
CONSTITUTES _____
(OBJECTIONS, ANSWERS, CLAIMS OF PRIVILEGE)
TO INTERROGATORY _____
THERE BEING 22 (TWENTY-TWO)
OBJECTIONS, ANSWERS, AND CLAIMS
OF PRIVILEGE IN TOTO (TOTAL)
WHICH CORRESPOND TO
TWENTY-TWO (22) INTERROGATORIES
RESPECTIVELY.

Signed under pains and penalties
of perjury May 23 2007.
                    Donald S. Koback
MAY 23, 2007     DONALD S. KOBACK,
                    PLAINTIFF, PRO SE

9.  Please state the date upon which you first learned that you had suffered harm as a result of the alleged negligence of defendant New England Medical Center.

NEMC
22 Aut,

COURT DOCUMENT    [    ]    .

AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF,
DONALD S, KOBACK'S REQUEST FOR
ADMISSION ;

COURT DOCUMENTS  [    ] , [    ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO " INTERROGATORIES OF THE
DEFENDANT JOHN P, LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT  [    ]

PLAINTIFF, DONALD S, KOBACK'S OBJECTIONS,
ANSWERS TO " DEFENDANT METROWEST,
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF, DONALD S, KOBACK;

COURT DOCUMENT  [    ]

PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S, KOBACK;

COURT DOCUMENT  [    ]
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION
1 through and including 99
Signed under Pains and Penalties of Perjury 5/20/2007 DSK

Donald S. Koback May 20, 2007
ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE
HEREIN, Federal Rules of Civil Procedure RULE 10(C)
DS Koback

*(left margin, rotated):* AFFIDAVIT UNDER PAINS AND PENALTIES OF PERJURY? Spelling? AFFIDAVIT

*(left margin, rotated):* AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES OF PERJURY, BY PLAINTIFF, Donald S. Koback, See Court Documents

*(right margin, rotated):* THIS COURT DOCUMENT Signed Under Pains and Penalties of Perjury Donald S. Koback May 20, 2007 COURT DOCUMENT, PENALTIES OF PERJURY

NEMC
22 INT
Fed.R.Civ.P. Rule 33.

OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE RULE 10(c) ADOPTION BY
REFERENCE. PLAINTIFF, DONALD S.
KOBACK REFERS TO ALL (EACH
AND EVERY ONE OF THE) OBJECTIONS,
ANSWERS, AND CLAIMS OF PRIVILEGE
CONTAINED IN THE COURT DOCUMENT
ENTITLED:    COURT DOCUMENT [    ]
  PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D, AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK ;

THIS PAGE OF THIS COURT DOCUMENT
(SEE TITLE ON PAGE ONE (1))
CONSTITUTES ____9____
(OBJECTIONS, ANSWERS, CLAIMS OF PRIVILEGE)
TO INTERROGATORY ____9____ }
THERE BEING 22 (TWENTY-TWO)
OBJECTIONS, ANSWERS, AND CLAIMS
OF PRIVILEGE IN TOTO (TOTAL)
WHICH CORRESPOND TO
TWENTY-TWO (22) INTERROGATORIES
RESPECTIVELY.

Signed under pains and penalties
of perjury May 23, 2007.
                    Donald S. Koback
MAY 23, 2007      DONALD S. KOBACK
                  PLAINTIFF, PRO SE

10.   If you received any medical treatment as a result of the alleged negligence of defendant
      New England Medical Center, please describe it fully and in detail as far as you are able,
      including the dates of any treatment received, the hospital or other facility where you
      received said treatment, and the names and addresses of any and all physicians who
      provided such treatment to you.

NEMC
22 Fut,

COURT DOCUMENT    [        ] [        ]

AFFADAVIT AS TO STATEMENTS AND DOCUMENTS CONTAINED IN PLAINTIFF DONALD S. KOBACK'S REQUEST FOR ADMISSION;

Spelling? AFFIDAVIT
AFFIDAVIT
AFFIDAVIT AS TO PAINS AND PENALTIES OF PERJURY

COURT DOCUMENTS [        ]; [        ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS, ANSWERS TO "INTERROGATORIES OF THE DEFENDANT JOHN P. LONG, M.D. TO THE PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [        ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS, ANSWERS TO "DEFENDANT METROWEST MEDICAL CENTER'S INTERROGATORIES TO BE ANSWERED BY PLAINTIFF, DONALD S. KOBACK

COURT DOCUMENT [        ]

PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND MEDICAL CENTER'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [        ]

AFFADAVIT AS TO STATEMENTS IN PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION 1 through and including 99
Signed under Pains and Penalties of Perjury 5/20/2007

Donald S. Koback May 20, 2007

ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE HEREIN, Federal Rules of Civil Procedure, RULE 10(c)

D.S. Koback

AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES OF PERJURY BY PLAINTIFF, DONALD S. KOBACK
See Court Documents

THIS COURT DOCUMENT SIGNED UNDER PAINS AND PENALTIES OF PERJURY May 20, 2007 Donald S. Koback

NEMC
22 INT
Fed R. Civ P. Rule 33.

# OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 10(c) ADOPTION BY REFERENCE. PLAINTIFF, DONALD S. KOBACK REFERS TO ALL (EACH AND EVERY ONE OF THE) OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE CONTAINED IN THE COURT DOCUMENT ENTITLED:     **COURT DOCUMENT [    ]**

PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO DEFENDANTS EROL ONEL, M.D, AND NEW ENGLAND MEDICAL CENTER'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF DONALD S. KOBACK ;

THIS PAGE OF THIS COURT DOCUMENT (SEE TITLE ON PAGE ONE (1) ) CONSTITUTES _____ # C _____ (OBJECTIONS, ANSWERS, CLAIMS OF PRIVILEGE) TO INTERROGATORY _____ 1 C _____ ; THERE BEING 22 (TWENTY-TWO) OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE IN TOTO (TOTAL) WHICH CORRESPOND TO TWENTY-TWO (22) INTERROGATORIES RESPECTIVELY.

Signed under pains and penalties of perjury May 23, 2007.

Donald S. Koback

MAY 23, 2007

DONALD S. KOBACK
PLAINTIFF, PRO SE

11.    If you claim that defendant New England Medical Center failed to obtain your informed consent, please set forth in full detail all facts upon which your claim is based.

NEMC
22 Fut,

COURT DOCUMENT [    ] [    ]

AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK'S REQUEST FOR
ADMISSION;

COURT DOCUMENTS [    ], [    ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "DEFENDANT, METROWEST,
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF, DONALD S. KOBACK;

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ]
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION
1 through and including 99
Signed under Pains and Penalties of Perjury 5/20/2007 DSK

Donald S. Koback May 20, 2007

ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE
HEREIN, Federal Rules of Civil Procedure, RULE 10 (C)
DS Koback

*(left margin, vertical)* AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES? AFFIDAVIT OF PERJURY? Spelling? AFFIDAVIT

*(left margin, vertical)* AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES By PLAINTIFF, Donald S. Koback See Court Documents

*(right margin, vertical)* THIS COURT DOCUMENT SIGNED UNDER PAINS AND PENALTIES OF PERJURY Donald S. Koback May 20, 2007

NEMC
22 INT
For F.R. Civ. P. Rule 33.

OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE RULE 10(c) ADOPTION BY
REFERENCE. PLAINTIFF, DONALD S.
KOBACK REFERS TO ALL (EACH
AND EVERY ONE OF THE) OBJECTIONS,
ANSWERS, AND CLAIMS OF PRIVILEGE
CONTAINED IN THE COURT DOCUMENT
ENTITLED: COURT DOCUMENT [     ]
PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D., AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

THIS PAGE OF THIS COURT DOCUMENT
(SEE TITLE ON PAGE ONE (1))
CONSTITUTES ___1___
(OBJECTIONS, ANSWERS, CLAIMS OF PRIVILEGE)
TO INTERROGATORY ___1___
THERE BEING 22 (TWENTY-TWO)
OBJECTIONS, ANSWERS, AND CLAIMS
OF PRIVILEGE IN TOTO (TOTAL)
WHICH CORRESPOND TO
TWENTY-TWO (22) INTERROGATORIES
RESPECTIVELY.

