U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Division                                    Docket No.  05-10798-WGY

_____
DONALD S. KOBACK, *pro se*                     )
             Plaintiff,                           )
                                                  )
v.                                             )
                                                  )
JOHN P. LONG, JR., M.D., ET AL.,               )
             Defendants.                          )
_____)

## RENEWED JOINT MOTION OF THE DEFENDANTS, JOHN P. LONG, JR., M.D., METROWEST MEDICAL CENTER, EROL ONEL, M.D., AND NEW ENGLAND MEDICAL CENTER TO DISMISS THE PLAINTIFF'S COMPLAINT FOR FAILURE TO COMPLY WITH COURT ORDER

NOW COME the Defendants, John P. Long, Jr., M.D., Metrowest Medical Center, Erol Onel, M.D. and New England Medical Center and respectfully renew their request that this Honorable Court DISMISS the Plaintiff's Complaint WITH PREJUDICE based on the plaintiff's failure to comply with a COURT ORDER.  In support thereof, the defendants state as follows:

BACKGROUND FACTS

    1.      This is an action for medical malpractice.

    2.      The plaintiff alleges that the defendants were negligent in rendering urological

care to him.

    3.      Specifically, the plaintiff alleges that the defendants' negligence caused or

contributed to severe-genitourinary damage.

    4.      The defendants deny that they were negligent in rendering care to the plaintiff,

and further state that they complied with the applicable standard of care at all relevant times.

The defendants state that nothing they did or failed to do caused harm to the plaintiff in any way.

5.      On or about January 18, 2007, the defendant John P. Long, M.D. noticed the deposition of the plaintiff, Donald S. Koback, for January 31, 2007.

6.      The plaintiff filed Objections to that notice, requesting that this Honorable Court strike the notice of deposition and terminate his testimony.

7.      On or about January 24, 2007, this Honorable Court, Young J. presiding, denied the plaintiff's motion.  (**See** **Order of the Court attached hereto as Exhibit A**).

8.      The deposition of the plaintiff was then taken off and scheduled for a new date pending production of additional documents.  On or about March 21, 2007, the defendant John P. Long, Jr., M.D. renoticed the deposition of the plaintiff, Donald S. Koback, for 10:00 a.m. on Tuesday, April 3, 2007.

9       The plaintiff filed no opposition to the taking of his deposition.  The plaintiff did not contact counsel for Dr. Long or request a continuance, a new date or any other consideration.

10.     The notice of taking deposition was served certified mail, return receipt requested.

11.     The return receipt for the notice of deposition was signed for by the plaintiff Donald S. Koback on March 24, 2007 (**See** **green card receipt attached hereto as Exhibit B**).

12.     On Tuesday, April 3, 2007, all defense parties convened at the office of Adler, Cohen, Harvey, Wakeman & Guekguezian, LLP, 75 Federal Street, 10th Floor, Boston at 10:00 a.m. for the taking of deposition of the plaintiff in this matter, Donald S. Koback.

13.     Mr. Koback failed to appear.

14.     At 10:45 a.m., the parties created a record thereof and filed a Motion to Dismiss the Complaint for failure to comply with a court order.

15.     On May 14, 2007 this Honorable Court denied that Motion and ordered the plaintiff to appear for deposition within thirty (30) days.

16.     On or about May 21, 2007, the defendant John P. Long, Jr., M.D. renoticed the deposition of the plaintiff, Donald S. Koback, for 10:00 a.m. on Thursday, May 31, 2007.

17.     The plaintiff submitted Objections to the taking of his deposition to defense counsel.

18.     The plaintiff did not contact counsel for Dr. Long or request a continuance, a new date or any other consideration.

19.     The notice of taking deposition was served certified mail, return receipt requested.

20.     The return receipt for the notice of deposition was signed for by the plaintiff Donald S. Koback on May 23, 2007 (**See green card receipt attached hereto as Exhibit C**).

21.     On Thursday, May 31, 2007, all defense parties convened at the office of Adler, Cohen, Harvey, Wakeman & Guekguezian, LLP, 75 Federal Street, 10th Floor, Boston at 10:00 a.m. for the taking of deposition of the plaintiff in this matter, Donald S. Koback.

22.     Mr. Koback failed to appear.

23.     At 10:45 a.m., the parties created a record thereof, which is attached hereto as **Exhibit D**. The record includes copies of the plaintiff's written Objections.


ARGUMENT

24.     This Honorable Court ordered the plaintiff to appear for deposition testimony. The plaintiff has willfully failed to comply with the Order of the Court. Failure to comply with a Court Order is grounds for dismissal of the action with prejudice.

