U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2007 JUN -6 P 12: 02
U.S. DISTRICT COURT
DISTRICT OF MASS.

PAGE 1

EASTERN DIVISION
(BOSTON, MASSACHUSETTS)

DONALD S. KOBACK,

Plaintiff,

VS.

METROWEST MEDICAL CENTER, LEONARD MORSE HOSPITAL, FRAMINGHAM UNION HOSPITAL, NEW ENGLAND MEDICAL CENTER, TUFTS UNIVERSITY SCHOOL OF MEDICINE, HMO BLUE OF MASSACHUSETTS, EMANUEL FRIEDMAN, M.D., JOHN P. LONG, M.D. AND EROL ONEL, M.D.,

Defendants

CIVIL ACTION
No.: 1:05-CV-10798-WGY

U.S. Court of Appeals

No. 07-1809

PLAINTIFF, DONALD S. KOBACK'S FURTHER

OPPOSITION TO "DEFENDANT, METROWEST MEDICAL CENTER'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED.R.CIV.P. 56(b)...", AND "EXHIBITS A, B, C, D, E, F...", AND "...BRIEF REGARDING THE CORPORATE STATUS OF METROWEST MEDICAL CENTER, LEONARD MORSE HOSPITAL, AND FRAMINGHAM UNION HOSPITAL..."

PAGE 2

PLAINTIFF, DONALD S. KOBACK, INCORPORATES BY REFERENCE AS IF FULLY SET FORTH HEREIN WORD FOR WORD, NUMBER FOR NUMBER, PUNCTUATION MARK FOR PUNCTUATION MARK, AND ADOPT BY REFERENCE ONCE ENTERED, FILED PURSUANT TO FED.R.CIV.P. RULE 10(c), Court Document [   ] hereinbefore once enumerated in futuro the title of this Court Document herein above.

ONCE AGAIN, PLAINTIFF, DONALD S. KOBACK REPEATS, AND REITERATES HIS OPPOSITION.

REASONS AND AUTHORITIES AS TO WHY THE DEFENDANT'S MOTION SHOULD NOT BE GRANTED

REASONS

1. Charitable entities simply a fraud;

2. FOR PROFIT, NEW YORK STOCK EXCHANGE TRADED TENET HEALTHCARE CORPORATION, 3820 STATE STREET, SANTA BARBARA, CALIFORNIA 93105, the parent company of METROWEST MEDICAL CENTER, METROWEST MEDICAL CENTER, INC., MetroWest Medical Center, MetroWest Medical Center, Inc., FRAMINGHAM UNION HOSPITAL, LEONARD MORSE HOSPITAL, TENET Metrowest Healthcare SYSTEM LTD. PARTNERSHIP, 99 LINCOLN ST., FRAMINGHAM, MASSACHUSETTS;

3. Dept. of Public Health and Secretary of the Commonwealth, Commonwealth of Massachusetts COMMUNICATED TO AND WITH PLAINTIFF, DONALD S. KOBACK THAT THERE WAS NO INC. OR INCORPORATED AFTER, OR PART OF THE NAME OF, ENTITY DESIGNATION FOR,

PAGE 3

NEITHER METROWEST MEDICAL CENTER NOR MetroWest Medical Center;

4. THE PLAINTIFF, DONALD S. KOBACK served a Summons and Complaint and Demand FOR JURY TRIAL WITH AFFIDAVIT THROUGH THE OFFICE OF THE MIDDLESEX DEPUTY SERVICE, FRAMINGHAM, MASSACHUSETTS UPON METROWEST MEDICAL CENTER/TENET Metrowest Healthcare SYSTEM LTD PARTNERSHIP at 99 LINCOLN STREET, FRAMINGHAM, MASSACHUSETTS WHOM the ABOVE STATE AGENCIES COMMUNICATED WERE ONE AND THE SAME;

5. DEFENDANT, METROWEST MEDICAL CENTER, HAS FAILED TO SHOW THAT ITS PARENT, OR SUPERIOR ENTITIES — TENET Metrowest Healthcare SYSTEM LTD PARTNERSHIP NOR TENET HEALTHCARE CORP. ARE CHARITABLE ENTITIE;


6. METROWEST MEDICAL CENTER FAILED TO PLEAD AS AN AFFIRMATIVE DEFENSE "Charitable entity", thereby waiving same;

7. No answer was ever filed by MetroWest Medical Central, Inc. NOR METROWEST MEDICAL CENTER, INC., or by their attorney(s) at law;

8. A charity is subject to suit;

<u>AUTHORITIES</u>

9. DEFENDANT, METROWEST MEDICAL CENTER DID NOT COMPLY WITH THE REQUIREMENTS OF FED.R.CIV.P. RULE 7.1 LOCAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT, by failing to identify and disclose;

10. DEFENDANT, METROWEST MEDICAL CENTER MUST COMPLY WITH LOCAL RULE 15.1 — TO WIT, AMEND TO ADD MetroWest Medical Center, Inc. AS DEFENDANT;

PAGE 5

For the "reasons" and "authorities" set forth above in opposition to DEFENDANT, METROWEST MEDICAL CENTER'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56(b) SHOULD NOT BE GRANTED.

