U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Eastern Division                                                                  Docket No. 10798-WGY

| | |
|---|---|
| DONALD S. KOBACK, *pro se* )<br>      Plaintiff, )<br>)<br>v.  )<br>)<br>JOHN P. LONG, JR., M.D., ET AL., )<br>      Defendant. )<br>) | **Notice of Appearance** |

    Please enter our appearance in the above-captioned matter.

                                      The Defendant,
                                      SPECIALTY CARE, LLC
                                      By his Attorneys,

                                      <s> Judith Feinberg

                                      Bernard Guekguezian, BBO #559191
                                      Judith Feinberg, BBO #647511
                                      Adler, Cohen, Harvey, Wakeman
                                         & Guekguezian, LLP
                                       75 Federal Street, Tenth Floor
                                       Boston, MA  02110
                                       (617) 423-6674

Dated: