# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-1411

DONALD S. KOBACK,

Plaintiff, Appellant,

v.

METROWEST MEDICAL CENTER, ET AL.,

Defendants, Appellees.

Before

Boudin, _Chief Judge_,
Torruella, Lynch, Lipez and Howard,
_Circuit Judges_.

JUDGMENT

Entered: May 18, 2007

The appeal is dismissed because the district court has not yet adjudicated all claims against all parties and the various interlocutory orders enumerated in the notice of appeal are not subject to immediate review.

The request for en banc hearing is denied.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_(signed)_
Deputy Clerk

Date: JUN 0 8 2007

By the Court:

Richard Cushing Donovan, Clerk.

LYNNE ALIX MORRISON

By: _____
    Appeals Attorney.

[cc: Messrs: Koback, Griffin, Gould, Connors, Guekguezian, Halpern, Ms. Feinberg, Ms. Hartunian, Ms. Jensen and Ms. Buell]