# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>005-10798-WGY</u>

DONALD S. KOBACK
Plaintiff

v.

METROWEST MEDICAL CENTER
LEONARD MORSE HOSPITAL
FRAMINGHAM UNION HOSPITAL
NEW ENGLAND MEDICAL CENTER
JOHN P. LONG, M.D.
EROL ONEL
Defendant

<u>ORDER OF DISMISSAL</u>

<u>YOUNG,D.J.</u>

This Court Orders that Defendants' Motion to Dismiss is Allowed and the above entitled action be and hereby is Dismissed

Sarah A. Thornton
Clerk

/s/ Elizabeth Smith
By:  _____
Deputy Clerk

June 25, 2007

Notice mailed to counsel of record.