UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2007 JUN 26 A 11:08
U.S. DISTRICT COURT
DISTRICT OF MASS.

EASTERN DIVISION
(BOSTON, MASSACHUSETTS)

DONALD S. KOBACK
    Plaintiff

V.

METROWEST MEDICAL CENTER, LEONARD MORSE HOSPITAL, FRAMINGHAM UNION HOSPITAL, NEW ENGLAND MEDICAL CENTER, TUFTS UNIVERSITY SCHOOL OF MEDICINE, EMANUEL FRIEDMAN, M.D., JOHN P. LONG, M.D., and EROL ONEL, M.D.
    Defendants

Civil Action No.
1:05-CV-10798-WGY

## Notice of Appeal

Notice is hereby given that Donald S. Koback, Plaintiff, in the above named case hereby appeal to the United States Court of Appeals for the First Circuit from

the final judgment — Judge William G. Young: Electronic ORDER entered DENYING [207] Motion to Join Specialty Care, LLC and Crosbie-MacDonald Pursuant to Federal Rules of Civil Procedure, Rule 19, Who Are Needed for this Adjudication entered in this action on 6/8/2007, on the 8th. day of June, 2007.

*Donald S. Koback*
Donald S. Koback
Plaintiff-Appellant
195 SUNNYSIDE AVENUE
WOONSOCKET
RHODE ISLAND 02895
June 22, 2007

Enclosure: Copy of above ORDER.

3

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was entered on 6/8/2007 at 12:21 PM EDT and filed on 6/8/2007
Case Name:      Koback v. Metrowest Medical Center et al
Case Number:    1:05-cv-10798
Filer:
Document Number:         No document attached

Docket Text:
Judge William G. Young : Electronic ORDER entered DENYING [207] Motion to Join Specialty Care, LLC and Crosbie-MacDonald Pursuant to Federal Rules of Civil Procedure, Rule 19, Who Are Needed for this Adjudication. (Paine, Matthew)

1:05-cv-10798 Notice will be electronically mailed to:
Barbara Hayes Buell bhb@bloombuell.com
Joseph D. Halpern joseph.halpern@bcbsma.com
David M. Gould Dgould@ficksmanconley.com
Daniel J. Griffin, Jr dgriffin@mmmk.com
A. Bernard Guekguezian abg@achwg.com
Matthew R. Connors mconnors@ficksmanconley.com
Judith M. Feinberg jf@achwg.com
Jennifer E. Hartunian jhartunian@mmmk.com

1:05-cv-10798 Notice will not be electronically mailed to:

Lynda R. Jensen
Martin, Magnuson, McCarthy and Kenney
101 Merrimac St.
7th Floor
Boston, MA 02215

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

/4

## CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, CIVIL ACTION NO.: 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

### 1. DOCUMENTS:

Notice of Appeal

[left margin:] Notice of Appeal / 6/8/2007 ORDER DENYING JOINT MOTION TO PURSUANT TO Fed.R.Civ.P. 19

### 2. DEFENDANTS' ATTORNEYS AT LAW

KARA A. BETTIGOLE → Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite [?]
Boston, MA 02135

Daniel J. Griffin, ESQ.
JENNIFER HARTUNIAN → Lynda Riesgo Jensen, ESQ.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

[right margin:] Person In Charge SPECIALTY CARE, LLC 626 Temple St, Duxbury, MA. 02332

DATE: JUNE 25, 2007
SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON 25th. DAY OF JUNE, 2007

*[signature]* DONALD S. KOBACK, PLAINTIFF PRO SE   DATE: JUNE 25, 2007