FILED
IN CLERKS OFFICE

2007 JUN 27 A 11: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION
(BOSTON, MASSACHUSETTS)

DONALD S. KOBACK,
Plaintiff, pro se

V.

METROWEST MEDICAL
CENTER, LEONARD MORSE
HOSPITAL, FRAMINGHAM
UNION HOSPITAL, NEW
ENGLAND MEDICAL CENTER,
TUFTS UNIVERSITY SCHOOL
OF MEDICINE, EMANUEL
FRIEDMAN, M.D., JOHN P. LONG,
M.D., HMO BLUE OF MASSACHU-
SETTS, BLUE CROSS/BLUE
SHIELD OF MASSACHUSETTS,
ERUL ONEL, Andover
Urology Associates of
Andover, Massachusetts,
Defendants

Civil Action
No. 05-CV-
10798-
WGY

PLAINTIFF, DONALD S. KOBACK'S
OPPOSITION TO "RENEWED
JOINT MOTION OF THE DEFENDANTS
JOHN P. LONG, JR., M.D., METROWEST
MEDICAL CENTER, EROL ONEL, M.D.,
AND NEW ENGLAND MEDICAL CENTER
TO DISMISS THE PLAINTIFF'S COMPLAINT
FOR FAILURE TO COMPLY WITH
COURT ORDER"

Plaintiff, DONALD S. KOBACK
HEREBY OPPOSES "RENEWED
JOINT MOTION OF THE DEFENDANTS,
JOHN P. LONG, JR., M.D., METROWEST
MEDICAL CENTER, EROL ONEL, M.D.,
AND NEW ENGLAND MEDICAL
CENTER TO DISMISS THE PLAINTIFF'S
COMPLAINT FOR FAILURE TO COMPLY
WITH COURT ORDER".

Memorandum of Reasons and
Supporting Authorities Why the
above-entitled "MOTION..." should not
be granted, including citation
of supporting authorities.

2

COURT ORDER

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was entered on 5/14/2007 at 12:19 PM EDT and filed on 5/14/2007
Case Name:       Koback v. Metrowest Medical Center et al
Case Number:    1:05-cv-10798
Filer:
Document Number:      No document attached

Docket Text:
Judge William G. Young : Electronic ORDER entered. re [203] Joint MOTION to Dismiss for Failure to
Comply with Court Order. "Without Hearing, Motion DENIED. The Defendants Read Too Much Into This
Court's Earlier Denial of Mr. Koback's Motion to Strike. That Did Not Constitute An Order For Him To
Appear. For The Proper Conduct of This Litigation, However, Mr. Koback Is Ordered to Appear for a (1)
Day, (7) Hour, Deposition Within 30 Days of the Date of This Order or His Complaint Will Be Dismissed "
(Paine, Matthew)

1:05-cv-10798 Notice will be electronically mailed to:
Barbara Hayes Buell b)@bloombuell.com
Joseph D. Halpern joseph.halpern@bcbsma.com
David M. Gould Dgould@ficksmanconley.con.
Daniel J. Griffin, Jr dgriffin@mmmk.com
A. Bernard Guekguezian abg@achwg.com
Matthew R. Connors mconnors@ficksmanconley.com
Judith M. Feinberg jf@achwg.com
Jennifer E. Hartunian jhartunian@mmmk.com

1:05-cv-10798 Notice will not be electronically mailed to

Lynda R. Jensen
Martin, Magnuson, McCarthy and Kenney
101 Merrimac St.
7th Floor
Boston, MA 02215

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

3

Pursuant to Court Order and
Fed. R. Civ. P. RULE 30(d)(2)
"... a deposition is limited to
one day of seven hours."

Defendants, John P. Long, Jr., M.D.,
Ero) Onel, M.D., and New ENGLAND
MEDICAL CENTER WILFUL VIOLATION
OF LAW, Fed. R. Civ. P. RULE 30(d)(2)
ON (3) three separate NOTICES OF,
AND TAKING OF DEPOSITIONS OF
PLAINTIFF, DONALD S. KOBACK
by insisting intransigently
on their NOTICE OF DEPOSITION
that the "... examination shall
Continue from day to day until
Completed." Speech which
is compelled beyond (7) SEVEN
hours violates the First Amend-
ment, FIFTH AMENDMENT, AND
FOURTEENTH AMENDMENDMENT. 2007
U.S. CONSTITUTION &6 SIC

FURTHER REASONS and Citations
of authorities are as
follows: [COURT DOCUMENT [209]

WHICH COMMENCES ON NEXT PAGE.
Donald W Back
June 6, 2007

4

COURT DOCUMENT [209] OPPOSITION TO [203]

JOINT MOTION OF Long, OK, NEMC
Court Document
DISMISS COMPLAINT
COURT DOCUMENT [209] OPPOSITION

[203] U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION
(BOSTON, MASSACHUSETTS)

Civil Action
No.:
1:05-CV-
10798-
WGY

DONALD S. KOBACK
PLAINTIFF, PRO SE

V.

U.S. COURT
OF APPEALS

07-1411

METROWEST MEDICAL
CENTER; LEONARD
MORSE HOSPITAL;
FRAMINGHAM UNION
HOSPITAL; NEW
ENGLAND MEDICAL
CENTER; TUFTS
UNIVERSITY SCHOOL
OF MEDICINE; EMANUEL
FRIEDMAN, M.D.; JOHN
P. LONG, M.D.; HMO
BLUE OF MASSACHUSETTS;
BLUE CROSS/ BLUE
SHIELD OF MASSACHUSETTS;
UROLONEL, Andover
Urology, of Andover,
Massachusetts;
DEFENDANTS

COURT DOCUMENT [209] IN OPPOSITION TO COURT DOCUMENT [203]

COURT DOCUMENT [209]

5

PLAINTIFF, DONALD S. KOBACK'S OPPOSITION TO "JOINT MOTION OF THE DEFENDANTS, JOHN P. LONG, JR., M.D., EROL ONEL, M.D., AND NEW ENGLAND MEDICAL CENTER TO DISMISS THE PLAINTIFF'S COMPLAINT FOR FAILURE TO COMPLY WITH COURT ORDER"

Refer to page 40 supra. (Numbers: reverse side)

Plaintiff, Donald S. Koback hereby, herewith opposes "JOINT MOTION OF THE DEFENDANTS, JOHN P. LONG, Jr., M.D., EROL ONEL, M.D., AND NEW ENGLAND MEDICAL CENTER TO DISMISS THE PLAINTIFF'S COMPLAINT FOR FAILURE TO COMPLY WITH COURT ORDER".

Plaintiff, Donald S. Koback's memorandum of reasons (U.S. DISTRICT COURT, DISTRICT OF MASSACHUSETTS, LOCAL RULE 7.1) INCLUDING CITATIONS OF SUPPORTING AUTHORITIES, WHY THE MOTION SHOULD NOT BE GRANTED.

"REQUEST FOR ORAL ARGUMENT."

6

# MARTIN, MAGNUSON, McCARTHY & KENNEY

ATTORNEYS AT LAW
101 MERRIMAC STREET
BOSTON, MASSACHUSETTS 02114-4716
TELEPHONE: (617) 227-3240
TELECOPIER: (617) 227-3346
WWW.MMMK.COM

A PROFESSIONAL CORPORATION

CHARLES P. REIDY, III
DANIEL J. GRIFFIN, JR.
PAUL R. KEANE
JOHN P. MULVEY
PAUL M. McTAGUE
EDWARD F. MAHONEY
DOUGLAS A. ROBERTSON
KEVIN C. REIDY
STEPHEN M. O'SHEA
——

SEAN M. ENNIS
MICHAEL J. KEEFE*
MARIA L. MAZUR
MICHAEL A. MURPHY+# ^
ANTHONY R. BRIGHTON
MICHAEL B. DOHERTY+
ALEXANDRA CASTRO+
LAUREN P. MARINI
CALISTA L. MAHARAJ
JENNIFER E. HARTUNIAN+
CATHLEEN B. CLARK

SENIOR COUNSEL
RAYMOND J. KENNEY, JR.

OF COUNSEL
NADINE NASSER DONOVAN+#

EDWARD F. HENNESSEY (1949-2007)
EPHRAIM MARTIN (1927-1988)
HAROLD E. MAGNUSON (1933-1999)
CLEMENT MCCARTHY (1951-1985)

* ALSO ADMITTED IN CT
+ ALSO ADMITTED IN RI
^ ALSO ADMITTED IN DC
# ALSO ADMITTED IN NY
• ALSO ADMITTED IN FL
+ ALSO ADMITTED IN CA

April 20, 2007

Mr. Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

> Re:   Donald S. Koback
> Vs.   Onel, M.D. et al.
>       U.S. District Court, Civil Action 05-10798-WGY

Dear Mr. Koback,

In connection with the above-referenced case, enclosed please find copies of the following documents:

1.  Defendant Erol Onel, M.D.'s Interrogatories to be answered by Plaintiff Donald S. Koback;

2.  Defendant New England Medical Center's Interrogatories to be answered by Plaintiff Donald S. Koback; and

3.  Defendants Erol Onel, M.D. and New England Medical Center's Request for Production of Documents to Plaintiff Donald S. Koback

Please serve your response to the Request for Production of Documents within 30 days, or by May 21, 2007. Please serve your answers to the Interrogatories within 45 days, or by June 4, 2007.

MARTIN, MAGNUSON, McCARTHY & KENNEY

Thank you for your attention to this matter.

Very truly yours,

Jennifer Hartunian
Daniel J. Griffin, Jr.

Enclosures
cc:     Barbara Buell, Esq.
        Judith Feinberg, Esq.

1. The defendants are in possession of each and every word, date that I would state at a deposition;

2. Request for Production mentioned in their motion to dismiss served on MAY 14, 2007 on the Plaintiff, Donald S. Koback, delayed deposition until due — MAY 21, 2007 (See letter from EROL ONEL, M.D. AND NEW ENGLAND MEDICAL CENTER DEFENDANTS dated April 20, 2007 — SAID Letter inserted hereat, constitutes part and parcel hereof); See reverse page 3 & 3A

3. NOTWITHSTANDING DEFENDANTS JOHN P. LONG, Jr., M.D., EROL ONEL, M.D. AND NEW ENGLAND MEDICAL CENTER'S POSTPONEMENT CANCELLATION OF THEIR SCHEDULED DEPOSITION FOR A "NEW DATE PENDING PRODUCTION OF ADDITIONAL DOCUMENTS" (See Defendants Joint motion paragraph 8) and DESPITE THEIR SLIP SHOD, NON SEQUITUR SCHEDULING SEEMINGLY INADVERTENTLY to put the tail before the dog — premature deposition before production of documents the Plaintiff, Donald S. Koback OFFERS HEREWITH, HEREBY

9



COURT DOCUMENT [198]

OBJECTIONS

See Federal Rules of Evidence
RULES ENUMERATED IN
COURT DOCUMENT [198].

ADOPTION BY REFERENCE
Fed. R. Civ. P. RULE 10(c)

See additional
"objections" which
follow this page
as well as "Answer & Responses
followed by privilege claims
of privilege, Assertions of privilege"

10

FOR EACH OBJECTION, BELOW, PLAINTIFF, SPECIFICALLY DOES NOT WAIVE EACH AND EVERY PRECEDING OBJECTION.

OBJECTION. Attorney client privilege.

OBJECTION: Discovery imposes reciprocal obligations. The defendants constitute one unit. The failure of defendant M.D. Emanuel Friedman to respond, to plaintiff, Donald S. Woback's Request for Admission constitutes a failure of the defendant, M.D. John P. Long. Jr. co-conspirator.

OBJECTION: Pursuant to Fed. R. Civ. P. RULE 26(3), the defendants, including defendant M.D. John P. Long. Jr. have violated the dictates of promptly filing and serving RULE 26(3)(A), 26(3)(B), 26(3)(C) in addition to Rule 26(a)(1) and 26(a)(2) & initial disclosures.

OBJECTION: Without waiving attorney client privilege, and the objections above, documents (RULE 34) or answers (RULE 33) with respect thereto not in plaintiff, Donald S. Woback's possession, custody or control BCBS.

OBJECTION: All material, relevant USDHHS medical and hospital record disclosures, filed, served on all defendants.

OBJECTION: Said Request for Production and Interrogatories Seek immaterial and/or irrelevant and/or documents or answers, and/or which documents or answers requested or interrogated seek things wherein the prejudice outweighs

Donald S. Woback    12-30-2006

any probative value asserted and/or
that things (answers, documents)
are not of a type or a kind
which would not properly be admitted
leaving their weight to the fact
finder, judge and/or jury)

OBJECTION: Defendant seeks little
more than a scintilla.

OBJECTION: Defendant seeks matter
(answers and documents) relating to
out-of-court declarants - hearsay.

OBJECTION: Plaintiff Donald S.
Koback raises an objection to
each and every hearsay exception
which the defendants claim.

OBJECTION: As plaintiff does
not seek loss of income, but
rather compensatory and punitive
damages for hospital bills, medical
bills, loss of consortium, pain and
suffering, physical mental
injuries, infection's, discoloration
of penis, scrotum, disfigurement
loss of function.

