UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10798

Donald S. Koback

v.

Metrowest Medical Center, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

and contained in NOA #225 Document #224 & electronic orders dated 6/8/2007, 6/25/2007 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/26/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 27, 2007.

Sarah A Thornton, Clerk of Court

By: /s/
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/3/7

/s/
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-1991

- 3/06