U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION
(BOSTON, MASSACHUSETTS)

DONALD S. KOBACK,
Plaintiff

V.

METROWEST MEDICAL CENTER, LEONARD MORSE HOSPITAL, FRAMINGHAM UNION HOSPITAL, NEW ENGLAND MEDICAL CENTER, TUFTS UNIVERSITY SCHOOL OF MEDICINE, EMANUEL FRIEDMAN, M.D., JOHN P. LONG, M.D., AND EROL ONEL, M.D.,
Defendants

FILED IN CLERKS OFFICE
2007 JUL 17 P 12:12
U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action No.:
1:05-cv-10798-WGY

OMNIBUS MOTION TO SET ASIDE FINDINGS OF MEDICAL MALPRACTICE TRIBUNAL; MOTION FOR ADDITUR; MOTION FOR NEW TRIAL; MOTION TO REVOKE AND REVISE; MOTION FOR DIRECTED VERDICT IN Plaintiff-Appellant, DONALD S. KOBACK'S FAVOR; MOTION FOR JUDGMENT NOT WITHSTANDING THE VERDICT (n.o.v., non obstante veredicto) RENEWED PURSUANT TO Federal Rules of Appellate Procedure

RULE 27, Federal Rules of Civil Procedure
RULE 10(c), RULE 1 - RULE 86

Plaintiff-Appellant, Donald S. Koback, moves as follows:
Plaintiff-Appellant, Donald S. Koback, incorporates by reference the above "OMNIBUS MOTION...;
MOTION...;
MOTION...;
MOTION...;
MOTION...;
MOTION..." as if fully set forth herein.

Memorandum of REASONS AND CITATION.. of SUPPORTING Authorities, Why the OMNIBUS SHOULD BE GRANTED. Refer to DOCKET #6 - Michael P. Donovan, M.D. treating physician/expert report.

Plaintiff-Appellant, Donald S. Koback, refers to and renews court documents, U.S. DISTRICT COURT DOCKET #80, #81, #82, #83, #84, #85 AND ADOPTS SAME BY REFERENCE, Federal Rules of Civil Procedure RULE 10(c).

As TO EACH OF THE ABOVE, Plaintiff-Appellant, Donald S. Koback, expresses, recites the words "Wherefore, said MOTION SHOULD BE GRANTED," at the conclusion of each prior to signature in same.

THE VERDICT(S) OR JUDGMENT(S) WERE AND REMAIN AGAINST THE WEIGHT OF THE EVIDENCE AND Plaintiff-Appellant, Donald S. Koback, was and is entitled to have EACH OF SAME ALLOWED, EACH ORDER, JUDGMENT, OR VERDICT RULED IN Plaintiff-Appellant, Donald S. Koback's favor AS A MATTER OF LAW, EQUITY, AND ADMIRALTY. ADDITUR, INCLUSIVE THEREIN & cost of all medical hospital bills payable to Plaintiff-Appellant, Donald S. Koback,

FILING HEREOF IN U.S. DISTRICT COURT, SIMULTANEOUS WITH FILING IN U.S. COURT OF APPEALS for the FIRST CIRCUIT. Plaintiff-Appellant, Donald S. Koback, pursuant to Federal Rules of Civil Procedure, RULE 15(b) AMENDMENT(S) TO CONFORM TO THE EVIDENCE, RULE 15(c) RELATES BACK TO EACH ORIGINAL PLEADING, RULE 15(c) SUPPLEMENTS, ALL OF WHICH SHOWN ABOVE.

Wherefore, Plaintiff-Appellant, Donald S. Koback's OMNIBUS MOTION TO SET ASIDE FINDINGS OF MEDICAL MALPRACTICE TRIBUNAL; MOTION FOR ADDITUR; MOTION FOR NEW TRIAL; MOTION TO REVOKE AND REVISE; MOTION FOR DIRECTED VERDICT IN Plaintiff-Appellant, Donald S. Koback's favor; MOTION FOR JUDGMENT NOT WITHSTANDING THE VERDICT (n.o.v., non obstante veredicto) RENEWED PURSUANT TO Federal Rules of Appellate Procedure RULE 27; Federal Rules of Civil Procedure RULE 10(c), RULE 1 – RULE 86 SHOULD BE GRANTED.

