U.S. District Court
District of Massachusetts

FILED
IN CLERKS OFFICE
2007 JUL 16  P 2: 14
U.S. DISTRICT COURT
DISTRICT OF MASS.

Eastern Division
(Boston, Massachusetts)

Donald S. Koback,
   Plaintiff

v.

Metrowest Medical Center,
Leonard Morse Hospital,
Framingham Union
Hospital, New England
Medical Center, Tufts
University School of
Medicine, Emanuel Friedman,
M.D., John P. Long, M.D.,
and Erol Onel, M.D.,
   Defendants

Civil Action No.
1:05-cv-10798-WGY

Notice of Appeal

Notice is hereby given that Donald S. Koback, Plaintiff, in the above named case hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment - Judge William G. Young; Order, [143] Motion for Summary Judgment Allowed

Pursuant to F.R.Civ.P. Rule 56 filed by Emanuel Friedman (filed-01-31-2007) entered in this action on 02-1-2007, on the 1st. day of February, 2007.

By Donald S. Koback
Plaintiff-Appellant

*/s/ Donald S. Koback*

Donald S. Koback
Plaintiff-Appellant
195 Sunnyside Avenue
Woonsocket
Rhode Island 02895
July 6, 2007