FILED
IN CLERKS O.

U.S. DISTRICT COURT 2007 JUL 16 P
DISTRICT OF MASSACHUSETTS
U.S. DISTRICT CO
DISTRICT OF MA

EASTERN DIVISION
(Boston, Massachusetts)

| DONALD S. KOBACK, Plaintiff | Civil Action No.: 1:05-CV-10798-WGY |
|---|---|
| v. | |
| METROWEST MEDICAL CENTER, LEONARD MORSE HOSPITAL, FRAMINGHAM UNION HOSPITAL, NEW ENGLAND MEDICAL CENTER, TUFTS UNIVERSITY SCHOOL OF MEDICINE, EMANUEL FRIEDMAN, M.D., JOHN P. LONG, M.D., AND EROL ONEL, M.D., Defendants | |

## Notice of Appeal

Notice is hereby given that Donald S. Koback, Plaintiff, in the above named case hereby appeal to the United States Court of Appeals for the First Circuit from the final judgment - ORDER OF DISMISSAL - dated June 25, 2007.

by Donald S. Koback
Plaintiff/Appellant

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, Rhode Island 02895
JUNE 16, 2007