UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10798

Donald L. Koback

v.

Metrowest Medical Center, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 235

and contained in Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/16/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 19, 2007.

Sarah A. Thornton, Clerk of Court

By: /s/

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7-24-7 .

/s/ Linda Barry
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-2101

- 3/06