UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2007 SEP 17 P 3:37

U.S. DISTRICT COURT
DISTRICT OF MASS.

DONALD S. KOBACK,
Plaintiff-Appellant

v.

METROWEST MEDICAL CENTER;
LEONARD MORSE HOSPITAL;
FRAMINGHAM UNION HOSPITAL;
NEW ENGLAND MEDICAL CENTER;
TUFTS UNIVERSITY SCHOOL
OF MEDICINE; EMANUEL FRIEDMAN,
M.D.; JOHN P. LONG, M.D.;
HMO BLUE OF MASSACHUSETTS;
BLUE CROSS/BLUE SHIELD OF
MASSACHUSETTS; EROL ONEL,
Andover Urology Associates
of Andover, Massachusetts;
SPECIALTY CARE, LLC
Defendants-Appellees

Civil Action No.
1:05-cv-10798-WGY

RECEIPT # 82445
AMOUNT $ 455
BY DPTY CLK _pw_
9-18-07

[233]

Notice of Appeal

Notice is hereby given that Donald S. Koback, Plaintiff-Appellant hereby appeal to the United States Court of Appeals for the First Circuit

A

from the final judgment/order —

    Court ORDER
        denying court document [233],
<u>OMNIBUS MOTION TO SET ASIDE FINDINGS OF MEDICAL MALPRACTICE TRIBUNAL; MOTION FOR ADDITUR; MOTION FOR NEW TRIAL; MOTION TO REVOKE AND REVISE; MOTION FOR DIRECTED VERDICT IN Plaintiff-Appellant, Donald S. Koback's FAVOR; MOTION FOR JUDGMENT NOT WITHSTANDING THE VERDICT</u> (n.o.v., non obstante veridicto) RENEWED entered, in this civil action, on 9/10/2007, at 9:35 AM EDT, filed on 9/10/2007

OKM Sept 14, 07

in conjunction (contemporaneous, consequtive, or simultaneous, concurrent)

with final judgment/order —

    Court ORDER
        denying court document [227],

B

*) for the purpose of stating ORDER(S) entered, Filed -1 (one) is used; otherwise 1 (one) is used in this document.

PLAINTIFF, DONALD S. KOBACK'S MOTION TO VACATE SUMMARY JUDGMENT AGAINST PLAINTIFF, DONALD S. KOBACK, (GRANTING DEFENDANT, EMANUEL FRIEDMAN, M.D.'s MOTION FOR SUMMARY JUDGMENT, JUDGE'S ORDER, Hearing date: January 31, 2007 - Judgment Granted in Open Court, JUDGMENT ENTERED, FILED February 1, 2007 GRANTING COURT DOCUMENT [143]) PURSUANT TO Federal Rules of Civil Procedure RULE 60.

repeating, or once again, entered (*) on 9/10/2007.

@ 5" Sept. 14, 07

Donald S. Koback
Donald S. Koback,
Plaintiff-Appellant
195 Sunnyside Avenue
Woonsocket, Rhode Island
U.S.A. 02895
Telephone: (401) 76-2-2460
September 12, 2007

Enclosures:
Court ORDER RE Court Document [233];
copy Court Document [233]

Donald S Koback
September 14, 2007

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was entered on 9/10/2007 at 9:35 AM EDT and filed on 9/10/2007
Case Name:       Koback v. Metrowest Medical Center et al
Case Number:    1:05-cv-10798
Filer:
WARNING: CASE CLOSED on 06/25/2007
Document Number:        No document attached

Docket Text:
Judge William G. Young : Electronic ORDER entered denying [227] MOTION to Vacate Summary Judgment Against Plaintiff; denying [233] MOTION to Set Aside Finds of Medical Malpractice Tribunal, Motion for Additor, Motion for New Trial, Motion to Revoke and Revise, Motion for Directed Verdict in Plaintiff-Appellant Favor, and Motion for Judgment Not With Standing the Verdict (Renewed). (Paine, Matthew)

