# CERTIFICATE OF SERVICE

WITHOUT WAIVING ANY rights, privileges, or immunities, I, DONALD S. KOBACK, PLAINTIFF, PRO SE, (CIVIL ACTION NO.: 1:05-CV-10798-WGY, DONALD S. KOBACK VS. METROWEST MEDICAL CENTER, ET. AL.) HEREBY CERTIFY THAT THE FOLLOWING DOCUMENTS INCLUDING THIS CERTIFICATE OF SERVICE WERE MAILED (FILED, EN ROUTE) AND SERVED, POSTAGE PREPAID (U.S.P.S.) ON THE FOLLOWING ATTORNEYS AT LAW WHO REPRESENT OR ARE RETAINED BY THE DEFENDANTS —

1. DOCUMENTS:

Notice of Appeal
( PAGINATED 1, 2, 3)

Court ORDER RE Court Document [227];

Copy Court Document [227]

## 2. DEFENDANTS' ATTORNEY AT LAW

Barbara Hayes Buell
Bloom and Buell
1340 Soldiers Field Road
Suite Two
Boston, Massachusetts
02135

David M. Gould
Ficksman & Conley, LLP
98 N. Washington Street
Suite 500
Boston, Massachusetts
02114

Daniel J. Griffin, Jr.
Martin, Magnuson, McCarthy,
& Kenney
101 Merrimac Street
7th. Floor
Boston, Massachusetts 02114

Matthew R. Connors
Ficksman & Conley, LLP
98 N. Washington Street
Suite 500
Boston, Massachusetts
02114

Lynda Riesgo Jensen
Martin, Magnuson, McCarthy,
& Kenney
101 Merrimac Street
7th. Floor
Boston, Massachusetts 02114

A. Bernard Guekguezian
Adler, Cohen, Harvey,
Wakeman & Guekguezian
230 Congress Street
Boston, Massachusetts
02110

Jennifer Hartunian
Martin, Magnuson, McCarthy,
& Kenney
101 Merrimac Street
7th. Floor
Boston, Massachusetts 02114

Kara A. Bettigole
Bloom and Buell
1340 Soldiers
Field Road
Suite Two
Boston, Massachusetts
02135

2. DEFENDANTS' ATTORNEYS AT LAW
(CONTINUED)

Judith Feinberg
Adler, Cohen, Harvey,
Wakeman & Guekguezian
75 Federal Street
10th. FLOOR
BOSTON, MASSACHUSETTS 02110

Joseph D. Halpern
Legal Dept.
BLUE CROSS BLUE SHIELD
(HMO BLUE OF MASSACHUSETTS)
401 Park Drive
Boston, Massachusetts
02215

3.  CLERK OF COURT
    U.S. DISTRICT COURT
    1 COURTHOUSE WAY
    SUITE 2300
    BOSTON, MASSACHUSETTS
    02210

OTHERS NOTIFIED

Person In Charge
Specialty Care LLC
626 Temple St.
Duxbury, MA. 02332
c/o Judith Feinberg
Adler, Cohen, Harvey, Wakeman,
& Guekguezian
230 Congress Street
Boston, Massachusetts 02110

Judith Feinberg
c/o Adler, Cohen, Harvey, Wakeman,
& Guekguezian
230 Congress Street
Boston, Massachusetts 02110

DATE: September 15, 2007
SIGNED UNDER PAINS AND PENALTIES
OF PERJURY ON
9-15-2007

_____
DONALD S. KOBACK,
Plaintiff-Appellant,
Pro Se
DATE: September 15, 2007