# United States Court of Appeals
## For the First Circuit

Nos. 07-1809
    07-1810
    07-1818

DONALD S. KOBACK,

Plaintiff, Appellant,

v.

METROWEST MEDICAL CENTER, ET AL.,

Defendants, Appellees,

HMO BLUE OF MASSACHUSETTS, ET AL.

Defendants.

Before

Boudin, Chief Judge,
Torruella, Lynch, Lipez and Howard,
Circuit Judges.

JUDGMENT

Entered: October 31, 2007

    Appeals 07-1809, 07-1810, and 07-1818 are all dismissed because no final judgment had entered at the time those notice of appeal were filed and the orders sought to be appealed were not subject to immediate appeal.

Appellant's petition for rehearing, hearing en banc, and certification are denied.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: NOV 21 2007

[cc: Mr. Koback, Ms. Buell, Mr. Griffin, Ms. Jensen, Ms. Hartunian, Mr. Gould, Mr. Connors, Mr. Guekguezian and Ms. Feinberg]