Signed under pains and penalties
of perjury May 23 2007.

                    Donald S. Koback
MAY 23, 2007      DONALD S. KOBACK,
                  PLAINTIFF, PRO SE

12. Please describe any physical injuries, illnesses, or conditions that you suffered from during the period 1997 to 2000, including in your answer the nature of any medical treatment received, the dates such medical treatment was received, and the names and addresses of any physicians or other health care providers who provided treatment to you.

COURT DOCUMENT [ ] .

NEMC
22 Fut,

AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK's REQUEST FOR
ADMISSION ;

COURT DOCUMENTS [ ] , [ ]

PLAINTIFF DONALD S. KOBACK's OBJECTIONS,
ANSWERS TO " INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [ ]

PLAINTIFF, DONALD S. KOBACK's OBJECTIONS,
ANSWERS TO "DEFENDANT METROWEST,
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF, DONALD S. KOBACK "

COURT DOCUMENT [ ]

PLAINTIFF, DONALD S. KOBACK's RESPONSES TO
DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [ ]
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK's REQUEST FOR ADMISSION
1 through and including 99
Signed under Pains and Penalties of Perjury 5/20/2007 DSK

Donald S. Koback May 20, 2007
ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE
HEREIN, Federal Rules of Civil Procedure, RULE 10 (C)
D S Koback

*(left margin, vertical):* AFFADAVITS SIGNED UNDER PAINS AND PENALTIES OF PERJURY Spelling? Affidavit

*(left margin, vertical):* AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES OF PERJURY BY PLAINTIFF, DONALD S. KOBACK See Court Documents

*(right margin, vertical):* THIS COURT DOCUMENT SIGNED UNDER PAINS AND PENALTIES OF PERJURY Donald S Koback May 20, 2007

NEMC
22 INT
Fed. R. Civ. P. RULE 33.

OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE RULE 10(c) ADOPTION BY
REFERENCE. PLAINTIFF, DONALD S.
KOBACK REFERS TO ALL (EACH
AND EVERY ONE OF THE) OBJECTIONS,
ANSWERS, AND CLAIMS OF PRIVILEGE
CONTAINED IN THE COURT DOCUMENT
ENTITLED:   COURT DOCUMENT, [   ]
PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D, AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK ;

THIS PAGE OF THIS COURT DOCUMENT
(SEE TITLE ON PAGE ONE (1) )
CONSTITUTES ___ 1  2 ___
(OBJECTIONS, ANSWERS, CLAIMS OF PRIVILEGE)
TO INTERROGATORY ___ 1  2 ___  }
THERE BEING 22 (TWENTY-TWO)
OBJECTIONS, ANSWERS, AND CLAIMS
OF PRIVILEGE IN TOTO (TOTAL)
WHICH CORRESPOND TO
TWENTY-TWO (22) INTERROGATORIES
RESPECTIVELY.

5-23-07

Signed under pains and penalties
of perjury May 23, 2007.
                              Donald S. Koback
MAY 23, 2007          DONALD S. KOBACK
                      PLAINTIFF, PRO SE

13. Please describe the nature and extent of any treatment that you have received at New England Medical Center *sin·e* the time of the matters set forth in your Complaint, including in your answer the dates of any such treatment, the names of the physicians and/or other health care providers who provided such treatment to you, the nature of the physical condition for which you sought treatment, and any diagnoses and prognoses made.

COURT DOCUMENT [    ]

NEMC
32 7ut,

AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF
DONALD S, KOBACK's REQUEST FOR
ADMISSION ;

COURT DOCUMENTS [    ], [    ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO " INTERROGATORIES OF THE
DEFENDANT JOHN P, LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S, KOBACK's OBJECTIONS
ANSWERS TO "DEFENDANT METROWEST,
MEDICAL CENTER'S INTERROGATORIES To
BE ANSWERED By PLAINTIFF, DONALD S, KOBACK

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S, KOBACK;

COURT DOCUMENT [    ]
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S, KOBACK'S REQUEST FOR ADMISSION
1 through and including 99 Persiory
signed under Pains and Penalties of Perjury 5/20/2007

Donald S. Loback May 20, 2007
ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE
HEREIN, Federal Rules of Civil Procedure RULE 10(c)
OS loback

_(left margin, vertical):_ AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES? OF PERJURY? Spelling? AFFIDAVIT

AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES OF DONALD S, KOBACK
Court Documents
See Court Document PLAINTIFF DONALD S, KOBACK
By AFFIDAVITS

_(right margin, vertical):_ Signed Under Pains and Penalties THIS COURT DOCUMENT
Donald S, Koback May 20, 2007
THIS COURT DOCUMENT SIGNED UNDER PAINS AND PENALTIES OF PERJURY

NEMC
22 INT
Fed.R.civ.P.Rule 33.

## OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE RULE 10(C) ADOPTION BY
REFERENCE. PLAINTIFF, DONALD S.
KOBACK REFERS TO ALL (EACH
AND EVERY ONE OF THE) OBJECTIONS,
ANSWERS, AND CLAIMS OF PRIVILEGE
CONTAINED IN THE COURT DOCUMENT
ENTITLED:  COURT DOCUMENT [    ]
  PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D, AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK ;

THIS PAGE OF THIS COURT DOCUMENT
(SEE TITLE ON PAGE ONE (1))
CONSTITUTES ____1 3____
(OBJECTIONS, ANSWERS, CLAIMS OF PRIVILEGE)
TO INTERROGATORY ____1 3____
THERE BEING 22 (TWENTY-TWO)
OBJECTIONS, ANSWERS, AND CLAIMS
OF PRIVILEGE IN TOTO (TOTAL)
WHICH CORRESPOND TO
TWENTY-TWO (22) INTERROGATORIES
RESPECTIVELY.

Signed under pains and penalties
of perjury May 23,2007.
                    Donald S. Koback
MAY 23, 2007        DONALD S. KOBACK
                    PLAINTIFF, PRO SE

14.    If you claim that you were wholly or partially incapacitated from work or other day-to-day activities as a result of the alleged negligence of defendant New England Medical Center, please describe the nature of such whole or partial incapacitation, the dates of such whole or partial incapacitation, whether you were confined to a hospital, your home, someone else's home, or your bed, and describe how the injuries you claim to have suffered as a result of the alleged negligence of defendant New England Medical Center rendered you incapacitated.

NEMC
22 Fnt.

COURT DOCUMENT [    ].

AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK'S REQUEST FOR
ADMISSION ;

COURT DOCUMENTS [    ],[    ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS
ANSWERS TO "DEFENDANT METROWEST,
MEDICAL CENTER'S INTERROGATORIES To
BE ANSWERED BY PLAINTIFF DONALD S. KOBACK

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
DEFENDANT'S EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ]
AFFADAVIT AS TO STATEMENT(S IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION
1 through and including 99
Signed under Pains and Penalties of Perjury 5/20/2007 DSK

Donald S. Koback May 20 2007

ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE
HEREIN, Federal Rules of Civil Procedure RULE 10(S)
DS Koback

AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES? AFFIDAVIT
Spelling? AFFIDAVIT

AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES BY PLAINTIFF, DONALD S. KOBACK
See Court Documents

THIS COURT DOCUMENT, Signed Under Pains AND PENALTIES OF PERJURY, Donald S. Koback May 20, 2007

NEMC
22 INT
FedR.Civ.P.Rule33.

# OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 10(c) ADOPTION BY REFERENCE. PLAINTIFF, DONALD S. KOBACK REFERS TO ALL (EACH AND EVERY ONE OF THE) OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE CONTAINED IN THE COURT DOCUMENT ENTITLED:    COURT DOCUMENT, [    ] PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND MEDICAL CENTER'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

THIS PAGE OF THIS COURT DOCUMENT (SEE TITLE ON PAGE ONE (1)) CONSTITUTES ___1 4___ (OBJECTIONS, ANSWERS, CLAIMS OF PRIVILEGE) TO INTERROGATORY ___1 4___ ; THERE BEING 22 (TWENTY-TWO) OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE IN TOTO (TOTAL) WHICH CORRESPOND TO TWENTY-TWO (22) INTERROGATORIES RESPECTIVELY.

Signed under pains and penalties of perjury May 23, 2007.

Donald S. Koback

MAY 23, 2007

DONALD S. KOBACK
PLAINTIFF, PRO SE

15.    Please provide an itemized account of all losses or expenses that you incurred as a result of the alleged negligence of defendant New England Medical Center, stating with particularity those losses or expenses which are attributable to hospitals, doctors, medicines, co-payments, ambulances, mental health care, nursing, physical therapy, and/or any other medical care, loss of earnings or earning capacity, and loss of benefits.

NEMC
22 Int,

COURT DOCUMENT [   ].

AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK'S REQUEST FOR
ADMISSION;

COURT DUCUMENTS [   ],[   ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [   ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS
ANSWERS TO "DEFENDANT METROWEST,
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF DONALD S. KOBACK

COURT DOCUMENT [   ]

PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [   ]
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION
1 through and including 99 Perjury 5/20/2007
signed under Pains and Penalties of Perjury 5/20/2007

Donald S. Koback May 20, 2007

ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE
HEREIN, Federal Rules of Civil Procedure, RULE 10(c)
D S Koback

*(left margin, sideways):* AFFADAVIT, AFFADAVIT of PERJURY? PENALTIES AND PAINS? Spelling? AFFADAVIT

*(left margin, sideways):* AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES OF PERJURY See PLAINTIFF, DONALD S. KOBACK Court Documents By

*(right margin, sideways):* THIS COURT DOCUMENTS Signed Under Pains AND PENALTIES OF PERJURY Donald S. Koback May 20 2007

NEMC
22 INT
FediR. civ.P. Rule 33.

OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE RULE 10(c) ADOPTION BY
REFERENCE. PLAINTIFF, DONALD S.
KOBACK REFERS TO ALL (EACH
AND EVERY ONE OF THE) OBJECTIONS,
ANSWERS, AND CLAIMS OF PRIVILEGE
CONTAINED IN THE COURT DOCUMENT
ENTITLED:    [COURT DOCUMENT [  ]
   PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
   DEFENDANTS EROL ONEL, M.D, AND NEW ENGLAND
   MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
   DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

THIS PAGE OF THIS COURT DOCUMENT
(SEE TITLE ON PAGE ONE (1))
CONSTITUTES ____ / ____
(OBJECTIONS, ANSWERS, CLAIMS OF PRIVILEGE)
TO INTERROGATORY ____ / ____
THERE BEING 22 (TWENTY-TWO)
OBJECTIONS, ANSWERS, AND CLAIMS
OF PRIVILEGE IN TOTO (TOTAL)
WHICH CORRESPOND TO
TWENTY-TWO (22) INTERROGATORIES
RESPECTIVELY.

Signed under pains and penalties
of perjury May 23 2007.
                    Donald S Koback
MAY 23, 2007        DONALD S. KOBACK
                    PLAINTIFF, PRO SE

16.  If as a result of the alleged negligence of defendant New England Medical Center you are seeking to recover for economic losses, including but not limited to the costs or expenses of hospitals, doctors, medicines, ambulances, co-payments, mental health care, nursing care, physical therapy, other medical care, loss of earnings, and/or loss of benefits, please set forth in detail whether any such loss has been or will be replaced, compensated, indemnified, or paid for directly by:

(a)  Social Security, and if so, please state the amount so compensated, replaced, indemnified or paid directly;

(b)  Any state or federal income disability or worker's compensation act, and if so, please identify the income disability or worker's compensation act, and state the amount compensated, replaced, indemnified, or paid directly;

(c)  Any health, sickness, or income disability insurance, and if so, please identify the health, sickness, or income disability insurance, the name of the policy holder, the date the policy was issued, the date the policy terminated, and the amount compensated, replaced, indemnified, or paid directly;

(d)  Any accident insurance that provides health benefits or income disability coverage, and if so, please identify the accident insurance providing such health benefits or income disability coverage, and state the amount compensated, replaced, indemnified, or paid directly;

(e)  Any contract or agreement of any group, organization, partnership, or corporation to provide, pay for, or reimburse the cost of medical, hospital, dental or other health care services, and if so, please describe the contract or agreement, identify the group, organization, partnership, or corporation, and state the amount compensated, replaced, indemnified, or paid directly;

(f)  By any contract or agreement to continue to pay, in whole or in part, your wages or income, and if so, describe the contract or agreement and the amount compensated, replaced, indemnified, or paid directly;

(g)  Medicare, Medicaid, public welfare, and/or any other state or federal source, and if so, please identify the source, and state the amount compensated, replaced, indemnified, or paid directly; and

(h)  Any other collateral source of benefits whatsoever, and if so, describe each source and state the amount compensated, replaced, indemnified, or paid directly.

COURT DOCUMENT [   ] [   ]

NEMC
22 Fnt,

AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK'S REQUEST FOR
ADMISSION ;

COURT DOCUMENTS [   ] , [   ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO " INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [   ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "DEFENDANT METROWEST,
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF DONALD S. KOBACK

COURT DOCUMENT [   ]

PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [   ]
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION
1 through and including 99 Perjury 5/20/2007
Signed under Pains and Penalties of perjury 5/20/2007

Donald S. Koback May 20, 2007

ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE,
HEREIN, Federal Rules of Civil Procedure, RULE 10(c)
D S Koback

*(left margin, rotated):* AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES? AFFIDAVIT OF PERJURY Spelling? AFFIDAVIT

*(left margin, rotated):* AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES By Plaintiff Donald S. Koback See Court Documents

*(right margin, rotated):* THIS COURT DOCUMENT SIGNED UNDER PAINS AND PENALTIES OF PERJURY Donald S. Koback May 20, 2007

NEMC
22 INT
Fed.R.Civ.P. Rule 33.

OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE RULE 10(c) ADOPTION BY
REFERENCE. PLAINTIFF, DONALD S.
KOBACK REFERS TO ALL (EACH
AND EVERY ONE OF THE) OBJECTIONS,
ANSWERS, AND CLAIMS OF PRIVILEGE
CONTAINED IN THE COURT DOCUMENT
ENTITLED:  COURT DOCUMENT [    ]
PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D, AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK ;

THIS PAGE OF THIS COURT DOCUMENT
(SEE TITLE ON PAGE ONE (1))
CONSTITUTES ___ 1 (
(OBJECTIONS, ANSWERS, CLAIMS OF PRIVILEGE)
TO INTERROGATORY ___ 1 (
THERE BEING 22 (TWENTY-TWO)
OBJECTIONS, ANSWERS, AND CLAIMS
OF PRIVILEGE IN TOTO (TOTAL)
WHICH CORRESPOND TO
TWENTY-TWO (22) INTERROGATORIES
RESPECTIVELY.

Signed under pains and penalties
of perjury May 23, 2007.
                    Donald S. Koback
MAY 23, 2007        DONALD S. KOBACK
                    PLAINTIFF, PRO SE    5-23
                                          07

17. If any physician and/or other health care provider has ever criticized the treatment provided to you by defendant New England Medical Center, please state the name and address of the person who made the criticism, the date the criticism was made, and the substance of the criticism.