25.     The defendants should not be made to carry the burden of the plaintiff's willful failure to appear on two (2) separate occasions.

WHEREFORE, for all of the foregoing reasons, Defendants, John P. Long, Jr., M.D., Metrowest Medical Center, New England Medical Center, Inc. and Erol Onel, M.D. respectfully request that this Honorable Court DISMISS the plaintiff's Complaint with prejudice.


The Defendant,
JOHN P. LONG, JR., M.D.
By his Attorneys,

<s> Judith Feinberg
_____
Bernard Guekguezian, BBO #559191
Judith Feinberg, BBO #647511
     Adler, Cohen, Harvey, Wakeman
   & Guekguezian, LLP
75 Federal Street, Tenth Floor
Boston, MA  02110
(617) 423-6674


The Defendant,
METROWEST MEDICAL CENTER
By its Attorneys,

<s> Barbara Hayes Buell
_____
Barbara Hayes Buell
Bloom & Buell
1340 Soldiers Field Road
Suite Two
Boston, MA  02135-1020
(617) 254-4400


The Defendants,
Erol Onel, M.D., and
New England Medical Center
By their Attorneys,

<s> Jennifer Hartunian
_____
Daniel J. Griffin, Esq.
Jennifer E. Hartunian, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA  02114

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on May 31, 2007.

*/s/ Judith Feinberg*

**Full docket text:**
Judge William G. Young : Electronic ORDER entered DENYING re [171] MOTION to Terminate Pursuant to Fed. R. Civ. P. Rule 30 by Donald S. Koback. (Paine, Matthew)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/02/2007 18:01:16 | | | |
| **PACER Login:** | aa0613 | **Client Code:** | 0500002101 |
| **Description:** | History/Documents | **Search Criteria:** | 1:05-cv-10798-WGY |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Donald S. Robuck
US Army Medical Res.
Command, Rel
62315

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Donald S. Robuck_  ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
Donald Robuck          3.2.04

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 2890 0004 8003 6760

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540


EXHIBIT 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Donald S. Kobrick
195 Sunnyside Av.
Woonsocket, R.I.
02895

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)

7007 0220 0003 5952 0185

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

DONALD KOBACK                                           MAY 31, 2007

PAGES: 1-9
EXHIBITS: 6

U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Division                Docket NO.: 05-10798-WGY

---

)
DONALD S. KOBACK, pro se,          )
                                   )
        Plaintiff                  )
                                   )
vs.                                )
                                   )
JOHN P. LONG, JR., M.D., ET AL.,   )
                                   )
        Defendants                 )

---

        SCHEDULED DEPOSITION OF DONALD S. KOBACK, a
witness called on behalf of the Defendant, John P.
Long, Jr., M.D., taken pursuant to the Massachusetts
Rules of Civil Procedure, before Karrie Smith, a
Certified Shorthand Reporter and Notary Public in and
for the Commonwealth of Massachusetts, at Adler,
Cohen, Harvey, Wakeman & Guekguezian, LLP, 75 Federal
Street, Boston, MA, on Thursday, May 31, 2007,
commencing at 10:46 a.m.

EPPLEY COURT REPORTING, LLC
Post Office Box 382
Hopedale, Massachusetts 01747
(508) 478-9795   (508) 478-0595 (Fax)

leppley@msn.com

b11f1218-0fc1-4dfc-b3bc-126079106838

DONALD KOBACK                                  MAY 31, 2007

Page 2

```
 1              A P P E A R A N C E S:
 2

    Representing John P. Long, M.D.:
 3         ADLER, COHEN, HARVEY, WAKEMAN & GUEKGUEZIAN,
           LLP
 4         75 Federal Street
           Boston, MA 02110
 5         BY: JUDITH FEINBERG, ESQ.
           (617) 423-6674  (617) 423-7152 (Fax)
 6

 7

 8  Representing Erol Onel, M.D. and Tufts New England
    Medical Center:
 9         MARTIN, MAGNUSON, MCCARTHY & KENNEY
           101 Merrimac Street
10         Boston, MA 02114
           BY: JENNIFER E. HARTUNIAN, ESQ.
11         (617) 227-3240  (617) 227-3346 (Fax)
12

13  Representing Metro West Medical Center, Framingham
    Union Hospital, Leonard Morse Hospital:
14         BLOOM & BUELL
           1340 Soldiers Field Road
15         Boston, MA 02135
           BY: BARBARA HAYES BUELL, ESQ.
16         (617) 254-4400  (617) 254-7610 (Fax)
17

18

19

20

21

22

23

24
```