11. PROOF OF SERVICE
ON TENET Metrowest Healthcare System LTD PARTNERSHIP
99 Lincoln St.
Framingham, Massachusetts

COPIES OF SAID SERVICE OF SUMMONS, COMPLAINT (AND DEMAND FOR JURY TRIAL) ON THE ABOVE DEFENDANT ON November 27, 2005 Contained on next, following three (3) pages

PAGE 6

add 3 pages

AO 440 (Rev. 10/93) Summons in a Civil Action

CASE NO.: 05-10798-WGY

## UNITED STATES DISTRICT COURT

EASTERN DIVISION (Boston) District of Massachusetts

Donald S. Koback
Plaintiff

v.

MetroWest Medical Center,

-et.al
defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05-10798 WGY

TO: (Name and address of Defendant)

TENET
MetroWest Healthcare System LTD Partnersl
MetroWest Healthcare System Limited Partners
99 LINCOLN STREET
FRAMINGHAM, MASS.

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald S. Koback, PRO SE
195 Sunnyside Ave
Woonsocket
Rhode ISLAND 02895

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

(By) DEPUTY CLERK

4-21-05
DATE



**JAMES V. DIPAOLA**
SHERIFF

*The Commonwealth of Massachusetts*
*Middlesex Sheriff's Office*
*Civil Process Division*
*P.O. Box 827*
*188 Concord Street*
*Framingham, Massachusetts 01701-0203*
*Phone (508) 872-3110 (508) 872-7831 • Fax (508) 872-3644*

Page 8

DONALD KOBACK
195 SUNNYSIDE Avenue
WOONSOCKET, RI 02895

Phone:(401)262-2460

Amount Due: $0.00
Invoice #:   05043748
Invoice Date: 12/28/2005

---

PLEASE NOTE: RETURN THIS TOP PORTION WITH YOUR PAYMENT

## Payment Due Upon Receipt         Writ: SUMMONS AND COMPLAINT

Please send a copy of this invoice with your remittance

DONALD KOBACK
vs.
METROWEST HEALTHCARE SYSTEM LTD PARTNERS

Invoice #:   05043748
Invoice Date: 12/28/2005

Serve:   METROWEST HEALTHCARE SYSTEM LTD PARTNERS
         99 LINOCLN Street
         FRAMINGHAM, MA

Served by Deputy Sheriff: RON HANSON 30
Service Date: 12/27/2005   Time:   11:20AM
Method of Service: In Hand

| Charge | Amount |
|---|---|
| Attest | 5.00 |
| Basic Service Fee | 30.00 |
| Conveyance | 0.90 |
| Postage and Handling | 1.00 |
| Travel | 10.88 |
| **Total Charges** | **47.78** |

| Payment Date | Check Number | Amount |
|---|---|---|
| 12/23/2005 | 556 | 47.78 |
| 12/23/2005 | 556 | 2.22 |
| **Payment Total** | | **50.00** |

Amount Due: $0.00

Refund Amount: $2.22
Refund Check to Follow

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

*Middlesex, ss.*

December 28, 2005

I hereby certify and return that on 12/27/2005 at 11:20AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to ARLENE CORBETT, agent, person in charge at the time of service for METROWEST HEALTHCARE SYSTEM LTD PARTNERS, at , 99 LINOCLN Street, FRAMINGHAM, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($0.90), Postage and Handling ($1.00), Travel ($10.88) Total Charges $47.78

_____
Deputy Sheriff

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
           Date                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2. YELLOW PAGES (TELEPHONE BOOK AD) OF DEFENDANT'S MetroWest Medical Center, FRAMINGHAM UNION HOSPITAL, LEONARD MORSE HOSPITAL with TENET SYMBOL AND THE NUMBER 1-800-400-DOCS, the service 3637, MetroWest Medical Center that PLAINTIFF DONALD S. KOBACK relied on to locate Emanuel Friedman, M.D., Robert Gould, M.D., Michael P. Donovan, M.D., Stanley Krauss, M.D., John P. Long, Jr., M.D.

Copy of yellow page advertisement follows on next page

PAGE 10

Insert page 1 after

## Your Full-Service Acute Care Hospital

**Milford Regional**
Milford-Whitinsville Regional Hospital

- Complete Medical/Surgical Care
- Comprehensive 24-Hour Emergency Services
- Family-centered Maternity & 24 Hour Pediatric Care
- Full service outpatient services in the Hill Health Center
- Dedicated, State of the Art Women's Health Services Floor
- Home Health Care Provided by the VNA of Greater Milford-Northbridge Area

### Off-Site Services

Pastorello Medical Center
355 East Central St., Franklin, MA
Rehabilitation Services: 508-528-2748
Radiology: 508-528-6622

Whitinsville Medical Center
18 Granite St., Whitinsville, MA
Rehabilitation Services: 508-234-8792
Radiology: 508-234-7257