OBJECTION: WITHOUT WAIVING THE
AFORE ANSWERED (RULE 33) and afore-
produced (Rule 34), Plaintiff Donald S.
Koback answers and/or produces
as follows: NO FURTHER ANSWER REQUIRED,
RULE 33
NONE. RULE 34

OBJECTION: WITH WAIVING each and
every single objection above,

12

the plaintiff produces [in Request
for Production 1, 2, 3, 4, 5, 6, 7, 8, 9, 10,
11, 12, 13, 14.] LETTER TO BLUE CROSS
BLUE SHIELD, New England Medical Center,
et.al written by Michael P.
Donovan, M.D. (See signature) on
behalf of the plaintiff, Donald Skoback
dated December 28, 1999; and
appointment card dated 6/28/5
1:45 RECEIVED FROM M.D. JOHN P. LONG,
JR. who was standing behind his
receptionist waving good-bye to the
plaintiff, Donald S. Koback

OBJECTION. WITHOUT WAIVING OBJECTIONS
AFORESAID, plaintiff, Donald S. Koback
is also known as DONALD STANLEY KOBACK,
OBJECTION TO SOCIAL SECURITY NUMBER
question, D.O.B: 12/17/51, 145
Sunnyside Ave, WOONSOCKET, RHODE
ISLAND, lawyer
OBJECTION: PLAINTIFF, DONALD S. KOBACK
OBJECTS TO ALL ANSWERS AND DOCUMENTS SOUGHT
TO PROVE THE TRUTH OF THE MATTER ASSERTED,
ACCORDING TO THE DEFENDANT'S PRIGGISH,
tunnelled, One-sided vision, perspective
fraught with overzealous inaccuracies
OBJECTION. without waiving above
objections, documents or answer sought
seek to by the defendant John P. Long,
M.D. John P. Long, Jr. seek to prop up an insufficient
defense, or to dredge up redundant,
immaterial, impertinent and/or scandalous MATTER

13

Without waiving above,
OBJECTION: Said documents and answers sought by the defendant, M.D. John P. Long, Jr. are being presented for an improper purpose such as to harass, or to cause unnecessary delay and needless increase in the cost of litigation.
OBJECTION: WITHOUT WAIVING ABOVE Plaintiff's objections are reasonably based on a lack of information or belief.
OBJECTION: Without waiving the above, when plaintiff, Donald S. Kobach entered M.D. John P. Long, Jr.'s office waiting area the plaintiff went directly to the receptionist about 15 minutes later, When plaintiff Donald S. Kobach entered M.D. JOHN P LONG'S OFFICE THE PROSTHESIS WAS EXTRUDING, OR PROTRUDING, OUT OF THE LEFT SIDE OF THE PENIS, but not yet out of the urethra. Plaintiff, Donald S. Kobach spoke the day before to Dr. Michael P. Donovan's receptionist and she made plaintiff aware that he should come in immediately, she further intimates that the plaintiff is one of Dr. Michael P. Donovan's patients.
OBJECTION: OBJECTION TO REQUEST FOR PRODUCTION ARE TO THE WHOLE, RESERVE MOTIONS IN LIMINE VOIR DIRE
SUPPLEMENT; PLAINTIFF, DONALD S. KOBACK RESERVES RIGHT TO SUPPLEMENT AS TO OTHER DEFENDANTS AS WELL AS THIS DEFENDANT, M.D. John P. Long, JR, M.D.
ONCE THEY COMPLY WITH PLAINTIFF'S DISCOVERY

14

NEW ENGLAND

ANSWERS

RESPONSES

COGNIZANT THAT I HAVE

(CIVIL ACTION) BY PLAINTIFF DTC

was imminent DOB Neves, Med Cent

Tufts Univ. School of Medicine terminated

their relationship with themselves and

encouraged and conspired with said Eric

ONEL to take a position with Andover

Urology in this act of terminating

separation from Del Mega del

was to defraud intended to defraud

the plaintiff of due because they

knew well that the was no justice there

coverage it for an of long with of the

employ or termination all of the term of

the Summer of of smaller

Demand for the to reserved

Evidence of of of a report

fraud under hand from

On Feb 27, 2000 see one

...

LOSS OF

SLEEP APNIA

Dear one, ma, ... the created ... and Nov 1, 2000 ... but the ... was ... filled with stubborn infections the new prosthesis was laid upon this infected, was of course copiously "flushed with" anti-bacteria treated, but the hospital you set out with a new foreign body ... focus bodies and lingering internal infection in your stay and the hospital could have been ... than 2 days — a month — 31 days ... "Cup flushing vapor system could have been ...

MARTIN, MAGNUSON, McCARTHY & KENNEY
"85" MERRIMAC STREET
BOSTON, MASSACHUSETTS 02114-4716

Mr. Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

16

17

a Stubborn infections
these.ii was laid upts this infected
copiously "anti-bacteria flushed with
you set out with a non foreign body
dies and lingering internal infection
y act the hospital could have be
days - a north - 31 days Cop
in system could have been doctor Ln

MARTIN, MAGNUSON, McCARTHY & KENNEY
101 MERRIMAC STREET
BOSTON, MASSACHUSETTS 02114-4716

Mr. Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

18

ORIGINAL    Donald Steubed January 6, 200

OBJECTION (34)  [INCLUDED IN WHOLE OR IN PART]  OBJECTION (Continued) (33)  1-4-2007    June-MID July, 1992 (INJECTIONS)    Invasive Irrigation

Plaintiff made each doctor in this [civil] action aware of this etiology, from begin 9-25-92 onward to end, up to that point in time — 9-15-92 (injection), through foreign bodies, surgeries, infections, injuries, they each acknowledged their awareness.

but stated they would examine past records whatever else the doctor (which they failed, refused, or neglected to do, ACTING knowingly, DISREGARDED)

I explained in no uncertain terms, the desultory performance of the past defendant doctors and hospitals and that I needed their assurances and promises that they were ready, able, and willing to ameliorate (or [improve]) what was left of him when he stood before them. they represented that they were ready, willing and able to improve. Plaintiff made clear that he understood such representations to be material (of great weight + importance) and so he asked, whether he could, should, or would rely on said material representations that Sacks should could, and, in his shoes, would rely. plaintiff asked whether they intended for him to rely on these material representations and they [so] responded by said to declaring, expressly that they intended for him to rely on their representations. Plaintiff made I perfectly clear that he would not go forward unless or except for the material representations which they intended for him to rely on and which was about and did rely reasonably not to his substantial detriments

... OBJECTION (continued)
(33)                                              (34)

... the doctors and their attendants blurted
out spontaneously or claimed that
they were treating him to au contraire (to the
... no mistakes, errors, etc                    contrary
things which needed to be done, left          or
undone, res ipsa loquitur,                    promised
ræs gestae (res gestae), res fungibles.       to ameliorate)

20

~~Title~~ Emanuel Friedman

At ~~any time~~ Some date and time, prior to
8-4-1998,

Single dose — 21 hours priapism

triple dose = 8 days Priapism

HE SHOWED ME

In full syringe ~~~~ dose — I was terrified at full dose
· no vacume was ever discussed    After 8 days priapism
✓ Implant of multiple ~~pros~~ piece Renile prosthetic ↓
twill be the cure-all                    7-15-92

Emanuel Friedman — Viagra — to treat
complaints of pain — handful — and wrote a Viagra
✓ while I was hospitalized knowing that    prescription
such drugs were contraindicated and    for the
only exacerbated the pain — an act    plaintiff
of cruelty ~~date~~    Donald
    Hebert
    which he
    handed to
    the plaintiff

~~Title~~ continued

③

Sum up with Reserve

Right to serve additional 33+34

⑱ Req for Admission
    to M.D. Emanuel Friedman

21

1-508-875-2001 (of 95 Lincoln St, FRAMINGHAM, MASSACHUSETTS U.S.A.

After implanting his penile prosthetic device

Dr. Emanuel Friedman

Telephone No. 1-508-875-2001

"Cracked a JOKE" Let's hope these penile prosthesis isn't defective — Sometimes the deflation mechanism doesn't deflate and sometimes the balloon-ball in your scrotum, which pumps air or fluid into the balloons on the two sides of your penis has pin holes in it so it doesn't inflate

(4) After the surgery I had many follow-up doctor's office visits with Dr Emanuel Friedman begging him to show how the deflation mechanism functioned.

On each occassion (sp?) he pumped the ball in my scrotum making my penis even harder then he touched the deflation mechanism

On each follow-up he failed to deflate pumped it up, saw that the pain was increasing, my condition worsening — all with a grin

Tel No. 1-508-370-7703   and to the urethra outer lining
139 LINCOLN STREET
FRAMINGHAM, MASS. 01701 USA        disassembled, broken

Infected
Pulled with grasping forceps upon prosthetic device(s)
Pulled down into the bladder
DESPITE PULLING with grasping forceps upon
the remains of the John P. Doe, Jr prosthetic device
"Curiously" the remains of THE Penis
Right side prosthetic device(s) were
sutured or stitched in and out of the
outside of my penis and the inner lining
or wall of my penis leting(sp?) in
or exposing the inside of my penis and
the rest of my body to external (out
side of my body) i.e. bacteria,
germs, living organisms of every type and description
dirt, grime, chemicals which exist in the outdoor world
— sutured or stitched to urethra
— tortuous urethra ←
— dysfunctional, disassembled, and/or broken
penile prosthesis pulled out of hold
holes, puncture wounds in my penis
or prosthese move out through the
urethra

Row 34
3x4
3x4

⑤   In addition,
Dr. John P. Long JR
Tel. No. 1-508-370-7703 as
liable   denoted above

DBW 10-18-2006

23

RESPONSES AND

FURTHER ANSWERS. OF Plaintiff, Donald S. Koback in accord

The medical "treatment" of each and every medical doctors named below and the hospital "treatment" of each and every hospital named below was desultory, substandard leaving Donald S. KOBACK with a zero (0) inch penis, persistent, incurable penis, scrotum, bladder, stomach INJURIES, right leg limp, infection, and foreign bodies throughout his urogenital, reproductive system to this very day and into the future. Joint and several, joint venturers, HISTORY, RES Gestae (6 gestae), res ipsa loquitur res fungibles

— 2 injections (overdoses) causing priapism by EMANUEL FRIEDMAN, M.D., between June 15, 1992 and July 20, 1992 Emergency irrigation of penis, scrotum, etc. during same period at Leonard Morse Hospital, MetroWest Medical Center August

— AUGUST 4, 1993 — Surgery by Emanuel Friedman M.D. at Leonard Morse Hospital, MetroWest Medical Center

— MAY 20, 1998 — VIAGRA PRESCRIPTION FROM EMANUEL FRIEDMAN, M.D. To Donald S. Koback dated 02/25/00

— Year 2000 A.D. OFFICE notes of Emanuel Friedman, M.D., Leonard Morse Hospital, METROWEST MEDICAL CENTER TO EROL ONEL, M.D., John P. Long, M.D., New England Medical Center concerning Donald S. Koback within Statute of Repose

24

Robert S. Gould, M.D., Leonard Morse Hospital METROWEST, MEDICAL CENTER, attempted explant (surgery) removal of infected, broken, fragmented penile prosthesis

Feb. 27, 2000

Eval Onel, John P. Long, JR, et.al, New England Medical Center, Tufts University School of Medicine remove surgically (explant) part of fragmented infected prosthesis (penile scrotum stomach) left behind by Robert S. Gould, M.D., and Emanuel Freedman, M.D., Leonard Morse Hospital, METROWEST MEDICAL CENTER

NOVEMBER 1, 2000
Eval Onel, M.D., John P. Long, M.D., et. al. of New England Medical Center, et.al. implant "new" prosthetic penile, scrotum device

November 12 - Nov 13, 2004
John P. Long, Jr., M.D. a/k/a John P. Long, M.D. explant, surgically remove unsuccessfully penile prosthesis, fragments thereof, leaving plaintiff Donald S. Koback wife with infection

25

Answers, Responses

EXPERT MEDICAL REPORT
Court
Docket #6 Letter
from Dr Michael P. Donovan
Filed 05/9/2005
Entered 05/20/2005

Court
Document #1

FILED 04/12/2005
ENTERED 04/26/2005

Federal Rule of Civil
Procedure RULE 10(c)
ADOPTION BY REFERENCE

26

ANSWERS, RESPONSES

See Court Documents [154],
[194], [195], [196], [197],
[200], [201] ADOPTION BY
REFERENCE. Federal Rules of
Civil Procedure RULE 10(c)

27

ANSWERS EXPERT MEDICAL REPORT RESPONSES

# NEW ENGLAND
# UROLOGY
## ASSOCIATES, LLC.

Stanley E. Kraus, M.D., I
Michael P. Donovan, M.D., I

**139 Lincoln Street**
**Framingham, MA 01702**

**508-370-7703**
**Fax 508-370-7701**

20 Hope Aven
Waltham, MA 021!

December 28, 1999

Re: Donald Koback

To: Blue Cross and blue Shield of Massachusetts

I have had a chance to evaluated Mr. Koback for severe organic erectile dysfunction. This has been an ongoing problem since a penile prosthesis was ex-planted in April of 1995. On his most recent evaluation in November of 1999 his penis has progressed to the point where it is a severely shortened nonfunctional fibrotic penis. Because of the degree of scar tissue present it was felt that no current erectile dysfunction treatment or even a new penile prosthesis would adequately correct his problem. I have recommended that Mr. Kobak go to a urology center in Virginia to be evaluated for penile reconstruction. I feel this is one of his only options available since there are no centers in Massachusetts that are capable of doing this kind of surgery.

Mr. Kobak has had significant mental health issues due to his condition. Therefore I would like to expedite any coverage issues for him to go to Virginia. Please feel free to contact me with any questions.

Sincerely,

Michael P. Donovan M.D.