July 11, 2007

By Donald S. Koback,
Plaintiff-Appellant

*/s/ Donald S. Koback*

Donald S. Koback
Plaintiff-Appellant
195 Sunnyside Avenue
Woonsocket, Rhode Island
02895

July 11, 2007

## CERTIFICATE OF SERVICE

Without waiving any rights, privileges or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, CIVIL ACTION NO.: 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

FILED
CLERKS OFFICE
2007 JUL 17 P 12: 12
US DISTRICT COURT
DISTRICT OF MASS.

### 1. DOCUMENTS:

OMNIBUS MOTION TO SET ASIDE FINDINGS OF MEDICAL MALPRACTICE TRIBUNAL; MOTION FOR ADDITUR; MOTION FOR NEW TRIAL; MOTION TO REVOKE AND REVISE; MOTION FOR DIRECTED VERDICT IN Plaintiff-Appellant, Donald S. Koback's FAVOR; MOTION FOR JUDGMENT NOT WITH STANDING THE VERDICT (J.O.V., non obstante veredicto) RENEWED Pursuant To FEDERAL RULES OF APPELLATE PROCEDURE RULE 27; FEDERAL RULES OF CIVIL PROCEDURE RULE 10(C), RULE 1 - RULE 86;

## 2. DEFENDANTS' ATTORNEY AT LAW

Barbara Hayes Buell
Bloom and Buell
1340 Soldiers Field Road
Suite Two
Boston, Massachusetts
02135

David M. Gould
Ficksman & Conley, LLP
98 N. Washington Street
Suite 500
BOSTON, MASSACHUSETTS
02114

Danil J. Griffin
Martin, Magnuson, McCarthy,
& Kenney
101 Merrimac Street
7th. Floor
BOSTON, MASSACHUSETTS 02114

Matthew R. Connors
Ficksman & Conley, LLP
98 N. Washington Street
Suite 500
BOSTON, MASSACHUSETTS
02114

Lynda Riesgo Jensen
Martin, Magnuson, McCarthy,
& Kenney
101 Merrimac Street
7th. Floor
Boston, Massachusetts 02114

A. Bernard Guekguezian
Adler, Cohen, Harvey,
Wakeman & Guekguezian
75 Federal Street
10th. FLOOR
BOSTON, MASSACHUSETTS
02110

Jennifer Hartunian
Martin, Magnuson, McCarthy,
& Kenney
101 Merrimac Street
7th. Floor
BOSTON, MASSACHUSETTS 02114

Kara A. Bettigole
Bloom and Buell
1340 Soldiers
Field Road
Suite Two
Boston, Massachusetts
02135

2. DEFENDANTS' ATTORNEYS AT LAW
   (CONTINUED)

   Judith Feinberg
   Adler, Cohen, Harvey,
   Wakeman & Guekguezian
   75 Federal Street
   10th. Floor
   Boston, Massachusetts 02110

   Joseph D. Halpern
   Legal Dept.
   BLUE CROSS BLUE SHIELD
   (HMO BLUE OF MASSACHUSETTS)
   401 Park Drive
   Boston, Massachusetts
   02215

3. CLERK OF COURT          OTHERS NOTIFIED
   U.S. DISTRICT COURT
   1 Courthouse Way
   Suite 2300
   Boston, Massachusetts
   02210

Person In Charge
Specialty Care LLC
626 Temple St.
Duxbury, Ma. 02332

DATE: July 16, 2007
SIGNED UNDER PAINS AND PENALTIES
OF PERJURY ON July 16, 2007

_Donald S. Koback_
DONALD S. KOBACK,
Plaintiff-Appellant,
Pro Se
DATE: July 16, 2007