1:05-cv-10798 Notice will be electronically mailed to:
Barbara Hayes Buell bhb@bloombuell.com
Joseph D. Halpern joseph.halpern@bcbsma.com
David M. Gould Dgould@ficksmanconley.com
Daniel J. Griffin, Jr dgriffin@mmmk.com
A. Bernard Guekguezian abg@achwg.com
Matthew R. Connors mconnors@ficksmanconley.com
Judith M. Feinberg jf@achwg.com
Lynda R. Jensen ljensen@hnso.org
Jennifer E. Hartunian jhartunian@mmmk.com

1:05-cv-10798 Notice will not be electronically mailed to:

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895

Case Name: ☐Koback v. Metrowest Medical Center et al

Case Number: ☐1:05-cv-10798

Donald S. Koback
195 Sunnyside Avenue
Woonsocket, RI 02895
|||....|.||..|.|.|...|.|..||.|

U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2007 SEP 17 P 3:37
U.S. DISTRICT COURT
DISTRICT OF MASS.

EASTERN DIVISION
(BOSTON, MASSACHUSETTS)

DONALD S. KOBACK,
Plaintiff

V.

METROWEST MEDICAL CENTER, LEONARD MORSE HOSPITAL, FRAMINGHAM UNION HOSPITAL, NEW ENGLAND MEDICAL CENTER, TUFTS UNIVERSITY SCHOOL OF MEDICINE, EMANUEL FRIEDMAN, M.D., JOHN P. LONG, M.D., AND EROL ONEL, M.D.,
Defendants

Civil Action No.:
1:05-CV-10798-WGY

Court Document Plaintiff-Appellant's [233]

---

**OMNIBUS MOTION TO SET ASIDE FINDINGS OF MEDICAL MALPRACTICE TRIBUNAL; MOTION FOR ADDITUR; MOTION FOR NEW TRIAL; MOTION TO REVOKE AND REVISE; MOTION FOR DIRECTED VERDICT IN Plaintiff-Appellant, DONALD S. KOBACK'S FAVOR; MOTION FOR JUDGMENT NOT WITHSTANDING THE VERDICT (n.o.v., non obstante veredicto) RENEWED PURSUANT TO Federal Rules of Appellate Procedure**

RULE 27, Federal Rules of Civil Procedure
RULE 10(c), RULE 1 - RULE 86
Plaintiff-Appellant, Donald S. Koback, moves as follows:
Plaintiff-Appellant, Donald S. Koback, incorporates by reference the above "OMNIBUS MOTION...;
MOTION...;
MOTION...;
MOTION...;
MOTION...;
MOTION...;" as if fully set forth herein.

Memorandum of REASONS AND CITATION. OF SUPPORTING AUTHORITIES, Why the OMNIBUS SHOULD BE GRANTED. Refer to Docket #6 - Michael P. Donovan, M.D. treating physician/expert report.

Plaintiff-Appellant, Donald S. Koback, refers to and renews court documents, U.S. DISTRICT COURT DOCKET # 80, #81, #82, #83, #84, #85 AND ADOPTS SAME BY REFERENCE. Federal Rules of Civil Procedure RULE 10(c).

AS TO EACH OF THE ABOVE, Plaintiff-Appellant, Donald S. Koback, expresses, recites the words "Wherefore, said MOTION SHOULD BE GRANTED," at the conclusion of each prior to signature in same.

THE VERDICT(S) OR JUDGMENT(S) WERE AND REMAIN AGAINST THE WEIGHT OF THE EVIDENCE AND Plaintiff-Appellant, Donald S. Koback, was and is entitled to have each of same ALLOWED. EACH ORDER, JUDGMENT, OR VERDICT RULED IN Plaintiff-Appellant, Donald S. Koback's favor AS A MATTER OF LAW, EQUITY, AND ADMIRALTY. ADDITUR, INCLUSIVE THEREIN & Cost of all medical hospital bills payable to Plaintiff-Appellant, Donald S. Koback,

FILING HEREOF IN U.S. DISTRICT COURT, SIMULTANEOUS WITH FILING IN U.S. COURT OF APPEALS for the First Circuit. Plaintiff-Appellant, Donald S. Koback, pursuant to Federal Rules of Civil Procedure, RULE 15(b) AMENDMENT(S) TO CONFORM TO THE EVIDENCE, RULE 15(c) RELATES BACK TO EACH ORIGINAL PLEADING, RULE 15(c) SUPPLEMENTS, ALL OF WHICH SHOWN ABOVE.