COURT DOCUMENT [   ] [   ]

NEMC
22 int,

AFFADAVIT AS TO STATEMENTS AND DOCUMENTS CONTAINED IN PLAINTIFF DONALD S. KOBACK'S REQUEST FOR ADMISSION ;

COURT DUCUMENTS [   ] , [   ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS, ANSWERS TO " INTERROGATORIES OF THE DEFENDANT JOHN P. LONG, M.D. TO THE PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [   ]

PLAINTIFF, DONALD S, KOBACK'S OBJECTIONS ANSWERS TO "DEFENDANT METROWEST MEDICAL CENTER'S INTERROGATORIES TO BE ANSWERED BY PLAINTIFF DONALD S, KOBACK

COURT DOCUMENT [   ]

PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND MEDICAL CENTER'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF DONALD S, KOBACK;

COURT DOCUMENT [   ]
AFFADAVIT AS TO STATEMENTS IN PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION 1 through and including 99
Signed under Pains and Penalties of Perjury 5/20/2007

Donald S. Kobeck May 20, 2007

ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE HEREIN, Federal Rules of Civil Procedure RULE 10(c)
D.S Kobeck

*(left margin, vertical)* AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES OF PERJURY? Spelling? Affidavit

*(left margin, vertical)* AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES BY PLAINTIFF Donald S. Koback See Court Documents

*(right margin, vertical)* THIS Court DOCUMENT Signed Under Pains AND PENALTIES OF PERJURY by Donald S. Koback May 20, 2007

NEMC
22 INT
Fed.R.Civ.P. Rule 33.

OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE RULE 10(c) ADOPTION BY
REFERENCE. PLAINTIFF, DONALD S.
KOBACK REFERS TO ALL (EACH
AND EVERY ONE OF THE) OBJECTIONS,
ANSWERS, AND CLAIMS OF PRIVILEGE
CONTAINED IN THE COURT DOCUMENT
ENTITLED:    COURT DOCUMENT [    ]
  PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
  DEFENDANTS EROL ONEL, M.D, AND NEW ENGLAND
  MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
  DOCUMENTS TO PLAINTIFF DONALD S. KOBACK ;

THIS PAGE OF THIS COURT DOCUMENT
(SEE TITLE ON PAGE ONE (1))
CONSTITUTES ___1 7___
(OBJECTIONS, ANSWERS, CLAIMS OF PRIVILEGE)
TO INTERROGATORY ___1 7___ ;
THERE BEING 22 (TWENTY-TWO)
OBJECTIONS, ANSWERS, AND CLAIMS
OF PRIVILEGE IN TOTO (TOTAL)
WHICH CORRESPOND TO
TWENTY-TWO (22) INTERROGATORIES
RESPECTIVELY.

Signed under pains and penalties
of perjury May 23 2007.
                    Donald S. Koback
MAY 23, 2007        DONALD S. KOBACK
                    PLAINTIFF, PRO SE

18.   If you were working at the time of alleged negligence of defendant New England Medical Center, please describe your job, the name and address of your employer, the wages, salary or profit you were receiving at the time, and the average number of hours per week that you worked.

COURT DOCUMENT [        ]        NEMC 22 int.

AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF
DONALD S. KOBACK'S REQUEST FOR
ADMISSION;

COURT DOCUMENTS [        ], [        ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO "INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [        ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS
ANSWERS TO "DEFENDANT METROWEST
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF DONALD S. KOBACK

COURT DOCUMENT [        ]

PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [        ]
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION
1 through and including 99
Signed under Pains and Penalties of Perjury 5/20/2007 DSK

Donald S. Koback May 20, 2007

ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE
HEREIN, Federal Rules of Civil Procedure RULE 10(c)
DS Koback

(left margin, vertical) AFFADAVIT Spelling? AFFIDAVIT OF PERJURY AFFIDAVIT AND PENALTIES? AFFIDAVIT

(left margin, vertical) AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES BY PLAINTIFF, DONALD S. KOBACK See Court Documents

(right margin, vertical) THIS COURT DOCUMENT SIGNED UNDER PAINS AND PENALTIES OF PERJURY Donald S. Koback May 20, 2007

NEMC
22 INT
Fed. R. Civ. P. Rule 33.

OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE RULE 10(c) ADOPTION BY
REFERENCE. PLAINTIFF, DONALD S.
KOBACK REFERS TO ALL (EACH
AND EVERY ONE OF THE) OBJECTIONS,
ANSWERS, AND CLAIMS OF PRIVILEGE
CONTAINED IN THE COURT DOCUMENT
ENTITLED:   COURT DOCUMENT [   ]
   PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK ;

THIS PAGE OF THIS COURT DOCUMENT
(SEE TITLE ON PAGE ONE (1) )
CONSTITUTES ____ 8 ____
(OBJECTIONS, ANSWERS, CLAIMS OF PRIVILEGE)
TO INTERROGATORY ____ 8 ____ ;
THERE BEING 22 (TWENTY-TWO)
OBJECTIONS, ANSWERS, AND CLAIMS
OF PRIVILEGE IN TOTO (TOTAL)
WHICH CORRESPOND TO
TWENTY-TWO (22) INTERROGATORIES
RESPECTIVELY.

Signed under pains and penalties
of perjury May 23, 2007.
                    Donald S. Koback
MAY 23, 2007        DONALD S. KOBACK
                    PLAINTIFF, PRO SE

19. If you are working at the present time, please describe your job, the name and address of your employer, the wages, salary or profit you are receiving for such work, and the average number of hours per week that you work.

COURT DOCUMENT [   ] [   ]

AFFADAVIT AS TO STATEMENTS AND DOCUMENTS CONTAINED IN PLAINTIFF, DONALD S. KOBACK's REQUEST FOR ADMISSION;

COURT DOCUMENTS [   ], [   ]

PLAINTIFF DONALD S. KOBACK's OBJECTIONS, ANSWERS TO "INTERROGATORIES OF THE DEFENDANT JOHN P. LONG, M.D. TO THE PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [   ]

PLAINTIFF, DONALD S. KOBACK's OBJECTIONS, ANSWERS TO "DEFENDANT METROWEST MEDICAL CENTER'S INTERROGATORIES TO BE ANSWERED BY PLAINTIFF, DONALD S. KOBACK

COURT DOCUMENT [   ]

PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND MEDICAL CENTER'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [   ]
AFFADAVIT AS TO STATEMENTS IN PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION 1 through and including 99 Perjury 5/20/2007 DSK
Signed under Pains and Penalties of

Donald S. Koback May 20 2007

ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE HEREIN, Federal Rules of Civil Procedure RULE 10(c)
D S Koback

Left margin (vertical): AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES? AFFIDAVIT of PERJURY Spelling? AFFIDAVIT

AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES BY PLAINTIFF, DONALD S. KOBACK See Court Documents

Right margin (vertical): THIS COURT DOCUMENT SIGNED UNDER PAINS AND PENALTIES OF PERJURY Donald S. Koback May 20, 2007

Top right: NEMC 22 Int.

NEMC
22 INT
Fed. R. Civ. P. Rule 33.

OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE RULE 10(c) ADOPTION BY
REFERENCE. PLAINTIFF, DONALD S.
KOBACK REFERS TO ALL (EACH
AND EVERY ONE OF THE) OBJECTIONS,
ANSWERS, AND CLAIMS OF PRIVILEGE
CONTAINED IN THE COURT DOCUMENT
ENTITLED:    COURT DOCUMENT [    ]
PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D, AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK ;

THIS PAGE OF THIS COURT DOCUMENT
(SEE TITLE ON PAGE ONE (1))
CONSTITUTES _____ 19 _____
(OBJECTIONS, ANSWERS, CLAIMS OF PRIVILEGE)
TO INTERROGATORY _____ 19 _____ ;
THERE BEING 22 (TWENTY-TWO)
OBJECTIONS, ANSWERS, AND CLAIMS
OF PRIVILEGE IN TOTO (TOTAL)
WHICH CORRESPOND TO
TWENTY-TWO (22) INTERROGATORIES
RESPECTIVELY.