EPPLEY COURT REPORTING, LLC
508.478.9795

DONALD KOBACK                                        MAY 31, 2007

Page 3

1                    I N D E X

2

3  DEPONENT                                          PAGE

4  DONALD S. KOBACK

5  Ms. Feinberg                                        4

6

7

8

9

10                 E X H I B I T S

11

12  NO.           DESCRIPTION                        PAGE

13   1            Notice of Deposition                4

14   2            Certified Mail Receipt              5

15   3            Objections to Deposition            5

16   4A           Motion                              5

17   4B           Court's Order                       5

18   5            Document Dated 5/13/07              6

19

20

21

22

23  (Original exhibits retained by Attorney Feinberg)

24

EPPLEY COURT REPORTING, LLC
508.478.9795

b11f1218-0fc1-4dfc-b3bc-126079106838

DONALD KOBACK                                        MAY 31, 2007

Page 4

P R O C E E D I N G S

*     *     *     *     *

1

2

3          MS. FEINBERG:  Good morning.  My name is

4    Judith Feinberg representing the defendant, John P.

5    Long, Jr., M.D.  We are here at the office of

6    Adler, Cohen, Harvey, Wakeman & Guekguezian, 75

7    Federal Street, 10th floor, Boston, Mass. on the

8    morning of May 31, 2007.

9          The deposition of the pro se plaintiff,

10   Donald S. Koback, in this matter was noticed for

11   today at 10:00 a.m.  We have not received any

12   communications from Mr. Koback indicating that he

13   is unable to appear or requesting a continuance to

14   another date.  It is now 10:45 a.m.

15          I would like to mark the notice of

16   deposition as Exhibit 1 if we could, please.

17          (Exhibit No. 1, Notice of Deposition,

18   marked for identification.)

19          MS. FEINBERG:  And we also have a copy of

20   the certified mail receipt for service of the

21   notice which was signed by Donald S. Koback dated

22   5/23/07.

23          I'd like to mark that as Exhibit 2,

24   please.

b11f1218-0fc1-4dfc-b3bc-126079106838

DONALD KOBACK                                          MAY 31, 2007

Page 5

1          (Exhibit No. 2, Certified Mail Receipt,
2     marked for identification.)
3          MS. FEINBERG:  Then we also have a set of
4     objections to the taking of this deposition filed
5     by Donald S. Koback.  He had requested that this
6     material be appended to the deposition transcript
7     as an exhibit, so why don't we mark that as
8     Exhibit 3 if we could, please.
9          (Exhibit No. 3, Objections to Deposition,
10    marked for identification.)
11         MS. FEINBERG:  Mr. Koback had also
12    previously filed a motion to terminate this
13    deposition pursuant to Federal Rule of Civil
14    Procedures 30 docketed on January 23, 2007.  And
15    the court had denied that motion.
16         I'd like to mark the motion and the
17    court's order denying it as Exhibits 4A and 4B, I
18    guess.
19         (Exhibit No. 4A, Motion, marked for
20    identification.)
21         (Exhibit No. 4B, Court's Order, marked for
22    identification.)
23         MS. FEINBERG:  And then we also have a
24    copy of paper numbered 203 from the docket in the

EPPLEY COURT REPORTING, LLC
508.478.9795

b11f1218-0fc1-4dfc-b3bc-126079106838

DONALD KOBACK                                      MAY 31, 2007

Page 6

1    case, the order of William G. Young, presiding

2    judge, United States District Court, ordering the

3    plaintiff, Mr. Koback, to appear for his deposition

4    in this case within 30 days from May 13, 2007 or

5    face dismissal of this action.

6              I'd like to mark that as the last

7    exhibit.

8              (Exhibit No. 5, Document Dated 5/13/07,

9    marked for identification.)

10             MS. FEINBERG:  And this is the second

11   occasion on which Mr. Koback's deposition has been

12   convened and he has failed to appear.  The parties

13   met previously on Tuesday, April 3rd, 2007 before a

14   court reporter.  Mr. Koback failed to appear at

15   that time as well.

16             I'd also like to represent on the record

17   that I have checked the website for the MBTA and it

18   indicates no delays, alerts or actions on the

19   Providence rail line coming into South Station.  I

20   believe that Mr. Koback's legal residence is in

21   Woonsocket, Rhode Island.

22             And therefore, it now being 10:52 a.m. on

23   my watch and Mr. Koback not having appeared, the

24   deposition is now suspended pending any comments on

b11f1218-0fc1-4dfc-b3bc-126079106838

DONALD KOBACK                                    MAY 31, 2007

Page 7

1    the record that my co-defense counsel would like to

2    make.