**508-473-1190**

Physician Referral Line:
**508-473-6663**

Hearing Impaired
508-473-5103

100 Top Hospitals

www.milfordregional.org

14 PROSPECT STREET • MILFORD MA • AT THE JUNCTION OF ROUTES 140 & 16

[Handwritten annotations: PAGE 11; DR. MARSHALL TOKSON, FRANKLIN, MA (NOW DECEASED) primary care physician, HMO BLUE, referred me to METROWEST MEDICAL CENTERS; 1-800-400-DOCS (see yellow page ad below); TOKSON handed me copy of Metrowest telephone ad (yellow pages); YELLOW PAGES 1-800-446-9634; Metrowest made 1st appointment with EMANUEL FRIEDMAN, M.D.]



Offering comprehensive medical, surgical, outpatient, wellness & homecare services to the MetroWest community.

### growing families caring hospital

**MetroWest Medical Center**

**Framingham Union Hospital**
(508) 383-1000
115 Lincoln, Framingham

**Leonard Morse Hospital**
(508) 650-7000
67 Union, Natick

www.mwmc.com

For Assistance in Locating a Doctor in Your Area, Call
**1-800-400-DOCS**
(3637)

Tenet



## We Care For Your Family.

A full-service acute care community hospital with specialty services in primary care, cardiology, emergency services, ob/gyn, pediatrics, and advanced surgical services.

[Handwritten: John Long 3549; Emanuel Friedman, M.D.]

**Caritas Doctor Finder**
800-488-5959

**24 Hour Emergency Services**



**Caritas Norwood Hospital**
800 Washington Street, Norwood, MA 02062
**781-769-4000**
Caritas Christi Health Care System

▶ Hospital Equip. & Supls.-Repairing & Refinishing

GeClincial Services 1 Menfi Wy Hpdle ——

▶ Hospitals

ARBOUR-FULLER HOSPITAL
Comprehensive Adolescent and Adult Behavioral Health Services
For 24 Hour Admissions Call ——— 800 829-
200 May St S Attleboro ——— 508 761-

CARITAS CHRISTI HEALTH CARE SYSTEM
736 Cambridge Brighton ——— 617 78-

CARITAS NORWOOD HOSPITAL
See Our Display Ad This Page
Call ——— 781 769-

LAHEY CLINIC
Lahey Staff and Services Directory
www.lahey.org
Lahey – Foxboro
113 Washington St.    508 543-
Lahey Clinic Medical Center, Burlington
Appointments           781 744-
Select A Physician     781 744-
Main Switchboard       781 744-
41 Mall Rd Burlington  781 744-

LANDMARK MEDICAL CENTER
115 Cass Av Woonsocket RI ——— 401 769-

METROWEST MEDICAL CENTER/FRAMINGHAM UNION HOSPITAL
See Our Display Ad This Page
115 Lincoln Framingham ——— 383-1

13. Served person in charge, (Attn): President and/or chief executive officer Tenet Healthcare Corp 3820 State Street Santa Barbara, California 93105 on 1-16-06

which party failed to answer, and failed to disclose pursuant to Fed. R. Civ. P. RULE 7.1

PAGE 12

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7007 0220 0002 8213 4626

Sent To: Tenet Healthcare Corp
Street, Apt. No.; or PO Box No.: Chief Executive Officer 3820 State St
City, State, ZIP+4: Santa Barbara, Calif. 93105

PS Form 3800, August 2006        See Reverse for Instructions

Wherefore, "DEFENDANT METROWEST MEDICAL CENTER'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56(b) should not be granted.

BY DONALD S. KOBACK

*[signature: Donald S. Koback]*

DONALD S. KOBACK
PLAINTIFF, PRO SE
195 SUNNYSIDE AVE.
WOONSOCKET
RHODE ISLAND 02895
Telephone: 401-96-2-2460

PAGE 13

# CERTIFICATE OF SERVICE

Without waiving any rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, (CIVIL ACTION NO.: 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

## 1. DOCUMENTS:

PLAINTIFF, DONALD S. KOBACK'S FURTHER OPPOSITION TO "DEFENDANT, METROWEST MEDICAL CENTER'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56(b), AND "EXHIBITS A, B, C, D, E, F", AND "... BRIEF REGARDING THE CORPORATE STATUS OF METROWEST MEDICAL CENTER, LEONARD MORSE HOSPITAL, AND FRAMINGHAM UNION HOSPITAL..."

## 2. DEFENDANTS' ATTORNEYS AT LAW

KARA A. BETTIGOLE
Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

JENNIFER HARTUNIAN
Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th Floor
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114

Chief Executive Officer, Tenant Healthcare Corp., 3820 State St., Santa Barbara, Calif. 93105

Person In Charge, Specialty Care, LLC, 626 Temple St., Duxbury, MA 02332 — NOTIFIED —

DATE: 5-30-2007

SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON MAY 30, 2007

_Donald Koback_
DONALD S. KOBACK, PLAINTIFF PRO SE  DATE: MAY 30, 2007