28

ANSWERS, RESPONSES

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EASTERN DIVISION (BOSTON, MASSACHUSETTS) | CIVIL ACTION No: 1:05-CV-10798-WGY |
| DONALD S. KOBACK, Plaintiff, V. | U.S. COURT OF APPEALS (FIRST CIRCUIT) No. 07-1471 |
| METROWEST MEDICAL CENTER, LEONARD MORSE HOSPITAL, FRAMINGHAM UNION HOSPITAL, NEW ENGLAND MEDICAL CENTER, TUFTS UNIVERSITY SCHOOL OF MEDICINE, HMO BLUE OF MASSACHUSETTS, EMANUEL FRIEDMAN, M.D., JOHN P. LONG, M.D., AND EROL ONEL, M.D., Defendants | |

MEDICAL AFFIDAVIT OF SYED RAZVI, M.D.
ON BEHALF

29

OF HIS PATIENT, PLAINTIFF, DONALD S. KOBACK
WHICH REBUTS "DISCLOSURE OF EXPERT
TESTIMONY OF DAVID KAUDER, M.D.
ON BEHALF OF JOHN P. LONG, JR., M.D.
IN ACCORDANCE WITH FED. R. CIV. P.
26(a)(2)(B)"

I, SYED RAZVI, M.D., MILFORD MED-CARE,
INC., 160 SOUTH MAIN ST., MILFORD, MASSACHU-
SETTS 01757 have, possess a complete
and accurate history of my patient,
Donald S. Koback, Plaintiff herein.
I have read the report dated
March 19, 2007 of the hired,
non treating physician, DAVID H.
Kauder, of 400 Highland Avenue,
Salem, Massachusetts purporting
to provide his opinion as to the
care, treatment furnished by
John P. Long, JR., M.D. to our
mutual patient Donald S. Koback,
plaintiff herein.
I SYED RAZVI, M.D. am the treating
physician of Donald S. Koback, my
patient.
I am well acquainted with the
disastrous, invasive (injection) therapies,
extreme, nearly terminal, gangrenous

30

31

priapism, multiple surgeries, in-
cluding those surgeries of John P.
Long, JR., M.D., also known as John
P. Long, M.D. on November 12, 2004
and November 13, 2004 at MetroWest
Medical Center, Framingham Union
Hospital as well as said Long, M.D.'s
earlier treatment · (two sugeries)
on February 27, 2000 and Novem-
ber 1, 2000 at New England Medical
Center which reduced Donald
S. Koback's penis from an
original 8 inches, through
successive, contraindicated surgeries
to 0 (ZERO) inches — the result
at the end of the last surgery
by John P. Long, JR., M.D., on Novem-
ber 12, November 13, 2004. I am
also well acquainted with his
medical and hospital records.
I, SYED RAZVI, M.D. am qualified
based on my education, training,
and experience to render, and
hereby do render a medical
opinion. I do have a medical
opinion based on a reasonable degree
of medical certainty, that mal-
practice, error(s), and mistake(s)
of John P. Long, JR., M.D. was the

32

direct cause of Donald S. Kobock's current condition which I have diagnosed, treated and continue to treat. It is also my opinion that the foregoing by the above named was the proximate cause of my patient's injuries — with infections and foreign bodies (prosthetic penile fragments) remaining in his body up until the present time, as well as a limp in right leg. Attached is my previous medical report affidavit which is made a part hereof.

Signed under pains and penalties of perjury on 20th. of APRIL 2007.

X _____

SYED RAZVI, M.D.

33

U.S. DISTRICT COURT
Boston, Massachusetts

DONALD S. KOBACK
PLAINTIFF,
PRO SE,

VS.

METROWEST MEDICAL
CENTER, ET. AL,
        DEFENDANTS

Civil Action No:
1:05-cv-10798-
        WGY

## AFFADAVIT
SYED RAZVI, M.D.  Fed. R. Civ. P. RULE 56(e)
28 UNITED STATES CODE §1331, §1332

I, Syed Razvi, M.D., MILFORD MED-CARE
160 South Main Street, Milford, Massachu-
setts certify as follows:

## HISTORY OF PATIENT (DONALD S. KOBACK)

My patient, Donald S. KOBACK gleaned,
glanced from his medical records by Syed
Razvi, M.D., has consistently, credibly
maintained that his physician
Emanuel Friedman, M.D. INJECTED

34

AND ADVISED SAID PATIENT To INJECT
<sub>UNWITTING</sub>
OVERDOSES OF PAPAVERINE AND/OR
other drugs, chemicals, INTO the
side of his penis causing extremely
severe priapism which lasted
21 hours and 8 days respectively (EVENTS);
further, said Emanuel Friedman,
M.D, later, when said patient
was hospitalized for depression
AND WAS suffering from pain in his
penis and scrotum, handed and
prescribed Viagra pills to said patient (Events)
           The above events
were ill advised and contraindicated.
Invasive therapies — emergency
irrigation of the penis and
surgical implants-would never have
resulted but for this ill-advised
and contraindicated treatment,
and, moreover, proximately caused thereby.

DIAGNOSIS: VASCULOGENIC
IMPOTENCE, PENIS SHRINKAGE Secondary
to above history, MIGRAINE HEADACHES, etcetera.
  Post surgical bladder infection, limp

PROGNOSIS: LIFE LONG Urogenital
difficulties on every level.

Signed under pains and penalties of
perjury.

Syed Razvi, M.D.
✱ DATE: 17/18/06
Telephone No.: 508-478-2760



**AMBULATORY PATIENT VISITS**

KOBACK ,DONALD
191 39 58
12/17/1951

02 25 00

Emanuel Friedman MD & Center — Eric Uney MD New England Medical Center — February 25 2000

Medical record N.Y. G.C. Rev. 5/91 6/91 VE. org to reorder and Copy Contact 46373

~ Presented for consultation + opinion re impotence + ? ↑ infertility.

48 yo attorney.

Now totally impotent with very short penis ī no erections

Approx 9 years ago had a first cavernous injection to induce erection → lasted 18 hours then subsided 2 weeks later had a second injection → 8 day priapism; became painful on sixth day. 8th day ER at Leonard Morse — Dr Friedman performed emergency irrigation → Detumescence.

1 month later placement ∫ 3 piece pump penile prosthesis. Functional at first although only 2-3" long 6 months later onset ∫ pain + failure to detumesce. Approx few months later — Rod extruded from urethra and/or septum.

Part ∫ prosthesis removed surgically by Dr G— portion remains. Then had attempted injection Rx at UMass —unsuccessful. Alcohol - Now ↑↑ on 1-2 6/pints/c

PMH - Depression - ON lithium - Smoke 2-3 packs/day x 15 years.

P/E. Short Flaccid Penis.

(L) Rod + ? (R) proximal extruded palp. Suprapubic Fat Pad ↑↑ .

Imp. Impotence ī short penis + retained part ∫ prosthesis.

Plan ① Semirigid ... ② Removal.

DUV ī AP DNEZ is Mont ...

Additional claims AND ASSERTIONS
OF PRIVILEGE —

Physician-patient, inter alla
DONALD S. KOBACK
RESERVES RIGHT, PRIVILEGE, immunities
to claim or assert additional
privileges, including sub-heading
privacy.

PRIVILEGE(S)

37

HIS OBJECTIONS, ANSWERS, RESPONSES, AND CLAIMS OF PRIVILEGE. (' SAID INSERTED HEREAT.) PLAINTIFF, DONALD S. KOBACK RECEIVED two (2) cell phone calls from John P. Long stating he "wish to cancel" the depositions on January 31, 2007 (day of Defendant, Emanuel Friedman Motion for Summary Judgment HEARING)

Court Document [143]

and April 3, 2007 at 6:30 A.M. respectively stating I should respond to their Request For Production of Documents;

4. Defendants EROL ONEL and NEW ENGLAND MEDICAL CENTER LACK STANDING TO FILE THE INSTANT MOTION TO DISMISS AT BAR;

5. Court Document [198] Adoption by Reference Fed. R. Civ. P. RULE 10(c);

38

6. Defendants John P. Long Jr., M.D., Erol Onel, M.D., AND NEW ENGLAND MEDICAL CENTER NOT PREJUDICED IN ANY WAY BY THEIR CANCEL<sup>LATION</sup> OF DEPOSITION) AS THEY POSSESS PLAINTIFF, DONALD S. KOBACK OBJECTIONS, ANSWERS, RESPONSES, AND CLAIMS OF PRIVILEGE — See #4 above AND RESPONSES TO DEFENDANT EROL ONEL AND NEW ENGLAND MEDICAL CENTER'S REQUEST FOR PRODUCTION Signed on May 14, 2007, served May 15, 2007;

7. CAPTION, LACKING ALL PARTIES, IS VOID;

8. Fed. R. Civ. P. RULE 30(a)(2)(B) the person, Plaintiff, Donald S. Koback to be examined has already been deposed in the case;

9. Cancelled depositions waives depositions;

39

CROSS EXAM — deposition
John P. Long, Erol Onel, New England Medical Center

U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION
( BOSTON, MASSACHUSETTS)

Civil Action No.:

1:05-CV-
10798-WGY

DONALD S. KOBACK
PLAINTIFF, PRO SE

V.

U.S. COURT OF
APPEALS

07-1411

METROWEST MEDICAL
CENTER; LEONARD
MORSE HOSPITAL;
FRAMINGHAM UNION
HOSPITAL; NEW
ENGLAND MEDICAL
CENTER; TUFTS
UNIVERSITY SCHOOL
OF MEDICINE; EMANUEL
FRIEDMAN, M.D.; JOHN
P. LONG, M.D.; HMO
BLUE OF MASSACHUSETTS;
BLUE CROSS/ BLUE
SHIELD OF MASSACHUSETTS;
EROL ONEL, Andover
Urology Associates
of Andover, Massachusetts,
        DEFENDANTS

40



REQUEST FOR ADMISSION

(Fed. R. Civ. P. RULE 36)

CROSS EXAMINATION Fed. R. Civ. P. RULE 30
(See NOTICE OF DEPOSITION)

To: John P. Long, Jr., M.D.
alias, a/k/a John P. Long;

ALL OF the a/k/a, alias of
METROWEST MEDICAL CENTER;

NEW ENGLAND MEDICAL CENTER;

EROL ONEL, M.D.;

TUFTS UNIVERSITY School of
Medicine,

CROSS EXAMINATION Answer each REQUEST FOR ADMISSION
as a question, answering yes, no, or otherwise AND/OR

Admit each of the Requests

For ADMISSION served in this

Case to fellow members of your

Joint enterprise (without) the

10 (TEN) ludicrous, discrimmatory,

prejudicial limitations of the

41

judge in this case.

Your refusal to sign affadavits to the complaint, Requests for Admissions with the aid (in concert) with this judge are willful violations of the rights of the plaintiff, Donald P. Koback.

SAID REQUESTS FOR ADMISSION HEREBY DEEMED ADMITTED.

Submitted

Donald S. Koback

PLAINTIFF, PRO SE

MAY 14, 2007

42

10, Deposition Notice invites "Cross examination" — See REQUEST FOR ADMISSION (Fed. R. Civ. P, RULE 36) Cross Examination Fed. R. Civ. P. RULE 30 (See Notice of Deposition) inserted

herect and constituting part and parcel hereof;

11, Fed. R. Civ. P, RULE 30(d)(2) Deposition limited to seven (7) hours. Defendants' notice of deposition imposes this language — "The oral examination will continue from day today until completed." SAID DepositION Notice IS VOID FOR VAGUENESS, OVERBROAD, CHILLS FREE SPEECH FOR IT ALLOWS VIRTUALLY and actually ENDLESS QUESTIONS/ANSWERS thereby violating the FIRST (1ST.) Amendment, Fifth (5th.) Amendment FOURTEENTH (14) AMENDMENT, U.S. CONSTITUTION AS well as the Massachusetts Declaration of Rights;

43

12, Plaintiff, Donald S. Koback hereby objects to notice of deposition, FORM OF notice of deposition, ~~OR~~ MANNER IN WHICH PRODUCTION OF DOCUMENTS ~~OBJT~~ TECHNICAL MECHANISM OF THE DEPOSITION, ACTUAL CONDUCT of the testimony. Fed.R.Civ.P RULE 32(d)(1), RULE 32(d)(2), RULE 32(d)(3);

13. A denial of Plaintiff's, (motion to terminate deposition pursuant to Fed.R.Civ.P. Rule 30 does not constitute an "ORDER COMPELLING TESTIMONY" AT A DEPOSITION. A MOTION TO COMPEL PURSUANT TO Fed.R.Civ.P. RULE 37. MUST BE FILED AND SERVED NO LATER THAN ~~30~~ THIRTY (30) DAYS AFTER THE DEPOSITION SCHEDULED, TRANSCRIBED BY OFFICIAL COURT REPORTER ON APRIL 3, 2007. The instant DEFENDANTS' "JOINT MOTION" was mailed to Plaintiff, Donald S. Koback on May 10, 2007. Therefore, these ~~the~~ defendants are time barred. Fed.R.Civ.P. RULE 26, RULE 28., RULE 29.,

44

RULE 30., RULE 32., RULE 33.,
RULE 34., RULE 36., RULE 37;

14. Pursuant to Fed. R. Civ. P. RULE
26(b)(3), a party defendant
may obtain discovery of documents
and tangible things "., prepared
in anticipation of litigation or
for trial by or for another party
or by or for ~~the~~ that other party's
representative (including the
other party's attorney, consultant,
surety, indemnitor, insurer) or
agent, ~~only~~ only

,       Upon showing
that the party seeking the
        discovery
has substantial need for the
        materials in the preparation
        of the party's case and
the party is unable
        without undue hardship
to OBTAIN THE SUBSTANTIAL
        EQUIVALENT BY OTHER MEANS,
Fed. R. Civ. P. RULE 26(b)(5)
Claims of privilege or
protection of trial preparation
materials;

45

15. PURSUANT to Fed R. Civ. P. RULE 26(b)(1):
"Parties may obtain discovery
regarding any matter,

not privileged
that is relevant, and
must be
reasonably calculated
to lead to the discovery
of admissible evidence,"

16. Discovery cannot be had
of an attorney's (Donald S.
Kobaek, Board of Bar Overseers,
Supreme Judicial Court #27 62 00
ATTORNEY-AT-LAW)
mental impressions and
similar intellectual work product.
Hickman v. Taylor, 329 U.S. 495
(1947);

17. Rather than protect a disabled
litigant, injured at the hands
of the defendants, this district
court judge deploys, thrusts
the five (5) evils as a sword
WHICH five evils are

46

One (1.) annoyance;

two (2.) oppression;

three (3.) embarrassment;

four (4.) undue burden;

five (5.) undue expense
MASSACHUSETTS PRACTICE, VOLUME 7, page 216.
Examples include seeking to
conduct the deposition of
a physically feeble person at
a place away from his home;

18. Audio-visual transmissions
from plaintiff Donald S. Koback's
law office inter alia pro tanto without
notice, or his consent.
BILL OF RIGHTS, U.S. CONSTITUTION,
STATE CONSTITUTIONS

19. If the case involves multiple
defendants, as does the
case at bar, plaintiff Donald
S. Koback hereby identifies
Specialty Care, LLC and Crosbie-
MacDonald, the deposition notice must
be 30 days after the service of the

47

SUMMONS AND COMPLAINT FOR
JURY TRIAL, IN LIGHT OF
THEIR BEING HIDDEN. (See
(motion to join' by Plaintiff,
Donald S. Koback.)