Wherefore, Plaintiff-Appellant, Donald S. Koback's OMNIBUS MOTION TO SET ASIDE FINDINGS OF MEDICAL MALPRACTICE TRIBUNAL; MOTION FOR ADDITUR; MOTION FOR NEW TRIAL; MOTION TO REVOKE AND REVISE; MOTION FOR DIRECTED VERDICT IN Plaintiff-Appellant, Donald S. Koback's Favor; MOTION FOR JUDGMENT NOT WITHSTANDING THE VERDICT (n.o.v., non obstante veredicto) RENEWED PURSUANT TO Federal Rules of Appellate Procedure RULE 27; Federal Rules of Civil Procedure RULE 10(c), RULE 1 - RULE 86 SHOULD BE GRANTED.

July 11, 2007

By Donald S. Koback,
Plaintiff-Appellant
/s/ Donald S. Koback
Donald S. Koback
Plaintiff-Appellant
195 Sunnyside Avenue
Woonsocket, Rhode Island
02895

/s/ Donald S. Koback
7-11-2007

## CERTIFICATE OF SERVICE

Without waiving any rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, (CIVIL ACTION NO.: 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

1. DOCUMENTS:

Notice of Appeal; (PAGINATED A, B, C)

Court ORDER RE COURT DOCUMENT [233];

Copy Court Document [233]

## 2. DEFENDANTS' ATTORNEY AT LAW

Barbara Hayes Buell
Bloom and Buell
1340 Soldiers Field Road
Suite Two
Boston, Massachusetts
02135

David M. Gould
Ficksman & Conley, LLP
98 N. Washington Street
Suite 500
Boston, Massachusetts
02114

Daniel J. Griffin, Jr.
Martin, Magnuson, McCarthy,
& Kenney
101 Merrimac Street
7th. Floor
Boston, Massachusetts 02114

Matthew R. Connors
Ficksman & Conley, LLP
98 N. Washington Street
Suite 500
Boston, Massachusetts
02114

Lynda Riesgo Jensen
Martin, Magnuson, McCarthy,
& Kenney
101 Merrimac Street
7th. Floor
Boston, Massachusetts 02114

A. Bernard Guekguezian
Adler, Cohen, Harvey,
Wakeman & Guekguezian
230 Congress Street
Boston, Massachusetts
02110

Jennifer Hartunian
Martin, Magnuson, McCarthy,
& Kenney
101 Merrimac Street
7th. Floor
Boston, Massachusetts 02114

Kara A. Bettigole
Bloom and Buell
1340 Soldiers
Field Road
Suite Two
Boston, Massachusetts
02135

2. DEFENDANTS' ATTORNEYS AT LAW
(CONTINUED)

Judith Feinberg
Adler, Cohen, Harvey,
Wakeman & Guekguezian
75 Federal Street
10th FLOOR
BOSTON, MASSACHUSETTS 02110

Joseph D. Halpern
Legal Dept.
BLUE CROSS BLUE SHIELD
(HMO BLUE OF MASSACHUSETTS)
401 Park Drive
Boston, Massachusetts
02215

3. CLERK OF COURT            OTHERS NOTIFIED
   U.S. DISTRICT COURT
   1 COURTHOUSE WAY
   SUITE 2300
   BOSTON, MASSACHUSETTS
   02210

Person In Charge
Specialty Care LLC
626 Temple St.
Duxbury, Ma. 02332
c/o Judith Feinberg
Adler, Cohen, Harvey, Wakeman
& Guekguezian
75 Congress Street
Boston, Massachusetts 02110

DATE: September 15, 2007
SIGNED UNDER PAINS AND PENALTIES
OF PERJURY ON 9-15-2007
                                    Donald Koback
                              DONALD S. KOBACK,
                              Plaintiff-Appellant,
                              Pro Se
                              DATE: September 15, 2007