Signed under pains and penalties
of perjury May 23, 2007.
                    Donald S. Koback
MAY 23, 2007        DONALD S. KOBACK
                    PLAINTIFF, PRO SE

20.    If you claim that you lost any time from your occupation (or schooling) as a result of the alleged negligence of defendant New England Medical Center, please state the name and address of your employer (or school); a description of your job responsibilities (or course work) prior to the time of the alleged negligence; your average weekly income and the average number of hours that you worked per week prior to the time of the alleged negligence; the dates during which you lost time from your occupation (or school); and state when, if ever, you were able to resume your full responsibilities at your job (or school) after the time of the alleged negligence.

COURT DOCUMENT [    ] [    ]

NEMC 22 Int.

AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF,
DONALD S. KOBACK's REQUEST FOR
ADMISSION ;

COURT DOCUMENTS [    ] ; [    ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO " INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO ;

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS
ANSWERS TO " DEFENDANT METROWEST
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF, DONALD S. KOBACK

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK ;

COURT DOCUMENT [    ]
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION
1 through and including 99
Signed under Pains and Penalties of Perjury 5/20/2007 DSK

Donald S. Koback May 20, 2007

ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE
HEREIN, Federal Rules of Civil Procedure RULE 10(c)
DS Koback

*(left margin, rotated)* AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES? AFFIDAVIT Spelling? AFFIDAVIT

*(left margin, rotated)* AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES BY PLAINTIFF, DONALD S. KOBACK See Court Documents

*(right margin, rotated)* THIS COURT DOCUMENT Signed under Pains and Penalties of Perjury Donald S. Koback May 20, 2007

*(right margin, rotated)* THIS COURT DOCUMENT SIGNED UNDER PAINS AND PENALTIES OF PERJURY

NEMC
22 INT
Fed. R. Civ. P. Rule 33.

① OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE RULE 10(c) ADOPTION BY
REFERENCE. PLAINTIFF, DONALD S.
KOBACK REFERS TO ALL (EACH
AND EVERY ONE OF THE) OBJECTIONS,
ANSWERS, AND CLAIMS OF PRIVILEGE
CONTAINED IN THE COURT DOCUMENT
ENTITLED:    COURT DOCUMENT [    ]
PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D, AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK ;

THIS PAGE OF THIS COURT DOCUMENT
(SEE TITLE ON PAGE ONE (1))
CONSTITUTES _____ 20 _____
(OBJECTIONS, ANSWERS, CLAIMS OF PRIVILEGE)
TO INTERROGATORY _____ 20 _____ ,
THERE BEING 22 (TWENTY-TWO)
OBJECTIONS, ANSWERS, AND CLAIMS
OF PRIVILEGE IN TOTO (TOTAL)
WHICH CORRESPOND TO
TWENTY-TWO (22) INTERROGATORIES
RESPECTIVELY.

Signed under pains and penalties
of perjury May 23 2007.

                    Donald S. Koback
MAY 23, 2007      DONALD S. KOBACK
                  PLAINTIFF, PRO SE

21. Please state the name, current address, and telephone number of all persons who are witnesses to any incident, occurrence, event, fact or circumstance upon which any of the allegations of your Complaint are founded, specifying to what occurrence, event, fact or circumstance each such person is a witness.

COURT DOCUMENT  [    ] [    ].

NEMC 22 Int.

AFFADAVIT AS TO STATEMENTS AND DOCUMENTS CONTAINED IN PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION;

COURT DOCUMENTS  [    ], [    ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS, ANSWERS TO "INTERROGATORIES OF THE DEFENDANT JOHN P. LONG, M.D. TO THE PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT  [    ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS, ANSWERS TO "DEFENDANT METROWEST MEDICAL CENTER'S INTERROGATORIES TO BE ANSWERED BY PLAINTIFF, DONALD S. KOBACK

COURT DOCUMENT  [    ]

PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND MEDICAL CENTER'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT  [    ]
AFFADAVIT AS TO STATEMENTS IN PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION 1 through and including 99 Persjory 5/20/2007 DSK
Signed under pains and penalties of Perjury 5/20/2007

Donald S. Koback May 20, 2007
ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE HEREIN, Federal Rules of Civil Procedure, RULE 10(c)
D S Koback

*(left margin, vertical)* AFFADAVIT? AFFADAVIT? AFFADAVIT OF PERJURY, Penalties of Perjury? AFFADAVIT Spelling?

*(left margin, vertical)* AFFIDAVITS SIGNED ONDER PAINS AND PENALTIES By PLAINTIFF, DONALD S. KOBACK, See Court Documents

*(right margin, vertical)* Signed under Pains and Penalties Donald S Koback May 20, 2007

*(right margin, vertical)* THIS COURT DOCUMENT SIGNED UNDER PAINS AND PENALTIES OF PERJURY

NEMC
22 INT
Fed. R. Civ. P. Rule 33.

# OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 10(c) ADOPTION BY REFERENCE. PLAINTIFF, DONALD S. KOBACK REFERS TO ALL (EACH AND EVERY ONE OF THE) OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE CONTAINED IN THE COURT DOCUMENT ENTITLED:   COURT DOCUMENT [    ] PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO DEFENDANTS EROL ONEL, M.D, AND NEW ENGLAND MEDICAL CENTER'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF DONALD S. KOBACK ;

THIS PAGE OF THIS COURT DOCUMENT (SEE TITLE ON PAGE ONE (1)) CONSTITUTES _____ (OBJECTIONS, ANSWERS, CLAIMS OF PRIVILEGE) TO INTERROGATORY _____ ; THERE BEING 22 (TWENTY-TWO) OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE IN TOTO (TOTAL) WHICH CORRESPOND TO TWENTY-TWO (22) INTERROGATORIES RESPECTIVELY.

Signed under pains and penalties of perjury May 23, 2007.

Donald S. Koback

MAY 23, 2007

DONALD S. KOBACK
PLAINTIFF, PRO SE

22.     Please state the full name and address of each person whom you expect to call upon as an
        expert witness at trial, identifying as to each:

        (a)     The subject matter on which the expert witness is expected to testify;
        (b)     The substance of the facts and opinions to which each such expert is expected to
                testify; and
        (c)     A summary of the grounds for each opinion of each such expert.

COURT DOCUMENT [ ] [ ]

NEMC
22 Fnt.

AFFADAVIT AS TO STATEMENTS AND DOCUMENTS CONTAINED IN PLAINTIFF DONALD S. KOBACK's REQUEST FOR ADMISSION ;

COURT DOCUMENTS [ ], [ ]

PLAINTIFF DONALD S. KOBACK's OBJECTIONS, ANSWERS TO "INTERROGATORIES OF THE DEFENDANT JOHN P. LONG, M.D. TO THE PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [ ]

PLAINTIFF, DONALD S. KOBACK's OBJECTIONS ANSWERS TO "DEFENDANT METROWEST MEDICAL CENTER's INTERROGATORIES TO BE ANSWERED BY PLAINTIFF, DONALD S. KOBACK

COURT DOCUMENT [ ]

PLAINTIFF, DONALD S. KOBACK's RESPONSES TO DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND MEDICAL CENTER's REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [ ]
AFFADAVIT AS TO STATEMENTS IN PLAINTIFF, DONALD S. KOBACK's REQUEST FOR ADMISSION 1 through and including 99
Signed under Pains and Penalties of Perjury 5/20/2007 DSK

Donald S. Koback May 20 2007

ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE HEREIN, Federal Rules of Civil Procedure RULE 10(c)
DS Koback
5-27-07

*(left margin, rotated)* AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES? AFFIDAVIT Spelling? AFFIDAVIT

*(left margin, rotated)* AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES BY PLAINTIFF DONALD S. KOBACK See Court Documents

*(right margin, rotated)* THIS COURT DOCUMENTS SIGNED UNDER PAINS AND PENALTIES OF PERJURY Donald S. Koback May 20, 2007

NEMC
22 INT
Fed. R. Civ. P. Rule 33.