3            MS. BUELL:  I think the deposition should

4    be concluded.

5            MS. FEINBERG:  Can we go off the record

6    for a second.

7            (Recess taken 10:51 a.m. - 10:52 a.m.)

8            MS. FEINBERG:  So the parties agree to

9    suspend the deposition today pending further action

10    by the court.

11            And, Counselor, anything to add on behalf

12    of New England Medical Center?

13            MS. HARTUNIAN:  My name is

14    Jennifer Hartunian from Martin, Magnuson, McCarthy

15    & Kenney at 101 Merrimack Street in Boston.  I

16    represent the defendants Erol Onel, M.D. and Tufts

17    New England Medical Center and I hereby adopt the

18    exhibits of co-counsel on behalf of my clients.

19            MS. BUELL:  I'm Attorney Barbara Hayes

20    Buell, Bloom & Buell, 1340 Soldiers Field Road,

21    Boston, Mass. 02135.  I represent Metro West

22    Medical Center which is the consolidated operator

23    of the hospitals formerly known as Framingham Union

24    Hospital and Leonard Morse Hospital and likewise --

b11f1218-0fc1-4dfc-b3bc-126079106838

DONALD KOBACK

MAY 31, 2007

Page 8

1    I'm here on behalf of that defendant and likewise

2    adopt the exhibits and positions stated by sister

3    counsel.

4              MS. FEINBERG:   And we are suspended.

5              (Whereupon the deposition was suspended at

6    10:53 a.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

b11f1218-0fc1-4dfc-b3bc-126079106838

DONALD KOBACK                                              MAY 31, 2007

Page 9

1    COMMONWEALTH OF MASSACHUSETTS
     Middlesex, ss.
2

3

4            I, KARRIE SMITH, a Certified Shorthand
     Reporter and Notary Public in and for the Commonwealth
5    of Massachusetts, do hereby certify that the foregoing
     deposition was taken before me on the 31st day of MAY,
6    2007;

7            That said deposition was taken before me at
     the time and place therein set forth, and was taken
8    down by me in shorthand and thereafter transcribed
     into typewriting under my direction and supervision;

9

10

11           I further certify that I am neither counsel
     for nor related to any party to said action, nor in
12   any way interested in the outcome thereof.

13

14           IN WITNESS WHEREOF, I have subscribed my
     name and affixed my seal this 1st day of June, 2007.
15
     _____
16   Karrie Smith, Notary Public in and for
     the Commonwealth of Massachusetts
17   My Commission expires: August 23, 2007

18

19   PLEASE NOTE:
             THE FOREGOING CERTIFICATION OF THIS
20   TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION OF THE
     SAME BY ANY MEANS UNLESS UNDER THE DIRECT CONTROL
21   AND/OR DIRECTION OF THE CERTIFYING REPORTER.

22

23

24

b11f1218-0fc1-4dfc-b3bc-126079106838

Koback

EXHIBIT NO. 1

5|31|07
K. SMITH

U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Division

Docket No. 05-10798-WGY

```
DONALD S. KOBACK, pro se                    )
                Plaintiff,                  )
                                            )
v.                                          )
                                            )
JOHN P. LONG, JR., M.D., ET AL.,            )
                Defendant.                  )
                                            )
```

**To:**    Donald S. Koback, *pro se*
           195 Sunnyside Avenue
           Woonsocket, Rhode Island  02895

Please take notice that at **10:00 a.m.** on **Thursday, May 31, 2007**, at the offices of Adler,

Cohen, Harvey, Wakeman & Guekguezian, LLP, 75 Federal Street, Tenth Floor, Boston,

Massachusetts, the defendant in this action, John P. Long, Jr., M.D., will take the deposition

upon oral examination of the plaintiff, **Donald S. Koback**, pursuant to the applicable provisions

of the Federal Rules of Civil Procedure, before a Notary Public in and for the Commonwealth of

Massachusetts, or before some other officer authorized by law to administer oaths.  The oral

examination will continue from day to day until completed.

You are invited to attend and cross-examine.