Fed. R. Civ. P. RULE 12; RULE 30;
Massachusetts Practice, Volume 7
Page 260. Refer to #13 above
said notice time barred.

Wherefore, the "JOINT MOTION
OF THE DEFENDANTS, JOHN P. LONG, JR.,
M.D., EROL O'NEL, M.D., AND NEW
ENGLAND MEDICAL CENTER TO DISMISS
THE PLAINTIFF'S COMPLAINT
FOR FAILURE TO COMPLY WITH COURT
ORDER" SHOULD NOT BE GRANTED.

MAY 16, 2007

The Plaintiff,
Donald S. Koback
PRO SE

DONALD S. KOBACK
PLAINTIFF, PRO SE
MAY 16, 2007

48

U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Division                                    Docket No. 05-10798-WGY

---

DONALD S. KOBACK, *pro se*                    )
        Plaintiff,                          )
                               )
v.                                                 )
                               )
JOHN P. LONG, JR., M.D., ET AL.,               )
        Defendant.                         )

---

### JOINT MOTION OF THE DEFENDANTS, JOHN P. LONG, JR., M.D., EROL ONEL, M.D., AND NEW ENGLAND MEDICAL CENTER TO DISMISS THE PLAINTIFF'S COMPLAINT FOR FAILURE TO COMPLY WITH COURT ORDER

NOW COME the Defendants, John P. Long, Jr., M.D., Erol Onel, M.D. and New England Medical Center and respectfully request that this Honorable Court DISMISS the Plaintiff's Complaint WITH PREJUDICE based on the plaintiff's failure to comply with a COURT ORDER. In support thereof, the defendants state as follows:

BACKGROUND FACTS

      1.     This is an action for medical malpractice.

      2.     The plaintiff alleges that the defendants were negligent in rendering urological care to him.

      3.     Specifically, the plaintiff alleges that the defendants' negligence caused or contributed to severe-genitourinary damage.

      4.     The defendants deny that they were negligent in rendering care to the plaintiff, and further state that they complied with the applicable standard of care at all relevant times. The defendants state that nothing they did or failed to do caused harm to the plaintiff in any way.

      5.     On or about January 18, 2007, the defendant John P. Long, M.D. noticed the deposition of the plaintiff, Donald S. Koback, for January 31, 2007.

49

6.      The plaintiff filed Objections to that notice, requesting that this Honorable Court strike the notice of deposition and terminate his testimony.

7.      On or about January 24, 2007, this Honorable Court, Young J. presiding, denied the plaintiff's motion. (**See Order of the Court attached hereto as Exhibit A**).

8.      The deposition of the plaintiff was then taken off and scheduled for a new date pending production of additional documents. On or about March 21, 2007, the defendant John P. Long, Jr., M.D. renoticed the deposition of the plaintiff, Donald S. Koback, for 10:00 a.m. on Tuesday, April 3, 2007.

9      The plaintiff filed no opposition to the taking of his deposition. The plaintiff did not contact counsel for Dr. Long or request a continuance, a new date or any other consideration.

10.      The notice of taking deposition was served certified mail, return receipt requested.

11.      The return receipt for the notice of deposition was signed for by the plaintiff Donald S. Koback on March 24, 2007 (**See green card receipt attached hereto as Exhibit B**).

12.      On Tuesday, April 3, 2007, all defense parties convened at the office of Adler, Cohen, Harvey, Wakeman & Guekguezian, LLP, 75 Federal Street, 10th Floor, Boston at 10:00 a.m. for the taking of deposition of the plaintiff in this matter, Donald S. Koback.

13.      Mr. Koback failed to appear.

14.      At 10:45 a.m., the parties created a record which is attached hereto as **Exhibit C**.

<u>ARGUMENT</u>

15.      This Honorable Court denied the plaintiff's Motion to Strike the notice for taking of his deposition and ordered him to appear for testimony. The plaintiff has willfully failed to comply with the Order of the Court. Failure to comply with a Court Order is grounds for dismissal of the action with prejudice.



2

16.    The defendants should not be made to carry the burden of the plaintiff's willful failure to appear.

WHEREFORE, for all of the foregoing reasons, Defendants, John P. Long, Jr., M.D., New England Medical Center, Inc. and Erol Onel, M.D. respectfully request that this Honorable Court DISMISS the plaintiff's Complaint with prejudice.

The Defendant,
JOHN P. LONG, JR., M.D.
By his Attorneys,

Bernard Guekguezian, BBO #559191
Judith Feinberg, BBO #647511
      Adler, Cohen, Harvey, Wakeman
   & Guekguezian, LLP
75 Federal Street, Tenth Floor
Boston, MA  02110
(617) 423-6674

The Defendants,
Erol Onel, M.D., and
New England Medical Center
By their Attorneys,

Daniel J. Griffin, Esq.
Jennifer E. Hartunian, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA  02114

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party via Verilaw on _____

51

3

52

**Full docket text:**

Judge William G. Young : Electronic ORDER entered DENYING re [171] MOTION to Terminate
Pursuant to Fed. R. Civ. P. Rule 30 by Donald S. Koback. (Paine, Matthew)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/02/2007 18:01:16 | | | |
| **PACER Login:** | aa0613 | **Client Code:** | 0500002101 |
| **Description:** | History/Documents | **Search Criteria:** | 1:05-cv-10798-WGY |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |



53

54

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Donald S. Kobuck
195 Society Drive Ave
(Connecticut R-I
            62595
5290

2. Article Number
   *(Transfer from service label)*

7004 2890 0004 8003 6760

PS Form **3811**, February 2004        Domestic Return Receipt        102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  □ Agent
                       □ Addressee

B. Received by (Printed Name)    C. Date of Delivery

Donald Kobuck 3-24-21

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:       □ No

MAR 24 2011

3. Service Type
   □ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes



55



1

**VOLUME:**  I
**PAGES:**  1-7
**EXHIBITS:**  1-3

### U.S. DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

**Western, ss**                    Docket No. 05-10798-WGY


DONALD KOBACK,                           )
     Plaintiff,                        )
                                         )
vs.                                      )
                                         )
JOHN P. LONG, JR., M.D., et al,          )
     Defendants.                       )
                                         )
                                         )


**SCHEDULED DEPOSITION OF DONALD S. KOBACK**,
a witness called on behalf of the Defendant John P.
Long, M.D., taken pursuant to the Federal Rules of
Civil Procedure, before Darlene Caiazzo Sousa, a
Certified Shorthand Reporter, Registered
Professional Reporter and Notary Public in and for
the Commonwealth of Massachusetts, at Adler, Cohen,
Harvey, Wakeman & Guekguezian, LLP, 75 Federal
Street, Boston, Massachusetts, on Tuesday, April 3,
2007, commencing at 10:45 a.m.


EPPLEY COURT REPORTING, LLC
Post Office Box 382
Hopedale, Massachusetts 01747
(508) 478-9795  (508) 478-0595 (Fax)
leppley@msn.com

2

```
 1                    A P P E A R A N C E S

 2

     Representing the Defendant John P. Long, M.D.:
 3        ADLER, COHEN, HARVEY,
          WAKEMAN & GUEKGUEZIAN, LLP
 4        75 Federal Street
          Boston, MA  02110
 5        BY:  JUDITH FEINBERG, ESQ.
          (617) 423-6674   (617) 423-7152  (Fax)
 6

 7   Representing the Defendants Erol Onel, M.D. and
     Tufts-New England Medical Center:
 8        MARTIN, MAGNUSON, MCCARTHY & KENNEY
          101 Merrimac Street
 9        Boston, MA  02114
          BY:  JENNIFER E. HARTUNIAN, ESQ.
10        (617) 227-3240   (617) 227-3346  (Fax)

11

     Representing the Defendants Metro West Medical
12   Center, Framingham Union Hospital, Leonard Morse
     Hospital:
13        BLOOM & BUELL
          1340 Soldiers Field Road
14        Boston, MA  02135-1020
          BY:  BARBARA HAYES BUELL, ESQ.
15        (617) 254-4400   (617) 254-7610  (Fax)

16

17

18

19

20

21

22

23

24
```

58

3

1                      I N D E X

2

3                                        PAGE

4

5      By Ms. Feinberg                    4

6

7

8                    E X H I B I T S

9

10      NO.    DESCRIPTION                PAGE

11      1     Notice of Deposition         4

12      2     Certified Mail Receipt Signature    4

13      3     Court Order Denying Motion   5

14

16

17

18

19

20

21

22     55

23

24     *Exhibits Retained by Counsel

1              P R O C E E D I N G S

2                  *    *    *    *    *

3

4              MS. FEINBERG:  My name is Judith Feinberg

5       appearing on behalf of John P. Long, Jr., M.D., and

6       we are here at Adler, Cohen, Harvey, Wakeman &

7       Guekguezian, 75 Federal Street, Boston, on the

8       morning of April 3, 2007.  The deposition of Donald

9       S. Koback, party plaintiff in this matter, was

10      noticed for today at 10:00 a.m.  It is now

11      10:45 a.m., and Mr. Koback has failed to appear.

12              I would like to mark the notice of

13      deposition as Exhibit 1, if we could please.

14              (Exhibit No. 1, Notice of Deposition so

15      marked)

16              MS. FEINBERG:  We also have a copy of a

17      certified mail receipt.  Mr. Koback is appearing in

18      this matter pro se.  A notice of taking deposition

19      was delivered to him at his address of record.  We

20      have a signature on the certified mail receipt just

21      stamped March 24, 2007.  And why don't we mark that

22      as Exhibit 2.

23              (Exhibit No. 2, Certified Mail Receipt

24      Signature so marked)

1          MS. FEINBERG:  Mr. Koback had earlier

2     filed objections to the taking of his deposition

3     with the Court and moved to strike the notice of

4     deposition and terminate the examination.  The

5     Court denied his motion, and I'd like to mark a

6     copy of that order as Exhibit 3.

7          (Exhibit No. 3, Court Order Denying

8     Motion so marked)

9          MS. FEINBERG:  This case is captioned

10     Donald S. Koback, pro se, plaintiff versus John P.

11     Long, Jr., M.D., et al.  The Docket number in the

12     U.S. Federal District Court in the District of

13     Massachusetts is 05-10798.

14          It now being after 10:45 a.m., and Mr.

15     Koback having failed to appear, the deposition on

16     behalf of Dr. Long is now concluded.  If other

17     parties would like to add anything to the record?

18          MS. BUELL:  I'm Attorney Barbara Hayes

19     Buell from the law firm of Bloom & Buell, 1340

20     Soldiers Field Road, Boston, Massachusetts,

21     appearing here on behalf of Metro West Medical

22     Center, Framingham Union Hospital and Leonard Morse

23     Hospital, all of which are one entity.  And I, with

24     the approval of my colleague Attorney Feinberg,

1    would like to adopt the exhibits on behalf of my

2    defendant and note that Mr. Koback has apparently

3    not notified anyone that he would not appear for

4    his deposition and he has, in fact, not appeared.

5              MR. HARTUNIAN:   I'm Attorney Jennifer

6    Hartunian from the law firm of Martin, Magnuson,

7    McCarthy & Kenney at 101 Merrimac Street in Boston.

8    I represent two defendants, Dr. Erol Onel and

9    Tufts-New England Medical Center.  I also adopt the

10   exhibits on behalf of my two clients.

11             MS. FEINBERG:   We're concluded.

12             (Whereupon, the proceedings concluded at

13   10:49 a.m.)

14

15

16

17

18

19

20

21

22

23

24

1    C E R T I F I C A T E

2

3    **COMMONWEALTH OF MASSACHUSETTS**

4    **COUNTY OF MIDDLESEX, ss.**

5

6         I, Darlene Caiazzo Sousa, Registered

7    Professional Reporter, do hereby certify that the

8    foregoing record, pages one through six, is a

9    complete, accurate, and true transcription of my

10   stenographic notes taken in the aforementioned

11   matter to the best of my skills and ability.

12        IN WITNESS WHEREOF, I have hereunto.

13   set my hand and seal this _____ day of

14   _____, 2007.

15

16

17

18             Darlene Caiazzo Sousa, RPR

19                  Notary Public

20

21

22   My commission expires:  November 15, 2007

23

24

EPPLEY COURT REPORTING, LLC

NOTWITHSTANDING, PLAINTIFF, DONALD S. KOBACK
Offers The ATTACHED OBJECTIONS ANSWERS
RESPONSES.