OBJECTIONS, ANSWERS, AND CLAIMS OF PRIVILEGE

PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE RULE 10(c) ADOPTION BY
REFERENCE. PLAINTIFF, DONALD S.
KOBACK REFERS TO ALL (EACH
AND EVERY ONE OF THE) OBJECTIONS,
ANSWERS, AND CLAIMS OF PRIVILEGE
CONTAINED IN THE COURT DOCUMENT
ENTITLED:    COURT DOCUMENT, [    ]
PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

THIS PAGE OF THIS COURT DOCUMENT
(SEE TITLE ON PAGE ONE (1))
CONSTITUTES _____
(OBJECTIONS, ANSWERS, CLAIMS OF PRIVILEGE)
TO INTERROGATORY ___12___
THERE BEING 22 (TWENTY-TWO)
OBJECTIONS, ANSWERS, AND CLAIMS
OF PRIVILEGE IN TOTO (TOTAL)
WHICH CORRESPOND TO
TWENTY-TWO (22) INTERROGATORIES
RESPECTIVELY.

Signed under pains and penalties
of perjury May 23 2007.

                    Donald S. Koback
MAY 23, 2007        DONALD S. KOBACK
                    PLAINTIFF, PRO SE

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS, ANSWERS TO, CLAIMS OF PRIVILEGE WITH RESPECT TO DEFENDANT NEW ENGLAND MEDICAL CENTER'S INTERROGATORIES TO BE ANSWERED BY PLAINTIFF DONALD S. KOBACK

Signed, under pains and penalties of perjury ON MAY 23, 2007

DONALD S. KOBACK
PLAINTIFF, PRO SE
195 SUNNYSIDE AVE
WOONSOCKET
RHODE ISLAND 02895
401-76-2-2460


Case 1:05-cv-10798-WGY Document 257-3 Filed 05/29/2007 N Page 1 of 30 AND
ORIGINAL RECEIPT
MEDICAL CENTER's ATTORNEY AT LAW, MARTIN,
MAGNUSON, McCARTHY & KENNEY.

UNITED STATES DISTRICT COURT
IN AND FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD S. KOBACK, ) | |
| Plaintiff/Pro Se ) | |
| ) | |
| v. ) | |
| ) | |
| METROWEST MEDICAL CENTER, ) | |
| LEONARD MORSE HOSPITAL, ) | CIVIL ACTION NO. 05-CV-10798-WGY |
| FRAMINGHAM UNION HOSPITAL, NEW ) | |
| ENGLAND MEDICAL CENTER, TUFTS ) | |
| UNIVERSITY SCHOOL OF MEDICINE, ) | |
| EMANUEL FRIEDMAN, M.D., JOHN P. ) | |
| LONG, M.D., and EROL ONEL, M.D., ) | |
| Defendants ) | |

DEFENDANT NEW ENGLAND MEDICAL CENTER'S INTERROGATORIES
TO BE ANSWERED BY PLAINTIFF DONALD S. KOBACK

1. Please identify yourself fully, by providing your full name, your social security number, your date and place of birth, your current residential address, the names of any individuals who live with you at that address, your marital status (if married, please provide the name of your spouse and date of marriage), the names and addresses of your children, if any, and your educational background (institutions attended, dates of attendance, and degrees earned, if any).

2. Please state the names of any and all physicians and/or other health care providers who provided treatment to you at New England Medical Center, in connection with the matters set forth in your Complaint.

3. Please describe in full detail each and every occasion on which any physician and/or other health care provider identified in your answer to Interrogatory No. 2 above provided any treatment, consultation, or advice to you, specifying the dates on which any such treatment, consultation or advice was provided to you, the nature of the treatment, consultation, or advice provided to you, and any diagnoses and prognoses made.

4. Please set forth in full detail the substance of and dates of any and all conversation that you had with any physician and/or other health care provider identified in your answer to Interrogatory No. 2 above, also including the names of any other individuals who were present at the time of any such conversations.

5. Please state as precisely as possible where the alleged negligence of defendant New England Medical Center occurred, and the date(s) and time(s) of such occurrence.

1

•

6.    Please state fully and in complete detail everything that you allege defendant New England Medical Center did or failed to do in caring for, treating, and/or operating on you, upon which you base your allegations of negligence, setting forth each event in the order of its occurrence.

7.    Please describe in detail all injuries, illnesses, pains, or conditions that you claim to have suffered as a result of the alleged negligence of defendant New England Medical Center, including the parts of your body so affected, and the extent and duration of the injuries sustained.

8.    If as a result of the alleged negligence of defendant New England Medical Center you are claiming any present or permanent injuries, illnesses, pains, or conditions, please describe them fully, including the parts of your body so affected, and the extent of the injuries sustained.

9.    Please state the date upon which you first learned that you had suffered harm as a result of the alleged negligence of defendant New England Medical Center.

10.    If you received any medical treatment as a result of the alleged negligence of defendant New England Medical Center, please describe it fully and in detail as far as you are able, including the dates of any treatment received, the hospital or other facility where you received said treatment, and the names and addresses of any and all physicians who provided such treatment to you.

11.    If you claim that defendant New England Medical Center failed to obtain your informed consent, please set forth in full detail all facts upon which your claim is based.

12.    Please describe any physical injuries, illnesses, or conditions that you suffered from during the period 1997 to 2000, including in your answer the nature of any medical treatment received, the dates such medical treatment was received, and the names and addresses of any physicians or other health care providers who provided treatment to you.

13.    Please describe the nature and extent of any treatment that you have received at New England Medical Center *since* the time of the matters set forth in your Complaint, including in your answer the dates of any such treatment, the names of the physicians and/or other health care providers who provided such treatment to you, the nature of the physical condition for which you sought treatment, and any diagnoses and prognoses made.

14.    If you claim that you were wholly or partially incapacitated from work or other day-to-day activities as a result of the alleged negligence of defendant New England Medical Center, please describe the nature of such whole or partial incapacitation, the dates of such whole or partial incapacitation, whether you were confined to a hospital, your home, someone else's home, or your bed, and describe how the injuries you claim to have suffered as a result of the alleged negligence of defendant New England Medical Center rendered you incapacitated.

2

15. Please provide an itemized account of all losses or expenses that you incurred as a result of the alleged negligence of defendant New England Medical Center, stating with particularity those losses or expenses which are attributable to hospitals, doctors, medicines, co-payments, ambulances, mental health care, nursing, physical therapy, and/or any other medical care, loss of earnings or earning capacity, and loss of benefits.