The Defendant,
JOHN P. LONG, JR., M.D.
By his Attorneys,

CERTIFICATE OF SERVICE

hereby certify that a true copy of the above document
.as served upon the attorney of record for each other
party by mail-hand-on  ⅝/ ⁷/ ( )

Bernard Guekguezian, BBO #559191
Judith Feinberg, BBO #647511
Adler, Cohen, Harvey, Wakeman
  & Guekguezian, LLP
75 Federal Street, Tenth Floor
Boston, MA  02110
(617) 423-6674



EXHIBIT NO. 2
Lobel
5/31/07
K. SMITH

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Donald S Kobrak
195 Sunnyside Ave.
Woonsocket, R.I.
02895

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ☐ Agent
  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
5/07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)

7007 0220 0003 5452 0185

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Division                                    Docket No.  05-10798-WGY

DONALD S. KOBACK, *pro se*                          )
        Plaintiff,                               )
                                                 )
v.                                                  )
                                                 )
JOHN P. LONG, JR., M.D., ET AL.,                    )
        Defendant.                               )

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS, ANSWERS TO DEPOSITION QUESTIONS, DOCUMENTS (DUCES TECUM) PRODUCED AT THE PRESENT DEPOSITION, CLAIMS OF PRIVILEGE WITH RESPECT TO SAID NOTICE OF DEPOSITION, AND DEPOSITION OF DONALD S. KOBACK, PLAINTIFF (THURSDAY, MAY 31, 2007, 10:00 A.M. LAW OFFICE OF ADLER, COHEN, HARVEY, WAKEMAN & GUEKGUEZIAN, LLP - Defendant, John P. Long, JR. ... THIRD (3rd) NOTICE OF, AND TAKING OF DEPOSITION OF PLAINTIFF, DONALD S. KOBACK)

1.

Notice of Deposition, and
Depositions of Plaintiff,
Donald S. Koback on January
31, 2007, April 3, 2007,
and May 31, 2007 (122
days differential) by Defendant
John P. Long, Jr., M.D., et. al.
(EROL ONEL, M.D., New England
medical Center defendants),
which have been previously
taken, waived, forfeited,
are, at this point in time,
null and void, Plaintiff,
Donald S. Koback incorporates
by reference as if fully
set forth herein word
for word, number for number,
punctuation mark for punctuation
punctuation mark, Court
DOCUMENT [203] and where
Court Document [203] aims
at the depositions of January
31, 2007 and April 3, 2007,
this Court Document aims
at all three (3), the instant
Notice of Deposition, and the
taking thereof.

2.

U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Division                                   Docket No.  05-10798-WGY

| | |
|---|---|
| DONALD S. KOBACK, *pro se*<br>          Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| JOHN P. LONG, JR., M.D., ET AL.,<br>          Defendant. | )<br>)<br>)<br>) |

**To**:    Donald S. Koback, *pro se*
195 Sunnyside Avenue
Woonsocket, Rhode Island  02895

Please take notice that at **10:00 a.m.** on **Thursday, May 31, 2007**, at the offices of Adler,

Cohen, Harvey, Wakeman & Guekguezian, LLP, 75 Federal Street, Tenth Floor, Boston,

Massachusetts, the defendant in this action, John P. Long, Jr., M.D., will take the deposition

upon oral examination of the plaintiff, **Donald S. Koback**, pursuant to the applicable provisions

of the Federal Rules of Civil Procedure, before a Notary Public in and for the Commonwealth of

Massachusetts, or before some other officer authorized by law to administer oaths.  The oral

examination will continue from day to day until completed.

You are invited to attend and cross-examine.

The Defendant,
JOHN P. LONG, JR., M.D.
By his Attorneys,

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by mail hand on 5/21/07

Bernard Guekguezian, BBO #559191
Judith Feinberg, BBO #647511
Adler, Cohen, Harvey, Wakeman
 & Guekguezian, LLP
75 Federal Street, Tenth Floor
Boston, MA  02110
(617) 423-6674



In addition to which,
PLAINTIFF, DONALD S. KOBACK
Pursuant Federal Rule
of Civil Procedure,
Rule 10(c) ADOPTION BY
REFERENCE INCORPORATES
AND REFERS TO THE
FOLLOWING COURT DOCUMENTS
TO WIT (FURTHER OBJECTIONS,
ANSWERS TO DEPOSITION QUESTIONS,
DOCUMENTS PRODUCED (DUCES
TECUM), AND CLAIMS OF
PRIVILEGE)

4.