**U.S. DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Western Division                                    Docket No. 05-10798-WGY
                                                    CLAIMS OF PRIVILEGE

DONALD S. KOBACK, *pro se*                          EROL ONEL
        Plaintiff,                                  a New England
                                                    Medical Center
v.                              1) Defendants did   LACK standing
                                   not present are   to FILE THIS
JOHN P. LONG, JR., M.D., ET AL.,  2) extend not      MOTION TO DISMISS
        Defendant.                 present for these  COURT DOCUMENT [198]
                                   or any objections
                                   responses

**To:** }  Donald S. Koback, *pro se*
           195 Sunnyside Avenue
           Woonsocket, Rhode Island  02895

Please take notice that at **10:00 a.m.** on **Tuesday, April 3, 2007**, at the offices of Adler,

Cohen, Harvey, Wakeman & Guekguezian, LLP, 75 Federal Street, Tenth Floor, Boston,

Massachusetts, the defendant in this action, John P. Long, Jr., M.D., will take the deposition
        MUST be attorney who will take deposition
upon oral examination of the plaintiff, **Donald S. Koback**, pursuant to the applicable provisions

of the Federal Rules of Civil Procedure, before a Notary Public in and for the Commonwealth of
                                                    VOID FOR VAGUENESS, OVERBROAD
Massachusetts, or before some other officer authorized by law to administer oaths. The oral   FIRST Amendment
                                                                                              U.S. Cons
examination will continue from day to day until completed.      Fed. R. Civ. P.
                                                                RULE 30(d)(2) chill speech
                                                                DEPOSITION LIMITED speech
You are invited to attend and (cross-examine.)                  TO SEVEN (7) day to day
                                                                HOURS
false - Who was the   The Defendant,
deponent who          JOHN P. LONG, JR., M.D.        Fed. R. Civ. P.
would be available    By his Attorneys,              RULE 30(d)(1)
For cross-examination.                               Privilege
John P. Long, Jr., M.D.
EROL ONEL              Bernard Guekguezian, BBO #559191
                      Judith Feinberg, BBO #647511
**CERTIFICATE OF SERVICE**   Adler, Cohen, Harvey, Wakeman
I hereby certify that a true copy of the above document   & Guekguezian, LLP
was served upon the attorney of record for each other     75 Federal Street, Tenth Floor
party by mail hand on [illegible]                         Boston, MA 02110
                                                          (617) 423-6674

NEW ENGLAND
MEDICAL CENTER
I submit Req for Admission to be admitted or to be
                                    answered yes, no, or otherwise

(Left margin, vertical:) CAPTION, LACKING ALL PARTIES IS VOID, ALSO, Plaintiff, Donald S. Koback the person to be examined
Fed. Civ. P. RULE 30(a)(2)(B) the person already has been deposed

EXHIBIT

**Full docket text:**

Judge William G. Young : Electronic ORDER entered DENYING re [171] MOTION to Terminate Pursuant to Fed. R. Civ. P. Rule 30 by Donald S. Koback. (Paine, Matthew)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/02/2007 18:01:16 | | | |
| **PACER Login:** | aa0613 | **Client Code:** | 0500002101 |
| **Description:** | History/Documents | **Search Criteria:** | 1:05-cv-10798-WGY |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |



65

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Donald S. Kobuck
195 Sowams Sate Ave
Wconsocket R.I
02895

S-2(c)

2. Article Number
(Transfer from service label)    7004 2890 0004 8003 6760

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Donald Kobuck  MAR 2 4 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

C6

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was entered on 5/14/2007 at 12:19 PM EDT and filed on 5/14/2007
Case Name:       Koback v. Metrowest Medical Center et al
Case Number:     1:05-cv-10798
Filer:
Document Number:        No document attached

Docket Text:
Judge William G. Young : Electronic ORDER entered. re [203] Joint MOTION to Dismiss for Failure to
Comply with Court Order. "Without Hearing, Motion DENIED. The Defendants Read Too Much Into This
Court's Earlier Denial of Mr. Koback's Motion to Strike. That Did Not Constitute An Order For Him To
Appear. For The Proper Conduct of This Litigation, However, Mr. Koback Is Ordered to Appear for a (1)
Day, (7) Hour, Deposition Within 30 Days of the Date of This Order or His Complaint Will Be Dismissed."
(Paine, Matthew)

1:05-cv-10798 Notice will be electronically mailed to:
Barbara Hayes Buell bhb@bloombuell.com
Joseph D. Halpern joseph.halpern@bcbsma.com
David M. Gould Dgould@ficksmanconley.com
Daniel J. Griffin, Jr dgriffin@mmmk.com
A. Bernard Guekguezian abg@achwg.com
Matthew R. Connors mconnors@ficksmanconley.com
Judith M. Feinberg jf@achwg.com
Jennifer E. Hartunian jhartunian@mmmk.com

1:05-cv-10798 Notice will not be electronically mailed to:

Lynda R. Jensen
Martin, Magnuson, McCarthy and Kenney
101 Merrimac St.
7th Floor
Boston, MA 02215

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

67

WITHOUT WAIVING ANY rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, (CIVIL ACTION NO.: 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S. P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

## 1. DOCUMENTS:

See page 58

Copy court Order 5/14/2007 apart and parcel hereof

PLAINTIFF, DONALD S. KOBACK'S OPPOSITION TO "JOINT MOTION OF THE DEFENDANTS, JOHN P. LONG, Jr., M.D., EROL ONEL, M.D. AND NEW ENGLAND MEDICAL CENTER TO DISMISS THE PLAINTIFF'S COMPLAINT FOR FAILURE TO COMPLY WITH COURT ORDER"

## 2. DEFENDANTS' ATTORNEYS AT LAW

KARA A. BETTIGOLE

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

JENNIFER HARTUNIAN

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

Person In Charge
SPECIALTY CARE, LLC
626 Temple St.,
DUXBURY, MA. 02332

DATE: MAY 16, 2007
SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON MAY 16, 2007

DONALD S. KOBACK, PLAINTIFF PRO SE DATE: MAY 16, 2007

68

PLAINTIFF, DONALD S. KOBACK'S
OBJECTIONS, ANSWERS TO DEPOSITION
QUESTIONS, DOCUMENTS (DUCES
TECUM) PRODUCED AT PRESENT
DEPOSITION, CLAIMS OF PRIVILEGE
WITH RESPECT TO SAID NOTICE
OF DEPOSITION, AND DEPOSITION
OF DONALD S. KOBACK, PLAINTIFF
(THURSDAY MAY 31, 2007, 10:00
A.M. LAW OFFICE OF ADLER,
COHEN, HARVEY, WAKEMAN
& GUEKGUEZIAN, LLP - Defendant,
John P. Long, Jr., m.D., et. al, THIRD
(3rd) NOTICE OF, AND TAKING
OF DEPOSITION OF PLAINTIFF,
DONALD S. KOBACK)

See next page

69

## U.S. DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

Western Division                    Docket No. 05-10798-WGY

DONALD S. KOBACK, *pro se*                )
      Plaintiff,                          )
                                          )
                                          )
v.                                       )
                                          )
JOHN P. LONG, JR., M.D., ET AL.,         )
      Defendant.                          )
                                          )

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS, ANSWERS TO DEPOSITION QUESTIONS, DOCUMENTS (DUCES TECUM) PRODUCED AT THE PRESENT DEPOSITION, CLAIMS OF PRIVILEGE WITH RESPECT TO SAID NOTICE OF DEPOSITION, AND DEPOSITION OF DONALD S. KOBACK (PLAINTIFF (THURSDAY, MAY 31, 2007, 10:00 A.M. LAW OFFICE OF ADLER, COHEN, HARVEY WAKEMAN & GUEKGUEZIAN, LLP- Defendant, John P. Long, JR. M.D. THIRD (3rd) NOTICE OF, AND TAKING OF DEPOSITION OF PLAINTIFF, DONALD S. KOBACK)

70                    1.

Notice of Deposition, and
Depositibys of Plaintiff,
Donald S. Kobock on January
31, 2007, April 3, 2007
and May 31, 2007 (122
days, differential) by Defendant
John P. Long, Jr., M.D., et. al.
(Brad onel, M.D., New England
Medical Center, defendants),
which have been previously
taken, waived, forfeited,
are at this point in time,
null and void, plaintiff,
Donald S. Kobuck incorporates
by reference as if fully
set forth herein, word
for word, number for number,
punctuation mark for punctuation
punctuation mark, Court
Document [203] and where
Court Document [203] aims
at the depositions of January
31, 2007 and April 3, 2007
this Court Document aims
at all three (3), the instant
Notice of Deposition, and the
Taking Thereof.

2.

71

## U.S. DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Western Division                                    Docket No. 05-10798-WGY

| | |
|---|---|
| DONALD S. KOBACK, *pro se*<br>          Plaintiff, | ) <br> ) <br> ) |
| v. | ) <br> ) |
| JOHN P. LONG, JR., M.D., ET AL.,<br>          Defendant. | ) <br> ) <br> ) |

**To**:    Donald S. Koback, *pro se*
        195 Sunnyside Avenue
        Woonsocket, Rhode Island  02895

        Please take notice that at **10:00 a.m.** on **Thursday, May 31, 2007,** at the offices of Adler,

Cohen, Harvey, Wakeman & Guekguezian, LLP, 75 Federal Street, Tenth Floor, Boston,

Massachusetts, the defendant in this action, John P. Long, Jr., M.D., will take the deposition

upon oral examination of the plaintiff, **Donald S. Koback,** pursuant to the applicable provisions

of the Federal Rules of Civil Procedure, before a Notary Public in and for the Commonwealth of

Massachusetts, or before some other officer authorized by law to administer oaths. The oral

examination will continue from day to day until completed.

        You are invited to attend and cross-examine.

                                        The Defendant,
                                        JOHN P. LONG, JR., M.D.
                                        By his Attorneys,

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by mail dated on 5/21/07

                                        Bernard Guekguezian, BBO #559191
                                        Judith Feinberg, BBO #647511
                                        Adler, Cohen, Harvey, Wakeman
                                          & Guekguezian, LLP
                                        75 Federal Street, Tenth Floor
                                        Boston, MA  02110
                                        (617) 423-6674



In addition to which,
PLAINTIFF, DONALD S. KOBACK
PURSUANT Federal Rule
of Civil Procedure,
RULE 10(c) ADOPTION BY
REFERENCE INCORPORATES
AND REFERS TO THE
FOLLOWING COURT DOCUMENTS
TO WIT (FURTHER OBJECTIONS
ANSWERS TO DEPOSITION QUESTIONS,
DOCUMENTS PRODUCED (DUCES
TECUM), AND CLAIMS OF
PRIVILEGE),

93

4.

COURT DOCUMENT [    ]

AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF
DONALD S. KOBACK'S REQUEST FOR
ADMISSION ;

COURT DOCUMENTS [    ] , [    ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO " INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [    ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS
ANSWERS TO "DEFENDANT METROWEST
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF DONALD S. KOBACK

COURT DOCUMENT [    ]

PLAINTIFF DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ]
AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF DONALD S. KOBACK'S REQUEST FOR ADMISSION
1 through and including 99 Perjury 5/20/2007
signed under Pains and Penalties of Perjury 5/20/2007

Donald S. Koback May 20, 2007
ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE
HEREIN, Federal Rules of Civil Procedure RULE 10(C)
7) S. Koback
5

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S, KOBACK'S OBJECTIONS,
ANSWER TO CLAIMS OF PRIVILEGE
WITH RESPECT TO

DEFENDANT NEW ENGLAND MEDICAL
CENTER'S INTERROGATORIE

TO BE ANSWERED BY PLAINTIFF DONALD S, KOBACK,

COURT DOCUMENT [   ] SUPPLEMENTS
TWENTY-THREE (23) INSERTS TO
PLAINTIFF DONALD S, KOBACK'S
OBJECTIONS, ANSWERS TO, AND
CLAIMS OF PRIVILEGE, INTER ALIA,
WITH RESPECT TO
DEFENDANT BROL ONEL M.D.'S INTERROGATORIES
TO BE ANSWERED BY PLAINTIFF, DONALD S, KOBACK;

COURT DOCUMENT [    ]
PLAINTIFF, DONALD S, KOBACK'S
OBJECTIONS, ANSWERS TO, AND CLAIMS OF
PRIVILEGE, INTER ALIA WITH RESPECT TO
DEFENDANT BROL ONEL, M.D.'S INTERROGATORIES
TO BE ANSWERED BY PLAINTIFF DONALD S. KOBACK

75

Signed under pains and penalties of perjury
Donald S. Koback
Donald S. Koback
MAY 26, 2007

6.

DEPOSITION CONCLUDES AS TO PLAINTIFF,
DONALD S. KOBACK, (10:30 A.M.-MAY 31, 2007)

Plaintiff Donald S. Koback
orally voices and signs
the afore under pains
and penalties of
perjury on May 26,
2007 — the original
hereof served by EXPRESS
overnite MAIL U.S.P.S. TO
ADLER, COHEN, HARVEY, WAKEMAN,
& GUERGUEZIAN, LLP (Attn.:
Atty. at law, Feinberg & Guerguez-
ian) on May 28, 2007 — MAY 29, 2007
to be introduced into — MAY 22, 2007
the depository record
described hereinbefore.

May 26, 2007

Donald S. Koback
Donald S. Koback
195 Sunnyside Avenue
WOONSOCKET
RHODE ISLAND 02895
401-76-2-2960
MAY 26, 2007
Donald S. Koback
7. May 27, 2007

76

# Your Full-Service Acute Care Hospital

*[handwritten: DEPOSITION EXHIBIT]*

- Complete Medical/Surgical Care
- Comprehensive 24-Hour Emergency Services
- Family-centered Maternity & 24 Hour Pediatric Care
- Full service outpatient services in the Hill Health Center
- Dedicated, State of the Art Women's Health Services Floor
- Home Health Care Provided by the VNA of Greater Milford-Northbridge Area

## Milford Regional
Milford-Whitinsville Regional Hospital

*[handwritten: DR. MARSHALL TOKSON, FRANKLIN, MA (NOW DEASED) PRIMARY CARE PHYSICIAN, HMO BLUE, REFERRED me to METROWEST MEDICAL CENTER, IS]*

**Off-Site Services**

**Pastorello Medical Center**
355 East Central St., Franklin, MA
Rehabilitation Services: 508-528-2748
Radiology: 508-528-6622

**Whitinsville Medical Center**
18 Granite St., Whitinsville, MA
Rehabilitation Services: 508-234-8792
Radiology: 508-234-7257

**508-473-1190**

*[handwritten: 1-800-400-DOCS (see YELLOW PAGE AD BELOW)]*

**Physician Referral Line:**

**508-473-6663**

*[handwritten: TOKSON handed me COPY of metwest TELEPHONE CAP (YELLOW PAGES)]*

**Hearing Impaired**
**508-473-5103**

*[handwritten: YELLOW PAGES 1-800-446-9634]*

*[handwritten: METROWEST made appointment with EMANUEL FRIEDMAN M.D.]*

**100 Top Hospitals**

www.milfordregional.org

14 PROSPECT STREET • MILFORD MA • AT THE JUNCTION OF ROUTES 140 & 16

---

**Right column directory:**

▶ Hospital Equip. & Supls.-Repairing & Refinishing

GeClincial Services 1 Menfi Wy Hpdle ---- 63...