16. If as a result of the alleged negligence of defendant New England Medical Center you are seeking to recover for economic losses, including but not limited to the costs or expenses of hospitals, doctors, medicines, ambulances, co-payments, mental health care, nursing care, physical therapy, other medical care, loss of earnings, and/or loss of benefits, please set forth in detail whether any such loss has been or will be replaced, compensated, indemnified, or paid for directly by:

   (a) Social Security, and if so, please state the amount so compensated, replaced, indemnified or paid directly;

   (b) Any state or federal income disability or worker's compensation act, and if so, please identify the income disability or worker's compensation act, and state the amount compensated, replaced, indemnified, or paid directly;

   (c) Any health, sickness, or income disability insurance, and if so, please identify the health, sickness, or income disability insurance, the name of the policy holder, the date the policy was issued, the date the policy terminated, and the amount compensated, replaced, indemnified, or paid directly;

   (d) Any accident insurance that provides health benefits or income disability coverage, and if so, please identify the accident insurance providing such health benefits or income disability coverage, and state the amount compensated, replaced, indemnified, or paid directly;

   (e) Any contract or agreement of any group, organization, partnership, or corporation to provide, pay for, or reimburse the cost of medical, hospital, dental or other health care services, and if so, please describe the contract or agreement, identify the group, organization, partnership, or corporation, and state the amount compensated, replaced, indemnified, or paid directly;

   (f) By any contract or agreement to continue to pay, in whole or in part, your wages or income, and if so, describe the contract or agreement and the amount compensated, replaced, indemnified, or paid directly;

   (g) Medicare, Medicaid, public welfare, and/or any other state or federal source, and if so, please identify the source, and state the amount compensated, replaced, indemnified, or paid directly; and

   (h) Any other collateral source of benefits whatsoever, and if so, describe each source and state the amount compensated, replaced, indemnified, or paid directly.

3

17. If any physician and/or other health care provider has ever criticized the treatment provided to you by defendant New England Medical Center, please state the name and address of the person who made the criticism, the date the criticism was made, and the substance of the criticism.

18. If you were working at the time of alleged negligence of defendant New England Medical Center, please describe your job, the name and address of your employer, the wages, salary or profit you were receiving at the time, and the average number of hours per week that you worked.

19. If you are working at the present time, please describe your job, the name and address of your employer, the wages, salary or profit you are receiving for such work, and the average number of hours per week that you work.

20. If you claim that you lost any time from your occupation (or schooling) as a result of the alleged negligence of defendant New England Medical Center, please state the name and address of your employer (or school); a description of your job responsibilities (or course work) prior to the time of the alleged negligence; your average weekly income and the average number of hours that you worked per week prior to the time of the alleged negligence; the dates during which you lost time from your occupation (or school); and state when, if ever, you were able to resume your full responsibilities at your job (or school) after the time of the alleged negligence.

21. Please state the name, current address, and telephone number of all persons who are witnesses to any incident, occurrence, event, fact or circumstance upon which any of the allegations of your Complaint are founded, specifying to what occurrence, event, fact or circumstance each such person is a witness.

22. Please state the full name and address of each person whom you expect to call upon as an expert witness at trial, identifying as to each:

   (a) The subject matter on which the expert witness is expected to testify;
   (b) The substance of the facts and opinions to which each such expert is expected to testify; and
   (c) A summary of the grounds for each opinion of each such expert.

The defendant,
NEW ENGLAND MEDICAL CENTER,
By its attorneys,

Daniel J. Griffin, Esq. (BBO# 211300)
Jennifer Hartunian, Esq. (BBO# 660902)
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston MA 02114
617-227-3240

4

## CERTIFICATE OF SERVICE

I, Jennifer Hartunian, counsel for defendants Erol Onel, M.D. and New England Medical Center, hereby certify that on this 20th day of April, 2007, I served a copy of the following document:

    (X)    DEFENDANT EROL ONEL, M.D.'S INTERROGATORIES TO BE
             ANSWERED BY PLAINTIFF DONALD S. KOBACK

upon all parties/counsel of record by mailing the same via first class mail, postage pre-paid, to:

Mr. Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street
Boston, MA 02110

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

                               Jennifer Hartunian, Esq. (BBO# 660902)
                               Martin, Magnuson, McCarthy & Kenney
                               101 Merrimac Street
                               Boston MA 02114
                               617-227-3240

## CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights privileges, or Immunities, I, DONALD S. KOBACK, PLANTIFF, PRO SE, CIVIL ACTION NO.: 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

### 1. DOCUMENTS:

PLANTIFF, DONALD S. KOBACK'S OBJECTIONS, ANSWERS TO, CLAIMS OF PRIVILEGE WITH RESPECT TO DEFENDANT NEW ENGLAND MEDICAL CENTER'S INTERROGATORIES TO BE ANSWERED BY PLAINTIFF DONALD S, KOBACK ;

### 2. DEFENDANTS' ATTORNEYS AT LAW

KARA A.
Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite
BETTIGOLE  Boston, MA 02135

Daniel J. Griffin, ESQ.
JENNIFER  Lynda Riesgo Jensen, ESQ.
HARTUNIAN  Martin, Magnuson, McCarthy &
Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman
& Guekguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

NOTIFIED SERVED
Person In Charge
SPECIALTY CARE, LLC
626 Temple St.,
DUXBURY, MA 02332

DATE: May 24, 2007
SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON MAY 24, 2007

DONALD S. KOBACK, PLAINTIFF
PRO SE   DATE: May 24, 2007

CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, CIVIL ACTION NO.: 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

U.S. DISTRICT COURT & U.S. COURT OF APPEALS

1. DOCUMENTS:

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS, ANSWERS TO, CLAIMS OF PRIVILEGE WITH RESPECT TO DEFENDANT NEW ENGLAND MEDICAL CENTER'S INTERROGATORIES TO BE ANSWERED BY PLAINTIFF DONALD S. KOBACK

2. DEFENDANTS' ATTORNEYS AT LAW

KARA A. BETTIGOLE

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, SUITE ## Boston, MA 02135

JENNIFER HARTUNIAN

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110
Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114

NOTIFIED, SEALED,
Person In Charge,
SPECIALTY CARE, LLC
626 Temple St.,
DUXBURY, MA. 02332

DATE: MAY 24, 2007
SIGNED UNDER PAINS AND PENALTIES OF PER-JURY ON MAY 24, 2007
DISREGARD MAY 24, 2007 — Donald J. Koback
actual date of mailing to these DONALD S. KOBACK, PLAINTIFF
above — MAY 25, 2007 PRO SE DATE: MAY 24, 2007
Signed after pains and penalties of perjury
Donald J. Koback
5-25-2007

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS, ANSWERS TO,
CLAIMS OF PRIVILEGE WITH RESPECT TO
DEFENDANT NEW ENGLAND MEDICAL CENTER'S INTERROGATORIES
TO BE ANSWERED BY PLAINTIFF DONALD S. KOBACK

Signed, under pains and penalties
of perjury ON MAY 23, 2007

DONALD S. KOBACK
PLAINTIFF, PRO SE
195 SUNNYSIDE AVE
WOONSOCKET
RHODE ISLAND 02895
401-76-2-2460

ORIGINAL — NEW ENGLAND
MEDICAL CENTER's ATTORNEY AT LAW, MARTIN,
MAGNUSON, McCARTHY & KENNEY.

UNITED STATES DISTRICT COURT
IN AND FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD S. KOBACK,  )  | |
|    Plaintiff/Pro Se  )  | |
|             )  | |
| v.                 )  | |
|             )  | |
| METROWEST MEDICAL CENTER,  )  | |
| LEONARD MORSE HOSPITAL,  )  | CIVIL ACTION NO. 05-CV-10798-WGY |
| FRAMINGHAM UNION HOSPITAL, NEW  )  | |
| ENGLAND MEDICAL CENTER, TUFTS  )  | |
| UNIVERSITY SCHOOL OF MEDICINE,  )  | |
| EMANUEL FRIEDMAN, M.D., JOHN P.  )  | |
| LONG, M.D., and EROL ONEL, M.D.,  )  | |
|    Defendants  )  | |

DEFENDANT NEW ENGLAND MEDICAL CENTER'S INTERROGATORIES
TO BE ANSWERED BY PLAINTIFF DONALD S. KOBACK

1.    Please identify yourself fully, by providing your full name, your social security number, your date and place of birth, your current residential address, the names of any individuals who live with you at that address, your marital status (if married, please provide the name of your spouse and date of marriage), the names and addresses of your children, if any, and your educational background (institutions attended, dates of attendance, and degrees earned, if any).