COURT DOCUMENT [    ] [    ]

AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF
DONALD S. KOBACK'S REQUEST FOR
ADMISSION;

COURT DOCUMENTS [    ], [    ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS
ANSWERS TO "INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS
ANSWERS TO "DEFENDANT METROWEST
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF DONALD S. KOBACK

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S RESPONSE TO
DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ]
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION
1. through and including 99
signed under Pains and Penalties of Perjury 5/20/2007 DSK

Donald P. Koback May 20, 2007
ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE
HEREIN, Federal Rules of Civil Procedure, RULE 10 (C)

*[left margin, rotated]* AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES? OF PERJURY
By PLAINTIFF, DONALD S. KOBACK
See Court Documents

*[left margin small, rotated]* Spelling? Affidavit

*[right margin, rotated]* Signed Under Pains and Penalties of Perjury
Donald S. Koback

*[right margin, rotated]* THIS Court Document Signed Under Pains and Penalties of Perjury



COURT DOCUMENT [        ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS,
ANSWER TO CLAIMS OF PRIVILEGE
WITH RESPECT TO

DEFENDANT NEW ENGLAND MEDICAL
CENTER'S INTERROGATORIE

TO BE ANSWERED BY PLAINTIFF DONALD S. KOBACK,

COURT DOCUMENT [        ] SUPPLEMENTS
TWENTY-THREE (23) INSERTS TO
PLAINTIFF, DONALD S. KOBACK'S
OBJECTIONS, ANSWERS TO, AND
CLAIMS OF PRIVILEGE, INTER ALIA,
WITH RESPECT TO
DEFENDANT ERIC ONEL, M.D. 'S INTERROGATORIE
TO BE ANSWERED BY PLAINTIFF, DONALD S. KOBACK.

COURT DOCUMENT [        ]
PLAINTIFF, DONALD S. KOBACK'S
OBJECTIONS, ANSWERS TO, AND CLAIMS OF
PRIVILEGE, INTER ALIA WITH RESPECT TO
DEFENDANT ERIC ONEL, M.D. 'S INTERROGATORIES
TO BE ANSWERED BY PLAINTIFF, DONALD S. KOBACK

Signed under pains and penalties of perjury

Donald J. Kobler
Donald S. Kobback
MAY 26, 2007

DEPOSITION CONCLUDES AS TO PLAINTIFF,
DONALD S. KOBACK (10:30 A.M. MAY 31, 2007)

Plaintiff Donald S. Koback
orally voices and signs
the jafore under pains
and penalties per
perjury on May 26,
2007. The original
hereof served by EXPRESS
OVENITE MAIL U.S.P.S. TO
ADLER COHEN, HARVEY & WAKEMAN,
& GUEKGUEZIAN, LLP (Attn.
Atty. at law, Feinberg & Guekguez-
ian) on May 28 2007 (May 29, 2007)
to be introduced into
the deposition record
described hereinbefore.

May 26, 2007

Donald S. Koback

Donald S. Koback
195 Sunnyside Avenue
WOONSOCKET
RHODE ISLAND 02895
401-76-2-2460
MAY 26, 2007
Donald S. Koback
7. May 27, 2007

## CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights privileges, or immunities, I, DONALD S. KOBACK PLAINTIFF, PRO SE, CIVIL ACTION NO. 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS (CERTIFICATE OF SERVICE) WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

*this certificate of service ORIGINAL to U.S. DISTRICT COURT*

*Copies of Document to*
*U.S. District Court*
*U.S. COURT of Appeals*

### 1. DOCUMENTS:

PLAINTIFF, DONALD S. KOBACK's OBJECTIONS, ANSWERS TO DEPOSITION QUESTIONS, DOCUMENTS (DUCES TECUM) PRODUCED AT THE PRESENT DEPOSITION; CLAIMS OF PRIVILEGE WITH RESPECT TO SAID NOTICE OF DEPOSITION, AND DEPOSITION OF DONALD S. KOBACK, PLAINTIFF (THURSDAY, MAY 31, 2007 10:00 A.M. LAW OFFICE OF ADLER, COHEN, HARVEY, WAKEMAN & GUEKGUEZIAN, LLP → Defendant, John P. Long, JR., M.D., ET. al, THIRD (3rd) NOTICE OF, AND TAKING OF DEPOSITION OF PLAINTIFF, DONALD S. KOBACK )

### 2. DEFENDANTS' ATTORNEYS AT LAW

*ORIGINAL EXPRESS & J.S.P.S.*

KARA A. BETTIGOLE

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite 100
Boston, MA 02135

JENNIFER HARTUNIAN

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110
Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

*NOTIFIED Person In Charge SPECIALITY CARE, LLC 626 Temple St., DUXBURY, MA. 02332*

DATE: MAY 29, 2007

SIGNED UNDER PAINS AND PENALTIES OF PER-JURY ON MAY 29, 2007

DONALD S. KOBACK, PLAINTIFF PRO SE    DATE: MAY 29, 2007

190    HOSPITAL—HOSPITALS

# Your Full-Service Acute Care Hospital

*[handwritten: DEPOSITION EXHIBIT]*

- **Complete Medical/Surgical Care**
- **Comprehensive 24-Hour Emergency Services**
- **Family-centered Maternity & 24 Hour Pediatric Care**
- **Full service outpatient services in the Hill Health Center**
- **Dedicated, State of the Art Women's Health Services Floor**
- **Home Health Care Provided by the VNA of Greater Milford-Northbridge Area**