▶ Hospitals

**ARBOUR-FULLER HOSPITAL**
Comprehensive Adolescent and Adult Behav Health Services
For 24 Hour Admissions Call ---- 800 828...
200 May St S Attleboro ---- 508 761...

**CARITAS CHRISTI HEALTH CARE SYSTEM**
736 Cambridge Brighton ---- 617 789...

**CARITAS NORWOOD HOSPITAL**
See Our Display Ad This Page
Call ---- 781 769...

**LAHEY CLINIC**

**Lahey**
CLINIC
Lahey Staff and Services Directory
www.lahey.org
Lahey – Foxboro
113 Washington St. 508 543...
Lahey Clinic Medical Center, Burli...
Appointments ---- 781 744...
Select A Physician ---- 781 744...
Main Switchboard ---- 781 744...
41 Mall Rd Burlington ---- 781 744...

**LANDMARK MEDICAL CENTER**
115 Cass Av Woonsocket RI ---- 401 769...

**METROWEST MEDICAL CENTER/FRAMINGHAM UNION HOSPITAL**
See Our Display Ad This Page
115 Lincoln Framingham ---- 383...

---

Offering comprehensive medical, surgical, outpatient, wellness & homecare services to the MetroWest community.

## growing families
## caring hospital

**MetroWest Medical Center**

**For Assistance in Locating a Doctor in Your Area, Call**
**1-800-400-DOCS**
(3637)

**Framingham Union Hospital**
**(508) 383-1000**
115 Lincoln, Framingham

**Leonard Morse Hospital**
**(508) 650-7000**
67 Union, Natick

www.mwmc.com

**TENET**



---

## We Care For Your Family

A full-service acute care community hospital with specialty services in primary care, cardiology, emergency services, ob/gyn, pediatrics, and advanced surgical services

*[handwritten: John]*

**Caritas Doctor Finder**
**800-488-5959**
**24 Hour Emergency Services**

*[handwritten: EMANUEL FRIEDMAN M.D.]*

## Caritas Norwood Hospital
800 Washington Street, Norwood, MA 02062
**781-769-4000**
*Caritas Christi Health Care System*



# CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, CIVIL ACTION NO.'s 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS (CERTIFICATE OF SERVICE) WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

(this certificate of service ORIGINAL to U.S. DISTRICT COURT)

(copies of document to US. District Court, U.S. COURT of Appeals)

## 1. DOCUMENTS:

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS, ANSWERS TO DEPOSITION QUESTIONS, DOCUMENTS (DUCES TECUM) PRODUCED AT THE PRESENT DEPOSITION; CLAIMS OF PRIVILEGE WITH RESPECT TO SAID NOTICE OF DEPOSITION, AND DEPOSITION OF DONALD S. KOBACK, PLAINTIFF (THURSDAY, MAY 31, 2007 10:00 A.M. @ LAW OFFICE OF ADLER, COHEN, HARVEY, WAKEMAN & GUEKGUEZIAN, LLP → Defendant, John P. Long, JR., M.D., et. al, THIRD (3rd) NOTICE OF, AND TAKING OF DEPOSITION OF PLAINTIFF, DONALD S. KOBACK)

## 2. DEFENDANTS' ATTORNEYS AT LAW

(ORIGINAL EXPRESS & U.S.P.S.)

KARA A. BETTIGOLE

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Tab
Boston, MA 02135

JENNIFER HARTUNIAN

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, Esq.
Martin, Magnuson, McCarthy &
Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman
& Guekguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110
Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

(NOTIFIED — Person In Change SPECIALTY CARE, LLC 626 Temple St., DUXBURY, MA. 02332)

DATE: MAY 29, 2007
SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON MAY 29, 2007

78

DONALD S. KOBACK, PLAINTIFF
PRO SE  DATE: MAY 29, 2007

DEPOSITION OF
DONALD S. KOBACK,
PLAINTIFF
MAY 31, 2007

TRANSCRIPT
WITH Donald S. Koback,
Plaintiff's OBJECTIONS,
ANSWERS TO DEPOSITION
QUESTIONS, PRODUCTION OF
DOCUMENTS (DUCES TECUM)
AT DEPOSITION, and CLAIMS
OF PRIVILEGE

79

PAGES: 1-9
EXHIBITS: 6

U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Division        Docket NO.: 05-10798-WGY

```
_____
                                   )
DONALD S. KOBACK, pro se,          )
                                   )
        Plaintiff                  )
                                   )
vs.                                )
                                   )
JOHN P. LONG, JR., M.D., ET AL.,   )
                                   )
        Defendants                 )
_____)
```

SCHEDULED DEPOSITION OF DONALD S. KOBACK, a
witness called on behalf of the Defendant, John P.
Long, Jr., M.D., taken pursuant to the Massachusetts
Rules of Civil Procedure, before Karrie Smith, a
Certified Shorthand Reporter and Notary Public in and
for the Commonwealth of Massachusetts, at Adler,
Cohen, Harvey, Wakeman & Guekguezian, LLP, 75 Federal
Street, Boston, MA, on Thursday, May 31, 2007,
commencing at 10:46 a.m.

EPPLEY COURT REPORTING, LLC
Post Office Box 382
Hopedale, Massachusetts 01747
(508) 478-9795  (508) 478-0595 (Fax)

leppley@msn.com

b11f1218-0fc1-4dfc-b3bc-126079106838

DONALD KOBACK                                        MAY 31, 2007

```
                                                          Page 2
  1                    A P P E A R A N C E S:
  2

     Representing John P. Long, M.D.:
  3        ADLER, COHEN, HARVEY, WAKEMAN & GUEKGUEZIAN,
           LLP
  4        75 Federal Street
           Boston, MA 02110
  5        BY: JUDITH FEINBERG, ESQ.
           (617) 423-6674  (617) 423-7152 (Fax)
  6

  7

  8  Representing Erol Onel, M.D. and Tufts New England
     Medical Center:
  9        MARTIN, MAGNUSON, MCCARTHY & KENNEY
           101 Merrimac Street
 10        Boston, MA 02114
           BY: JENNIFER E. HARTUNIAN, ESQ.
 11        (617) 227-3240  (617) 227-3346 (Fax)
 12

 13  Representing Metro West Medical Center, Framingham
     Union Hospital, Leonard Morse Hospital:
 14        BLOOM & BUELL
           1340 Soldiers Field Road
 15        Boston, MA 02135
           BY: BARBARA HAYES BUELL, ESQ.
 16        (617) 254-4400  (617) 254-7610 (Fax)
 17

 18

 19

 20

 21

 22

 23

 24
```



b11f1218-0fc1-4dfc-b3bc-126079106838

DONALD KOBACK

MAY 31, 2007

1                           I N D E X

2

3    DEPONENT                                          PAGE

4    DONALD S. KOBACK

5    Ms. Feinberg                                        4

6

7

8

9

10                        E X H I B I T S

11

12   NO.        DESCRIPTION                           PAGE

13    1         Notice of Deposition                    4

14    2         Certified Mail Receipt                  5

15    3         Objections to Deposition                5

16    4A        Motion                                  5

17    4B        Court's Order                           5

18    5         Document Dated 5/13/07                  6

19

20

21

22

23   (Original exhibits retained by Attorney Feinberg)

24

b11f1218-0fc1-4dfc-b3bc-126079106838

DONALD KOBACK                                    MAY 31, 2007

---

Page 4

1              P R O C E E D I N G S

2                  *    *    *    *    *

3          MS. FEINBERG:  Good morning.  My name is

4    Judith Feinberg representing the defendant, John P.

5    Long, Jr., M.D.  We are here at the office of

6    Adler, Cohen, Harvey, Wakeman & Guekguezian, 75

7    Federal Street, 10th floor, Boston, Mass. on the

8    morning of May 31, 2007.

9          The deposition of the pro se plaintiff,

10   Donald S. Koback, in this matter was noticed for

11   today at 10:00 a.m.  We have not received any

12   communications from Mr. Koback indicating that he

13   is unable to appear or requesting a continuance to

14   another date.  It is now 10:45 a.m.

15          I would like to mark the notice of

16   deposition as Exhibit 1 if we could, please.

17          (Exhibit No. 1, Notice of Deposition,

18   marked for identification.)

19          MS. FEINBERG:  And we also have a copy of

20   the certified mail receipt for service of the

21   notice which was signed by Donald S. Koback dated

22   5/23/07.

23          I'd like to mark that as Exhibit 2,

24   please.

---

Page 5

1           (Exhibit No. 2, Certified Mail Receipt,
2    marked for identification.)
3           MS. FEINBERG:  Then we also have a set of
4    objections to the taking of this deposition filed
5    by Donald S. Koback.  He had requested that this
6    material be appended to the deposition transcript
7    as an exhibit, so why don't we mark that as
8    Exhibit 3 if we could, please.
9           (Exhibit No. 3, Objections to Deposition,
10   marked for identification.)
11          MS. FEINBERG:  Mr. Koback had also
12   previously filed a motion to terminate this
13   deposition pursuant to Federal Rule of Civil
14   Procedures 30 docketed on January 23, 2007.  And
15   the court had denied that motion.
16          I'd like to mark the motion and the
17   court's order denying it as Exhibits 4A and 4B, I
18   guess.
19          (Exhibit No. 4A, Motion, marked for
20   identification.)
21          (Exhibit No. 4B, Court's Order, marked for
22   identification.)
23          MS. FEINBERG:  And then we also have a
24   copy of paper numbered 203 from the docket in the

DONALD KOBACK                                      MAY 31, 2007

Page 6

1    case, the order of William G. Young, presiding

2    judge, United States District Court, ordering the

3    plaintiff, Mr. Koback, to appear for his deposition

4    in this case within 30 days from May 13, 2007 or

5    face dismissal of this action.

6            I'd like to mark that as the last

7    exhibit.

8            (Exhibit No. 5, Document Dated 5/13/07,

9    marked for identification.)

10           MS. FEINBERG:  And this is the second

11   occasion on which Mr. Koback's deposition has been

12   convened and he has failed to appear.  The parties

13   met previously on Tuesday, April 3rd, 2007 before a

14   court reporter.  Mr. Koback failed to appear at

15   that time as well.

16           I'd also like to represent on the record

17   that I have checked the website for the MBTA and it

18   indicates no delays, alerts or actions on the

19   Providence rail line coming into South Station.  I

20   believe that Mr. Koback's legal residence is in

21   Woonsocket, Rhode Island.

22           And therefore, it now being 10:52 a.m. on

23   my watch and Mr. Koback not having appeared, the

24   deposition is now suspended pending any comments on

EPPLEY COURT REPORTING, LLC
508.478.9795

b11f1218-0fc1-4dfc-b3bc-126079106838

DONALD KOBACK                                    MAY 31, 2007

Page 7

1      the record that my co-defense counsel would like to
2      make.
3                  MS. BUELL:  I think the deposition should
4      be concluded.
5                  MS. FEINBERG:  Can we go off the record
6      for a second.
7                  (Recess taken 10:51 a.m. - 10:52 a.m.)
8                  MS. FEINBERG:  So the parties agree to
9      suspend the deposition today pending further action
10     by the court.
11                 And, Counselor, anything to add on behalf
12     of New England Medical Center?
13                 MS. HARTUNIAN:  My name is
14     Jennifer Hartunian from Martin, Magnuson, McCarthy
15     & Kenney at 101 Merrimack Street in Boston.  I
16     represent the defendants Erol Onel, M.D. and Tufts
17     New England Medical Center and I hereby adopt the
18     exhibits of co-counsel on behalf of my clients.
19                 MS. BUELL:  I'm Attorney Barbara Hayes
20     Buell, Bloom & Buell, 1340 Soldiers Field Road,
21     Boston, Mass. 02135.  I represent Metro West
22     Medical Center which is the consolidated operator
23     of the hospitals formerly known as Framingham Union
24     Hospital and Leonard Morse Hospital and likewise --

DONALD KOBACK                          MAY 31, 2007

1      I'm here on behalf of that defendant and likewise

2      adopt the exhibits and positions stated by sister

3      counsel.