2.    Please state the names of any and all physicians and/or other health care providers who provided treatment to you at New England Medical Center, in connection with the matters set forth in your Complaint.

3.    Please describe in full detail each and every occasion on which any physician and/or other health care provider identified in your answer to Interrogatory No. 2 above provided any treatment, consultation, or advice to you, specifying the dates on which any such treatment, consultation or advice was provided to you, the nature of the treatment, consultation, or advice provided to you, and any diagnoses and prognoses made.

4.    Please set forth in full detail the substance of and dates of any and all conversation that you had with any physician and/or other health care provider identified in your answer to Interrogatory No. 2 above, also including the names of any other individuals who were present at the time of any such conversations.

5.    Please state as precisely as possible where the alleged negligence of defendant New England Medical Center occurred, and the date(s) and time(s) of such occurrence.

1

•

6.   Please state fully and in complete detail everything that you allege defendant New England Medical Center did or failed to do in caring for, treating, and/or operating on you, upon which you base your allegations of negligence, setting forth each event in the order of its occurrence.

7.   Please describe in detail all injuries, illnesses, pains, or conditions that you claim to have suffered as a result of the alleged negligence of defendant New England Medical Center, including the parts of your body so affected, and the extent and duration of the injuries sustained.

8.   If as a result of the alleged negligence of defendant New England Medical Center you are claiming any present or permanent injuries, illnesses, pains, or conditions, please describe them fully, including the parts of your body so affected, and the extent of the injuries sustained.

9.   Please state the date upon which you first learned that you had suffered harm as a result of the alleged negligence of defendant New England Medical Center.

10.   If you received any medical treatment as a result of the alleged negligence of defendant New England Medical Center, please describe it fully and in detail as far as you are able, including the dates of any treatment received, the hospital or other facility where you received said treatment, and the names and addresses of any and all physicians who provided such treatment to you.

11.   If you claim that defendant New England Medical Center failed to obtain your informed consent, please set forth in full detail all facts upon which your claim is based.

12.   Please describe any physical injuries, illnesses, or conditions that you suffered from during the period 1997 to 2000, including in your answer the nature of any medical treatment received, the dates such medical treatment was received, and the names and addresses of any physicians or other health care providers who provided treatment to you.

13.   Please describe the nature and extent of any treatment that you have received at New England Medical Center *since* the time of the matters set forth in your Complaint, including in your answer the dates of any such treatment, the names of the physicians and/or other health care providers who provided such treatment to you, the nature of the physical condition for which you sought treatment, and any diagnoses and prognoses made.

14.   If you claim that you were wholly or partially incapacitated from work or other day-to-day activities as a result of the alleged negligence of defendant New England Medical Center, please describe the nature of such whole or partial incapacitation, the dates of such whole or partial incapacitation, whether you were confined to a hospital, your home, someone else's home, or your bed, and describe how the injuries you claim to have suffered as a result of the alleged negligence of defendant New England Medical Center rendered you incapacitated.

2

15.    Please provide an itemized account of all losses or expenses that you incurred as a result of the alleged negligence of defendant New England Medical Center, stating with particularity those losses or expenses which are attributable to hospitals, doctors, medicines, co-payments, ambulances, mental health care, nursing, physical therapy, and/or any other medical care, loss of earnings or earning capacity, and loss of benefits.

16.    If as a result of the alleged negligence of defendant New England Medical Center you are seeking to recover for economic losses, including but not limited to the costs or expenses of hospitals, doctors, medicines, ambulances, co-payments, mental health care, nursing care, physical therapy, other medical care, loss of earnings, and/or loss of benefits, please set forth in detail whether any such loss has been or will be replaced, compensated, indemnified, or paid for directly by:

(a) Social Security, and if so, please state the amount so compensated, replaced, indemnified or paid directly;

(b) Any state or federal income disability or worker's compensation act, and if so, please identify the income disability or worker's compensation act, and state the amount compensated, replaced, indemnified, or paid directly;

(c) Any health, sickness, or income disability insurance, and if so, please identify the health, sickness, or income disability insurance, the name of the policy holder, the date the policy was issued, the date the policy terminated, and the amount compensated, replaced, indemnified, or paid directly;

(d) Any accident insurance that provides health benefits or income disability coverage, and if so, please identify the accident insurance providing such health benefits or income disability coverage, and state the amount compensated, replaced, indemnified, or paid directly;

(e) Any contract or agreement of any group, organization, partnership, or corporation to provide, pay for, or reimburse the cost of medical, hospital, dental or other health care services, and if so, please describe the contract or agreement, identify the group, organization, partnership, or corporation, and state the amount compensated, replaced, indemnified, or paid directly;

(f) By any contract or agreement to continue to pay, in whole or in part, your wages or income, and if so, describe the contract or agreement and the amount compensated, replaced, indemnified, or paid directly;

(g) Medicare, Medicaid, public welfare, and/or any other state or federal source, and if so, please identify the source, and state the amount compensated, replaced, indemnified, or paid directly; and

(h) Any other collateral source of benefits whatsoever, and if so, describe each source and state the amount compensated, replaced, indemnified, or paid directly.

•

17.    If any physician and/or other health care provider has ever criticized the treatment
       provided to you by defendant New England Medical Center, please state the name and
       address of the person who made the criticism, the date the criticism was made, and the
       substance of the criticism.

18.    If you were working at the time of alleged negligence of defendant New England Medical
       Center, please describe your job, the name and address of your employer, the wages,
       salary or profit you were receiving at the time, and the average number of hours per week
       that you worked.

19.    If you are working at the present time, please describe your job, the name and address of
       your employer, the wages, salary or profit you are receiving for such work, and the
       average number of hours per week that you work.

20.    If you claim that you lost any time from your occupation (or schooling) as a result of the
       alleged negligence of defendant New England Medical Center, please state the name and
       address of your employer (or school); a description of your job responsibilities (or course
       work) prior to the time of the alleged negligence; your average weekly income and the
       average number of hours that you worked per week prior to the time of the alleged
       negligence; the dates during which you lost time from your occupation (or school); and
       state when, if ever, you were able to resume your full responsibilities at your job (or
       school) after the time of the alleged negligence.

21.    Please state the name, current address, and telephone number of all persons who are
       witnesses to any incident, occurrence, event, fact or circumstance upon which any of the
       allegations of your Complaint are founded, specifying to what occurrence, event, fact or
       circumstance each such person is a witness.

22.    Please state the full name and address of each person whom you expect to call upon as an
       expert witness at trial, identifying as to each:

       (a)    The subject matter on which the expert witness is expected to testify;
       (b)    The substance of the facts and opinions to which each such expert is expected to
              testify; and
       (c)    A summary of the grounds for each opinion of each such expert.

                              The defendant,
                              NEW ENGLAND MEDICAL CENTER,
                              By its attorneys,

                              Daniel J. Griffin, Esq. (BBO# 211300)
                              Jennifer Hartunian, Esq. (BBO# 660902)
                              Martin, Magnuson, McCarthy & Kenney
                              101 Merrimac Street
                              Boston MA 02114
                              617-227-3240

                                      4

## CERTIFICATE OF SERVICE

I, Jennifer Hartunian, counsel for defendants Erol Onel, M.D. and New England Medical Center, hereby certify that on this 20th day of April, 2007, I served a copy of the following document:

    (X)    DEFENDANT EROL ONEL, M.D.'S INTERROGATORIES TO BE
             ANSWERED BY PLAINTIFF DONALD S. KOBACK

upon all parties/counsel of record by mailing the same via first class mail, postage pre-paid, to:

Mr. Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street
Boston, MA 02110

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

                                       Jennifer Hartunian, Esq. (BBO# 660902)
                                       Martin, Magnuson, McCarthy & Kenney
                                       101 Merrimac Street
                                       Boston MA 02114
                                         617-227-3240