**Milford Regional**
Milford-Whitinsville Regional Hospital

*[handwritten: DR. MARSHALL TOKSON, FRANKLIN, MA (NOW DEASED) primary care physician HMO BLUE referred me to METROWEST MEDICAL CENTERS]*

### Off-Site Services

**Pastorello Medical Center**
355 East Central St., Franklin, MA
Rehabilitation Services: 508-528-2748
Radiology: 508-528-6622

**Whitinsville Medical Center**
18 Granite St., Whitinsville, MA
Rehabilitation Services: 508-234-8792
Radiology: 508-234-7257

*[handwritten: 1-800-400-]* **508-473-1190**
*[handwritten: DOCS (see yellow page AD Below)]*

**Physician Referral Line:**
**508-473-6663**
*[handwritten: TOKSON handed me copy of Metrowest telephone cap (yellow pages)]*

**Hearing Impaired**
**508-473-5103**
*[handwritten: YELLOW PAGES 1-800-446-9631]*
*[handwritten: metrowest made appointment with Emanuel Friedman M.D.]*

100 Top Hospitals

www.milfordregional.org

14 PROSPECT STREET • MILFORD MA • AT THE JUNCTION OF ROUTES 140 & 16

---

▶ **Hospital Equip. & Supls.-Repairing & Refinishing**

GeClincial Services 1 Menfi Wy Hpdle ———6

▶ **Hospitals**

**ARBOUR-FULLER HOSPITAL**
Comprehensive Adolescent and Adult Behavioral Health Services
For 24 Hour Admissions Call ————800 82
200 May St S Attleboro ——————508 76

**CARITAS CHRISTI HEALTH CARE SYSTEM**
736 Cambridge Brighton ————— 617 78

**CARITAS NORWOOD HOSPITAL**
See Our Display Ad This Page
Call ————————————————781 769

**LAHEY CLINIC**

**Lahey CLINIC**
Lahey Staff and Services Directory
www.lahey.org
Lahey – Foxboro
113 Washington St.    508 543-
Lahey Clinic Medical Center, Burlington
Appointments ———————781 744-
Select A Physician ————————781 744-
Main Switchboard ————————781 744-
41 Mall Rd Burlington ——————781 744-

**LANDMARK MEDICAL CENTER**
115 Cass Av Woonsocket RI ———401 769-

**METROWEST MEDICAL CENTER/FRAMINGHAM UNION HOSPITAL**
See Our Display Ad This Page
115 Lincoln Framingham ——————383-1

---



Offering comprehensive medical, surgical, outpatient, wellness & homecare services to the MetroWest community.

# growing families
# caring hospital

**MetroWest Medical Center**

**Framingham Union Hospital**
**(508) 383-1000**
115 Lincoln, Framingham

**Leonard Morse Hospital**
**(508) 650-7000**
67 Union, Natick

**For Assistance in Locating a Doctor in Your Area, Call**
**1-800-400-DOCS**
(3637)

www.mwmc.com

tenet

---



# We Care For Your Family.



A full-service acute care community hospital with specialty services in primary care, cardiology, emergency services, ob/gyn, pediatrics, and advanced surgical services.

*[handwritten: John]*

**Caritas Doctor Finder**
**800-488-5959**
**24 Hour Emergency Services**
*[handwritten: EMANUEL FRIEDMAN, M.D.]*

**Caritas Norwood Hospital**
800 Washington Street, Norwood, MA 02062
**781-769-4000**
*Caritas Christi Health Care System*

U.S DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2007 JAN 23  P 12: 23

U.S DISTRICT COURT
DISTRICT OF MASS

EASTERN DIVISION
(BOSTON, MASS.)

DONALD S. KOBACK,
PLAINTIFF,
PRO SE,

VS.

WESTWEST MEDICAL
CENTER, ET. AL.,
DEFENDANTS

CIVIL ACTION NO:

1:05-CV-10798-

WGY

Koback
EXHIBIT. NO. 4A
5/31/07
K. SMITH

## MOTION TO TERMINATE
## PURSUANT TO FED. R. CIV. P. RULE 30

NOW COMES THE PLAINTIFF,
DONALD S. KOBACK, WHO MOVES
TO TERMINATE AB INITIO
WHAT PURPORTS TO BE A NOTICE
OF TAKING OF DEPOSITION
OF PLAINTIFF, DONALD S. KOBACK
UNDER MASSACHUSETTS LAW, HOURS BEFORE COURT,
"REQUEST FOR ORAL ARGUMENT."