4                  MS. FEINBERG:  And we are suspended.

5                  (Whereupon the deposition was suspended at

6      10:53 a.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DONALD KOBACK                                    MAY 31, 2007

Page 9

1   COMMONWEALTH OF MASSACHUSETTS
    Middlesex, ss.
2

3
               I, KARRIE SMITH, a Certified Shorthand
4   Reporter and Notary Public in and for the Commonwealth
    of Massachusetts, do hereby certify that the foregoing
5   deposition was taken before me on the 31st day of MAY,
    2007;
6

7              That said deposition was taken before me at
    the time and place therein set forth, and was taken
8   down by me in shorthand and thereafter transcribed
    into typewriting under my direction and supervision;
9

10
               I further certify that I am neither counsel
11  for nor related to any party to said action, nor in
    any way interested in the outcome thereof.
12

13
               IN WITNESS WHEREOF, I have subscribed my
14  name and affixed my seal this 1st day of June, 2007.
15  _____
               Karrie Smith, Notary Public in and for
16             the Commonwealth of Massachusetts
               My Commission expires: August 23, 2007
17

18

19  PLEASE NOTE:
               THE FOREGOING CERTIFICATION OF THIS
20  TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION OF THE
    SAME BY ANY MEANS UNLESS UNDER THE DIRECT CONTROL
21  AND/OR DIRECTION OF THE CERTIFYING REPORTER.
22

23

24

EPPLEY COURT REPORTING, LLC
508.478.9795



b11f1218-0fc1-4dfc-b3bc-126079106838

U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS



Western Division                                      Docket No. 05-10798-WGY

| | |
|---|---|
| DONALD S. KOBACK, *pro se* | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN P. LONG, JR., M.D., ET AL., | ) |
| Defendant. | ) |
| | ) |

**To:**    Donald S. Koback, *pro se*
195 Sunnyside Avenue
Woonsocket, Rhode Island  02895

Please take notice that at **10:00 a.m.** on **Thursday, May 31, 2007**, at the offices of Adler,

Cohen, Harvey, Wakeman & Guekguezian, LLP, 75 Federal Street, Tenth Floor, Boston,

Massachusetts, the defendant in this action, John P. Long, Jr., M.D., will take the deposition

upon oral examination of the plaintiff, **Donald S. Koback**, pursuant to the applicable provisions

of the Federal Rules of Civil Procedure, before a Notary Public in and for the Commonwealth of

Massachusetts, or before some other officer authorized by law to administer oaths. The oral

examination will continue from day to day until completed.

You are invited to attend and cross-examine.

The Defendant,
JOHN P. LONG, JR., M.D.
By his Attorneys,

CERTIFICATE OF SERVICE
hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by mail-hand-on _____

Bernard Guekguezian, BBO #559191
Judith Feinberg, BBO #647511
Adler, Cohen, Harvey, Wakeman
 & Guekguezian, LLP
75 Federal Street, Tenth Floor
Boston, MA  02110
(617) 423-6674





EXHIBIT NO. 2
5/31/07
K. SMITH

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Donald S. Kaback
195 Sunnyside Ave.
Woonsocket, R.I.
02895

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ☐ Agent
  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7007 0220 0003 5952 0185

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

90



U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Division                                    Docket No. 05-10798-WGY

DONALD S. KOBACK, *pro se*          )
      Plaintiff,                        )
                                  )
v.                                   )
                                    )
JOHN P. LONG, JR., M.D., ET AL.,     )
      Defendant.                        )

PLAINTIFF, DONALD S. KOBACK'S
OBJECTIONS, ANSWERS TO DEPOSITION
QUESTIONS, DOCUMENTS (DUCES TECUM)
PRODUCED AT THE PRESENT DEPOSITION,
CLAIMS OF PRIVILEGE WITH RESPECT TO
SAID NOTICE OF DEPOSITION, AND
DEPOSITION OF DONALD S. KOBACK, PLAINTIFF
(THURSDAY, MAY 31, 2007, 10:00 A.M.
LAW OFFICE OF ADLER, COHEN, HARVEY
WAKEMAN & GUEKGUEZIAN, LLP - Defendant
John P. Long, JR., minor THIRD (3rd)
NOTICE OF, AND TAKING OF DEPOSITION
OF PLAINTIFF, DONALD S. KOBACK)

91                          1.

Notice of Deposition, and
Depositions of Plaintiff,
Donald S. Koback on January
31, 2007, April 3, 2007
and May 3, 2007 (122
days differential) by Defendant
John P. Long, Jr., M.D., et. al.
(EROL onEL, M.D., New England
Medical Center defendants)
which have been previously
taken, waived, forfeited,
are, at this point in time,
null and void, Plaintiff
Donald S. Koback incorporates
by reference as if fully
set forth herein, word
for word, number for number,
punctuation mark for punctuation
punctuation Mark, Court
DocuMeNT [203] and where
Court Document [203] aims
at the depositions of January
31, 2007, and April 3, 2007,
this Court Document aims
at all three (3), the instant
Notice of Deposition, and the
taking thereof.

92                    2.

DEPOSITION CONCLUDES AS TO PLAINTIFF,
DONALD S. KOBACK (10:30 A.m.- MAY 31, 2007)

Plaintiff Donald S. Koback
Orally voices and signs
the afore under pains
and penalties perjury
Perjury on May 26,
2007 the original
hereof served by EXPRESS
OVENITE MAIL U.S.P.S. TO
ADLER, COHEN, HARVEY, WAKEMAN,
& GUERGUEZIAN, LLP (Attn.:
Atty at law) Feinberg & Guerguez
ian) on May 28 2007 (MAY 29 2007)
to be introduced into
the deposition record
described herein before,

May 26, 2007

Donald S. Koback
Donald S. Koback
195 Sunnyside Avenue
WOONSOCKET
RHODE ISLAND 02895
401-76-2-2460
MAY 26, 2007
May 27, 2007

97.

7.

## U.S. DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Western Division                                    Docket No. 05-10798-WGY

DONALD S. KOBACK, *pro se*                    )
       Plaintiff,                            )
                              )
v.                                            )
                              )
JOHN P. LONG, JR., M.D., ET AL.,              )
       Defendant.                            )

**To:**   Donald S. Koback, *pro se*
       195 Sunnyside Avenue
       Woonsocket, Rhode Island  02895

Please take notice that at **10:00 a.m.** on **Thursday, May 31, 2007**, at the offices of Adler,

Cohen, Harvey, Wakeman & Guekguezian, LLP, 75 Federal Street, Tenth Floor, Boston,

Massachusetts, the defendant in this action, John P. Long, Jr., M.D., will take the deposition

upon oral examination of the plaintiff, **Donald S. Koback,** pursuant to the applicable provisions

of the Federal Rules of Civil Procedure, before a Notary Public in and for the Commonwealth of

Massachusetts, or before some other officer authorized by law to administer oaths. The oral

examination will continue from day to day until completed.

You are invited to attend and cross-examine.

                             The Defendant,
                             JOHN P. LONG, JR., M.D.
                             By his Attorneys,

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by mail hand on 5/21/07

                           Bernard Guekguezian, BBO #559191
                           Judith Feinberg, BBO #647511
                           Adler, Cohen, Harvey, Wakeman
                            & Guekguezian, LLP
                           75 Federal Street, Tenth Floor
                           Boston, MA  02110
                           (617) 423-6674

93

3.

In addition to which,
PLAINTIFF, DONALD S. KOBACK,
Pursuant, Federal Rule
of Civil Procedure,
RULE 10(c) ADOPTION) BY
REFERENCE INCORPORATES
AND REFERS TO THE
FOLLOWING COURT DOCUMENTS
TO WIT (FURTHER OBJECTIONS,
ANSWERS TO DEPOSITION QUESTIONS,
DOCUMENTS PRODUCED (DUCES
TECUM), AND CLAIMS OF
PRIVILEGE),

G4

COURT DOCUMENT [    ] [    ]

AFFADAVIT AS TO STATEMENTS AND
DOCUMENTS CONTAINED IN PLAINTIFF
DONALD S. KOBACK'S REQUEST FOR
ADMISSION ;

COURT DOCUMENTS [    ] , [    ]

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO " INTERROGATORIES OF THE
DEFENDANT JOHN P. LONG, M.D. TO THE
PLAINTIFF DONALD KOBACK,

SIGNATURE PAGE APPERTAINING THERETO;

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS,
ANSWERS TO " DEFENDANT, METROWEST
MEDICAL CENTER'S INTERROGATORIES TO
BE ANSWERED BY PLAINTIFF, DONALD S. KOBACK

COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S RESPONSES TO
DEFENDANTS EROL ONEL, M.D. AND NEW ENGLAND
MEDICAL CENTER'S REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF DONALD S. KOBACK;

COURT DOCUMENT [    ]

AFFADAVIT AS TO STATEMENTS IN
PLAINTIFF, DONALD S. KOBACK'S REQUEST FOR ADMISSION
1 through and including 99
Signed under Pains and Penalties of Perjury 5/20/2007 @56

95

Donald P. Koback May 20, 2007
ABOVE COURT DOCUMENTS, ADOPTION BY REFERENCE
HEREIN, Federal Rules of Civil Procedure RULE 10(C)

*Margin notes (left, vertical):* Spelling? Affidavit AFFADAVIT or PENALTIES? or PERJURY?

*Margin notes (left, vertical):* AFFIDAVITS SIGNED UNDER PAINS AND PENALTIES OF PERJURY See Court Documents By PLAINTIFF, DONALD S. KOBACK

*Margin notes (right, vertical):* THIS COURT DOCUMENT SIGNED UNDER PAINS AND PENALTIES OF PERJURY Signed Donald S. Koback 5/20/2007



COURT DOCUMENT [    ]

PLAINTIFF, DONALD S. KOBACK'S OBJECTIONS, ANSWER TO CLAIMS OF PRIVILEGE WITH RESPECT TO

DEFENDANT NEW ENGLAND MEDICAL CENTER'S INTERROGATORIE

TO BE ANSWERED BY PLAINTIFF DONALD S. KOBACK.

COURT DOCUMENT [   ] SUPPLEMENTS
TWENTY-THREE (23) INSERTS TO
PLAINTIFF, DONALD S. KOBACK'S
OBJECTIONS, ANSWERS TO, AND
CLAIMS OF PRIVILEGE, INTER ALIA,
WITH RESPECT TO
DEFENDANT ERIC ONEL, M.D.'S INTERROGATORIE:
TO BE ANSWERED BY PLAINTIFF, DONALD S. KOBACK.

COURT DOCUMENT [    ]
PLAINTIFF, DONALD S. KOBACK'S
OBJECTIONS, ANSWERS TO, AND CLAIMS OF
PRIVILEGE, INTER ALIA, WITH RESPECT TO
DEFENDANT ERIC ONEL, M.D.'S INTERROGATORIES
TO BE ANSWERED BY PLAINTIFF, DONALD S. KOBACK

96

Signed under pains and penalties of perjury
Donald S. Koback
May 26, 2007



# CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights privileges, or immunities, I, DONALD S. KOBACK PLAINTIFF, PRO SE, CIVIL ACTION No. 3 this certificate of service ORIGINAL COURT to US. District Court 1:05-CV-10798-WGY DONALD S KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY COPIES OF Document to THAT THE FOLLOWING DOCUMENTS INCLUDING THIS (CERTIFICATE OF) US. District Court SERVICE) WERE MAILED (FILED, EN ROUTE) U.S. COURT OF Appeals AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

## 1. DOCUMENTS:

PLAINTIFF DONALD S. KOBACK'S OBJECTIONS, ANSWERS TO DEPOSITION QUESTIONS, DOCUMENTS (DUCES TECUM) PRODUCED AT THE PRESENT DEPOSITION; CLAIMS OF PRIVILEGE WITH RESPECT TO SAID NOTICE OF DEPOSITION, AND DEPOSITION OF DONALD S. KOBACK, PLAINTIFF (THURSDAY, MAY 31, 2007, 10:00 A.M. LAW OFFICE OF ADLER COHEN, HARVEY, WAKEMAN & GUEKGUEZIAN, LLP → Defendant, John P. Long, JR., M.D., et. al, THIRD (3rd) NOTICE OF AND TAKING OF DEPOSITION OF PLAINTIFF, DONALD S. KOBACK)

## 2. DEFENDANTS' ATTORNEYS AT LAW

ORIGINAL EXPRESS U.S.P.S.

KARA A. BETTI GOLE

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite 3
Boston, MA 02135

JENNIFER HARTUNIAN

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
Martin, Magnuson, McCarthy &
Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman
& Guekguezian
75 Federal Street, 10th Floor
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

NOTIFIED — Person In Charge SPECIALTY CARE, LLC 626 Temple St. DUXBURY, MA 02332

98

DATE: MAY 29, 2007
SIGNED UNDER PAINS AND PENALTIES OF PERJURY ON MAY 29, 2007

DONALD S. KOBACK, PLAINTIFF
PRO SE  DATE: MAY 29, 2007

**190   HOSPITAL—HOSPITALS**

# Your Full-Service Acute Care Hospital

*[handwritten: DEPOSITION EXHIBIT]*

- Complete Medical/Surgical Care
- Comprehensive 24-Hour Emergency Services
- Family-centered Maternity & 24 Hour Pediatric Care
- Full service outpatient services in the Hill Health Center
- Dedicated, State of the Art Women's Health Services Floor
- Home Health Care Provided by the VNA of Greater Milford-Northbridge Area

**Milford Regional**
Milford-Whitinsville Regional Hospital

*[handwritten: DR. MARSHALL TOKSON, FRANKLIN, MA (NOW DECEASED) primary care physician, HMO BLUE, referred me to METROWEST MEDICAL CENTERS]*

**Off-Site Services**

**Pastorello Medical Center**
355 East Central St., Franklin, MA
Rehabilitation Services: 508-528-2748
Radiology: 508-528-6622

**Whitinsville Medical Center**
18 Granite St., Whitinsville, MA
Rehabilitation Services: 508-234-8792
Radiology: 508-234-7257

*[handwritten: 1-800-400- DOCS (see YELLOW PAGE AD BELOW)]*

### 508-473-1190

Physician Referral Line:
**508-473-6663**

*[handwritten: TOKSON, handed me copy of Metrowest TELEPHONE AD (YELLOW PAGES)]*

Hearing Impaired
**508-473-5103**
www.milfordregional.org

*[handwritten: YELLOW PAGES 1-800-446-9639]*

*[handwritten: Metrowest made appointment with EMANUEL FRIEDMAN M.D.]*

**14 PROSPECT STREET • MILFORD MA • AT THE JUNCTION OF ROUTES 140 & 16**

---

▶ **Hospital Equip. & Supls.-Repairs & Refinishing**

Geoclincial Services 1 Menll Wy Hpdls.......E

▶ **Hospitals**

**ARBOUR-FULLER HOSPITAL**
Comprehensive Adolescent and Adult Behavioral Health Services
For 24 Hour Admissions Call..........800 92
200 May St S Attleboro.................508 76

**CARITAS CHRISTI HEALTH CARE SYSTEM**
736 Cambridge Brighton.................617 78

**CARITAS NORWOOD HOSPITAL**
See Our Display Ad This Page
Call......................................781 76

**LAHEY CLINIC**
**Lahey Clinic**
Lahey Staff and Services Directory
www.lahey.org
Lahey - Foxboro
113 Washington St.    508 543-
Lahey Clinic Medical Center, Burlington
Appointments..........................781 744-
Select A Physician....................781 744-
Main Switchboard......................781 744-
41 Mall Rd Burlington.................781 744-

**LANDMARK MEDICAL CENTER**
115 Cass Av Woonsocket RI..........401 769-

**METROWEST MEDICAL CENTER/FRAMINGHAM UNION HOSPITAL**
See Our Display Ad This Page
115 Lincoln Framingham...............383-

---

Offering comprehensive medical, surgical, outpatient, wellness & homecare services to the MetroWest community.



## growing families
## caring hospital

*[handwritten: 99]*

**MetroWest Medical Center**

**Framingham Union Hospital**
**(508) 383-1000**
115 Lincoln, Framingham

**Leonard Morse Hospital**
**(508) 650-7000**
67 Union, Natick

www.mwmc.com

For Assistance in Locating a Doctor in Your Area, Call
**1-800-400-DOCS**
(3637)

**Tenet**

---

We Care For Your Family.



A full-service acute care community hospital with specialty services in primary care, cardiology, emergency services, ob/gyn, pediatrics, and advanced surgical services.

*[handwritten: John]*

**Caritas Doctor Finder**
**800-488-5959**

**24 Hour Emergency Services**

*[handwritten: EMANUEL FRIEDMAN, M.D.]*

**Caritas Norwood Hospital**
800 Washington Street, Norwood, MA 02062

## 781-769-4000
*Caritas Christi Health Care System*

U.S. DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2007 JAN 23  P 12: 23

U.S. DISTRICT COURT
DISTRICT OF MASS

EASTERN DIVISION
(BOSTON, MASS.)

DONALD S. KOBACK,
       PLAINTIFF,
       PRO SE,

V.,

METROWEST MEDICAL
CENTER, ET. AL.,
       DEFENDANTS

CIVIL ACTION NO.:

1:05-CV-10798-

(WGY)



Koback
EXHIBIT NO. 4A
5/31/07
K. SMITH

## MOTION TO TERMINATE
## PURSUANT TO FED. R. CIV. P. RULE 30

NOW COMES THE PLAINTIFF,
DONALD S. KOBACK WHO MOVES
TO TERMINATE AB INITIO
WHAT PURPORTS TO BE A NOTICE
OF TAKING OF DEPOSITION
OF PLAINTIFF, DONALD S. KOBACK
UNDER MASSACHUSETTS LAW, HOURS BEFORE COURT,
"REQUEST FOR ORAL ARGUMENT."

Attached
COPY OF NOTICE (OR WHAT PURPORTS
TO BE A NOTICE) OF DEPOSITION, PLAINTIFF,
DONALD S. KOBACK INCORPORATED BY
REFERENCE HIS "STATEMENT OF OBJECTIONS..."
DATED JANUARY 20, 2007, BY REFERENCE, SET FORTH

100

HEREIN word for word). (Court Document).

Said notice is violative of Fed.R.Civ.P.
Rule 30 (a)(1), Rule 30(a)(2),
Rule 30(b), Rule 30(c), Rule 30(d)
(for the reasons set forth herein
and, further, relating that said
notice or Purported Notice is
in bad faith and, in such a
manner as unreasonably to
annoy, embarrass, or oppress
the Plaintiff, Donald S. Koback,
wherefore this motion should be granted.

January 31, 2007
Motion to Compel, Motion to Allow Disposition
is over!

Respectfully submitted,

Donald S. Koback
115 Sunnyside Avenue
Woonsocket, Rhode Island
02895

Donald Koback
January 23, 2007

Donald Koback
January 23, 2007

\0\



## CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, CIVIL ACTION NO.: 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S. P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

*FILED, EN ROUTE U.S. DISTRICT COURT 1-22-2007*

### 1. DOCUMENTS:

*MOTION TO TERMINATE + Second Filing of certificate of service*

MOTION TO TERMINATE PURSUANT TO Fed. R. Civ. P. RULE 3C;

SECOND FILING OF CERTIFICATE OF SERVICE OF STATEMENT OF OBJECTIONS TO U.S. DISTRICT;

STATEMENT OF OBJECTIONS;

*ALL THREE (3) OF THESE DOCUMENTS SERVED ON Defendants Attorneys at Law 1-22-2007 along with this certificate of service*

### 2. DEFENDANTS' ATTORNEYS AT LAW

KARA A. BETTIGOLE

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite 7b
Boston, MA 02135

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
Martin, Magnuson, McCarthy &
Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman
& Guekguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110
Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

102

DATE: January 22, 2007
SIGNED UNDER PAINS AND PENALTIES OF PER-
JURY ON January 22, 2007

DONALD S. KOBACK, PLAINTIFF
PRO SE DATE: January 22, 2007

History/Documents Query                                           Page 1 of 1

**Full docket text:**
Judge William G. Young : Electronic ORDER entered DENYING re [171] MOTION to Terminate
Pursuant to Fed. R. Civ. P. Rule 30 by Donald S. Koback. (Paine, Matthew)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/02/2007 18:01:16 | | | |
| **PACER Login:** | aa0613 | **Client Code:** | 0500002101 |
| **Description:** | History/Documents | **Search Criteria:** | 1:05-cv-10798-WGY |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

EXHIBIT 3
D. Koback
4/3/07

Koback
EXHIBIT NO. 48
5/31/07
K. SMITH

103

History/Documents Query



Page 1 of 1

**Full docket text:**

Judge William G. Young : Electronic ORDER entered. re [203] Joint MOTION to Dismiss for Failure to Comply with Court Order. "Without Hearing, Motion DENIED. The Defendants Read Too Much Into This Court's Earlier Denial of Mr. Koback's Motion to Strike. That Did Not Constitute An Order For Him To Appear. For The Proper Conduct of This Litigation, However, Mr. Koback Is Ordered to Appear for a (1) Day, (7) Hour, Deposition Within 30 Days of the Date of This Order or His Complaint Will Be Dismissed." (Paine, Matthew)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/30/2007 16:18:35 | | | |
| **PACER Login:** | aa0613 | **Client Code:** | 0500002101 |
| **Description:** | History/Documents | **Search Criteria:** | 1:05-cv-10798-WGY |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

\104

Wherefore, RENEWED JOINT
MOTION OF THE DEFENDANTS, JOHN P.
LONG, Jr., M.D., METROWEST MEDICAL
CENTER, EROL ONEL, M.D., AND
NEW ENGLAND MEDICAL CENTER
TO DISMISS THE PLAINTIFF'S
COMPLAINT FOR FAILURE TO
COMPLY WITH COURT ORDER,
SHOULD NOT BE GRANTED.

JUNE 6, 2007

By Donald S. Koback
Pro Se

DONALD S. KOBACK
Plaintiff, pro se
195 Sunnyside Ave.
WOONSOCKET
Rhode Island 02895
401-690-2-2460 gunch 07
JUNE 6, 2007

105

CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights privileges,
or immunities, I, DONALD S. KOBACK,
PLAINTIFF, PRO SE, CIVIL ACTION NO.:
1:05-CV-10798-WGY, DONALD S.
KOBACK VS. METROWEST MEDICAL
CENTER, ET. AL.) HEREBY CERTIFY
THAT THE FOLLOWING DOCUMENTS
INCLUDING THIS CERTIFICATE OF
SERVICE WERE MAILED (FILED, EN ROUTE)
AND SERVED, POSTAGE PREPAID (U.S.P.S.)
ON THE FOLLOWING ATTORNEYS AT LAW
WHO REPRESENT OR ARE RETAINED BY
THE DEFENDANTS —

1. DOCUMENTS:

PLAINTIFF, DONALD S. KOBACK'S OPPOSITION TO
(( RENEWED JOINT MOTION OF THE DEFENDANTS,
JOHN P. LONG, JR, M.D., METROWEST MEDICAL
CENTER, EROL ONEL, M.D, AND NEW ENGLAND,
MEDICAL CENTER TO DISMISS THE PLAINTIFF'S
COMPLAINT FOR FAILURE TO COMPLY WITH
COURT ORDER" ;

2. DEFENDANTS' ATTORNEYS AT LAW

KARA
A.
BETTIGOLE

Barbara Hayes Buell, Esq.
Bloom and Buell
1340 Soldiers Field Road, Suite Two
Boston, MA 02135

JENNIFER
HARTUNIAN

Daniel J. Griffin, ESQ.
Lynda Riesgo Jensen, ESQ.
Martin, Magnuson, McCarthy &
Kenney
101 Merrimac St., 7th Floor
Boston, MA 02114

Bernard Guekguezian, Esq.
Judith Feinberg, Esq.
Adler, Cohen, Harvey, Wakeman
& Guekguezian
75 Federal Street, 10th FLOOR
Boston, MA 02110

Matthew R. Connors, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114.

Person In Charge
SPECIALTY CARE, LLC
626 Temple St.,
DUXBURY, MA. 02332

DATE: June 7, 2007
SIGNED UNDER PAINS AND PENALTIES OF PER-
JURY ON JUNE 7, 2007.          Donald Koback

DONALD S. KOBACK, PLAINTIFF
PRO SE  DATE: June 7, 2007

106

# ADLER, COHEN, HARVEY, WAKEMAN & GUEKGUEZIAN

### A LIMITED LIABILITY PARTNERSHIP
### ATTORNEYS AT LAW

SIDNEY W. ADLER
ELLEN EPSTEIN COHEN
ALEXANDRA B. HARVEY
GEORGE E. WAKEMAN, JR.*
A. BERNARD GUEKGUEZIAN
MICHAEL F. CONWAY
JENNIFER BOYD HERLIHY*
ERIN M. BROWN
KRISTEN L. CLARKE
JUDITH FEINBERG
BROOKS L. GLAHN
JOHN R. PELLETIER
MICHAEL B. BARKLEY
GABRIEL W. BELL
E. AMY TUCCI*
TIMOTHY M. ZABBO*
LONNA M. STEINBERG

*also admitted in RI
*also admitted in CT

June 1, 2007

***Via Optima Shipping***

Donald S. Koback, *pro se*
195 Sunnyside Avenue
Woonsocket, Rhode Island 02895

Re:   Donald S. Koback, *pro se* v. John P. Long, Jr., M.D., et al.
      United States District Court, C.A. No. 10798-WGY

Dear Mr. Koback:

Enclosed herein please find RENEWED JOINT MOTION OF THE DEFENDANTS, JOHN P. LONG., JR., M.D., METROWEST MEDICAL CENTER, EROL ONEL M.D. AND NEW ENGLAND MEDICAL CENTER TO DISMISS THE PLAINTIFF'S COMPLAINT FOR FAILURE TO COMPLY WITH COURT ORDER.

Thank you for your attention to this matter.

Very truly yours,

Judith Feinberg

JF/

Enc.

cc:   Barbara Buell, Esq.
      Jennifer Hartunian, Esq.

NOTE: NO PERIOD (.) punctuation mark
 in ".. RENEWED JOINT MOTION... "
 after "LONG..."

MAIN OFFICE: 75 FEDERAL STREET, BOSTON, MASSACHUSETTS 02110 / 617 423 6674
123 DYER STREET, PROVIDENCE, RHODE ISLAND 02903 / 401 521 6100
TELEFAX 617 423 7152 / E-MAIL ADLERCOHEN@ADLERCOHEN.COM / WEBSITE WWW.ADLERCOHEN.COM

ENVELOPE IN WHICH "RENEWED JOINT MOTION OF THE DEFENDANT'S JOHN PLONG, JR. M.D., METROWEST MEDICAL CENTER, FEROL ONEL, M.D., AND NEW ENGLAND MEDICAL CENTER TO DISMISS THE PLAINTIFF'S COMPLAINT FOR FAILURE TO COMPLY WITH COURT ORDER"

METROWEST MEDICAL CENTER WAS NOT PARTY INITIAL JOINT MOTION



617-451-6111

Scott Anderson
Adler, Cohen, Harvey, Wakeman
c/o Optima Worldwide Shipping   Bill Sender
18 Micro Drive
Woburn, MA 01801
781-569-0201

SHIP DATE: 1JUN2007
ACTUAL WGT:  1 LBS

TO: Donald S. Koback, pro se
Donald S. Koback, pro se
195 Sunnyside Avenue
Woonsocket, RI 02895

Ref: 05000-02104

Delivery Address Barcode
CAD#: 401734

FedEx PRIORITY OVERNIGHT

TRK # 9281 5967 4088 Form 0201
02895   -RI-US          EN WSTA
RES                     PVD

MON
Deliver by
04Jun07
AA

Optima Shipping & Trac

**Shipped via Optima World**
Michelle Zablocki
Adler, Cohen, Harvey, Waker
75 Federal St
Boston, MA 02110

| SHIP DATE | ACCOUNT # |
|-----------|-----------|
|           |           |

**Ship To Address:**
Donald S. Koback, pro
195 Sunnyside Avenue
Woonsocket, RI 02895
US

**Phone Number:**

| SERVICE LEVEL |
|---------------|
| PRIORITY OVERNIGHT |

US

Instruc

1. Inse
2. Rem
3. Adh

© 2005 Fed
04750-0705