Attached
copy of Notice (or what purports
to be NOTICE) of deposition. PLAINTIFF,
DONALD S. KOBACK INCORPORATED BY
REFERENCE HIS "STATEMENT OF OBJECTIONS."
DATED JANUARY 20, 2007 (as a separate) pleading

HEREIN WORD FOR WORD), (COURT DOCUMENT).

Said notice is violative of Fed.R.Civ.P.
Rule 30(a)(i), Rule 30(a)(2),
Rule 30(b), Rule 30(c), Rule 30(d)
for the reasons set forth herein
and, further, stating that said
notice or PURPORTED Notice is
in bad faith and, in such a
manner as unreasonable to
annoy, embarass, or oppress
the Plaintiff, Donald S. Koback,
WHEREFORE this motion should BE GRANTED.
JANUARY 21, 2007.

Motion to grant, Motion to Protect, motion to the to the Attestation of notice.

Respectfully submitted,

_____

Donald S. Koback
115 Sunnyside Avenue
Woonsocket, Rhode Island
02896

Donald S. Koback
January 22, 2007

Donald Koback
January 22, 2007



CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights privileges,
or immunities, I, DONALD S. KOBACK,
PLAINTIFF, PRO SE, CIVIL ACTION NO.'S
1:05-CV-10798-WGY, DONALD S.
KOBACK VS. METROWEST MEDICAL
CENTER, ET. AL.) HEREBY CERTIFY
THAT THE FOLLOWING DOCUMENTS
INCLUDING THIS CERTIFICATE OF
SERVICE WERE MAILED (FILED, EN ROUTE)
AND SERVED, POSTAGE PREPAID (U.S.P.S.)
ON THE FOLLOWING ATTORNEYS AT LAW
WHO REPRESENT OR ARE RETAINED BY
THE DEFENDANTS —

FILED, EN ROUTE
U.S. DISTRICT
COURT
1-22-2007

1. DOCUMENTS:

MOTION TO TERMINATE
+ Second Filing of
certificate of service

MOTION TO TERMINATE
PURSUANT TO F.R.CIV.P. RULE 3C;

SECOND FILING OF CERTIFICATE OF
SERVICE OF STATEMENT OF OBJECTION
TO U.S. DISTRICT;

STATEMENT OF OBJECTIONS;

ALL THREE (3) OF
THESE DOCUMENTS
SERVED ON
Defendants
Attorneys at Law
1-22-2007
along with
this
certificate
of
service

2. DEFENDANTS' ATTORNEYS AT LAW

KARA A.
BETTIGOLE

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
Martin, Magnuson, McCarthy &
Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Gueguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman
& Gueguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110
Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114

DATE: JANUARY 22, 2007
SIGNED UNDER PAINS AND PENALTIES OF PER-
JURY ON January 22, 2007

DONALD S. KOBACK, PLAINTIFF
PRO SE DATE: January 22, 2007

**Full docket text:**
Judge William G. Young : Electronic ORDER entered DENYING re [171] MOTION to Terminate Pursuant to Fed. R. Civ. P. Rule 30 by Donald S. Koback. (Paine, Matthew)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/02/2007 18:01:16 | | | |
| **PACER Login:** | aa0613 | **Client Code:** | 0500002101 |
| **Description:** | History/Documents | **Search Criteria:** | 1:05-cv-10798-WGY |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |



EXHIBIT 3
D. Koback
4/3/07



Koback
EXHIBIT NO. 4B
5/31/07
K. SMITH



**Full docket text:**

Judge William G. Young : Electronic ORDER entered. re [203] Joint MOTION to Dismiss for Failure to Comply with Court Order. "Without Hearing, Motion DENIED. The Defendants Read Too Much Into This Court's Earlier Denial of Mr. Koback's Motion to Strike. That Did Not Constitute An Order For Him To Appear. For The Proper Conduct of This Litigation, However, Mr. Koback Is Ordered to Appear for a (1) Day, (7) Hour, Deposition Within 30 Days of the Date of This Order or His Complaint Will Be Dismissed." (Paine, Matthew)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/30/2007 16:18:35 | | | |
| **PACER Login:** | aa0613 | **Client Code:** | 0500002101 |
| **Description:** | History/Documents | **Search Criteria:** | 1:05-cv-10798-WGY |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |